**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| The NORDAM Group, Inc. | : | Case No. 18-11699 (MFW) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| ------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Hexcel Corporation**, Attn: Gail Lehman, 281 Tresser Blvd., 16th Floor, Stamford, CT 06901, Phone: 203-352-6841, Fax: 203-358-3972

2. **Infosys Limited,** Attn: Frank Clark, 1 World Trade Center, 285 Fulton St., 79th Floor, New York, NY 10007, Phone: 510-402-3765

3. **Cytec Engineering Materials, Inc**., Attn: Kim Sears, 504 Carnegie Ctr., Princeton, NJ 08540, Phone: 609-860-3186, Fax: 609-860-2244

4. **KLX, Inc.,** Attn: Jerrad Brenzikofer, 1300 Corporate Center Way, Welling, FL 33414, Phone: 561-383-5100

5. **Pryer Aerospace LLc – Tulsa,** Attn: Jeff Landreth, 2230 N. Sheridan Road, Tulsa, OK 74155, Phone: 316-613-1926

6. **Eaton Corporation,** Attn: Hilary Rule, 1000 Eaton Blvd., Mail Code 4N, Cleveland, OH 44122, Phone: 440-523-4119, Fax: 440-523-3433

7. **TNT Machine, Inc.,** Attn: Steve Terchune, Kr., 1300 S. Bebe, Wichita, KS 67106, Phone: 316-440-6004, Fax: 316-945-0475

ANDREW R. VARA
Acting United States Trustee, Region 3

 /s/ *Juliet Sarkessian* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: August 1, 2018

Attorney assigned to this Case: Juliet Sarkessian, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Daniel DeFranceschi, Esq., Phone: 302-651-7700, Fax: 302-651-7701