# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| **THE NORDAM GROUP INC.,** *et al.***,** | ) Case No. 18-11699 (MFW) |
| Debtors.[1] | ) Jointly Administered |

## APPLICATION FOR DELAWARE COUNSEL TO APPEAR PURSUANT TO LOCAL RULE 9010-1(e)(ii)

I, Donald K. Ludman, respectfully request the approval of this Court to appear in the above-captioned cases on behalf of SAP America, Inc., Concur Technologies, Inc., and their affiliates pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware.

Local Rule 9010-1(e)(ii) provides:

> Attorneys who are admitted to the Bar of the District Court and in good standing, but who do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court.

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware.

I do not maintain an office for the practice of law in the District of Delaware. My office is located in Woodbury, New Jersey at the address indicated below.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are The NORDAM Group, Inc. (7803); Nacelle Manufacturing 1 LLC (3107); Nacelle Manufacturing 23 LLC (5528); PartPilot LLC (5261); and TNG DISC, Inc. (9726). The Debtors' corporate headquarters and service address is 6910 North Whirlpool Drive, Tulsa Oklahoma 74117.

I respectfully request that the Court enter the proposed order approving my appearance in this proceeding pursuant to Local Bankruptcy Rule 9010-1(e)(ii).

                                            **BROWN & CONNERY, LLP**

Dated: September 5, 2018                      */s/ Donald K. Ludman*
                                                     Donald K. Ludman (DE Bar No. 4015)
                                                     6 North Broad Street, Suite 100
                                                     Woodbury, NJ 08096
                                                     (856) 812-8900
                                                     (856) 853-9933 (fax)
                                                     dludman@brownconnery.com

                                                     *Attorneys for SAP America, Inc. and*
                                                     *Concur Technologies, Inc.*