IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| THE NORDAM GROUP, INC., *et al.*[1] | ) ) ) | Case No. 18–11699 (MFW) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  |  | **Related to Docket No. 231** |

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RETAIN
AND EMPLOY JEFFERIES LLC AS INVESTMENT BANKER
PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103(a)
*NUNC PRO TUNC* TO AUGUST 3, 2018**

The undersigned counsel to the Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee"), hereby certifies as follows:

1.  On August 30, 2018, the Committee filed the *Application for Entry of an Order Authorizing the Retention and Employment of Jefferies LLC as Investment Banker to the Official Committee of Unsecured Creditors Nunc Pro Tunc to August 3, 2018* [Docket No. 231] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.  Pursuant to the Notice filed with the Application, objections, if any, to the Application were required to have been filed with the Court and served on or before September 17, 2018 at 4:00 p.m. (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are The NORDAM Group, Inc. (7803); Nacelle Manufacturing 1 LLC (3107); Nacelle Manufacturing 23 LLC (5528); PartPilot LLC (5261); and TNG DISC, Inc. (9726). The Debtors' corporate headquarters and service address is 6910 North Whirlpool Drive, Tulsa, Oklahoma 74117.

58393/0001-16339253v1

3. The Committee received informal comments (the "Comments") to the Application from the Office of the United States Trustee (the "U.S. Trustee"). The Comments were resolved and certain revisions were made to the original proposed order (the "Original Order") filed with the Application. Attached hereto, as **Exhibit A**, is a revised proposed order (the "Revised Order") for the Court's consideration. A blackline comparing the Revised Order to the Original Order is attached hereto as **Exhibit B**.

4. The Revised Order was circulated to counsel for the U.S. Trustee. The revisions to the Original Order resolve the issues raised by the U.S. Trustee and the U.S. Trustee does not object to entry of the revised form of order.

5. Other than the Comments, the Committee received no other informal comments or objections to the Application. The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel.

WHEREFORE, the Committee respectfully requests that the Court enter the Revised Order, attached hereto as **Exhibit A**, at its earliest convenience.

**COLE SCHOTZ P.C.**

By: /s/ J. Kate Stickles
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Daniel F. X. Geoghan (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: (646) 563-8925
Facsimile: (212) 752-8393d
dgeoghan@coleschotz.com

-and-

**MORRISON & FOERSTER LLP**
Lorenzo Marinuzzi (admitted *pro hac vice*)
Jonathan I. Levine (admitted *pro hac vice*)
Todd M. Goren (admitted *pro hac vice*)
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
lmarinuzzi@mofo.com
jonlevine@mofo.com
tgoren@mofo.com

*Proposed Counsel for the
Official Committee of Unsecured Creditors*