<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

</div>

```
------------------------------------------------------- x
                                            :
In re                                       :        Chapter 11
                                            :
THE NORDAM GROUP, INC., et al.,             :        Case No. 18–11699 (MFW)
                                            :
                          Debtors.¹         :        (Jointly Administered)
                                            :
                                            :
------------------------------------------------------- x
```

<div align="center">

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

</div>

The NORDAM Group, Inc. ("**NORDAM**") and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), are filing their respective Schedules of Assets and Liabilities (each, a "**Schedule**," and collectively, the "**Schedules**") and Statements of Financial Affairs (each, a "**Statement**" and collectively, the "**Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statements of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, and are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to the Schedules and Statements (the "**Specific Notes**," and, together with the Global Notes, the "**Notes**"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Debtors' chief restructuring officer, deputy restructuring officers, and management prepared the Schedules and Statements with the assistance of the Debtors' other professionals. The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are The NORDAM Group, Inc. (7803); Nacelle Manufacturing 1 LLC (3107); Nacelle Manufacturing 23 LLC (5528); PartPilot LLC (5261); and TNG DISC, Inc. (9726). The Debtors' corporate headquarters and service address is 6910 North Whirlpool Drive, Tulsa, Oklahoma 74117.

<div align="center">

1

</div>

the Schedules and Statements and errors or omissions may exist.  Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update the Schedules and Statements.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of Debtor, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."  Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

2

## Global Notes and Overview of Methodology

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1.  **Description of the Chapter 11 Cases**.  On July 22, 2018 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code.  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On July 24, 2018, the Bankruptcy Court entered an order authorizing the joint administration of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b) (ECF No. 63).  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.  On August 1, 2018, the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "**Creditors' Committee**").

2.  **Basis of Presentation**.  In the ordinary course of business, the Debtors prepare consolidated financial statements for financial reporting purposes, reflecting information for periods ending on the last day of each calendar month.  The Schedules and Statements are unaudited and are the result of the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis.  The Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

    The Debtors used reasonable efforts to attribute the assets and liabilities, certain required financial information, and various cash disbursements to each particular Debtor entity.  Because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, however, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements.

3.  **Reporting Date**.  Unless otherwise noted in specific responses, the Schedules and Statements reflect the Debtors' books and records as of the close of business on July 22, 2018 or the latest available record date before then.

4.  **Current Values**.  The assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records.  Unless otherwise noted, the carrying value on the Debtor's books, rather than the current market value, is reflected in the Schedules and Statements.

5.  **Confidentiality**.  There may be instances when certain information was not included or was redacted due to the nature of an agreement between a Debtor and

WEIL:\96694700\9\64643.0004

a third party, concerns about the confidential or commercially sensitive nature of certain information, or to protect the privacy of an individual.

6. **Consolidated Entity Accounts Payable and Disbursement Systems**. As described in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Continue (A) Using Existing Cash Management System, Bank Accounts, and Business Forms and (B) Funding Intercompany Transactions, (II) Providing Administrative Expense Priority for Postpetition Intercompany Claims, and (III) Granting Related Relief* (ECF No. 4) (the "**Cash Management Motion**"), the Debtors utilize a centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.

In the ordinary course of business, the Debtors and also their non-Debtor affiliates maintain business relationships among each other, which result in intercompany receivables and payables (the "**Intercompany Claims**") arising from intercompany transactions (the "**Intercompany Transactions**"). Additional information regarding the Intercompany Claims and Intercompany Transactions is described in the Cash Management Motion. Unless otherwise noted, the Debtors have reported the aggregate net intercompany balances among the Debtors as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate.

7. **Accuracy**. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable nonbankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared.

8. **Net Book Value of Assets**. In many instances, current market valuations are not maintained by or readily available to the Debtors. Accordingly, when possible, net book values as of the Petition Date or as of June 30, 2018 are presented. When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." Amounts ultimately realized may vary materially from net book value (or other value so ascribed). As applicable, fixed assets and leasehold improvement assets that fully have been depreciated or amortized, or were expensed for GAAP accounting purposes, have no net book value, but are included in the Schedules and Statements with zero values.

9. **Undetermined Amounts**. Claim amounts that could not readily be quantified by the Debtors are scheduled as "undetermined," "unknown," or "N/A." The description of an amount as "undetermined," "unknown," or "N/A" is not intended to reflect upon the materiality of the amount.

10. **Excluded Assets and Liabilities**. The Debtors believe that they have identified, but have not necessarily valued, all material categories of assets and liabilities in the Schedules. The Debtors have excluded the following items from the Schedules

4

and Statements: certain general accrued liabilities, including those related to rebate and warranty programs, and certain employee-related obligations that have been paid in accordance with the First Day Orders (as defined herein). Other immaterial assets and liabilities may also have been excluded.

11. **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

12. **Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

13. **Payment of Prepetition Claims Pursuant to First Day Orders**. The Debtors have authority to pay certain outstanding prepetition claims pursuant to several bankruptcy court orders, including certain orders the Bankruptcy Court entered in connection with the Debtors' chapter 11 cases authorizing the Debtors to pay certain prepetition claims (collectively, the "**First Day Orders**").

The Schedules and Statements reflect the Debtors' outstanding liabilities in their amounts owed as of the Petition Date without reducing liabilities on account of any payments authorized under the First Day Orders, other than the First Day Orders authorizing the payment of prepetition wages and benefits to the Debtors' employees (the "**Wages Orders**"). The Debtors have paid $5,450,121.23 pursuant to the Wages Orders, and have reduced these prepetition liabilities set forth in the Schedules and Statements accordingly. If liabilities on account of prepetition wages and benefits have been satisfied in full, they are not listed on the Schedules and Statements unless otherwise noted.

14. **Other Paid Claims**. If the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties.

15. **Setoffs**. The Debtors routinely incur certain setoffs from customers and suppliers in the ordinary course of business. Setoffs in the ordinary course can result from various items including pricing discrepancies, customer programs, returns, and other disputes between the Debtors and their customers or suppliers. In the ordinary course of business, the Debtors setoff invoices with credit memos. These routine setoffs are consistent with the ordinary course of business in the Debtors' industry, and, therefore, can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not always independently accounted for, and may be excluded from the Schedules and Statements.

16.    **Inventory**.  Inventory represents the aggregate of finished goods, works in process, raw materials, and costs related to long-term contracts.  Inventory is also those items used in a continuous repetitive process or cycle of operations by which goods are acquired and sold, and further goods are acquired for additional sales.  Inventories are valued at cost on the company balance sheet using the lower of cost or net realizable value, with cost determined using the average cost method.

17.    **Property, Plant and Equipment**.  Rotable spare aircraft parts and property, plant and equipment are recorded at cost.  Costs of internally constructed assets include materials, labor, and related overhead allocation.  Costs of software for internal use includes direct costs of materials, services and payroll, and payroll related costs of employees' time directly related to development and implementation of software.  Depreciation and amortization are computed using the straight-line method over estimated useful lives ranging from 3 to 30 years.

18.    **Debtors' Reservation of Rights**.  Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including the following:

    a.    Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

    b.    Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

    c.    The listing of a claim or agreement (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured," or (iv) on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant, the executory nature of the agreement under section 365 of the Bankruptcy Code, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or agreement pursuant to a schedule amendment, claim objection or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security

WEIL:\96694700\9\64643.0004

interest has been undertaken.  Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

d.  In the ordinary course of their businesses, the Debtors lease equipment and other assets from certain third-party lessors for use in their daily operations. The Debtors have made commercially reasonable efforts to list any such leases in Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F.  Except as otherwise noted herein, the property subject to any such lease is not reflected in Schedule A/B as either owned property or an asset of the Debtors, and neither is such property or assets of third parties within the control of the Debtors.  Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including the recharacterization thereof.

e.  The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including the right to assert claims objections or setoffs with respect to the same.

f.  The Debtors' businesses are part of a complex enterprise.  Although the Debtors have exercised their reasonable efforts to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions.  The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases identified in the Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

g.  The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

h.  The Debtors exercised their reasonable efforts to locate and identify guarantees and other secondary liability claims (the "**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  If such Guarantees have been identified, they are included in the relevant Schedules and Statements.  Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings,

7

debt instruments, and other agreements may have been omitted inadvertently. Thus, the Debtors reserve their rights to amend and supplement the Schedules and Statements if additional Guarantees are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements to re-characterize and reclassify any such contract or claim.

i.　Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed as an admission that such intellectual property rights have not been abandoned, terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

19.　**Global Notes Control**.  If the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

**<u>Specific Notes for Schedules</u>**

1.　**Schedule A/B.**

a.　**A/B.3**.  The values provided for in Schedule A/B, Item 3 for each account for a given Debtor reflects the ending cash balance of such account as of the Petition Date.

b.　**A/B.8**.  Prepayment values provided for in Schedule A/B, Item 8 are the net book value listed in the Debtors' books and records as of June 30, 2018.

c.　**A/B.10–12**.   Accounts receivable values and any allowances thereof provided for in Schedule A/B, Items 11 and 12 are as of the Petition Date.

d.　**A/B.19–22**.  Inventory values provided for in Schedule A/B, Items 19 through 22 are the net book value listed in the Debtors' books and records as of the Petition Date.

e.　**A/B.28–32**.  Values provided for in Schedule A/B, Items 28 through 32 are the net book value listed in the Debtors' books and records as of June 30, 2018.

f.　**A/B.39–42**.  Values provided for in Schedule A/B, Items 39 through 42 are the net book value listed in the Debtors' books and records as of June 30, 2018.

g.　**A/B.47–50**.  Values provided for in Schedule A/B, Items 47 through 50 are the net book value listed in the Debtors' books and records as of June 30, 2018.

8

h.   **A/B.55**.  Real property values provided for in Schedule A/B, Item 55 are the net book value listed in the Debtors' books and records as of June 30, 2018.

i.   **A/B.70–77**.  Despite exercising their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules.

Intercompany receivables between the Debtors and (i) other Debtors or (ii) their non-Debtor affiliates are reported on Schedule A/B, per the Debtors' books and records.

2.   **Schedule D**.  Certain of the claims listed on Schedule D, as well as the Guarantees of those claims listed on Schedule H, arose and were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all of these various dates are included for each such claim.  To the best of the Debtors' knowledge, all claims listed on Schedule D arose or were incurred before the Petition Date.  The amounts in Schedule D are consistent with the Debtors' stipulations set forth in the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Superpriority Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Granting Liens and Superpriority Claims (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* (ECF No. 217) (the "**Final DIP Order**"), which are subject to investigation and challenge by the Creditors' Committee or other parties in interest, all as more fully set forth in the Final DIP Order.

Except as otherwise agreed to or stated pursuant to a stipulation or order entered by the Bankruptcy Court that is or becomes final, including the Final DIP Order, the Debtors and their estates and, subject to the foregoing limitations, note as follows: (a) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken; (b) the Debtors have included the results of UCC lien searches performed before the Petition Date; and (c) the descriptions provided on Schedule D only are intended to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of John C. DiDonato in Support of Debtors' Chapter 11 Petitions and First Day Relief* (ECF No. 3).  The Debtors have listed only the administrative agent as the named creditor with respect to the *Fourth Amended and Restated Credit Agreement*, dated December 18, 2012 (as amended, modified, or restated from time to time, the "**Prepetition Credit Agreement**").  The obligations under

9

the Prepetition Credit Agreement are secured by a first priority lien on substantially all of the Debtors' assets. Various parties may have also asserted liens against collateral securing the Prepetition Credit Agreement, which liens could be permitted thereunder.

Except as specifically stated herein, real property lessors, equipment lessors, utility companies, and other parties which may hold security deposits or other security interests have not been listed on Schedule D. The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights.

3.     **Schedule E/F**

a.     **(Part 1)**. Certain of the claims listed on Schedule E/F (Part 1) arose and were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all of these various dates are included for each such claim.

The liabilities listed on Schedule E/F (Part 1) do not reflect any analysis of such claims under sections 503 or 507 of the Bankruptcy Code. The Debtors reserve the right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority status pursuant to sections 503 or 507 of the Bankruptcy Code.

The Debtors have not listed certain wage or related obligations that have been paid in full pursuant to the Wages Orders on Schedule E/F; however, to the extent such obligations have been satisfied in part pursuant to the Wages Orders and remain outstanding, the Debtors have included such outstanding amounts on Schedule E/F.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on the Debtors' Schedule E/F. Certain of such claims, however, may be subject to ongoing audits or the Debtors otherwise are unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtors have listed all such claims as contingent and unliquidated, pending final resolution of ongoing audits or other outstanding issues.

b.     **(Part 2)**. The Debtors have exercised their commercially reasonable efforts to list all liabilities on Schedule E/F of each applicable Debtor. As a result of the Debtors' consolidated operations, however, the reader should review Schedule E/F for all Debtors in these cases for a complete understanding of the unsecured debts of the Debtors. Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts

10

listed on Schedule E/F may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff or recoupment rights that may be asserted against the Debtors by a creditor. Additionally, certain creditors may assert mechanic's, materialman's, or other similar liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their rights to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, certain claims listed on Schedule E/F (Part 2) may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

With respect to those unsecured notes issued under the *Credit Agreement*, dated April 4, 2018, with Cherokee Partners, L.L.C., East Plant Investment L.L.C., and Eight Partners LLC, each of those entities have joint and several rights to the full amount of the notes issued thereunder.

The Debtors have included trade creditors and taxing authorities on Schedule E/F, some of whose claims have been satisfied, in whole or in part, pursuant to the First Day Orders. Notwithstanding the foregoing, the Debtors have reflected the prepetition liabilities of such trade creditors and taxing authorities as of the Petition Date. Moreover, Schedule E/F does not include certain balances including deferred liabilities, accruals, or general reserves. The accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made reasonable efforts to include as contingent, unliquidated, or disputed the claim of any party not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Intercompany payables among the Debtors and (i) other Debtors or (ii) their non-Debtor affiliates are reported on Schedule E/F, per the Debtors' books and records, which may or may not result in allowed or enforceable claims by or against a given Debtor. The intercompany payables also may be subject to recoupment, netting, or other adjustments made pursuant to customary intercompany policies and practices not reflected in the Schedules.

To the extent practicable, Schedule E/F is intended to reflect the balance as of the Petition Date, with adjustments for certain postpetition Bankruptcy Court-approved payments relating to employees. Despite the Debtors' reasonable best efforts, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to these and other orders of the Bankruptcy Court and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claim. Additionally, Schedule E/F does not include any

potential rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected.

4.   **Schedule G**.  Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "**Agreements**"), review is ongoing and inadvertent errors, omissions or overinclusion may have occurred.  The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, and amendments/letter agreements that may not be set forth in Schedule G.  In addition, as described herein, certain non-disclosure agreements or other confidential information have been omitted, as well as certain short-term purchase and sales orders given their large number and transitory nature.  The Debtors have also omitted various offer letters to employees because listing them would be unduly burdensome and cost prohibitive under the circumstances.

The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements that may not be listed on Schedule G.  Executory agreements that are oral in nature have not been included in Schedule G.  Certain of the Agreements listed on Schedule G may have been entered into on behalf of more than one of the Debtors.

5.   **Schedule H**.  The Debtors are party to the Prepetition Credit Agreement, which was executed by multiple Debtors.  The obligations of guarantors under the Prepetition Credit Agreement are noted on Schedule H for each individual debtor.  Furthermore, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements.  No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtors.  To the extent there are guarantees connected with any joint ventures to which the Debtors may be a party, such agreements are not identified in the Debtors' Schedules.

## Specific Notes for Statements

1.   **Statement 2**.  NORDAM operates a small producing ranch.  NORDAM's accounting treatment of the ranch's operations is to setoff the revenue against the cost to operate the ranch, which is typically recorded at the end of the fiscal year.

2.   **Statement 3**.  The obligations of the Debtors are primarily paid by NORDAM, notwithstanding the fact that certain obligations may be obligations of one or more of the affiliated Debtors or foreign, non-Debtor affiliates.

12

The payments disclosed in Statement 3 are based on payments made by the Debtors with payment dates from April 23, 2018 to July 22, 2018. The actual dates that cash cleared the Debtors' bank accounts may differ based on the form of payment. The Debtors' accounts payable system does not include the corresponding payment clear dates and compiling this data would have required a time-consuming manual review of individual bank statements. It is expected, however, that many payments included in Statement 3 have payment clear dates that are the same as payment dates (*e.g.*, wires and other forms of electronic payments).

3.   **Statement 4**. The Debtors have filed, or will file, a motion to seal the information requested in Statement 4.

4.   **Statement 5**. On occasion, the Debtors may return damaged or unsatisfactory goods to vendors or suppliers in the ordinary course of business. Other than ordinary course items, the Debtors are not aware of any property that has been returned to the seller.

5.   **Statement 6**. The Debtors maintain certain customer programs, including return and refund programs pursuant to which customers may receive credits. The Debtors have used their reasonable efforts to reflect setoffs made by creditors without permission that they are aware of; however, there may be instances where such a setoff has occurred without the Debtors' knowledge.

6.   **Statement 7**. The Debtors have used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year before the Petition Date. The Debtors reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings. For the avoidance of doubt, the Debtors have excluded actions relating to workers' compensation claims from Statement 7.

7.   **Statement 10**. Amounts listed herein were for events that were reported or tracked for insurance purposes. *De minimis* losses are not separately tracked by the Debtors and were not included on Statement 10.

8.   **Statement 11**. The Debtors have used reasonable efforts to identify payments for services of any entities who provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code or preparation of a petition in bankruptcy within one year immediately before the Petition Date, which are identified in NORDAM's response to Statement 11. Additional information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications for those firms and related orders.

9.   **Statement 13**. The Debtors may, from time to time and in the ordinary course of business, transfer equipment and other assets or sell certain equipment and other assets to third parties. These types of ordinary course transfers have not been disclosed in Statement 13. The Debtors further do not take any position with

13

respect to whether transfers identified in response to Statement 13 are made in the ordinary course of business. Certain transfers listed in this response are included solely out of an abundance of caution.

10. **Statement 20**. In the ordinary course of business, the Debtors store various tooling, rotables, and other equipment in various locations, as is customary in the aerospace industry. The Debtors have used their reasonable efforts to identify the locations of each such piece of property.

11. **Statement 21**. Certain of the Debtors' suppliers provide inventory to the Debtors on a consignment basis. Such goods are stored in the Debtors' facilities; however, ownership and payment obligation for the goods do not transfer until such time as the Debtors require the goods for production use.

Furthermore, in the ordinary course of their business the Debtors utilize customer-owned tooling in the manufacture of product. The Debtors have made reasonable efforts to include all property held for another party. Although reasonable efforts have been made to ensure the accuracy of Statement 21, review is ongoing and inadvertent errors, omissions or overinclusion may have occurred.

12. **Statement 26(d)**. Over the past two years, the Debtors have provided their financial statements via physical and electronic mail to various parties in the ordinary course of business, including current or potential secured lenders, government entities, shareholders, customers, and other interested parties.

13. **Statement 30**. The Debtors have filed, or will file, a motion to seal the information requested in Statement 30.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

14

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | The NORDAM Group, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 18-11699 |

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:   Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    | $36,403,766.29 |
    |---|

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    | $414,369,576.77 |
    |---|
    | +UNKNOWN AMOUNT |

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    | $450,773,343.06 |
    |---|
    | +UNKNOWN AMOUNT |

---

**Part 2:   Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* . . . . . . . . .

   | $266,521,739.00 |
   |---|
   | +UNKNOWN AMOUNT |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

    | $9,138,944.53 |
    |---|
    | +UNKNOWN AMOUNT |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

    | + | $92,225,700.15 |
    |---|---|
    | | +UNKNOWN AMOUNT |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   | $367,886,383.68 |
   |---|
   | +UNKNOWN AMOUNT |

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | The NORDAM Group, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 18-11699 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:    CASH AND CASH EQUIVALENTS**

**1.    DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.    CASH ON HAND**

| | | |
|---|---|---|
| 2.1. | PETTY CASH | $2,109.93 |

**3.    CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | JPMORGAN CHASE BANK, N.A. (CONTROL ACCOUNT) | CHECKING ACCOUNT | 6190 | $814,942.46 |
| 3.2. | JPMORGAN CHASE BANK, N.A. (ZBA DISBURSEMENT ACCOUNT | CHECKING ACCOUNT | 6220 | $0.00 |
| 3.3. | JPMORGAN CHASE BANK, N.A. (ZBA PAYROLL ACCOUNT | CHECKING ACCOUNT | 6210 | $0.00 |
| 3.4. | JPMORGAN CHASE BANK, N.A. (ZBA RECEIPTS ACCOUNT | DEPOSIT ACCOUNT | 6200 | $0.00 |

**4.    OTHER CASH EQUIVALENTS**

N/A

**5    Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

| $817,052.39 |
|---|

---

**Part 2:    DEPOSITS AND PREPAYMENTS**

**6.    DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| Current value of debtor's interest |
|---|

Debtor    The NORDAM Group, Inc.                                        Case number (if known) 18-11699
         (Name)

|  |  | Current value of debtor's interest |
|---|---|---|

**7.    DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| 7.1. | AIRCRAFT INTERIORS EXPO (AIX) - TRADESHOW DEPOSIT | $9,286.87 |
|---|---|---|
| 7.2. | DIBERT TRUST (MIDWEST PRECISION) - LEASE DEPOSIT | $5,500.00 |
| 7.3. | GRUPO AMERICAN INDUSTRIES - FACILITY RENT DEPOSIT | $63,386.26 |
| 7.4. | GRUPO AMERICAN INDUSTRIES - UTILITIES | $45,242.74 |
| 7.5. | MRO - TRADESHOW DEPOSIT | $26,050.00 |

**8.    PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| 8.1. | AEROXCHANGE LTD - PREPAYMENT | $5,000.02 |
|---|---|---|
| 8.2. | APPLIED AUTOMATION (AAT3) - PREPAYMENT | $8,809.16 |
| 8.3. | ARSA - PREPAYMENT | $8,816.64 |
| 8.4. | ARTHUR J GALLAGHER RISK MGT SERVICES - PREPAYMENT | $931,052.17 |
| 8.5. | ASC PROCESSING SYSTEMS - PREPAYMENT | $22,800.00 |
| 8.6. | BOEING - PREPAYMENT | $82,358.36 |
| 8.7. | BOK ARENA LEASE - PREPAYMENT | $1,766.97 |
| 8.8. | BRÜEL & KJÆR - PREPAYMENT | $758.22 |
| 8.9. | CENIT - PREPAYMENT | $9,747.47 |
| 8.10. | CG TECH - PREPAYMENT | $1,112.50 |
| 8.11. | CONVERGENT - PREPAYMENT | $6,220.76 |
| 8.12. | CORNERSTONE - PREPAYMENT | $46,034.92 |
| 8.13. | DELL DIRECT - PREPAYMENT | $48,438.79 |
| 8.14. | DIRECTORS DESK LLC - PREPAYMENT | $3,802.10 |
| 8.15. | DMI DELL MED BUS - PREPAYMENT | $17,447.91 |
| 8.16. | ECAD SOFTWARE/TRAINING - PREPAYMENT | $1,567.50 |
| 8.17. | EVERBRIDGE - PREPAYMENT | $5,950.02 |
| 8.18. | EXCEL4APPS - PREPAYMENT | $14,082.57 |
| 8.19. | GAMA - DUES PREPAYMENT | $3,575.03 |
| 8.20. | GARTNER GROUP - PREPAYMENT | $52,341.67 |
| 8.21. | GE TECHNICAL DATA - PREPAYMENT | $201,250.05 |
| 8.22. | GOODRICH - PREPAYMENT | $8,041.65 |
| 8.23. | GOODRICH UTC - PREPAYMENT | $25,833.31 |
| 8.24. | HEXAGON - PREPAYMENT | $3,087.00 |
| 8.25. | IBASET (SOLUMINA) - PREPAYMENT | $130,278.21 |
| 8.26. | IBM/KENEXA - PREPAYMENT | $2,718.71 |
| 8.27. | INGERSOLL - PREPAYMENT | $19,249.98 |
| 8.28. | INTERNATIONAL AERO ENGINES - PREPAYMENT | $2,340.35 |
| 8.29. | J.D. YOUNG - PREPAYMENT | $7,732.20 |
| 8.30. | JUNOT SYSTEMS - PREPAYMENT | $2,832.49 |
| 8.31. | KRONOS - PREPAYMENT | $4,899.33 |
| 8.32. | KUBOTEK - PREPAYMENT | $2,271.65 |
| 8.33. | LENEVO US - PREPAYMENT | $1,226.65 |
| 8.34. | LIVETILES - PREPAYMENT | $39,420.00 |
| 8.35. | MAC SYSTEMS - PREPAYMENT | $9,762.50 |
| 8.36. | MAJENTA SOLUTIONS - PREPAYMENT | $22,917.37 |
| 8.37. | MEDIAPRO - PREPAYMENT | $10,162.49 |
| 8.38. | MINITAB - PREPAYMENT | $9,640.00 |
| 8.39. | MSLI GP - PREPAYMENT | $72,695.00 |
| 8.40. | NEW RIVER KINEMATICS - PREPAYMENT | $44,465.83 |
| 8.41. | NICE SRL - PREPAYMENT | $13,575.98 |
| 8.42. | NMX - MONTHLY RENT PRE-PAYMENT | $64,653.99 |
| 8.43. | OKLAHOMA STATE CHAMBER - PREPAYMENT | $1,072.07 |
| 8.44. | OPEN SYSTEMS - PREPAYMENT | $7,890.04 |
| 8.45. | OPEN TEXT - PREPAYMENT | $6,213.52 |
| 8.46. | OVERSIGHT SYSTEMS INC - PREPAYMENT | $12,497.48 |
| 8.47. | PARAMETRIC TECHOLOGY - PREPAYMENT | $10,040.00 |
| 8.48. | PAYFACTOR - PREPAYMENT | $12,317.94 |

Debtor    The NORDAM Group, Inc.                           Case number (if known) 18-11699 (MFW)
(Name)

|  | | Current value of debtor's interest |
|---|---|---|

**8.  PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.49. | PCPC DIRECT LTD - PREPAYMENT | $3,984.46 |
| 8.50. | PRESIDIO NETWORKED - PREPAYMENT | $19,311.96 |
| 8.51. | PRESIDIO NETWORKED SOLUTIONS - PREPAYMENT | $21,351.60 |
| 8.52. | PROSTEP - PREPAYMENT | $11,675.41 |
| 8.53. | READSOFT (KOFAX) - PREPAYMENT | $26,752.88 |
| 8.54. | REED BUSINESS INFO - PREPAYMENT | $18,333.31 |
| 8.55. | SAP AMERICA - PREPAYMENT | $170,610.31 |
| 8.56. | SEAL SYSTEMS - PREPAYMENT | $13,950.52 |
| 8.57. | SHI - PREPAYMENT | $378,562.73 |
| 8.58. | SHI INTERNATIONAL - PREPAYMENT | $15,315.01 |
| 8.59. | SIEMENS (FORMERLY ANALYSIS & DESIGN) - PREPAYMENT | $57,815.02 |
| 8.60. | SIEMENS PLM SOFTWARE - PREPAYMENT | $22,334.54 |
| 8.61. | SIGMA TECHNOLOGY - PREPAYMENT | $364,053.12 |
| 8.62. | STEALTHBITS TECHNOLOGY - PREPAYMENT | $16,905.00 |
| 8.63. | THE HARTFORD - PREPAYMENT | $67,821.00 |
| 8.64. | TULSA CHAMBER-2018 CONGRESSIONAL - PREPAYMENT | $2,502.49 |
| 8.65. | TULSA CHAMBER-2018 EDUCATION - PREPAYMENT | $1,251.22 |
| 8.66. | TULSA DRILLERS SUITE - PREPAYMENT | $8,169.97 |
| 8.67. | TULSA REGIONAL CHAMBER 2018 - PREPAYMENT | $5,594.85 |
| 8.68. | TULSAIR - DEPOSIT ON AIRCRAFT | $37,464.93 |
| 8.69. | VIRTEK LASER PROJECTION - PREPAYMENT | $7,478.87 |
| 8.70. | WEST - PREPAYMENT | $4,950.00 |
| 8.71. | YPO - STRATEGIC - PREPAYMENT | $362.50 |
| 8.72. | ZCORP - D3 TECHNOLOGIES - PREPAYMENT | $14,163.64 |
| 8.73. | ZOHO CORP - PREPAYMENT | $7,483.10 |

**9   Total of Part 2.**
ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81.

$3,468,432.84

---

**Part 3:   ACCOUNTS RECEIVABLE**

**10.  DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|

**11.  ACCOUNTS RECEIVABLE**

| | | | | | |
|---|---|---|---|---|---|
| 90 DAYS OR LESS | $43,148,623.27 | − | ($2,428,555.70) | = → | $40,720,067.57 |
| | face amount | | doubtful or uncollectable accounts | | |
| OVER 90 DAYS OLD | $1,292,828.43 | − | ($0.00) | = → | $1,292,828.43 |
| | face amount | | doubtful or uncollectable accounts | | |

**12  Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.

$42,012,896.00

---

**Part 4:   INVESTMENTS**

**13.  DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

N/A

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | | % of ownership | | |
|---|---|---|---|---|
| 15.1. | NACELLE MANUFACTURING 1 LLC | 100% | NET BOOK VALUE | $750.00 |
| 15.2. | NACELLE MANUFACTURING 23 LLC | 100% | NET BOOK VALUE | $0.00 |
| 15.3. | NAL JV INVESTMENT | 100% | NET BOOK VALUE | $84,633.26 |
| 15.4. | NORDAM INTERNATIONAL MARKETING LIMITED | 100% | NET BOOK VALUE | $0.00 |
| 15.5. | NORDAM SIGNAPORE LIMITED | 100% | NET BOOK VALUE | $0.00 |
| 15.6. | NORDAM UK LIMITED | 100% | NET BOOK VALUE | $13,489,594.88 |
| 15.7. | PARTPILOT LLC | 100% | NET BOOK VALUE | $0.00 |
| 15.8. | TNG DISC, INC. | 100% | NET BOOK VALUE | $2,500.00 |

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

N/A

**17 Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.    | $13,577,478.14 |

---

**Part 5:    INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| 19.1. RAW MATERIALS | VARIOUS (CYCLE COUNT) | $98,878,708.86 | NET BOOK VALUE | $98,878,708.86 |
| **20. WORK IN PROGRESS** | | | | |
| 20.1. WORK IN PROGRESS | N/A | $100,307,054.37 | NET BOOK VALUE | $100,307,054.37 |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1. FINISHED GOODS | VARIOUS (CYCLE COUNT) | $4,505,858.02 | NET BOOK VALUE | $4,505,858.02 |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |
| 22.1. OTHER INVENTORY OR SUPPLIES | N/A | $50,907,354.28 | NET BOOK VALUE | $50,907,354.28 |

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.    | $254,598,975.53 |

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes    Book value  $9,146,990.29  Valuation method  NET BOOK VALUE    Current value $9,146,990.29

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |
|---|---|

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☐ No. Go to Part 7.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| N/A | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| 29.1.    FARM ANIMALS | $5,600.93 | NET BOOK VALUE | $5,600.93 |
| **30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| 30.1.    FARM MACHINERY & EQUIPMENT | $2,203.12 | NET BOOK VALUE | $2,203.12 |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| N/A | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |
| N/A | | | |

| 33 | Total of Part 6.<br>ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | $7,804.05 |
|---|---|---|

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☑ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| 39.1.    OFFICE FURNITURE | $373,553.91 | NET BOOK VALUE | $373,553.91 |
| **40. OFFICE FIXTURES** | | | |
| N/A | | | |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.    OFFICE EQUIPMENT INCLUDING COMPUTERS + SOFTWARE | $13,416,555.35 | NET BOOK VALUE | $13,416,555.35 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES*: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| 42.1.    ARTWORK (PAINTINGS AND SCULPTURES) | $344,139.63 | NET BOOK VALUE | $344,139.63 |
| **43 Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | $14,134,248.89 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    MACHINERY, EQUIPMENT, AND VEHICLES**

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.    AUTOMOBILE - 1975 PINZGAVER TRUCK | $0.00 | NET BOOK VALUE | $0.00 |
| 47.2.    AUTOMOBILE - 1996 CHEVROLET PICKUP | $0.00 | NET BOOK VALUE | $0.00 |
| 47.3.    AUTOMOBILE - 2000 1/2 TON DODGE TRUCK | $0.00 | NET BOOK VALUE | $0.00 |
| 47.4.    AUTOMOBILE - 2000 DODGE CARAVAN SE | $0.00 | NET BOOK VALUE | $0.00 |
| 47.5.    AUTOMOBILE - 2000 INTERNATIONAL DIESEL TRUCK | $1,259.21 | NET BOOK VALUE | $1,259.21 |
| 47.6.    AUTOMOBILE - 2000 INTERNATIONAL DIESEL TRUCK | $0.00 | NET BOOK VALUE | $0.00 |
| 47.7.    AUTOMOBILE - 2005 CHEVROLET C2500 DH | $0.00 | NET BOOK VALUE | $0.00 |
| 47.8.    AUTOMOBILE - 2005 V6 5-SPEED FORD RANGER | $0.00 | NET BOOK VALUE | $0.00 |
| 47.9.    AUTOMOBILE - 2006 F250 FORD TRUCK | $0.00 | NET BOOK VALUE | $0.00 |
| 47.10.    AUTOMOBILE - 2008 FORD F350 TRUCK | $0.00 | NET BOOK VALUE | $0.00 |
| 47.11.    AUTOMOBILE - 2012 CHEVROLET EXPRESS VAN | $0.00 | NET BOOK VALUE | $0.00 |
| 47.12.    AUTOMOBILE - 2013 FORD F250 3/4 TRUCK | $0.00 | NET BOOK VALUE | $0.00 |
| 47.13.    AUTOMOBILE - 2014 FORD F-350 DUALLY | $0.00 | NET BOOK VALUE | $0.00 |
| 47.14.    AUTOMOBILE - 2014 INTL BOX TRUCK | $0.00 | NET BOOK VALUE | $0.00 |
| 47.15.    AUTOMOBILE - DUMP TRUCK | $0.00 | NET BOOK VALUE | $0.00 |
| 47.16.    AUTOMOBILE - GOOSE BODY FOR PICKUP | $0.00 | NET BOOK VALUE | $0.00 |
| 47.17.    AUTOMOBILE - HAMMERHEAD GTS 150 GO CART | $1,223.44 | NET BOOK VALUE | $1,223.44 |
| 47.18.    AUTOMOBILE - HAMMERHEAD GTS 150 GO CART | $1,092.24 | NET BOOK VALUE | $1,092.24 |
| 47.19.    AUTOMOBILE - HAMMERHEAD GTS 150 GO CART | $1,092.24 | NET BOOK VALUE | $1,092.24 |
| 47.20.    AUTOMOBILE - MAINTENANCE TRUCK | $6,142.50 | NET BOOK VALUE | $6,142.50 |
| 47.21.    AUTOMOBILE - MEXICO 2009 CHEYENNE CAB 4 X 2 | $0.00 | NET BOOK VALUE | $0.00 |
| 47.22.    AUTOMOBILE - MMA TRAILER | $0.00 | NET BOOK VALUE | $0.00 |
| 47.23.    AUTOMOBILE - NARROW TUG | $7,657.78 | NET BOOK VALUE | $7,657.78 |
| 47.24.    AUTOMOBILE - PICKUP (1997 CHEVY 1TON) | $0.00 | NET BOOK VALUE | $0.00 |
| 47.25.    AUTOMOBILE - PICKUP 1997 CHEVROLET 3/4 TON | $0.00 | NET BOOK VALUE | $0.00 |
| 47.26.    AUTOMOBILE - PRISM TRUCK - FLATBED | $0.00 | NET BOOK VALUE | $0.00 |
| 47.27.    AUTOMOBILE - TRUCK | $0.00 | NET BOOK VALUE | $0.00 |
| 47.28.    AUTOMOBILE - USED PICK-UP VEHICLE 1999 GMC C SIERRA | $0.00 | NET BOOK VALUE | $0.00 |

Debtor    The NORDAM Group, Inc.
(Name)

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

N/A

**49. AIRCRAFT AND ACCESSORIES**

N/A

**50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| | | | | |
|---|---|---|---|---|
| 50.1. | ROTABLES | $15,873,379.34 | NET BOOK VALUE | $15,873,379.34 |
| 50.2. | OTHER MACHINERY, FIXTURES AND EQUIPMENT, EXCLUDING FARM EQUIPMENT | $49,985,814.58 | NET BOOK VALUE | $49,985,814.58 |

**51 Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.                                 $65,877,661.33

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 9: REAL PROPERTY

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | BUILDINGS - 18574 S 253RD E AVE HASKELL, OK, 74436 | 100% OWNERSHIP | $41,659.32 | NET BOOK VALUE | $41,659.32 |
| 55.2. | BUILDINGS - 6910 N WHIRLPOOL DR TULSA, OK, 74117 | 100% OWNERSHIP | $7,229,608.00 | NET BOOK VALUE | $7,229,608.00 |
| 55.3. | BUILDINGS - 6911 N. WHIRLPOOL DR. TULSA, OK, 74117 | 100% OWNERSHIP | $1,574.20 | NET BOOK VALUE | $1,574.20 |
| 55.4. | BUILDINGS - TULSA, OK | 100% OWNERSHIP | $85,681.42 | NET BOOK VALUE | $85,681.42 |
| 55.5. | LAND - 3.12 ACRES HUNT TRACK - HASKELL, OK | 100% OWNERSHIP | $45,719.11 | NET BOOK VALUE | $45,719.11 |
| 55.6. | LAND - 5.4 ACRES (MOSIER PROPERTY) - TULSA, OK | 100% OWNERSHIP | $93,161.29 | NET BOOK VALUE | $93,161.29 |
| 55.7. | LAND - 56.84 A-LAND-INS BUILDING - 11200 EAST PINE STREET TULSA, OK, 74116 | 100% OWNERSHIP | $617,750.42 | NET BOOK VALUE | $617,750.42 |
| 55.8. | LAND - ADDITION TO ASSET#51832 EARNST AND ABSTRACT MONEYS - 11200 EAST PINE STREET TULSA, OK, 74116 | 100% OWNERSHIP | $1,643.00 | NET BOOK VALUE | $1,643.00 |
| 55.9. | LAND - CEID LAND AT CHEROKEE IND PARK - TULSA, OK | 100% OWNERSHIP | $342,391.97 | NET BOOK VALUE | $342,391.97 |
| 55.10. | LAND - ESCROW ON 5.4 ACRES - TULSA, OK | 100% OWNERSHIP | $2,000.00 | NET BOOK VALUE | $2,000.00 |
| 55.11. | LAND - KNOCKE PROPERTY - ORIGINAL STONEBLUFF PURCHASE -  MUSKOGEE, OK | 100% OWNERSHIP | $593,058.35 | NET BOOK VALUE | $593,058.35 |

(Name)

## 55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.12. | LAND - LAND PURCHASE - S.E. CORNER OF I&S LAND AT CHEROKE - 11200 EAST PINE STREET TULSA, OK, 74116 | 100% OWNERSHIP | $29,176.08 | NET BOOK VALUE | $29,176.08 |
| 55.13. | LAND - LAND-LOT 4-INTERCHANGE BUSINESS PARK-EAST PLANT - TULSA, OK | 100% OWNERSHIP | $677,758.85 | NET BOOK VALUE | $677,758.85 |
| 55.14. | LAND - LAND-LOT 6 INTERCHANGE BUSINESS PARK-EAST PLANT - TULSA, OK | 100% OWNERSHIP | $219,237.69 | NET BOOK VALUE | $219,237.69 |
| 55.15. | LAND - STONE BLUFF PROPERTY (PURCHASE FROM NORMA YOST) - 18574 S. 253RD E AVE. HASKELL, OK, 74436 | 100% OWNERSHIP | $558,789.40 | NET BOOK VALUE | $558,789.40 |
| 55.16. | LAND - WAGNER CO LAND NEAR STONE BLUFF-MILLER PROP - TULSA, OK | 100% OWNERSHIP | $212,069.20 | NET BOOK VALUE | $212,069.20 |
| 55.17. | LAND & BUILDING IMPROVEMENTS - 11200 E PINE ST TULSA, OK, 74116 | 100% OWNERSHIP | $598,487.12 | NET BOOK VALUE | $598,487.12 |
| 55.18. | LAND & BUILDING IMPROVEMENTS - 18574 S 253RD E AVE HASKELL, OK, 74436 | 100% OWNERSHIP | $9,951,255.99 | NET BOOK VALUE | $9,951,255.99 |
| 55.19. | LAND & BUILDING IMPROVEMENTS - 18901 PARQUE INDUSTRIAL S CHIHUAHUA, CHI, 31183 | 100% OWNERSHIP | $675,321.97 | NET BOOK VALUE | $675,321.97 |
| 55.20. | LAND & BUILDING IMPROVEMENTS - 6910 N WHIRLPOOL DR TULSA, OK, 74117 | 100% OWNERSHIP | $3,475,594.94 | NET BOOK VALUE | $3,475,594.94 |
| 55.21. | LAND & BUILDING IMPROVEMENTS - 6911 N WHIRLPOOL DR TULSA, OK, 74117 | 100% OWNERSHIP | $124,839.78 | NET BOOK VALUE | $124,839.78 |
| 55.22. | LAND & BUILDING IMPROVEMENTS - 7018 N. LAKEWOOD AVENUE TULSA, OK 74117 USA | 100% OWNERSHIP | $620,375.54 | NET BOOK VALUE | $620,375.54 |
| 55.23. | LAND & BUILDING IMPROVEMENTS - TULSA, OK | 100% OWNERSHIP | $30,558.14 | NET BOOK VALUE | $30,558.14 |
| 55.24. | LEASEHOLD IMPROVEMENTS - 1050 E. ARCHER TULSA, OK, 74120 | 100% OWNERSHIP | $13,193.87 | NET BOOK VALUE | $13,193.87 |
| 55.25. | LEASEHOLD IMPROVEMENTS - 11200 E PINE ST TULSA, OK, 74116 | 100% OWNERSHIP | $4,351,330.39 | NET BOOK VALUE | $4,351,330.39 |
| 55.26. | LEASEHOLD IMPROVEMENTS - 18574 S 253RD E AVE HASKELL, OK, 74436 | 100% OWNERSHIP | $16,208.11 | NET BOOK VALUE | $16,208.11 |
| 55.27. | LEASEHOLD IMPROVEMENTS - 18901 PARQUE INDUSTRIAL S CHIHUAHUA, CHI, 31183 | 100% OWNERSHIP | $31,940.39 | NET BOOK VALUE | $31,940.39 |
| 55.28. | LEASEHOLD IMPROVEMENTS - 2301 N 85TH E AVE TULSA, OK, 74115 | 100% OWNERSHIP | $55,086.44 | NET BOOK VALUE | $55,086.44 |
| 55.29. | LEASEHOLD IMPROVEMENTS - 6910 N. WHIRLPOOL DRIVE TULSA, OK, 74117 | 100% OWNERSHIP | $75,718.94 | NET BOOK VALUE | $75,718.94 |
| 55.30. | LEASEHOLD IMPROVEMENTS - 6911 N WHIRLPOOL DR TULSA, OK, 74117 | 100% OWNERSHIP | $4,799,029.52 | NET BOOK VALUE | $4,799,029.52 |
| 55.31. | LEASEHOLD IMPROVEMENTS - 7018 N LAKEWOOD TULSA, OK, 74117 | 100% OWNERSHIP | $701,365.07 | NET BOOK VALUE | $701,365.07 |
| 55.32. | LEASEHOLD IMPROVEMENTS - TULSA, OK | 100% OWNERSHIP | $132,181.78 | NET BOOK VALUE | $132,181.78 |

| 56 | Total of Part 9.<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | $36,403,766.29 |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: INTANGIBLES AND INTELLECTUAL PROPERTY

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1.  SEE EXHIBIT 60 | UNKNOWN | | UNKNOWN |
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.  MYNORDAM.COM | UNKNOWN | | UNKNOWN |
| 61.2.  MYNORDAM.COM | UNKNOWN | | UNKNOWN |
| 61.3.  NORDAM.COM | UNKNOWN | | UNKNOWN |
| 61.4.  NORDAM.COM | UNKNOWN | | UNKNOWN |
| 61.5.  NORDAM.INFO | UNKNOWN | | UNKNOWN |
| 61.6.  NORDAM.INFO | UNKNOWN | | UNKNOWN |
| 61.7.  NORDAM.NET | UNKNOWN | | UNKNOWN |
| 61.8.  NORDAM.NET | UNKNOWN | | UNKNOWN |
| 61.9.  NORDAMHANGAR.COM | UNKNOWN | | UNKNOWN |
| 61.10. NORDAMHANGAR.COM | UNKNOWN | | UNKNOWN |
| 61.11. NORDAMHEALTH.COM | UNKNOWN | | UNKNOWN |
| 61.12. NORDAMHEALTH.COM | UNKNOWN | | UNKNOWN |
| 61.13. NORDAMREPAIR.COM | UNKNOWN | | UNKNOWN |
| 61.14. NORDAMREPAIR.COM | UNKNOWN | | UNKNOWN |
| 61.15. NORDAMREPAIR.INFO | UNKNOWN | | UNKNOWN |
| 61.16. NORDAMREPAIR.INFO | UNKNOWN | | UNKNOWN |
| 61.17. NORDAMREPAIR.ONLINE | UNKNOWN | | UNKNOWN |
| 61.18. NORDAMREPAIR.ONLINE | UNKNOWN | | UNKNOWN |
| 61.19. OKLAHOMAFLIGHTNIGHT.COM | UNKNOWN | | UNKNOWN |
| 61.20. OKLAHOMAFLIGHTNIGHT.COM | UNKNOWN | | UNKNOWN |
| 61.21. OKLAHOMAFLIGHTNIGHT.ORG | UNKNOWN | | UNKNOWN |
| 61.22. OKLAHOMAFLIGHTNIGHT.ORG | UNKNOWN | | UNKNOWN |
| 61.23. STAKEHOLDERCAREERS.COM | UNKNOWN | | UNKNOWN |
| 61.24. STAKEHOLDERCAREERS.COM | UNKNOWN | | UNKNOWN |
| 61.25. TULSACHARITYFIGHTNIGHT.COM | UNKNOWN | | UNKNOWN |
| 61.26. TULSACHARITYFIGHTNIGHT.COM | UNKNOWN | | UNKNOWN |
| 61.27. TULSACHARITYFIGHTNIGHT.ORG | UNKNOWN | | UNKNOWN |
| 61.28. TULSACHARITYFIGHTNIGHT.ORG | UNKNOWN | | UNKNOWN |
| 61.29. TULSAFLIGHTNIGHT.COM | UNKNOWN | | UNKNOWN |
| 61.30. TULSAFLIGHTNIGHT.COM | UNKNOWN | | UNKNOWN |
| 61.31. TULSAFLIGHTNIGHT.NET | UNKNOWN | | UNKNOWN |
| 61.32. TULSAFLIGHTNIGHT.NET | UNKNOWN | | UNKNOWN |
| 61.33. TULSAFLIGHTNIGHT.ORG | UNKNOWN | | UNKNOWN |
| 61.34. TULSAFLIGHTNIGHT.ORG | UNKNOWN | | UNKNOWN |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.1.   AGREEMENT AND OMNIBUS AMENDMENT RELATING TO ROYALTY PAYMENTS FOR CF6 THRUST REVERSERS DATED NOVEMBER 23, 2015 AMONG NORDAM, GENERAL ELECTRIC COMPANY, AND MRA SYSTEMS, INC. | $1,708,602.00 | | $1,708,602.00 |
| 62.2.   EFFECTIVE 1/1/18 THE COMPANY HAS GRANTED A PERPETUAL NON-TRANSFERABLE LICENSE TO MEGGITT AEROSPACE LIMITED (AND RELATED ENTITIES) FOR CERTAIN RADOME IP FOR A ONE-TIME FEE RECEIVED IN EARLY 2018. | UNKNOWN | | UNKNOWN |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| 63.1.   CUSTOMER LIST | UNKNOWN | | UNKNOWN |
| **64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| 64.1.   THERE ARE NUMEROUS CONFIDENTIAL AND PROPRIETARY PROCESSES, PROCEDURES, TECHNIQUES, METHODS, AND COMPONENTS DEVELOPED AND USED BY NORDAM IN ITS MANUFACTURING AND/OR REPAIR PROGRAMS WHICH CANNOT BE EASILY LISTED IN A SCHEDULE OF THIS KIND. | UNKNOWN | | UNKNOWN |
| **65. GOODWILL** | | | |
| 65.1.   GOODWILL OF SIMULATOR SCREEN BUSINESS | $3,347,569.50 | | $3,347,569.50 |

**66  Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.

$5,056,171.50
+UNKNOWN AMOUNT

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:   ALL OTHER ASSETS**

**70.   DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.   NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| N/A | |
| **72.   TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| TENNESSEE FRANCHISE TAX REFUND        Tax year  2017 | UNKNOWN |
| **73.   INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| N/A | |
| **74.   CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |

Debtor    The NORDAM Group, Inc.    _Case number_ (if known) 18-11699-MFW
_(Name)_

| | Current value of debtor's interest |
|---|---|

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

**Nature of claim**    ON TIME DELIVERY AND OTHER DEFICIENCIES

**Amount requested**    $465,894.97

INS CLAIM AGAINST SANDERS COMPOSITES, INC. FOR MATERIAL BREACH OF CONTRACT LTA N2016244.    UNKNOWN
VENDOR HAS NOT YET BEEN NOTIFIED.

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

**Nature of claim**    CLAIMS AGAINST P&WC ARISING UNDER OR RELATED TO (A) THE LTPA AND OTHER BINDING DOCUMENTS AND (B) ANY APPLICABLE NON-BANKRUPTCY LAW

**Amount requested**    UNKNOWN

PRATT & WHITNEY CANADA    UNKNOWN

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

N/A

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** _EXAMPLES:_ SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

| | |
|---|---|
| INTERCOMPANY RECEIVABLE - NORDAM EUROPE LIMITED | $1,373,103.93 |
| INTERCOMPANY RECEIVABLE - NORDAM SINGAPORE PTE LTD | $607,712.70 |
| INTERCOMPANY RECEIVABLE - NORDAM UK LIMITED | $29,535.60 |
| INTERCOMPANY RECEIVABLE - PARTPILOT LLC | $10,142,404.62 |
| INTERCOMPANY RECEIVABLE - WORLD AVIATION ASSOCIATES PTE LTD | $2,432,653.25 |
| TECHNICAL DATA | $233,446.00 |

**78  Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.    $14,818,856.10
+UNKNOWN AMOUNT

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 12:  Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.  Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $817,052.39 | |
| **81.  Deposits and prepayments.** _Copy line 9, Part 2._ | $3,468,432.84 | |
| **82.  Accounts receivable.** _Copy line 12, Part 3._ | $42,012,896.00 | |
| **83.  Investments.** _Copy line 17, Part 4._ | $13,577,478.14 | |
| **84.  Inventory.** _Copy line 23, Part 5._ | $254,598,975.53 | |
| **85.  Farming and fishing-related assets.** _Copy line 33, Part 6._ | $7,804.05 | |
| **86.  Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $14,134,248.89 | |
| **87.  Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $65,877,661.33 | |
| **88.  Real property.** _Copy line 56, Part 9._ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $36,403,766.29 |

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699
         (Name)

| | | |
|---|---|---|
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,056,171.50 |
| 90. | **All other assets.** *Copy line 78, Part 11.* + | $14,818,856.10 |

91. **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a.  $414,369,576.77  +UNKNOWN AMOUNT  **+** 91b  $36,403,766.29

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $450,773,343.06  +UNKNOWN AMOUNT

| Fill in this information to identify the case: |
|---|

Debtor   The NORDAM Group, Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number   18-11699
(if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1.   1.   **Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
|---|---|

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name**<br>BANK OF MONTREAL<br><br>**Creditor's mailing address**<br>100 KING STREET WEST<br>24TH FLOOR<br>TORONTO, ON  M5X 1A1<br>CANADA<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0759<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC LIENHOLDER<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | UNKNOWN | UNKNOWN |
| 2.2 | **Creditor's name**<br>CFS AIR LLC<br><br>**Creditor's mailing address**<br>83 WOODSTER HEIGHTS RD<br>SUITE 503<br>DANBURY, CT  06810<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5732<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC LIENHOLDER<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | UNKNOWN | UNKNOWN |

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699
_____
(Name)

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

**2.3**

**Creditor's name**
CITIBANK, N.A.

**Creditor's mailing address**
ITS BRANCHES, SUB AND AFFILIATES
388 GREENWICH STREET
10TH FLOOR
NEW YORK, NY  10013

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4385

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIENHOLDER

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN    UNKNOWN

**2.4**

**Creditor's name**
GE CAPITAL COMMERCIAL INC

**Creditor's mailing address**
P.O. BOX 35713
BILLINGS, MT  59107-5713

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0363

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIENHOLDER

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN    UNKNOWN

**2.5**

**Creditor's name**
HARTWIG INC

**Creditor's mailing address**
10617 TRENTON AVE
ST LOUIS, MO  63132

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7370

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIENHOLDER

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN    UNKNOWN

| Debtor | The NORDAM Group, Inc. | Case number (if known) 18-11699 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

|  | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |
| 2.6 | **Creditor's name**<br>JPMORGAN CHASE BANK, N.A.<br><br>**Creditor's mailing address**<br>ATTN: DAVID STRATTON<br>MARKET PRESIDENT - TULSA<br>110 W. 7TH STREET, 7TH FLOOR<br>TULSA, OK  74119<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>12/28/2012<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>     Specify each creditor, including this<br>     creditor, and its relative priority.<br>     FIRST PRIORITY LIEN | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>ADMINISTRATIVE AGENT, SWING LINE LENDER AND L/C ISSUER<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $266,521,739.00 | UNKNOWN |
| 2.7 | **Creditor's name**<br>JPMORGAN CHASE BANK, N.A.<br><br>**Creditor's mailing address**<br>ATTN: DAVID STRATTON<br>MARKET PRESIDENT - TULSA<br>110 W. 7TH STREET, 7TH FLOOR<br>TULSA, OK  74119<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC LIENHOLDER<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | UNKNOWN | UNKNOWN |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | | $266,521,739.00<br>+UNKNOWN  AMOUNT | |

**Fill in this information to identify the case:**

Debtor    The NORDAM Group, Inc.

United States Bankruptcy Court for the:    District of Delaware

Case number    18-11699
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>ABBOTT, BRENDAN LARON<br>18575 E 108TH ST N<br>OWASSO, OK  74055-8121<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3830**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,748.07 | $3,748.07 |
| **2.2** | **Priority creditor's name and mailing address**<br>ABBOTT, CHRISTIANN<br>11833 N 158TH E AVE<br>COLLINSVILLE, OK  74021-5831<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5278**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $6,241.08 | $6,241.08 |
| **2.3** | **Priority creditor's name and mailing address**<br>ABBOTT, DONNA<br>11833 N 158TH E AVE<br>COLLINSVILLE, OK  74021-5831<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5196**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $6,434.43 | $6,434.43 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.4 | **Priority creditor's name and mailing address** ABBOTT, KRISTY 11440 N 160TH E AVE OWASSO, OK 74055-6090 **Date or dates debt was incurred** **Last 4 digits of account number:** 2750 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $6,355.20 | $6,355.20 |
| 2.5 | **Priority creditor's name and mailing address** ABBOTT, MIKAL 14854 E. 91ST. ST. N. OWASSO, OK 74055-5003 **Date or dates debt was incurred** **Last 4 digits of account number:** 4740 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $5,301.25 | $5,301.25 |
| 2.6 | **Priority creditor's name and mailing address** ABBOTT, SEAN 12700 E 100TH ST N APT 15305 OWASSO, OK 74055-9329 **Date or dates debt was incurred** **Last 4 digits of account number:** 3189 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $1,208.51 | $1,208.51 |
| 2.7 | **Priority creditor's name and mailing address** ABBOTT, TONY 11440 N 160TH E AVE OWASSO, OK 74055-6090 **Date or dates debt was incurred** **Last 4 digits of account number:** 1679 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $6,268.05 | $6,268.05 |
| 2.8 | **Priority creditor's name and mailing address** ABRAHAMSON, KYLE P.O. BOX 213 KELLYVILLE, OK 74039-0213 **Date or dates debt was incurred** **Last 4 digits of account number:** 9544 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $5,539.96 | $5,539.96 |

Debtor    The NORDAM Group, Inc.
(Name)

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.9 | **Priority creditor's name and mailing address**<br>ABRAMS, NELSON<br>245 W PRICE AVE<br>OOLOGAH, OK  74053-3206<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3305<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,491.96 | $1,491.96 |
| 2.10 | **Priority creditor's name and mailing address**<br>ADAIR, KEIDRIC<br>8601 S MINGO RD APT 7207<br>TULSA, OK  74133-4594<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3138<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $867.85 | $867.85 |
| 2.11 | **Priority creditor's name and mailing address**<br>ADAMS, CARL<br>10761 N 155 EAST AVE<br>OWASSO, OK  74055-5251<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9836<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $9,157.53 | $9,157.53 |
| 2.12 | **Priority creditor's name and mailing address**<br>ADAMS, DONALD<br>19593 HELT RD<br>CLAREMORE, OK  74017-2320<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2496<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,785.39 | $3,785.39 |
| 2.13 | **Priority creditor's name and mailing address**<br>ADAMS, TRAVIS<br>12965 N 124TH E PL<br>COLLINSVILLE, OK  74021-7170<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0561<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $11,380.93 | $11,380.93 |

**Part 1:**    **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.14**    **Priority creditor's name and mailing address**

ADCOCK III, JAMES
4438 S. 249TH W. AVE.
SAND SPRINGS, OK 74063-8908

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3414

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,691.10    Priority amount: $8,691.10

---

**2.15**    **Priority creditor's name and mailing address**

AHRENS, DAVID
3511 S TOLEDO AVE
TULSA, OK 74135-1728

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3139

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $859.97    Priority amount: $859.97

---

**2.16**    **Priority creditor's name and mailing address**

AKINS, JAMES
P.O. BOX 17
KELLYVILLE, OK 74039-0017

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3508

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $199.73    Priority amount: $199.73

---

**2.17**    **Priority creditor's name and mailing address**

ALBRIGHT, ALAN
6905 E 88TH ST N
OWASSO, OK 74055-7596

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3000

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,335.77    Priority amount: $2,335.77

---

**2.18**    **Priority creditor's name and mailing address**

ALBRIGHT, TAMMY
6905 E 88TH ST N
OWASSO, OK 74055-6724

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2699

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,167.34    Priority amount: $6,167.34

Debtor    The NORDAM Group, Inc._____    Case number (if known) 18-11699 (MFW)

(Name)

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.19** | **Priority creditor's name and mailing address**
ALEXANDER, CRAIG
12206 S 18TH AVE E
JENKS, OK  74037-3657

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2116

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $6,442.12    Priority amount: $6,442.12

**2.20** | **Priority creditor's name and mailing address**
ALEXANDER, KEVIN
14355 E TIMBER RIDGE DR.
CLAREMORE, OK  74019-2100

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3458

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $3,930.39    Priority amount: $3,930.39

**2.21** | **Priority creditor's name and mailing address**
ALLEM, JON
4608 REDBUD DR
SAND SPRINGS, OK  74063-3241

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2651

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $3,841.87    Priority amount: $3,841.87

**2.22** | **Priority creditor's name and mailing address**
ALLEN, CHERELLE
1800 W ALBANY DR
APT 324
BROKEN ARROW, OK  74012-5819

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3287

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $914.96    Priority amount: $914.96

**2.23** | **Priority creditor's name and mailing address**
ALLEN, ELSA
4648 S. ROCKFORD AVE
TULSA, OK  74105-4816

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3195

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $3,203.58    Priority amount: $3,203.58

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699

(Name)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.24** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | $5,985.90 | $5,985.90

ALLEN, GREGORY
11418 N. 131 ST. E. AVE
OWASSO, OK  74055-6710

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0916

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.25** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | $912.33 | $912.33

ALLENBAUGH, CODY
1011 8TH ST
PAWNEE, OK  74058-3528

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3413

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.26** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | $1,439.07 | $1,439.07

ALMONRODE, CHRISTIAN
2616 E 7TH ST
TULSA, OK  74104-3310

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3169

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.27** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | $1,713.20 | $1,713.20

ALMUALLEM, FADHL
5781 N 97TH EAST AVE
APT 201
OWASSO, OK  74055-6881

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3342

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.28** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | $7,193.89 | $7,193.89

ALQADI, WAEL
14504 E 111TH PL N
OWASSO, OK  74055-9418

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2101

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

Debtor    The NORDAM Group, Inc.                    Case number (if known) 18-11699
          (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.29** | **Priority creditor's name and mailing address**
ALSABROOK, BRAD
8775 N 97TH E AVE, APT #204
OWASSO, OK  74055-6876

**Date or dates debt was incurred**

**Last 4 digits of account number: 2637**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,287.91    Priority amount: $3,287.91

---

**2.30** | **Priority creditor's name and mailing address**
ALVARADO, JESUS
13607 E 26TH ST
TULSA, OK  74134-2202

**Date or dates debt was incurred**

**Last 4 digits of account number: 2767**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,530.96    Priority amount: $3,530.96

---

**2.31** | **Priority creditor's name and mailing address**
AMICK, JOHN
108 W 11TH ST
CLAREMORE, OK  74017-5833

**Date or dates debt was incurred**

**Last 4 digits of account number: 3025**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,516.02    Priority amount: $1,516.02

---

**2.32** | **Priority creditor's name and mailing address**
ANDERSON, BAILEY
1721 S DEWEY AVE
BARTLESVILLE, OK  74003-5822

**Date or dates debt was incurred**

**Last 4 digits of account number: 3013**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,084.54    Priority amount: $1,084.54

---

**2.33** | **Priority creditor's name and mailing address**
ANDERSON, LYNNICE
621 E 57TH ST N
TULSA, OK  74126-2279

**Date or dates debt was incurred**

**Last 4 digits of account number: 9825**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $9,457.85    Priority amount: $9,457.85

Debtor  The NORDAM Group, Inc.
(Name)

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.34** Priority creditor's name and mailing address

ANDERSON, SCOTT
9325 S 279TH E AVE
BROKEN ARROW, OK  74014-4302

**Date or dates debt was incurred**

**Last 4 digits of account number: 8876**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,141.04   Priority amount: $5,141.04

**2.35** Priority creditor's name and mailing address

ANDREWS, CHASE
21110 E 31ST PL
BROKEN ARROW, OK  74014-5101

**Date or dates debt was incurred**

**Last 4 digits of account number: 2616**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,143.53   Priority amount: $3,143.53

**2.36** Priority creditor's name and mailing address

ANDREWS, JOHN
1422 E JONES AVE
SAPULPA, OK  74066-2337

**Date or dates debt was incurred**

**Last 4 digits of account number: 2443**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,872.16   Priority amount: $2,872.16

**2.37** Priority creditor's name and mailing address

ANDREWS, MICHAEL
30328 E 169TH ST S
COWETA, OK  74429-3241

**Date or dates debt was incurred**

**Last 4 digits of account number: 2864**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,033.81   Priority amount: $4,033.81

**2.38** Priority creditor's name and mailing address

ANDREWS, SHALA
150 W LAREDO PL
BROKEN ARROW, OK  74012-7943

**Date or dates debt was incurred**

**Last 4 digits of account number: 2957**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $616.48   Priority amount: $616.48

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.39 | **Priority creditor's name and mailing address**<br>ANTHONY, EDWARD<br>1301 SW JENNINGS AVE<br>BARTLESVILLE, OK 74003-5621<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2819<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,609.64 | $1,609.64 |
| 2.40 | **Priority creditor's name and mailing address**<br>ARCHER, MICHAEL<br>4727 S TOLEDO AVE<br>TULSA, OK 74135-4712<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2001<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,167.70 | $7,167.70 |
| 2.41 | **Priority creditor's name and mailing address**<br>ARCHIBALD, KENNETH<br>614 S 75TH ST<br>BROKEN ARROW, OK 74014-7081<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2597<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,764.20 | $8,764.20 |
| 2.42 | **Priority creditor's name and mailing address**<br>ARMSTRONG, GREGORY<br>7306 S. FULTON AVE.<br>TULSA, OK 74136-7107<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5270<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,392.84 | $6,392.84 |
| 2.43 | **Priority creditor's name and mailing address**<br>ARNOLD, DINA<br>15663 N 102ND EAST AVE<br>COLLINSVILLE, OK 74021-5320<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1524<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,356.79 | $4,356.79 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.44** **Priority creditor's name and mailing address**
ARROYO, MICHELLE
1609 N 15TH ST
BROKEN ARROW, OK 74012-9334

**Date or dates debt was incurred**

**Last 4 digits of account number: 3223**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $586.56   Priority amount: $586.56

---

**2.45** **Priority creditor's name and mailing address**
ASHBURNER, RICHARD
4917 S. 185TH E. AVE.
TULSA, OK 74134-7321

**Date or dates debt was incurred**

**Last 4 digits of account number: 1195**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,268.38   Priority amount: $5,268.38

---

**2.46** **Priority creditor's name and mailing address**
ASHLOCK, GARY
7701 N. 122ND E. AVE.
OWASSO, OK 74055-3525

**Date or dates debt was incurred**

**Last 4 digits of account number: 1633**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,821.04   Priority amount: $1,821.04

---

**2.47** **Priority creditor's name and mailing address**
ASHLOCK, STEPHANIE
7701 N 122ND EAST AVE
OWASSO, OK 74055-3525

**Date or dates debt was incurred**

**Last 4 digits of account number: 1101**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,356.22   Priority amount: $3,356.22

---

**2.48** **Priority creditor's name and mailing address**
ATKINSON JR, DANIEL
1809 N MAIN
OWASSO, OK 74055-4657

**Date or dates debt was incurred**

**Last 4 digits of account number: 8994**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,854.11   Priority amount: $4,854.11

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.49** **Priority creditor's name and mailing address**
ATKINSON, BENNETT
2308 W 118TH ST S
JENKS, OK 74037-4353

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4665

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,728.74   Priority amount: $6,728.74

---

**2.50** **Priority creditor's name and mailing address**
ATWELL, DAVID
1840 N 254 RD
MOUNDS, OK 74047-3956

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1511

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,932.36   Priority amount: $1,932.36

---

**2.51** **Priority creditor's name and mailing address**
AUSTIN, DONALD
1825 S FIR AVE
BROKEN ARROW, OK 74012-7591

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5855

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,411.02   Priority amount: $3,411.02

---

**2.52** **Priority creditor's name and mailing address**
AUSTIN, MARTIN
15930 W 81ST S
SAPULPA, OK 74066-7031

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8422

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,085.23   Priority amount: $6,085.23

---

**2.53** **Priority creditor's name and mailing address**
AVILA, MAURICIO
2909 VILLAGE DR
CATOOSA, OK 74015-6529

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5587

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,704.54   Priority amount: $3,704.54

Debtor    The NORDAM Group, Inc.    _____    Case number (if known) 18-11699
          (Name)

| | Part 1: | Additional Page | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.54 | **Priority creditor's name and mailing address**<br>AXTELL, STEVEN<br>130 PLUM TREE RD<br>SALINA, OK 74365-2967<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1959<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,077.72 | $8,077.72 |
| 2.55 | **Priority creditor's name and mailing address**<br>AZEVEDO, ROBERT<br>512 N PARK LN<br>CLEVELAND, OK 74020-3569<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2989<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,503.99 | $1,503.99 |
| 2.56 | **Priority creditor's name and mailing address**<br>BABCOCK, RUSSELL<br>7107 N 129TH EAST AVE<br>OWASSO, OK 74055-7150<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3250<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,091.40 | $1,091.40 |
| 2.57 | **Priority creditor's name and mailing address**<br>BAIG, MIRZA<br>9136 E 132ND ST S<br>BIXBY, OK 74008-3579<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1732<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,559.12 | $3,559.12 |
| 2.58 | **Priority creditor's name and mailing address**<br>BAIRD, CASSANDRA<br>15896 CHEROKEE BLVD.<br>SKIATOOK, OK 74070-5571<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1790<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,028.15 | $6,028.15 |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.59** | **Priority creditor's name and mailing address**
BAIRD, ROBERT
P.O. BOX 1350
OWASSO, OK 74055-1350

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3339

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $4,840.82    Priority amount: $4,840.82

---

**2.60** | **Priority creditor's name and mailing address**
BAIRD, TERRY
15896 CHEROKEE BLVD.
SKIATOOK, OK 74070-5571

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1746

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $6,916.45    Priority amount: $6,916.45

---

**2.61** | **Priority creditor's name and mailing address**
BAKER, CHRISTOPHER
2885 N WOODBINE RD
SAND SPRINGS, OK 74063-5832

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3102

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $7,417.87    Priority amount: $7,417.87

---

**2.62** | **Priority creditor's name and mailing address**
BAKER, HEATH
1711 N OXFORD
TULSA, OK 74115-4437

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2764

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $2,971.72    Priority amount: $2,971.72

---

**2.63** | **Priority creditor's name and mailing address**
BAKER, KEITH
14100 E. 106TH ST. N. APT 224
OWASSO, OK 74055-6059

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6382

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $12,850.00    Priority amount: $12,850.00

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.64** | **Priority creditor's name and mailing address**
BAKER, MARK
3613 W 109TH ST S
JENKS, OK  74037-1810

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3467

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,837.30    Priority amount: $5,837.30

---

**2.65** | **Priority creditor's name and mailing address**
BAKER, REGINA
4215 SOUTH 188TH EAST AVENUE
TULSA, OK  74134-7267

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0992

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,774.14    Priority amount: $6,774.14

---

**2.66** | **Priority creditor's name and mailing address**
BALDWIN, TRACY
15009 E 155TH ST N
COLLINSVILLE, OK  74021-6812

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9546

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,726.54    Priority amount: $3,726.54

---

**2.67** | **Priority creditor's name and mailing address**
BALLARD, DANIEL
8918 E 59TH ST
TULSA, OK  74145-8719

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2519

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00    Priority amount: $12,850.00

---

**2.68** | **Priority creditor's name and mailing address**
BALLARD, ERIC
17517 E. 43RD PL
17517 E. 43RD PL
TULSA, OK  74134-4008

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3301

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,000.32    Priority amount: $1,000.32

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.69** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,225.58 | $3,225.58

BANDY, CHRIS
6201 S 224TH EAST AVE
BROKEN ARROW, OK  74014-2032

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2141

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.70** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $239.67 | $239.67

BANKES, JONATHAN
401 S DOGWOOD ST APT D26
OWASSO, OK  74055-3408

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3479

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.71** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,513.10 | $2,513.10

BANKS JR, KENNETH
P.O. BOX 842
MOUNDS, OK  74047-0842

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 4877

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.72** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $64.11 | $64.11

BANNISTER, JOSEPH
1608 N 15TH ST
BROKEN ARROW, OK  74012-9334

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3528

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.73** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,417.31 | $8,417.31

BARBER, DANIEL
948 COUNTRY MEADOW LN
SKIATOOK, OK  74070-4007

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 9198

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.74 | **Priority creditor's name and mailing address**<br><br>BAREFOOT, RASSEY<br>2751 W 67TH ST<br>TULSA, OK  74132-1772<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0320<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,944.99 | $1,944.99 |
| 2.75 | **Priority creditor's name and mailing address**<br><br>BAREFOOT, THORTON<br>19707 S 4090 RD<br>CLAREMORE, OK  74019-0124<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3157<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,207.12 | $1,207.12 |
| 2.76 | **Priority creditor's name and mailing address**<br><br>BARNES, ALVEN<br>1520 CARDINAL CIRCLE<br>SAPULPA, OK  74066-4134<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2056<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,819.28 | $2,819.28 |
| 2.77 | **Priority creditor's name and mailing address**<br><br>BARNES, CONNIE<br>13747 E 435 RD<br>CLAREMORE, OK  74017-6845<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 7040<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,057.60 | $7,057.60 |
| 2.78 | **Priority creditor's name and mailing address**<br><br>BARNES, DEREK<br>503 LAHOMA DRIVE<br>BARTLESVILLE, OK  74003-1422<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6831<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,889.16 | $3,889.16 |

Debtor  The NORDAM Group, Inc.
(Name)

Case number (if known) 18-11699-MFW

---

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

2.79 **Priority creditor's name and mailing address**

BARNES, EARL
13641 N. 150TH EAST AVE
COLLINSVILLE, OK 74021-5671

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3177

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $7,711.68    Priority amount $7,711.68

---

2.80 **Priority creditor's name and mailing address**

BARNES, MICHAEL
3930 N LANSING PL
TULSA, OK 74106-1617

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3288

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $1,503.30    Priority amount $1,503.30

---

2.81 **Priority creditor's name and mailing address**

BARNES, PHILLIP
14109 E 87 TERRACE N
OWASSO, OK 74055-2572

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4562

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $5,351.58    Priority amount $5,351.58

---

2.82 **Priority creditor's name and mailing address**

BARNES, WARREN
3917 S 74TH W CIRCLE
TULSA, OK 74107-4850

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1757

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $1,672.99    Priority amount $1,672.99

---

2.83 **Priority creditor's name and mailing address**

BARTLEY, ROGER
10394 E THIRD ST
CLAREMORE, OK 74019-7102

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2976

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $1,655.79    Priority amount $1,655.79

---

| Debtor | The NORDAM Group, Inc. | Case number (if known) 18-11699 (MFW) |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.84 | **Priority creditor's name and mailing address**<br>BARTON, YEVETTE<br>P.O. BOX 1826<br>OWASSO, OK  74055-1826<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0855<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $7,461.41 | $7,461.41 |
| 2.85 | **Priority creditor's name and mailing address**<br>BASKETT, HUNTER<br>8943 S 257TH E PL<br>BROKEN ARROW, OK  74014-7820<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3414<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $656.88 | $656.88 |
| 2.86 | **Priority creditor's name and mailing address**<br>BASKS, JOSEPH<br>9501 N 132ND EAST AVE<br>OWASSO, OK  74055-4735<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2838<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,550.86 | $2,550.86 |
| 2.87 | **Priority creditor's name and mailing address**<br>BASORE, JIMMY<br>927 COUNTY ROAD 1495<br>HOMINY, OK  74035-6744<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4478<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $5,914.13 | $5,914.13 |
| 2.88 | **Priority creditor's name and mailing address**<br>BASSE, JAMES<br>5209 E 21ST ST<br>TULSA, OK  74114-2211<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3039<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $7,250.34 | $7,250.34 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.89 | **Priority creditor's name and mailing address**<br>BATEY, DANIEL<br>35171 W. 191ST<br>BRISTOW, OK  74010-2490<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4342**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,455.86 | $2,455.86 |
| 2.90 | **Priority creditor's name and mailing address**<br>BAUGHMAN, CHRISTIAN<br>1249 FOREST LN<br>CATOOSA, OK  74015-2210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3306**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,239.73 | $2,239.73 |
| 2.91 | **Priority creditor's name and mailing address**<br>BAUHAUS, LOUIS<br>315 S 15TH ST<br>COLLINSVILLE, OK  74021-3005<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2964**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,669.52 | $1,669.52 |
| 2.92 | **Priority creditor's name and mailing address**<br>BAUMANN, JACK<br>6203 E 350 RD<br>TALALA, OK  74080-3044<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1909**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,821.70 | $2,821.70 |
| 2.93 | **Priority creditor's name and mailing address**<br>BAXTER, DAVID<br>6106 N YALE AVE<br>TULSA, OK  74117-2405<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1720**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,683.35 | $3,683.35 |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.94** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,407.73 | $3,407.73

BAXTER, RONALD
10301 E 90TH ST N
OWASSO, OK  74055-6816

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 9967

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.95** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,413.98 | $3,413.98

BEAIR, BRIAN
11645 S HUDSON CT
TULSA, OK  74137-8510

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 9773

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.96** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,202.47 | $1,202.47

BEATTIE, CAROLYN
2304 S FLORENCE PL
TULSA, OK  74114-1843

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3260

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.97** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,628.97 | $6,628.97

BECK, LESTER
11188 STATE HWY. 3W
ADA, OK  74820-0244

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 1499

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.98** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,179.83 | $3,179.83

BEHR, DENNIS
8801 E. 126TH ST. NORTH
COLLINSVILLE, OK  74021-5031

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2093

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    The NORDAM Group, Inc.    _____    Case number (if known) 18-11699
(Name)

| | |
|---|---|
| **Part 1:** | **Additional Page** |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.99** | **Priority creditor's name and mailing address**
BEILE, ALI
8711 E. 99TH STREET
TULSA, OK 74133-6046

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9804

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| **As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $10,273.05    Priority amount: $10,273.05

---

**2.100** | **Priority creditor's name and mailing address**
BELL JR, TRACY
605 S MAIN CT APT B
BIXBY, OK 74008-4923

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3127

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $1,461.03    Priority amount: $1,461.03

---

**2.101** | **Priority creditor's name and mailing address**
BELL, ANDRE
6643 S. UTICA PL.
TULSA, OK 74136-2415

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5588

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $8,522.17    Priority amount: $8,522.17

---

**2.102** | **Priority creditor's name and mailing address**
BELL, CHARLES
24292 E 145TH ST S
COWETA, OK 74429-5624

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2520

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $7,027.19    Priority amount: $7,027.19

---

**2.103** | **Priority creditor's name and mailing address**
BELL, CHRISTOPHER
RR 1 BOX 1710
COUNCIL HILL, OK 74428-9628

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2913

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $2,620.91    Priority amount: $2,620.91

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.104** **Priority creditor's name and mailing address**
BELL, ROGER
16023 E 590 RD
ROSE, OK 74364-2148

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3271

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,641.68   Priority amount: $2,641.68

---

**2.105** **Priority creditor's name and mailing address**
BELLAMY, BEAU
10725 N 154TH EAST AVE
OWASSO, OK 74055-6297

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3219

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $559.63   Priority amount: $559.63

---

**2.106** **Priority creditor's name and mailing address**
BELZ, AARON
6883 E 144TH ST N
COLLINSVILLE, OK 74021-4780

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0127

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,471.94   Priority amount: $3,471.94

---

**2.107** **Priority creditor's name and mailing address**
BENBENEK, JANE
9304 N 103RD E AVE
OWASSO, OK 74055-6851

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1968

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,046.57   Priority amount: $5,046.57

---

**2.108** **Priority creditor's name and mailing address**
BENITEZ, RAFAEL
13145 E 130TH ST N
COLLINSVILLE, OK 74021-3810

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0168

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,415.47   Priority amount: $6,415.47

Debtor    The NORDAM Group, Inc. _____ Case number _(if known)_ 18-11699 _____

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.109 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $5,293.56 | $5,293.56 |

BENNETT, PATRICK
8145 OVERLOOK TRL
CLAREMORE, OK 74019-2560

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1648

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

| 2.110 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $3,332.73 | $3,332.73 |

BEOUGHER, KAIL
14700 EAST 88TH PLACE NORTH APT 916
OWASSO, OK 74055-4935

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2887

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

| 2.111 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $3,763.56 | $3,763.56 |

BERKLEY JR, TIMOTHY
4001 S 4120 RD
TALALA, OK 74080-9420

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3226

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

| 2.112 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $552.32 | $552.32 |

BERKLEY, JEFFREY
403 S. CEDAR STREET
APT A
OWASSO, OK 74055-3417

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3261

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

| 2.113 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $12,850.00 | $12,850.00 |

BERNAL, JOSE
7634 N 181ST E AVE
OWASSO, OK 74055-5961

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4847

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.114**

**Priority creditor's name and mailing address**
BERRY, ROBERT
1301 W INGLEWOOD ST
BROKEN ARROW, OK 74011-4225

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5830

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $3,190.64    Priority amount $3,190.64

---

**2.115**

**Priority creditor's name and mailing address**
BETHYAH, YARUWSHA
1274 SLEEPY HOLLOW DR
CATOOS, OK 74015-2235

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3477

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $248.55    Priority amount $248.55

---

**2.116**

**Priority creditor's name and mailing address**
BEYER, CHRISTOPHER
12216 S. 234TH E. AVE.
BROKEN ARROW, OK 74014-0000

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5220

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $9,890.07    Priority amount $9,890.07

---

**2.117**

**Priority creditor's name and mailing address**
BEZLER, BRIAN
18374 S QUAIL MEADOW DR
CLAREMORE, OK 74017-2604

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0059

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $5,246.90    Priority amount $5,246.90

---

**2.118**

**Priority creditor's name and mailing address**
BILANOVIC, ZARKO
12641 N 130TH EAST AVE
COLLINSVILLE, OK 74021-4151

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2401

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $2,646.92    Priority amount $2,646.92

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.119** | **Priority creditor's name and mailing address**

BILBY, MICHELLE
22170 E. 66TH CT. SO.
BROKEN ARROW, OK 74014-6649

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1495

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,521.90    Priority amount: $2,521.90

---

**2.120** | **Priority creditor's name and mailing address**

BILLUPS, JARED
8910 N. 119TH E AVE.
OWASSO, OK 74055-2082

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2150

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,208.37    Priority amount: $2,208.37

---

**2.121** | **Priority creditor's name and mailing address**

BILYK, MICHAEL
7004 N 120TH EAST AVE
OWASSO, OK 74055-7273

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3134

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,825.10    Priority amount: $1,825.10

---

**2.122** | **Priority creditor's name and mailing address**

BIRD JR, DALE
33095 W 261ST ST S.
BRISTOW, OK 74010-3999

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9533

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,289.22    Priority amount: $5,289.22

---

**2.123** | **Priority creditor's name and mailing address**

BISSETT, MADISON
4205 W TOLEDO ST
BROKEN ARROW, OK 74012-6038

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3165

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,325.53    Priority amount: $3,325.53

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.124** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,126.35 | $4,126.35

BLACK, ADON
1122 NORTH 15TH STREET
COLLINSVILLE, OK  74021-1804

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 1525**

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.125** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,885.15 | $5,885.15

BLACKWELL, JAMES
515 N 256TH RD
MOUNDS, OK  74047-6036

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 5280**

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.126** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,362.34 | $8,362.34

BLACKWELL, TROY
P.O. BOX 163
OWASSO, OK  74055-6674

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 6599**

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.127** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,850.00 | $12,850.00

BLATTENBAUER, GARY
1414 E 39TH ST APT 312
TULSA, OK  74105-3391

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 3205**

**Basis for the claim:**
DEFERRED COMP AND PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.128** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,512.96 | $2,512.96

BLEDSAW, JASON
3739 W 45TH PL
TULSA, OK  74107-6335

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 1282**

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.129** | **Priority creditor's name and mailing address**
BLUNT, ANTHONY
9185 E OAK LANE
CLAREMORE, OK  74019-0259

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4750

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,067.11    Priority amount: $7,067.11

---

**2.130** | **Priority creditor's name and mailing address**
BLUNT, BRENDEN
10845 E SYCAMORE AVE
CLAREMORE, OK  74019-0259

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2532

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,892.30    Priority amount: $2,892.30

---

**2.131** | **Priority creditor's name and mailing address**
BLUNT, DERYL
13053 N 124TH E AVE
COLLINSVILLE, OK  74021-7177

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0973

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00    Priority amount: $12,850.00

---

**2.132** | **Priority creditor's name and mailing address**
BLUNT, LARRY
9057 S. 253RD E. AVE.
BROKEN ARROW, OK  74014-5591

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2164

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,281.20    Priority amount: $5,281.20

---

**2.133** | **Priority creditor's name and mailing address**
BLY, JEREMY
7230 W.151ST ST S.
KIEFER, OK  74041-4548

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3259

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $616.88    Priority amount: $616.88

| Part 1: | Additional Page | | | |
| --- | --- | --- | --- | --- |
| | | | **Total claim** | **Priority amount** |

| | | | |
| --- | --- | --- | --- |
| 2.134 | **Priority creditor's name and mailing address** BODENHAMER, KURT 5349 S NEWPORT AVE TULSA, OK 74105-6823 | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed | $6,202.98 |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** 5963 | **Basis for the claim:** EMPLOYEE PTO | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | |

Priority amount: $6,202.98

| | | | |
| --- | --- | --- | --- |
| 2.135 | **Priority creditor's name and mailing address** BOEN, ANDREW 2500 W KINGSPORT ST BROKEN ARROW, OK 74011-7812 | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed | $4,504.82 |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** 3111 | **Basis for the claim:** EMPLOYEE PTO | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | |

Priority amount: $4,504.82

| | | | |
| --- | --- | --- | --- |
| 2.136 | **Priority creditor's name and mailing address** BOGGS, KIMBERLEY 87 CEDAR RIDGE ROAD BROKEN ARROW, OK 74011-1142 | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed | $3,318.81 |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** 2827 | **Basis for the claim:** EMPLOYEE PTO | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | |

Priority amount: $3,318.81

| | | | |
| --- | --- | --- | --- |
| 2.137 | **Priority creditor's name and mailing address** BOGLE, STEVEN 318 E PINE ST SKIATOOK, OK 74070-2240 | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed | $2,732.60 |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** 0309 | **Basis for the claim:** EMPLOYEE PTO | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | |

Priority amount: $2,732.60

| | | | |
| --- | --- | --- | --- |
| 2.138 | **Priority creditor's name and mailing address** BOLAND, RYAN 12700 E 100TH ST N APT 15306 OWASSO, OK 74055-9329 | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed | $4,207.82 |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** 3399 | **Basis for the claim:** EMPLOYEE PTO | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | |

Priority amount: $4,207.82

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.139 | **Priority creditor's name and mailing address**<br>BOLEY, CURTIS<br>16125 E79TH ST N<br>OWASSO, OK  74055-4934<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2798<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,035.56 | $4,035.56 |
| 2.140 | **Priority creditor's name and mailing address**<br>BOLING, JOHN<br>5834 S 67TH EAST AVE<br>TULSA, OK  74145-9234<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3529<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $59.84 | $59.84 |
| 2.141 | **Priority creditor's name and mailing address**<br>BORDWINE, DEBORAH<br>402951 W 3200 RD<br>RAMONA, OK  74061-3449<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1549<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,278.65 | $3,278.65 |
| 2.142 | **Priority creditor's name and mailing address**<br>BORS, MARK<br>12217 S. ASH AVE.<br>JENKS, OK  74037-3463<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5262<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,360.26 | $6,360.26 |
| 2.143 | **Priority creditor's name and mailing address**<br>BOSWELL, GARY<br>11214 N 143 E AVE<br>OWASSO, OK  74055-7252<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9263<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,744.70 | $3,744.70 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.144** | **Priority creditor's name and mailing address**
BOUTWELL, BRET
1508 N CHOCTAW PL
CLAREMORE, OK 74017-3114

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5671

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$4,335.04 | $4,335.04

---

**2.145** | **Priority creditor's name and mailing address**
BOYDSTUN, CRAIG
11 RIVER RIDGE RD
BROKEN ARROW, OK 74014-4502

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1670

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$3,776.09 | $3,776.09

---

**2.146** | **Priority creditor's name and mailing address**
BOYER, MICHAEL
P.O. BOX 27677
TULSA, OK 74149-0677

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2497

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$4,683.66 | $4,683.66

---

**2.147** | **Priority creditor's name and mailing address**
BRADDY, RICK
15523 E NEWTON PL
TULSA, OK 74116-2404

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2476

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$3,548.31 | $3,548.31

---

**2.148** | **Priority creditor's name and mailing address**
BRADER, JAY
7461 S 225TH E AVE
BROKEN ARROW, OK 74014-2421

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1922

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$2,800.94 | $2,800.94

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| | | | |
|---|---|---|---|
| 2.149 | **Priority creditor's name and mailing address**<br><br>BRADSHAW, MELISSA<br>30100 S 4170 RD<br>INOLA, OK 74036-5297<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5832<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,733.40 | $4,733.40 |
| 2.150 | **Priority creditor's name and mailing address**<br><br>BRAMSTEDT, RICK<br>61521 E 266 RD<br>GROVE, OK 74344-7895<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3108<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,483.26 | $4,483.26 |
| 2.151 | **Priority creditor's name and mailing address**<br><br>BRAZEAL, CODY<br>1415 W 47TH ST<br>TULSA, OK 74107-8003<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3011<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,263.56 | $2,263.56 |
| 2.152 | **Priority creditor's name and mailing address**<br><br>BREESE, MARY<br>1215 E. 63RD ST.<br>APT. C<br>TULSA, OK 74136-0561<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0813<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,160.70 | $3,160.70 |
| 2.153 | **Priority creditor's name and mailing address**<br><br>BRIDGES, CYNTHIA<br>1540 S. GARY AVE.<br>TULSA, OK 74104-5224<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3130<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,920.56 | $2,920.56 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.154** | **Priority creditor's name and mailing address**
BROAM, JAMES
11096 W 86TH
SAPULPA, OK 74066-8164

**Date or dates debt was incurred**

**Last 4 digits of account number: 3585**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,767.07     Priority amount: $5,767.07

---

**2.155** | **Priority creditor's name and mailing address**
BROCKMAN, VONN
4914 S. 186TH E. AVE.
TULSA, OK 74134-7174

**Date or dates debt was incurred**

**Last 4 digits of account number: 0760**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,113.73     Priority amount: $8,113.73

---

**2.156** | **Priority creditor's name and mailing address**
BROOKS, BETHANY
10913 N 117TH E AVE
OWASSO, OK 74055-7396

**Date or dates debt was incurred**

**Last 4 digits of account number: 2581**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,936.61     Priority amount: $1,936.61

---

**2.157** | **Priority creditor's name and mailing address**
BROWN, BOBBY
7032 W 151 S
KIEFER, OK 74041-0828

**Date or dates debt was incurred**

**Last 4 digits of account number: 5888**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,329.14     Priority amount: $7,329.14

---

**2.158** | **Priority creditor's name and mailing address**
BROWN, BRYAN
3154 S. 206TH E. PL.
BROKEN ARROW, OK 74014-5262

**Date or dates debt was incurred**

**Last 4 digits of account number: 2326**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,231.49     Priority amount: $5,231.49

Debtor    The NORDAM Group, Inc.    _____    Case number (if known) 18-11699-MFW
          (Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.159** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,579.09 | $10,579.09

BROWN, DOUGLAS
12145 N 164TH E AVE
COLLINSVILLE, OK  74021-5893

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 4018

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.160** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,275.95 | $3,275.95

BROWN, HAROLD
16503 E OKLAHOMA PLACE
TULSA, OK  74116-4456

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2718

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.161** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,850.00 | $12,850.00

BROWN, JEFFREY
2955 E. RABBS DR
OOLOGAH, OK  74053-9737

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3789

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.162** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,571.78 | $4,571.78

BROWN, KENNETH
31814 EAST 723 DRIVE
WAGONER, OK  74467-7417

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3542

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.163** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $679.07 | $679.07

BROWN, LAWRENCE
920 S MUSKOGEE AVE UNIT C
CLAREMORE, OK  74017-8742

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3383

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699

(Name)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.164** | **Priority creditor's name and mailing address**

BROWN, MARK
8102 E 550 RD
CLAREMORE, OK  74019-7500

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5467

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,583.60   Priority amount: $5,583.60

---

**2.165** | **Priority creditor's name and mailing address**

BROWN, MATTHEW
8705 N 127TH EAST AVE
OWASSO, OK  74055-2068

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2799

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,943.41   Priority amount: $1,943.41

---

**2.166** | **Priority creditor's name and mailing address**

BROWN, RANDY
14910 E 88TH ST N
OWASSO, OK  74055-4800

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6051

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,766.27   Priority amount: $3,766.27

---

**2.167** | **Priority creditor's name and mailing address**

BROWN, RICHARD
13024 N 124TH EAST AVE
COLLINSVILLE, OK  74021-7176

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1792

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,192.45   Priority amount: $4,192.45

---

**2.168** | **Priority creditor's name and mailing address**

BROWN, SANDRA
1220 S 111TH E AVE BLG 42
TULSA, OK  74128-4216

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0700

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,597.24   Priority amount: $8,597.24

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.169** **Priority creditor's name and mailing address**

BROWN, STEPHEN
9406 N 134TH EAST AVE
OWASSO, OK 74055-4721

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1628

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,235.88    Priority amount: $8,235.88

---

**2.170** **Priority creditor's name and mailing address**

BROWNLEE, CHAD
2008 ASHORD DR
BARTLESVILLE, OK 74006-6825

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1938

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,985.65    Priority amount: $6,985.65

---

**2.171** **Priority creditor's name and mailing address**

BRUCKNER, EDDIE
109 QUAIL CREEK LANE
SKIATOOK, OK 74070-3600

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3188

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,031.38    Priority amount: $8,031.38

---

**2.172** **Priority creditor's name and mailing address**

BRUNSON, BRYAN
11572 S PRAIRIE MEADOW DR
CLAREMORE, OK 74017-6983

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9233

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,302.24    Priority amount: $2,302.24

---

**2.173** **Priority creditor's name and mailing address**

BRUTON, TODD
11002 S HUDSON AVE
TULSA, OK 74137-7027

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9330

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $11,732.61    Priority amount: $11,732.61

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.174** **Priority creditor's name and mailing address**

BUCHANAN, CHARLES
449 FAIRLANE DR
SAPULPA, OK 74066-6805

**Date or dates debt was incurred**

**Last 4 digits of account number: 9034**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,954.75
Priority amount: $3,954.75

---

**2.175** **Priority creditor's name and mailing address**

BUCKLES, WILLIAM
8814 N 143RD EAST AVE
OWASSO, OK 74055-2676

**Date or dates debt was incurred**

**Last 4 digits of account number: 2181**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,662.30
Priority amount: $5,662.30

---

**2.176** **Priority creditor's name and mailing address**

BULLARD, TERRY
5637 SOUTH BOSTON AVENUE
TULSA, OK 74105-7726

**Date or dates debt was incurred**

**Last 4 digits of account number: 4865**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,673.44
Priority amount: $8,673.44

---

**2.177** **Priority creditor's name and mailing address**

BUNNEY, GLEN
P.O. BOX 469
NOWATA, OK 74048-2413

**Date or dates debt was incurred**

**Last 4 digits of account number: 1839**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,155.62
Priority amount: $12,155.62

---

**2.178** **Priority creditor's name and mailing address**

BUNYARD, DARYL
10414 S. 226 E. AVE.
BROKEN ARROW, OK 74014-3726

**Date or dates debt was incurred**

**Last 4 digits of account number: 2633**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,829.52
Priority amount: $7,829.52

| | | Total claim | Priority amount |
|---|---|---|---|

**Part 1:**   **Additional Page**

| 2.179 | **Priority creditor's name and mailing address**<br>BURGESS, RAYMOND<br>11040 S WILLOW LANE<br>SAPULPA, OK 74066-8531<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2850**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,031.20 | $8,031.20 |
|---|---|---|---|
| 2.180 | **Priority creditor's name and mailing address**<br>BURKETT, STEVEN<br>4849 S. 165TH E. AVE<br>TULSA, OK 74134-7270<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 6600**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |
| 2.181 | **Priority creditor's name and mailing address**<br>BURKS, DOMINICK<br>10948 E. 61ST ST APT. 1114<br>TULSA, OK 74133-1580<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9139**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,306.58 | $4,306.58 |
| 2.182 | **Priority creditor's name and mailing address**<br>BURRILL, GEORGE<br>2306 RIDGEVIEW LN<br>CLAREMORE, OK 74017-4725<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2349**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,782.06 | $3,782.06 |
| 2.183 | **Priority creditor's name and mailing address**<br>BURTON, SUNNY<br>4904 BARR DRIVE<br>SAND SPRINGS, OK 74063-2015<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3184**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,500.92 | $1,500.92 |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.184** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,296.62 | $8,296.62

BURWELL, JEROMY
1275 BLACK JACK LN
COLLINSVILLE, OK  74021-4071

**Date or dates debt was incurred**

**Last 4 digits of account number: 2545**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.185** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,108.55 | $8,108.55

BUSHYHEAD, DAVID
5613 W. 168TH ST. N.
SKIATOOK, OK  74070-9315

**Date or dates debt was incurred**

**Last 4 digits of account number: 9727**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.186** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,133.48 | $3,133.48

BUSSEY, GAINES
9543 E 81ST ST
APT 622
TULSA, OK  74133-1833

**Date or dates debt was incurred**

**Last 4 digits of account number: 2508**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.187** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,224.85 | $4,224.85

BUTLER, WILLIAM
2120 S HICKORY AVE
BROKEN ARROW, OK  74012-7637

**Date or dates debt was incurred**

**Last 4 digits of account number: 9267**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.188** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $638.63 | $638.63

BYERS, JUSTIN
8751 N 97TH EAST AVE APT 2003
OWASSO, OK  74055-7083

**Date or dates debt was incurred**

**Last 4 digits of account number: 3415**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

| Debtor | The NORDAM Group, Inc. | Case number (if known) 18-11699 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.189** | **Priority creditor's name and mailing address**
BYRD, DEREK
1417 W 78TH ST APT 1207
TULSA, OK  74132-4632

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3292

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $867.94 | $867.94 |

**2.190** | **Priority creditor's name and mailing address**
BYRD, KENT
27548 E 119TH ST S
COWETA, OK  74429-5913

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9217

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $9,012.57 | $9,012.57 |

**2.191** | **Priority creditor's name and mailing address**
BYRD, KYLE
8958 N. 4296 RD
ADAIR, OK  74330-2699

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2510

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $3,727.60 | $3,727.60 |

**2.192** | **Priority creditor's name and mailing address**
CAGLE, KEITH
7251 S 4180 RD
CLAREMORE, OK  74017-3183

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9127

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $3,607.34 | $3,607.34 |

**2.193** | **Priority creditor's name and mailing address**
CALDWELL, MATTHEW
14700 E 88TH PL N
#1005
OWASSO, OK  74055-4933

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2142

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $3,442.36 | $3,442.36 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.194** | **Priority creditor's name and mailing address** <br> CALLAWAY, RICHARD <br> 637 NE CUMMINGS <br> BARTLESVILLE, OK  74006-1936 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 1748 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $4,727.90 | $4,727.90 |
| **2.195** | **Priority creditor's name and mailing address** <br> CAMPBELL, MARK <br> 10811 S 4050 RD <br> TALALA, OK  74080-3583 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 5833 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $6,041.88 | $6,041.88 |
| **2.196** | **Priority creditor's name and mailing address** <br> CAMPOS, JOE <br> 9607 N 100TH EAST AVE <br> OWASSO, OK  74055-7033 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 0105 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $2,707.40 | $2,707.40 |
| **2.197** | **Priority creditor's name and mailing address** <br> CANTRELL SR, ZEDDIE <br> P.O. BOX 126 <br> KIEFER, OK  74041-0126 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 9431 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $3,591.15 | $3,591.15 |
| **2.198** | **Priority creditor's name and mailing address** <br> CANTRELL, ROBERT <br> 3745 S. 60TH W. AVE. <br> TULSA, OK  74107-4825 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 3115 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $8,979.49 | $8,979.49 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.199** | **Priority creditor's name and mailing address**<br>CAPELLE, GERALD<br>P.O. BOX 29<br>OWASSO, OK  74055-0029<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1462<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,480.89 | $4,480.89 |
| **2.200** | **Priority creditor's name and mailing address**<br>CAPPS, MICHAEL<br>9962 E NORTHLEA<br>CLAREMORE, OK  74017-1495<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0955<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,595.28 | $4,595.28 |
| **2.201** | **Priority creditor's name and mailing address**<br>CARDENAS, FELICIA<br>704 W 20TH ST<br>TULSA, OK  74107-1824<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2341<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,676.31 | $2,676.31 |
| **2.202** | **Priority creditor's name and mailing address**<br>CARMEAN, KYLE<br>10227 E 97TH ST N<br>OWASSO, OK  74055-7808<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3034<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,504.38 | $1,504.38 |
| **2.203** | **Priority creditor's name and mailing address**<br>CARNOHAN, BRUCE<br>27925 AVALON DR<br>CANYON COUNTRY, CA  91351-2042<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3280<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,359.59 | $3,359.59 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.204 | **Priority creditor's name and mailing address**<br>CARPENTER, ERIC<br>11016 E 117TH ST N<br>COLLINSVILLE, OK  74021-4856<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1341<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,209.65 | $3,209.65 |
| 2.205 | **Priority creditor's name and mailing address**<br>CARPENTER, JERRY<br>12240 SKYLINE DR<br>COLLINSVILLE, OK  74021-6126<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6620<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,360.86 | $4,360.86 |
| 2.206 | **Priority creditor's name and mailing address**<br>CARPENTER, JOHN<br>26930 E 122ND PL SOUTH<br>COWETA, OK  74429-5102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5477<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,060.30 | $3,060.30 |
| 2.207 | **Priority creditor's name and mailing address**<br>CARRASCO, BRYAN<br>7409 S MAPLE AVE<br>BROKEN ARROW, OK  74011-6237<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3491<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $787.56 | $787.56 |
| 2.208 | **Priority creditor's name and mailing address**<br>CARRIER, CHRISTINE<br>7202 N 117TH EAST AVE<br>OWASSO, OK  74055-3633<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3478<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $337.32 | $337.32 |

| Debtor | The NORDAM Group, Inc. | | Case number (if known) 18-11699 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.209 | **Priority creditor's name and mailing address**<br>CARTER, TONYA<br>P.O. BOX 691806<br>TULSA, OK 74169-1806<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3216<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $859.36 | $859.36 |
| 2.210 | **Priority creditor's name and mailing address**<br>CARTER, WILLIAM<br>P.O. BOX 1172<br>OOLOGAH, OK 74053-3209<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4891<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,507.18 | $4,507.18 |
| 2.211 | **Priority creditor's name and mailing address**<br>CASE, KEVIN<br>5229 S HARVARD AVE APT L<br>TULSA, OK 74135-3552<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3497<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $283.07 | $283.07 |
| 2.212 | **Priority creditor's name and mailing address**<br>CASEY, KENNETH<br>10403 E. 93RD PL N<br>OWASSO, OK 74055-6801<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9307<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |
| 2.213 | **Priority creditor's name and mailing address**<br>CASTILLO, URIEL<br>1809 N EUCALYPTUS AVE<br>BROKEN ARROW, OK 74012-1200<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2296<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,647.53 | $2,647.53 |

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699
            (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.214** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,187.03 | $3,187.03

CASTLE, JOSEPH
27990 N 3950 RD
OCHELATA, OK 74051-5003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 1820

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.215** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,067.40 | $2,067.40

CATE, KEVIN
9164 E. NEWTON STREET
TULSA, OK 74115-5940

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2388

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.216** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,427.60 | $3,427.60

CAUTHON, SANDRA
7072 E VERDIGRIS DR
CLAREMORE, OK 74019-2255

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2331

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.217** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,727.18 | $4,727.18

CAVANAH, JEWEL
13168 E 129TH PL N
COLLINSVILLE, OK 74021-4179

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 9064

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.218** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,192.11 | $1,192.11

CHA, LENG
11307 N 112TH E. AVE
OWASSO, OK 74055-4214

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3182

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

---

**2.219** **Priority creditor's name and mailing address**
CHA, PAO
25924 E. 14TH ST.
CATOOSA, OK  74015-4572

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0761

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,331.22    Priority amount: $4,331.22

---

**2.220** **Priority creditor's name and mailing address**
CHAMBERLAIN, ROCKY
17019 E 47TH ST S
TULSA, OK  74134-7232

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0661

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,676.90    Priority amount: $12,676.90

---

**2.221** **Priority creditor's name and mailing address**
CHANCE, CYNTHIA
10585 E. 590 RD
LOCUST GROVE, OK  74352-6043

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2634

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,003.29    Priority amount: $4,003.29

---

**2.222** **Priority creditor's name and mailing address**
CHANCE, STEPHANIE
8295 E 34TH ST
TULSA, OK  74145-1410

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3070

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,234.35    Priority amount: $1,234.35

---

**2.223** **Priority creditor's name and mailing address**
CHANDLER, ALLAN
420 S ALABAMA AVE
OKMULGEE, OK  74447-4944

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1649

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,563.86    Priority amount: $4,563.86

---

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.224 | **Priority creditor's name and mailing address**<br><br>CHANDRA, ANJU<br>3800 W EL PASO ST<br>BROKEN ARROW, OK 74012-4514<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1303<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $9,549.66 | $9,549.66 |
| 2.225 | **Priority creditor's name and mailing address**<br><br>CHANG, ALEX<br>4421 S 135TH EAST AVE<br>TULSA, OK 74134-5842<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3120<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,072.00 | $2,072.00 |
| 2.226 | **Priority creditor's name and mailing address**<br><br>CHANG, BEE<br>20971 E 37TH ST SOUTH<br>BROKEN ARROW, OK 74014-1211<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4739<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,969.76 | $6,969.76 |
| 2.227 | **Priority creditor's name and mailing address**<br><br>CHANG, CHER<br>12439 E 36TH ST<br>TULSA, OK 74146-3202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2812<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,391.11 | $2,391.11 |
| 2.228 | **Priority creditor's name and mailing address**<br><br>CHANG, CHUE<br>4409 W QUEENS STREET<br>BROKEN ARROW, OK 74012-9134<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2106<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,890.35 | $3,890.35 |

| Debtor | The NORDAM Group, Inc. | Case number (if known) | 18-11699 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.229** Priority creditor's name and mailing address

CHANG, DOUA
30755 S 4170 RD
INOLA, OK  74036-3146

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1601

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,853.60    Priority amount: $5,853.60

---

**2.230** Priority creditor's name and mailing address

CHANG, LENG
3381 S. 208TH E. AVE
BROKEN ARROW, OK  74014-5283

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9471

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,645.45    Priority amount: $5,645.45

---

**2.231** Priority creditor's name and mailing address

CHANG, TOU
12141 E 36TH PL
TULSA, OK  74146-3101

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3875

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,749.35    Priority amount: $6,749.35

---

**2.232** Priority creditor's name and mailing address

CHANG, TOU
3928 S 123RD E PL
TULSA, OK  74146-3325

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1293

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,833.53    Priority amount: $3,833.53

---

**2.233** Priority creditor's name and mailing address

CHANG, XANG
13816 E. 89TH ST. NORTH
OWASSO, OK  74055-2599

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3219

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,364.23    Priority amount: $4,364.23

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.234** **Priority creditor's name and mailing address**
CHANG, XENG
13306 E 36TH ST
TULSA, OK 74134-5056

**Date or dates debt was incurred**

**Last 4 digits of account number: 5002**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,764.94    Priority amount: $6,764.94

---

**2.235** **Priority creditor's name and mailing address**
CHANG, XU
1508 W DELMAR ST.
BROKEN ARROW, OK 74012-6813

**Date or dates debt was incurred**

**Last 4 digits of account number: 9627**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,668.31    Priority amount: $3,668.31

---

**2.236** **Priority creditor's name and mailing address**
CHANG, YER
12141 E 36TH PL
TULSA, OK 74146-3101

**Date or dates debt was incurred**

**Last 4 digits of account number: 2719**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,390.84    Priority amount: $3,390.84

---

**2.237** **Priority creditor's name and mailing address**
CHAPMAN, JEFFREY
4825 NEBRASKA AVE
BARTLESVILLE, OK 74006-1948

**Date or dates debt was incurred**

**Last 4 digits of account number: 3304**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,848.43    Priority amount: $1,848.43

---

**2.238** **Priority creditor's name and mailing address**
CHAREUNSOUK, PHAYUANH
14237 S POPLAR PL
GLENPOOL, OK 74033-3817

**Date or dates debt was incurred**

**Last 4 digits of account number: 5290**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,814.61    Priority amount: $7,814.61

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.239** | **Priority creditor's name and mailing address**
CHARLES, ELIJAH
9628 SOUTH 67TH EAST AVENUE
TULSA, OK 74133-5911

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0847

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,756.22    Priority amount: $3,756.22

---

**2.240** | **Priority creditor's name and mailing address**
CHASE, JEFFERY
9121 S 90TH E AVE
TULSA, OK 74133-5607

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0455

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,484.23    Priority amount: $3,484.23

---

**2.241** | **Priority creditor's name and mailing address**
CHILDERS, DANNY
19455 E 69TH ST N
OWASSO, OK 74055-3808

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3389

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,073.92    Priority amount: $1,073.92

---

**2.242** | **Priority creditor's name and mailing address**
CHILDRESS, GORDON
51830 S. 36300 ROAD
CLEVELAND, OK 74020-9670

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6139

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,613.00    Priority amount: $5,613.00

---

**2.243** | **Priority creditor's name and mailing address**
CHISUM, SCOTT
16667 S 321ST EAST AVE
COWETA, OK 74429-3044

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1821

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,527.62    Priority amount: $3,527.62

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.244** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,360.95 | $6,360.95

CHOATE, DANA
18135 S 22ND W AVE
MOUNDS, OK  74047-4714

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8571

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.245** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,778.57 | $4,778.57

CHOATE, VON
137 NE ELMHURST AVE
BARTLESVILLE, OK  74006-2004

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1137

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.246** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $927.45 | $927.45

CHRISTIAN, DARNELL
18204 E 48TH PL
TULSA, OK  74134-7303

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3331

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.247** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $751.56 | $751.56

CHRONISTER, BRAYDEN
1100 SW 3RD ST APT 7
WAGONER, OK  74467-5548

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3492

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.248** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,673.56 | $1,673.56

CHUNG, MEN
3312 N WELLINGTON PL
WICHITA, KS  67204-4550

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1551

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.249** | **Priority creditor's name and mailing address**
CHUPP, KIM
20835 LIBERTY LN
CLAREMORE, OK 74019-1784

**Date or dates debt was incurred**

**Last 4 digits of account number: 3190**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,742.47   Priority amount: $2,742.47

---

**2.250** | **Priority creditor's name and mailing address**
CIHAK, CHRISTOPHER
P.O. BOX 514
OOLOGAH, OK 74053-3342

**Date or dates debt was incurred**

**Last 4 digits of account number: 2603**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,931.69   Priority amount: $2,931.69

---

**2.251** | **Priority creditor's name and mailing address**
CLARK, FERNON
9804 N. NEWBURY
OWASSO, OK 74055-4511

**Date or dates debt was incurred**

**Last 4 digits of account number: 9511**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,573.81   Priority amount: $5,573.81

---

**2.252** | **Priority creditor's name and mailing address**
CLARK, JOHN
113 W 32ND ST
SAND SPRINGS, OK 74063-3521

**Date or dates debt was incurred**

**Last 4 digits of account number: 3507**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $171.87   Priority amount: $171.87

---

**2.253** | **Priority creditor's name and mailing address**
CLARK, ORA
304 N WALNUT
SAND SPRINGS, OK 74063-6223

**Date or dates debt was incurred**

**Last 4 digits of account number: 6111**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,198.49   Priority amount: $4,198.49

Debtor   The NORDAM Group, Inc.                          Case number (if known) 18-11699

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.254** **Priority creditor's name and mailing address**

CLARK, TERRY
10951 S HIGHWAY 66
CHELSEA, OK  74016-3180

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1057

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,111.76   Priority amount: $3,111.76

---

**2.255** **Priority creditor's name and mailing address**

CLARK, WILLIAM
8412 N 76TH EAST AVE
OWASSO, OK  74055-7409

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2506

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,626.85   Priority amount: $4,626.85

---

**2.256** **Priority creditor's name and mailing address**

CLAVET, TERRI
16830 E NEWTON PL
TULSA, OK  74116-4408

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5222

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,183.81   Priority amount: $7,183.81

---

**2.257** **Priority creditor's name and mailing address**

CLAWSON, JOHN
904 N HEMLOCK
BROKEN ARROW, OK  74012-2263

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4355

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00   Priority amount: $12,850.00

---

**2.258** **Priority creditor's name and mailing address**

CLERE, MATTHEW
24250 EAST 55TH STREET SOUTH
BROKEN ARROW, OK  74014-8904

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3427

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,192.05   Priority amount: $5,192.05

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.259 | **Priority creditor's name and mailing address**<br>CLEVELAND, RUSSELL<br>500 N. DOROTHY AVE TRAILER 38<br>CLAREMORE, OK 74017-6305<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5611**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,889.25 | $4,889.25 |
| 2.260 | **Priority creditor's name and mailing address**<br>CLIFTON, TYLER<br>1219 N DOROTHY AVE<br>CLAREMORE, OK 74017-4402<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3367**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $710.14 | $710.14 |
| 2.261 | **Priority creditor's name and mailing address**<br>CLOUD, LINDA<br>501 E SPRING ST<br>COLLINSVILLE, OK 74021-3617<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0836**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,868.16 | $2,868.16 |
| 2.262 | **Priority creditor's name and mailing address**<br>COCANOUGHER, KIMBERLY<br>537 S 40TH WEST AVE<br>TULSA, OK 74127-8217<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3384**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $653.92 | $653.92 |
| 2.263 | **Priority creditor's name and mailing address**<br>COCHRAN, GARY<br>1347 S 123RD EAST AVE<br>TULSA, OK 74128-5217<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3276**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,259.76 | $1,259.76 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|
| 2.264 | **Priority creditor's name and mailing address**<br><br>COCKRELL, ALBERT<br>2806 S POPLAR<br>SAPULPA, OK  74066-7140<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6456<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,399.02 | $6,399.02 |
| 2.265 | **Priority creditor's name and mailing address**<br><br>COFFEE, COREY<br>18740 E 650 RD<br>INOLA, OK  74036-6095<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3227<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $789.04 | $789.04 |
| 2.266 | **Priority creditor's name and mailing address**<br><br>COLE, RONNIE<br>43 SOUTH 200TH EAST AVE<br>TULSA, OK  74108-8111<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1760<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,441.71 | $1,441.71 |
| 2.267 | **Priority creditor's name and mailing address**<br><br>COLEMAN, GRADY<br>11623 N MEMORIAL DR<br>COLLINSVILLE, OK  74021-4826<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1793<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,946.99 | $2,946.99 |
| 2.268 | **Priority creditor's name and mailing address**<br><br>COLEMAN, PATRICK<br>604 S. SEMINOLE ST.<br>SKIATOOK, OK  74070-1889<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8859<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,655.34 | $6,655.34 |

Debtor    The NORDAM Group, Inc. _____    Case number (if known) 18-11699 (MFW)
          (Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.269** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,850.00 | $12,850.00

COLEMAN, TIMOTHY
1643 S INDIANAPOLIS
TULSA, OK  74112-5829

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4178

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.270** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,374.51 | $11,374.51

COLLINS, MICHAEL
1111 W READING CT
TULSA, OK  74127-2523

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5682

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.271** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,364.14 | $1,364.14

COLLINS, WYATT
530 S. MARYLAND
CLAREMORE, OK  74017-8126

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3289

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.272** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,269.11 | $5,269.11

COLON JR, ISRAEL
4723 S. 180TH E. AVE
TULSA, OK  74134-7425

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4820

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.273** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,850.00 | $12,850.00

COLON, ISRAEL
2709 S ASPEN COURT
BROKEN ARROW, OK  74012-7302

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5264

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

| Part 1: | Additional Page | | | Total claim | Priority amount |
|---|---|---|---|---|---|

| 2.274 | **Priority creditor's name and mailing address**<br>CONLEY JR, KENNY<br>11211 N 161ST E AVE<br>OWASSO, OK 74055-5016<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4300<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,655.93 | $5,655.93 |
| 2.275 | **Priority creditor's name and mailing address**<br>CONLEY, NEOMA<br>16104 N UTICA AVE<br>SKIATOOK, OK 74070-3241<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2873<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,718.45 | $1,718.45 |
| 2.276 | **Priority creditor's name and mailing address**<br>CONWELL, TIMOTHY<br>1047 N QUEBEC<br>TULSA, OK 74115-6305<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9513<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,794.52 | $4,794.52 |
| 2.277 | **Priority creditor's name and mailing address**<br>COOK, ALEXANDER<br>1122 E BRYAN AVE<br>SAPULPA, OK 74066-4616<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2610<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,719.03 | $2,719.03 |
| 2.278 | **Priority creditor's name and mailing address**<br>COOK, ARNELL<br>344 CAPE DRIVE<br>BRISTOW, OK 74010-3717<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9523<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,998.87 | $3,998.87 |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.279** | **Priority creditor's name and mailing address**
COOK, JAMES
16903 E 390 RD
CLAREMORE, OK 74017-2968

**Date or dates debt was incurred**

**Last 4 digits of account number: 1330**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $7,197.06    Priority amount $7,197.06

---

**2.280** | **Priority creditor's name and mailing address**
COOK, JAMEY
16899 E 390 RD
CLAREMORE, OK 74017-2969

**Date or dates debt was incurred**

**Last 4 digits of account number: 2424**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $5,012.52    Priority amount $5,012.52

---

**2.281** | **Priority creditor's name and mailing address**
COOK, JIMMY
P.O. BOX 964
BARTLESVILLE, OK 74005-0964

**Date or dates debt was incurred**

**Last 4 digits of account number: 3236**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $999.80    Priority amount $999.80

---

**2.282** | **Priority creditor's name and mailing address**
COOK, MATTIE
4613 N SAINT LOUIS AVE
TULSA, OK 74126-3409

**Date or dates debt was incurred**

**Last 4 digits of account number: 1992**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $1,185.87    Priority amount $1,185.87

---

**2.283** | **Priority creditor's name and mailing address**
COOKE, JORDAN
2809 W OAKLAND ST
BROKEN ARROW, OK 74012-9536

**Date or dates debt was incurred**

**Last 4 digits of account number: 3402**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $3,010.74    Priority amount $3,010.74

Debtor    The NORDAM Group, Inc. _____    Case number (if known) 18-11699 _____
          (Name)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.284 | **Priority creditor's name and mailing address**<br>COOMBS, ERICA<br>7051 E 149TH ST N<br>COLLINSVILLE, OK  74021-4082<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2243<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,425.95 | $2,425.95 |
| 2.285 | **Priority creditor's name and mailing address**<br>COOPER, GREGORY<br>4113 N MAPLE AVE<br>BROKEN ARROW, OK  74012-0477<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3281<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,025.98 | $2,025.98 |
| 2.286 | **Priority creditor's name and mailing address**<br>COPELAND, JAMES<br>8338 E 530 RD<br>CLAREMORE, OK  74019-4390<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4616<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,735.66 | $12,735.66 |
| 2.287 | **Priority creditor's name and mailing address**<br>CORBETT, JOHN<br>12920 E 80 CT N<br>OWASSO, OK  74055-7109<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3390<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,584.24 | $6,584.24 |
| 2.288 | **Priority creditor's name and mailing address**<br>CORBITT, JORDAN<br>1502 S 139TH EAST AVE<br>TULSA, OK  74108-5513<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2199<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,607.73 | $2,607.73 |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.289**

**Priority creditor's name and mailing address**

CORBITT, PRINCESS
3508 W 44TH PL
TULSA, OK  74107-6413

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2272

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $491.41    Priority amount: $491.41

---

**2.290**

**Priority creditor's name and mailing address**

CORDER, BILLY
1315 N MANNING CT
STILLWATER, OK  74075-7203

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1608

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,180.40    Priority amount: $5,180.40

---

**2.291**

**Priority creditor's name and mailing address**

CORLEY, STEVE
P.O. BOX 301
SPERRY, OK  74073-0301

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9906

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,467.65    Priority amount: $4,467.65

---

**2.292**

**Priority creditor's name and mailing address**

CORNELISON, JERRA
7709 S YALE AVE APT 1001
TULSA, OK  74136-9086

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3530

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $59.84    Priority amount: $59.84

---

**2.293**

**Priority creditor's name and mailing address**

CORRIVEAU, JEFFREY
16440 E 114TH STREET N
OWASSO, OK  74055-4528

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2686

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,999.07    Priority amount: $4,999.07

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.294 | **Priority creditor's name and mailing address** <br> COUNTY OF SAN BERNARDINO, CA <br> SBC TAX COLLECTOR <br> 268 WEST HOSPITALITY LANE <br> SAN BERNARDINO, CA  92415 <br><br> **Date or dates debt was incurred** <br> 2018 <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PERSONAL PROPERTY TAX (7/1-22/18) <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $2,000.00 | $2,000.00 |
| 2.295 | **Priority creditor's name and mailing address** <br> COX, RANDY <br> 2920 S 121ST E AVE <br> TULSA, OK  74129-8445 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 4767 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $6,817.58 | $6,817.58 |
| 2.296 | **Priority creditor's name and mailing address** <br> COX, SCOTT <br> 29147 SOUTH TOMAHAWK RD <br> CATOOSA, OK  74015-5956 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 3084 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $12,155.84 | $12,155.84 |
| 2.297 | **Priority creditor's name and mailing address** <br> CRAIN, CHRISTINA <br> 14224 W 18TH PL S <br> SAND SPRINGS, OK  74063-4413 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 2805 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $6,727.83 | $6,727.83 |
| 2.298 | **Priority creditor's name and mailing address** <br> CRAINE, DONALD <br> 8751 N. 97TH E. AVENUE #1522 <br> OWASSO, OK  74055-7032 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 3087 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $703.23 | $703.23 |

| Debtor | The NORDAM Group, Inc. | Case number (if known) | 18-11699 |
|---|---|---|---|

(Name)

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.299** **Priority creditor's name and mailing address**

CRAMER, DEBRA
8754 S TOLEDO AVE
TULSA, OK 74137-2723

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3131

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,487.56 — Priority amount: $3,487.56

---

**2.300** **Priority creditor's name and mailing address**

CRAWFORD, DARWIN
15765 N 92ND W AVE
SKIATOOK, OK 74070-6105

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9219

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,298.12 — Priority amount: $7,298.12

---

**2.301** **Priority creditor's name and mailing address**

CRAWFORD, NATHAN
8605 N. 121ST E. AVE.
OWASSO, OK 74055-6497

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0372

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,840.58 — Priority amount: $2,840.58

---

**2.302** **Priority creditor's name and mailing address**

CRAWFORD, NICOLE
11123 E 43RD ST APT 1808
TULSA, OK 74146-4033

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3509

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $135.16 — Priority amount: $135.16

---

**2.303** **Priority creditor's name and mailing address**

CRAWFORD, TIMOTHY
14325 S 4220 RD
CLAREMORE, OK 74017-0520

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3241

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $988.86 — Priority amount: $988.86

Debtor    The NORDAM Group, Inc.
          (Name)

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.304**  **Priority creditor's name and mailing address**
CREAZZO, BRIAN
7901 N 119TH E AVE
OWASSO, OK  74055-3347

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9212

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,619.87    Priority amount: $5,619.87

---

**2.305**  **Priority creditor's name and mailing address**
CRESWELL, MONTE
12411 E. 129TH PL. N.
COLLINSVILLE, OK  74021-7004

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5881

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $9,961.21    Priority amount: $9,961.21

---

**2.306**  **Priority creditor's name and mailing address**
CREWS, KAREN
22314 E 69TH ST S
BROKEN ARROW, OK  74014-6654

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0073

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $10,497.49    Priority amount: $10,497.49

---

**2.307**  **Priority creditor's name and mailing address**
CRISMOND, AMBER
10227 E 97TH ST N AVE
OWASSO, OK  74021-6211

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1637

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,575.01    Priority amount: $2,575.01

---

**2.308**  **Priority creditor's name and mailing address**
CROCKER, CHRIS
363 PRAIRIE RD
CEDAR VALE, KS  67024-9113

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2586

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,394.52    Priority amount: $3,394.52

| Debtor | The NORDAM Group, Inc. | | Case number *(if known)* 18-11699 (MFW) |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.309**

**Priority creditor's name and mailing address**
CROSE, ANNE
1512 W OAK ST
COLLINSVILLE, OK  74021-2232

**Date or dates debt was incurred**

**Last 4 digits of account number: 2003**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,977.43     Priority amount: $2,977.43

---

**2.310**

**Priority creditor's name and mailing address**
CROWE, CHRISTY
18506 E 46TH PL S
TULSA, OK  74134-7451

**Date or dates debt was incurred**

**Last 4 digits of account number: 2965**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,442.35     Priority amount: $5,442.35

---

**2.311**

**Priority creditor's name and mailing address**
CROWELL, DAVID
4613 W 87TH
TULSA, OK  74132-3462

**Date or dates debt was incurred**

**Last 4 digits of account number: 2911**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00     Priority amount: $12,850.00

---

**2.312**

**Priority creditor's name and mailing address**
CRUMB, JESSICA
1047 NORTH QUEBEC AVE
TULSA, OK  74115-6305

**Date or dates debt was incurred**

**Last 4 digits of account number: 2621**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,452.59     Priority amount: $1,452.59

---

**2.313**

**Priority creditor's name and mailing address**
CRUZ, ANTONIO
10552 N. 123RD E. AVE
OWASSO, OK  74055-5727

**Date or dates debt was incurred**

**Last 4 digits of account number: 3179**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,350.68     Priority amount: $1,350.68

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | Total claim | Priority amount |

**2.314** | **Priority creditor's name and mailing address**
CUDEK, JARRED
14952 E 97TH ST N
OWASSO, OK 74055-4814

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2865

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$2,374.53 | $2,374.53

---

**2.315** | **Priority creditor's name and mailing address**
CUELLAR, CHRISTOPHER
12615 SIMMENTAL LN
SAPULPA, OK 74066-8060

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2862

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$4,988.07 | $4,988.07

---

**2.316** | **Priority creditor's name and mailing address**
CULBREATH, MATTHEW
8812 N 120TH EAST AVE
OWASSO, OK 74055-2017

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2201

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,981.46 | $1,981.46

---

**2.317** | **Priority creditor's name and mailing address**
CULVER, MICHAEL
14238 S QUINCE ST
GLENPOOL, OK 74033-3818

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5071

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$6,765.52 | $6,765.52

---

**2.318** | **Priority creditor's name and mailing address**
CUMMING, WILLIAM
3624 W. GOLDENROD
SKIATOOK, OK 74070-4308

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5184

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$3,384.98 | $3,384.98

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.319** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,765.80 | $4,765.80

CUMMINGS JR, JAMES
367225 EAST 5360 ROAD
CLEVELAND, OK  74020-9642

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 6891

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.320** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,603.92 | $2,603.92

CURE, HANNAH
1206 N. SIOUX AVE
CLAREMORE, OK  74017-4414

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2892

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.321** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,373.65 | $2,373.65

CURTIS, KYLE
8748 N MINGO RD
APT. 1301
OWASSO, OK  74055-5708

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2026

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.322** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,889.95 | $2,889.95

DALLAS, WILLIAM
2317 W 44TH ST
TULSA, OK  74107-6738

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 1976

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.323** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,432.60 | $3,432.60

DAUGHERTY, KEVIN
11810 E 83RD ST N
OWASSO, OK  74055-0000

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2577

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.324** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,257.16 | $9,257.16

DAVIDSON, DIANA
1308 E DOVER
BROKEN ARROW, OK  74012-9246

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5213

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**2.325** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,469.61 | $4,469.61

DAVIDSON, TROY
13096 S HORSESHOE BEND DR
OOLOGAH, OK  74053-4164

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9465

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**2.326** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,396.42 | $7,396.42

DAVIS JR, DONALD
2843 W 114TH ST
JENKS, OK  74037-2400

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8951

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**2.327** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,685.01 | $4,685.01

DAVIS, AARON
323 E 125TH PL S
JENKS, OK  74037-5077

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8932

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**2.328** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,732.78 | $1,732.78

DAVIS, ALEXANDER
411 S 14TH ST
COLLINSVILLE, OK  74021-3618

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2820

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Debtor    The NORDAM Group, Inc.

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.329** **Priority creditor's name and mailing address**
DAVIS, BARNEY
1111 BLACK JACK LN
COLLINSVILLE, OK  74021-4070

**Date or dates debt was incurred**

**Last 4 digits of account number: 2713**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,707.89    Priority amount: $7,707.89

---

**2.330** **Priority creditor's name and mailing address**
DAVIS, DONALD
25485 S. HOLLIDAY DR.
CLAREMORE, OK  74019-1059

**Date or dates debt was incurred**

**Last 4 digits of account number: 2257**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,068.71    Priority amount: $2,068.71

---

**2.331** **Priority creditor's name and mailing address**
DAVIS, HELEN
10908 S 4090 ROAD
OOLOGAH, OK  74053-3912

**Date or dates debt was incurred**

**Last 4 digits of account number: 5465**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,069.50    Priority amount: $5,069.50

---

**2.332** **Priority creditor's name and mailing address**
DAVIS, JAMES
1701 N MAPLEWOOD AVE
TULSA, OK  74115-4421

**Date or dates debt was incurred**

**Last 4 digits of account number: 5655**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,269.77    Priority amount: $4,269.77

---

**2.333** **Priority creditor's name and mailing address**
DAVIS, JAMES
21970 SOUTH AMBER DRIVE
CLAREMORE, OK  74019-3803

**Date or dates debt was incurred**

**Last 4 digits of account number: 1011**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,360.85    Priority amount: $2,360.85

Debtor  The NORDAM Group, Inc. _____ Case number (if known) 18-11699 _____
        (Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.334** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,609.74 | $11,609.74

DAVIS, JEFFERSON
7924 S 78TH E AVE
TULSA, OK 74133-3603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 3770**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.335** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,409.31 | $3,409.31

DAVIS, JOE
68312 S 319 RD
WAGONER, OK 74467-4467

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 0699**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.336** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,850.00 | $12,850.00

DAVIS, JUSTIN
310 E 1ST ST # 408
TULSA, OK 74120-1821

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 4673**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.337** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,850.00 | $12,850.00

DAVIS, KEITH
9714 N 100TH E AVE
OWASSO, OK 74055-6454

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 6268**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.338** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,815.67 | $1,815.67

DAVIS, MICHAEL
10206 E 101ST CT N
OWASSO, OK 74055-7808

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 3124**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.339** | **Priority creditor's name and mailing address**

DAVIS, ROBERT
5539 S DIP CREEK RD
SAND SPRINGS, OK  74063-4978

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6352

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$4,996.22    $4,996.22

---

**2.340** | **Priority creditor's name and mailing address**

DAVIS, SAMUEL
403 E 16TH ST
OWASSO, OK  74055-4910

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2427

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$4,234.25    $4,234.25

---

**2.341** | **Priority creditor's name and mailing address**

DEAN, DARLENE
7447 E. 2ND STREET
TULSA, OK  74112-2105

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1089

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,341.37    $1,341.37

---

**2.342** | **Priority creditor's name and mailing address**

DEAN, LINLEY
2724 N GREATS RD
SAND SPRINGS, OK  74063-5838

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3510

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$226.35    $226.35

---

**2.343** | **Priority creditor's name and mailing address**

DEATHERAGE, STEPHANIE
3926 E 34TH ST
TULSA, OK  74135-4521

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2635

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$4,995.48    $4,995.48

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|

**2.344** | **Priority creditor's name and mailing address**
DEATON, CHARLES
456 GLENPOOL BLVD
GLENPOOL, OK 74033-2727

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9301

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,868.17  Priority amount: $5,868.17

---

**2.345** | **Priority creditor's name and mailing address**
DEBOSE, BRIAN
4801 S. ELM PL.
APT. 1702
BROKEN ARROW, OK 74011-4841

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1977

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,787.98  Priority amount: $2,787.98

---

**2.346** | **Priority creditor's name and mailing address**
DECKER, BRITTANY
1326 S 222ND WEST AVE
SAND SPRINGS, OK 74063-5180

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2990

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $769.32  Priority amount: $769.32

---

**2.347** | **Priority creditor's name and mailing address**
DEEDS, GALEN
9545 E 107TH STREET S
TULSA, OK 74133-6387

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3056

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00  Priority amount: $12,850.00

---

**2.348** | **Priority creditor's name and mailing address**
DENISSEN, REBECCA
P.O. BOX 875
BRISTOW, OK 74010-0875

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9631

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,070.01  Priority amount: $3,070.01

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.349 | **Priority creditor's name and mailing address**<br>DENIZOT, JOSHUA<br>8208 EAST MADISON STREET<br>BROKEN ARROW, OK  74104-7400<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9288<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,495.86 | $3,495.86 |

| 2.350 | **Priority creditor's name and mailing address**<br>DENNIS, TIMMY<br>13751 S. 425 RD<br>INOLA, OK  74036-6081<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0874<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,248.76 | $2,248.76 |

| 2.351 | **Priority creditor's name and mailing address**<br>DENTON, DOUG<br>11425 W 50 STREET N<br>SAND SPRINGS, OK  74063-6015<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5840<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,926.31 | $7,926.31 |

| 2.352 | **Priority creditor's name and mailing address**<br>DENTON, PATTI<br>29166 S MEADOW RD<br>INOLA, OK  74036-5081<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4685<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |

| 2.353 | **Priority creditor's name and mailing address**<br>DERR, CHARLES<br>14703 EAGLE DR<br>CLAREMORE, OK  74017-0822<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3950<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,534.95 | $7,534.95 |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.354 | **Priority creditor's name and mailing address**<br>DEVASURE, RUSSELL<br>2926 WILD ROSE CT<br>WICHITA, KS 67205-1638<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8601<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $12,850.00 | $12,850.00 |
| 2.355 | **Priority creditor's name and mailing address**<br>DEWITT, SAMUEL<br>26001 E 118TH ST S<br>COWETA, OK 74429-4858<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3239<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $989.04 | $989.04 |
| 2.356 | **Priority creditor's name and mailing address**<br>DIAZ, FERNANDO<br>1803 E MONTGOMERY PL<br>BROKEN ARROW, OK 74012-1845<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3309<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $1,493.15 | $1,493.15 |
| 2.357 | **Priority creditor's name and mailing address**<br>DICKEY, JASON<br>39484 E 221ST ST S<br>PORTER, OK 74454-5770<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9071<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $6,686.18 | $6,686.18 |
| 2.358 | **Priority creditor's name and mailing address**<br>DICKEY, STEVEN<br>15615 S 26TH WEST AVE<br>GLENPOOL, OK 74033-4513<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2029<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $9,980.77 | $9,980.77 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.359 | **Priority creditor's name and mailing address**<br>DILL, COY<br>5908 EAST 139TH ST NORTH<br>COLLINSVILLE, OK 74021-2928<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9001<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,701.54 | $8,701.54 |
| 2.360 | **Priority creditor's name and mailing address**<br>DITCH, PATRICK<br>20010 E 72ND ST N<br>OWASSO, OK 74055-5851<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9601<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,559.19 | $3,559.19 |
| 2.361 | **Priority creditor's name and mailing address**<br>DIXON, BROCK<br>109 S. INDIANWOOD AVE<br>BROKEN ARROW, OK 74012-3116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2768<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,526.15 | $2,526.15 |
| 2.362 | **Priority creditor's name and mailing address**<br>DIXON, DAVID<br>12182 N 162ND EAST AVE<br>COLLINSVILLE, OK 74021-5191<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1062<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |
| 2.363 | **Priority creditor's name and mailing address**<br>DOBBINS IV, ROBERT<br>1117 SOUTHVIEW LN<br>SKIATOOK, OK 74070-2436<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3103<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,004.44 | $1,004.44 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| | | | |
|---|---|---|---|
| 2.364 | **Priority creditor's name and mailing address** <br> DOCHNEY, JASON <br> 1600 E BOISE ST <br> BROKEN ARROW, OK 74012-9575 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 3335** <br><br> **Specify Code subsection of PRIORITY** <br> **unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $2,207.01 | $2,207.01 |
| 2.365 | **Priority creditor's name and mailing address** <br> DONAHO, JAMIE <br> 9402 E. 139TH ST. N. <br> COLLINSVILLE, OK 74021-5941 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 0181** <br><br> **Specify Code subsection of PRIORITY** <br> **unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $2,026.85 | $2,026.85 |
| 2.366 | **Priority creditor's name and mailing address** <br> DONALDSON, GERARD <br> 8116 E 16TH ST APT 115 <br> TULSA, OK 74112-8225 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 2920** <br><br> **Specify Code subsection of PRIORITY** <br> **unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $1,485.95 | $1,485.95 |
| 2.367 | **Priority creditor's name and mailing address** <br> DONNELL, ASHLEY <br> 4311 S. WILLOW AVE. <br> BROKEN ARROW, OK 74011-1349 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 2765** <br><br> **Specify Code subsection of PRIORITY** <br> **unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $3,224.88 | $3,224.88 |
| 2.368 | **Priority creditor's name and mailing address** <br> DOTSON, BARBARA <br> 3307 S. 65TH W. AVE <br> TULSA, OK 74107-0426 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 8977** <br><br> **Specify Code subsection of PRIORITY** <br> **unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $4,329.43 | $4,329.43 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.369** **Priority creditor's name and mailing address**

DOUGHERTY, JOEL
8838 E 77TH ST
TULSA, OK 74133-4926

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8786

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00    Priority amount: $12,850.00

---

**2.370** **Priority creditor's name and mailing address**

DOUGLAS, BARRY
5948 W 43RD ST
TULSA, OK 74107-6035

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5379

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,331.90    Priority amount: $5,331.90

---

**2.371** **Priority creditor's name and mailing address**

DOUGLAS, CHRISTOPHER
16933 E 390 RD
CLAREMORE, OK 74017-2968

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4746

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $10,800.93    Priority amount: $10,800.93

---

**2.372** **Priority creditor's name and mailing address**

DOUGLAS, EDWARD
19224 E 118TH ST N
COLLINSVILLE, OK 74021-6236

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8411

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,087.69    Priority amount: $5,087.69

---

**2.373** **Priority creditor's name and mailing address**

DOUGLAS, TONI
16933 E 390 RD
CLAREMORE, OK 74017-2968

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1617

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,119.45    Priority amount: $3,119.45

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.374 | **Priority creditor's name and mailing address**<br><br>DOYLE, KARLYN<br>1583 SWAN DR<br>TULSA, OK 74120-7626<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5135<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |
| 2.375 | **Priority creditor's name and mailing address**<br><br>DRAKE, JACOB<br>1006 S JOHNSTONE AVE<br>BARTLESVILLE, OK 74003-4736<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1966<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,071.87 | $2,071.87 |
| 2.376 | **Priority creditor's name and mailing address**<br><br>DRAKE, JEREMY<br>RT 1 BOX 340<br>NOWATA, OK 74048-3542<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1855<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,984.63 | $2,984.63 |
| 2.377 | **Priority creditor's name and mailing address**<br><br>DRESSLER, MICHAEL<br>16297 E 590 RD<br>INOLA, OK 74036-2036<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3014<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $789.04 | $789.04 |
| 2.378 | **Priority creditor's name and mailing address**<br><br>DREW, JEFFREY<br>16705 E FIRST ST<br>TULSA, OK 74108-1721<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5370<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,563.43 | $6,563.43 |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.379** | **Priority creditor's name and mailing address**

DRIVER, HAROLD
11515 E 180TH ST N
COLLINSVILLE, OK 74021-4778

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3269

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,643.40   Priority amount: $1,643.40

---

**2.380** | **Priority creditor's name and mailing address**

DUARTE, ANNA
8825 E 104TH PL N
OWASSO, OK 74055-6594

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9385

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,142.18   Priority amount: $5,142.18

---

**2.381** | **Priority creditor's name and mailing address**

DUFOUR, WILLIAM
11202 S 70TH EAST AVE
BIXBY, OK 74008-2070

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0751

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMP AND PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00   Priority amount: $12,850.00

---

**2.382** | **Priority creditor's name and mailing address**

DUGGAN, DONALD
12209 E 80TH PL N
OWASSO, OK 74055-6231

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2346

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,730.56   Priority amount: $3,730.56

---

**2.383** | **Priority creditor's name and mailing address**

DUKE, STACIE
5608 EAST 89TH STREET
TULSA, OK 74137-2934

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3268

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00   Priority amount: $12,850.00

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.384** | **Priority creditor's name and mailing address**
DUMONT, DUSTIN
5031 S TOLEDO AVE APT 8C
TULSA, OK 74135-3354

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3416

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$948.82  —  $948.82

**2.385** | **Priority creditor's name and mailing address**
DUNCAN, CODY
16553 S 97TH WEST AVE
SAPULPA, OK 74066-6351

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6236

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$6,037.73  —  $6,037.73

**2.386** | **Priority creditor's name and mailing address**
DUNCAN, STEVIE
335 W 45TH ST
SAND SPRINGS, OK 74063-2434

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8911

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$5,711.35  —  $5,711.35

**2.387** | **Priority creditor's name and mailing address**
DUNN, ALLEN
1009 W 7TH ST.
OKMULGEE, OK 74447-4514

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9026

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$4,523.55  —  $4,523.55

**2.388** | **Priority creditor's name and mailing address**
DUNN, ANTHONY
6975 EAST 83RD STREET NORTH
OWASSO, OK 74055-7294

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1796

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$9,460.56  —  $9,460.56

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.389 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,451.73 | $9,451.73 |
|---|---|---|---|---|
| | DUNN, MATTHIAS P.O. BOX 553 SPERRY, OK 74073-0553 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Last 4 digits of account number: 5453** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | | |

| 2.390 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,082.68 | $3,082.68 |
|---|---|---|---|---|
| | DUNN, STACEE 6975 E 83RD ST N OWASSO, OK 74055-7294 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Last 4 digits of account number: 3438** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | | |

| 2.391 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,268.49 | $2,268.49 |
|---|---|---|---|---|
| | DUNSON, JEREMY 13005 E 92ND ST N OWASSO, OK 74055-4759 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Last 4 digits of account number: 6463** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | | |

| 2.392 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,638.84 | $3,638.84 |
|---|---|---|---|---|
| | DUONG, TU 13526 E. 133RD ST N. COLLINSVILLE, OK 74021-3852 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Last 4 digits of account number: 2611** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | | |

| 2.393 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,773.60 | $3,773.60 |
|---|---|---|---|---|
| | DURAN, VICTOR 431 E 150TH ST GLENPOOL, OK 74033-3114 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Last 4 digits of account number: 2844** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.394** | **Priority creditor's name and mailing address**
DURDA, ROBERT
13004 E 92ND ST N
OWASSO, OK 74055-4760

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5395

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $9,627.62 — Priority amount: $9,627.62

---

**2.395** | **Priority creditor's name and mailing address**
DURHAM, JEREMY
12586 W 86TH STREET
SAPULPA, OK 74066-8184

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6144

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,665.61 — Priority amount: $5,665.61

---

**2.396** | **Priority creditor's name and mailing address**
DURRETT, JOSEPH
9920 NORTH YALE AVE.
SPERRY, OK 74073-4560

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5821

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,923.85 — Priority amount: $7,923.85

---

**2.397** | **Priority creditor's name and mailing address**
DUSSEAU, BARBARA
406 OVERHOLT DR
SAND SPRINGS, OK 74063-2035

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8834

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,864.63 — Priority amount: $4,864.63

---

**2.398** | **Priority creditor's name and mailing address**
DYER, HOLLY
207 E 45TH PL
TULSA, OK 74105-4403

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2328

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,939.75 — Priority amount: $3,939.75

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.399 | **Priority creditor's name and mailing address**<br>DYSON, BRADLEY<br>11242 S 102ND E AVE<br>BIXBY, OK 74008-3038<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8426<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,140.85 | $3,140.85 |
| 2.400 | **Priority creditor's name and mailing address**<br>EAGLES, JACKIE<br>4247 E 590 RD<br>LOCUST GROVE, OK 74352-4929<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2991<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,141.22 | $1,141.22 |
| 2.401 | **Priority creditor's name and mailing address**<br>EATON, ALAN<br>RT 1 BOX 220<br>BUNCH, OK 74931-9710<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0984<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $9,227.57 | $9,227.57 |
| 2.402 | **Priority creditor's name and mailing address**<br>EATON, ERVIN<br>11950 S BRIDLE LN<br>OOLOGAH, OK 74053-3950<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4199<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,448.26 | $7,448.26 |
| 2.403 | **Priority creditor's name and mailing address**<br>EATON, MARK<br>415 S SHADY LN<br>CLEVELAND, OK 74020-5782<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0239<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,341.07 | $3,341.07 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.404** | **Priority creditor's name and mailing address**
EATON, STEPHEN
2216 S FIR AVE
BROKEN ARROW, OK  74012-1025

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8838

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $1,933.15    Priority amount $1,933.15

---

**2.405** | **Priority creditor's name and mailing address**
EATON, TERRY
10838 N 98TH EAST AVE
OWASSO, OK  74055-6670

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2259

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $3,471.50    Priority amount $3,471.50

---

**2.406** | **Priority creditor's name and mailing address**
EDENS JR, CURTIS
3711 S BROWERS AVE
SAND SPRINGS, OK  74063-2841

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1474

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $3,248.31    Priority amount $3,248.31

---

**2.407** | **Priority creditor's name and mailing address**
EDMERSON, DARRELL
235 E 53RD ST N
TULSA, OK  74126-2656

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3199

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $1,070.30    Priority amount $1,070.30

---

**2.408** | **Priority creditor's name and mailing address**
EDMOUNDSON, VERNON
3716 W ELGIN ST
BROKEN ARROW, OK  74012-2125

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2954

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $7,547.67    Priority amount $7,547.67

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.409** | **Priority creditor's name and mailing address**
EDWARDS, ERIC
1042 E 38TH PL
TULSA, OK  74105-3029

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9837

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,938.55    Priority amount: $5,938.55

---

**2.410** | **Priority creditor's name and mailing address**
EDWARDS, JUSTIN
25232 S. HACKAMORE RD W.
CLAREMORE, OK  74019-0704

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8345

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,828.45    Priority amount: $5,828.45

---

**2.411** | **Priority creditor's name and mailing address**
EDWARDS, VICKI
15460 S 4080 RD
OOLOGAH, OK  74053-3537

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2624

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,193.29    Priority amount: $5,193.29

---

**2.412** | **Priority creditor's name and mailing address**
EGBERT, CURTIS
9911 N 108TH E AVE
OWASSO, OK  74055-6408

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8852

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,825.27    Priority amount: $7,825.27

---

**2.413** | **Priority creditor's name and mailing address**
EGGIMANN, KYLE
8433 N 77TH E. AVE
OWASSO, OK  74055-7417

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3226

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $996.04    Priority amount: $996.04

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|
| | | **Total claim** | **Priority amount** |

| | | | |
|---|---|---|---|
| 2.414 | **Priority creditor's name and mailing address**<br>EHMANN, CHARLES<br>3646 S. 29TH WEST AVE.<br>TULSA, OK 74107-5335<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2502<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,496.48 | $2,496.48 |
| 2.415 | **Priority creditor's name and mailing address**<br>EHRHARDT, IAN<br>548 OEMLER LOOP<br>SAVANNAH, GA 31410-2423<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2836<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,299.71 | $3,299.71 |
| 2.416 | **Priority creditor's name and mailing address**<br>EKBLAD, TORIN<br>1804 E 63RD ST<br>TULSA, OK 74136-0821<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3493<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $329.98 | $329.98 |
| 2.417 | **Priority creditor's name and mailing address**<br>ELIX, SHANNON<br>12611 E 31ST CT<br>TULSA, OK 74146-2302<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2850<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,428.96 | $1,428.96 |
| 2.418 | **Priority creditor's name and mailing address**<br>ELIZONDO, STEPHEN<br>7307 S BUSHNELL BLVD<br>BROKEN ARROW, OK 74014-2552<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2416<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,039.65 | $3,039.65 |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.419** **Priority creditor's name and mailing address**
ELLIOTT JR, RICHARD
20131 E 3RD ST
TULSA, OK 74108-8107

**Date or dates debt was incurred**

**Last 4 digits of account number: 2005**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,965.49    Priority amount: $4,965.49

---

**2.420** **Priority creditor's name and mailing address**
ELLIOTT, KEVIN
305 W MUSKOGEE AVE
SAPULPA, OK 74066-2250

**Date or dates debt was incurred**

**Last 4 digits of account number: 4727**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,246.90    Priority amount: $7,246.90

---

**2.421** **Priority creditor's name and mailing address**
ELLIOTT, SANDRA
201 W 41ST ST
SAND SPRINGS, OK 74063-2713

**Date or dates debt was incurred**

**Last 4 digits of account number: 0831**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,156.98    Priority amount: $4,156.98

---

**2.422** **Priority creditor's name and mailing address**
ELLIS, SAMUEL
815 LAURY LN
SAPULPA, OK 74066-9379

**Date or dates debt was incurred**

**Last 4 digits of account number: 0355**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,222.71    Priority amount: $5,222.71

---

**2.423** **Priority creditor's name and mailing address**
ELLISON, TRACI
623 N 27TH WEST AVE
TULSA, OK 74127-5122

**Date or dates debt was incurred**

**Last 4 digits of account number: 3082**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $855.10    Priority amount: $855.10

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.424** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,913.19 | $5,913.19

ELLSWORTH, LUCAS
5124 W 27TH ST
TULSA, OK 74107-3300

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 6585

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.425** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,246.35 | $1,246.35

ELSWICK, JUSTIN
15609 N 141ST EAST AVE
COLLINSVILLE, OK 74021-4687

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3511

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.426** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,005.28 | $5,005.28

EMBERLING, ALLEN
25485 S HOLLIDAY DR
CLAREMORE, OK 74019-1059

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 9548

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.427** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,248.33 | $4,248.33

EMBERLING, TERRY
25485 S HOLLIDAY DR
CLAREMORE, OK 74019-1059

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 6442

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.428** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,145.20 | $2,145.20

EMBERTON, CHRIS
1400 W BLUE STARR DR APT M6
CLAREMORE, OK 74017-2452

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3320

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699
(Name)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.429**  **Priority creditor's name and mailing address**

ENGLAND, CHRISTOPHER
3945 S DETROIT AVE
TULSA, OK  74105-3039

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3293

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,332.50    $1,332.50

---

**2.430**  **Priority creditor's name and mailing address**

ENGLE II, MICHAEL
4916 TRADE WIND DR
OOLOGAH, OK  74053-3325

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2851

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$3,292.91    $3,292.91

---

**2.431**  **Priority creditor's name and mailing address**

ENRIQUEZ, JOSE
1461 LUZ DEL SOL DR
EL PASO, TX  79912-8453

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1452

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$11,142.20    $11,142.20

---

**2.432**  **Priority creditor's name and mailing address**

ERICKSON, CHRISTOPHER
9808 E. 109TH ST. N.
OWASSO, OK  74055-9343

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2330

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$6,440.52    $6,440.52

---

**2.433**  **Priority creditor's name and mailing address**

ERNST, JACK
1314 S ATLANTA PL.
TULSA, OK  74104-4313

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2646

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$2,642.95    $2,642.95

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.434 | **Priority creditor's name and mailing address**<br>ESPINOZA, JOSE<br>7902 E 15TH PL<br>TULSA, OK  74112-7840<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3229<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,952.44 | $1,952.44 |
| 2.435 | **Priority creditor's name and mailing address**<br>ESSARY, BRIAN<br>14190 S 305TH E AVE<br>COWETA, OK  74429-4201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9838<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,633.11 | $5,633.11 |
| 2.436 | **Priority creditor's name and mailing address**<br>ETTER, DANIEL<br>2113 W SOUTH ST<br>COLLINSVILLE, OK  74021-2605<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4413<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,617.03 | $8,617.03 |
| 2.437 | **Priority creditor's name and mailing address**<br>EVANS, BRADLEY<br>2675 S. 282ND E. AVE.<br>BROKEN ARROW, OK  74014-4846<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5997<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,582.50 | $5,582.50 |
| 2.438 | **Priority creditor's name and mailing address**<br>EVANS, MARK<br>P.O. BOX 733<br>SPERRY, OK  74073-4171<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0563<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,864.56 | $7,864.56 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.439** | **Priority creditor's name and mailing address**
EVANS, MICHAIL
18258 S HARVARD AVE
BIXBY, OK  74008-5640

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1521

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,004.96
Priority amount: $2,004.96

**2.440** | **Priority creditor's name and mailing address**
EWELL, GARRETT
14832 E MODOC ST
CLAREMORE, OK  74017-4131

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2184

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,572.96
Priority amount: $3,572.96

**2.441** | **Priority creditor's name and mailing address**
FALLIS, TROY
15111 E. 15TH PL.
TULSA, OK  74108-5711

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8853

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,365.35
Priority amount: $5,365.35

**2.442** | **Priority creditor's name and mailing address**
FANCHER, BRIAN
2217 S FIR AVE
BROKEN ARROW, OK  74012-1007

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3468

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $402.41
Priority amount: $402.41

**2.443** | **Priority creditor's name and mailing address**
FANELLI, LOUIS
209 W 31ST ST
SAND SPRINGS, OK  74063-3522

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2393

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,348.14
Priority amount: $1,348.14

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.444** **Priority creditor's name and mailing address**
FANGMEIER, ANITA
9206 N 93RD E AVE
OWASSO, OK 74055-8270

**Date or dates debt was incurred**

**Last 4 digits of account number: 2544**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,790.91   Priority amount: $7,790.91

---

**2.445** **Priority creditor's name and mailing address**
FANNING, JOSEPH
7345 W. CANYON ROAD
TULSA, OK 74131-4016

**Date or dates debt was incurred**

**Last 4 digits of account number: 2666**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,235.41   Priority amount: $3,235.41

---

**2.446** **Priority creditor's name and mailing address**
FARMER, BRIAN
9611 N 107TH EAST PL
OWASSO, OK 74055-1342

**Date or dates debt was incurred**

**Last 4 digits of account number: 8605**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,185.22   Priority amount: $7,185.22

---

**2.447** **Priority creditor's name and mailing address**
FARNSWORTH, NATHAN
1108 W NASHVILLE ST
BROKEN ARROW, OK 74012-5045

**Date or dates debt was incurred**

**Last 4 digits of account number: 1934**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,162.73   Priority amount: $2,162.73

---

**2.448** **Priority creditor's name and mailing address**
FARRELL, DEREK
1508 S INDIANWOOD AVE
BROKEN ARROW, OK 74012-0913

**Date or dates debt was incurred**

**Last 4 digits of account number: 3469**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,867.34   Priority amount: $7,867.34

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.449** | **Priority creditor's name and mailing address**
FARREN, ROY
2532 226TH PL NE
SAMMAMISH, WA 98074-6435

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3391

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $9,568.48  Priority amount: $9,568.48

---

**2.450** | **Priority creditor's name and mailing address**
FARRIS, SAMUEL
6523 E 83RD PL
TULSA, OK 74133-4159

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2886

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $12,850.00  Priority amount: $12,850.00

---

**2.451** | **Priority creditor's name and mailing address**
FARRIS, SUSAN
8516 N 102ND EAST AVE
OWASSO, OK 74055-2357

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2905

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $6,520.90  Priority amount: $6,520.90

---

**2.452** | **Priority creditor's name and mailing address**
FAULKNER, STANLEY
528 S 55TH W AVE
TULSA, OK 74127-7446

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0257

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $5,546.29  Priority amount: $5,546.29

---

**2.453** | **Priority creditor's name and mailing address**
FERDINANDY, DESERA
124 W. 135TH ST N.
SKIATOOK, OK 74070-3532

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0956

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $4,044.19  Priority amount: $4,044.19

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|

| | | | Total claim | Priority amount |
|--|--|--|--|--|

| 2.454 | **Priority creditor's name and mailing address**<br>FERDINANDY, JONATHAN<br>124 W 135TH ST. N.<br>SKIATOOK, OK  74070-3532<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9403<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,976.37 | $5,976.37 |
| 2.455 | **Priority creditor's name and mailing address**<br>FINCHER, STEPHEN<br>397720 W 1300 RD<br>DEWEY, OK  74029-3853<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5198<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,698.31 | $4,698.31 |
| 2.456 | **Priority creditor's name and mailing address**<br>FINIK, WARREN<br>9057 E 131ST ST N<br>COLLINSVILLE, OK  74021-3993<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3363<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,514.62 | $1,514.62 |
| 2.457 | **Priority creditor's name and mailing address**<br>FINNEY, JOHNNY<br>5207 BARR DR<br>SAND SPRINGS, OK  74063-2009<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1662<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,170.65 | $5,170.65 |
| 2.458 | **Priority creditor's name and mailing address**<br>FISHER, BRIAN<br>1282 W. 93ST N.<br>SPERRY, OK  74073-3772<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9015<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,328.15 | $5,328.15 |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.459** | **Priority creditor's name and mailing address**
FITZGERALD, LORI
1906 STONEHENGE DRIVE
BARTLESVILLE, OK  74006-4615

**Date or dates debt was incurred**

**Last 4 digits of account number: 6264**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,265.33   Priority amount: $7,265.33

---

**2.460** | **Priority creditor's name and mailing address**
FLINN, RONALD
2019 S 1ST PL
BROKEN ARROW, OK  74012-7132

**Date or dates debt was incurred**

**Last 4 digits of account number: 2896**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,235.69   Priority amount: $1,235.69

---

**2.461** | **Priority creditor's name and mailing address**
FLINT JR, MIKE
31381 N 4000 RD
RAMONA, OK  74061-3494

**Date or dates debt was incurred**

**Last 4 digits of account number: 4943**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,902.16   Priority amount: $5,902.16

---

**2.462** | **Priority creditor's name and mailing address**
FLORES, CARLOS
1519 S. CARSON AVE
TULSA, OK  74119-3819

**Date or dates debt was incurred**

**Last 4 digits of account number: 9183**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $11,930.52   Priority amount: $11,930.52

---

**2.463** | **Priority creditor's name and mailing address**
FLOWERS, OLIVER
9102 EAST 66TH STREET
TULSA, OK  74133-2201

**Date or dates debt was incurred**

**Last 4 digits of account number: 3244**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $450.54   Priority amount: $450.54

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|

| | | | Total claim | Priority amount |
|--|--|--|--|--|

**2.464** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,836.12 | $2,836.12

FORE, RHONDA
12927 E. 132ND ST N
COLLINSVILLE, OK  74021-4376

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2521

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.465** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,020.16 | $4,020.16

FORTSON JR, RICHARD
8001 S MINGO RD APT 4001
TULSA, OK  74133-0857

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3253

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.466** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,864.84 | $2,864.84

FOSTER, DEBBIE
922 WALNUT ST
CLAREMORE, OK  74017-6909

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4981

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.467** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,831.85 | $10,831.85

FOWLER, DAVID
8153 W VALLEY VIEW DR
SKIATOOK, OK  74070-6424

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1908

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.468** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,329.97 | $4,329.97

FOWN, GREGORY
1722 S CARSON AVE APT 1102
TULSA, OK  74119-4640

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2884

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|

| | | | Total claim | Priority amount |
|--|--|--|--|--|

**2.469** | **Priority creditor's name and mailing address**
FOX, CHRISTOPHER
8745A E 580 RD
CATOOSA, OK  74015-5998

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5437

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $4,941.86   Priority amount $4,941.86

---

**2.470** | **Priority creditor's name and mailing address**
FOX, MICHAEL
7511 WOODRIDGE CR
TULSA, OK  74131-3859

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1386

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $12,850.00   Priority amount $12,850.00

---

**2.471** | **Priority creditor's name and mailing address**
FOX, SUZANNE
401 E DALLAS ST
BROKEN ARROW, OK  74012-4118

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5591

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $3,375.57   Priority amount $3,375.57

---

**2.472** | **Priority creditor's name and mailing address**
FRANCE, JUSTIN
1445 S. OSWEGO AVE
TULSA, OK  74112-5930

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1884

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $3,124.63   Priority amount $3,124.63

---

**2.473** | **Priority creditor's name and mailing address**
FRANCIS, DAVID
12174 W 173RD ST N
SKIATOOK, OK  74070-9113

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5872

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $6,467.34   Priority amount $6,467.34

| Part 1: | Additional Page | | | Total claim | Priority amount |
|---|---|---|---|---|---|

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| 2.474 | **Priority creditor's name and mailing address**<br>FRANCIS, MATTHEW<br>11348 S 83RD EAST AVE<br>BIXBY, OK 74008-2408<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1609<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | | $8,473.67 | $8,473.67 |
| 2.475 | **Priority creditor's name and mailing address**<br>FRANCO, PAUL<br>8520 WESTWAY RD<br>TULSA, OK 74131-3864<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5849<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | | $7,382.11 | $7,382.11 |
| 2.476 | **Priority creditor's name and mailing address**<br>FRANCO, SHARON<br>8520 WESTWAY RD<br>TULSA, OK 74131-3864<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4976<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | | $3,385.04 | $3,385.04 |
| 2.477 | **Priority creditor's name and mailing address**<br>FRAZIER, BILLY<br>304 N GILCREASE MUSEUM RD<br>TULSA, OK 74127-6501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2547<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | | $2,203.65 | $2,203.65 |
| 2.478 | **Priority creditor's name and mailing address**<br>FRAZIER, JAMES<br>11143 WEST TIGER LN<br>SAPULPA, OK 74066-3531<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5006<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | | $4,018.97 | $4,018.97 |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.479 | **Priority creditor's name and mailing address**<br>FRAZIER, JENNIFER<br>1147 S FLORENCE PL<br>TULSA, OK 74104-4108<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1486<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,724.44 | $3,724.44 |
| 2.480 | **Priority creditor's name and mailing address**<br>FREEMAN, BERT<br>5029 S 197TH E AVE<br>BROKEN ARROW, OK 74014-1238<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6207<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,110.55 | $5,110.55 |
| 2.481 | **Priority creditor's name and mailing address**<br>FRESHOUR, SANDRA<br>18475 S ELM RD<br>CLAREMORE, OK 74019-0143<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3019<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,669.22 | $1,669.22 |
| 2.482 | **Priority creditor's name and mailing address**<br>FREW, STEVEN<br>1372 N 77TH EAST AVE<br>TULSA, OK 74115-5707<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2357<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,344.52 | $3,344.52 |
| 2.483 | **Priority creditor's name and mailing address**<br>FRICK, JOHN<br>6624 E 99TH PL<br>TULSA, OK 74133-6225<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1468<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,141.39 | $3,141.39 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.484 | **Priority creditor's name and mailing address**<br>FRITZ, MATTHEW<br>11286 S 73 E. CT<br>BIXBY, OK 74008-2160<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9918<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |
| 2.485 | **Priority creditor's name and mailing address**<br>FROELICH, RICHARD<br>326 SOUTH MAPLE<br>NOWATA, OK 74048-3406<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1257<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,354.50 | $4,354.50 |
| 2.486 | **Priority creditor's name and mailing address**<br>FUENTES, KATHLEEN<br>20155 E 36TH PL S<br>BROKEN ARROW, OK 74014-1761<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2582<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,836.25 | $4,836.25 |
| 2.487 | **Priority creditor's name and mailing address**<br>FUGATE, SARA<br>13555 E 550 RD<br>INOLA, OK 74036-5074<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2748<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,356.33 | $2,356.33 |
| 2.488 | **Priority creditor's name and mailing address**<br>FULLER, DAVID<br>709 PARK ST<br>CHELSEA, OK 74016-1424<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3921<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,078.32 | $5,078.32 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.489** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,218.89 | $6,218.89

FULLERTON, DARLA
2643 CR 4100
COFFEYVILLE, KS  67337-7916

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 2214**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.490** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,837.75 | $5,837.75

FULTON, THOMAS
28594 E 750 RD
WAGONER, OK  74467-6851

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 6420**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.491** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,945.51 | $2,945.51

FUQUA, JERRY
2000 FREDRICK RD APT 04
CLAREMORE, OK  74019-1411

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 2087**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.492** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,439.45 | $1,439.45

FUSELIER, DUSTIN
1004 W. QUEEN PL.
TULSA, OK  74127-2520

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 2471**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.493** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,812.32 | $6,812.32

GABBARD, DONNIE
3310 WEST 64TH ST
TULSA, OK  74132-1212

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 3819**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.494** | **Priority creditor's name and mailing address**
GAGE, SCOTT
14601 E 205TH ST S
BIXBY, OK  74008-7712

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2845

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,925.69   Priority amount: $2,925.69

---

**2.495** | **Priority creditor's name and mailing address**
GANDY, DAN
11336 S 251ST EAST AVE
BROKEN ARROW, OK  74014-4200

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3088

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,621.29   Priority amount: $1,621.29

---

**2.496** | **Priority creditor's name and mailing address**
GANOTE, KEVIN
109 E 136TH ST N
SKIATOOK, OK  74070-9121

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0135

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,288.19   Priority amount: $4,288.19

---

**2.497** | **Priority creditor's name and mailing address**
GANT, GREGORY
10525 E 141ST CT N
COLLINSVILLE, OK  74021-3774

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3098

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $917.92   Priority amount: $917.92

---

**2.498** | **Priority creditor's name and mailing address**
GARBRY, JOANNA
10142 N 88TH E AVE
OWASSO, OK  74055-6704

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2721

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,699.95   Priority amount: $5,699.95

Case 18-11699-MFW    Doc 323    Filed 09/21/18    Page 131 of 1112

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.499** | **Priority creditor's name and mailing address**
GARCIA JR, GUERRERO
954 PEBBLE BRK
CATOOSA, OK 74015-1069

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2955

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,090.41    Priority amount: $2,090.41

---

**2.500** | **Priority creditor's name and mailing address**
GARCIA, AARON
11015 E 14TH CT
TULSA, OK 74128-4851

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2153

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,424.69    Priority amount: $1,424.69

---

**2.501** | **Priority creditor's name and mailing address**
GARCIA, DASY
206 N MCGEE
CANEY, KS 67333-2033

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2757

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,682.69    Priority amount: $2,682.69

---

**2.502** | **Priority creditor's name and mailing address**
GARCIA, DELL
11003 E 120TH CT N
COLLINSVILLE, OK 74021-5506

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3224

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $804.06    Priority amount: $804.06

---

**2.503** | **Priority creditor's name and mailing address**
GARCIA, FRANK
12529 E 83RD ST N
OWASSO, OK 74055-6234

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6559

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,562.10    Priority amount: $6,562.10

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.504 | **Priority creditor's name and mailing address**<br><br>GARCIA, GINO<br>106 E HELENA PL<br>BROKEN ARROW, OK  74012-8290<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2926**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,662.37 | $6,662.37 |
| 2.505 | **Priority creditor's name and mailing address**<br><br>GARCIA, JEREMY<br>7116 S 92ND EAST AVE APT 2306<br>TULSA, OK  74133-5270<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2897**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,700.75 | $2,700.75 |
| 2.506 | **Priority creditor's name and mailing address**<br><br>GARCIA, SHERI<br>11003 E 120TH CT N<br>COLLINSVILLE, OK  74021-5506<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3237**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,092.96 | $1,092.96 |
| 2.507 | **Priority creditor's name and mailing address**<br><br>GARFIELD, CHRISTIANA<br>1312 S QUAKER AVE APT 2<br>TULSA, OK  74120-5241<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2720**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,745.10 | $2,745.10 |
| 2.508 | **Priority creditor's name and mailing address**<br><br>GARMON, CODY<br>1013 W. SAN ANTONIO ST<br>BROKEN ARROW, OK  74012-6612<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1250**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,009.93 | $3,009.93 |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.509 | **Priority creditor's name and mailing address**<br>GARNER, JUSTIN<br>13036 S 254TH EAST AVE<br>COWETA, OK 74429-5843<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3430<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $797.26 | $797.26 |
| 2.510 | **Priority creditor's name and mailing address**<br>GARRETT, MONIQUE<br>5314 N WALNUT AVE<br>SAND SPRINGS, OK 74063-5867<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2522<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $5,514.57 | $5,514.57 |
| 2.511 | **Priority creditor's name and mailing address**<br>GARRISON, ERIN<br>17505 E 112TH ST N<br>OWASSO, OK 74055-6073<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1566<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $2,995.41 | $2,995.41 |
| 2.512 | **Priority creditor's name and mailing address**<br>GARRISON, RICHARD<br>9732 N 165TH EAST AVE<br>OWASSO, OK 74055-5218<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1776<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $3,642.20 | $3,642.20 |
| 2.513 | **Priority creditor's name and mailing address**<br>GASPAR, CODY<br>6214 E 126TH PL N<br>COLLINSVILLE, OK 74021-4467<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3104<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $2,312.83 | $2,312.83 |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.514**

**Priority creditor's name and mailing address**
GAUER, GREGORY
5509 E SAINT JOHN RD
SCOTTSDALE, AZ  85254-5883

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3283

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,954.64    Priority amount: $5,954.64

---

**2.515**

**Priority creditor's name and mailing address**
GEIGER, DANIEL
P.O. BOX 997
KELLYVILLE, OK  74039-0997

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2040

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,384.59    Priority amount: $7,384.59

---

**2.516**

**Priority creditor's name and mailing address**
GENSICKE, JOEY
22718 E. 104TH ST. SOUTH
BROKEN ARROW, OK  74014-6239

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1801

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,042.58    Priority amount: $3,042.58

---

**2.517**

**Priority creditor's name and mailing address**
GERMANY, EDWARD
5045 NORTH ROSEDALE
TULSA, OK  74126-6759

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5371

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,972.78    Priority amount: $6,972.78

---

**2.518**

**Priority creditor's name and mailing address**
GHERE, WILLIAM
4605 E. 56TH PLACE
TULSA, OK  74135-4311

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1526

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,527.19    Priority amount: $5,527.19

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.519 | **Priority creditor's name and mailing address**<br>GHYLIN-BERNHARDT, KIMBERLY<br>1135 S RICHMOND AVE<br>TULSA, OK 74112-5211<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2019<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,837.08 | $5,837.08 |
| 2.520 | **Priority creditor's name and mailing address**<br>GIBSON, BRIAN<br>P.O. BOX 802<br>JENKS, OK 74037-0802<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0419<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,637.44 | $4,637.44 |
| 2.521 | **Priority creditor's name and mailing address**<br>GIBSON, GREGG<br>15460 N. 21ST EAST AVE<br>SKIATOOK, OK 74070-4309<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1769<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,227.10 | $4,227.10 |
| 2.522 | **Priority creditor's name and mailing address**<br>GIFFORD, DAVID<br>2249 E 54TH ST<br>TULSA, OK 74105-6419<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1940<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,415.05 | $6,415.05 |
| 2.523 | **Priority creditor's name and mailing address**<br>GIGUIERE, JOSHUA<br>13124 E 77TH ST N<br>OWASSO, OK 74055-7944<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2533<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,451.08 | $6,451.08 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.524** | **Priority creditor's name and mailing address**
GILES, JACQUELYN
35 CHEYENNE ROAD
SAND SPRINGS, OK  74063-5693

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4598

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,621.97 — Priority amount: $3,621.97

---

**2.525** | **Priority creditor's name and mailing address**
GILMER, JON
8751 N 97TH EAST AVE APT 1004
OWASSO, OK  74055-6710

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1602

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,229.57 — Priority amount: $4,229.57

---

**2.526** | **Priority creditor's name and mailing address**
GILMORE, KOREE
14700 E 88TH PL N APT 2117
OWASSO, OK  74055-4947

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3294

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,124.14 — Priority amount: $1,124.14

---

**2.527** | **Priority creditor's name and mailing address**
GLEASON, CHARLES
31615 S 4230 RD
INOLA, OK  74036-5828

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2906

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,460.17 — Priority amount: $4,460.17

---

**2.528** | **Priority creditor's name and mailing address**
GLIDEWELL, MARION
8218 121ST E AVE
OWASSO, OK  74055-8665

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9536

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,256.83 — Priority amount: $4,256.83

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.529 | **Priority creditor's name and mailing address**<br>GODBEY, JUSTIN<br>3575 S 273RD EAST AVE<br>BROKEN ARROW, OK  74014-4873<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1913<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,828.93 | $2,828.93 |
| 2.530 | **Priority creditor's name and mailing address**<br>GOFF, KATESHA<br>15209 E 88 PL N<br>OWASSO, OK  74055-2282<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2839<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,588.24 | $4,588.24 |
| 2.531 | **Priority creditor's name and mailing address**<br>GOFF, NOLAN<br>13906 E 83RD ST N APT 201<br>OWASSO, OK  74055-8721<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2321<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,835.11 | $2,835.11 |
| 2.532 | **Priority creditor's name and mailing address**<br>GOINES, DAN<br>1503 N 66TH E AVE<br>TULSA, OK  74115-4646<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1380<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,772.89 | $5,772.89 |
| 2.533 | **Priority creditor's name and mailing address**<br>GOOCH, CORTNEY<br>1301 S 221ST WEST AVE<br>SAND SPRINGS, OK  74063-5177<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3194<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,377.87 | $1,377.87 |

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|

| | | Total claim | Priority amount |
|--|--|---|---|
| 2.534 | **Priority creditor's name and mailing address** GOOD, CHRISTOPHER 11114 SOUTH CEDAR ST JENKS, OK 74037-3371 **Date or dates debt was incurred** **Last 4 digits of account number:** 1980 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $2,761.23 | $2,761.23 |
| 2.535 | **Priority creditor's name and mailing address** GOOD, LONNIE 19862 MOUNTAIN LN CLAREMORE, OK 74017-4268 **Date or dates debt was incurred** **Last 4 digits of account number:** 5828 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $9,368.83 | $9,368.83 |
| 2.536 | **Priority creditor's name and mailing address** GOOD-DIXON, EVELYN CHRISTINE 323 N 17TH ST COLLINSVILLE, OK 74021-1731 **Date or dates debt was incurred** **Last 4 digits of account number:** 6578 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $3,511.50 | $3,511.50 |
| 2.537 | **Priority creditor's name and mailing address** GOODEN, EVA-MARIE 10110 E 22ND PL TULSA, OK 74129-4609 **Date or dates debt was incurred** **Last 4 digits of account number:** 1516 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $4,728.83 | $4,728.83 |
| 2.538 | **Priority creditor's name and mailing address** GORDON, SHELLY 9107 EAST 58TH STREET TULSA, OK 74145-8710 **Date or dates debt was incurred** **Last 4 digits of account number:** 1924 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $3,646.52 | $3,646.52 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.539 | **Priority creditor's name and mailing address**<br>GORHAM, CHELSEA<br>208 N BIGHORSE ST<br>SKIATOOK, OK  74070-3808<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3295<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $650.96 | $650.96 |
| 2.540 | **Priority creditor's name and mailing address**<br>GORHAM, RICHARD<br>19655 S 4200 RD UNIT B<br>CLAREMORE, OK  74019-4298<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2866<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,472.57 | $3,472.57 |
| 2.541 | **Priority creditor's name and mailing address**<br>GOSNEY, CHESIL<br>511 APPLE CREEK DR APT 511<br>SAND SPRINGS, OK  74063-5524<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3403<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $462.33 | $462.33 |
| 2.542 | **Priority creditor's name and mailing address**<br>GOSSETT, ERIC<br>13799 S POPLAR PL<br>GLENPOOL, OK  74033-3251<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6642<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,470.70 | $4,470.70 |
| 2.543 | **Priority creditor's name and mailing address**<br>GOTZSCHE THOMAS, IDA<br>4200 W LAREDO ST<br>BROKEN ARROW, OK  74012-7576<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3200<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,582.19 | $2,582.19 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.544** **Priority creditor's name and mailing address**
GRACE, DAVID
309 NE 5TH ST
WAGONER, OK 74467-3301

**Date or dates debt was incurred**

**Last 4 digits of account number: 3060**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,213.15    Priority amount: $1,213.15

---

**2.545** **Priority creditor's name and mailing address**
GRACE, MATTHEW
4205 S. DARLINGTON PL.
TULSA, OK 74135-6326

**Date or dates debt was incurred**

**Last 4 digits of account number: 2237**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,362.18    Priority amount: $3,362.18

---

**2.546** **Priority creditor's name and mailing address**
GRAHAM II, JAMES
6747 E 8 ST
TULSA, OK 74112-4417

**Date or dates debt was incurred**

**Last 4 digits of account number: 1995**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,220.22    Priority amount: $6,220.22

---

**2.547** **Priority creditor's name and mailing address**
GRAHAM, DARRYL
3115 S LAUREL PL
BROKEN ARROW, OK 74012-7662

**Date or dates debt was incurred**

**Last 4 digits of account number: 2136**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,208.85    Priority amount: $8,208.85

---

**2.548** **Priority creditor's name and mailing address**
GRAHAM, RICHARD
220 WATERFORD ST.
CATOOSA, OK 74015-2060

**Date or dates debt was incurred**

**Last 4 digits of account number: 9271**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00    Priority amount: $12,850.00

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|

|  |  | | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.549** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,247.27 | $3,247.27

GRAVES, STEPHEN
8515 S 39TH WEST AVE.
TULSA, OK  74132-3027

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1831

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.550** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,984.06 | $2,984.06

GRAY, ZEPHREN
16885 BRISTLECONE RD
MORRIS, OK  74445-2077

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2539

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.551** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,286.60 | $4,286.60

GREEN, BOBBY
1203 N PHOENIX AVE
TULSA, OK  74127-5326

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2507

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.552** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,547.96 | $5,547.96

GREEN, JACOB
6701 W 415 RD
ADAIR, OK  74330-2902

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2667

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.553** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,719.54 | $7,719.54

GREEN, JOHNATHAN
5827 TCHULAHOMA RD
SOUTHAVEN, MS  38671-9366

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2099

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.554 | **Priority creditor's name and mailing address**<br>GREEN, MARJORIE<br>5326 E 3RD ST<br>TULSA, OK  74112-1412<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1941<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,566.88 | $5,566.88 |
| 2.555 | **Priority creditor's name and mailing address**<br>GREENHAW, MARK<br>13547 E 38TH ST<br>TULSA, OK  74134-5621<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2127<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $11,942.72 | $11,942.72 |
| 2.556 | **Priority creditor's name and mailing address**<br>GREENHAW, TYLER<br>6606 N 128TH EAST AVE<br>OWASSO, OK  74055-6965<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2653<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,818.39 | $2,818.39 |
| 2.557 | **Priority creditor's name and mailing address**<br>GREENHAW, VICTORIA<br>6606 NORTH 128 EAST AVENUE<br>OWASSO, OK  74055-6965<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2928<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,968.51 | $1,968.51 |
| 2.558 | **Priority creditor's name and mailing address**<br>GREEVES, LARRY<br>3720 PRAIRIE LN<br>OOLOGAH, OK  74053-4079<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8686<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,274.59 | $7,274.59 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.559** | **Priority creditor's name and mailing address**
GREGORY, JOHN
39158 E 161ST ST S
PORTER, OK  74454-5580

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9199

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $9,200.11    Priority amount: $9,200.11

---

**2.560** | **Priority creditor's name and mailing address**
GRESSER, MATTHEW
242 E 45 PLACE
TULSA, OK  74105-4404

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3381

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,248.45    Priority amount: $6,248.45

---

**2.561** | **Priority creditor's name and mailing address**
GRIFFITH, JOSHUA
5337 S DETROIT AVE
TULSA, OK  74105-5417

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3375

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $988.27    Priority amount: $988.27

---

**2.562** | **Priority creditor's name and mailing address**
GRIGGS, CALEB
P.O. BOX 154
SPERRY, OK  74073-0154

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3494

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $408.33    Priority amount: $408.33

---

**2.563** | **Priority creditor's name and mailing address**
GROCE, NICHOLAS
8405 N 116TH E PL
OWASSO, OK  74055-2754

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2170

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,503.53    Priority amount: $3,503.53

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.564 | **Priority creditor's name and mailing address**<br>GRONDIN, SIMON<br>10 E ARCHER ST APT 1-413<br>TULSA, OK  74103-2028<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3065<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $10,064.98 | $10,064.98 |
| 2.565 | **Priority creditor's name and mailing address**<br>GROTH, BETTY<br>9241 S 92ND EAST AVE<br>TULSA, OK  74133-5622<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2015<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,865.96 | $2,865.96 |
| 2.566 | **Priority creditor's name and mailing address**<br>GROVE, JANICE<br>32733 E 161ST ST S<br>COWETA, OK  74429-3555<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2204<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,870.56 | $4,870.56 |
| 2.567 | **Priority creditor's name and mailing address**<br>GRUNER, THOMAS<br>18010 N 93RD E AVE<br>COLLINSVILLE, OK  74021-4227<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4955<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,494.98 | $6,494.98 |
| 2.568 | **Priority creditor's name and mailing address**<br>GRYBOWSKI, PETER<br>2509 N. 16TH ST.<br>BROKEN ARROW, OK  74012-2863<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1894<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,211.84 | $2,211.84 |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.569** | **Priority creditor's name and mailing address**
GUARDADO, GREGORY
7908 N 126TH E AVENUE
OWASSO, OK 74055-6329

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2649

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,935.93    Priority amount: $7,935.93

---

**2.570** | **Priority creditor's name and mailing address**
GUARECA, ISRAEL
13336 E 33RD PL
TULSA, OK 74134-4016

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3376

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,015.73    Priority amount: $1,015.73

---

**2.571** | **Priority creditor's name and mailing address**
GUERRA MELENDEZ, MARVIN
8421 E 81ST ST APT 1032
TULSA, OK 74133-8041

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3441

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $388.85    Priority amount: $388.85

---

**2.572** | **Priority creditor's name and mailing address**
GUERRERO, JOSE
10095 S MCPSPADDEN ST
CHELSEA, OK 74016-0000

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2682

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,836.84    Priority amount: $1,836.84

---

**2.573** | **Priority creditor's name and mailing address**
GUEST, KELTON
318 N 18TH ST
COLLINSVILLE, OK 74021-7154

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0189

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,917.21    Priority amount: $4,917.21

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.574** | **Priority creditor's name and mailing address**
GULLEY, MICHAEL
3401 W EASTON ST
TULSA, OK 74127-2332

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2903

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $5,880.66 — Priority amount $5,880.66

---

**2.575** | **Priority creditor's name and mailing address**
GUO, HUIFANG
27510 BECKETTS KNOLL CT.
KATY, TX 77494-6245

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9648

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $7,686.17 — Priority amount $7,686.17

---

**2.576** | **Priority creditor's name and mailing address**
HABIGER, ANDREW
3615 W 107TH CT S
JENKS, OK 74037-1597

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1287

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $12,334.98 — Priority amount $12,334.98

---

**2.577** | **Priority creditor's name and mailing address**
HACKLER, JODI
P.O. BOX 172
JENKS, OK 74037-0172

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1685

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $12,850.00 — Priority amount $12,850.00

---

**2.578** | **Priority creditor's name and mailing address**
HADDOCK, CLIFTON
8069 SILVERADO ROAD
CLAREMORE, OK 74019-1040

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5023

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $5,181.63 — Priority amount $5,181.63

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.579** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,294.37 | $1,294.37

HADLEY, IRYNA
1319 S CYPRESS LN
BROKEN ARROW, OK  74012-6116

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3392

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.580** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,756.95 | $3,756.95

HAFNER, KAREN
1012 E 136TH ST N
SKIATOOK, OK  74070-3333

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 6313

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.581** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,960.14 | $6,960.14

HAFNER, RONALD
1012 E 136TH ST N
SKIATOOK, OK  74070-3333

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3356

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.582** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $858.08 | $858.08

HAGAN, DUSTIN
20901 W. 35TH ST N
HASKELL, OK  74012-2473

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3045

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.583** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,385.32 | $8,385.32

HAGAN, JAMES
20901 W. 35TH ST. N
HASKELL, OK  74436-2473

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 4079

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|
| | | **Total claim** | **Priority amount** |

| | | | | |
|--|--|--|--|--|
| 2.584 | **Priority creditor's name and mailing address**<br><br>HAGAR, CHRISTOPHER<br>7729 S. 72ND E. AVE.<br>TULSA, OK 74133-7812<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2383<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,828.05 | $2,828.05 |
| 2.585 | **Priority creditor's name and mailing address**<br><br>HAGAR, DEBRA<br>5115 E 98TH ST<br>TULSA, OK 74137-4919<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3736<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,650.24 | $12,650.24 |
| 2.586 | **Priority creditor's name and mailing address**<br><br>HALEY, CLIFTON<br>9202 N 95TH E PL<br>OWASSO, OK 74055-7296<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3354<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,491.44 | $2,491.44 |
| 2.587 | **Priority creditor's name and mailing address**<br><br>HALL, ANGELA<br>8787 N 97TH E AVE, APT. 107<br>OWASSO, OK 74055-0000<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2285<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,185.24 | $3,185.24 |
| 2.588 | **Priority creditor's name and mailing address**<br><br>HALL, LACRISHA<br>718 N GARFIELD AVE<br>SAND SPRINGS, OK 74063-7313<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3531<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $52.35 | $52.35 |

| Part 1: | Additional Page |
| --- | --- |

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.589** | **Priority creditor's name and mailing address**
HALLOCK, KATHLEEN
9828 E. 83RD PL
TULSA, OK 74133-4302

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0743

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $9,805.72 — Priority amount $9,805.72

---

**2.590** | **Priority creditor's name and mailing address**
HAMBRICK, TONY
6905 S SYCAMORE AVE
BROKEN ARROW, OK 74011-5172

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4796

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $10,746.09 — Priority amount $10,746.09

---

**2.591** | **Priority creditor's name and mailing address**
HAMILTON, TIMOTHY
15606 E 96TH ST N
OWASSO, OK 74055-5203

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0077

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $2,943.87 — Priority amount $2,943.87

---

**2.592** | **Priority creditor's name and mailing address**
HAMPTON, MICHAEL
17644 S 241ST W AVE
KELLYVILLE, OK 74039-4544

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5757

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $5,972.23 — Priority amount $5,972.23

---

**2.593** | **Priority creditor's name and mailing address**
HANCOCK, EUGENE
11839 N 107TH E AVE
OWASSO, OK 74021-0000

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3272

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $3,093.05 — Priority amount $3,093.05

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | Total claim | Priority amount |
| 2.594 | **Priority creditor's name and mailing address**<br>HANCOCK, LISA<br>12411 E 110TH ST N<br>OWASSO, OK 74055-6369<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3321<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $1,390.42 | $1,390.42 |
| 2.595 | **Priority creditor's name and mailing address**<br>HANEY, RICKEY<br>8435 S QUEBEC AVE<br>TULSA, OK 74137-1830<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1325<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $6,264.84 | $6,264.84 |
| 2.596 | **Priority creditor's name and mailing address**<br>HANG, ALEE<br>21550 E 43RD ST S<br>BROKEN ARROW, OK 74014-1476<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2430<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $1,807.39 | $1,807.39 |
| 2.597 | **Priority creditor's name and mailing address**<br>HANNA, CYNTHIA<br>2204 S FIR AVE<br>BROKEN ARROW, OK 74012-1025<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3052<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $1,370.18 | $1,370.18 |
| 2.598 | **Priority creditor's name and mailing address**<br>HANNEMAN, BENJAMIN<br>11103 E 117TH ST N<br>COLLINSVILLE, OK 74021-4859<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3310<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $499.08 | $499.08 |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.599 | **Priority creditor's name and mailing address**<br><br>HANSBRO, JIMMY<br>11300 N. MEMORIAL DR.<br>OWASSO, OK  74055-6575<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0957<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,848.53 | $6,848.53 |
| 2.600 | **Priority creditor's name and mailing address**<br><br>HANSEN, JONATHAN<br>4121 S NEW HAVEN PL<br>TULSA, OK  74135-2729<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3211<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $10,594.01 | $10,594.01 |
| 2.601 | **Priority creditor's name and mailing address**<br><br>HANSON, ROBERT<br>1609 W AUSTIN ST<br>BROKEN ARROW, OK  74011-3962<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3296<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $788.42 | $788.42 |
| 2.602 | **Priority creditor's name and mailing address**<br><br>HARDING JR, RICHARD<br>P.O. BOX 103<br>BARTLESVILLE, OK  74005-0103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9549<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,494.55 | $6,494.55 |
| 2.603 | **Priority creditor's name and mailing address**<br><br>HARLIN, JOHNNY<br>4500 W UNIONTOWN ST<br>BROKEN ARROW, OK  74012-1336<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1364<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,146.96 | $4,146.96 |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.604** | **Priority creditor's name and mailing address**
HARLIN, STEPHEN
10808 E. 98TH ST. N.
OWASSO, OK 74055-4320

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5179

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $5,294.56 — Priority amount $5,294.56

---

**2.605** | **Priority creditor's name and mailing address**
HARP, CHRISTOPHER
15102 W. 18TH PL. S.
SAND SPRINGS, OK 74063-4236

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9645

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $3,855.47 — Priority amount $3,855.47

---

**2.606** | **Priority creditor's name and mailing address**
HARPER, JEFF
13424 N 58TH E PL
COLLINSVILLE, OK 74021-3683

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2135

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $6,100.75 — Priority amount $6,100.75

---

**2.607** | **Priority creditor's name and mailing address**
HARPER, MONICA
13424 N 58TH E PL
COLLINSVILLE, OK 74021-3683

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2260

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $2,164.04 — Priority amount $2,164.04

---

**2.608** | **Priority creditor's name and mailing address**
HARRELL, CONNIE
17888 E 106TH ST NORTH
OWASSO, OK 74055-8146

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2549

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $9,820.14 — Priority amount $9,820.14

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.609 | **Priority creditor's name and mailing address**<br><br>HARRIS, BRITTANY<br>412 S 43RD WEST AVE<br>TULSA, OK 74127-7737<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3005<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $758.67 | $758.67 |
| 2.610 | **Priority creditor's name and mailing address**<br><br>HARRIS, DARRELL<br>1723 S 147TH WEST AVE<br>SAND SPRINGS, OK 74063-4452<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3020<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,166.74 | $2,166.74 |
| 2.611 | **Priority creditor's name and mailing address**<br><br>HARRIS, DONALD<br>11416 E 99TH ST. N<br>OWASSO, OK 74055-4354<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0798<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,501.24 | $3,501.24 |
| 2.612 | **Priority creditor's name and mailing address**<br><br>HARRIS, JOHN<br>9614 N 107TH E AVE<br>OWASSO, OK 74055-4363<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2703<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,552.81 | $8,552.81 |
| 2.613 | **Priority creditor's name and mailing address**<br><br>HARRIS, JOSHUA<br>5844 CLOVER LN<br>CHELSEA, OK 74016-1981<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2846<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,488.69 | $2,488.69 |

(Name)

| **Part 1:** | **Additional Page** |

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.614 | **Priority creditor's name and mailing address**<br><br>HARRIS, KEVIN<br>406 W 44TH ST<br>SAND SPRINGS, OK  74063-2402<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3512<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $168.66 | $168.66 |
| 2.615 | **Priority creditor's name and mailing address**<br><br>HARRIS, TERESA<br>6050 W. 53RD ST NORTH<br>TULSA, OK  74126-4115<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2294<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,268.21 | $1,268.21 |
| 2.616 | **Priority creditor's name and mailing address**<br><br>HARTMAN, STEPHEN<br>303 WALTHOUR DR<br>RINCON, GA  31326-4713<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3355<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,224.66 | $2,224.66 |
| 2.617 | **Priority creditor's name and mailing address**<br><br>HASTINGS, DAVID<br>205 S CHAMBERS AVE<br>CLAREMORE, OK  74017-5248<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1577<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,450.32 | $7,450.32 |
| 2.618 | **Priority creditor's name and mailing address**<br><br>HATFIELD JR, JOHN<br>1030 N FLORENCE AVE<br>TULSA, OK  74110-5121<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9526<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,191.62 | $4,191.62 |

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|
| | | Total claim | Priority amount |

| 2.619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|

**2.619**

Priority creditor's name and mailing address

HAWKINS, GEORGIE
17323 E 350 ROAD
CHELSEA, OK  74016-9317

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5257

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $3,159.26    Priority amount $3,159.26

---

**2.620**

Priority creditor's name and mailing address

HAWKSWORTH, CARLA
45 NEW PRUE ROAD
SAND SPRINGS, OK  74063-5304

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2766

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $2,401.49    Priority amount $2,401.49

---

**2.621**

Priority creditor's name and mailing address

HAYDEN, KATHRYN
12704 EAST 39TH STREET
TULSA, OK  74146-3528

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3114

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $1,481.38    Priority amount $1,481.38

---

**2.622**

Priority creditor's name and mailing address

HAYES, CONNOR
13804 E CRESTVIEW DR
CLAREMORE, OK  74019-1189

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3356

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $1,072.60    Priority amount $1,072.60

---

**2.623**

Priority creditor's name and mailing address

HAYES, IRA
1646 S CEDAR AVE
BROKEN ARROW, OK  74012-5411

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2872

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $2,928.19    Priority amount $2,928.19

Debtor The NORDAM Group, Inc. (et al.)    Case 18-11699-MFW    Doc 323    Filed 09/21/18    Page 156 of 1112

(Name)

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.624 | **Priority creditor's name and mailing address** <br><br> HAYES, TRAVIS <br> 1249 W JACKSON ST <br> BROKEN ARROW, OK 74012-8412 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 3217 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☒ Yes | $828.50 | $828.50 |
| 2.625 | **Priority creditor's name and mailing address** <br><br> HAZELRIGG, ALLEN <br> 5009 SOUTH BIRCH AVE <br> BROKEN ARROW, OK 74011-4806 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 4544 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☒ Yes | $5,020.45 | $5,020.45 |
| 2.626 | **Priority creditor's name and mailing address** <br><br> HEARD, JAMES <br> 7316 E 65TH ST <br> TULSA, OK 74133-7523 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 2875 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☒ Yes | $1,975.08 | $1,975.08 |
| 2.627 | **Priority creditor's name and mailing address** <br><br> HEDMAN, GREGORY <br> 10070 S 4066 RD <br> TALALA, OK 74080-3613 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 6402 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☒ Yes | $5,798.02 | $5,798.02 |
| 2.628 | **Priority creditor's name and mailing address** <br><br> HEFTA, LOREN <br> 7713 N 120TH E AVE <br> OWASSO, OK 74055-3511 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 1692 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☒ Yes | $11,861.78 | $11,861.78 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.629 | **Priority creditor's name and mailing address**<br>HEGWALD, KYLE<br>8929 N 163RD EAST AVE<br>OWASSO, OK 74055-5661<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9224**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $4,545.70 | $4,545.70 |
| 2.630 | **Priority creditor's name and mailing address**<br>HELLING, DUANE<br>17505 E 610 RD<br>INOLA, OK 74036-6064<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2690**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $8,528.01 | $8,528.01 |
| 2.631 | **Priority creditor's name and mailing address**<br>HELLING, TAMMY<br>1389 E 45TH PL<br>TULSA, OK 74105-4107<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 6755**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $5,221.08 | $5,221.08 |
| 2.632 | **Priority creditor's name and mailing address**<br>HELM, STAIJECK<br>4105 W 43RD STREET<br>TULSA, OK 74107-6215<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1567**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $5,780.75 | $5,780.75 |
| 2.633 | **Priority creditor's name and mailing address**<br>HENDERSHOTT, KAITLYN<br>7740 E EAGLE DR APT 104<br>BIXBY, OK 74008-4628<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3371**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $796.11 | $796.11 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.634 | **Priority creditor's name and mailing address**<br>HENDERSHOTT, PAUL<br>1206 N SIOUX AVE<br>CLAREMORE, OK 74017-4414<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1571<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,508.22 | $2,508.22 |
| 2.635 | **Priority creditor's name and mailing address**<br>HENDERSON, JOHN<br>1143 S HAYNIE<br>SKIATOOK, OK 74070-2135<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4352<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,172.50 | $4,172.50 |
| 2.636 | **Priority creditor's name and mailing address**<br>HENDERSON, KEITH<br>362022 E OLD HIGHWAY 64<br>CLEVELAND, OK 74020-6945<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3035<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,820.60 | $1,820.60 |
| 2.637 | **Priority creditor's name and mailing address**<br>HENDERSON, MICHAEL<br>11211 S. MADISON STREET<br>JENKS, OK 74037-7158<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2963<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,982.93 | $4,982.93 |
| 2.638 | **Priority creditor's name and mailing address**<br>HENNING JR, ARNOLD<br>8154 E MISTY MORNING PL<br>CLAREMORE, OK 74019-2568<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8534<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,926.51 | $4,926.51 |

| Part 1: | Additional Page |
|---------|------------------|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.639** **Priority creditor's name and mailing address**

HENNING, MICHAEL
8275 SILVERWOOD RD
CLAREMORE, OK 74019-7514

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1873

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,157.06    Priority amount: $3,157.06

---

**2.640** **Priority creditor's name and mailing address**

HENRY, ALPHONSO
720 EAST 53RD ST NORTH
TULSA, OK 74126-2748

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2876

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,317.03    Priority amount: $1,317.03

---

**2.641** **Priority creditor's name and mailing address**

HENRY, VALERIA
19903 S 4079 RD
CLAREMORE, OK 74019-2068

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2444

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,054.29    Priority amount: $5,054.29

---

**2.642** **Priority creditor's name and mailing address**

HENSLEY, JAMES
1464 SOUTH PENINSULA DRIVE WEST
CLEVELAND, OK 74020-9721

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9366

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,514.09    Priority amount: $5,514.09

---

**2.643** **Priority creditor's name and mailing address**

HENSON, JONATHAN
6817 E KING PL
TULSA, OK 74115-6843

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6047

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $10,039.50    Priority amount: $10,039.50

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.644 | **Priority creditor's name and mailing address** HER, PAO 688 N 153RD EAST AVE TULSA, OK 74116-2821 **Date or dates debt was incurred** **Last 4 digits of account number:** 3513 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $124.27 | $124.27 |
| 2.645 | **Priority creditor's name and mailing address** HER, TERRY 2161 E 430 RD OOLOGAH, OK 74053-3687 **Date or dates debt was incurred** **Last 4 digits of account number:** 9390 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $4,183.19 | $4,183.19 |
| 2.646 | **Priority creditor's name and mailing address** HERDE, BRYAN 22815 E 104TH ST S BROKEN ARROW, OK 74014-6242 **Date or dates debt was incurred** **Last 4 digits of account number:** 8901 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $6,249.66 | $6,249.66 |
| 2.647 | **Priority creditor's name and mailing address** HERGH, ROLAND 12403 S 284TH EAST AVE COWETA, OK 74429-3367 **Date or dates debt was incurred** **Last 4 digits of account number:** 3263 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $1,032.88 | $1,032.88 |
| 2.648 | **Priority creditor's name and mailing address** HERNDON, LAKESHA 2019 E XYLER ST TULSA, OK 74110-2038 **Date or dates debt was incurred** **Last 4 digits of account number:** 2492 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $1,582.88 | $1,582.88 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.649** | **Priority creditor's name and mailing address**

HERR, SHENOBI
12191 N 108TH E AVE
COLLINSVILLE, OK 74021-5548

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1665

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$2,198.57     $2,198.57

---

**2.650** | **Priority creditor's name and mailing address**

HERRERA, LINDA
13560 S 4150 RD
CLAREMORE, OK 74017-6965

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9175

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$3,600.40     $3,600.40

---

**2.651** | **Priority creditor's name and mailing address**

HERRING, STEPHEN
12932 E 34TH STREET
TULSA, OK 74134-3244

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3945

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$7,577.49     $7,577.49

---

**2.652** | **Priority creditor's name and mailing address**

HERRMANN, RANDALL
1047 SUNSET CIRCLE
YALE, OK 74085-9433

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9649

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$2,883.95     $2,883.95

---

**2.653** | **Priority creditor's name and mailing address**

HESSMAN, CHRIS
9400 EAST 92 PLACE NORTH
OWASSO, OK 74055-4487

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8609

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$12,850.00     $12,850.00

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

### 2.654

**Priority creditor's name and mailing address**

HESSMAN, DANIELLA
9400 E. 92ND PL. N.
OWASSO, OK  74055-4487

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0946

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,649.93  Priority amount: $5,649.93

---

### 2.655

**Priority creditor's name and mailing address**

HICKS, CLINT
4238 EAST 24TH PLACE
TULSA, OK  74114-3614

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2071

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,763.08  Priority amount: $4,763.08

---

### 2.656

**Priority creditor's name and mailing address**

HICKS, ELSIEMAE
15605 E PONY LAKE DR
CLAREMORE, OK  74019-2176

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2813

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,051.72  Priority amount: $2,051.72

---

### 2.657

**Priority creditor's name and mailing address**

HIGHTOWER, CARL
2010 E 410 RD
OOLOGAH, OK  74053-3966

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5541

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,604.92  Priority amount: $5,604.92

---

### 2.658

**Priority creditor's name and mailing address**

HILL, CARRINGTON
8006 S JUNIPER PL
BROKEN ARROW, OK  74011-6457

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3066

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,385.02  Priority amount: $1,385.02

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.659 | **Priority creditor's name and mailing address**<br>HILL, DAVID<br>25581 S. HWY 48<br>BRISTOW, OK 74010-3961<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3569**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,445.68 | $5,445.68 |
| 2.660 | **Priority creditor's name and mailing address**<br>HILL, DAVID<br>7313 S 99TH E AVE<br>APT. 1401<br>TULSA, OK 74133-3235<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2835**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,951.64 | $1,951.64 |
| 2.661 | **Priority creditor's name and mailing address**<br>HILL, PHILLIP<br>1690 S 261ST E AVE<br>CATOOSA, OK 74015-4546<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1981**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,678.40 | $1,678.40 |
| 2.662 | **Priority creditor's name and mailing address**<br>HILLIGOSS, JOHNNY<br>17008 SHELLCREEK RD<br>SAND SPRINGS, OK 74063-5571<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5003**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,374.34 | $3,374.34 |
| 2.663 | **Priority creditor's name and mailing address**<br>HILLIGOSS, RONALD<br>3606 S. MAGNOLIA DR<br>SAND SPRINGS, OK 74063-2835<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1886**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,733.45 | $2,733.45 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.664** | **Priority creditor's name and mailing address**

HILLIGOSS, RONNIE
672 E. 133RD PL.
GLENPOOL, OK  74033-2215

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2616

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,177.73    Priority amount: $6,177.73

---

**2.665** | **Priority creditor's name and mailing address**

HILTON, BRIAN
14058 S. 299TH E. AVE.
COWETA, OK  74429-3400

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1539

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,724.81    Priority amount: $5,724.81

---

**2.666** | **Priority creditor's name and mailing address**

HINSON, RICKY
P.O. BOX 690574
TULSA, OK  74169-0574

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1948

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,749.36    Priority amount: $2,749.36

---

**2.667** | **Priority creditor's name and mailing address**

HOBBS, LEWIS
202 S 18TH ST
COLLINSVILLE, OK  74021-2827

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6322

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,519.78    Priority amount: $2,519.78

---

**2.668** | **Priority creditor's name and mailing address**

HOCKETT, JACQUELINE
10970 E 61ST ST APT 2013
TULSA, OK  74133-1585

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3514

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $124.27    Priority amount: $124.27

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.669**  **Priority creditor's name and mailing address**

HOFACKER, LARRY
15715 N 104TH EAST AVE
COLLINSVILLE, OK  74021-5904

**Date or dates debt was incurred**

**Last 4 digits of account number: 2618**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,095.92   Priority amount: $7,095.92

---

**2.670**  **Priority creditor's name and mailing address**

HOLCOMB, GARETT
2183 PEACH ORCHARD RD
HOMINY, OK  74035-6632

**Date or dates debt was incurred**

**Last 4 digits of account number: 3393**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $594.08   Priority amount: $594.08

---

**2.671**  **Priority creditor's name and mailing address**

HOLCOMB, LARRY
2183 PEACH ORCHARD ROAD
HOMINY, OK  74035-8179

**Date or dates debt was incurred**

**Last 4 digits of account number: 3876**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,760.57   Priority amount: $6,760.57

---

**2.672**  **Priority creditor's name and mailing address**

HOLDEN, BRIAN
403 E FRY ST
CLAREMORE, OK  74017-8148

**Date or dates debt was incurred**

**Last 4 digits of account number: 4470**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,400.66   Priority amount: $8,400.66

---

**2.673**  **Priority creditor's name and mailing address**

HOLFORD, MATTHEW
14504 E 110TH PL N
OWASSO, OK  74055-9819

**Date or dates debt was incurred**

**Last 4 digits of account number: 0893**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,366.53   Priority amount: $5,366.53

| Part 1: | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.674 | **Priority creditor's name and mailing address**<br>HOLLAND, LADON<br>5116 N KENOSHA AVE<br>TULSA, OK 74126-5307<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3279<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $720.88 | $720.88 |
| 2.675 | **Priority creditor's name and mailing address**<br>HOLMES, WAYNE<br>212 W 45TH PL<br>SAND SPRINGS, OK 74063-2379<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2981<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,342.16 | $1,342.16 |
| 2.676 | **Priority creditor's name and mailing address**<br>HOLT JR, TIMOTHY<br>3759 W 44 ST<br>TULSA, OK 74107-6331<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2185<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,054.16 | $1,054.16 |
| 2.677 | **Priority creditor's name and mailing address**<br>HOLT, JAMES<br>5832 E 78TH PL<br>TULSA, OK 74136-8414<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3768<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $9,148.62 | $9,148.62 |
| 2.678 | **Priority creditor's name and mailing address**<br>HOLT, JUSTIN<br>15503 W 19TH PL<br>SAND SPRINGS, OK 74063-4241<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6457<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,086.07 | $4,086.07 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.679 | **Priority creditor's name and mailing address**<br>HOLT, RANDY<br>7328 E 111TH PLACE S<br>BIXBY, OK 74008-2145<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1970<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,589.13 | $4,589.13 |
| 2.680 | **Priority creditor's name and mailing address**<br>HOLT, TODD<br>2444 E 51ST ST APT C1<br>TULSA, OK 74105-6097<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3180<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $800.11 | $800.11 |
| 2.681 | **Priority creditor's name and mailing address**<br>HOLTZCLAW, ALEC<br>11726 N 117TH EAST AVE<br>COLLINSVILLE, OK 74021-1006<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3439<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $462.41 | $462.41 |
| 2.682 | **Priority creditor's name and mailing address**<br>HOLZER, GREGORY<br>14240 N 62 E AVE<br>COLLINSVILLE, OK 74021-5102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3964<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |
| 2.683 | **Priority creditor's name and mailing address**<br>HOOD, KENT<br>16252 W 81ST S<br>SAPULPA, OK 74066-2968<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3568<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,590.99 | $4,590.99 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.684 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $874.68 | $874.68 |
| | HOOLEY, DUSTIN<br>243 W 8TH<br>BRISTOW, OK 74010-3091 | *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>EMPLOYEE PTO | | |
| | **Last 4 digits of account number: 3344** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No<br>☒ Yes | | |

| 2.685 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,163.18 | $7,163.18 |
| | HOOPER, BRYAN<br>3160 NORTH ST HIGHWAY 97<br>SAND SPRINGS, OK 74063-3430 | *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>EMPLOYEE PTO | | |
| | **Last 4 digits of account number: 5842** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No<br>☒ Yes | | |

| 2.686 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,289.29 | $2,289.29 |
| | HOOPES, KEVIN<br>1800 W ALBANY DR APT 2024<br>BROKEN ARROW, OK 74012-5853 | *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>EMPLOYEE PTO | | |
| | **Last 4 digits of account number: 2615** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No<br>☒ Yes | | |

| 2.687 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,458.33 | $2,458.33 |
| | HOOVER, TIMOTHY<br>3434 S 71ST WEST AVE<br>TULSA, OK 74107-4034 | *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>EMPLOYEE PTO | | |
| | **Last 4 digits of account number: 5208** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No<br>☒ Yes | | |

| 2.688 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,337.52 | $7,337.52 |
| | HOPKINS, RICHARD<br>10744 N 154TH E AVE<br>OWASSO, OK 74055-6296 | *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>EMPLOYEE PTO | | |
| | **Last 4 digits of account number: 0729** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No<br>☒ Yes | | |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.689 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,529.74 | $2,529.74 |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
HORN, DAVID
1524 S. ATLANTA PL.
TULSA, OK 74104-5118

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1208

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,529.74    Priority amount: $2,529.74

---

**2.690**

**Priority creditor's name and mailing address**
HORN, MITCHELL
2510 S BIRMINGHAM PLACE
TULSA, OK 74114-3226

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5685

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00    Priority amount: $12,850.00

---

**2.691**

**Priority creditor's name and mailing address**
HORTON, BLAKE
20696 E 31ST PL S
BROKEN ARROW, OK 74014-5269

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9405

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,021.35    Priority amount: $7,021.35

---

**2.692**

**Priority creditor's name and mailing address**
HORTON, DANIEL
8115 S TOLEDO AVE
TULSA, OK 74137-1840

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5715

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,343.44    Priority amount: $6,343.44

---

**2.693**

**Priority creditor's name and mailing address**
HORTON, KEITH
4505 WEST OAKRIDGE STREET
BROKEN ARROW, OK 74012-8854

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8935

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00    Priority amount: $12,850.00

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.694 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,163.70 | $4,163.70 |
|---|---|---|---|---|

HOUSTON, CHRIS
409 E EIGHTH ST
CLAREMORE, OK  74017-7239

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1275

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 2.695 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,827.43 | $1,827.43 |
|---|---|---|---|---|

HOWARD, DALE
9257 S 42575 RD
INOLA, OK  74036-5371

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2088

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 2.696 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $138.21 | $138.21 |
|---|---|---|---|---|

HOWARD, JEFFREY
103 S 108TH EAST AVE
TULSA, OK  74128-1433

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3515

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 2.697 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $586.60 | $586.60 |
|---|---|---|---|---|

HOWE, JOSHUA
P.O. BOX 311
SPERRY, OK  74073-0311

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3220

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 2.698 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,053.80 | $4,053.80 |
|---|---|---|---|---|

HOWELL, JOHN
10514 E 111TH PL S
BIXBY, OK  74008-2821

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0630

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.699**

**Priority creditor's name and mailing address**

HOWTON, BYRON
3640 W COUNTRY RD
SKIATOOK, OK 74070-4000

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7049

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,211.18    Priority amount: $5,211.18

---

**2.700**

**Priority creditor's name and mailing address**

HRENCHIR, JOHN
6937 S JOPLIN AVE APT 904
TULSA, OK 74136-3542

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2907

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,064.79    Priority amount: $4,064.79

---

**2.701**

**Priority creditor's name and mailing address**

HUEY, SHANE
600 N WEWOKA AVE
CLAREMORE, OK 74017-7266

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2315

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,793.81    Priority amount: $3,793.81

---

**2.702**

**Priority creditor's name and mailing address**

HUFFMAN, RYAN
1915 S JACKSON AVE APT 37E
TULSA, OK 74107-1874

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3532

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $76.93    Priority amount: $76.93

---

**2.703**

**Priority creditor's name and mailing address**

HUG, EMMA
2628 EAST 6TH ST
TULSA, OK 74104-2914

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3143

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $569.10    Priority amount: $569.10

Debtor    The NORDAM Group... etc.          Case number (if known) 18-11699-MFW

(Name)

Case 18-11699-MFW    Doc 323    Filed 09/21/18    Page 172 of 1112

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|
| | | **Total claim** | **Priority amount** |

| | | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| 2.704 | **Priority creditor's name and mailing address**<br>HUGHES, LINDA<br>3618 S ROLLING OAKS DR<br>TULSA, OK 74107-4811<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3488<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $619.86 | $619.86 |
| 2.705 | **Priority creditor's name and mailing address**<br>HUGHETT, MICHAEL<br>12402 E 79TH ST N<br>OWASSO, OK 74055-7942<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5422<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DEFERRED COMP AND PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |
| 2.706 | **Priority creditor's name and mailing address**<br>HUISENGA, SETH<br>11117 S 108TH EAST PL<br>BIXBY, OK 74008-2854<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9971<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,040.34 | $8,040.34 |
| 2.707 | **Priority creditor's name and mailing address**<br>HUIZENGA, ANDREW<br>3912 W 108TH ST S<br>JENKS, OK 74037-1632<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3311<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,132.41 | $5,132.41 |
| 2.708 | **Priority creditor's name and mailing address**<br>HUNTER, ALISIA<br>707 N KNOXVILLE AVE<br>TULSA, OK 74115-7220<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3533<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $59.84 | $59.84 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.709 | **Priority creditor's name and mailing address**<br>HUNTER, TIMOTHY<br>312 W QUEEN ST<br>TULSA, OK 74106-4123<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3191<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $696.12 | $696.12 |
| 2.710 | **Priority creditor's name and mailing address**<br>HUTCH, BENJAMIN<br>1924 SOUTH 84TH EAST AVENUE<br>TULSA, OK 74112-8369<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1849<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,693.20 | $1,693.20 |
| 2.711 | **Priority creditor's name and mailing address**<br>HYAMS, DAVE<br>6683 S JAMESTOWN PLACE<br>TULSA, OK 74136-2616<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3078<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $10,082.19 | $10,082.19 |
| 2.712 | **Priority creditor's name and mailing address**<br>HYE, EVELYN<br>13303 N. 57TH E. PLACE<br>COLLINSVILLE, OK 74021-4397<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8551<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,643.04 | $5,643.04 |
| 2.713 | **Priority creditor's name and mailing address**<br>HYSTEN, SIDNEY<br>8326 E 25TH PL APT 64<br>TULSA, OK 74129-2936<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3498<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $188.71 | $188.71 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.714 | **Priority creditor's name and mailing address**<br>ILARRAZA COLON, REIMAR<br>2855 W 113TH ST<br>JENKS, OK 74037-2959<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2277**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,981.36 | $1,981.36 |
| 2.715 | **Priority creditor's name and mailing address**<br>INGLEE, PARKER<br>12960 N 131ST E AVE<br>COLLINSVILLE, OK 74021-4177<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3337**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,959.96 | $2,959.96 |
| 2.716 | **Priority creditor's name and mailing address**<br>INMAN, DEBORAH<br>4822 S. 188TH E. AVE<br>TULSA, OK 74134-7223<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3340**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,038.52 | $5,038.52 |
| 2.717 | **Priority creditor's name and mailing address**<br>INTHASONE, TANE<br>11837 N 154TH E AVE<br>COLLINSVILLE, OK 74021-5802<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5033**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,916.51 | $4,916.51 |
| 2.718 | **Priority creditor's name and mailing address**<br>ISBELL, DEVIN<br>20408 E 46TH ST S<br>BROKEN ARROW, OK 74014-8763<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3738**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,017.73 | $6,017.73 |

| Part 1: | Additional Page |
|---|---|

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.719 | **Priority creditor's name and mailing address**<br><br>ISLEY, JASON<br>5905 S. 130TH WEST AVE<br>SAND SPRINGS, OK 74063-7010<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4841<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $12,850.00 | $12,850.00 |
| 2.720 | **Priority creditor's name and mailing address**<br><br>IVERSON, CAROL<br>416 S. POPLAR AVE.<br>BROKEN ARROW, OK 74012-8395<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4903<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $6,005.36 | $6,005.36 |
| 2.721 | **Priority creditor's name and mailing address**<br><br>IVERSON, DANNY<br>416 SOUTH POPLAR AVE<br>BROKEN ARROW, OK 74012-8395<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3404<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $6,363.54 | $6,363.54 |
| 2.722 | **Priority creditor's name and mailing address**<br><br>JACKSON, ARTHUR<br>1328 N CHEYENNE<br>TULSA, OK 74106-4624<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0621<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,622.46 | $3,622.46 |
| 2.723 | **Priority creditor's name and mailing address**<br><br>JACKSON, JUSTIN<br>7304 E. LATIMER PL.<br>TULSA, OK 74115-6950<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2731<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $4,485.11 | $4,485.11 |

| **Part 1:** | **Additional Page** |

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.724 | **Priority creditor's name and mailing address**<br>JACKSON, SHERRY<br>323 E. 40TH ST.<br>SAND SPRINGS, OK 74063-3827<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3084**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,043.60 | $1,043.60 |
| 2.725 | **Priority creditor's name and mailing address**<br>JACKSON, TIMOTHY<br>7406 S 106TH E AVE<br>TULSA, OK 74133-2542<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5183**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |
| 2.726 | **Priority creditor's name and mailing address**<br>JACOBS, TREVOR<br>225 S AVENUE H<br>COLLINSVILLE, OK 74021-3613<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3252**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $710.14 | $710.14 |
| 2.727 | **Priority creditor's name and mailing address**<br>JACOBSMA, ANTHONY<br>8748 N MINGO RD APT 1211<br>OWASSO, OK 74055-5077<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3160**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,583.98 | $1,583.98 |
| 2.728 | **Priority creditor's name and mailing address**<br>JAMES, BARBARA<br>10226 N 119TH EAST AVE<br>OWASSO, OK 74055-4324<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2977**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,080.99 | $1,080.99 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.729 | **Priority creditor's name and mailing address**<br>JAMES, ERIC<br>12195 N. 179TH EAST AVE<br>COLLINSVILLE, OK 74021-6259<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 6000**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,056.33 | $6,056.33 |
| 2.730 | **Priority creditor's name and mailing address**<br>JAMES, JEFFREY<br>3735 S 121ST E AVE<br>TULSA, OK 74146-3119<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0619**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,836.35 | $7,836.35 |
| 2.731 | **Priority creditor's name and mailing address**<br>JAMES, KEVIN<br>6116 S. 128TH W. AVE.<br>SAPULPA, OK 74066-7231<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9227**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,533.79 | $3,533.79 |
| 2.732 | **Priority creditor's name and mailing address**<br>JAMES, RONNIE<br>7051 S 161ST STREET WEST AVE<br>SAPULPA, OK 74066-0000<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0323**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,899.32 | $3,899.32 |
| 2.733 | **Priority creditor's name and mailing address**<br>JAMES, STEVEN<br>10910 S. OLMSTED ST<br>JENKS, OK 74037-1639<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2511**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,873.65 | $4,873.65 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| | | | |
|---|---|---|---|
| 2.734 | **Priority creditor's name and mailing address**<br>JANO, JUSTIN<br>18367 QUAIL MEADOW DRIVE<br>CLAREMORE, OK 74017-1093<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5698<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,215.54 | $7,215.54 |
| 2.735 | **Priority creditor's name and mailing address**<br>JARVIS, MARK<br>32840 E 71ST ST S<br>BROKEN ARROW, OK 74014-7524<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3435<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $430.52 | $430.52 |
| 2.736 | **Priority creditor's name and mailing address**<br>JENKINS, DANIEL<br>10949 S 251ST E AVE<br>BROKEN ARROW, OK 74014-3845<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6922<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,453.36 | $2,453.36 |
| 2.737 | **Priority creditor's name and mailing address**<br>JENSEN, JAMES<br>10134 N. 88TH E. AVE<br>OWASSO, OK 74055-0000<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1010<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,360.31 | $5,360.31 |
| 2.738 | **Priority creditor's name and mailing address**<br>JOBE, PAIGE<br>6126 S 45TH WEST AVE<br>TULSA, OK 74132-1106<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3046<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $932.05 | $932.05 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| | | | | |
|---|---|---|---|---|
| 2.739 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,246.40 | $2,246.40 |
| | JOCHIMS, ROBERT 12229 S 4090 RD OOLOGAH, OK 74053-3506 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Last 4 digits of account number:** 1513 | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.740 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,083.43 | $3,083.43 |
| | JODOIN, JEFFREY 9940 S 68TH EAST AVE TULSA, OK 74133-6213 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Last 4 digits of account number:** 2810 | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.741 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,263.90 | $10,263.90 |
| | JOHNS, BILLY 4983 S 204TH E AVE BROKEN ARROW, OK 74014-1726 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Last 4 digits of account number:** 3792 | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.742 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,018.14 | $6,018.14 |
| | JOHNSON JR, HAROLD P.O. BOX 71 CATOOSA, OK 74015-0071 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Last 4 digits of account number:** 1982 | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.743 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,066.14 | $2,066.14 |
| | JOHNSON, BARRY 2712 S MAR VISTA ST STILLWATER, OK 74074-2228 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Last 4 digits of account number:** 3365 | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | | |

Debtor   The NORDAM Group, Inc.          Case number (if known) 18-11699

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

2.744 | **Priority creditor's name and mailing address**
JOHNSON, CECIL
24766B S KEETONVILLE RD
CATOOSA, OK  74015-3422

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5241

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)
| **As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes
| $6,412.86 | $6,412.86

---

2.745 | **Priority creditor's name and mailing address**
JOHNSON, DEMARKO
12323 E ARCHER ST APT C
TULSA, OK  74116-3616

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2994

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)
| **As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes
| $804.23 | $804.23

---

2.746 | **Priority creditor's name and mailing address**
JOHNSON, DIANA
6129 S 155TH W AVE
SAPULPA, OK  74066-2916

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1049

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)
| **As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes
| $2,206.60 | $2,206.60

---

2.747 | **Priority creditor's name and mailing address**
JOHNSON, DONALD
11012 E 119TH ST N
COLLINSVILLE, OK  74021-5490

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0483

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)
| **As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes
| $7,792.73 | $7,792.73

---

2.748 | **Priority creditor's name and mailing address**
JOHNSON, FLOYD
5202 S DIP CREEK RD
SAND SPRINGS, OK  74063-4953

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1996

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)
| **As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes
| $3,837.91 | $3,837.91

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.749 | **Priority creditor's name and mailing address**<br>JOHNSON, HANNAH<br>544 W 112TH CT S<br>JENKS, OK 74037-3208<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3431<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,088.89 | $4,088.89 |
| 2.750 | **Priority creditor's name and mailing address**<br>JOHNSON, JOHNNY<br>8763 N 97TH EAST AVE<br>APARTMENT 208<br>OWASSO, OK 74055-6864<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9062<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,797.92 | $6,797.92 |
| 2.751 | **Priority creditor's name and mailing address**<br>JOHNSON, JOSEPH<br>11820 N. 118TH E. AVE.<br>COLLINSVILLE, OK 74021-1002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2167<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,665.88 | $1,665.88 |
| 2.752 | **Priority creditor's name and mailing address**<br>JOHNSON, KEVIN<br>6909 E 20TH PL<br>TULSA, OK 74112-7615<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9107<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,682.20 | $7,682.20 |
| 2.753 | **Priority creditor's name and mailing address**<br>JOHNSON, RAYMOND<br>4634 S 31ST WEST AVE<br>TULSA, OK 74107-7532<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3192<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,300.60 | $1,300.60 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.754 | **Priority creditor's name and mailing address**<br>JOHNSON, REBECCA<br>RR 1 BOX 326<br>NOWATA, OK  74048-9713<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8924<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $4,600.95 | $4,600.95 |
| 2.755 | **Priority creditor's name and mailing address**<br>JOHNSON, ROBERT<br>833 W. NORMAN ST.<br>BROKEN ARROW, OK  74012-1650<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9687<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $3,487.60 | $3,487.60 |
| 2.756 | **Priority creditor's name and mailing address**<br>JOHNSON, RUSSELL<br>902 N ATLANTA ST<br>OWASSO, OK  74055-5536<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5318<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $8,118.11 | $8,118.11 |
| 2.757 | **Priority creditor's name and mailing address**<br>JOHNSON, SCOTT<br>1404 W MAIN ST<br>COLLINSVILLE, OK  74021-3014<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2654<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $3,952.86 | $3,952.86 |
| 2.758 | **Priority creditor's name and mailing address**<br>JOHNSON, ZACHARE<br>957 SOUTH SHADY LANE<br>CLEVELAND, OK  74020-5752<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2788<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $1,374.99 | $1,374.99 |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.759** | **Priority creditor's name and mailing address**
JONES, ASHLEY
10906 E. 117TH ST. N
COLLINSVILLE, OK 74021-4854

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2229

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,265.23    Priority amount: $2,265.23

---

**2.760** | **Priority creditor's name and mailing address**
JONES, AUSTIN
934 N STOCKMAN RD
SKIATOOK, OK 74070-4029

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3047

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $960.64    Priority amount: $960.64

---

**2.761** | **Priority creditor's name and mailing address**
JONES, CALVIN
3703 W 42ND PLACE
TULSA, OK 74107-6333

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2588

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,409.21    Priority amount: $2,409.21

---

**2.762** | **Priority creditor's name and mailing address**
JONES, DONALD
504 S DARLINGTON AVE
TULSA, OK 74112-2832

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2247

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,843.65    Priority amount: $1,843.65

---

**2.763** | **Priority creditor's name and mailing address**
JONES, DONALD
P.O. BOX 363
MANNFORD, OK 74044-0363

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1591

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,953.26    Priority amount: $2,953.26

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.764** | **Priority creditor's name and mailing address**
JONES, ERNEST
6478 W 510 RD
PRYOR, OK 74361-7346

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1758

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $1,086.51    Priority amount $1,086.51

**2.765** | **Priority creditor's name and mailing address**
JONES, GERALDINE
29910 S HOPE DRIVE
CATOOSA, OK 74015-6062

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5858

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $6,884.30    Priority amount $6,884.30

**2.766** | **Priority creditor's name and mailing address**
JONES, GI
934 N. STOCKMAN RD
SKIATOOK, OK 74070-0745

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9568

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $4,925.99    Priority amount $4,925.99

**2.767** | **Priority creditor's name and mailing address**
JONES, JAMES
30704 E 172ND ST
COWETA, OK 74429-3866

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2781

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $2,218.07    Priority amount $2,218.07

**2.768** | **Priority creditor's name and mailing address**
JONES, JASON
11414 EAST 62ND PLACE
BROKEN ARROW, OK 74012-1229

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5570

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $2,794.68    Priority amount $2,794.68

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.769 | **Priority creditor's name and mailing address**<br>JONES, JASON<br>13812 E 90TH ST N<br>OWASSO, OK 74055-2586<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2978**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,138.19 | $1,138.19 |
| 2.770 | **Priority creditor's name and mailing address**<br>JONES, JOHN<br>4006 S NEW HAVEN AVE<br>TULSA, OK 74135-2427<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0867**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,479.98 | $4,479.98 |
| 2.771 | **Priority creditor's name and mailing address**<br>JONES, JUSTIN<br>313 E MEMPHIS ST<br>BROKEN ARROW, OK 74012-5440<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3089**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $904.21 | $904.21 |
| 2.772 | **Priority creditor's name and mailing address**<br>JONES, KYLA<br>9282 E CHERRY LN<br>CLAREMORE, OK 74019-0261<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5060**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,105.43 | $4,105.43 |
| 2.773 | **Priority creditor's name and mailing address**<br>JONES, STEVEN<br>11840 E 15TH PL<br>TULSA, OK 74128-5802<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5169**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,024.98 | $6,024.98 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.774 | **Priority creditor's name and mailing address**<br>JONES, TY'RON<br>504 W YUMA ST<br>BROKEN ARROW, OK  74011-6644<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3290<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $512.88 | $512.88 |
| 2.775 | **Priority creditor's name and mailing address**<br>JORDAN, BEN<br>P.O. BOX 422<br>CHELSEA, OK  74016-0422<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8474<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,391.16 | $6,391.16 |
| 2.776 | **Priority creditor's name and mailing address**<br>KAM, THAWNG<br>317 N CEDAR ST<br>JENKS, OK  74037-2930<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3273<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $512.88 | $512.88 |
| 2.777 | **Priority creditor's name and mailing address**<br>KAMINSKI, WILLIAM<br>13067 N 132ND EAST AVE<br>COLLINSVILLE, OK  74021-4115<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2625<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,960.39 | $2,960.39 |
| 2.778 | **Priority creditor's name and mailing address**<br>KARLESKINT, JOSEPH<br>20695 E 34TH ST S<br>BROKEN ARROW, OK  74014-5235<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3193<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,058.69 | $4,058.69 |

| | | Total claim | Priority amount |
|---|---|---|---|
| **Part 1:** | **Additional Page** | | |

**2.779** | **Priority creditor's name and mailing address**
KAUTH, DAVID
2150 E 140TH PL S
BIXBY, OK  74008-3647

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0622

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,267.36    Priority amount: $4,267.36

---

**2.780** | **Priority creditor's name and mailing address**
KELL, KYLE
14727 S URBANA AVE
BIXBY, OK  74008-4070

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3328

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,435.81    Priority amount: $1,435.81

---

**2.781** | **Priority creditor's name and mailing address**
KELLEY, ANTHONY
11504 E 163RD STREET N
COLLINSVILLE, OK  74021-4656

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1507

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,283.30    Priority amount: $6,283.30

---

**2.782** | **Priority creditor's name and mailing address**
KELLY, ALAN
13001 E 92ND ST N
OWASSO, OK  74055-4759

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8679

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,834.60    Priority amount: $8,834.60

---

**2.783** | **Priority creditor's name and mailing address**
KELLY, CHRISTOPHER
13222 RANCH ACRES ST
OOLOGAH, OK  74053-4145

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8773

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,756.14    Priority amount: $5,756.14

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.784 | **Priority creditor's name and mailing address**<br><br>KELLY, STEPHEN<br>11753 S 86TH EAST AVE<br>BIXBY, OK 74008-2101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3471<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $447.12 | $447.12 |
| 2.785 | **Priority creditor's name and mailing address**<br><br>KEMPF, STEPHEN<br>20173 EAST 37TH PLACE SOUTH<br>BROKEN ARROW, OK 74014-1297<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2800<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,162.25 | $1,162.25 |
| 2.786 | **Priority creditor's name and mailing address**<br><br>KENDRICK, KARLA<br>204 W KALAMAZOO ST<br>MUSKOGEE, OK 74401-7838<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2841<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,278.39 | $1,278.39 |
| 2.787 | **Priority creditor's name and mailing address**<br><br>KENNEDY, GARY<br>13701 S 4070 RD<br>OOLOGAH, OK 74053-3699<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2202<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |
| 2.788 | **Priority creditor's name and mailing address**<br><br>KEO, LEWIS<br>1451 E OMAHA ST APT A4<br>BROKEN ARROW, OK 74012-0313<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1743<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,490.64 | $3,490.64 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| | | | | |
|---|---|---|---|---|
| 2.789 | **Priority creditor's name and mailing address**<br><br>KERPAN, MICHAEL<br>6200 S 103RD WEST AVE<br>SAPULPA, OK 74066-9626<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2665<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,483.63 | $7,483.63 |
| 2.790 | **Priority creditor's name and mailing address**<br><br>KESTERSON, PATSY<br>302 W. 3RD STR.<br>OWASSO, OK 74055-8724<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4764<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,074.17 | $7,074.17 |
| 2.791 | **Priority creditor's name and mailing address**<br><br>KETCHUM, BILLIE<br>17966 SOUTH 71 EAST AVE<br>BIXBY, OK 74008-6846<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1273<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,237.44 | $3,237.44 |
| 2.792 | **Priority creditor's name and mailing address**<br><br>KILGORE, WILLIAM<br>17841 W 879 RD<br>PARK HILL, OK 74451-2273<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2856<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,622.29 | $2,622.29 |
| 2.793 | **Priority creditor's name and mailing address**<br><br>KIM, HON<br>19702 E 39TH ST<br>BROKEN ARROW, OK 74014-1385<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6505<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,281.95 | $6,281.95 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.794** | **Priority creditor's name and mailing address**
KIM, UOY
19702 E 39TH ST
BROKEN ARROW, OK  74014-1385

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4983

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,586.25    Priority amount: $3,586.25

---

**2.795** | **Priority creditor's name and mailing address**
KING, DEBRA
3630 N HARVARD AV
TULSA, OK  74115-1118

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8989

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,749.43    Priority amount: $5,749.43

---

**2.796** | **Priority creditor's name and mailing address**
KINION, CHRISTINE
5591 E. 430RD
ADAIR, OK  74330-3167

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2278

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $843.04    Priority amount: $843.04

---

**2.797** | **Priority creditor's name and mailing address**
KIOUS, SHANNON
16407 W KING ST
SAPULPA, OK  74066-3073

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2867

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,200.42    Priority amount: $1,200.42

---

**2.798** | **Priority creditor's name and mailing address**
KIRBY JR, JAMES
8929 E 86TH ST
TULSA, OK  74133-4411

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3565

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,419.72    Priority amount: $7,419.72

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.799** **Priority creditor's name and mailing address**

KIRKLAND, JEFFREY
9102 N OSAGE DR
SPERRY, OK  74073-4147

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1751

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,173.20    Priority amount: $2,173.20

---

**2.800** **Priority creditor's name and mailing address**

KLEYMANN, ROBERT
180 SPUNKY CREEK DR
CATOOSA, OK  74015-2312

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9586

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,390.33    Priority amount: $12,390.33

---

**2.801** **Priority creditor's name and mailing address**

KNEPSHIELD, STACY
10312 E PARK RD
TALALA, OK  74080-9561

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1175

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,924.40    Priority amount: $3,924.40

---

**2.802** **Priority creditor's name and mailing address**

KNIGHT, MARREKO
12007 E 110TH CT N
OWASSO, OK  74055-1808

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3312

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,148.58    Priority amount: $1,148.58

---

**2.803** **Priority creditor's name and mailing address**

KNOX, EDGAR
900 WEST FARGO STREET
BROKEN ARROW, OK  74012-0839

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0819

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $10,155.34    Priority amount: $10,155.34

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.804**  **Priority creditor's name and mailing address**

KOEHN, MATTHEW
3605 GEORGIA AVE
MUSKOGEE, OK 74403-7718

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1765

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $1,388.71   Priority amount: $1,388.71

---

**2.805**  **Priority creditor's name and mailing address**

KOELSCH, TERENCE
8963 N 133RD EAST AVE
OWASSO, OK 74055-4754

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4702

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $12,850.00   Priority amount: $12,850.00

---

**2.806**  **Priority creditor's name and mailing address**

KOENIG III, EDWARD
1199 PACIFIC HIGHWAY
UNIT #501
SAN DIEGO, CA 92101-8415

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1654

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMP AND PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $12,850.00   Priority amount: $12,850.00

---

**2.807**  **Priority creditor's name and mailing address**

KOSHY, DEEPU
13647 S. 86TH EAST AVENUE
BIXBY, OK 74008-3939

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9505

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $7,542.40   Priority amount: $7,542.40

---

**2.808**  **Priority creditor's name and mailing address**

KOSTY, JENNIFER
1224 N CYPRESS AVE
BROKEN ARROW, OK 74012-8530

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5227

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $9,814.85   Priority amount: $9,814.85

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.809** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,154.69 | $3,154.69

KOVAR, JOSEPH
211 S. GREENWOOD AVE. #444
TULSA, OK  74120-1466

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3027

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.810** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,025.79 | $5,025.79

KREBS, JASON
19706 EAST 45TH ST. SOUTH
BROKEN ARROW, OK  74014-1284

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 1899

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.811** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,184.70 | $2,184.70

KREHBIEL, KENNETH
3141 S 69TH EAST AVE
TULSA, OK  74145-1233

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3338

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.812** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,673.56 | $2,673.56

KRINHOP, KURT
14700 E 88TH PL N APT 922
OWASSO, OK  74055-4932

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3053

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.813** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,753.92 | $5,753.92

KROTTINGER, MARK
208 W BATON ROUGE ST
BROKEN ARROW, OK  74011-6607

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 4381

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.814**   **Priority creditor's name and mailing address**

KUOPPALA, KENNETH
701 N. MARTIN CIRCLE
SAND SPRINGS, OK 74063-7006

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2021

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,597.70    Priority amount: $8,597.70

---

**2.815**   **Priority creditor's name and mailing address**

KURTZ, STEVEN
9812 E PALM TREE ROAD
CLAREMORE, OK 74019-0236

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9946

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,027.96    Priority amount: $6,027.96

---

**2.816**   **Priority creditor's name and mailing address**

KUSCHNEREIT, WILLIAM
2804 W GLENDALE ST
BROKEN ARROW, OK 74011-6206

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3377

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $741.21    Priority amount: $741.21

---

**2.817**   **Priority creditor's name and mailing address**

KUYE, TAJU
4504 W NORMAN ST
BROKEN ARROW, OK 74012-8564

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3499

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $181.98    Priority amount: $181.98

---

**2.818**   **Priority creditor's name and mailing address**

LABOYTEAUX, STEPHEN
6805 E 81ST PL
TULSA, OK 74133-4183

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4330

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,110.10    Priority amount: $7,110.10

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.819 | **Priority creditor's name and mailing address**<br><br>LABS, MICHAEL<br>13334 N 136TH EAST AVE<br>COLLINSVILLE, OK 74021-3782<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2882<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $3,352.73 | $3,352.73 |
| 2.820 | **Priority creditor's name and mailing address**<br><br>LAFEVERS, MARY<br>3706 E 66TH PL<br>TULSA, OK 74136-2815<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9096<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $8,649.44 | $8,649.44 |
| 2.821 | **Priority creditor's name and mailing address**<br><br>LAGORCE, VICTOR<br>11871 NORTH 108TH EAST AVE<br>COLLINSVILLE, OK 74021-5514<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2995<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $6,604.50 | $6,604.50 |
| 2.822 | **Priority creditor's name and mailing address**<br><br>LAKEY, CORY<br>20976 E 38TH ST S<br>BROKEN ARROW, OK 74014-1222<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3385<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $1,056.33 | $1,056.33 |
| 2.823 | **Priority creditor's name and mailing address**<br><br>LAMB, JEB<br>414 NE 3RD ST<br>WAGONER, OK 74467-3802<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2590<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $2,922.81 | $2,922.81 |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.824 | **Priority creditor's name and mailing address**<br>LANDIN, JONATHAN<br>7898 E 126 ST S #922<br>BIXBY, OK  74008-2206<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8504**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,439.11 | $6,439.11 |
| 2.825 | **Priority creditor's name and mailing address**<br>LANE, CHRISTOPHER<br>10618 E 115TH PL S<br>BIXBY, OK  74008-2870<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3145**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,350.68 | $1,350.68 |
| 2.826 | **Priority creditor's name and mailing address**<br>LANE, JAMES<br>10618 E 115TH PL S<br>BIXBY, OK  74008-2870<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9587**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,911.50 | $5,911.50 |
| 2.827 | **Priority creditor's name and mailing address**<br>LANE, JAMES<br>3811 E 118TH STREET S<br>TULSA, OK  74137-8546<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9562**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |
| 2.828 | **Priority creditor's name and mailing address**<br>LANGE, DAVID<br>2347 MARIGOLD LN<br>WICHITA, KS  67204-5514<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9680**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,630.68 | $3,630.68 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.829** Priority creditor's name and mailing address

LANGFORD, KAYLON
417 S. MICHAEL
MUSKOGEE, OK 74403-6112

**Date or dates debt was incurred**

**Last 4 digits of account number: 2245**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $3,741.09   Priority amount: $3,741.09

---

**2.830** Priority creditor's name and mailing address

LANGREN, DAVID
14520 MOCKINGBIRD LN
SAND SPRINGS, OK 74063-4441

**Date or dates debt was incurred**

**Last 4 digits of account number: 3631**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $5,971.75   Priority amount: $5,971.75

---

**2.831** Priority creditor's name and mailing address

LANGWORTHY, BOBBY
P.O. BOX 634
WESTVILLE, OK 74965-0634

**Date or dates debt was incurred**

**Last 4 digits of account number: 3952**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $7,636.67   Priority amount: $7,636.67

---

**2.832** Priority creditor's name and mailing address

LANHAM, DENISE
12006 E 89TH ST N
OWASSO, OK 74055-2012

**Date or dates debt was incurred**

**Last 4 digits of account number: 2543**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $3,348.51   Priority amount: $3,348.51

---

**2.833** Priority creditor's name and mailing address

LANKFORD JR, DEL
1812 S DEWEY
BARTLESVILLE, OK 74003-6224

**Date or dates debt was incurred**

**Last 4 digits of account number: 4451**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $5,013.07   Priority amount: $5,013.07

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.834** | **Priority creditor's name and mailing address**

LANKTON, RICHARD
10194 E NORTHLEA
CLAREMORE, OK 74017-1380

**Date or dates debt was incurred**

**Last 4 digits of account number: 9468**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,596.87    Priority amount: $3,596.87

---

**2.835** | **Priority creditor's name and mailing address**

LARGE, DOUGLAS
10286 E JOES RD
TALALA, OK 74080-9560

**Date or dates debt was incurred**

**Last 4 digits of account number: 8567**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,991.85    Priority amount: $4,991.85

---

**2.836** | **Priority creditor's name and mailing address**

LARGE, JOHNNIE
8911 N 119TH EAST AVE
OWASSO, OK 74055-2083

**Date or dates debt was incurred**

**Last 4 digits of account number: 5365**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,668.03    Priority amount: $4,668.03

---

**2.837** | **Priority creditor's name and mailing address**

LARSEN, JEFFERY
445255 E. 200 RD.
VINITA, OK 74301-5654

**Date or dates debt was incurred**

**Last 4 digits of account number: 5771**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,071.75    Priority amount: $7,071.75

---

**2.838** | **Priority creditor's name and mailing address**

LASHBROOK, DAMARA
148 SAMS RD
SAND SPRINGS, OK 74063-7596

**Date or dates debt was incurred**

**Last 4 digits of account number: 3418**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,612.33    Priority amount: $3,612.33

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.839 | **Priority creditor's name and mailing address** LAWHEAD, RICHARD 13628 N 97TH E AVE COLLINSVILLE, OK 74021-5300 **Date or dates debt was incurred** **Last 4 digits of account number:** 9097 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $3,408.26 | $3,408.26 |
|---|---|---|---|---|

| 2.840 | **Priority creditor's name and mailing address** LAWLESS, WILLIAM 19625 EAST 72ND STREET NORTH OWASSO, OK 74055-8237 **Date or dates debt was incurred** **Last 4 digits of account number:** 2824 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $9,097.61 | $9,097.61 |
|---|---|---|---|---|

| 2.841 | **Priority creditor's name and mailing address** LAWRENCE, DEREK 1109 W 119TH ST S JENKS, OK 74037-2355 **Date or dates debt was incurred** **Last 4 digits of account number:** 3386 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $2,294.56 | $2,294.56 |
|---|---|---|---|---|

| 2.842 | **Priority creditor's name and mailing address** LAWRENCE, JONATHAN 15598 N WOODCHUCK LANE SKIATOOK, OK 74070-4686 **Date or dates debt was incurred** **Last 4 digits of account number:** 4597 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $6,540.12 | $6,540.12 |
|---|---|---|---|---|

| 2.843 | **Priority creditor's name and mailing address** LAWRENCE, RANDALL 4905 S 165TH EAST AVE TULSA, OK 74134-7187 **Date or dates debt was incurred** **Last 4 digits of account number:** 2674 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $8,129.76 | $8,129.76 |
|---|---|---|---|---|

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.844**  **Priority creditor's name and mailing address**

LEADING FOX, BAILEY
207 E 22ND ST
OWASSO, OK  74055-4420

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3240

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $556.78   Priority amount: $556.78

---

**2.845**  **Priority creditor's name and mailing address**

LEADING FOX, CHRISTOPHER
207 E 22ND STREET
OWASSO, OK  74055-4420

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8691

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,293.39   Priority amount: $5,293.39

---

**2.846**  **Priority creditor's name and mailing address**

LEATHERMAN, CARLA
7812 E 2ND ST
TULSA, OK  74112-2108

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2129

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,979.07   Priority amount: $3,979.07

---

**2.847**  **Priority creditor's name and mailing address**

LECHLIDER, DEBRA
6033 E 57TH ST
TULSA, OK  74135-8126

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3796

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,777.37   Priority amount: $6,777.37

---

**2.848**  **Priority creditor's name and mailing address**

LEE, JASON
2920 E 80TH PLACE
TULSA, OK  74136-8742

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2297

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,290.97   Priority amount: $3,290.97

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.849** **Priority creditor's name and mailing address**
LEE, ROBERT
13390 S.4245 RD
CHELSEA, OK  74016-0000

**Date or dates debt was incurred**

**Last 4 digits of account number: 1798**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,208.76    Priority amount: $7,208.76

---

**2.850** **Priority creditor's name and mailing address**
LEE, TOUA
4216 S 132ND EAST AVE
TULSA, OK  74134-5900

**Date or dates debt was incurred**

**Last 4 digits of account number: 0177**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,395.98    Priority amount: $2,395.98

---

**2.851** **Priority creditor's name and mailing address**
LEE, WILLIAM
57024 S 36800 RD
TERLTON, OK  74081-3490

**Date or dates debt was incurred**

**Last 4 digits of account number: 2843**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,160.15    Priority amount: $2,160.15

---

**2.852** **Priority creditor's name and mailing address**
LEEMHUIS, MANDA
8404 S QUEBEC AVE
TULSA, OK  74137-1829

**Date or dates debt was incurred**

**Last 4 digits of account number: 1936**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $9,743.29    Priority amount: $9,743.29

---

**2.853** **Priority creditor's name and mailing address**
LEHMAN, CARL
73  S. PAWNEE RD
SAND SPRINGS, OK  74063-5584

**Date or dates debt was incurred**

**Last 4 digits of account number: 6116**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,255.08    Priority amount: $7,255.08

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

**2.854**   **Priority creditor's name and mailing address**

LEHMANN, DAWN
6220 S TROOST AVE
TULSA, OK  74136-0709

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1942

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$3,729.54   $3,729.54

---

**2.855**   **Priority creditor's name and mailing address**

LEIS, MEGAN
158 S CYPRESS ST
KELLYVILLE, OK  74039-0000

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3472

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$402.41   $402.41

---

**2.856**   **Priority creditor's name and mailing address**

LEITKA, JOSEPH
270B E 147TH ST S
GLENPOOL, OK  74033-4430

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6315

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$2,518.43   $2,518.43

---

**2.857**   **Priority creditor's name and mailing address**

LEITKA, TEANA
270B E 147TH ST
GLENPOOL, OK  74033-4433

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0584

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$2,541.00   $2,541.00

---

**2.858**   **Priority creditor's name and mailing address**

LENNIX, FRANK
802 N. QUAKER AVE
TULSA, OK  74106-5423

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1781

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$3,618.45   $3,618.45

Debtor    The NORDAM Group, Inc.    Case 18-11699-MFW    Doc 323    Filed 09/21/18    Case number (if known) 18-11699-MFW    Page 203 of 1112

(Name)

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.859 | **Priority creditor's name and mailing address**<br>LENTZ, CHARLES<br>8767 S 256TH E PL<br>BROKEN ARROW, OK 74014-8878<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2007<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,036.52 | $2,036.52 |
| 2.860 | **Priority creditor's name and mailing address**<br>LEONARD, MARISSA<br>1918 S NOGALES AVE<br>TULSA, OK 74107-1838<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3313<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,146.68 | $1,146.68 |
| 2.861 | **Priority creditor's name and mailing address**<br>LESSER, LORRIE<br>3508 E HASKELL<br>TULSA, OK 74115-7215<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0064<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,210.47 | $4,210.47 |
| 2.862 | **Priority creditor's name and mailing address**<br>LEUELLEN, LARELIE<br>5036 S 27TH WEST AVE<br>TULSA, OK 74107-7631<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2437<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,220.90 | $2,220.90 |
| 2.863 | **Priority creditor's name and mailing address**<br>LEVESQUE, STEVEN<br>4068 HARLESTON GREEN LN<br>MOUNT PLEASANT, SC 29466-6953<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3527<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.864** **Priority creditor's name and mailing address**

LEWELLING, KIMBERLY
8321 E 81ST STREET APT 1539
TULSA, OK 74133-3913

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3074

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,523.93  Priority amount: $6,523.93

---

**2.865** **Priority creditor's name and mailing address**

LEWIS, BRADLEY
1322 W 115 ST
JENKS, OK 74037-3440

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6647

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,855.55  Priority amount: $2,855.55

---

**2.866** **Priority creditor's name and mailing address**

LEWIS, CYNTHIA
20735 CAREFREE DR
CLAREMORE, OK 74019-4261

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2305

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $961.42  Priority amount: $961.42

---

**2.867** **Priority creditor's name and mailing address**

LEWIS, DAVID
21428 E 37TH PL. S.
BROKEN ARROW, OK 74014-1213

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3905

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,586.32  Priority amount: $6,586.32

---

**2.868** **Priority creditor's name and mailing address**

LEWIS, DEAN
RR 1 BOX 460
DELAWARE, OK 74027-9602

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2774

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $9,832.94  Priority amount: $9,832.94

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.869 | **Priority creditor's name and mailing address**<br>LEWIS, ROBERT<br>20735 CAREFREE DRIVE<br>CLAREMORE, OK 74019-4261<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0441<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $3,618.25 | $3,618.25 |
| 2.870 | **Priority creditor's name and mailing address**<br>LEYVA, JESUS<br>8748 N MINGO APT 1708<br>OWASSO, OK 74055-5082<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2744<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $1,429.83 | $1,429.83 |
| 2.871 | **Priority creditor's name and mailing address**<br>LIEBE, STEPHANIE<br>8248 E 32ND PL<br>TULSA, OK 74145-1459<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2956<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $2,854.40 | $2,854.40 |
| 2.872 | **Priority creditor's name and mailing address**<br>LILES, TREY<br>9811 N 105 E AVENUE<br>OWASSO, OK 74055-4932<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1851<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $2,702.35 | $2,702.35 |
| 2.873 | **Priority creditor's name and mailing address**<br>LINAM, DAVID<br>P.O. BOX 794<br>SAND SPRINGS, OK 74063-0794<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3641<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $4,843.84 | $4,843.84 |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.874** **Priority creditor's name and mailing address**

LINDSAY, LAUREN
5311 E 122ND PL
BIXBY, OK 74008-2746

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2225

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,707.40    Priority amount: $7,707.40

---

**2.875** **Priority creditor's name and mailing address**

LINDSEY, KEVIN
603 W 118TH ST.
JENKS, OK 74037-5017

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3004

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,386.22    Priority amount: $6,386.22

---

**2.876** **Priority creditor's name and mailing address**

LINDSEY, MICHAEL
8601 NW 125TH ST
OKLAHOMA CITY, OK 73142-2269

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0726

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $9,812.56    Priority amount: $9,812.56

---

**2.877** **Priority creditor's name and mailing address**

LITTLEFIELD, DEANNA
13215 N 95TH E AVE
COLLINSVILLE, OK 74021-5037

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5152

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $10,208.59    Priority amount: $10,208.59

---

**2.878** **Priority creditor's name and mailing address**

LIVINGSTON, MARCUS
13168 NORTH 133RD EAST AVE
COLLINSVILLE, OK 74021-4428

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1673

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,328.32    Priority amount: $4,328.32

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.879 | **Priority creditor's name and mailing address**<br>LO, HLEE<br>1227 N BIRCH ST<br>OWASSO, OK 74055-5117<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2365**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $1,228.53 | $1,228.53 |
| 2.880 | **Priority creditor's name and mailing address**<br>LOCKE, JAMES<br>5409 E 122ND ST S<br>BIXBY, OK 74008-2752<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3322**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $3,153.52 | $3,153.52 |
| 2.881 | **Priority creditor's name and mailing address**<br>LOERTCHER, ZACHARY<br>7417 W. 39TH ST.<br>TULSA, OK 74107-7535<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1984**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $3,033.84 | $3,033.84 |
| 2.882 | **Priority creditor's name and mailing address**<br>LOFTON, JEREMY<br>20262 E. 48TH STREET S.<br>BROKEN ARROW, OK 74014-5208<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1610**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $2,472.15 | $2,472.15 |
| 2.883 | **Priority creditor's name and mailing address**<br>LOGAN, DANIEL<br>2228 S 96TH E AVE APT C<br>TULSA, OK 74129-3938<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5304**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $6,828.23 | $6,828.23 |

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.884** | **Priority creditor's name and mailing address**
LOGANBILL, DAVID
2310 W 36TH ST N
TULSA, OK 74127-1513

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5729

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,690.95    Priority amount: $6,690.95

---

**2.885** | **Priority creditor's name and mailing address**
LOGANBILL, JILL
2310 W. 36TH ST. NO.
TULSA, OK 74127-1513

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2524

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,284.32    Priority amount: $6,284.32

---

**2.886** | **Priority creditor's name and mailing address**
LOGSDON, TAMARA DYAN
4717 S 199TH EAST AVE
BROKEN ARROW, OK 74014-1373

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3404

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $684.93    Priority amount: $684.93

---

**2.887** | **Priority creditor's name and mailing address**
LOGUE, KEVIN
9630 E 25TH PL
TULSA, OK 74129-7007

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5387

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,186.96    Priority amount: $8,186.96

---

**2.888** | **Priority creditor's name and mailing address**
LOHMAR, SOREN
12075 VALLEY AVE
COLLINSVILLE, OK 74021-6205

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2899

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,445.03    Priority amount: $2,445.03

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.889**

**Priority creditor's name and mailing address**

LOHRKE, MICHAEL
9431 S JAMESTOWN AVE
TULSA, OK 74137-4850

**Date or dates debt was incurred**

**Last 4 digits of account number: 5959**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $12,850.00   Priority amount $12,850.00

---

**2.890**

**Priority creditor's name and mailing address**

LOMBART, VERONIQUE
1529 E 34TH ST
TULSA, OK 74105-2619

**Date or dates debt was incurred**

**Last 4 digits of account number: 8741**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $9,312.75   Priority amount $9,312.75

---

**2.891**

**Priority creditor's name and mailing address**

LONG, CHRISTOPHER
13101 E. 88TH ST. N.
OWASSO, OK 74055-8500

**Date or dates debt was incurred**

**Last 4 digits of account number: 3036**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $3,929.11   Priority amount $3,929.11

---

**2.892**

**Priority creditor's name and mailing address**

LONG, KELLIE
3832 W 105TH PL S
JENKS, OK 74037-1925

**Date or dates debt was incurred**

**Last 4 digits of account number: 3343**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $2,067.72   Priority amount $2,067.72

---

**2.893**

**Priority creditor's name and mailing address**

LONG, PAUL
4208 N. LIONS CT.
BROKEN ARROW, OK 74012-0451

**Date or dates debt was incurred**

**Last 4 digits of account number: 6303**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $12,850.00   Priority amount $12,850.00

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.894 | **Priority creditor's name and mailing address**<br>LOPEZ, GERARDO<br>8607 S EVANSTON AVE<br>TULSA, OK  74137-2533<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2622<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,364.67 | $6,364.67 |
| 2.895 | **Priority creditor's name and mailing address**<br>LOR, BEE<br>5278 E 106TH ST N<br>SPERRY, OK  74073-4444<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3085<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $690.42 | $690.42 |
| 2.896 | **Priority creditor's name and mailing address**<br>LOR, CHA<br>13332 N. 91ST EAST AVE<br>COLLINSVILLE, OK  74021-3948<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0595<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,104.15 | $3,104.15 |
| 2.897 | **Priority creditor's name and mailing address**<br>LOR, CHU<br>1650 S 280TH EAST AVE<br>CATOSSA, OK  74015-4741<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3372<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $933.37 | $933.37 |
| 2.898 | **Priority creditor's name and mailing address**<br>LOR, LEE<br>12566 E 37TH PL<br>TULSA, OK  74146-3203<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8895<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,432.49 | $5,432.49 |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.899 | **Priority creditor's name and mailing address** LOR, MAI 12932 E 104TH ST N OWASSO, OK 74055-4506 **Date or dates debt was incurred** **Last 4 digits of account number:** 3534 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $59.84 | $59.84 |
| 2.900 | **Priority creditor's name and mailing address** LOR, SUE 12932 E 104TH ST N OWASSO, OK 74055-4506 **Date or dates debt was incurred** **Last 4 digits of account number:** 3368 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $512.88 | $512.88 |
| 2.901 | **Priority creditor's name and mailing address** LOR, TOU 13717 E 31ST PL TULSA, OK 74134-4213 **Date or dates debt was incurred** **Last 4 digits of account number:** 2598 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $2,858.09 | $2,858.09 |
| 2.902 | **Priority creditor's name and mailing address** LOR, VA 11319 N 112TH EAST AVE OWASSO, OK 74055-4214 **Date or dates debt was incurred** **Last 4 digits of account number:** 3267 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $552.32 | $552.32 |
| 2.903 | **Priority creditor's name and mailing address** LOR, VANG 15019 E 73RD PL N OWASSO, OK 74055-2641 **Date or dates debt was incurred** **Last 4 digits of account number:** 1126 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $2,020.96 | $2,020.96 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.904** | **Priority creditor's name and mailing address**
LOTTINVILLE, SEAN
7314 E 61ST PL
TULSA, OK 74133-1101

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1533

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,977.83    Priority amount: $8,977.83

**2.905** | **Priority creditor's name and mailing address**
LOVATO, JUSTIN
7650 E EAGLE DR APT 203
BIXBY, OK 74008-4612

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3161

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,282.73    Priority amount: $1,282.73

**2.906** | **Priority creditor's name and mailing address**
LOVE, GREGORY
621 E 52ND PL N
TULSA, OK 74126-2658

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1762

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,771.96    Priority amount: $6,771.96

**2.907** | **Priority creditor's name and mailing address**
LOWDEN, MARC
3050 S 101ST EAST AVE APT 3P
TULSA, OK 74129-7202

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3535

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $70.52    Priority amount: $70.52

**2.908** | **Priority creditor's name and mailing address**
LUCKEY, MARIA
8835 BATTLECREEK
SKIATOOK, OK 74070-6076

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0550

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,661.91    Priority amount: $1,661.91

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.909** | **Priority creditor's name and mailing address**
LUND, JESSE
944 W TEEL RD
SAPULPA, OK  74066-6245

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1110

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,197.43   Priority amount: $1,197.43

---

**2.910** | **Priority creditor's name and mailing address**
LUNDQUIST, KAITLIN
3708 S JAMESTOWN AVE
TULSA, OK  74135-2236

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1683

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,209.49   Priority amount: $2,209.49

---

**2.911** | **Priority creditor's name and mailing address**
LUTSKO, CONNIE
8817 EAST 134TH ST. SOUTH
BIXBY, OK  74008-3428

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9086

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,919.62   Priority amount: $2,919.62

---

**2.912** | **Priority creditor's name and mailing address**
LYNCH, BRIAN
17472 W 60TH ST S
SAND SPRINGS, OK  74063-2374

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5217

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,802.68   Priority amount: $6,802.68

---

**2.913** | **Priority creditor's name and mailing address**
LYNCH, KAREN
8539 E. 34TH STREET
TULSA, OK  74145-1532

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9057

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,833.03   Priority amount: $4,833.03

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.914 | **Priority creditor's name and mailing address**<br>MAASS, AARON<br>7015 E 520 RD<br>CLAREMORE, OK  74019-4326<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2031**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,479.09 | $5,479.09 |
| 2.915 | **Priority creditor's name and mailing address**<br>MACK, DELMAR<br>1515 E READING ST<br>TULSA, OK  74106-4528<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2591**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,859.04 | $1,859.04 |
| 2.916 | **Priority creditor's name and mailing address**<br>MACKEY, ALLEN<br>10806 E 101ST ST N<br>OWASSO, OK  74055-6451<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2100**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,936.73 | $2,936.73 |
| 2.917 | **Priority creditor's name and mailing address**<br>MADDEN, MEREDITH<br>1841 E. 27TH ST.<br>TULSA, OK  74114-3920<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5753**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DEFERRED COMP AND PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |
| 2.918 | **Priority creditor's name and mailing address**<br>MAGNUS, DUSTIN<br>1121 S. HAYNIE ST.<br>SKIATOOK, OK  74070-3243<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1771**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,055.59 | $5,055.59 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.919 | **Priority creditor's name and mailing address** MAIER, DONNA 12511 N. 152ND E. AVE. COLLINSVILLE, OK 74021-4320 **Date or dates debt was incurred** **Last 4 digits of account number: 0445** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $5,766.39 | $5,766.39 |
| 2.920 | **Priority creditor's name and mailing address** MAJEED, ARSHAD 1612 S MAPLE AVE. BROKEN ARROW, OK 74012-8681 **Date or dates debt was incurred** **Last 4 digits of account number: 5747** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $8,423.63 | $8,423.63 |
| 2.921 | **Priority creditor's name and mailing address** MALAPHA, BIYOUVANH 11239 S NANDINA AVE JENKS, OK 74037-2027 **Date or dates debt was incurred** **Last 4 digits of account number: 4817** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $6,618.08 | $6,618.08 |
| 2.922 | **Priority creditor's name and mailing address** MALLORY, RICHARD 3712 E 4TH STREET TULSA, OK 74112-1222 **Date or dates debt was incurred** **Last 4 digits of account number: 0911** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $2,432.11 | $2,432.11 |
| 2.923 | **Priority creditor's name and mailing address** MANGRUM, NATHANIEL P.O. BOX 278 SPERRY, OK 74073-0278 **Date or dates debt was incurred** **Last 4 digits of account number: 2414** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $1,232.48 | $1,232.48 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.924 | **Priority creditor's name and mailing address** <br> MANN, MARK <br> 8524 S 98TH EAST AVENUE <br> TULSA, OK 74133-4531 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 0620 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $8,250.30 | $8,250.30 |
| 2.925 | **Priority creditor's name and mailing address** <br> MANNS, EDDIE <br> 544 E MARSHALL PL <br> TULSA, OK 74106-4834 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 4546 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $5,783.48 | $5,783.48 |
| 2.926 | **Priority creditor's name and mailing address** <br> MARCZINKO, JENO <br> 14702 E. 15TH PLACE <br> TULSA, OK 74108-5710 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 8862 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $10,494.18 | $10,494.18 |
| 2.927 | **Priority creditor's name and mailing address** <br> MARKWOOD II, PAUL <br> 1551 S. 79TH EAST AVE <br> APT #116 <br> TULSA, OK 74112-7810 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 3162 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $1,808.55 | $1,808.55 |
| 2.928 | **Priority creditor's name and mailing address** <br> MARONE, PHILIP <br> 22085 S ROCKY RIDGE RD <br> CLAREMORE, OK 74019-3770 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 3804 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $9,234.08 | $9,234.08 |

Case 18-11699-MFW    Doc 323    Filed 09/21/18    Page 217 of 1112

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.929 | **Priority creditor's name and mailing address**<br>MARPLE, JACOB<br>1543 SOUTHWEST BLVD APT 9L<br>TULSA, OK 74107-1809<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3173<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,894.44 | $1,894.44 |
| 2.930 | **Priority creditor's name and mailing address**<br>MARQUEZ, LUIS<br>6712 S 90TH EAST AVE.<br>TULSA, OK 74133-2217<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9973<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,774.05 | $3,774.05 |
| 2.931 | **Priority creditor's name and mailing address**<br>MARSHALL, DUSTIN<br>10213 E. 114TH ST. S<br>BIXBY, OK 74008-3201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2343<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,384.33 | $3,384.33 |
| 2.932 | **Priority creditor's name and mailing address**<br>MARSHALL, PHILIP<br>10633 S. 91ST EAST AVE.<br>TULSA, OK 74133-7044<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2045<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DEFERRED COMP AND PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |
| 2.933 | **Priority creditor's name and mailing address**<br>MARSHALL, RHONDA<br>8421 E 80TH STR N<br>OWASSO, OK 74055-6907<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2299<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,783.69 | $2,783.69 |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.934 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,123.07 | $11,123.07 |
|---|---|---|---|---|

**2.934**

**Priority creditor's name and mailing address**
MARTIN JR, GEORGE
7919 N 154TH E AVE
OWASSO, OK  74055-7043

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6333

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $11,123.07   Priority amount: $11,123.07

---

**2.935**

**Priority creditor's name and mailing address**
MARTIN, ARRON
7759 S MEMORIAL DR. APT. #7308
APT. #7308
TULSA, OK  74133-3640

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2815

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,245.72   Priority amount: $3,245.72

---

**2.936**

**Priority creditor's name and mailing address**
MARTIN, DIANA
8748 N. MINGO RD.
#1103
OWASSO, OK  74055-5076

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0506

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,194.75   Priority amount: $4,194.75

---

**2.937**

**Priority creditor's name and mailing address**
MARTIN, JEREMY
13685 EAST CRESTVIEW DRIVE
CLAREMORE, OK  74019-1191

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1915

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,549.82   Priority amount: $2,549.82

---

**2.938**

**Priority creditor's name and mailing address**
MARTIN, KEVIN
1432 E PFENDLER AVE
SAPULPA, OK  74066-3202

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0960

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,578.08   Priority amount: $1,578.08

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.939** | **Priority creditor's name and mailing address**
MARTIN, KEVIN
23732 S WILLOW ST
CLAREMORE, OK  74019-5680

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5479

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,681.07    Priority amount: $5,681.07

---

**2.940** | **Priority creditor's name and mailing address**
MARTIN, KIMBERLY
9704 E. 118TH STREET S.
BIXBY, OK  74008-2233

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2648

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,534.92    Priority amount: $3,534.92

---

**2.941** | **Priority creditor's name and mailing address**
MARTIN, TERRY
103 E 10TH ST S
CLAREMORE, OK  74017-8811

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1618

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,604.63    Priority amount: $3,604.63

---

**2.942** | **Priority creditor's name and mailing address**
MARTINEZ, ERICA
1435 N DELAWARE PL
TULSA, OK  74110-4809

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3327

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $881.96    Priority amount: $881.96

---

**2.943** | **Priority creditor's name and mailing address**
MARTINEZ, LUIS
1860 S 138TH EAST AVE
TULSA, OK  74108-5500

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1563

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,481.67    Priority amount: $5,481.67

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.944**  **Priority creditor's name and mailing address**
MARTINEZ-ALDAPE, OCTAVIAN
8901 N 147TH EAST AVE
OWASSO, OK  74055-8515

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3536

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $64.11    Priority amount: $64.11

---

**2.945**  **Priority creditor's name and mailing address**
MASE, PATRICE
P.O. BOX 434
OWASSO, OK  74055-2247

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3345

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,112.32    Priority amount: $1,112.32

---

**2.946**  **Priority creditor's name and mailing address**
MASSEY, JASON
1706 GLENDALE RD
SAPULPA, OK  74066-3230

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5153

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,880.34    Priority amount: $6,880.34

---

**2.947**  **Priority creditor's name and mailing address**
MASSEY-HARGROVE, KATHY
811 LAURAL OAKS CR
SAPULPA, OK  74066-1142

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0848

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,551.42    Priority amount: $5,551.42

---

**2.948**  **Priority creditor's name and mailing address**
MASSMANN, GREGG
17671 OWALLA VALLEY
CLAREMORE, OK  74017-3695

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8131

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $9,466.60    Priority amount: $9,466.60

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.949** Priority creditor's name and mailing address

MATA, CHRISTINE
1551 SOUTHWEST BLVD APT 5M
TULSA, OK  74107-1821

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3537

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,509.51      Priority amount: $2,509.51

---

**2.950** Priority creditor's name and mailing address

MATHENY, JASON
4232 W TOLEDO ST
BROKEN ARROW, OK  74012-6037

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2789

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,549.86      Priority amount: $2,549.86

---

**2.951** Priority creditor's name and mailing address

MATHENY, KAREN
210 W. 18TH ST.
OWASSO, OK  74055-4640

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0214

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,830.36      Priority amount: $6,830.36

---

**2.952** Priority creditor's name and mailing address

MATHESON, SHANE
8876 KYLIE CT.
CLAREMORE, OK  74019-7814

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6368

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,729.74      Priority amount: $4,729.74

---

**2.953** Priority creditor's name and mailing address

MATLOCK, JEROD
16706 E 79TH ST N
OWASSO, OK  74055-5748

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9407

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,492.67      Priority amount: $8,492.67

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.954** **Priority creditor's name and mailing address**

MATTHEWS, LYLE
1018 N. DOUGLAS DR.
CLAREMORE, OK 74017-6625

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2916

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,665.05    Priority amount: $7,665.05

---

**2.955** **Priority creditor's name and mailing address**

MATTINGLY, JORDAN
4535 SOUTH 30TH WEST AVE
TULSA, OK 74107-6608

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1711

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,159.11    Priority amount: $3,159.11

---

**2.956** **Priority creditor's name and mailing address**

MATUSSAK, DAVID
19294 E 410 RD
CLAREMORE, OK 74017-0425

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2286

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,810.01    Priority amount: $4,810.01

---

**2.957** **Priority creditor's name and mailing address**

MATUSSAK, DEVON
19294 E 410 RD
CLAREMORE, OK 74017-0425

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2394

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,583.49    Priority amount: $1,583.49

---

**2.958** **Priority creditor's name and mailing address**

MAY, RONALD
11838 N 107 EAST PLACE
COLLINSVILLE, OK 74021-5530

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3116

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,928.79    Priority amount: $6,928.79

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | Total claim | Priority amount |

| | | | | |
|---|---|---|---|---|
| 2.959 | **Priority creditor's name and mailing address**<br><br>MAYER, ZACHARY<br>3205 S MAPLE AVE<br>BROKEN ARROW, OK 74012-7736<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2432<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $2,836.37 | $2,836.37 |
| 2.960 | **Priority creditor's name and mailing address**<br><br>MAYES COUNTY TREASURER<br>1 COURT PLACE, SUITE 100<br>PRYOR, OK 74361-1010<br><br>**Date or dates debt was incurred**<br><br>2018<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PERSONAL PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,500.00 | $1,500.00 |
| 2.961 | **Priority creditor's name and mailing address**<br><br>MAYES, TEDDY<br>4018 E 25TH ST<br>TULSA, OK 74114-4702<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6728<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $8,318.55 | $8,318.55 |
| 2.962 | **Priority creditor's name and mailing address**<br><br>MAYNARD, CURTIS<br>8365 9TH<br>BEGGS, OK 74421-2110<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3478<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $7,033.23 | $7,033.23 |
| 2.963 | **Priority creditor's name and mailing address**<br><br>MAZIE, ROBERT<br>7917 N 128TH EAST AVE<br>OWASSO, OK 74055-6261<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3230<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $1,509.58 | $1,509.58 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.964**   **Priority creditor's name and mailing address**

MCCABE, JIMMY
2520 S 96TH EAST AVE
TULSA, OK 74129-7020

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3079

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,114.38    Priority amount: $2,114.38

---

**2.965**   **Priority creditor's name and mailing address**

MCCAIN, JASON
13819 E 93RD CIR N
OWASSO, OK 74055-5350

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0493

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,516.29    Priority amount: $7,516.29

---

**2.966**   **Priority creditor's name and mailing address**

MCCALL, JODY
1462 EAST 135TH PLACE
GLENPOOL, OK 74033-2247

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9960

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,041.74    Priority amount: $6,041.74

---

**2.967**   **Priority creditor's name and mailing address**

MCCALL, LENNY
9005 N. 134TH E. AVE
OWASSO, OK 74055-2553

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9696

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $9,994.74    Priority amount: $9,994.74

---

**2.968**   **Priority creditor's name and mailing address**

MCCARTHY, EDWARD
2540 GRIMES RD
BEGGS, OK 74421-2456

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0762

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,049.27    Priority amount: $5,049.27

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.969 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,713.98 | $2,713.98 |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
MCCARTHY, HAROLD
2532 S 110TH EAST AVE
TULSA, OK  74129-5033

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3061

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $2,713.98    Priority amount $2,713.98

---

**Priority creditor's name and mailing address**
2.970
MCCARTY, ANGEL
17349 STATE HWY 11
BARNSDALL, OK  74002-9763

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5972

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $5,011.06    Priority amount $5,011.06

---

**Priority creditor's name and mailing address**
2.971
MCCARVER, AMBER
7377 E. 112TH PL. S.
BIXBY, OK  74008-2165

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2604

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $2,548.43    Priority amount $2,548.43

---

**Priority creditor's name and mailing address**
2.972
MCCAW, MARC
1450 S. NEWPORT AVE.
TULSA, OK  74012-5601

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3369

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $7,018.98    Priority amount $7,018.98

---

**Priority creditor's name and mailing address**
2.973
MCCLINE, FREDERICK
3153 S 130TH EAST PL
TULSA, OK  74134-3201

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2085

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $1,863.47    Priority amount $1,863.47

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.974 | **Priority creditor's name and mailing address**<br><br>MCCOLLUM, KENNETH<br>13125 E 128TH ST N<br>COLLINSVILLE, OK 74021-4170<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3987<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,126.03 | $6,126.03 |
| 2.975 | **Priority creditor's name and mailing address**<br><br>MCCUTCHEN, TROY<br>10736 E 119TH ST N<br>COLLINSVILLE, OK 74021-5524<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8743<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,029.41 | $7,029.41 |
| 2.976 | **Priority creditor's name and mailing address**<br><br>MCCUTCHEN, TYLER<br>4821 S 73RD EAST AVE APT 67-11<br>TULSA, OK 74145-6566<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3021<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,121.87 | $1,121.87 |
| 2.977 | **Priority creditor's name and mailing address**<br><br>MCDAVID, RALPH<br>2519 W 68TH ST<br>TULSA, OK 74132-1721<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3879<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |
| 2.978 | **Priority creditor's name and mailing address**<br><br>MCDOLE, MARK<br>14537 S ELWOOD AVE<br>GLENPOOL, OK 74033-4006<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5823<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,707.11 | $6,707.11 |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.979 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,860.58 | $7,860.58 |
| | MCDONALD JR, RONALD <br> 18816 EAST 48TH STREET <br> TULSA, OK  74134-7443 | ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** 2120 | **Basis for the claim:** <br> EMPLOYEE PTO | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | | |

| 2.980 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,619.91 | $3,619.91 |
| | MCDONALD, BRENDON <br> 18816 E 48TH ST <br> TULSA, OK  74134-7443 | ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** 2776 | **Basis for the claim:** <br> EMPLOYEE PTO | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | | |

| 2.981 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,122.23 | $4,122.23 |
| | MCDOWELL, JEREMY <br> 8001 S MINGO RD APT 1408 <br> TULSA, OK  74133-5621 | ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** 5627 | **Basis for the claim:** <br> EMPLOYEE PTO | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | | |

| 2.982 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,801.49 | $3,801.49 |
| | MCFARLAND II, GLENN <br> 27322 E 1ST STREET <br> CATOOSA, OK  74015-2414 | ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** 9910 | **Basis for the claim:** <br> EMPLOYEE PTO | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | | |

| 2.983 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,247.74 | $3,247.74 |
| | MCGEE, DEBRA KAY <br> 22351 CREAGER RD <br> HASKELL, OK  74436-9412 | ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** 4765 | **Basis for the claim:** <br> EMPLOYEE PTO | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | | |

| Part 1: | Additional Page | | |
| --- | --- | --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.984 | **Priority creditor's name and mailing address**<br><br>MCGILL, JASON<br>3536 E VIRGIN ST<br>TULSA, OK 74115-3916<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9622<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,119.85 | $2,119.85 |
| 2.985 | **Priority creditor's name and mailing address**<br><br>MCGUIRE, RICHARD<br>1873 W 390 RD<br>ADAIR, OK 74330-2832<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1888<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,419.59 | $4,419.59 |
| 2.986 | **Priority creditor's name and mailing address**<br><br>MCINTYRE, CARY<br>234 W 5TH ST<br>SKIATOOK, OK 74070-1417<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9122<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,344.73 | $7,344.73 |
| 2.987 | **Priority creditor's name and mailing address**<br><br>MCKILLOP, GERALD<br>21690 COUNTY ROAD 305<br>MORRISON, OK 73061-9495<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9445<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,073.08 | $3,073.08 |
| 2.988 | **Priority creditor's name and mailing address**<br><br>MCLARTY, STEVEN<br>27419 E. 94TH STREET SOUTH<br>BROKEN ARROW, OK 74014-5816<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3712<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | Total claim | Priority amount |

| 2.989 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,036.47 | $6,036.47 |
|---|---|---|---|---|

MCLAUGHLIN, MATTHEW
9711 SWAN DRIVE
BROKEN ARROW, OK 74014-7447

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 4858

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.990 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,094.79 | $1,094.79 |
|---|---|---|---|---|

MCLEARY, JONATHAN
308 N DELAWARE ST
CATOOSA, OK 74015-2058

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3015

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.991 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,729.41 | $7,729.41 |
|---|---|---|---|---|

MCMAHON, JOHN
6731 E 76TH ST N
OWASSO, OK 74055-6900

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 8925

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.992 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,159.00 | $4,159.00 |
|---|---|---|---|---|

MCMAINS, KEVIN
5304 E 39TH PL
TULSA, OK 74135-5584

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2879

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.993 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,585.93 | $1,585.93 |
|---|---|---|---|---|

MCMANUS, BRADEN
19530 E 590 RD
INOLA, OK 74036-3008

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2426

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.994 | **Priority creditor's name and mailing address**<br>MCMANUS, JARED<br>19530 E 590 RD<br>INOLA, OK 74036-3008<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6311<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,775.57 | $6,775.57 |
| 2.995 | **Priority creditor's name and mailing address**<br>MCMANUS, SCOTT<br>14602 S 4078 RD<br>OOLOGAH, OK 74053-4028<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6272<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,293.88 | $8,293.88 |
| 2.996 | **Priority creditor's name and mailing address**<br>MCMORRIS, LINDA<br>914 N 8TH ST<br>SAPULPA, OK 74066-2215<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8588<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,978.03 | $2,978.03 |
| 2.997 | **Priority creditor's name and mailing address**<br>MCMULLEN, DAVID<br>16411 N 113TH E AVE<br>COLLINSVILLE, OK 74021-4698<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4233<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,295.46 | $8,295.46 |
| 2.998 | **Priority creditor's name and mailing address**<br>MCMULLEN, JIMMY<br>11393 N 120TH E AVE<br>COLLINSVILLE, OK 74021-2610<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1674<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,656.58 | $1,656.58 |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.999** | Priority creditor's name and mailing address

MCMULLEN, WILLIAM
8301 E. 60TH ST.
APT 1831
TULSA, OK 74145-4901

**Date or dates debt was incurred**

**Last 4 digits of account number: 2464**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $1,618.56    Priority amount: $1,618.56

---

**2.1000** | Priority creditor's name and mailing address

MCNEICE, DONALD
1321 N CREEK ST
DEWEY, OK 74029-1709

**Date or dates debt was incurred**

**Last 4 digits of account number: 2137**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $2,157.71    Priority amount: $2,157.71

---

**2.1001** | Priority creditor's name and mailing address

MCVICKER, BRENDA JO
5407 S DIP CREEK RD
SAND SPRINGS, OK 74063-5086

**Date or dates debt was incurred**

**Last 4 digits of account number: 9414**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $4,645.96    Priority amount: $4,645.96

---

**2.1002** | Priority creditor's name and mailing address

MEADE, WAYLON
8904 E 18TH ST
TULSA, OK 74112-8417

**Date or dates debt was incurred**

**Last 4 digits of account number: 3516**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $133.15    Priority amount: $133.15

---

**2.1003** | Priority creditor's name and mailing address

MEADOR, THOMAS
19704 E 44TH PL S
BROKEN ARROW, OK 74014-8229

**Date or dates debt was incurred**

**Last 4 digits of account number: 1527**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $2,001.80    Priority amount: $2,001.80

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | Total claim | Priority amount |

| | | | | |
|---|---|---|---|---|
| 2.1004 | **Priority creditor's name and mailing address**<br><br>MEADOWS, TYLER<br>2876 E 51ST APT E<br>TULSA, OK 74105-1768<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3029<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $1,270.75 | $1,270.75 |
| 2.1005 | **Priority creditor's name and mailing address**<br><br>MEDINA SR, MANUEL<br>818 N QUEBEC AVE<br>TULSA, OK 74115-6304<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0457<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $5,861.55 | $5,861.55 |
| 2.1006 | **Priority creditor's name and mailing address**<br><br>MEDINA, JAVIER<br>12705 E 87TH CT N<br>OWASSO, OK 74055-2513<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2217<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $4,644.69 | $4,644.69 |
| 2.1007 | **Priority creditor's name and mailing address**<br><br>MEEKS, LATOYA<br>6756 E JASPER ST<br>TULSA, OK 74115-7852<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3500<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $202.19 | $202.19 |
| 2.1008 | **Priority creditor's name and mailing address**<br><br>MEHL, BETSY<br>7202 E. VERDIGRIS DR.<br>CLAREMORE, OK 74019-2257<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1518<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $2,387.84 | $2,387.84 |

| **Part 1:** | **Additional Page** |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1009 | **Priority creditor's name and mailing address**<br><br>MEIER JR, PAUL<br>561 SE GREYSTONE AVE<br>BARTLESVILLE, OK  74006-8421<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3022<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $828.49 | $828.49 |
| 2.1010 | **Priority creditor's name and mailing address**<br><br>MENDEL, LYNN<br>16710 N 50TH WAY<br>SCOTTSDALE, AZ  85254-1086<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6777<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,263.24 | $7,263.24 |
| 2.1011 | **Priority creditor's name and mailing address**<br><br>MENDENHALL, AUSTIN<br>14831 S GLENN ST<br>GLENPOOL, OK  74033-3151<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3284<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $717.06 | $717.06 |
| 2.1012 | **Priority creditor's name and mailing address**<br><br>MERCHANT, BRIAN<br>14309 EAST 113TH STREET NORTH<br>OWASSO, OK  74055-6380<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1859<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,949.11 | $3,949.11 |
| 2.1013 | **Priority creditor's name and mailing address**<br><br>MERRIFIELD, ROYAL<br>1732 SOUTH GARY AVENUE<br>TULSA, OK  74104-6114<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2078<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,154.03 | $4,154.03 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|
| 2.1014 | **Priority creditor's name and mailing address**<br>METZELER, JOE<br>12002 W 91ST ST S<br>SAPULPA, OK  74066-9053<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3218<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,072.60 | $1,072.60 |
| 2.1015 | **Priority creditor's name and mailing address**<br>MEYER, ROBERT<br>420 S WHEELING AVE<br>TULSA, OK  74104-2617<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5515<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,354.97 | $7,354.97 |
| 2.1016 | **Priority creditor's name and mailing address**<br>MEZA, JOSE<br>4949 W 28TH ST<br>TULSA, OK  74107-3319<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6371<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,191.89 | $7,191.89 |
| 2.1017 | **Priority creditor's name and mailing address**<br>MILATA, SCOTT<br>14313 E 113TH ST N<br>OWASSO, OK  74055-6380<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6484<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,174.14 | $5,174.14 |
| 2.1018 | **Priority creditor's name and mailing address**<br>MILLER, ALAINE<br>19542 E 590 RD<br>INOLA, OK  74036-3061<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9893<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,742.42 | $3,742.42 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1019 | **Priority creditor's name and mailing address**<br><br>MILLER, DENISE<br>7525 S URBANA AVE<br>TULSA, OK 74136-6113<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9187<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,978.73 | $7,978.73 |
| 2.1020 | **Priority creditor's name and mailing address**<br><br>MILLER, DUSTIN<br>321 N 12TH ST<br>COLLINSVILLE, OK 74021-2309<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3277<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $710.14 | $710.14 |
| 2.1021 | **Priority creditor's name and mailing address**<br><br>MILLER, FRANCISCO<br>3505 N BATTLECREEK DRIVE<br>BROKEN ARROW, OK 74012-2565<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2160<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,326.82 | $2,326.82 |
| 2.1022 | **Priority creditor's name and mailing address**<br><br>MILLER, GREGORY<br>4419 W TOLEDO CT<br>BROKEN ARROW, OK 74012-6077<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3185<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,569.99 | $1,569.99 |
| 2.1023 | **Priority creditor's name and mailing address**<br><br>MILLER, MARCIA<br>23000 E 99TH ST S<br>BROKEN ARROW, OK 74014-6823<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2453<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,325.76 | $2,325.76 |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.1024 | **Priority creditor's name and mailing address**<br><br>MILLER, MARK<br>2500 W. LITTLE ROCK ST<br>BROKEN ARROW, OK 74011-7816<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1916<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,687.76 | $1,687.76 |
| 2.1025 | **Priority creditor's name and mailing address**<br><br>MILLER, RONALD<br>6168 N WILLIS ST<br>STILLWATER, OK 74075-1135<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1552<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,710.92 | $6,710.92 |
| 2.1026 | **Priority creditor's name and mailing address**<br><br>MILLER, RYAN<br>11845 S 272ND EAST AVE<br>COWETA, OK 74429-7122<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3420<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $547.40 | $547.40 |
| 2.1027 | **Priority creditor's name and mailing address**<br><br>MILLER, STACY<br>142 S. BRYAN ST.<br>COPAN, OK 74022-4011<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2557<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,165.27 | $2,165.27 |
| 2.1028 | **Priority creditor's name and mailing address**<br><br>MILLER, STEPHEN<br>3824 W DALLAS ST<br>BROKEN ARROW, OK 74012-4561<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3376<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,542.06 | $6,542.06 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1029 | **Priority creditor's name and mailing address**<br><br>MILLER, TAMARA<br>142 S BRYAN ST<br>COPAN, OK 74022-4011<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3442<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $354.74 | $354.74 |
| 2.1030 | **Priority creditor's name and mailing address**<br><br>MILLIMAN, DANIEL<br>1508 N 20TH ST<br>BROKEN ARROW, OK 74012-2081<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2463<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,805.00 | $4,805.00 |
| 2.1031 | **Priority creditor's name and mailing address**<br><br>MILLION, HEATH<br>10393 BLACK JACK RD<br>CATOOSA, OK 74015-6120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3303<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,871.63 | $2,871.63 |
| 2.1032 | **Priority creditor's name and mailing address**<br><br>MILLION, KEVIN<br>6312 W 39TH ST<br>TULSA, OK 74107-4821<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5335<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,137.01 | $7,137.01 |
| 2.1033 | **Priority creditor's name and mailing address**<br><br>MILLISER JR, RICHARD<br>24306 E BIDDLE ST<br>BROKEN ARROW, OK 74014-2603<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4667<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,729.67 | $5,729.67 |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1034** **Priority creditor's name and mailing address**

MINGUS, MARTY
1504 N CHOCTAW AVE
CLAREMORE, OK  74017-3112

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3405

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $554.79    Priority amount: $554.79

---

**2.1035** **Priority creditor's name and mailing address**

MINNIEAR, RONALD
3101 W NORMAN CIR
BROKEN ARROW, OK  74012-9518

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1565

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,796.55    Priority amount: $4,796.55

---

**2.1036** **Priority creditor's name and mailing address**

MISKOVIC, VELIZAR
1638 S CARSON AVE APT 812
TULSA, OK  74119-4641

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3436

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,515.46    Priority amount: $5,515.46

---

**2.1037** **Priority creditor's name and mailing address**

MITCHELL, CARL
8814 S. DELAWARE AVE APT#6
TULSA, OK  74137-2519

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2059

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,232.04    Priority amount: $2,232.04

---

**2.1038** **Priority creditor's name and mailing address**

MITCHELL, ROBERT
3823 W ARCHER ST
TULSA, OK  74127-8131

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0822

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,045.11    Priority amount: $4,045.11

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1039 | **Priority creditor's name and mailing address**<br>MODRAK, CARRIE<br>8928 S DARLINGTON AVE<br>TULSA, OK 74137-3559<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3406<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $625.75 | $625.75 |
| 2.1040 | **Priority creditor's name and mailing address**<br>MONHOLLAND, WILLIAM<br>17868 N 108TH W AVE<br>SKIATOOK, OK 74070-6286<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5197<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,353.37 | $8,353.37 |
| 2.1041 | **Priority creditor's name and mailing address**<br>MONIN, MARGARET<br>2934 E 94TH PL<br>APT. #1111<br>TULSA, OK 74137-8725<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9222<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,465.76 | $4,465.76 |
| 2.1042 | **Priority creditor's name and mailing address**<br>MONROE, AUSTIN<br>3934 S. 199TH E. AVE.<br>BROKEN ARROW, OK 74014-8701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2971<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,898.36 | $2,898.36 |
| 2.1043 | **Priority creditor's name and mailing address**<br>MONTANELLI, ROBERT<br>4216 S 202ND EAST AVE<br>BROKEN ARROW, OK 74014-1281<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2825<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,614.83 | $2,614.83 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1044**   **Priority creditor's name and mailing address**

MOODY JR, STEVEN
2420 W 119TH ST S
JENKS, OK  74037-4363

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5936

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,388.03    Priority amount: $6,388.03

---

**2.1045**   **Priority creditor's name and mailing address**

MOONEY, TERRANCE
8915 E 95TH PL
TULSA, OK  74133-6179

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6501

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,681.96    Priority amount: $5,681.96

---

**2.1046**   **Priority creditor's name and mailing address**

MOORE, ANITA
18307 N 97TH E AVE
COLLINSVILLE, OK  74021-0000

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4953

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,578.37    Priority amount: $5,578.37

---

**2.1047**   **Priority creditor's name and mailing address**

MORAKOT, DONNY
19817 E 46TH ST S
BROKEN ARROW, OK  74014-1377

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2415

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,540.71    Priority amount: $1,540.71

---

**2.1048**   **Priority creditor's name and mailing address**

MORAKOT, JIM
19817 E 46TH S
BROKEN ARROW, OK  74014-1377

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5900

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,400.14    Priority amount: $5,400.14

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| | | | |
|---|---|---|---|
| 2.1049 | **Priority creditor's name and mailing address**<br><br>MORGAN JR, ANTHONY<br>18452 S VALEVIEW AVE<br>CLAREMORE, OK 74017-1486<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3016**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,389.43 | $1,389.43 |
| 2.1050 | **Priority creditor's name and mailing address**<br><br>MORGAN, ELROY<br>6702 N 128TH EAST AVE.<br>OWASSO, OK 74055-6941<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2599**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,664.85 | $4,664.85 |
| 2.1051 | **Priority creditor's name and mailing address**<br><br>MORGAN, JOSHUA<br>14703 SOUTH HICKORY CIRCLE<br>GLENPOOL, OK 74033-3725<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1761**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,378.45 | $1,378.45 |
| 2.1052 | **Priority creditor's name and mailing address**<br><br>MORIN, STEVEN<br>10102 E 94TH ST N<br>OWASSO, OK 74055-6838<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0936**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $11,657.19 | $11,657.19 |
| 2.1053 | **Priority creditor's name and mailing address**<br><br>MORRIS, AMY<br>4401 SOUTH OLYMPIA AVENUE<br>TULSA, OK 74107-6905<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1302**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,390.85 | $3,390.85 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1054** | **Priority creditor's name and mailing address**<br>MORRISON, JAMES<br>93 W FAIRLANE PL<br>SAPULPA, OK 74066-7882<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2400<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,475.44 | $1,475.44 |
| **2.1055** | **Priority creditor's name and mailing address**<br>MOSES, PAUL<br>432 COUNTY ROAD 2075<br>OCHELATA, OK 74051-2515<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0746<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,934.77 | $4,934.77 |
| **2.1056** | **Priority creditor's name and mailing address**<br>MOSMAN, BON<br>1120 WEST OAKRIDGE STREET<br>BROKEN ARROW, OK 74012-2900<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1783<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,249.22 | $2,249.22 |
| **2.1057** | **Priority creditor's name and mailing address**<br>MOSSBURG, WILLIAM<br>804 OAK RIDGE DR<br>SAND SPRINGS, OK 74063-7013<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1693<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,036.30 | $3,036.30 |
| **2.1058** | **Priority creditor's name and mailing address**<br>MOUA, BOON<br>2651 E CREEK DR<br>OOLOGAH, OK 74053-4157<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2154<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,264.83 | $4,264.83 |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | Total claim | Priority amount |

| 2.1059 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,489.75 | $2,489.75 |
|---|---|---|---|---|

MOUA, CHONG
3004 JOHNSTON AVE
OOLOGAH, OK 74053-3941

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 2300**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.1060 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $229.15 | $229.15 |
|---|---|---|---|---|

MOUA, ROSE
1801 W GALVESTON ST
BROKEN ARROW, OK 74012-8314

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 3501**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.1061 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,254.87 | $1,254.87 |
|---|---|---|---|---|

MOUA, SHUR
8954 E 13TH ST
TULSA, OK 74112-8110

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 2986**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.1062 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,115.07 | $3,115.07 |
|---|---|---|---|---|

MOUA, STEVEN
1319 N. ASH PLACE
#225
OWASSO, OK 74055-5120

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 2375**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.1063 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,543.14 | $1,543.14 |
|---|---|---|---|---|

MOUA, TANG
8909 E. 130TH ST. N
COLLINSVILLE, OK 74021-3954

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 2806**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

**2.1064** | **Priority creditor's name and mailing address**

MOUA, THAI
13917 N 86TH EAST AVE
COLLINSVILLE, OK  74021-3925

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1616

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,732.84    Priority amount: $2,732.84

---

**2.1065** | **Priority creditor's name and mailing address**

MOUA, TOU
14002 E 89TH PL N
OWASSO, OK  74055-2641

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2037

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,371.01    Priority amount: $1,371.01

---

**2.1066** | **Priority creditor's name and mailing address**

MOUA, WA BEE
17101 E 640 RD
INOLA, OK  74063-3211

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1737

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,750.16    Priority amount: $3,750.16

---

**2.1067** | **Priority creditor's name and mailing address**

MOUA, XIATHAO
14002 E 89TH PL N
OWASSO, OK  74055-2641

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0852

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,038.19    Priority amount: $3,038.19

---

**2.1068** | **Priority creditor's name and mailing address**

MOULTON, TODD
806 N DOGWOOD ST
OWASSO, OK  74055-5556

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3517

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $217.48    Priority amount: $217.48

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.1069 | **Priority creditor's name and mailing address**<br>MOUSHON, IRENE<br>9404 EAST 65TH ST. APT# 1516<br>TULSA, OK 74133-1473<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2704<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,904.23 | $2,904.23 |
| 2.1070 | **Priority creditor's name and mailing address**<br>MUIR, BROOKE<br>14519 MOCKINGBIRD LN<br>SAND SPRINGS, OK 74063-4442<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0887<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,665.49 | $1,665.49 |
| 2.1071 | **Priority creditor's name and mailing address**<br>MULLINS, RICHARD<br>13809 E 87TH PL N<br>OWASSO, OK 74055-2077<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3378<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,632.77 | $5,632.77 |
| 2.1072 | **Priority creditor's name and mailing address**<br>MURE, RODERICK<br>649 N 26TH WEST AVE<br>TULSA, OK 74127-5137<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3387<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,006.02 | $1,006.02 |
| 2.1073 | **Priority creditor's name and mailing address**<br>MURRAY, JAMES<br>15003 E 117TH ST N<br>COLLINSVILLE, OK 74021-5142<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3501<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,302.70 | $7,302.70 |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1074 | **Priority creditor's name and mailing address**<br><br>MURRAY, MARTIN<br>10076 MOVILLA HILLS DR.<br>SAND SPRINGS, OK 74063-8362<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8181**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $9,011.28 | $9,011.28 |
| 2.1075 | **Priority creditor's name and mailing address**<br><br>MUSGROVE, RANDALL<br>5036 S 27TH WEST AVE<br>TULSA, OK 74107-7631<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2261**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,812.60 | $2,812.60 |
| 2.1076 | **Priority creditor's name and mailing address**<br><br>MUSHRUSH, JEFFREY<br>12105 VALLEY AVE<br>COLLINSVILLE, OK 74021-6194<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1799**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,246.71 | $2,246.71 |
| 2.1077 | **Priority creditor's name and mailing address**<br><br>NAGENDRA, SRIRANGA<br>2434 S UMBRELLA PL<br>BROKEN ARROW, OK 74012-9482<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9556**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $10,162.66 | $10,162.66 |
| 2.1078 | **Priority creditor's name and mailing address**<br><br>NAJERA, MISSIE<br>11025 S WILLOW LN<br>SAPULPA, OK 74066-6746<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3123**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,934.39 | $1,934.39 |

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1079** | **Priority creditor's name and mailing address**<br>NAKAYAMA, RHONDA<br>11689 E 83RD STREET N<br>APT D<br>OWASSO, OK 74055-2180<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8431<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,737.76 | $2,737.76 |
| **2.1080** | **Priority creditor's name and mailing address**<br>NAKHAPAKORN, JANTIRA<br>3949 N PROSPECT AVE<br>MILWAUKEE, WI 53211-2423<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2417<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $5,009.48 | $5,009.48 |
| **2.1081** | **Priority creditor's name and mailing address**<br>NAPIER, TONI<br>1510 N CEDAR ST<br>OWASSO, OK 74055-4923<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3274<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,364.14 | $1,364.14 |
| **2.1082** | **Priority creditor's name and mailing address**<br>NAUGLE, JOHN<br>108 N RIVERVIEW DR<br>BIXBY, OK 74008-4454<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0336<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,111.75 | $3,111.75 |
| **2.1083** | **Priority creditor's name and mailing address**<br>NAVE, JONATHON<br>207 E TAYLOR<br>CANEY, KS 67333-1104<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1755<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,701.96 | $1,701.96 |

| Debtor | The NORDAM Group, Inc. | Case number (if known) | 18-11699 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1084** | **Priority creditor's name and mailing address**
NEAL, BRIAN
611 N ELIZABETH ST
SAPULPA, OK  74066-3112

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0179

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,169.45    Priority amount: $3,169.45

---

**2.1085** | **Priority creditor's name and mailing address**
NEIL, KEVIN
5750 E 145TH ST N
COLLINSVILLE, OK  74021-7418

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3538

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $652.93    Priority amount: $652.93

---

**2.1086** | **Priority creditor's name and mailing address**
NEIS, STACY
9325 S 279TH E AVE
BROKEN ARROW, OK  74014-4302

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8461

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,682.35    Priority amount: $7,682.35

---

**2.1087** | **Priority creditor's name and mailing address**
NELSON, ANTONIO
6321 S 33RD WEST AVE APT 226
TULSA, OK  74132-1525

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3502

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $208.93    Priority amount: $208.93

---

**2.1088** | **Priority creditor's name and mailing address**
NELSON, DAVID
13261 E 46TH ST
TULSA, OK  74134-5854

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1614

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,886.83    Priority amount: $7,886.83

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1089 | **Priority creditor's name and mailing address**<br>NGUYEN, AN<br>9208 E 89TH ST<br>TULSA, OK 74133-4437<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8556**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,905.96 | $6,905.96 |
| 2.1090 | **Priority creditor's name and mailing address**<br>NGUYEN, HA<br>1413 N ELM ST<br>OWASSO, OK 74055-4655<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2116**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $9,725.71 | $9,725.71 |
| 2.1091 | **Priority creditor's name and mailing address**<br>NGUYEN, HIEN<br>7414 S 91 E AVE<br>TULSA, OK 74133-5673<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4797**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,608.68 | $7,608.68 |
| 2.1092 | **Priority creditor's name and mailing address**<br>NGUYEN, LIEM<br>804 N WILLOW AVE<br>BROKEN ARROW, OK 74012-0603<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4278**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,893.90 | $7,893.90 |
| 2.1093 | **Priority creditor's name and mailing address**<br>NGUYEN, NHAN<br>3406 W KNOXVILLE PL<br>BROKEN ARROW, OK 74012-0967<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5248**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,175.61 | $8,175.61 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1094** | **Priority creditor's name and mailing address**

NICHOLS, CHRISTOPHER
411 W PITTSBURG PL
BROKEN ARROW, OK  74012-5458

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3425

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $821.10   Priority amount: $821.10

---

**2.1095** | **Priority creditor's name and mailing address**

NICOLAS JR, CALVIN
613 S INDEPENDENCE
SAPULPA, OK  74066-5033

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5382

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,203.36   Priority amount: $5,203.36

---

**2.1096** | **Priority creditor's name and mailing address**

NICOLOTTI, JENNIFER
4614 W. 90TH ST.
TULSA, OK  74132-3404

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2770

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,016.08   Priority amount: $4,016.08

---

**2.1097** | **Priority creditor's name and mailing address**

NIEVES, JUAN
6310 S 111TH EAST AVE
TULSA, OK  74133-1627

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4931

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,637.33   Priority amount: $6,637.33

---

**2.1098** | **Priority creditor's name and mailing address**

NOBLE, GLENN
8310 N 158TH E AVE
OWASSO, OK  74055-7327

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2906

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,642.16   Priority amount: $6,642.16

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1099 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,321.94 | $6,321.94 |
|---|---|---|---|---|
| | NOFIRE, RONALD 16607 S 203RD E AVE BROKEN ARROW, OK 74014-6430 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Last 4 digits of account number:** 2133 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No ☑ Yes | | |

| 2.1100 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,449.77 | $6,449.77 |
|---|---|---|---|---|
| | NOLEN, MIKE 6129 E 49 ST TULSA, OK 74135-6808 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Last 4 digits of account number:** 1322 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No ☑ Yes | | |

| 2.1101 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,958.70 | $3,958.70 |
|---|---|---|---|---|
| | NORINH, SINHSACK 6925 EAST 92ND STREET TULSA, OK 74133-5319 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Last 4 digits of account number:** 8795 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No ☑ Yes | | |

| 2.1102 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,841.60 | $5,841.60 |
|---|---|---|---|---|
| | NORINH, SITHIVONG 525 W 114TH JENKS, OK 74037-3281 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Last 4 digits of account number:** 2484 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No ☑ Yes | | |

| 2.1103 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,943.14 | $3,943.14 |
|---|---|---|---|---|
| | NORRIS, GREGORY 397910 W 1300 RD DEWEY, OK 74029-3919 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Last 4 digits of account number:** 2358 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No ☑ Yes | | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1104**

**Priority creditor's name and mailing address**
NORRIS, RONALD
11712 S 105TH E AVE
BIXBY, OK 74008-3013

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9851

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,111.35    Priority amount: $5,111.35

---

**2.1105**

**Priority creditor's name and mailing address**
NORTH CAROLINA DEPARTMENT OF REVENUE
P.O. BOX 25000
RALEIGH, NC 27640-0530

**Date or dates debt was incurred**
2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
FRANCHISE TAX FOR 2017

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $600.00    Priority amount: $600.00

---

**2.1106**

**Priority creditor's name and mailing address**
NORTH CAROLINA DEPARTMENT OF REVENUE
P.O. BOX 25000
RALEIGH, NC 27640-0530

**Date or dates debt was incurred**
2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
FRANCHISE TAX FOR 2018 PRIOR TO 7/23/18

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $500.00    Priority amount: $500.00

---

**2.1107**

**Priority creditor's name and mailing address**
NORTH, BEAU
1124 N KERN AVE.
OKMULGEE, OK 74447-4946

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2385

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,320.00    Priority amount: $4,320.00

---

**2.1108**

**Priority creditor's name and mailing address**
OAKES, TELLUS
5918 E 18TH ST
TULSA, OK 74112-7106

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4975

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,981.25    Priority amount: $6,981.25

| Part 1: | Additional Page | | | | |
|---|---|---|---|---|---|

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.1109**

**Priority creditor's name and mailing address**
OGLE JR, FLOYD
19824 E 115TH STREET SOUTH
BROKEN ARROW, OK 74014-4040

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1867

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $12,850.00    Priority amount: $12,850.00

---

**2.1110**

**Priority creditor's name and mailing address**
OLDHAM, JUSTIN
8449 E 81ST ST APT 326
TULSA, OK 74133-8046

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3314

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $1,413.40    Priority amount: $1,413.40

---

**2.1111**

**Priority creditor's name and mailing address**
OLIVER, FRANKLIN
413 S FAIRFAX
SKIATOOK, OK 74070-3947

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4722

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $8,110.08    Priority amount: $8,110.08

---

**2.1112**

**Priority creditor's name and mailing address**
OLIVERA, FRANK
1260 OAK ROAD
CATOOSA, OK 74015-0501

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3499

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $7,321.36    Priority amount: $7,321.36

---

**2.1113**

**Priority creditor's name and mailing address**
ORANGE COUNTY, SANTA ANA, CA
625 NORTH ROSS STREET
BUILDING 11, ROOM G58
SANTA ANNA, CA 92702

**Date or dates debt was incurred**
2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
PERSONAL PROPERTY TAX (7/1-22/18)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $50.00    Priority amount: $50.00

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1114** | **Priority creditor's name and mailing address**
ORANSKY, HOWARD
1916 N FIREWOOD AVE
BROKEN ARROW, OK  74012-1261

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2478

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$1,721.79**   Priority amount: **$1,721.79**

---

**2.1115** | **Priority creditor's name and mailing address**
ORSBURN, CHARLES
333 WEST CHESTNUT ST
COWETA, OK  74429-2167

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3857

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$7,082.10**   Priority amount: **$7,082.10**

---

**2.1116** | **Priority creditor's name and mailing address**
ORSBURN, JUSTIN
P.O. BOX 984
HASKELL, OK  74436-0000

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3094

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$950.55**   Priority amount: **$950.55**

---

**2.1117** | **Priority creditor's name and mailing address**
OSBORN, RODNEY
15005 E 87TH ST N
OWASSO, OK  74055-8498

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8783

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$10,536.77**   Priority amount: **$10,536.77**

---

**2.1118** | **Priority creditor's name and mailing address**
OVERTON, MARVIN
204 AMELIA LANE
ALEDO, TX  76008-4818

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9440

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$12,850.00**   Priority amount: **$12,850.00**

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1119**  Priority creditor's name and mailing address

OWENS JR, DOUG
P.O. BOX 4512
TULSA, OK 74159-0512

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6469

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,506.19   Priority amount: $3,506.19

---

**2.1120**  Priority creditor's name and mailing address

OWENS, CLIFFORD
6325 E 4TH TER
TULSA, OK 74112-1709

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2801

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,056.52   Priority amount: $1,056.52

---

**2.1121**  Priority creditor's name and mailing address

OWENS, STEVEN
7415 E 70TH ST
TULSA, OK 74133-7720

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0752

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $10,401.55   Priority amount: $10,401.55

---

**2.1122**  Priority creditor's name and mailing address

OXFORD, FRANKLIN
7251 S HIGHWAY 97
SAPULPA, OK 74066-8812

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9043

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,237.68   Priority amount: $4,237.68

---

**2.1123**  Priority creditor's name and mailing address

PACE, ALEXANDER
2000 FREDERICK RD APT H8
CLAREMORE, OK 74019-1402

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3518

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $119.84   Priority amount: $119.84

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1124 | **Priority creditor's name and mailing address**<br><br>PADGETT, RODNEY<br>424 W. UNION ST.<br>BROKEN ARROW, OK 74011-6876<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8885<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,915.92 | $4,915.92 |
| 2.1125 | **Priority creditor's name and mailing address**<br><br>PADILLA, PAMELA<br>7866 E MARSHALL ST<br>TULSA, OK 74115-6930<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2239<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,350.71 | $2,350.71 |
| 2.1126 | **Priority creditor's name and mailing address**<br><br>PAGE, SCOTT<br>8314 S. JOSHUA AVE.<br>BROKEN ARROW, OK 74011-7807<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0096<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,813.90 | $3,813.90 |
| 2.1127 | **Priority creditor's name and mailing address**<br><br>PALACIO, ARTHUR<br>1619 S 108 E AVE<br>TULSA, OK 74128-4826<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4119<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,043.61 | $7,043.61 |
| 2.1128 | **Priority creditor's name and mailing address**<br><br>PALMER, BRANDON<br>12211 E 70TH ST N<br>OWASSO, OK 74055-2664<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6844<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,347.71 | $4,347.71 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1129** **Priority creditor's name and mailing address**

PALMER, SCOTT
5508 E. 46TH STREET
UNIT B
TULSA, OK 74135-6715

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0614

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $6,236.94   Priority amount: $6,236.94

---

**2.1130** **Priority creditor's name and mailing address**

PALMER, TATE
13703 E 84TH ST N APT 202
OWASSO, OK 74055-8607

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2958

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $1,584.05   Priority amount: $1,584.05

---

**2.1131** **Priority creditor's name and mailing address**

PARKS, DON
1905 BROOKCLIFF DR
GREENSBORO, NC 27410-2547

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3231

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $1,280.22   Priority amount: $1,280.22

---

**2.1132** **Priority creditor's name and mailing address**

PARNELL, LELAND
4039 E. 179TH ST.N.
SKIATOOK, OK 74070-4166

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5700

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $10,066.45   Priority amount: $10,066.45

---

**2.1133** **Priority creditor's name and mailing address**

PARSONS, MARIA
4101 N PINE AVE
BROKEN ARROW, OK 74012-0471

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1560

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $9,874.89   Priority amount: $9,874.89

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|
| | | **Total claim** | **Priority amount** |

| 2.1134 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,104.95 | $2,104.95 |
|--------|--------------------------------------------------|----------------------------------------------------------------|-----------|-----------|
| | PATRICK-ROBERSON, SHUANA 28030 EAST 148TH PLACE SOUTH COWETA, OK  74429-5509 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** 1926 | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | | |

| 2.1135 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,852.97 | $6,852.97 |
|--------|--------------------------------------------------|----------------------------------------------------------------|-----------|-----------|
| | PATTERSON, JUSTIN 5221 BAHANA AVE SAND SPRINGS, OK  74063-2123 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** 2863 | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | | |

| 2.1136 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,588.14 | $8,588.14 |
|--------|--------------------------------------------------|----------------------------------------------------------------|-----------|-----------|
| | PATTON, TRACI 8255 N 70TH EAST CT OWASSO, OK  74055-7283 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** 3421 | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | | |

| 2.1137 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $853.35 | $853.35 |
|--------|--------------------------------------------------|----------------------------------------------------------------|---------|---------|
| | PAU, EL 2527 E 88TH ST APT 506 TULSA, OK  74137-1122 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** 2979 | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | | |

| 2.1138 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,705.19 | $3,705.19 |
|--------|--------------------------------------------------|----------------------------------------------------------------|-----------|-----------|
| | PAULSON, JUSTIN 6729 E 86TH PL TULSA, OK  74133-4126 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** 3063 | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** ☐ No ☑ Yes | | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1139** | **Priority creditor's name and mailing address**
PAUS, JOSHUA
420 N ATOKA AVE
COWETA, OK 74429-2134

**Date or dates debt was incurred**

**Last 4 digits of account number: 2900**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,208.14    Priority amount: $1,208.14

---

**2.1140** | **Priority creditor's name and mailing address**
PAYNE, HEATH
16606 E 2ND ST.
TULSA, OK 74108-1754

**Date or dates debt was incurred**

**Last 4 digits of account number: 0116**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,300.56    Priority amount: $2,300.56

---

**2.1141** | **Priority creditor's name and mailing address**
PAYNE, TANESE
10919 E 110TH ST N
OWASSO, OK 74055-6618

**Date or dates debt was incurred**

**Last 4 digits of account number: 9975**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,880.00    Priority amount: $2,880.00

---

**2.1142** | **Priority creditor's name and mailing address**
PAYNE, THOMAS
10919 E 110TH ST N
OWASSO, OK 74055-6618

**Date or dates debt was incurred**

**Last 4 digits of account number: 1252**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,183.57    Priority amount: $6,183.57

---

**2.1143** | **Priority creditor's name and mailing address**
PAYTON, DALE
P.O. BOX 35025
TULSA, OK 74153-0025

**Date or dates debt was incurred**

**Last 4 digits of account number: 2861**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,445.66    Priority amount: $7,445.66

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1144 | **Priority creditor's name and mailing address**<br><br>PEARSON, NICHOLAS<br>1993 COUNTY ROAD 1405<br>SKIATOOK, OK 74070-1546<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3069<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,293.08 | $1,293.08 |
| 2.1145 | **Priority creditor's name and mailing address**<br><br>PENDERGRASS, ALEX<br>9257 S 251ST E AVE<br>BROKEN ARROW, OK 74014-2722<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2025<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,065.43 | $3,065.43 |
| 2.1146 | **Priority creditor's name and mailing address**<br><br>PENDERGRASS, MICHAEL<br>9611 S 33RD WEST AVE<br>TULSA, OK 74132-3812<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4538<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,863.80 | $6,863.80 |
| 2.1147 | **Priority creditor's name and mailing address**<br><br>PENDERGRASS, MICHAEL<br>P.O. BOX 2<br>GLENPOOL, OK 74033-0002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2835<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $9,811.80 | $9,811.80 |
| 2.1148 | **Priority creditor's name and mailing address**<br><br>PENN, TIMOTHY<br>5500 WEST 82ND ST.<br>TULSA, OK 74131-4444<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2672<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,155.38 | $4,155.38 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.1149 | **Priority creditor's name and mailing address** <br><br> PENNINGTON, PAMELA <br> 13855 S COUNTRY LANE <br> OOLOGAH, OK 74053-3933 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 5573 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $4,646.34 | $4,646.34 |

| 2.1150 | **Priority creditor's name and mailing address** <br><br> PENUEL, KENNDELA <br> 25017 E 91ST PL S <br> BROKEN ARROW, OK 74014-7882 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 3689 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $8,538.71 | $8,538.71 |

| 2.1151 | **Priority creditor's name and mailing address** <br><br> PERERA, NOBERT <br> 9394 CRESTWOOD DR <br> SPERRY, OK 74073-4256 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 3424 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $948.82 | $948.82 |

| 2.1152 | **Priority creditor's name and mailing address** <br><br> PEREZ, RICHARD <br> P.O. BOX 2292 <br> SAPULPA, OK 74067-2292 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 3540 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $1,388.71 | $1,388.71 |

| 2.1153 | **Priority creditor's name and mailing address** <br><br> PERKINS, TODD <br> 5550 W COUNTRY RD <br> SKIATOOK, OK 74070-3672 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 3212 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $6,925.54 | $6,925.54 |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1154** | **Priority creditor's name and mailing address**
PERRY II, LANE
15250 S 4080 RD
OOLOGAH, OK 74053-3541

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8695

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $6,799.92    Priority amount: $6,799.92

---

**2.1155** | **Priority creditor's name and mailing address**
PERRY, PEGGY
14302 E. 102ND CIR. N
OWASSO, OK 74055-4500

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2515

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $7,776.79    Priority amount: $7,776.79

---

**2.1156** | **Priority creditor's name and mailing address**
PERRYMAN, LEZA
7110 E 576 ROAD
CATOOSA, OK 74015-6530

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6344

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $3,245.04    Priority amount: $3,245.04

---

**2.1157** | **Priority creditor's name and mailing address**
PERSON, DENISE
8355 OVERLOOK TRAIL
CLAREMORE, OK 74019-2503

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1588

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $6,204.95    Priority amount: $6,204.95

---

**2.1158** | **Priority creditor's name and mailing address**
PETE JR, SIDNEY
706 N COUNTRY CLUB DR
TULSA, OK 74127-5304

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5869

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $6,439.85    Priority amount: $6,439.85

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1159** **Priority creditor's name and mailing address**
PETERSON, JOHNNY
13404 EAST 84TH STREET NORTH APT#204
OWASSO, OK 74055-3904

**Date or dates debt was incurred**

**Last 4 digits of account number: 2254**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,703.94   Priority amount: $1,703.94

---

**2.1160** **Priority creditor's name and mailing address**
PETROV, LYUBOMIR
8601 S MINGO RD APT 7304
TULSA, OK 74133-4648

**Date or dates debt was incurred**

**Last 4 digits of account number: 2890**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,365.83   Priority amount: $1,365.83

---

**2.1161** **Priority creditor's name and mailing address**
PETTY, RANCE
22 LOOKOUT LN
SAND SPRINGS, OK 74063-7181

**Date or dates debt was incurred**

**Last 4 digits of account number: 2060**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $9,698.83   Priority amount: $9,698.83

---

**2.1162** **Priority creditor's name and mailing address**
PEUGH, DEVIN
8001 N 128TH E AVE
OWASSO, OK 74055-6852

**Date or dates debt was incurred**

**Last 4 digits of account number: 2513**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,910.95   Priority amount: $3,910.95

---

**2.1163** **Priority creditor's name and mailing address**
PEVEY, CHARLES
1348 S NEW HAVEN AVE
TULSA, OK 74112-5925

**Date or dates debt was incurred**

**Last 4 digits of account number: 1595**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,115.39   Priority amount: $7,115.39

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|

| | | Total claim | Priority amount |
|--|--|--|--|
| 2.1164 | **Priority creditor's name and mailing address**<br>PHAN, ANTHONY<br>9814 S 92ND E AVE<br>TULSA, OK 74133-6117<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4915<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,310.94 | $6,310.94 |
| 2.1165 | **Priority creditor's name and mailing address**<br>PHARES, OWEN<br>14131 E 88TH ST. N<br>OWASSO, OK 74055-2602<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9392<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $9,984.39 | $9,984.39 |
| 2.1166 | **Priority creditor's name and mailing address**<br>PHELPS, DOUG<br>7230 HICKORY ST<br>BEGGS, OK 74421-2113<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6631<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,885.76 | $3,885.76 |
| 2.1167 | **Priority creditor's name and mailing address**<br>PHELPS, JERRETT<br>3839 S 225TH W AVE<br>SAND SPRINGS, OK 74063-6649<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2708<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,910.62 | $6,910.62 |
| 2.1168 | **Priority creditor's name and mailing address**<br>PHILLIP, HUGH<br>1171 N BOSTON PL<br>TULSA, OK 74106-4607<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1232<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,979.26 | $3,979.26 |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1169** | **Priority creditor's name and mailing address**
PIANALTO, MICHAEL
18079 E 79TH ST N
OWASSO, OK  74055-5906

**Date or dates debt was incurred**

**Last 4 digits of account number: 9019**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$4,575.35**    Priority amount: **$4,575.35**

---

**2.1170** | **Priority creditor's name and mailing address**
PICKUP, RODNEY
P.O. BOX 688
JAY, OK  74346-0688

**Date or dates debt was incurred**

**Last 4 digits of account number: 7041**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$7,353.20**    Priority amount: **$7,353.20**

---

**2.1171** | **Priority creditor's name and mailing address**
PIKE, ARTHUR
11005 S 33RD WEST AVE
JENKS, OK  74037-6933

**Date or dates debt was incurred**

**Last 4 digits of account number: 6963**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$8,052.13**    Priority amount: **$8,052.13**

---

**2.1172** | **Priority creditor's name and mailing address**
PIKE, TONYA
4422 N CINCINNATI PL
TULSA, OK  74106-2726

**Date or dates debt was incurred**

**Last 4 digits of account number: 3388**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$855.12**    Priority amount: **$855.12**

---

**2.1173** | **Priority creditor's name and mailing address**
PILLARS, MATTHEW
11438 N 96TH E AVE
OWASSO, OK  74055-6565

**Date or dates debt was incurred**

**Last 4 digits of account number: 9896**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$5,005.03**    Priority amount: **$5,005.03**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1174**

**Priority creditor's name and mailing address**
PINKSTAFF, ROBERT
5929 E 35TH ST
TULSA, OK 74135-5305

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0291

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,096.01    Priority amount: $5,096.01

---

**2.1175**

**Priority creditor's name and mailing address**
PINNER, DAVID
116621 S 4211 RD
EUFAULA, OK 74432-3907

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3480

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $310.68    Priority amount: $310.68

---

**2.1176**

**Priority creditor's name and mailing address**
PLOCEK, LINDA
1915 N KINGSTON PLACE
TULSA, OK 74115-4309

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2746

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,891.94    Priority amount: $4,891.94

---

**2.1177**

**Priority creditor's name and mailing address**
POE, KARAH
13002 E 84TH ST N APT#103
OWASSO, OK 74055-3525

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2687

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,176.41    Priority amount: $1,176.41

---

**2.1178**

**Priority creditor's name and mailing address**
POGUE, BRENT
15702 E MARSHALL ST
TULSA, OK 74116-2469

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2360

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,342.91    Priority amount: $2,342.91

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1179 | **Priority creditor's name and mailing address**<br><br>POHLMAN, JOSEPH<br>5830 S RICHMOND AVE<br>TULSA, OK 74135-4224<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2317**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,365.77 | $5,365.77 |
| 2.1180 | **Priority creditor's name and mailing address**<br><br>POINDEXTER, JACOB<br>3308 E JERSEY ST<br>BROKEN ARROW, OK 74014-8704<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1784**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,288.88 | $6,288.88 |
| 2.1181 | **Priority creditor's name and mailing address**<br><br>POLK, STANLEY<br>3812 E 100TH ST N<br>WAGONER, OK 74467-8735<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3117**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,404.88 | $4,404.88 |
| 2.1182 | **Priority creditor's name and mailing address**<br><br>POLLARD, CLAY<br>P.O. BOX 33<br>KEIFER, OK 74041-0033<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2880**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,660.19 | $2,660.19 |
| 2.1183 | **Priority creditor's name and mailing address**<br><br>POPA, ANDREY<br>11328 S CLEVELAND ST<br>JENKS, OK 74037-3545<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3373**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,400.05 | $1,400.05 |

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1184** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,205.09 | $5,205.09

PORTER, JAMES
395630 W 4100 RD
SKIATOOK, OK 74070-4413

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 0280

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1185** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,327.56 | $1,327.56

POSEY, JEREMY
16186 S 257TH EAST AVE
COWETA, OK 74429-5245

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2753

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1186** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,874.98 | $1,874.98

POTEET, CLAIRE
2436 E 10TH ST.
APT. 104
TULSA, OK 74104-3741

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3350

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1187** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,104.48 | $3,104.48

POTTER, TIMOTHY
2620 S URBANA AVE
TULSA, OK 74114-4847

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2418

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1188** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,999.68 | $3,999.68

POTTS, KEVIN
3212 JEFFERSON CT.
BARTLESVILLE, OK 74006-6516

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 1677

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.1189** | **Priority creditor's name and mailing address**

POWELL, DESDAMONA
1931 S. FLORENCE PL
TULSA, OK  74104-6111

**Date or dates debt was incurred**

**Last 4 digits of account number: 0066**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,284.89   Priority amount: $8,284.89

---

**2.1190** | **Priority creditor's name and mailing address**

PRATHER, SHERRI
15506 STATE HWY 20
SKIATOOK, OK  74070-6506

**Date or dates debt was incurred**

**Last 4 digits of account number: 0330**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,216.13   Priority amount: $5,216.13

---

**2.1191** | **Priority creditor's name and mailing address**

PRATT, BEAU
18409 E.46TH ST.
TULSA, OK  74134-7450

**Date or dates debt was incurred**

**Last 4 digits of account number: 1099**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,963.13   Priority amount: $5,963.13

---

**2.1192** | **Priority creditor's name and mailing address**

PRATT, SHELBY
9002 N 157TH EAST AVE
OWASSO, OK  74055-8545

**Date or dates debt was incurred**

**Last 4 digits of account number: 3030**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,089.82   Priority amount: $1,089.82

---

**2.1193** | **Priority creditor's name and mailing address**

PRATT, TIPPI
3337 COUNTY RD 5005
PAWHUSKA, OK  74056-2091

**Date or dates debt was incurred**

**Last 4 digits of account number: 1068**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,321.74   Priority amount: $12,321.74

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1194 | **Priority creditor's name and mailing address**<br>PRESLEY, DARIN<br>20594 E 33RD PL N<br>CATOOSA, OK  74015-2329<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3686<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,120.29 | $7,120.29 |
| 2.1195 | **Priority creditor's name and mailing address**<br>PRESSNALL, JOSEPH<br>1726 E 76TH ST N<br>SPERRY, OK  74073-4703<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3481<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $248.55 | $248.55 |
| 2.1196 | **Priority creditor's name and mailing address**<br>PRESSNALL, LYNN<br>6930 N TRENTON<br>TULSA, OK  74126-1346<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5884<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,068.00 | $5,068.00 |
| 2.1197 | **Priority creditor's name and mailing address**<br>PREVETT, KAREN<br>1026 S. FRONT ST.<br>CATOOSA, OK  74015-9804<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9204<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,840.72 | $6,840.72 |
| 2.1198 | **Priority creditor's name and mailing address**<br>PRICE, ALEXANDER<br>5030S IRVINGTON AVE<br>TULSA, OK  74135-6866<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2735<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,553.36 | $3,553.36 |

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1199 | **Priority creditor's name and mailing address**<br><br>PRICE, NICHOLAS<br>1868 E 16TH ST<br>TULSA, OK 74104-4903<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1861<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,070.46 | $4,070.46 |
| 2.1200 | **Priority creditor's name and mailing address**<br><br>PRIEST, BRANDON<br>2800 N. 23RD ST. APT. 2134<br>BROKEN ARROW, OK 74014-4419<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2332<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,260.29 | $4,260.29 |
| 2.1201 | **Priority creditor's name and mailing address**<br><br>PRINCE JR, RICHARD<br>5909 S 130TH WEST AVE<br>SAND SPRINGS, OK 74063-2372<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3443<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,642.41 | $3,642.41 |
| 2.1202 | **Priority creditor's name and mailing address**<br><br>PRINCE, JEREMY<br>1305 W 32ND<br>STILLWATER, OK 74074-7316<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0250<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,967.22 | $5,967.22 |
| 2.1203 | **Priority creditor's name and mailing address**<br><br>PROCTOR, JONATHAN<br>8923 N 152ND E AVE<br>OWASSO, OK 74055-8489<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1344<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,181.46 | $2,181.46 |

| Part 1: | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1204** | **Priority creditor's name and mailing address**
PRYOR, DEBORAH
4640 E INDEPENDENCE ST
TULSA, OK 74115-7433

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1754

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,065.13   Priority amount: $2,065.13

**2.1205** | **Priority creditor's name and mailing address**
PRYOR, MATTHEW
906 S RUSSELL ST
SKIATOOK, OK 74070-2122

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0838

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,886.09   Priority amount: $4,886.09

**2.1206** | **Priority creditor's name and mailing address**
PRYOR, THOMAS
18162 S RANCH RD
CLAREMORE, OK 74017-1926

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4853

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,539.26   Priority amount: $7,539.26

**2.1207** | **Priority creditor's name and mailing address**
PURDY, MICHAEL
5920E 24TH ST
TULSA, OK 74114-3810

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9060

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,634.74   Priority amount: $4,634.74

**2.1208** | **Priority creditor's name and mailing address**
PURVIS, MICHAEL
27617 E. 64TH ST. S.
BROKEN ARROW, OK 74014-8555

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4569

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,422.08   Priority amount: $7,422.08

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1209**  **Priority creditor's name and mailing address**

PUTMAN, SANDRA
26775 E 71ST ST S
BROKEN ARROW, OK  74014-5602

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2842

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,569.03    Priority amount: $2,569.03

---

**2.1210**  **Priority creditor's name and mailing address**

PYEATT, JASON
11635 EAST 16TH STREET
TULSA, OK  74128-5600

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6341

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,456.02    Priority amount: $6,456.02

---

**2.1211**  **Priority creditor's name and mailing address**

QUEZADA, MANUEL
7609 N 174TH E AVE
OWASSO, OK  74055-5825

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0970

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,422.47    Priority amount: $5,422.47

---

**2.1212**  **Priority creditor's name and mailing address**

QUINNETT JR, CHRISTOPHER
17183 S CREEKWOOD CT.
CLAREMORE, OK  74017-2395

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1593

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,705.45    Priority amount: $4,705.45

---

**2.1213**  **Priority creditor's name and mailing address**

QUISENBERRY, BENJAMIN
10520 S. HUDSON PL
TULSA, OK  74137-7056

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9332

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,470.87    Priority amount: $12,470.87

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1214 | **Priority creditor's name and mailing address** <br> RABBITT, ANNA <br> 908 W. GLENWOOD ST. <br> BROKEN ARROW, OK  74011-5024 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 2289** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $2,714.02 | $2,714.02 |
| 2.1215 | **Priority creditor's name and mailing address** <br> RABBITT, KENNETH SCOTT <br> 908 W. GLENWOOD ST. <br> BROKEN ARROW, OK  74011-6421 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 6234** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $5,782.51 | $5,782.51 |
| 2.1216 | **Priority creditor's name and mailing address** <br> RABER, TRESTA <br> P.O. BOX 1285 <br> MUSKOGEE, OK  74402-1285 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 3541** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $70.52 | $70.52 |
| 2.1217 | **Priority creditor's name and mailing address** <br> RACKLIFF, NICOLE <br> 9107 S 85TH EAST AVE <br> TULSA, OK  74133-5526 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 3503** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $2,438.22 | $2,438.22 |
| 2.1218 | **Priority creditor's name and mailing address** <br> RADER, JAMES <br> 6800 S CHESTNUT AVE <br> BROKEN ARROW, OK  74011-1879 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 3323** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $2,362.33 | $2,362.33 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| | | | | |
|---|---|---|---|---|
| 2.1219 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,334.63 | $8,334.63 |

RADFORD, DELANO
516 E PINE PL
TULSA, OK 74106-4302

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6135

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.1220 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,062.21 | $4,062.21 |

RADFORD, JASON
3314 E 58TH STREET
TULSA, OK 74135-4149

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1703

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.1221 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,984.58 | $4,984.58 |

RAGLIN, STEVE
P.O. BOX 1314
SAND SPRINGS, OK 74063-1314

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1996

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.1222 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,147.22 | $2,147.22 |

RAINBOLT, DENNIS
3011 S 282ND E AVE
BROKEN ARROW, OK 74014-4828

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6895

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.1223 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,344.29 | $4,344.29 |

RAMSEY, LLOYD
34066 W 181ST ST S
BRISTOW, OK 74010-2184

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9293

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1224** | **Priority creditor's name and mailing address**
RANDALL, JOSEPH
15301 E 89TH CT N
OWASSO, OK  74055-8509

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2821

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $1,436.84     Priority amount $1,436.84

---

**2.1225** | **Priority creditor's name and mailing address**
RANDOLPH, MICHAEL
11534 S 337 W AVE.
BRISTOW, OK  74010-2571

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8317

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $5,204.82     Priority amount $5,204.82

---

**2.1226** | **Priority creditor's name and mailing address**
RATLIFF, DONNA
1424 N COLLEGE AVE
TULSA, OK  74110-4802

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5537

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $4,206.99     Priority amount $4,206.99

---

**2.1227** | **Priority creditor's name and mailing address**
RAVENS, PAMELA
8588 E 540 RD
CLAREMORE, OK  74017-0816

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3966

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $5,412.21     Priority amount $5,412.21

---

**2.1228** | **Priority creditor's name and mailing address**
RAY, SHANNON
1001 N CEDAR ST
OWASSO, OK  74055-5553

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3086

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $1,272.50     Priority amount $1,272.50

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1229** | **Priority creditor's name and mailing address**<br>RAYIDI, ANIL<br>7896 E.126TH ST. S.<br>APT #634<br>BIXBY, OK 74008-2484<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3298<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $9,068.22 | $9,068.22 |
| **2.1230** | **Priority creditor's name and mailing address**<br>REAGAN WILKERSON, JUSTIN<br>2016 W DELMAR ST<br>BROKEN ARROW, OK 74012-7507<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3361<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,223.56 | $1,223.56 |
| **2.1231** | **Priority creditor's name and mailing address**<br>REAGOR, BILLY<br>2618 EAST 8TH STREET APT. A<br>TULSA, OK 74014-3344<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2395<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,183.56 | $1,183.56 |
| **2.1232** | **Priority creditor's name and mailing address**<br>REANS, SCOTT<br>3820 W ARCHER ST<br>TULSA, OK 74127-8150<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5052<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $4,215.76 | $4,215.76 |
| **2.1233** | **Priority creditor's name and mailing address**<br>REDDICK, KEVIN<br>6850 HIDDEN ACRE TRAIL<br>OWASSO, OK 74055-6765<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6906<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $6,692.19 | $6,692.19 |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1234** | **Priority creditor's name and mailing address**
REDDY, VENKAT
4716 W LOUISVILLE PL
BROKEN ARROW, OK  74012-6032

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9597

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim $12,850.00 | Priority amount $12,850.00

---

**2.1235** | **Priority creditor's name and mailing address**
REDFEARN, JOSHUA
3215 BERMUDA DR
SAND SPRINGS, OK  74063-4412

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6660

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim $3,197.17 | Priority amount $3,197.17

---

**2.1236** | **Priority creditor's name and mailing address**
REDWINE, DAVID
10118 E 93RD ST N
OWASSO, OK  74055-6892

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3341

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim $5,232.88 | Priority amount $5,232.88

---

**2.1237** | **Priority creditor's name and mailing address**
REED, KELLEY
963 E. 36TH ST.
TULSA, OK  74105-3047

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2014

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim $1,397.83 | Priority amount $1,397.83

---

**2.1238** | **Priority creditor's name and mailing address**
REEVE, SHELBY
11657 E 83RD ST N APT C
OWASSO, OK  74055-2187

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3519

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim $195.29 | Priority amount $195.29

| Part 1: | Additional Page | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.1239**   **Priority creditor's name and mailing address**

REEVES, TODD
101 E BROADWAY
APT. 2
OWASSO, OK 74055-2935

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3529

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $6,362.72   Priority amount: $6,362.72

---

**2.1240**   **Priority creditor's name and mailing address**

REIMAN, FREDRICK
2220 E. 17TH PL.
TULSA, OK 74104-5316

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5424

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $7,541.56   Priority amount: $7,541.56

---

**2.1241**   **Priority creditor's name and mailing address**

REMINGTON, MICHAEL
P.O. BOX 1363
CUSHING, OK 74023-1363

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6152

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $4,790.79   Priority amount: $4,790.79

---

**2.1242**   **Priority creditor's name and mailing address**

REPLOGLE, JOHN
27184 E. 61ST ST. SOUTH
BROKEN ARROW, OK 74014-0000

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5240

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $9,262.29   Priority amount: $9,262.29

---

**2.1243**   **Priority creditor's name and mailing address**

REPLOGLE, MARK
933 S 131ST EAST AVE
TULSA, OK 74108-2506

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2240

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $1,794.43   Priority amount: $1,794.43

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1244** **Priority creditor's name and mailing address**
REPLOGLE, PEGGY
25259 E. 93RD ST. S.
BROKEN ARROW, OK 74014-7880

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8942

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,048.48   Priority amount: $3,048.48

---

**2.1245** **Priority creditor's name and mailing address**
RETHERFORD, BILLY
1014 S. BATTLE RIDGE ROAD
CUSHING, OK 74023-6754

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5131

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,248.12   Priority amount: $5,248.12

---

**2.1246** **Priority creditor's name and mailing address**
RHEA, WESLEY
7203 S DENNIS BLVD
BROKEN ARROW, OK 74014-2610

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2987

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,971.58   Priority amount: $2,971.58

---

**2.1247** **Priority creditor's name and mailing address**
RICE, SAMUEL
1224 S SHE SHE AVE
HOMINY, OK 74035-6516

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3473

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $324.16   Priority amount: $324.16

---

**2.1248** **Priority creditor's name and mailing address**
RICHARDS, DANIEL
13217 W 78TH ST. SOUTH
SAPULPA, OK 74066-8181

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5642

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,441.28   Priority amount: $8,441.28

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1249** | **Priority creditor's name and mailing address**

RICHARDSON, DONNA
9469 E. 106TH PL S
TULSA, OK 74133-6439

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1478

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $11,911.79    Priority amount: $11,911.79

---

**2.1250** | **Priority creditor's name and mailing address**

RICHARDSON, FAITH
11934 N 108TH E AVE
COLLINSVILLE, OK 74021-5541

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7018

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $9,862.89    Priority amount: $9,862.89

---

**2.1251** | **Priority creditor's name and mailing address**

RICHARDSON, GINA
12818 S 114TH E AVE
BROKEN ARROW, OK 74011-5209

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3325

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $815.67    Priority amount: $815.67

---

**2.1252** | **Priority creditor's name and mailing address**

RICHARDSON, LARRY
18242 S RANCH RD
CLAREMORE, OK 74019-1938

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0913

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,724.46    Priority amount: $3,724.46

---

**2.1253** | **Priority creditor's name and mailing address**

RICHARDSON, LYDIA
18242 S RANCH RD
CLAREMORE, OK 74019-1938

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4716

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,388.68    Priority amount: $6,388.68

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|--|--|-----------------|---------------------|

**2.1254** | **Priority creditor's name and mailing address**

RIFFLE, CHRISTOPHER
4012 W. QUEENS ST.
BROKEN ARROW, OK  74012-9153

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6772

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,822.37      Priority amount: $7,822.37

---

**2.1255** | **Priority creditor's name and mailing address**

RIGGS, BRIAN
30990 S PUBLIC ST
INOLA, OK  74036-3159

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3520

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,933.15      Priority amount: $1,933.15

---

**2.1256** | **Priority creditor's name and mailing address**

RILLO, ANDREW
709 W BOSTON ST
BROKEN ARROW, OK  74012-6958

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3426

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $654.93      Priority amount: $654.93

---

**2.1257** | **Priority creditor's name and mailing address**

RIVERA, JESUS
18679 JUNIPER ST
HESPERIA, CA  92345-6421

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3398

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $945.21      Priority amount: $945.21

---

**2.1258** | **Priority creditor's name and mailing address**

ROACH, JEFFERY
15354 N 55TH WEST AVE
SKIATOOK, OK  74070-4771

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2526

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $9,037.74      Priority amount: $9,037.74

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1259** | **Priority creditor's name and mailing address**
ROBBINS, MARK
326 W 50TH PL
SAND SPRINGS, OK  74063-3231

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4908

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,428.00  Priority amount: $5,428.00

---

**2.1260** | **Priority creditor's name and mailing address**
ROBERSON, MICHAEL
730 N 23RD WEST AVE
TULSA, OK  74127-5203

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9077

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,407.87  Priority amount: $1,407.87

---

**2.1261** | **Priority creditor's name and mailing address**
ROBERTS, BRENTON
14 W 43RD ST
SAND SPRINGS, OK  74063-3221

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1386

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,477.81  Priority amount: $2,477.81

---

**2.1262** | **Priority creditor's name and mailing address**
ROBERTS, DALE
504 MEADOWOOD DR
BROKEN ARROW, OK  74011-8611

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5497

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,926.53  Priority amount: $3,926.53

---

**2.1263** | **Priority creditor's name and mailing address**
ROBERTS, DAVID
306 W 49TH ST
SAND SPRINGS, OK  74063-3233

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2552

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,477.62  Priority amount: $3,477.62

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.1264**  **Priority creditor's name and mailing address**

ROBERTS, JOSEPH
461 S 105 E PL
TULSA, OK 74128-1444

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0021

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,298.40  Priority amount: $4,298.40

---

**2.1265**  **Priority creditor's name and mailing address**

ROBERTS, MICHAEL
8267 E 33RD ST
TULSA, OK 74145-1405

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2845

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,728.45  Priority amount: $7,728.45

---

**2.1266**  **Priority creditor's name and mailing address**

ROBERTS, RUSTIN
18410 S 27TH W AVE
MOUNDS, OK 74047-4748

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9110

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,197.15  Priority amount: $7,197.15

---

**2.1267**  **Priority creditor's name and mailing address**

ROBERTSON, TERRY
12775 S 121ST EAST AVE
BROKEN ARROW, OK 74011-5402

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2379

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,633.44  Priority amount: $4,633.44

---

**2.1268**  **Priority creditor's name and mailing address**

ROBINSON, CHRISTOPHER
4504 S. ELM
APT. 4504
BROKEN ARROW, OK 74011-4662

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2172

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,633.93  Priority amount: $1,633.93

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1269 | **Priority creditor's name and mailing address**<br>ROBINSON, JERRY<br>4621 S 93RD E AVE<br>TULSA, OK 74145-7239<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2456**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,757.14 | $8,757.14 |
| 2.1270 | **Priority creditor's name and mailing address**<br>ROBINSON, JESSICA<br>P.O. BOX 803<br>COLLINSVILLE, OK 74021-0803<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2425**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,315.59 | $1,315.59 |
| 2.1271 | **Priority creditor's name and mailing address**<br>ROBINSON, JOHN<br>7220 S 230TH E AVE<br>BROKEN ARROW, OK 74014-2438<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1283**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,663.69 | $5,663.69 |
| 2.1272 | **Priority creditor's name and mailing address**<br>ROBINSON, LARRY<br>2843 W HASKELL PL<br>TULSA, OK 74127-5119<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4753**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,879.22 | $4,879.22 |
| 2.1273 | **Priority creditor's name and mailing address**<br>ROBISON, STEVE<br>648A EARTHSIDE DR<br>CLAREMORE, OK 74018-1503<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5725**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,054.02 | $4,054.02 |

| Part 1: | Additional Page |
|---|---|

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1274** | **Priority creditor's name and mailing address**

RODERICK, JAMES
16705 E 49TH PL
TULSA, OK  74134-7189

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8020

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$9,044.95    $9,044.95

---

**2.1275** | **Priority creditor's name and mailing address**

RODERICK, JODI
16705 E 49TH PL
TULSA, OK  74134-7189

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6523

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$8,866.50    $8,866.50

---

**2.1276** | **Priority creditor's name and mailing address**

RODGERS, CORA
705 S 91ST EAST AVE
TULSA, OK  74112-4803

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2675

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$2,267.26    $2,267.26

---

**2.1277** | **Priority creditor's name and mailing address**

RODRIGUEZ, MICHAEL
19119 E 49TH ST
TULSA, OK  74134-7215

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2859

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$7,328.59    $7,328.59

---

**2.1278** | **Priority creditor's name and mailing address**

ROGERS, DANNY
11115 N 148TH EAST AVE
OWASSO, OK  74055-9424

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3332

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$877.80    $877.80

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1279** | **Priority creditor's name and mailing address**<br>ROGERS, DAVID<br>P.O. BOX 1613<br>612 GREENWOOD AVE.<br>MANNFORD, OK  74044-1613<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5059<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $12,850.00 | $12,850.00 |
| **2.1280** | **Priority creditor's name and mailing address**<br>ROGERS, IAN<br>2516 E 1ST ST<br>TULSA, OK  74104-1604<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3364<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,152.06 | $1,152.06 |
| **2.1281** | **Priority creditor's name and mailing address**<br>ROGERS, MARVIN<br>29247 S TOMAHAWK RD<br>CATOOSA, OK  74015-5955<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4076<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,534.16 | $3,534.16 |
| **2.1282** | **Priority creditor's name and mailing address**<br>ROMERO, JASON<br>217 E. FARGO ST<br>BROKEN ARROW, OK  74012-7529<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9078<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $5,030.22 | $5,030.22 |
| **2.1283** | **Priority creditor's name and mailing address**<br>ROMINE, MARK<br>550 N 251ST RD<br>MOUNDS, OK  74047-5314<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5731<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $7,967.79 | $7,967.79 |

| **Part 1:** | **Additional Page** |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1284 | **Priority creditor's name and mailing address**<br><br>ROSE, DUSTIN<br>4600 S HIGHWAY 28 UNIT 119<br>CHELSEA, OK  74016-1297<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3242<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $871.24 | $871.24 |
| 2.1285 | **Priority creditor's name and mailing address**<br><br>ROTHLEIN, MICHAEL<br>2601 W WINSTON ST<br>BROKEN ARROW, OK  74011-1887<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2831<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $9,698.63 | $9,698.63 |
| 2.1286 | **Priority creditor's name and mailing address**<br><br>ROUGHFACE, MITZII<br>9300 FREEDOM RD #618<br>SAPULPA, OK  74066-3223<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2188<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,076.99 | $3,076.99 |
| 2.1287 | **Priority creditor's name and mailing address**<br><br>ROUSH, DANIEL<br>4946 E 26TH TER<br>TULSA, OK  74114-4923<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0535<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,301.87 | $5,301.87 |
| 2.1288 | **Priority creditor's name and mailing address**<br><br>ROWE, DARRYL<br>31810 S 4320 RD<br>INOLA, OK  74036-6085<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9598<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,992.15 | $8,992.15 |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.1289 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,452.56 | $3,452.56 |
|---|---|---|---|---|

RUBIO, GUSTAVO
11636 N 103RD EAST AVE
COLLINSVILLE, OK  74021-4821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2438

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 2.1290 | **Priority creditor's name and mailing address** | | $3,811.82 | $3,811.82 |
|---|---|---|---|---|

RUBOTTOM, JOHN
9004 N 134TH EAST AVE
OWASSO, OK  74055-2554

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2196

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 2.1291 | **Priority creditor's name and mailing address** | | $5,882.93 | $5,882.93 |
|---|---|---|---|---|

RUPP, TAMARA
18310 E. 42ND ST. S.
TULSA, OK  74134-5949

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4169

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 2.1292 | **Priority creditor's name and mailing address** | | $2,696.55 | $2,696.55 |
|---|---|---|---|---|

RUSH, BRADY
16674 W. KING ST.
SAPULPA, OK  74066-3075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8485

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 2.1293 | **Priority creditor's name and mailing address** | | $3,427.33 | $3,427.33 |
|---|---|---|---|---|

RUSH, BRIAN
16505 W KING ST
SAPULPA, OK  74066-2946

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9004

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

| Part 1: | Additional Page | | |
| --- | --- | --- | --- |
| | | **Total claim** | **Priority amount** |

| 2.1294 | **Priority creditor's name and mailing address**<br>RUSH, KARIE<br>11661 S HWY 48<br>BRISTOW, OK 74010-8718<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9844<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $4,201.50 | $4,201.50 |
| 2.1295 | **Priority creditor's name and mailing address**<br>RUSH, ROBERT<br>11661 S. HWY. 48<br>BRISTOW, OK 74010-8718<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4172<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $8,678.55 | $8,678.55 |
| 2.1296 | **Priority creditor's name and mailing address**<br>RUSLING, GAVIN<br>512 N. QUANAH AVE<br>TULSA, OK 74127-6913<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0745<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $4,774.73 | $4,774.73 |
| 2.1297 | **Priority creditor's name and mailing address**<br>RUSS, ROGER<br>14851 E. 430RD<br>CLAREMORE, OK 74017-3499<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1800<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $4,051.40 | $4,051.40 |
| 2.1298 | **Priority creditor's name and mailing address**<br>RUSSELL, JAMES<br>7850 N 161 E CT<br>OWASSO, OK 74055-5941<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9797<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $7,824.46 | $7,824.46 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.1299** | **Priority creditor's name and mailing address**
RUSSELL, MARK
5508 E 35TH ST
TULSA, OK  74135-5224

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2669

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,193.41   Priority amount: $5,193.41

---

**2.1300** | **Priority creditor's name and mailing address**
RUSSELL, TODD
207 W 31ST ST
SAND SPRINGS, OK  74063-3522

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1696

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,516.39   Priority amount: $4,516.39

---

**2.1301** | **Priority creditor's name and mailing address**
RUSSELL, TYLER
207 W 31ST ST
SAND SPRINGS, OK  74063-3522

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3181

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,292.26   Priority amount: $1,292.26

---

**2.1302** | **Priority creditor's name and mailing address**
RUTLEDGE, RYAN
4014 EAST 25TH STREET
TULSA, OK  74114-4702

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8830

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,212.06   Priority amount: $6,212.06

---

**2.1303** | **Priority creditor's name and mailing address**
RUTTER, JOSHUA
21744 SUMMIT TRL
CLAREMORE, OK  74019-1814

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3366

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,144.38   Priority amount: $2,144.38

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1304** — **Priority creditor's name and mailing address**
RYKERT, DANIEL
8107 E 93RD STREET UNIT 1209
TULSA, OK 74133-5530

**Date or dates debt was incurred**

**Last 4 digits of account number: 3358**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $4,701.78   Priority amount: $4,701.78

---

**2.1305** — **Priority creditor's name and mailing address**
SADLER, LISA
25142 S. LARIAT CT
CLAREMORE, OK 74019-4385

**Date or dates debt was incurred**

**Last 4 digits of account number: 2832**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $1,941.02   Priority amount: $1,941.02

---

**2.1306** — **Priority creditor's name and mailing address**
SALIE, FREDERICK
102 S 62ND ST
BROKEN ARROW, OK 74014-6902

**Date or dates debt was incurred**

**Last 4 digits of account number: 8782**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $6,876.95   Priority amount: $6,876.95

---

**2.1307** — **Priority creditor's name and mailing address**
SALMON, CHRISTOPHER
7406 S OAK PL
BROKEN ARROW, OK 74011-5813

**Date or dates debt was incurred**

**Last 4 digits of account number: 3096**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $4,778.93   Priority amount: $4,778.93

---

**2.1308** — **Priority creditor's name and mailing address**
SAMILTON, LEWIS
1633 E OMAHA ST APT A3
BROKEN ARROW, OK 74012-0333

**Date or dates debt was incurred**

**Last 4 digits of account number: 3504**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $195.45   Priority amount: $195.45

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1309** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,576.66 | $3,576.66

SAMMS, PATRICIA
3301 NORTH ELM AVENUE
APT. #1105
BROKEN ARROW, OK  74012-7980

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 1825**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1310** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $328.44 | $328.44

SAMPSON, SHELLEY
1620 N 23RD WEST AVE
TULSA, OK  74127-2202

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 3482**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1311** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,164.55 | $3,164.55

SAMS, JOEY
90 LAKE COUNTRY RD
MANNFORD, OK  74044-9522

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 1731**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1312** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,832.73 | $3,832.73

SANCHEZ, JOSE
1000  S WILLOW AVE
BROKEN ARROW, OK  74012-4518

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 9623**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1313** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $824.88 | $824.88

SANCHEZ, PATRICK
15108 E 36TH ST
TULSA, OK  74134-4841

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 3232**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| | | | |
|---|---|---|---|
| 2.1314 | **Priority creditor's name and mailing address**<br>SANCHEZ, PAUL<br>11114 S. CEDAR ST.<br>JENKS, OK 74037-3371<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 7024<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,933.15 | $4,933.15 |
| 2.1315 | **Priority creditor's name and mailing address**<br>SANDERS, JODY<br>16410 E 49TH ST<br>TULSA, OK 74134-7193<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3619<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,664.46 | $12,664.46 |
| 2.1316 | **Priority creditor's name and mailing address**<br>SANDERS, TYLER<br>16410 E 49TH ST<br>TULSA, OK 74134-7193<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2148<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,144.11 | $1,144.11 |
| 2.1317 | **Priority creditor's name and mailing address**<br>SANTIAGO, LUIS<br>564 E 138TH PL<br>GLENPOOL, OK 74033-2831<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9863<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,728.84 | $2,728.84 |
| 2.1318 | **Priority creditor's name and mailing address**<br>SARSFIELD, MARK<br>2500 S WILLOW AVE<br>BROKEN ARROW, OK 74012-9477<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3474<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,334.27 | $4,334.27 |

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1319** | **Priority creditor's name and mailing address**<br>SAUER, STEVE<br>10132 E 120TH ST N<br>COLLINSVILLE, OK 74021-4800<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3379<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,152.99 | $1,152.99 |
| **2.1320** | **Priority creditor's name and mailing address**<br>SCHAEFER, BETH<br>4006 S. MAPLE AVE.<br>SAND SPRINGS, OK 74063-4428<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9911<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,500.49 | $4,500.49 |
| **2.1321** | **Priority creditor's name and mailing address**<br>SCHALK, SARAH<br>17400 N 116TH WEST AVE<br>SKIATOOK, OK 74070-5534<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2922<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,579.85 | $2,579.85 |
| **2.1322** | **Priority creditor's name and mailing address**<br>SCHLEGEL, BRIAN<br>6947 HIDDEN ACRE TRAIL<br>OWASSO, OK 74055-6292<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1460<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |
| **2.1323** | **Priority creditor's name and mailing address**<br>SCHNACKE, GARY<br>413 N FOREST RIDGE BLVD<br>BROKEN ARROW, OK 74014-2761<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3270<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,825.28 | $2,825.28 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1324 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,656.33 | $3,656.33 |

### 2.1324

**Priority creditor's name and mailing address**

SCHULTZE, BRADFORD
1535 SW JENNINGS AVE
BARTLESVILLE, OK  74003-5711

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9207

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,656.33
Priority amount: $3,656.33

### 2.1325

**Priority creditor's name and mailing address**

SCHWENDEMANN, JACOB
1712 S 4TH ST
BROKEN ARROW, OK  74012-6523

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1955

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,656.99
Priority amount: $1,656.99

### 2.1326

**Priority creditor's name and mailing address**

SCOTT, BRUCE
10473 N 57TH W AVE.
SPERRY, OK  74073-4832

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2039

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,734.87
Priority amount: $3,734.87

### 2.1327

**Priority creditor's name and mailing address**

SCOTT, CORINTHIA
12626 N 130TH EAST AVE
COLLINSVILLE, OK  74021-4153

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3521

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $213.04
Priority amount: $213.04

### 2.1328

**Priority creditor's name and mailing address**

SCOTT, JEFFREY
24262 E 55TH ST S
BROKEN ARROW, OK  74014-5313

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9343

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,106.92
Priority amount: $4,106.92

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1329**  **Priority creditor's name and mailing address**

SCROGGINS, DANNY
16152 S 4130 RD
CLAREMORE, OK 74017-0091

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0616

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,678.32    Priority amount: $5,678.32

---

**2.1330**  **Priority creditor's name and mailing address**

SEALS, SONYA
2613 W HASKELL PLACE
TULSA, OK 74127-5127

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0418

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,928.66    Priority amount: $5,928.66

---

**2.1331**  **Priority creditor's name and mailing address**

SEARA, DENISE
641 E 140 ST
GLENPOOL, OK 74033-2924

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3017

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,474.35    Priority amount: $2,474.35

---

**2.1332**  **Priority creditor's name and mailing address**

SECRIST, KAYLA
13109 E 89TH ST N
OWASSO, OK 74055-4775

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1890

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,269.69    Priority amount: $2,269.69

---

**2.1333**  **Priority creditor's name and mailing address**

SEDWICK, NICHOLAS
1232 S ATLANTA AVE
TULSA, OK 74104-4307

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3316

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,232.14    Priority amount: $1,232.14

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1334** | **Priority creditor's name and mailing address**<br>SELENSKY, KEITH<br>42 RICHARD DRIVE<br>SAND SPRINGS, OK  74063-7473<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8863**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,562.54 | $4,562.54 |
| **2.1335** | **Priority creditor's name and mailing address**<br>SELLERS, JUSTIN<br>14633 EAGLE DRIVE<br>CLAREMORE, OK  74017-0819<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 6482**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,470.68 | $6,470.68 |
| **2.1336** | **Priority creditor's name and mailing address**<br>SEPTIANO, ALBERT<br>10942 S 86TH EAST AVE<br>TULSA, OK  74133-7226<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2967**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,186.58 | $3,186.58 |
| **2.1337** | **Priority creditor's name and mailing address**<br>SEVART, JEFF<br>8571 N CINCINNATI AVE<br>SPERRY, OK  74073-3993<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8899**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,165.04 | $7,165.04 |
| **2.1338** | **Priority creditor's name and mailing address**<br>SEYLLER, EDWARD<br>1114 W VICKSBURG CT.<br>BROKEN ARROW, OK  74011-1552<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 6625**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,006.72 | $4,006.72 |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1339** | **Priority creditor's name and mailing address**

SHAEFFER, CLIFFORD
13813 EAST 93RD CIRCLE NORTH
OWASSO, OK 74055-5350

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2684

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

**Total claim** $12,850.00    **Priority amount** $12,850.00

---

**2.1340** | **Priority creditor's name and mailing address**

SHAHID, SHAHAB
7614 E 87TH ST
TULSA, OK 74133-4817

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3097

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,556.16    $1,556.16

---

**2.1341** | **Priority creditor's name and mailing address**

SHANNON II, TERRY
2631 N YORKTOWN AVE
TULSA, OK 74110-1752

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3400

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$650.96    $650.96

---

**2.1342** | **Priority creditor's name and mailing address**

SHAW, KENNETH
P.O. BOX 433
SAPULPA, OK 74067-0433

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3593

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$4,322.01    $4,322.01

---

**2.1343** | **Priority creditor's name and mailing address**

SHAW, VALERIE
1324 W MARSHALL ST
TULSA, OK 74127-5321

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3609

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$5,939.21    $5,939.21

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1344**    **Priority creditor's name and mailing address**

SHEAFFER, CHRISTOPHER
209 S MAPLE ST
SAPULPA, OK 74066-4334

**Date or dates debt was incurred**

**Last 4 digits of account number: 5323**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,328.26    Priority amount: $5,328.26

---

**2.1345**    **Priority creditor's name and mailing address**

SHELTON, TYSON
1307 MEADOW LN
BARTLESVILLE, OK 74006-5322

**Date or dates debt was incurred**

**Last 4 digits of account number: 0807**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,254.12    Priority amount: $2,254.12

---

**2.1346**    **Priority creditor's name and mailing address**

SHEPHERD, DOUGLAS
6543 S 111TH E AVE
TULSA, OK 74133-1632

**Date or dates debt was incurred**

**Last 4 digits of account number: 1226**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00    Priority amount: $12,850.00

---

**2.1347**    **Priority creditor's name and mailing address**

SHEPPARD, MARK
102 COBBLERS CT
POOLER, GA 31322-4927

**Date or dates debt was incurred**

**Last 4 digits of account number: 3330**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,060.79    Priority amount: $8,060.79

---

**2.1348**    **Priority creditor's name and mailing address**

SHILEY, CODY
1107 E 45TH PL APT 4
TULSA, OK 74105-4532

**Date or dates debt was incurred**

**Last 4 digits of account number: 3489**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $239.67    Priority amount: $239.67

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1349** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,098.96 | $7,098.96

SHIPMAN, BENJAMIN
1781  WOODVIEW DR
SPERRY, OK  74073-3849

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 9463**

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.1350** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,809.00 | $3,809.00

SHIRLEY, JANET
616 MILL ST.
BARTLESVILLE, OK  74003-3919

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 0827**

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.1351** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,759.94 | $5,759.94

SHOAF, VERNON
620 S HEMLOCK AVE
BROKEN ARROW, OK  74012-3243

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 5050**

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.1352** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,863.55 | $4,863.55

SHOCKLEY, DEBRA
19305A E HIGHWAY 20
CLAREMORE, OK  74019-3304

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 1710**

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.1353** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,295.76 | $10,295.76

SHOCKLEY, THOMAS
1140 W DURHAM ST
BROKEN ARROW, OK  74011-3213

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 5446**

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1354 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,912.04 | $3,912.04 |

SHOEMAKE, JOSEPH
1628 S. REDBUD PL.
BROKEN ARROW, OK 74012-5108

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 9924

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.1355 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,859.22 | $3,859.22 |
|---|---|---|---|---|

SHOOK JR, BOBBY
10605 E 112TH PL N
OWASSO, OK 74055-4224

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2242

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.1356 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,685.84 | $4,685.84 |
|---|---|---|---|---|

SHOOPMAN, JEFFREY
11648 SHELL CREEK RD.
SAND SPRINGS, OK 74063-5729

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 0234

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.1357 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,253.56 | $8,253.56 |
|---|---|---|---|---|

SHUCK, TIMOTHY
29780 S HOPE DR
CATOOSA, OK 74015-6064

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 5826

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.1358 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,850.00 | $12,850.00 |
|---|---|---|---|---|

SIEGFRIED, BAILEY
2440 E 28TH ST
TULSA, OK 74114-5611

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 1328

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1359** | **Priority creditor's name and mailing address**

SIEGFRIED, J
2109 E 30TH PL
TULSA, OK 74114-5429

**Date or dates debt was incurred**

**Last 4 digits of account number: 2123**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMP AND PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00    Priority amount: $12,850.00

---

**2.1360** | **Priority creditor's name and mailing address**

SIEGFRIED, RAEGEN
2660 S. BIRMINGHAM PL #L
TULSA, OK 74114-4322

**Date or dates debt was incurred**

**Last 4 digits of account number: 2386**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00    Priority amount: $12,850.00

---

**2.1361** | **Priority creditor's name and mailing address**

SIEGFRIED, THEODORE
1356 E. 27TH PLACE
TULSA, OK 74114-5403

**Date or dates debt was incurred**

**Last 4 digits of account number: 8584**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMP AND PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00    Priority amount: $12,850.00

---

**2.1362** | **Priority creditor's name and mailing address**

SIGMON, STEVEN
3508 W 44TH PL
TULSA, OK 74107-7535

**Date or dates debt was incurred**

**Last 4 digits of account number: 2083**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,644.57    Priority amount: $3,644.57

---

**2.1363** | **Priority creditor's name and mailing address**

SILVA, PERLA
10510 N NEW HAVEN AVE
SPERRY, OK 74073-4552

**Date or dates debt was incurred**

**Last 4 digits of account number: 3285**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,006.88    Priority amount: $1,006.88

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

### 2.1364

**Priority creditor's name and mailing address**

SIMMONS, TORRENCE
4314 E 67TH ST UNIT 667
TULSA, OK 74136-2916

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3247

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,032.88    Priority amount: $1,032.88

### 2.1365

**Priority creditor's name and mailing address**

SIMONS, STUART
13650 N. 161ST EAST AVE
COLLINSVILLE, OK 74021-6143

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4623

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $11,256.10    Priority amount: $11,256.10

### 2.1366

**Priority creditor's name and mailing address**

SIMPSON, LEE
3150 S ZUNIS AVE
TULSA, OK 74105-2233

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9394

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00    Priority amount: $12,850.00

### 2.1367

**Priority creditor's name and mailing address**

SIMS, LARRY
P.O. BOX 756
KIEFER, OK 74041-0756

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0486

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,612.05    Priority amount: $5,612.05

### 2.1368

**Priority creditor's name and mailing address**

SINE, THORPE
14560 S. JUSTIN AVE
GLENPOOL, OK 74033-0782

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3680

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,315.69    Priority amount: $7,315.69

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1369**    **Priority creditor's name and mailing address**

SINGLETON, RODNEY
2215 N XANTHUS AVE
TULSA, OK 74110-2029

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2421

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,099.13    Priority amount: $1,099.13

---

**2.1370**    **Priority creditor's name and mailing address**

SIRMON, ROGER
9897 E NORTHLEA
CLAREMORE, OK 74017-1496

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3202

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,329.37    Priority amount: $4,329.37

---

**2.1371**    **Priority creditor's name and mailing address**

SISCO, RICKY
HC61 BOX 225
LENAPAH, OK 74042-9726

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1785

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,592.08    Priority amount: $1,592.08

---

**2.1372**    **Priority creditor's name and mailing address**

SISNEY, JARROD
RR 1 BOX 336-2
WANN, OK 74083-0000

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1115

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,637.27    Priority amount: $1,637.27

---

**2.1373**    **Priority creditor's name and mailing address**

SISTEM DE ADMINISTRACION TRIBUTARIA
AVE HIDALGO 77 COL GUERRERO CP 06300
MEXICO CITY
MEXICO

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
MEXICO DIVISION INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $99,521.04    Priority amount: $99,521.04

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.1374 | **Priority creditor's name and mailing address**<br>SKAGGS, LEISHA<br>23505 E. 135TH ST. S.<br>COWETA, OK 74429-6754<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0041<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,329.62 | $3,329.62 |
| 2.1375 | **Priority creditor's name and mailing address**<br>SKELTON, JON<br>1660 SOUTH PINE AVE.<br>BROKEN ARROW, OK 74012-5211<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3126<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,029.87 | $1,029.87 |
| 2.1376 | **Priority creditor's name and mailing address**<br>SKINNER, DAVID<br>11887 E MAPLE DR<br>CLAREMORE, OK 74019-5698<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1150<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,924.78 | $6,924.78 |
| 2.1377 | **Priority creditor's name and mailing address**<br>SKINNER, LATEEF<br>3513 S 149TH EAST AVE<br>TULSA, OK 74134-4803<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3490<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $443.84 | $443.84 |
| 2.1378 | **Priority creditor's name and mailing address**<br>SMALLEY, KRISTA<br>18620 E 46TH ST S<br>TULSA, OK 74134-5508<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3040<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $9,185.71 | $9,185.71 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1379** **Priority creditor's name and mailing address**

SMART, JOHANNA
13855 S. COUNTRY LANE
OOLOGAH, OK 74053-3933

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2527

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,083.12    Priority amount: $3,083.12

---

**2.1380** **Priority creditor's name and mailing address**

SMITH, BLAKE
2906 S. WATER ST.
SAPULPA, OK 74066-9553

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9768

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,037.16    Priority amount: $7,037.16

---

**2.1381** **Priority creditor's name and mailing address**

SMITH, BRADLEY
740 E 34TH ST N
TULSA, OK 74106-1920

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3483

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $248.55    Priority amount: $248.55

---

**2.1382** **Priority creditor's name and mailing address**

SMITH, CHAD
14000 N 145TH EAST AVE
COLLINSVILLE, OK 74021-3643

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0235

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,363.89    Priority amount: $3,363.89

---

**2.1383** **Priority creditor's name and mailing address**

SMITH, CHERYL
8751 N 97TH E AVE
APT 1905
OWASSO, OK 74055-7033

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2131

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,599.84    Priority amount: $3,599.84

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1384 | **Priority creditor's name and mailing address** | $4,253.96 | $4,253.96 |

SMITH, CLIFFORD
14503 N 149TH EAST AVE
COLLINSVILLE, OK  74021-5638

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1546

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 2.1385 | **Priority creditor's name and mailing address** | $6,327.89 | $6,327.89 |
|---|---|---|---|

SMITH, DEBRA
743 N OSWEGO AVE
TULSA, OK  74115-7315

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6548

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 2.1386 | **Priority creditor's name and mailing address** | $1,978.92 | $1,978.92 |
|---|---|---|---|

SMITH, DREW
11650 N 103RD EAST AVE
COLLINSVILLE, OK  74021-4821

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2407

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 2.1387 | **Priority creditor's name and mailing address** | $2,546.05 | $2,546.05 |
|---|---|---|---|

SMITH, JEREMY
300 S. 64TH STREET
BROKEN ARROW, OK  74014-6992

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1514

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 2.1388 | **Priority creditor's name and mailing address** | $3,951.35 | $3,951.35 |
|---|---|---|---|

SMITH, JEROLD
373076 E 1010 RD
OKEMAH, OK  74859-5989

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0664

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1389** **Priority creditor's name and mailing address**

SMITH, KEVIN
1379 E. OLD KEYSTONE RD.
CLEVELAND, OK  74020-9700

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5594

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,409.19   Priority amount: $4,409.19

---

**2.1390** **Priority creditor's name and mailing address**

SMITH, MARY
1007 S. 61ST W. AVE
TULSA, OK  74127-7241

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1741

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,235.72   Priority amount: $4,235.72

---

**2.1391** **Priority creditor's name and mailing address**

SMITH, REX
P.O. BOX 609
BROKEN ARROW, OK  74013-0609

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2875

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $10,011.78   Priority amount: $10,011.78

---

**2.1392** **Priority creditor's name and mailing address**

SMITH, ROSEMARY
10915 E 118TH CT N
COLLINSVILLE, OK  74021-4898

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8975

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,924.13   Priority amount: $3,924.13

---

**2.1393** **Priority creditor's name and mailing address**

SMITH, SHARON
RT 2 BOX 85-300
NOWATA, OK  74048-9505

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8986

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,751.99   Priority amount: $5,751.99

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1394 | **Priority creditor's name and mailing address**<br><br>SMITH, STACY<br>9434 COLONIAL DR<br>CLAREMORE, OK 74019-1783<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2783**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $2,868.24 | $2,868.24 |
| 2.1395 | **Priority creditor's name and mailing address**<br><br>SMITH, STEPHEN<br>544 E MARSHALL PL<br>TULSA, OK 74106-4834<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2041**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $2,297.97 | $2,297.97 |
| 2.1396 | **Priority creditor's name and mailing address**<br><br>SMITH, TIMOTHY<br>8009 S. WHEELING AVE. APT. A<br>TULSA, OK 74136-5203<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2600**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $2,948.03 | $2,948.03 |
| 2.1397 | **Priority creditor's name and mailing address**<br><br>SMITH, TONY<br>130 CAMP DR<br>INDEPENDENCE, KS 67301-7154<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3522**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $1,270.79 | $1,270.79 |
| 2.1398 | **Priority creditor's name and mailing address**<br><br>SMITH, VANCE<br>32341 E 141ST ST<br>COWETA, OK 74429-5739<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9134**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $6,419.96 | $6,419.96 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1399** **Priority creditor's name and mailing address**

SNYDER, JAMES
4818 NASSAU AVE
SAND SPRINGS, OK  74063-2104

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2373

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,283.35    Priority amount: $8,283.35

---

**2.1400** **Priority creditor's name and mailing address**

SNYDER, JUSTIN
9005 N 154TH EAST CT
OWASSO, OK  74055-8513

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2022

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,281.91    Priority amount: $5,281.91

---

**2.1401** **Priority creditor's name and mailing address**

SOUVANNASY, KHAMPHANH
2703 S 138TH EAST AVE
TULSA, OK  74134-3048

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1724

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,486.41    Priority amount: $2,486.41

---

**2.1402** **Priority creditor's name and mailing address**

SPEARS, WESLEY
1042 VALLEY DR
SAND SPRINGS, OK  74063-6314

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3106

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,566.79    Priority amount: $2,566.79

---

**2.1403** **Priority creditor's name and mailing address**

SPENCE, CURTIS
12927 E 132ND ST N
COLLINSVILLE, OK  74021-4376

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1001

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,020.39    Priority amount: $8,020.39

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1404** | **Priority creditor's name and mailing address**<br>SPENCE, JUSTIN<br>15001 E 90TH ST N<br>OWASSO, OK  74055-8486<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2178<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,365.83 | $1,365.83 |
| **2.1405** | **Priority creditor's name and mailing address**<br>SPOERL, WILLIAM<br>28607 E 104TH ST S<br>COWETA, OK  74429-6467<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8864<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,744.33 | $2,744.33 |
| **2.1406** | **Priority creditor's name and mailing address**<br>SPRENGER, PHILIP<br>1518 S NYSSA PL<br>BROKEN ARROW, OK  74012-9009<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1786<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,982.87 | $1,982.87 |
| **2.1407** | **Priority creditor's name and mailing address**<br>SPRENGER, TIMOTHY<br>419 E C ST APT 115<br>JENKS, OK  74037-3342<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1752<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,129.34 | $3,129.34 |
| **2.1408** | **Priority creditor's name and mailing address**<br>SPROWLES, GARY<br>6434 W 6TH  ST<br>TULSA, OK  74127-5707<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0745<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,619.36 | $8,619.36 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.1409** **Priority creditor's name and mailing address**

STACEY, AUSTIN
18238 E 49TH ST
TULSA, OK  74134-7307

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3071

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim $2,920.16    Priority amount $2,920.16

---

**2.1410** **Priority creditor's name and mailing address**

STACEY, COLT
36136 E. 141ST ST. S.
COWETA, OK  74429-6741

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1889

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim $2,547.57    Priority amount $2,547.57

---

**2.1411** **Priority creditor's name and mailing address**

STACY, RONNIE
20907 E 32ND ST S
BROKEN ARROW, OK  74014-5112

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0554

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim $4,936.12    Priority amount $4,936.12

---

**2.1412** **Priority creditor's name and mailing address**

STANE, NOTLEY
903 N CEDAR
OWASSO, OK  74055-5551

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1297

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim $4,140.17    Priority amount $4,140.17

---

**2.1413** **Priority creditor's name and mailing address**

STANLEY, RICKY
P.O. BOX 91
OOLOGAH, OK  74053-0091

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9226

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim $5,550.59    Priority amount $5,550.59

Debtor   The NORDAM Group, Inc. (f/k/a TNG Dissolution, Inc.)   Case 18-11699-MFW   Doc 323   Filed 09/21/18   Case number (if known) 18-11699   Page 314 of 1112

(Name)

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1414** | **Priority creditor's name and mailing address**

STARKS JR, ARNETT
4734 N ELWOOD AVE
TULSA, OK 74126-3157

**Date or dates debt was incurred**

**Last 4 digits of account number: 2629**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,417.42    Priority amount: $2,417.42

---

**2.1415** | **Priority creditor's name and mailing address**

STARNELLA, FRANCO
8445 S 110TH EAST AVE
TULSA, OK 74133-2564

**Date or dates debt was incurred**

**Last 4 digits of account number: 0782**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,669.37    Priority amount: $6,669.37

---

**2.1416** | **Priority creditor's name and mailing address**

STATE OF DELAWARE, DIVISION OF CORPORATIONS
P.O. BOX 5509
BINGHAMPTON, NY 13902-5509

**Date or dates debt was incurred**
2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
FRANCHISE TAX FOR 2018 PRIOR TO 7/23/18

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $335.50    Priority amount: $335.50

---

**2.1417** | **Priority creditor's name and mailing address**

STATE OF OHIO DEPARTMENT OF TAXATION
BUSINESS COMPLIANCE DIVISION
P.O. BOX 2678
COLUMBUS, OH 43216-2678

**Date or dates debt was incurred**
2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
COMMERCIAL ACTIVITY TAX FOR 2018

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.1418** | **Priority creditor's name and mailing address**

STATE OF WASHINGTON DEPARTMENT OF REVENUE
P.O. BOX 47464
OLYMPIA, WA 98504-7464

**Date or dates debt was incurred**
2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
BUSINESS & OCCUPATION TAX FOR JULY PAID IN AUGUST

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,083.95    Priority amount: $1,083.95

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.1419 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,063.75 | $2,063.75 |
|---|---|---|---|---|

STAUFFER, ELLIOT
P.O. BOX 691845
TULSA, OK 74169-1845

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2171

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 2.1420 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,123.85 | $3,123.85 |
|---|---|---|---|---|

STEELMAN, CLIFF
6209 E. EL PASO STREET
BROKEN ARROW, OK 74014-6939

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1725

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 2.1421 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,302.88 | $3,302.88 |
|---|---|---|---|---|

STEELY, JEREMY
607 N MAIN ST
OWASSO, OK 74055-2228

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1904

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 2.1422 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,868.29 | $2,868.29 |
|---|---|---|---|---|

STEENVELD, JOHN
5223 E. 17TH ST.
TULSA, OK 74112-6903

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1646

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 2.1423 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,230.24 | $3,230.24 |
|---|---|---|---|---|

STEPCHINSKI, CHRIS
1022 W PITTSBURG PL
BROKEN ARROW, OK 74012-6636

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0119

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1424** **Priority creditor's name and mailing address**

STESNEY, TERRA
1105 COLHURSTE LN
CLAREMORE, OK  74019-2317

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1928

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $2,539.31  Priority amount $2,539.31

---

**2.1425** **Priority creditor's name and mailing address**

STEVENS, MICHAEL
25540 S HORSECREEK DR
AFTON, OK  74331-9516

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3125

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $1,327.18  Priority amount $1,327.18

---

**2.1426** **Priority creditor's name and mailing address**

STEWARD, MICHAEL
111 S. JAMESTOWN AVE.
TULSA, OK  74112-2354

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4654

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $6,422.87  Priority amount $6,422.87

---

**2.1427** **Priority creditor's name and mailing address**

STEWART, JASON
1017 S DESERT PALM AVE
BROKEN ARROW, OK  74012-8802

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3033

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $6,884.00  Priority amount $6,884.00

---

**2.1428** **Priority creditor's name and mailing address**

STIKA, GREGORY
26878 E 14TH ST.
CATOOSA, OK  74015-4549

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6416

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim $6,466.98  Priority amount $6,466.98

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1429**

**Priority creditor's name and mailing address**
STILLWELL JR, DONALD
1456 N KINGSTON AVE
TULSA, OK 74115-5407

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2113

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $4,704.78  Priority amount: $4,704.78

---

**2.1430**

**Priority creditor's name and mailing address**
STOCKHAM, LEE
9039 N 66TH EAST AVE
OWASSO, OK 74055-7678

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2972

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $12,695.56  Priority amount: $12,695.56

---

**2.1431**

**Priority creditor's name and mailing address**
STOCKMAN, KELLY
15006 S 268TH EAST AVE
COWETA, OK 74429-5399

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2202

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $7,364.45  Priority amount: $7,364.45

---

**2.1432**

**Priority creditor's name and mailing address**
STOKES, ADAM
724 S MAIN
LOFT 15
TULSA, OK 74119-1618

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2009

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $5,983.77  Priority amount: $5,983.77

---

**2.1433**

**Priority creditor's name and mailing address**
STOKES, CODY
12941 E 132ND ST N
COLLINSVILLE, OK 74021-4376

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3221

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $887.68  Priority amount: $887.68

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1434 | **Priority creditor's name and mailing address** STOKES, GARY 400319 WEST 3200 ROAD RAMONA, OK 74061-4061 **Date or dates debt was incurred** **Last 4 digits of account number:** 3630 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $6,209.82 | $6,209.82 |
| 2.1435 | **Priority creditor's name and mailing address** STORRS, GREGORY 8003N FLORENCE AVE SPERRY, OK 74073-4367 **Date or dates debt was incurred** **Last 4 digits of account number:** 9242 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $5,160.89 | $5,160.89 |
| 2.1436 | **Priority creditor's name and mailing address** STORTS, BRIAN 14507 S 53RD EAST AVE BIXBY, OK 74008-4046 **Date or dates debt was incurred** **Last 4 digits of account number:** 2998 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $4,555.05 | $4,555.05 |
| 2.1437 | **Priority creditor's name and mailing address** STOUFFER, NORMAN 3121 PLEASANTVILLE RD MIDLOTHIAN, TX 76065-6957 **Date or dates debt was incurred** **Last 4 digits of account number:** 2677 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $6,910.58 | $6,910.58 |
| 2.1438 | **Priority creditor's name and mailing address** STOUT, MACKENZIE P.O. BOX 1322 OWASSO, OK 74055-1322 **Date or dates debt was incurred** **Last 4 digits of account number:** 2632 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** EMPLOYEE PTO **Is the claim subject to offset?** ☐ No ☑ Yes | $2,265.23 | $2,265.23 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| | | | |
|---|---|---|---|
| 2.1439 | **Priority creditor's name and mailing address**<br>STOVALL, CAROLYN<br>12974 N 124TH EAST PL<br>COLLINSVILLE, OK  74021-7171<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2695<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,613.16 | $1,613.16 |
| 2.1440 | **Priority creditor's name and mailing address**<br>STOVALL, JACKSON<br>12974 N 124TH EAST PL<br>COLLINSVILLE, OK  74021-7171<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2450<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,540.29 | $4,540.29 |
| 2.1441 | **Priority creditor's name and mailing address**<br>STRATTON, JAMES<br>785 S PINE<br>OOLOGAH, OK  74053-4154<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2658<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $10,224.96 | $10,224.96 |
| 2.1442 | **Priority creditor's name and mailing address**<br>STRODE, ANGELA<br>4615 E 56TH PL<br>TULSA, OK  74135-4311<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2923<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,726.01 | $5,726.01 |
| 2.1443 | **Priority creditor's name and mailing address**<br>STROH, KRYSTEN<br>22606 E 105TH ST S<br>BROKEN ARROW, OK  74014-6227<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3409<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,397.41 | $3,397.41 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | | **Total claim** | **Priority amount** |
|--|--|--|--|--|

**2.1444** | **Priority creditor's name and mailing address**
STROOT, TIFFANY
12 W LATIMER ST
TULSA, OK 74106-5158

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3410

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$2,430.35   $2,430.35

---

**2.1445** | **Priority creditor's name and mailing address**
STROUT, JASON
3819 SOUTH DETROIT AVE
TULSA, OK 74105-5037

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2959

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,400.16   $1,400.16

---

**2.1446** | **Priority creditor's name and mailing address**
STUBBLEFIELD, JASON
1718 VALLEY RD
SAPULPA, OK 74066-6136

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2268

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$3,854.30   $3,854.30

---

**2.1447** | **Priority creditor's name and mailing address**
STUBBLEFIELD, KIMBERLY
1511 N. MAIN
SAPULPA, OK 74066-1726

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5391

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$7,876.60   $7,876.60

---

**2.1448** | **Priority creditor's name and mailing address**
SUNDAY, EDDIE
9703 N 99 E AVE
OWASSO, OK 74055-6796

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3711

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$12,850.00   $12,850.00

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1449 | **Priority creditor's name and mailing address**<br>SUNG, YOUNG<br>708 N LAUREL AVE<br>BROKEN ARROW, OK 74012-2262<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3118<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,583.29 | $2,583.29 |
| 2.1450 | **Priority creditor's name and mailing address**<br>SUPRY, JEREME<br>23416 E 99TH ST S<br>BROKEN ARROW, OK 74014-6827<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2479<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,781.29 | $4,781.29 |
| 2.1451 | **Priority creditor's name and mailing address**<br>SURBER, JEFFERY<br>P.O. BOX 263<br>TYBEE ISLAND, GA 31328-0263<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4935<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |
| 2.1452 | **Priority creditor's name and mailing address**<br>SUTTON, JACOB<br>10513 S 86TH EAST PL<br>TULSA, OK 74133-7085<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3170<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $9,508.58 | $9,508.58 |
| 2.1453 | **Priority creditor's name and mailing address**<br>SWEET, JONATHAN<br>11738 S REDBUD STREET<br>JENKS, OK 74037-4344<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5251<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $9,170.66 | $9,170.66 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.1454** **Priority creditor's name and mailing address**
SWENSON, BRIAN
12002 NORTH 152ND E AVE
COLLINSVILLE, OK  74021-5264

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2749

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,219.40      Priority amount: $2,219.40

---

**2.1455** **Priority creditor's name and mailing address**
SYKES, FELICIA
8333 S LAKEWOOD PL APT 8
TULSA, OK  74137-8919

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0401

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,733.86      Priority amount: $5,733.86

---

**2.1456** **Priority creditor's name and mailing address**
TACKETT, DOUGLAS
23955 LAMB TERRACE
BROKEN ARROW, OK  74014-3085

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9167

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,558.16      Priority amount: $4,558.16

---

**2.1457** **Priority creditor's name and mailing address**
TAYLOR JR, GARY
8805 N 137TH E AVE
OWASSO, OK  74055-2060

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4333

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,786.90      Priority amount: $4,786.90

---

**2.1458** **Priority creditor's name and mailing address**
TAYLOR, BOBBY
13091 E 91ST PL N
OWASSO, OK  74055-5332

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5377

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,317.77      Priority amount: $6,317.77

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1459**

**Priority creditor's name and mailing address**

TAYLOR, GARY
641 CHOCTAW RIDGE
SAND SPRINGS, OK 74063-5562

**Date or dates debt was incurred**

**Last 4 digits of account number: 2141**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,018.94    Priority amount: $4,018.94

---

**2.1460**

**Priority creditor's name and mailing address**

TAYLOR, JOHN
8443 WEST 176TH STREET SOUTH
MOUNDS, OK 74047-4186

**Date or dates debt was incurred**

**Last 4 digits of account number: 8890**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,806.24    Priority amount: $2,806.24

---

**2.1461**

**Priority creditor's name and mailing address**

TAYLOR, KENYATE
14114 E 18TH PL
TULSA, OK 74108-5504

**Date or dates debt was incurred**

**Last 4 digits of account number: 1625**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,313.99    Priority amount: $3,313.99

---

**2.1462**

**Priority creditor's name and mailing address**

TAYLOR, PRESTON
14102 E 84TH PL N APT 205
OWASSO, OK 74055-2271

**Date or dates debt was incurred**

**Last 4 digits of account number: 2960**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,302.91    Priority amount: $1,302.91

---

**2.1463**

**Priority creditor's name and mailing address**

TAYLOR, SAMMY
5725 E 26TH ST
TULSA, OK 74114-5105

**Date or dates debt was incurred**

**Last 4 digits of account number: 9576**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,624.65    Priority amount: $4,624.65

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.1464**   **Priority creditor's name and mailing address**

TAYLOR, SOCOYIA
2004 W NEWTON ST
TULSA, OK 74127-3109

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2794

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,208.03   Priority amount: $1,208.03

---

**2.1465**   **Priority creditor's name and mailing address**

TEAGUE, JEREMY
P.O. BOX 2394
OWASSO, OK 74055-9194

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0146

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,444.21   Priority amount: $4,444.21

---

**2.1466**   **Priority creditor's name and mailing address**

TEEL, BYRON
3104 EAST 100ST NORTH
SPERRY, OK 74073-4421

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1826

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,964.19   Priority amount: $2,964.19

---

**2.1467**   **Priority creditor's name and mailing address**

TEETER, BRANDON
13067 E. 130TH STREET N
COLLINSVILLE, OK 74021-4119

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1597

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,055.24   Priority amount: $7,055.24

---

**2.1468**   **Priority creditor's name and mailing address**

TEETER, BRIAN
13067 E 130TH ST N
COLLINSVILLE, OK 74021-3836

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3246

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $898.27   Priority amount: $898.27

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.1469** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,248.85 | $1,248.85

TEMPELMEYER, OLIVIA
6331 S 33RD W AVE
APT 2022
TULSA, OK  74132-1503

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 3140**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**2.1470** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,330.08 | $1,330.08

TEMPLETON, ERIN
1523 E 49TH PL
TULSA, OK  74105-4809

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 3048**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**2.1471** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,219.94 | $1,219.94

TENNANT, BRADLEY
1451 E OMAHA ST APT B1
BROKEN ARROW, OK  74012-0313

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 3286**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**2.1472** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40,000.00 | $40,000.00

TENNESSEE DEPARTMENT OF REVENUE
ANDREW JACKSON STATE OFFICE BUILDING
500 DEADERICK STREET
NASHVILLE, TN  37242

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
BUSINESS TAX FOR 2018

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1473** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,000.00 | $20,000.00

TENNESSEE DEPARTMENT OF REVENUE
ANDREW JACKSON STATE OFFICE BUILDING
500 DEADERICK STREET
NASHVILLE, TN  37242

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
FRANCHISE TAX FOR 2018 PRIOR TO 7/23/18

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1474** | **Priority creditor's name and mailing address** <br> TENNESSEE DEPARTMENT OF REVENUE <br> ANDREW JACKSON STATE OFFICE BUILDING <br> 500 DEADERICK STREET <br> NASHVILLE, TN 37242 <br><br> **Date or dates debt was incurred** <br> 2018 <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> INCOME TAX FOR 2018 (NONE EXPECTED FOR FED PURPOSES) <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| **2.1475** | **Priority creditor's name and mailing address** <br> TENNESSEE DEPARTMENT OF REVENUE <br> ANDREW JACKSON STATE OFFICE BUILDING <br> 500 DEADERICK STREET <br> NASHVILLE, TN 37242 <br><br> **Date or dates debt was incurred** <br> 2017 <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> FRANCHISE TAX FOR 2017 PAID WITH EXTENSION <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| **2.1476** | **Priority creditor's name and mailing address** <br> TENNESSEE DEPARTMENT OF REVENUE <br> ANDREW JACKSON STATE OFFICE BUILDING <br> 500 DEADERICK STREET <br> NASHVILLE, TN 37242 <br><br> **Date or dates debt was incurred** <br> 2017 <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> INCOME TAX FOR 2017 NONE EXPECTED BUT EXTENDED <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| **2.1477** | **Priority creditor's name and mailing address** <br> TERRY, EDWARD <br> 8105 E. 93RD ST. <br> APT. 512 <br> TULSA, OK 74133-5503 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 2980 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $2,379.45 | $2,379.45 |
| **2.1478** | **Priority creditor's name and mailing address** <br> TEXAS COMPTROLLER OF PUBLIC ACCOUNTS <br> P.O. BOX 149348 <br> AUSTIN, TX 78714-9348 <br><br> **Date or dates debt was incurred** <br> 2018 <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> GROSS RECEIPTS/INCOME TAX FOR 201 DUE 5/15/19-PD LATE <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $12,000.00 | $12,000.00 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.1479 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**2.1479**

**Priority creditor's name and mailing address**
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
P.O. BOX 149348
AUSTIN, TX  78714-9348

**Date or dates debt was incurred**
2017

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
GROSS RECEIPTS/INCOME TAX PENALTY/INT FOR 2017-PD LATE BUT B4 PETITION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,500.00   Priority amount: $2,500.00

---

**2.1480**

**Priority creditor's name and mailing address**
THAO, CHARLES
9704 E. 37TH ST.
TULSA, OK  74146-2404

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3032

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $7,366.16   Priority amount: $7,366.16

---

**2.1481**

**Priority creditor's name and mailing address**
THAO, CHUE
12202 E 79TH ST N
OWASSO, OK  74055-7946

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3214

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $3,688.24   Priority amount: $3,688.24

---

**2.1482**

**Priority creditor's name and mailing address**
THAO, KANG
14008 E 156TH ST N
COLLINSVILLE, OK  74021-4635

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2387

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $2,491.20   Priority amount: $2,491.20

---

**2.1483**

**Priority creditor's name and mailing address**
THAO, MAI
5278 E. 106TH ST. N.
SPERRY, OK  74073-0000

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1047

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $4,291.17   Priority amount: $4,291.17

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1484 | **Priority creditor's name and mailing address**<br><br>THAO, SEE<br>14012 E 156 ST N<br>COLLINSVILLE, OK 74021-4635<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6142<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,519.63 | $3,519.63 |
| 2.1485 | **Priority creditor's name and mailing address**<br><br>THAO, TONG<br>8909 E 130TH ST N<br>COLLINSVILLE, OK 74021-3954<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2505<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,438.76 | $2,438.76 |
| 2.1486 | **Priority creditor's name and mailing address**<br><br>THENNES, MICHAEL<br>7802 N 121ST EAST AVE<br>OWASSO, OK 74055-3549<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3055<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,586.30 | $2,586.30 |
| 2.1487 | **Priority creditor's name and mailing address**<br><br>THIESSEN, CHRISTOPHER<br>14140 E 91ST ST NORTH<br>OWASSO, OK 74055-5033<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3225<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,099.29 | $1,099.29 |
| 2.1488 | **Priority creditor's name and mailing address**<br><br>THOMAS, BRANDON<br>4200 W LAREDO ST<br>BROKEN ARROW, OK 74012-7576<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3278<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,297.06 | $2,297.06 |

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1489** | **Priority creditor's name and mailing address**

THOMAS, DANIEL
P.O. BOX 14
LENAPAH, OK 74042-0014

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0052

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $5,421.92    Priority amount: $5,421.92

---

**2.1490** | **Priority creditor's name and mailing address**

THOMAS, EDGAR
507 S JAVINE AVE
SKIATOOK, OK 74070-1809

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3437

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $717.54    Priority amount: $717.54

---

**2.1491** | **Priority creditor's name and mailing address**

THOMAS, RONNIE
11712 E 117TH PL N
COLLINSVILLE, OK 74021-1000

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1292

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $4,123.98    Priority amount: $4,123.98

---

**2.1492** | **Priority creditor's name and mailing address**

THOMAS, SAMMI
6436 S 87TH EAST AVE
TULSA, OK 74133-7623

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3484

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $275.18    Priority amount: $275.18

---

**2.1493** | **Priority creditor's name and mailing address**

THOMASON, MATTHEW
1217 N RICHMOND
TULSA, OK 74115-6114

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3515

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $7,941.77    Priority amount: $7,941.77

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1494 | **Priority creditor's name and mailing address**<br>THOMPSON, ALAN<br>9909 N. 116TH E. AVE.<br>OWASSO, OK 74055-4382<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4349**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,380.63 | $4,380.63 |
| 2.1495 | **Priority creditor's name and mailing address**<br>THOMPSON, BILLY<br>7547 E 27TH ST<br>TULSA, OK 74129-6405<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3370**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $670.68 | $670.68 |
| 2.1496 | **Priority creditor's name and mailing address**<br>THOMPSON, CHANCE<br>13368 N 130TH EAST AVE<br>COLLINSVILLE, OK 74021-4398<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2541**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,312.42 | $4,312.42 |
| 2.1497 | **Priority creditor's name and mailing address**<br>THOMPSON, DAVID<br>712 E FARGO ST<br>BROKEN ARROW, OK 74012-8600<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3128**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,989.04 | $1,989.04 |
| 2.1498 | **Priority creditor's name and mailing address**<br>THOMPSON, DOUGLAS<br>1401 WEST OAK<br>COLLINSVILLE, OK 74021-2229<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2324**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,987.18 | $5,987.18 |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1499 | **Priority creditor's name and mailing address**<br>THOMPSON, JAMES<br>602 N GUADALUPE #B<br>REDONDO BEACH, CA 90277-2953<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9716<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |
| 2.1500 | **Priority creditor's name and mailing address**<br>THOMPSON, JERRY<br>305 W 40TH ST<br>SAND SPRINGS, OK 74063-2644<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0941<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,316.38 | $1,316.38 |
| 2.1501 | **Priority creditor's name and mailing address**<br>THOMPSON, JON<br>821 E BROOK ST<br>COLLINSVILLE, OK 74021-3602<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0490<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,389.20 | $3,389.20 |
| 2.1502 | **Priority creditor's name and mailing address**<br>THOMPSON, JUSTIN<br>P.O. BOX 327<br>SPERRY, OK 74073-0327<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3007<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,442.67 | $1,442.67 |
| 2.1503 | **Priority creditor's name and mailing address**<br>THOMPSON, PHILLIP<br>45 LAKESIDE TERRACE RD1<br>SALINA, OK 74365-0000<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5882<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,883.20 | $1,883.20 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.1504 | **Priority creditor's name and mailing address**<br>THOMPSON, SHANE<br>10632 E 113TH ST N<br>OWASSO, OK  74055-4256<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2596<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,610.37 | $2,610.37 |
| 2.1505 | **Priority creditor's name and mailing address**<br>THOMPSON, TIMOTHY<br>1909 W HASKELL PL<br>TULSA, OK  74127-4910<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6242<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,543.91 | $4,543.91 |
| 2.1506 | **Priority creditor's name and mailing address**<br>THOMPSON, TOMMY<br>911 WALNUT  ST<br>CLAREMORE, OK  74017-6931<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1451<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,327.41 | $4,327.41 |
| 2.1507 | **Priority creditor's name and mailing address**<br>THOR, BEE<br>12825 N 143 E AVE<br>COLLINSVILLE, OK  74021-4137<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1448<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,494.35 | $2,494.35 |
| 2.1508 | **Priority creditor's name and mailing address**<br>THOR, POR<br>12825 N. 143RD E AVE.<br>COLLINSVILLE, OK  74021-4137<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2000<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,367.33 | $2,367.33 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.1509 | **Priority creditor's name and mailing address**<br>THORNTON, LORILEE<br>133 N SALT CREEK DR<br>MANNFORD, OK  74044-3012<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2658<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,316.04 | $2,316.04 |
| 2.1510 | **Priority creditor's name and mailing address**<br>THORSON, JOEL<br>15803 E. 96TH ST. N.<br>OWASSO, OK  74055-5432<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0884<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,496.23 | $7,496.23 |
| 2.1511 | **Priority creditor's name and mailing address**<br>THUMMEL, SARAH<br>1816 N 12TH ST<br>BROKEN ARROW, OK  74012-9392<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2696<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,437.67 | $2,437.67 |
| 2.1512 | **Priority creditor's name and mailing address**<br>THURMAN, JOHN<br>P.O. BOX 807<br>OWASSO, OK  74055-0807<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4203<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,440.25 | $12,440.25 |
| 2.1513 | **Priority creditor's name and mailing address**<br>TIEM, DARA<br>4007 S. CEDAR AVE<br>BROKEN ARROW, OK  74011-2406<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5337<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,447.08 | $7,447.08 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.1514 | **Priority creditor's name and mailing address**<br>TIEPELMAN, CINDY<br>P.O. BOX 794<br>SAND SPRINGS, OK  74063-0794<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5606**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,894.33 | $3,894.33 |
| 2.1515 | **Priority creditor's name and mailing address**<br>TIFFEY II, BILLY<br>265 S 183RD EAST AVE<br>TULSA, OK  74108-2107<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2408**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,858.23 | $1,858.23 |
| 2.1516 | **Priority creditor's name and mailing address**<br>TILLMAN, WILLIAM<br>20002 S RIVER RANCH RD E<br>CLAREMORE, OK  74019-2424<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9541**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,009.10 | $2,009.10 |
| 2.1517 | **Priority creditor's name and mailing address**<br>TINSLEY, KIMBERLY<br>1339 S 101ST EAST AVE<br>TULSA, OK  74128-4627<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1810**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,496.37 | $3,496.37 |
| 2.1518 | **Priority creditor's name and mailing address**<br>TOGNAZZINI, JAMES<br>7451 S YALE AVE APT 130<br>TULSA, OK  74136-7024<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3255**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,164.50 | $1,164.50 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1519 | **Priority creditor's name and mailing address**<br>TOLBERT, JEFF<br>3974 S 214TH EAST AVE<br>BROKEN ARROW, OK 74014-1927<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3485<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,646.18 | $3,646.18 |
| 2.1520 | **Priority creditor's name and mailing address**<br>TOLBERT, VEARL<br>1941 N NOGALES<br>TULSA, OK 74127-2726<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3538<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,409.10 | $6,409.10 |
| 2.1521 | **Priority creditor's name and mailing address**<br>TOMLINSON, DARREL<br>42 W ASH<br>SKIATOOK, OK 74070-3500<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0163<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,576.82 | $2,576.82 |
| 2.1522 | **Priority creditor's name and mailing address**<br>TOMLINSON, JOHN<br>10801 S GUTHRIE AVE<br>JENKS, OK 74037-1702<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3072<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,328.93 | $2,328.93 |
| 2.1523 | **Priority creditor's name and mailing address**<br>TONER, JAMIE<br>609 N WEENONAH AVE<br>CLAREMORE, OK 74017-6033<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1598<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,402.68 | $2,402.68 |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1524** — **Priority creditor's name and mailing address**
TOOLE, MICHAEL
8173 S 161ST WEST AVE
SAPULPA, OK 74066-9759

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3299

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,647.50    Priority amount: $1,647.50

---

**2.1525** — **Priority creditor's name and mailing address**
TORRES, EDWIN
1402 W 118TH ST S
JENKS, OK 74037-4203

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3422

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $656.88    Priority amount: $656.88

---

**2.1526** — **Priority creditor's name and mailing address**
TORRES, KENNY
8533 N 77TH EAST AVE
OWASSO, OK 74055-7410

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1827

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,934.55    Priority amount: $5,934.55

---

**2.1527** — **Priority creditor's name and mailing address**
TOTTRESS, DAVID
P.O. BOX 700684
TULSA, OK 74170-0684

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4026

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,310.45    Priority amount: $8,310.45

---

**2.1528** — **Priority creditor's name and mailing address**
TOWNS, CREMERIS
2441 E 30TH ST. N
TULSA, OK 74110-1837

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2354

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,893.95    Priority amount: $2,893.95

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1529 | **Priority creditor's name and mailing address** <br> TOYEBO, JULIE <br> 3721 S 15 STREET <br> BROKEN ARROW, OK  74011-5167 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 5795** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $9,164.32 | $9,164.32 |
| 2.1530 | **Priority creditor's name and mailing address** <br> TOYEBO, MICHAEL <br> 3721 SOUTH 15TH STREET <br> BROKEN ARROW, OK  74011-5167 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 5133** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $4,253.06 | $4,253.06 |
| 2.1531 | **Priority creditor's name and mailing address** <br> TRAN, MINH <br> 327 S 182ND E AVE <br> TULSA, OK  74108-2130 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 9528** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $5,003.59 | $5,003.59 |
| 2.1532 | **Priority creditor's name and mailing address** <br> TRAN, WILLIAM <br> 2009 W WOODBURY ST <br> BROKEN ARROW, OK  74012-0235 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 1111** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $5,510.49 | $5,510.49 |
| 2.1533 | **Priority creditor's name and mailing address** <br> TREAT, CLAYTON <br> 4029 E 80TH STREET <br> TULSA, OK  74136-8036 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 0526** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $5,261.00 | $5,261.00 |

| Part 1: | Additional Page |
| --- | --- |

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1534** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,413.26 | $3,413.26

TREAT, JUSTIN
12493 N. 167 E AVE
COLLINSVILLE, OK  74021-5196

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2466

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.1535** | TREMBLAY, SUSAN
3360 S ALLEGHENY AVE
TULSA, OK  74135-5232

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5899

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes | $8,510.50 | $8,510.50

---

**2.1536** | TRENARY, JAMES
4675 S 88TH EAST AVE
TULSA, OK  74145-7133

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1850

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes | $3,321.66 | $3,321.66

---

**2.1537** | TRENTMAN, MICHAEL
14102 E 84TH PL N APT 101
OWASSO, OK  74055-2271

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3434

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes | $542.13 | $542.13

---

**2.1538** | TROSKY, JAMES
1420 N DOROTHY AVE
CLAREMORE, OK  74017-3119

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2917

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes | $2,803.88 | $2,803.88

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | **Total claim** | **Priority amount** |

| 2.1539 | **Priority creditor's name and mailing address**<br>TROST, SCOTT<br>6429 TWIN CREEKS DRIVE<br>OWASSO, OK 74055-4105<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8692<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $11,231.11 | $11,231.11 |
| 2.1540 | **Priority creditor's name and mailing address**<br>TROTT, DOUGLAS<br>12324 E 86TH ST N<br>PMB 231<br>OWASSO, OK 74055-2543<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9326<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $11,992.49 | $11,992.49 |
| 2.1541 | **Priority creditor's name and mailing address**<br>TROUTMAN, TRACY<br>P.O. BOX 7<br>PRUE, OK 74060-0007<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4662<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,747.67 | $6,747.67 |
| 2.1542 | **Priority creditor's name and mailing address**<br>TSCHAEPE, KURT<br>14100 E 106TH ST N APT 614<br>OWASSO, OK 74055-6084<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2657<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,490.70 | $8,490.70 |
| 2.1543 | **Priority creditor's name and mailing address**<br>TUANG, DIM<br>2622 W. 68TH STREET<br>TULSA, OK 74132-1720<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2372<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,262.47 | $1,262.47 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1544** | **Priority creditor's name and mailing address**
TULL, GARY
4925 S OAK AVE
BROKEN ARROW, OK  74011-4250

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9068

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $9,012.14    Priority amount: $9,012.14

---

**2.1545** | **Priority creditor's name and mailing address**
TULLIUS, KATHLEEN
1424 E 34TH STREET
TULSA, OK  74105-2618

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1442

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,039.04    Priority amount: $5,039.04

---

**2.1546** | **Priority creditor's name and mailing address**
TULSA COUNTY
BUSINESS PERSONAL PROPERTY
DEPARTMENT
500 SOUTH DENVER AVE, SUITE 215
TULSA, OK  74103

**Date or dates debt was incurred**
2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PERSONAL PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $450,000.00    Priority amount: $450,000.00

---

**2.1547** | **Priority creditor's name and mailing address**
TULSA COUNTY OKLAHOMA
BUSINESS PERSONAL PROPERTY
DEPARTMENT
500 SOUTH DENVER AVE, SUITE 215
TULSA, OK  74103

**Date or dates debt was incurred**
2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $370,000.00    Priority amount: $370,000.00

---

**2.1548** | **Priority creditor's name and mailing address**
TUNNELL, RONNIE
401 E.7TH
BRISTOW, OK  74010-2406

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0921

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,946.96    Priority amount: $1,946.96

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1549** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,424.49 | $2,424.49

TURNAGE, JEFFREY
3702 E 83RD ST
TULSA, OK  74137-1703

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 2659**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1550** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,829.13 | $1,829.13

TURNER, CHRISTOPHER
13406 N 130TH E AVE
COLLINSVILLE, OK  74021-4451

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 2808**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1551** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,154.06 | $4,154.06

TURNER, HARRISON
5728 E. 18TH STREET
TULSA, OK  74112-7102

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 1573**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1552** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,862.46 | $2,862.46

TYRE, JUSTIN
20905 S 4090 RD
CLAREMORE, OK  74019-5786

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 3359**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1553** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,290.12 | $11,290.12

TYREE JR, PHILLIP
7254 E 112TH ST S
BIXBY, OK  74008-2156

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 9842**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| | | | |
|---|---|---|---|
| 2.1554 | **Priority creditor's name and mailing address**<br>TYREE, ANNA<br>6541 AUTUMN CIR<br>BARTLESVILLE, OK  74006-8102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2448<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,688.59 | $3,688.59 |
| 2.1555 | **Priority creditor's name and mailing address**<br>TYREE, MELVIN<br>6541 AUTUMN CIRCLE<br>BARTLESVILLE, OK  74006-8102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2194<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,333.06 | $2,333.06 |
| 2.1556 | **Priority creditor's name and mailing address**<br>U.S. TREASURY<br>OGDEN, UT  84201<br><br>**Date or dates debt was incurred**<br>2017<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>HEALTHCARE FEES PCORI (PATIENT CENTERED OUTREACH INSTITUTE)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,718.00 | $7,718.00 |
| 2.1557 | **Priority creditor's name and mailing address**<br>U.S. TREASURY<br>OGDEN, UT  84201<br><br>**Date or dates debt was incurred**<br>2018<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>HEALTHCARE FEES PCORI (PATIENT CENTERED OUTREACH INSTITUTE)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,315.65 | $4,315.65 |
| 2.1558 | **Priority creditor's name and mailing address**<br>UHREN, JOHN<br>4718 S. YORKTOWN AVE.<br>TULSA, OK  74105-4929<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9160<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,850.00 | $12,850.00 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1559** | **Priority creditor's name and mailing address**
UNDERWOOD, ALLEN
8748 N. MINGO RD. APT #301
OWASSO, OK  74055-4934

**Date or dates debt was incurred**

**Last 4 digits of account number: 3163**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$447.12** — Priority amount: **$447.12**

---

**2.1560** | **Priority creditor's name and mailing address**
UNDERWOOD, TIMOTHY
12120 EAST 38TH ST
TULSA, OK  74146-3110

**Date or dates debt was incurred**

**Last 4 digits of account number: 3449**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$8,096.81** — Priority amount: **$8,096.81**

---

**2.1561** | **Priority creditor's name and mailing address**
UPTON, JOSHUA
17580 W. 60TH ST. S
SAND SPRINGS, OK  74063-6760

**Date or dates debt was incurred**

**Last 4 digits of account number: 2499**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$4,135.48** — Priority amount: **$4,135.48**

---

**2.1562** | **Priority creditor's name and mailing address**
VALDOVINOS, JESUS
10612 ARROYO AVE
HESPERIA, CA  92345-2503

**Date or dates debt was incurred**

**Last 4 digits of account number: 3264**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$789.04** — Priority amount: **$789.04**

---

**2.1563** | **Priority creditor's name and mailing address**
VAN DE WEGE, JOHN
12007 E 84TH PL N
OWASSO, OK  74055-2111

**Date or dates debt was incurred**

**Last 4 digits of account number: 3523**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$124.27** — Priority amount: **$124.27**

| Part 1: | Additional Page |
|---------|-----------------|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1564** | **Priority creditor's name and mailing address**
VAN FLATERN, TRACY
5800 S 4178 RD
CHELSEA, OK 74016-1997

**Date or dates debt was incurred**

**Last 4 digits of account number: 3444**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,240.00  Priority amount: $3,240.00

---

**2.1565** | **Priority creditor's name and mailing address**
VANG, CHA
101 S DOGWOOD AVE
BROKEN ARROW, OK 74012-3406

**Date or dates debt was incurred**

**Last 4 digits of account number: 4534**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,958.90  Priority amount: $2,958.90

---

**2.1566** | **Priority creditor's name and mailing address**
VANG, CHA
10612 E 28TH CT
TULSA, OK 74129-7620

**Date or dates debt was incurred**

**Last 4 digits of account number: 5066**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,162.79  Priority amount: $5,162.79

---

**2.1567** | **Priority creditor's name and mailing address**
VANG, CHA
19406 E 49TH ST. S.
BROKEN ARROW, OK 74014-1330

**Date or dates debt was incurred**

**Last 4 digits of account number: 5463**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,667.54  Priority amount: $6,667.54

---

**2.1568** | **Priority creditor's name and mailing address**
VANG, CHAYENG
2513 S 106TH E AVE
TULSA, OK 74129-4809

**Date or dates debt was incurred**

**Last 4 digits of account number: 4519**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,793.34  Priority amount: $6,793.34

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1569** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,162.46 | $5,162.46

VANG, CHIA
2724 S 109TH E AVE
TULSA, OK 74129-7634

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 5030

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1570** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,459.63 | $2,459.63

VANG, CODY
2521 S 130TH EAST AVE
TULSA, OK 74134-2065

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2710

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1571** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $289.81 | $289.81

VANG, DANNY
10922 N MEMORIAL DR
OWASSO, OK 74055-6525

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3505

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1572** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $115.40 | $115.40

VANG, DRIA
13831 N 97TH EAST AVE
COLLINSVILLE, OK 74021-5318

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3524

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1573** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,374.88 | $3,374.88

VANG, ERIC
1808 WEST HONOLULU STREET
BROKEN ARROW, OK 74012-7529

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2711

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1574** | **Priority creditor's name and mailing address**<br>VANG, FENG<br>10612 E 28TH CT<br>TULSA, OK 74129-7620<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0601<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,418.30 | $3,418.30 |
| **2.1575** | **Priority creditor's name and mailing address**<br>VANG, IRWIN<br>14119 E 33RD ST<br>TULSA, OK 74134-4428<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0237<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,088.21 | $5,088.21 |
| **2.1576** | **Priority creditor's name and mailing address**<br>VANG, JERRY<br>21288 E 40TH ST S<br>BROKEN ARROW, OK 74014-8714<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5214<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,353.44 | $7,353.44 |
| **2.1577** | **Priority creditor's name and mailing address**<br>VANG, JUSTIN<br>5042 S 195TH E AVE<br>BROKEN ARROW, OK 74014-4707<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4709<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,651.09 | $6,651.09 |
| **2.1578** | **Priority creditor's name and mailing address**<br>VANG, KAO<br>10212 E 98TH PL N<br>OWASSO, OK 74055-2218<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9564<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,030.97 | $3,030.97 |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1579 | **Priority creditor's name and mailing address**<br>VANG, KERRY<br>29280 E. 28TH ST. SOUTH<br>BROKEN ARROW, OK  74014-1619<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4819<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,125.94 | $6,125.94 |
| 2.1580 | **Priority creditor's name and mailing address**<br>VANG, KOLY<br>12323 N 172ND EAST AVE<br>COLLINSVILLE, OK  74021-5130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0555<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,441.85 | $1,441.85 |
| 2.1581 | **Priority creditor's name and mailing address**<br>VANG, KUA<br>5124 N 34TH ST<br>BROKEN ARROW, OK  74014-1713<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1572<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,340.53 | $3,340.53 |
| 2.1582 | **Priority creditor's name and mailing address**<br>VANG, LEE<br>3910 S 196TH E AVE<br>BROKEN ARROW, OK  74014-1672<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3883<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,551.09 | $7,551.09 |
| 2.1583 | **Priority creditor's name and mailing address**<br>VANG, MONG<br>4321 S 133RD EAST AVE<br>TULSA, OK  74134-5838<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3119<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,125.59 | $1,125.59 |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1584** | **Priority creditor's name and mailing address**

VANG, PANG
4213 S. 132ND E. AVE
TULSA, OK 74134-5900

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4256

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,723.53    Priority amount: $6,723.53

---

**2.1585** | **Priority creditor's name and mailing address**

VANG, PHENG
11717 VALLEY AVENUE
COLLINSVILLE, OK 74021-6445

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1485

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,192.72    Priority amount: $1,192.72

---

**2.1586** | **Priority creditor's name and mailing address**

VANG, RANDALL
12110 E 37TH PL
TULSA, OK 74146-3104

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1828

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,071.24    Priority amount: $2,071.24

---

**2.1587** | **Priority creditor's name and mailing address**

VANG, WACHA
12323 N 172ND E AVE
COLLINSVILLE, OK 74021-5130

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0054

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,718.06    Priority amount: $4,718.06

---

**2.1588** | **Priority creditor's name and mailing address**

VANG, XENG
4627 S 197TH E AVE
BROKEN ARROW, OK 74014-1356

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4523

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,474.74    Priority amount: $6,474.74

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1589 | **Priority creditor's name and mailing address**<br><br>VANG, XUE<br>11717 VALLEY AVE<br>COLLINSVILLE, OK  74021-5505<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1709<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $3,346.90 | $3,346.90 |
| 2.1590 | **Priority creditor's name and mailing address**<br><br>VANG, ZOUA<br>11431 E. 110TH PL N<br>OWASSO, OK  74055-6688<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6618<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $2,324.18 | $2,324.18 |
| 2.1591 | **Priority creditor's name and mailing address**<br><br>VANN, DONALD<br>10908 E. 120TH ST. N<br>COLLINSVILLE, OK  74021-5495<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0331<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $5,575.80 | $5,575.80 |
| 2.1592 | **Priority creditor's name and mailing address**<br><br>VANN, LANETTA<br>P.O. BOX 6161<br>TULSA, OK  74148-0161<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2142<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $2,646.30 | $2,646.30 |
| 2.1593 | **Priority creditor's name and mailing address**<br><br>VANSLYKE, ARRON<br>308 S D AVE<br>BIXBY, OK  74008-4715<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2190<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $1,713.26 | $1,713.26 |

| **Part 1:** | **Additional Page** |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1594 | **Priority creditor's name and mailing address**<br>VARICKAPPALLIL, JOE JACOB<br>810 S DESERT PALM PL<br>BROKEN ARROW, OK  74012-8817<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9012<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,603.79 | $5,603.79 |
| 2.1595 | **Priority creditor's name and mailing address**<br>VASEY, DAVID<br>18080 N 97TH E AVE<br>COLLINSVILLE, OK  74021-4235<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0509<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,078.32 | $5,078.32 |
| 2.1596 | **Priority creditor's name and mailing address**<br>VELASQUEZ, DAVID<br>7629 E 21ST PL<br>TULSA, OK  74129-2423<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6803<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,867.50 | $5,867.50 |
| 2.1597 | **Priority creditor's name and mailing address**<br>VELAZQUEZ, OMAR<br>11204 S 102ND EAST AVE<br>BIXBY, OK  74008-3038<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2869<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,937.12 | $3,937.12 |
| 2.1598 | **Priority creditor's name and mailing address**<br>VERMILLION, BRIAN<br>10724 EAST 120TH COURT NORTH<br>COLLINSVILLE, OK  74021-5542<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9295<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,271.83 | $8,271.83 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.1599** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,223.56 | $1,223.56

VERRETT, TRENT
8763 N 97TH EAST AVE APT 205
OWASSO, OK  74055-6864

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 3360**

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.1600** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,288.63 | $2,288.63

VERTIN, GORDON
511 MEADOWBROOK LN
SKIATOOK, OK  74070-3814

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 2924**

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.1601** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,006.02 | $1,006.02

VESTAL, DIANA
5525 E 61ST PLACE
TULSA, OK  74136-2039

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 3032**

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.1602** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,604.23 | $3,604.23

VESTAL, TONI
10762 E 120TH CT N
COLLINSVILLE, OK  74021-5542

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 2411**

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.1603** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,203.97 | $5,203.97

VIDAURRI, CARLO
P.O. BOX 1942
OWASSO, OK  74055-1942

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 3317**

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1604** **Priority creditor's name and mailing address**

VILLASENOR, ARTURO
8757 N 97TH EAST AVE APT 207
OWASSO, OK 74055-6728

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3394

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,702.05    Priority amount: $1,702.05

---

**2.1605** **Priority creditor's name and mailing address**

VILLEGAS, FIDELIS
305 SE MORNINGSIDE AVE
BARTLESVILLE, OK 74006-2423

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4301

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $10,249.85    Priority amount: $10,249.85

---

**2.1606** **Priority creditor's name and mailing address**

VINCENT III, JAMES
13101 E. 114TH ST N
OWASSO, OK 74055-6375

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3059

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,181.51    Priority amount: $4,181.51

---

**2.1607** **Priority creditor's name and mailing address**

VINCENT, DAVID
1704 S 6TH ST.
BROKEN ARROW, OK 74012-6533

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2023

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,541.84    Priority amount: $2,541.84

---

**2.1608** **Priority creditor's name and mailing address**

VINEYARD, DARRELL
P.O. BOX 192
MANNFORD, OK 74044-0192

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8420

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,297.75    Priority amount: $6,297.75

| Part 1: | Additional Page | | |
|---|---|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1609** | **Priority creditor's name and mailing address**<br>VINTALORO, LORI<br>1609 N 15TH ST<br>BROKEN ARROW, OK  74012-9334<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3542<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $64.11 | $64.11 |
| **2.1610** | **Priority creditor's name and mailing address**<br>VINTALORO, THOMAS<br>1609 N 15TH ST<br>BROKEN ARROW, OK  74012-9334<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3163<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $11,174.25 | $11,174.25 |
| **2.1611** | **Priority creditor's name and mailing address**<br>VOGT, HEATH<br>11928 N 108TH EAST AVE<br>COLLINSVILLE, OK  74021-5541<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3268<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,527.78 | $3,527.78 |
| **2.1612** | **Priority creditor's name and mailing address**<br>VOISE, RUSSELL<br>8211 W LANG ST<br>WICHITA, KS  67205-3433<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3543<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,182.23 | $4,182.23 |
| **2.1613** | **Priority creditor's name and mailing address**<br>VUE, CHER<br>4913 W COMMERCIAL ST<br>BROKEN ARROW, OK  74012-8728<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2884<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,303.17 | $4,303.17 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.1614** | **Priority creditor's name and mailing address**
VUE, DAVID
18714 EAST 45TH PLACE SOUTH
TULSA, OK 74134-5511

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1666

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$5,384.28**   Priority amount: **$5,384.28**

---

**2.1615** | **Priority creditor's name and mailing address**
VUE, KHAM
2732 S 79TH E AVE
TULSA, OK 74129-2705

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3848

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$4,412.51**   Priority amount: **$4,412.51**

---

**2.1616** | **Priority creditor's name and mailing address**
VUE, SUSU
1603 W CHARLESTON PL
BROKEN ARROW, OK 74011-4009

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3427

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$839.34**   Priority amount: **$839.34**

---

**2.1617** | **Priority creditor's name and mailing address**
VUE, TONG
38786 N 4030 RD
TALALA, OK 74080-3802

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1789

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$6,103.73**   Priority amount: **$6,103.73**

---

**2.1618** | **Priority creditor's name and mailing address**
VUE, TOUA
14708 E MARSHALL ST
TULSA, OK 74116-2614

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3396

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$959.67**   Priority amount: **$959.67**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1619**    **Priority creditor's name and mailing address**

VUE, VA
3355 S 143RD EAST AVE
TULSA, OK 74134-4466

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1930

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,915.40    Priority amount: $2,915.40

---

**2.1620**    **Priority creditor's name and mailing address**

VUE, YEAR
10406 ASHFORD CIR
OWASSO, OK 74055-7709

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1312

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,970.00    Priority amount: $1,970.00

---

**2.1621**    **Priority creditor's name and mailing address**

WADE, MITCHELL
5805 S 134TH W AVE
SAND SPRINGS, OK 74063-5071

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3175

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,891.81    Priority amount: $5,891.81

---

**2.1622**    **Priority creditor's name and mailing address**

WAGNER, JOHN
22 WILD TURKEY LN
SAND SPRINGS, OK 74063-5066

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3256

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,398.49    Priority amount: $6,398.49

---

**2.1623**    **Priority creditor's name and mailing address**

WAGONER COUNTY TREASURER
307 E CHEROKEE, 2ND FLOOR
WAGONER, OK 74467

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,200.00    Priority amount: $1,200.00

| Part 1: | Additional Page | | | |
|---------|-----------------|--|--|--|
| | | | Total claim | Priority amount |

**2.1624**

Priority creditor's name and mailing address

WAGONER COUNTY TREASURER
307 E CHEROKEE, 2ND FLOOR
WAGONER, OK 74467

**Date or dates debt was incurred**

2018

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PERSONAL PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $700.00   Priority amount: $700.00

---

**2.1625**

Priority creditor's name and mailing address

WAITE, LUKE
1242 W. 114TH CT.
JENKS, OK 74037-2172

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3073

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,836.26   Priority amount: $1,836.26

---

**2.1626**

Priority creditor's name and mailing address

WAKEFIELD, MACHELLE
13206 E 32ND CT
TULSA, OK 74134-4006

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0337

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,906.17   Priority amount: $3,906.17

---

**2.1627**

Priority creditor's name and mailing address

WAKEFIELD, THOMAS
13206 E 32ND CT
TULSA, OK 74134-4006

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2528

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,345.09   Priority amount: $3,345.09

---

**2.1628**

Priority creditor's name and mailing address

WALDROP, LEANN
P.O. BOX 342
KELLYVILLE, OK 74036-0342

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3024

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $994.15   Priority amount: $994.15

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1629** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,245.52 | $6,245.52

WALKER SR, RUDY
3777 ELWOOD LN
BEGGS, OK  74421-2361

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1794

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.1630** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,364.49 | $1,364.49

WALKER, BRYAN
1017 N 68TH EAST AVE
TULSA, OK  74115-6827

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2803

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.1631** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,807.50 | $3,807.50

WALKER, CAMERON
25210 E 93RD ST S
BROKEN ARROW, OK  74014-7879

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2633

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.1632** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $748.32 | $748.32

WALKER, JASON
1629 E 56TH PL
TULSA, OK  74105-8021

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3257

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.1633** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,680.81 | $4,680.81

WALKER, JEFFERY
8610 EAST 80TH STREET NORTH
OWASSO, OK  74055-7938

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6114

**Basis for the claim:**
EMPLOYEE PTO

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☑ Yes

Debtor   The NORDAM Group, Inc. (et. al.)   Case 18-11699-MFW   Doc 323   Filed 09/21/18   Page 358 of 1112
Case number (if known) 18-11699-MFW
(Name)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.1634 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,284.46 | $3,284.46 |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
WALKER, RONALD
26564 E 151ST ST S.
COWETA, OK 74429-6551

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2280

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,284.46   Priority amount: $3,284.46

---

2.1635

**Priority creditor's name and mailing address**
WALKER, STEPHANIE
12758 S 274TH EAST AVE
COWETA, OK 74429-3312

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3428

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $729.87   Priority amount: $729.87

---

2.1636

**Priority creditor's name and mailing address**
WALKER, STEVEN
12116 S GRANITE AVE
BIXBY, OK 74008-2739

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3318

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,135.35   Priority amount: $4,135.35

---

2.1637

**Priority creditor's name and mailing address**
WALKER, TERRY
17001 E. 46ST ST. SO.
TULSA, OK 74134-7234

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8477

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,680.15   Priority amount: $12,680.15

---

2.1638

**Priority creditor's name and mailing address**
WALKINGSTICK, MICHAEL
3020 JOHNSTON RD
OOLOGAH, OK 74053-3941

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2659

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $10,164.53   Priority amount: $10,164.53

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1639 | **Priority creditor's name and mailing address**<br>WALLACE, JAMES<br>10906 W HASKELL CIR<br>WICHITA, KS 67209-3245<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3324<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,730.68 | $2,730.68 |
| 2.1640 | **Priority creditor's name and mailing address**<br>WALLACE, REGINALD<br>9107 N 156TH EAST CT<br>OWASSO, OK 74055-8540<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2514<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,348.25 | $6,348.25 |
| 2.1641 | **Priority creditor's name and mailing address**<br>WALLACE, ROBERT<br>P.O. BOX 1121<br>OWASSO, OK 74055-1121<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3493<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,861.52 | $7,861.52 |
| 2.1642 | **Priority creditor's name and mailing address**<br>WALLANDER, CRAIG<br>501 S 38TH W AVE<br>TULSA, OK 74127-8236<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4192<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,827.50 | $5,827.50 |
| 2.1643 | **Priority creditor's name and mailing address**<br>WALTERS, ADAM<br>461 E. 129TH PL.<br>JENKS, OK 74037-3798<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3137<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,818.42 | $4,818.42 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1644**    **Priority creditor's name and mailing address**

WALTERS, BARRY
28668 E. 75TH ST. SOUTH
BROKEN ARROW, OK 74014-5773

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5498

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00    Priority amount: $12,850.00

---

**2.1645**    **Priority creditor's name and mailing address**

WALTERS, CORBIN
201 E BREANNA ST
KIEFER, OK 74041-4515

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3204

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,008.73    Priority amount: $2,008.73

---

**2.1646**    **Priority creditor's name and mailing address**

WALTERS, JUSTIN
RR2 BOX 76-800
NOWATA, OK 74048-9652

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3486

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $248.55    Priority amount: $248.55

---

**2.1647**    **Priority creditor's name and mailing address**

WARD, BRIAN
10908 N 118TH E AVE
OWASSO, OK 74055-7412

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3206

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,236.67    Priority amount: $2,236.67

---

**2.1648**    **Priority creditor's name and mailing address**

WARD, JUSTIN
9409 NORTH 95TH EAST PLACE
OWASSO, OK 74055-0971

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1532

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,314.32    Priority amount: $5,314.32

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1649** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,309.04 | $1,309.04

WARD, KATHY
1309 S POWELL AVE
WAGONER, OK  74467-8115

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3329

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1650** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $202.19 | $202.19

WARE, STEVEN
14201 E 92ND ST N
OWASSO, OK  74055-2763

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3506

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1651** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,730.65 | $4,730.65

WARFIELD, MARK
16653 S. BIG VALLEY BLVD
CLAREMORE, OK  74017-2300

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 6926

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1652** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $554.79 | $554.79

WARLICK, CARMEN
11833 E 61ST PL
BROKEN ARROW, OK  74012-1334

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3411

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1653** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,088.88 | $1,088.88

WARREN, COREY
1906 N CHAMBERS TERR
CLAREMORE, OK  74017-2621

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2396

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|
| | | Total claim | Priority amount |

| 2.1654 | **Priority creditor's name and mailing address**<br>WARREN, RONNIE<br>4615 S 162ND W AVE<br>SAND SPRINGS, OK 74063-4559<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4285<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,913.92 | $6,913.92 |
| 2.1655 | **Priority creditor's name and mailing address**<br>WASHINGTON, HAYWOOD<br>10618 E 113TH ST N<br>OWASSO, OK 74055-4256<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8957<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,332.96 | $8,332.96 |
| 2.1656 | **Priority creditor's name and mailing address**<br>WASHINGTON, SHELIA<br>P.O. BOX 1024<br>SPERRY, OK 74073-1024<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9941<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,006.79 | $5,006.79 |
| 2.1657 | **Priority creditor's name and mailing address**<br>WATKINS, RICKY<br>7220 S 337TH EAST AVE<br>BROKEN ARROW, OK 74014-7555<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5574<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,330.71 | $6,330.71 |
| 2.1658 | **Priority creditor's name and mailing address**<br>WATSON, DONALD<br>24315 E 112TH ST S.<br>BROKEN ARROW, OK 74014-7736<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9717<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,538.91 | $6,538.91 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1659 | **Priority creditor's name and mailing address**<br>WATSON, KEVIN<br>3752 W 45TH ST<br>TULSA, OK 74107-6340<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0588<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,827.92 | $2,827.92 |
| 2.1660 | **Priority creditor's name and mailing address**<br>WEATHERS, J'SON<br>11633 E 83RD ST N APT DD<br>OWASSO, OK 74055-2229<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3319<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $564.16 | $564.16 |
| 2.1661 | **Priority creditor's name and mailing address**<br>WEBER, DARRELL<br>4808 RUSTIC RD<br>SAND SPRINGS, OK 74063-3112<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9617<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,909.85 | $2,909.85 |
| 2.1662 | **Priority creditor's name and mailing address**<br>WEBER, JENNIFER<br>6002 S 263RD EAST AVE<br>BROKEN ARROW, OK 74014-4431<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9013<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,784.66 | $4,784.66 |
| 2.1663 | **Priority creditor's name and mailing address**<br>WEBSTER JR, STEPHEN<br>1818 JEFFERSON PL<br>BARTLESVILLE, OK 74006-6402<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0259<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,903.71 | $5,903.71 |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1664**  **Priority creditor's name and mailing address**

WEIR, KRISTA
1515 E. ORLANDO CT
BROKEN ARROW, OK  74011-5172

**Date or dates debt was incurred**

**Last 4 digits of account number: 3132**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim $7,241.10    Priority amount $7,241.10

---

**2.1665**  **Priority creditor's name and mailing address**

WELLS, RONALD
1553 N ELGIN AVE
TULSA, OK  74106-4255

**Date or dates debt was incurred**

**Last 4 digits of account number: 4035**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim $4,505.57    Priority amount $4,505.57

---

**2.1666**  **Priority creditor's name and mailing address**

WERT, TIMOTHY
412 E AUSTIN
BROKEN ARROW, OK  74011-4044

**Date or dates debt was incurred**

**Last 4 digits of account number: 5844**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim $7,186.89    Priority amount $7,186.89

---

**2.1667**  **Priority creditor's name and mailing address**

WESSON III, RICHARD
RR 1 BOX 3420
NOWATA, OK  74048-9796

**Date or dates debt was incurred**

**Last 4 digits of account number: 1989**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim $3,970.25    Priority amount $3,970.25

---

**2.1668**  **Priority creditor's name and mailing address**

WESTFALL, LINDA
9817 N. 26 E AVE
SPERRY, OK  74073-4336

**Date or dates debt was incurred**

**Last 4 digits of account number: 0413**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim $4,725.00    Priority amount $4,725.00

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1669 | **Priority creditor's name and mailing address**<br>WHEAT, PATRICK<br>113 W WACO PL<br>BROKEN ARROW, OK  74011-3636<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2870<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,974.27 | $2,974.27 |
| 2.1670 | **Priority creditor's name and mailing address**<br>WHEELER, BRUCE<br>4909 W COMMERCIAL ST<br>BROKEN ARROW, OK  74012-8728<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2797<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $4,241.25 | $4,241.25 |
| 2.1671 | **Priority creditor's name and mailing address**<br>WHEELER, DENNIS<br>1625 S 3RD ST.<br>BROKEN ARROW, OK  74012-5654<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2871<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,169.34 | $3,169.34 |
| 2.1672 | **Priority creditor's name and mailing address**<br>WHEELER, KEVIN<br>21420 E 32ND PL SOUTH<br>BROKEN ARROW, OK  74014-1149<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9247<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,948.38 | $3,948.38 |
| 2.1673 | **Priority creditor's name and mailing address**<br>WHIPPLE, BRENT<br>14810 W 101ST ST S<br>SAPULPA, OK  74066-6760<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4027<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $9,953.37 | $9,953.37 |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1674** | **Priority creditor's name and mailing address**<br>WHISMAN, JANET<br>11813 E 78TH ST N<br>OWASSO, OK  74055-2604<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2650**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,562.70 | $3,562.70 |
| **2.1675** | **Priority creditor's name and mailing address**<br>WHISMAN, PATRICK<br>11221 S 274TH E AVE<br>COWETA, OK  74429-3402<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3222**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $806.68 | $806.68 |
| **2.1676** | **Priority creditor's name and mailing address**<br>WHITE EAGLE-MATTIX, JOSEPHINE<br>1031 RIDGE LANE<br>CATOOSA, OK  74105-2228<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8934**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,265.22 | $4,265.22 |
| **2.1677** | **Priority creditor's name and mailing address**<br>WHITE, DAVID<br>10330 S GRANITE AVE<br>TULSA, OK  74137-6070<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3008**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $9,381.71 | $9,381.71 |
| **2.1678** | **Priority creditor's name and mailing address**<br>WHITE, JULIA<br>5836 E 147TH ST N<br>COLLINSVILLE, OK  74021-5731<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3045**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,643.13 | $4,643.13 |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1679** | **Priority creditor's name and mailing address**<br><br>WHITE, ROBERT<br>5836 E 147TH ST N<br>COLLINSVILLE, OK 74021-5731<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8127<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $11,114.95 | $11,114.95 |
| **2.1680** | **Priority creditor's name and mailing address**<br><br>WHITE, STEVEN<br>5919 S 39TH WEST AVE.<br>TULSA, OK 74107-9236<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9314<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,629.67 | $3,629.67 |
| **2.1681** | **Priority creditor's name and mailing address**<br><br>WHITE, TIM<br>16890 RANCHLAND ROAD<br>SKIATOOK, OK 74070-9121<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3898<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $12,091.83 | $12,091.83 |
| **2.1682** | **Priority creditor's name and mailing address**<br><br>WHITEHILL, RYNE<br>14205 E 91ST ST N<br>OWASSO, OK 74055-2761<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1196<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,363.65 | $6,363.65 |
| **2.1683** | **Priority creditor's name and mailing address**<br><br>WHITELAND, JAMES<br>6614 E 112TH ST S<br>BIXBY, OK 74008-2058<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3238<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,227.57 | $4,227.57 |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.1684 | **Priority creditor's name and mailing address**<br>WHITESELL, SHAUN<br>9865 TALL PINE LANE<br>CLAREMORE, OK 74017-0008<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3208<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,333.30 | $3,333.30 |
| 2.1685 | **Priority creditor's name and mailing address**<br>WHITETREE, MARLYS<br>1084 N 153RD E AVE<br>TULSA, OK 74116-2825<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2126<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $6,673.25 | $6,673.25 |
| 2.1686 | **Priority creditor's name and mailing address**<br>WHITFIELD, MARK<br>5555 E 144TH STREET N<br>COLLINSVILLE, OK 74021-7408<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2304<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,842.84 | $4,842.84 |
| 2.1687 | **Priority creditor's name and mailing address**<br>WHITLEY, TIMOTHY<br>2003 E 12TH PL<br>TULSA, OK 74104-4201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2759<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,083.04 | $5,083.04 |
| 2.1688 | **Priority creditor's name and mailing address**<br>WHITTENBURG, NOLEN<br>1301 N MAIN ST<br>SAND SPRINGS, OK 74063-7716<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2554<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,471.43 | $3,471.43 |

| Part 1: | **Additional Page** |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.1689 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,805.85 | $3,805.85 |

WIDDOES, MICHAEL
414 EAST 20TH COURT
OWASSO, OK  74055-0000

**Date or dates debt was incurred**

**Last 4 digits of account number: 3955**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| 2.1690 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,024.75 | $8,024.75 |

WIENECKE, DANIEL
1935 S COLLEGE AVE
TULSA, OK  74104-6123

**Date or dates debt was incurred**

**Last 4 digits of account number: 9137**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| 2.1691 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,703.68 | $3,703.68 |

WILEY, RONALD
9625 E PALM TREE RD
CLAREMORE, OK  74017-0238

**Date or dates debt was incurred**

**Last 4 digits of account number: 2529**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| 2.1692 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,649.09 | $8,649.09 |

WILKINS, BRYAN
4222 SUMMIT PL
SAND SPRINGS, OK  74063-3110

**Date or dates debt was incurred**

**Last 4 digits of account number: 4948**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| 2.1693 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,003.92 | $6,003.92 |

WILKINS, JAMAS
3370 S 141ST E AVE
TULSA, OK  74134-4455

**Date or dates debt was incurred**

**Last 4 digits of account number: 9542**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1694** | **Priority creditor's name and mailing address**

WILLHITE, SAMUEL
9620 S 4120 RD
OOLOGAH, OK 74053-6306

**Date or dates debt was incurred**

**Last 4 digits of account number: 2530**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,110.59    Priority amount: $3,110.59

---

**2.1695** | **Priority creditor's name and mailing address**

WILLIAMS IV, JEFF
P.O. BOX 1064
DEWAR, OK 74431-1064

**Date or dates debt was incurred**

**Last 4 digits of account number: 2256**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,750.86    Priority amount: $2,750.86

---

**2.1696** | **Priority creditor's name and mailing address**

WILLIAMS JR, MARVIN
10473 E 143RD CT. N
COLLINSVILLE, OK 74021-3700

**Date or dates debt was incurred**

**Last 4 digits of account number: 1553**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,506.08    Priority amount: $7,506.08

---

**2.1697** | **Priority creditor's name and mailing address**

WILLIAMS, BENNIE
1612 SOUTH BOSTON AVE, #5
TULSA, OK 74119-4440

**Date or dates debt was incurred**

**Last 4 digits of account number: 5522**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,254.97    Priority amount: $4,254.97

---

**2.1698** | **Priority creditor's name and mailing address**

WILLIAMS, BRENDA
2100 W. MAPLE ST.
COLLINSVILLE, OK 74021-1618

**Date or dates debt was incurred**

**Last 4 digits of account number: 9255**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,892.80    Priority amount: $4,892.80

| Part 1: | Additional Page |
|---|---|

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1699** | **Priority creditor's name and mailing address**
WILLIAMS, CHELSEA
522 S BOSTON AVENUE
APT 603
TULSA, OK 74103-4620

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2741

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $2,356.16   Priority amount: $2,356.16

---

**2.1700** | **Priority creditor's name and mailing address**
WILLIAMS, CLIFTON
1007 S CHOCTAW AVE
CLAREMORE, OK 74017-6710

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3525

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $208.60   Priority amount: $208.60

---

**2.1701** | **Priority creditor's name and mailing address**
WILLIAMS, DAVID
10316 E 126TH ST NORTH
COLLINSVILLE, OK 74021-3859

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3235

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $927.12   Priority amount: $927.12

---

**2.1702** | **Priority creditor's name and mailing address**
WILLIAMS, DUANA
15000 E 90TH ST N
OWASSO, OK 74055-8499

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1537

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $3,197.57   Priority amount: $3,197.57

---

**2.1703** | **Priority creditor's name and mailing address**
WILLIAMS, DUSTIN
1701 MAPELWOOD DR.
CLAREMORE, OK 74017-2232

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2712

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $3,458.87   Priority amount: $3,458.87

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1704** **Priority creditor's name and mailing address**

WILLIAMS, GARY
2615N BRIARCLIFF RD
SAND SPRINGS, OK 74063-5803

**Date or dates debt was incurred**

**Last 4 digits of account number: 2275**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,658.52    Priority amount: $3,658.52

---

**2.1705** **Priority creditor's name and mailing address**

WILLIAMS, JAMES
1031 RIDGE LN
CATOOSA, OK 74015-2228

**Date or dates debt was incurred**

**Last 4 digits of account number: 3541**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,542.59    Priority amount: $4,542.59

---

**2.1706** **Priority creditor's name and mailing address**

WILLIAMS, JUDD
14957 N 68TH W AVE.
SKIATOOK, OK 74070-4083

**Date or dates debt was incurred**

**Last 4 digits of account number: 5020**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,777.14    Priority amount: $5,777.14

---

**2.1707** **Priority creditor's name and mailing address**

WILLIAMS, KEITH
1515 N BOSTON AVE
TULSA, OK 74106-4102

**Date or dates debt was incurred**

**Last 4 digits of account number: 9352**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $5,287.70    Priority amount: $5,287.70

---

**2.1708** **Priority creditor's name and mailing address**

WILLIAMS, ROBERT
1349 FOREST LANE
CATOOSA, OK 74015-2212

**Date or dates debt was incurred**

**Last 4 digits of account number: 3023**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $8,565.32    Priority amount: $8,565.32

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1709 | **Priority creditor's name and mailing address**<br>WILLIAMS, STEPHEN<br>321 PRATTWOOD DR<br>SAND SPRINGS, OK 74063-3069<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5425<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,662.43 | $5,662.43 |
| 2.1710 | **Priority creditor's name and mailing address**<br>WILLIAMS, STEPHEN<br>917 W PITTSBURG ST<br>BROKEN ARROW, OK 74012-5062<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2678<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,553.29 | $2,553.29 |
| 2.1711 | **Priority creditor's name and mailing address**<br>WILLIAMS, TONY<br>1204 S LIONS AVE<br>BROKEN ARROW, OK 74012-5017<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2376<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,034.11 | $4,034.11 |
| 2.1712 | **Priority creditor's name and mailing address**<br>WILLIAMS, WALTER<br>901 W GRANGER ST<br>BROKEN ARROW, OK 74012-8461<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5194<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,640.96 | $5,640.96 |
| 2.1713 | **Priority creditor's name and mailing address**<br>WILLIAMSON, JAMES<br>13167 N 68TH W AVE<br>SKIATOOK, OK 74070-6410<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4806<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,948.28 | $8,948.28 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1714**

**Priority creditor's name and mailing address**

WILLIAMSON, NICHOLAS
308 E.126TH ST. SOUTH
JENKS, OK  74037-2895

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8909

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,282.95    Priority amount: $4,282.95

---

**2.1715**

**Priority creditor's name and mailing address**

WILLIS, KELLI
2913 S MAIN ST
SAPULPA, OK  74066-7102

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3526

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $150.90    Priority amount: $150.90

---

**2.1716**

**Priority creditor's name and mailing address**

WILLIS, MARTIN
2913 S MAIN STREET
SAPULPA, OK  74066-7102

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9880

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $9,254.10    Priority amount: $9,254.10

---

**2.1717**

**Priority creditor's name and mailing address**

WILLIS, STEPHEN
4206 W 590
CHOUTEAU, OK  74337-6232

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0603

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,738.93    Priority amount: $4,738.93

---

**2.1718**

**Priority creditor's name and mailing address**

WILLYARD, TIMOTHY
12428 N MARION
COLLINSVILLE, OK  74021-5115

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0044

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $9,083.22    Priority amount: $9,083.22

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1719** | **Priority creditor's name and mailing address** | $2,500.27 | $2,500.27 |

WILMETH, BRYAN
20605 S RIDGEFIELD CIR
CLAREMORE, OK 74019-5201

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2110

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1720** | **Priority creditor's name and mailing address** | $9,591.72 | $9,591.72 |

WILMETH, WILLIAM
13202 E 84TH ST NORTH
APT 101
OWASSO, OK 74055-8634

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8767

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1721** | **Priority creditor's name and mailing address** | $4,984.25 | $4,984.25 |

WILSON, BUDDY
5901 E 4TH ST
TULSA, OK 74112-1617

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4649

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1722** | **Priority creditor's name and mailing address** | $3,515.77 | $3,515.77 |

WILSON, CHRISTOPHER
12107 E. 89TH ST. N.
OWASSO, OK 74055-2009

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1645

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1723** | **Priority creditor's name and mailing address** | $12,006.07 | $12,006.07 |

WILSON, JODY
11000 N 120TH E AV
OWASSO, OK 74055-4245

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3473

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1724 | **Priority creditor's name and mailing address**<br><br>WILSON, TIFFANY<br>4204 W RICHMOND CT<br>BROKEN ARROW, OK 74012-5907<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1990<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,757.76 | $2,757.76 |
| 2.1725 | **Priority creditor's name and mailing address**<br><br>WILSON, ZACHARY<br>1122 S. EVANSTON AVE<br>TULSA, OK 74104-4132<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2531<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,383.83 | $2,383.83 |
| 2.1726 | **Priority creditor's name and mailing address**<br><br>WIMMER, DANIEL<br>P.O. BOX 1177<br>SKIATOOK, OK 74070-5177<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9069<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $8,279.58 | $8,279.58 |
| 2.1727 | **Priority creditor's name and mailing address**<br><br>WINGARD, KYLE<br>11202 NORTH 106TH EAST AVE.<br>OWASSO, OK 74055-4226<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2423<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,747.00 | $2,747.00 |
| 2.1728 | **Priority creditor's name and mailing address**<br><br>WINTERS, ERIC<br>1308 E. CONCORD ST.<br>BROKEN ARROW, OK 74012-6352<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3454<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,909.52 | $5,909.52 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.1729** | **Priority creditor's name and mailing address**
WISEMAN, KEVIN
2907 S. MAIN ST.
SAPULPA, OK  74066-6537

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9577

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,614.98   Priority amount: $3,614.98

---

**2.1730** | **Priority creditor's name and mailing address**
WITTERS, TIMOTHY
7114 E OKLAHOMA ST
TULSA, OK  74115-4205

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9494

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,418.43   Priority amount: $2,418.43

---

**2.1731** | **Priority creditor's name and mailing address**
WITZKE, KEVIN
3306 E 73RD ST
TULSA, OK  74136-5966

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0263

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $7,188.25   Priority amount: $7,188.25

---

**2.1732** | **Priority creditor's name and mailing address**
WOLF, JORDYN
1339 S 101ST EAST AVE
TULSA, OK  74128-4627

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3412

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $554.79   Priority amount: $554.79

---

**2.1733** | **Priority creditor's name and mailing address**
WOLFENBARGER, BRIAN
13239 E 45TH ST
TULSA, OK  74134-5864

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6854

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,568.43   Priority amount: $3,568.43

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1734 | **Priority creditor's name and mailing address**<br>WOLFENBERGER, JOSEPH<br>12324 E. 86TH ST. NORTH<br>SUITE 149<br>OWASSO, OK 74055-2543<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4766<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | | $6,436.74 | $6,436.74 |
| 2.1735 | **Priority creditor's name and mailing address**<br>WOLFF, WILLIAM<br>515 S PITTSBURG AVE<br>TULSA, OK 74112-1203<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2364<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | | $1,966.74 | $1,966.74 |
| 2.1736 | **Priority creditor's name and mailing address**<br>WOMACK, JIMMY<br>P.O. BOX 123<br>PAWNEE, OK 74058-0123<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4917<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | | $6,146.88 | $6,146.88 |
| 2.1737 | **Priority creditor's name and mailing address**<br>WOOD JR, RANDY<br>2497 N WILDERNESS LN<br>FAYETTEVILLE, AR 72703-3577<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2685<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | | $6,513.66 | $6,513.66 |
| 2.1738 | **Priority creditor's name and mailing address**<br>WOOD, CHRISTOPHER<br>3722 S 69TH W COURT<br>TULSA, OK 74107-4863<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3233<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | | $532.60 | $532.60 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.1739 | **Priority creditor's name and mailing address**<br>WOOD, MARC<br>8105 N 121ST EAST AVE<br>OWASSO, OK 74055-6202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3495<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $470.46 | $470.46 |
| 2.1740 | **Priority creditor's name and mailing address**<br>WOOD, TROY<br>10425 EAST 143RD CRT NORTH<br>COLLINSVILLE, OK 74021-3700<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1950<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,199.51 | $4,199.51 |
| 2.1741 | **Priority creditor's name and mailing address**<br>WOODALL, TAYLOR<br>1005 N ELM ST<br>OWASSO, OK 74055-5570<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3300<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $937.00 | $937.00 |
| 2.1742 | **Priority creditor's name and mailing address**<br>WORKMAN, HELEN<br>P.O. BOX 376<br>MOUNDS, OK 74047-0376<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0544<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,081.05 | $3,081.05 |
| 2.1743 | **Priority creditor's name and mailing address**<br>WORTHAM III, JAMES<br>3141 S 108TH EAST AVE APT H<br>TULSA, OK 74146-1680<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3352<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,616.84 | $1,616.84 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.1744 | **Priority creditor's name and mailing address** <br> WORTHY, THOMAS <br> 7608 N 123RD E AVE <br> OWASSO, OK 74055-7921 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 1523 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $4,558.54 | $4,558.54 |
| 2.1745 | **Priority creditor's name and mailing address** <br> WRATTEN, KENNETH <br> 19744 E 69TH PLACE N <br> OWASSO, OK 74055-2830 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 2486 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $6,508.88 | $6,508.88 |
| 2.1746 | **Priority creditor's name and mailing address** <br> WRATTEN, RONALD <br> 13000 E 126TH PL N <br> COLLINSVILLE, OK 74021-4148 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 4226 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $7,970.20 | $7,970.20 |
| 2.1747 | **Priority creditor's name and mailing address** <br> WREST, MORGAN <br> 1938 W MAPLE <br> COLLINSVILLE, OK 74021-1614 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 6347 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $6,856.39 | $6,856.39 |
| 2.1748 | **Priority creditor's name and mailing address** <br> WRIGHT JR, MICKEY <br> 7711 S 88 E AVE <br> TULSA, OK 74133-3730 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 6542 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☑ Yes | $4,633.44 | $4,633.44 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.1749** — **Priority creditor's name and mailing address**

WRIGHT, CHARLES
12424 W 63RD ST S
SAPULPA, OK  74066-7798

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3241

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $12,850.00    Priority amount: $12,850.00

---

**2.1750** — **Priority creditor's name and mailing address**

WRIGHT, DERRICK
510 N BIRCH AVE.
BROKEN ARROW, OK  74012-2509

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0532

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $4,760.99    Priority amount: $4,760.99

---

**2.1751** — **Priority creditor's name and mailing address**

WRIGHT, JAMES
1139 N VANCOUVER AVE
TULSA, OK  74127-5449

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9003

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,652.92    Priority amount: $2,652.92

---

**2.1752** — **Priority creditor's name and mailing address**

WRIGHT, KEITH
11410 S 337TH W AVE
BRISTOW, OK  74010-4166

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5202

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $10,556.97    Priority amount: $10,556.97

---

**2.1753** — **Priority creditor's name and mailing address**

WRIGHT, NATHAN
25453 S. CONCORD DR.
CLAREMORE, OK  74019-1749

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4575

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,587.00    Priority amount: $6,587.00

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1754**

**Priority creditor's name and mailing address**
WYNN, PAUL
3308 S LOUISVILLE AV
TULSA, OK 74135-4501

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6888

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,637.52    Priority amount: $2,637.52

---

**2.1755**

**Priority creditor's name and mailing address**
XIONG, KOOBCHENG
19340 E 43RD ST SOUTH
BROKEN ARROW, OK 74014-1317

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3234

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $585.86    Priority amount: $585.86

---

**2.1756**

**Priority creditor's name and mailing address**
XIONG, NENG
16152 E 99TH ST N
OWASSO, OK 74055-5217

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5464

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $6,918.54    Priority amount: $6,918.54

---

**2.1757**

**Priority creditor's name and mailing address**
XIONG, RICHARD
12922 E READING PLACE N
TULSA, OK 74116-1715

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1759

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $1,927.21    Priority amount: $1,927.21

---

**2.1758**

**Priority creditor's name and mailing address**
XIONG, RICHARD
1727 S 140TH EAST AVE
TULSA, OK 74108-5513

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2631

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,051.51    Priority amount: $2,051.51

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1759** | **Priority creditor's name and mailing address**

XIONG, TENG
4841 E 83RD STREET NORTH
SPERRY, OK 74073-5000

**Date or dates debt was incurred**

**Last 4 digits of account number: 2282**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,407.06     Priority amount: $2,407.06

---

**2.1760** | **Priority creditor's name and mailing address**

XIONG, VANG
20960 E 36TH PL
BROKEN ARROW, OK 74014-1202

**Date or dates debt was incurred**

**Last 4 digits of account number: 6240**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $3,886.33     Priority amount: $3,886.33

---

**2.1761** | **Priority creditor's name and mailing address**

XIONG, XANG
10904 EAST 120TH COURT NORTH
COLLINSVILLE, OK 74021-5502

**Date or dates debt was incurred**

**Last 4 digits of account number: 1356**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,259.22     Priority amount: $2,259.22

---

**2.1762** | **Priority creditor's name and mailing address**

YAEGER, LAURA
2109 E. 1ST STREET
TULSA, OK 74104-1408

**Date or dates debt was incurred**

**Last 4 digits of account number: 2755**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $2,869.51     Priority amount: $2,869.51

---

**2.1763** | **Priority creditor's name and mailing address**

YANG, ALEX
3301 N ELM AVE #305
BROKEN ARROW, OK 74012-7970

**Date or dates debt was incurred**

**Last 4 digits of account number: 2988**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: $932.42     Priority amount: $932.42

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1764** | **Priority creditor's name and mailing address**<br>YANG, ARIC<br>3501 S 213TH EAST AVE<br>BROKEN ARROW, OK  74014-8770<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0151<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,094.22 | $3,094.22 |
| **2.1765** | **Priority creditor's name and mailing address**<br>YANG, CHAI<br>10830 E 33RD CT<br>TULSA, OK  74146-1803<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2487<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,404.80 | $1,404.80 |
| **2.1766** | **Priority creditor's name and mailing address**<br>YANG, CHUA<br>17017 E 119TH ST N<br>COLLINSVILLE, OK  74021-5138<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3475<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $301.81 | $301.81 |
| **2.1767** | **Priority creditor's name and mailing address**<br>YANG, CHUE<br>7449 S 111TH EAST AVE<br>TULSA, OK  74133-2511<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0503<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,470.76 | $5,470.76 |
| **2.1768** | **Priority creditor's name and mailing address**<br>YANG, CINDER<br>12153 N 152ND EAST AVENUE<br>COLLINSVILLE, OK  74021-4318<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2640<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,036.16 | $4,036.16 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1769 | **Priority creditor's name and mailing address**<br>YANG, DAO<br>14700 E 88TH PL N APT 1016<br>OWASSO, OK 74055-4933<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3214<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $908.68 | $908.68 |
| 2.1770 | **Priority creditor's name and mailing address**<br>YANG, DOUA<br>1025 W GRANGER ST<br>BROKEN ARROW, OK 74012-0730<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2233<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,205.62 | $7,205.62 |
| 2.1771 | **Priority creditor's name and mailing address**<br>YANG, JOE<br>11944 N 154TH EAST AVE<br>COLLINSVILLE, OK 74021-5815<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8914<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $4,247.70 | $4,247.70 |
| 2.1772 | **Priority creditor's name and mailing address**<br>YANG, KENG<br>APT 3137 2750 N 7TH ST<br>BROKEN ARROW, OK 74012-2680<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2571<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,931.57 | $1,931.57 |
| 2.1773 | **Priority creditor's name and mailing address**<br>YANG, KIA<br>1025 W GRANGER ST<br>BROKEN ARROW, OK 74012-0730<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5123<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,387.34 | $3,387.34 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1774 | **Priority creditor's name and mailing address**<br><br>YANG, KO FONG<br>17273 E OKLAHOMA ST<br>TULSA, OK 74116-4614<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2095<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,276.07 | $3,276.07 |
| 2.1775 | **Priority creditor's name and mailing address**<br><br>YANG, LOU<br>4571 S 209 E AVE<br>BROKEN ARROW, OK 74014-1136<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1615<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,196.33 | $3,196.33 |
| 2.1776 | **Priority creditor's name and mailing address**<br><br>YANG, NADEE<br>11431 E 110TH PL N<br>OWASSO, OK 74055-2210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9300<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,909.85 | $2,909.85 |
| 2.1777 | **Priority creditor's name and mailing address**<br><br>YANG, NHALONG<br>13116 E 37TH ST<br>TULSA, OK 74134-5246<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3440<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,286.59 | $5,286.59 |
| 2.1778 | **Priority creditor's name and mailing address**<br><br>YANG, PANG<br>3984 S 214TH EAST AVE<br>BROKEN ARROW, OK 74014-1927<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2715<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,741.09 | $2,741.09 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1779 | **Priority creditor's name and mailing address**<br>YANG, PAO<br>4675 S 205TH E AVE<br>BROKEN ARROW, OK 74014-0000<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5018<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,234.88 | $7,234.88 |
| 2.1780 | **Priority creditor's name and mailing address**<br>YANG, PENG<br>7449 S 111TH EAST AVE<br>TULSA, OK 74133-2511<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2191<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,083.92 | $3,083.92 |
| 2.1781 | **Priority creditor's name and mailing address**<br>YANG, PLA<br>13116 E 37TH ST<br>TULSA, OK 74134-5246<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5130<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $5,235.73 | $5,235.73 |
| 2.1782 | **Priority creditor's name and mailing address**<br>YANG, RICK<br>14205 E 56 ST N<br>OWASSO, OK 74055-7527<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1554<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,433.87 | $3,433.87 |
| 2.1783 | **Priority creditor's name and mailing address**<br>YANG, ROBERT<br>526 W DENNY<br>CATOOSA, OK 74015-2111<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3081<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $766.60 | $766.60 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1784** **Priority creditor's name and mailing address**
YANG, TONG
16941 EAST 118TH ST N.
COLLINSVILLE, OK  74021-5160

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1679

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $3,146.92    Priority amount: $3,146.92

---

**2.1785** **Priority creditor's name and mailing address**
YANG, TOU
3984 S. 214TH E. AVE
BROKEN ARROW, OK  74014-0000

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5503

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $4,614.49    Priority amount: $4,614.49

---

**2.1786** **Priority creditor's name and mailing address**
YANG, YENG
12517 E 38TH ST
TULSA, OK  74146-3216

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3288

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $8,164.34    Priority amount: $8,164.34

---

**2.1787** **Priority creditor's name and mailing address**
YEUBANKS, MORGAN
222 W PITTSBURG PL
BROKEN ARROW, OK  74012-5453

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3487

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $292.93    Priority amount: $292.93

---

**2.1788** **Priority creditor's name and mailing address**
YOCUM JR, DONALD
12523 S. 209TH. W. AVE.
SAPULPA, OK  74066-9505

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6411

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $5,675.88    Priority amount: $5,675.88

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1789** | **Priority creditor's name and mailing address**
YOUNG, ALICIA
4035 S RAWSON RD
SAND SPRINGS, OK 74063-3819

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1144

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $5,982.13   Priority amount: $5,982.13

---

**2.1790** | **Priority creditor's name and mailing address**
YOUNG, BRANDON
15209 E 470 RD
CLAREMORE, OK 74017-5374

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3362

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $1,492.30   Priority amount: $1,492.30

---

**2.1791** | **Priority creditor's name and mailing address**
YOUNG, CHARLES
7840 E 22ND ST
TULSA, OK 74129-2412

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3266

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $1,032.88   Priority amount: $1,032.88

---

**2.1792** | **Priority creditor's name and mailing address**
YOUNG, STEPHEN
8915 N 152ND E AVE
OWASSO, OK 74055-8489

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3243

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $578.56   Priority amount: $578.56

---

**2.1793** | **Priority creditor's name and mailing address**
YOUNGER, JOHN
16213 E 47TH PL
TULSA, OK 74134-4705

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9079

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Total claim: $10,069.74   Priority amount: $10,069.74

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.1794** | **Priority creditor's name and mailing address**

ZABEL, RYAN
5123 E 23RD ST
TULSA, OK 74114-3705

**Date or dates debt was incurred**

**Last 4 digits of account number: 3496**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$369.86** — Priority amount: **$369.86**

---

**2.1795** | **Priority creditor's name and mailing address**

ZAKHARCHUK, ANTON
1565 BENTON BLVD APT 803
SAVANNAH, GA 31407-0413

**Date or dates debt was incurred**

**Last 4 digits of account number: 2762**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$1,509.04** — Priority amount: **$1,509.04**

---

**2.1796** | **Priority creditor's name and mailing address**

ZANNOTTI, RITA
4018 E 87TH ST
TULSA, OK 74137-2610

**Date or dates debt was incurred**

**Last 4 digits of account number: 2162**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$3,087.91** — Priority amount: **$3,087.91**

---

**2.1797** | **Priority creditor's name and mailing address**

ZELLNER, JENNIFER
9913 E 100TH PL N
OWASSO, OK 74055-6497

**Date or dates debt was incurred**

**Last 4 digits of account number: 9652**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$4,139.04** — Priority amount: **$4,139.04**

---

**2.1798** | **Priority creditor's name and mailing address**

ZELLNER, RYAN
18900 S. HICKORY PL.
CLAREMORE, OK 74019-0417

**Date or dates debt was incurred**

**Last 4 digits of account number: 5419**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

Total claim: **$6,781.68** — Priority amount: **$6,781.68**

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1799 | **Priority creditor's name and mailing address**<br><br>ZHEREBNENKO, MIKHAIL<br>721 N PAWNEE AVE<br>DEWEY, OK 74029-2216<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2158<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,396.60 | $1,396.60 |
| 2.1800 | **Priority creditor's name and mailing address**<br><br>ZICKEFOOSE, TROY<br>3316 BERMUDA DR<br>SAND SPRINGS, OK 74063-2961<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2847<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,237.29 | $3,237.29 |
| 2.1801 | **Priority creditor's name and mailing address**<br><br>ZIMIN, EDGAR<br>27120 E 127TH ST S<br>COWETA, OK 74429-5829<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2451<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,789.04 | $1,789.04 |
| 2.1802 | **Priority creditor's name and mailing address**<br><br>ZINGA, PHILLIP<br>17537 E. 43RD PL.<br>TULSA, OK 74134-6015<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1528<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $7,093.98 | $7,093.98 |
| 2.1803 | **Priority creditor's name and mailing address**<br><br>ZUBER, EUGENIA<br>835 N BIRMINGHAM PL<br>TULSA, OK 74110-5017<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2270<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,447.37 | $2,447.37 |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,206.00
Check all that apply.

328 SUPPORT SERVICES GMBH
GEB 379 WARENEINGANG
WESSLING  82234
GERMANY

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Last 4 digits of account number: 2608**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $206,088.93
Check all that apply.

3M INDUSTRIAL ADHESIVES & TAPE DIV
3211 E CHESTNUT EXPWY
SPRINGFIELD, MO  65802-2592

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 1746**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,254,551.98
Check all that apply.

A&G MACHINE INC
1231 37TH ST NW
AUBURN, WA  98001-2417

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 0749**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $175.00
Check all that apply.

A-ACCURATE WELD
1136 S HUDSON
TULSA, OK  74112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 1927**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.20
Check all that apply.

AAR PARTS TRADING DBA AAR ALLEN
ASSET MGMT
ONE AAR PLACE
WOOD DALE, IL  60191

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Last 4 digits of account number: 5071**

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

**3.6**    **Nonpriority creditor's name and mailing address**

ABBOTT, BRENDAN LARON
18575 E 108TH ST N
OWASSO, OK 74055-8121

**Date or dates debt was incurred**

**Last 4 digits of account number: 3830**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,152.83

---

**3.7**    **Nonpriority creditor's name and mailing address**

ABBOTT, DONNA
11833 N 158TH E AVE
COLLINSVILLE, OK 74021-5831

**Date or dates debt was incurred**

**Last 4 digits of account number: 5196**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$288.07

---

**3.8**    **Nonpriority creditor's name and mailing address**

ABBOTT, KRISTY
11440 N 160TH E AVE
OWASSO, OK 74055-6090

**Date or dates debt was incurred**

**Last 4 digits of account number: 2750**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$876.13

---

**3.9**    **Nonpriority creditor's name and mailing address**

ABBOTT, TONY
11440 N 160TH E AVE
OWASSO, OK 74055-6090

**Date or dates debt was incurred**

**Last 4 digits of account number: 1679**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,137.50

---

**3.10**    **Nonpriority creditor's name and mailing address**

ABERDEEN DYNAMI
17717 E ADMIRAL PL
TULSA, OK 74116

**Date or dates debt was incurred**

**Last 4 digits of account number: 0080**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,417.38

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.11** **Nonpriority creditor's name and mailing address**

ABF FREIGHT SYS
4410 S JACKSON
TULSA, OK  74107

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0613

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,662.41

---

**3.12** **Nonpriority creditor's name and mailing address**

ABRAMS, NELSON
245 W PRICE AVE
OOLOGAH, OK  74053-3206

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$194.36

---

**3.13** **Nonpriority creditor's name and mailing address**

ABSOLUT MARKING INC
8710 E 41 ST
TULSA, OK  74147

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0129

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,170.00

---

**3.14** **Nonpriority creditor's name and mailing address**

AC PRODUCTS INC
9930 PAINTER AVE
WHITTIER, CA  90605-2759

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,237.60

---

**3.15** **Nonpriority creditor's name and mailing address**

ACCOUNTABLE HEA
560 N ROGERS RD
OLATHE, KS  66062

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9170

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,341.24

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.16**    **Nonpriority creditor's name and mailing address**

ACCUFLEET TESTI
1959 S STARPOINT DR
HOUSTON, TX 77032

**Date or dates debt was incurred**

**Last 4 digits of account number: 5447**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,175.00

---

**3.17**    **Nonpriority creditor's name and mailing address**

ACI MOTOR FREIG
4545 S PALISADE ST
WICHITA, KS 67217

**Date or dates debt was incurred**

**Last 4 digits of account number: 1986**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,079.42

---

**3.18**    **Nonpriority creditor's name and mailing address**

ACME AUDITING L
2018 W 38 ST
KEARNEY, NE 68845

**Date or dates debt was incurred**

**Last 4 digits of account number: 9368**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,500.94

---

**3.19**    **Nonpriority creditor's name and mailing address**

ACTION INDUSTRIES
1120 OLYMPIC DR
CORONA, CA 92881-3390

**Date or dates debt was incurred**

**Last 4 digits of account number: 0933**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,239.46

---

**3.20**    **Nonpriority creditor's name and mailing address**

ADAMS RITE AEROSPACE
4141 N PALM ST
FULLERTON, CA 92835

**Date or dates debt was incurred**

**Last 4 digits of account number: 0785**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$186,507.40

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.21 | **Nonpriority creditor's name and mailing address**<br><br>ADCO INDUSTRIES OF OKLAHOMA INC<br>124 N CEDAR ST<br>JENKS, OK 74037<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0379** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $216,576.44 |

| 3.22 | **Nonpriority creditor's name and mailing address**<br><br>ADCOCK III, JAMES<br>4438 S. 249TH W. AVE.<br>SAND SPRINGS, OK 74063-8908<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3414** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,972.88 |

| 3.23 | **Nonpriority creditor's name and mailing address**<br><br>ADDNODE INC<br>1650 SE 17 ST<br>FT LAUDERDALE, FL 33316<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9547** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,904.00 |

| 3.24 | **Nonpriority creditor's name and mailing address**<br><br>ADEPT FASTENERS<br>28709 INDUSTRY DR<br>VALENCIA, CA 91355<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4221** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $105,671.96 |

| 3.25 | **Nonpriority creditor's name and mailing address**<br><br>ADMIRAL EXPRESS LLC<br>1823 N YELLOWOOD AVE<br>BROKEN ARROW, OK 74012<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9370** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,693.60 |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.26 | **Nonpriority creditor's name and mailing address**<br><br>ADP INC<br>504 CLINTON CENTER DR<br>CLINTON, MS  39056<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4665 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.27 | **Nonpriority creditor's name and mailing address**<br><br>ADVANCED AIRCRA<br>11020 ROXBORO AVE<br>OKLAHOMA CITY, OK  73162<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0185 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,131.40 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br><br>ADVANCED AIRCRA<br>3051 MYERS ST<br>RIVERSIDE, CA  92503<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,380.90 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br><br>ADVANCED DEPEND<br>1380 B MAIN ST<br>WALTHAM, MA  02451<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4174 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,605.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br><br>ADVANCED GRAPHI<br>750 GATEWAY BLVD<br>COPPELL, TX  75019<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8502 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,333.50 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $888,713.77 |
|---|---|---|---|

3.31 **Nonpriority creditor's name and mailing address**

ADVANCED MACHINE & FABRICATING INC
11212 E 112 ST N
OWASSO, OK 74055-4216

**Date or dates debt was incurred**

**Last 4 digits of account number: 2088**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$888,713.77**

---

3.32 **Nonpriority creditor's name and mailing address**

ADVANCED MATERIALS & COATINGS INC
125 N ASPAN AVE
AZUSA, CA 91702

**Date or dates debt was incurred**

**Last 4 digits of account number: 3176**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$45,000.00**

---

3.33 **Nonpriority creditor's name and mailing address**

ADVANCED PLASTI
11212 E 112 ST N
OWASSO, OK 74055

**Date or dates debt was incurred**

**Last 4 digits of account number: 0311**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$14,056.94**

---

3.34 **Nonpriority creditor's name and mailing address**

ADVANCED PLASTI
11212 E 112 ST N
OWASSO, OK 74055-4216

**Date or dates debt was incurred**

**Last 4 digits of account number: 2090**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$13,185.00**

---

3.35 **Nonpriority creditor's name and mailing address**

AE PETSCHE CO I
1501 NOLAN RYAN EXWY
ARLINGTON, TX 76011

**Date or dates debt was incurred**

**Last 4 digits of account number: 0532**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$606.42**

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.36 | **Nonpriority creditor's name and mailing address**<br><br>AEARO TECHNOLOG<br>7911 ZIONSVILLE RD<br>INDIANAPOLIS, IN 46268<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1710 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,062.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br><br>AERO COMPONENT<br>40 HOCKANUM BLVD<br>VERNON, CT 06066<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2771 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,777.40 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br><br>AERO CRAFT HYDR<br>392 N SMITH AVE<br>CORONA, CA 92880<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2350 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,195.00 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br><br>AERO FASTENER CO INC<br>76 SERVISTAR INDUSTRIAL WAY<br>WESTFIELD, MA 01085<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0092 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,580.04 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br><br>AERO TRADES MAN<br>65 JERICHO TPKE<br>MINEOLA, NY 11501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5506 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,848.00 |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,973.20 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

AEROBOND CORP
1 ALLEN ST
SPRINGFIELD, MA  01108

**Date or dates debt was incurred**

**Last 4 digits of account number: 2081**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,973.20

---

3.42 | **Nonpriority creditor's name and mailing address**

AEROFLITE ENTER
261 GEMINI AVE
BREA, CA  92821

**Date or dates debt was incurred**

**Last 4 digits of account number: 0190**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$654.22

---

3.43 | **Nonpriority creditor's name and mailing address**

AERON GROUP LLC
1901 N WILLOW AVE
BROKEN ARROW, OK  74012

**Date or dates debt was incurred**

**Last 4 digits of account number: 0005**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$670,535.78

---

3.44 | **Nonpriority creditor's name and mailing address**

AEROPARTS MFG AND REPAIR INC
431 RIO RANCHO BLVD NE
RIO RANCHO, NM  87124

**Date or dates debt was incurred**

**Last 4 digits of account number: 0175**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$206,405.00

---

3.45 | **Nonpriority creditor's name and mailing address**

AEROSPACE DEFENSE COATINGS OF GA
7700 NE INDUSTRIAL BLVD
MACON, GA  31216

**Date or dates debt was incurred**

**Last 4 digits of account number: 0941**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,954.52

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

---

**3.46** | **Nonpriority creditor's name and mailing address**

AEROSPACE MFG I
28316 CONSTELLATION RD
VALENCIA, CA 91355

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2161

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$930.00

---

**3.47** | **Nonpriority creditor's name and mailing address**

AEROSPACE TESTI
37715 E 211 ST S
PORTER, OK 74454

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4971

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,556.29

---

**3.48** | **Nonpriority creditor's name and mailing address**

AEROSPHERE AVIA
7619 BOEING DR
GREENSBORO, NC 27409

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,100.00

---

**3.49** | **Nonpriority creditor's name and mailing address**

AEROXCHANGE LTD
5221 N O'CONNOR BLVD STE 800E
IRVING, TX 75039

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4680

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,840.50

---

**3.50** | **Nonpriority creditor's name and mailing address**

AERSALE INC
4155 PATRIOT DR
GRAPEVINE, TX 76051

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5170

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,500.00

---

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $67,995.00

AERTRADE LLC
1585 BEVERLY CT
AURORA, IL  60502

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 4876**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26.91

AFFILIATED ELEC
8901 E ADMIRAL PL
TULSA, OK  74115

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 0778**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,045.01

AGENTE TECHNICA
714 CENTERPARK DR
COLLEYVILLE, TX  76034

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 4084**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

AGGREKO HOLDINGS INC
DBA AGGREKO LLC
4607 W ADMIRAL DOYLE DR
NEW IBERIA, LA  70560

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 9289**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,077.70

AIM AEROSPACE AUBURN INC
1502 20 ST NW
AUBURN, WA  98001

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 5471**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,174.50

AIR CAPITAL EQU
806 EAST BOSTON
WICHITA, KS  67211

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 2076

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,589.04

AIR CAPITAL INT
9424 E 37 ST N
WICHITA, KS  67226

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 4827

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $181,015.05

AIR CLEANING TECHNOLOGIES INC
1300 W DETROIT
BROKEN ARROW, OK  74012

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1495

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,436.07

AIR COMPRESSOR
9920 EAST 54TH ST
TULSA, OK  74146

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1935

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $775.00

AIR INSTRO INC
5286 KAZUKO CT
MOORPARK, CA  93021-1789

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 0757

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.61**

**Nonpriority creditor's name and mailing address**

AIR PARTS INTERNATIONAL
2921 THORNTON AVE
BURBANK, CA 91504

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$66.75

---

**3.62**

**Nonpriority creditor's name and mailing address**

AIR PARTS SERVICES & SUPPLIES LTD
7178 NW 12TH STREET
MIAMI, FL 33126

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6488

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$700.00

---

**3.63**

**Nonpriority creditor's name and mailing address**

AIR SYSTEMS & P
3200 S ANN ARBOR AVE
OKLAHOMA CITY, OK 73179

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,708.00

---

**3.64**

**Nonpriority creditor's name and mailing address**

AIR TRANSPORT A
1275 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,820.00

---

**3.65**

**Nonpriority creditor's name and mailing address**

AIRBUS OPERATIO
316 ROUTE DE BAYONNE
TOULOUSE 31060
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8619

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,116.00

| **Part 2:** | Additional Page | |

|  | | Amount of claim |
|---|---|---|

**3.66** | **Nonpriority creditor's name and mailing address**

AIRBUS SERVICE CO INC
2550 WASSER TERRACE
HERNDON, VA 20171

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$389,347.46

---

**3.67** | **Nonpriority creditor's name and mailing address**

AIRCRAFT & COMM
800 N RIVER ST
DERBY, KS 67037

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0463

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$417.00

---

**3.68** | **Nonpriority creditor's name and mailing address**

AIRCRAFT ENGINE LEASE FINANCE INC
SUITE 115 48 CARR 165 CITY VIEW PLA
GUAYNABO 00968
PUERTO RICO

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$40,876.03

---

**3.69** | **Nonpriority creditor's name and mailing address**

AIRCRAFT INTERI
535 S EMERSON ST
WICHITA, KS 67209

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2393

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$575.35

---

**3.70** | **Nonpriority creditor's name and mailing address**

AIRCRAFT INVENT
14936 TREND DR
DALLAS, TX 75234

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,558.75

| Part 2: | Additional Page |
| | |

| | | Amount of claim |
|---|---|---|

| 3.71 | **Nonpriority creditor's name and mailing address**<br><br>AIREPS INC<br>1529 N HARMONY CIRCLE<br>ANAHEIM, CA  92807<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3267** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,078.00 |
| 3.72 | **Nonpriority creditor's name and mailing address**<br><br>AIRGAS MID SOUT<br>31 N PEORIA<br>TULSA, OK  74101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2603** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $128.73 |
| 3.73 | **Nonpriority creditor's name and mailing address**<br><br>AIRGROUP CORPOR<br>160 S 122ND E AVE<br>TULSA, OK  74128<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1918** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $236,552.55 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br><br>AIRTECH INTERNATIONAL<br>5700 SKYLAB RD<br>HUNTINGTON BEACH, CA  92647<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5001** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $141,727.60 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br><br>AKROFIRE INC<br>9001 ROSEHILL RD<br>LENEXA, KS  66215<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5101** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $220,776.79 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

3.76   **Nonpriority creditor's name and mailing address**

AKZO NOBEL AEROSPACE COATINGS
1 E WATER ST
WAUKEGAN, IL 60085

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$64,663.32

---

3.77   **Nonpriority creditor's name and mailing address**

ALAMO PLATING AND METAL FINISHING
9230 CONVERSE BUSINESS LN
CONVERSE, TX 78109

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2749

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$79.00

---

3.78   **Nonpriority creditor's name and mailing address**

ALBRIGHT, ALAN
6905 E 88TH ST N
OWASSO, OK 74055-7596

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3000

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$952.93

---

3.79   **Nonpriority creditor's name and mailing address**

ALEXANDER, KEVIN
14355 E TIMBER RIDGE DR.
CLAREMORE, OK 74019-2100

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3458

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,888.21

---

3.80   **Nonpriority creditor's name and mailing address**

ALIGN AEROSPACE
21123 NORDHOFF ST
CHATSWORTH, CA 91311

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3991

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,634.37

---

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.81** **Nonpriority creditor's name and mailing address**

ALL PRODUCTS GA
618 ANDERSON DR
ROMEOVILLE, IL 60446

**Date or dates debt was incurred**

**Last 4 digits of account number: 0389**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,099.70

---

**3.82** **Nonpriority creditor's name and mailing address**

ALLEN & GLEDHIL
ONE MARINA BLVD
SINGAPORE 018989
SINGAPORE

**Date or dates debt was incurred**

**Last 4 digits of account number: 6442**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$890.00

---

**3.83** **Nonpriority creditor's name and mailing address**

ALLEN, CHERELLE
1800 W ALBANY DR
APT 324
BROKEN ARROW, OK 74012-5819

**Date or dates debt was incurred**

**Last 4 digits of account number: 3287**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$358.02

---

**3.84** **Nonpriority creditor's name and mailing address**

ALLENBAUGH, CODY
1011 8TH ST
PAWNEE, OK 74058-3528

**Date or dates debt was incurred**

**Last 4 digits of account number: 3413**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$225.00

---

**3.85** **Nonpriority creditor's name and mailing address**

ALLIED ELECTRON
7151 JACK NEWELL BLVD
FORT WORTH, TX 76118

**Date or dates debt was incurred**

**Last 4 digits of account number: 0173**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$117.64

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $4,358.04 |
| | ALLOYS INTERNAT | *Check all that apply.* |
| | 150 REMINGTON BLVD | ☐ Contingent |
| | RONKONKOMA, NY 11779 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | | **Basis for the claim:** |
| | **Last 4 digits of account number: 2083** | TRADE VENDOR |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $269.22 |
| | ALMONRODE, CHRISTIAN | *Check all that apply.* |
| | 2616 E 7TH ST | ☒ Contingent |
| | TULSA, OK 74104-3310 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | | **Basis for the claim:** |
| | **Last 4 digits of account number: 3169** | EMPLOYEE PTO |
| | | **Is the claim subject to offset?** |
| | | ☐ No |
| | | ☒ Yes |

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $254.48 |
| | ALMUALLEM, FADHL | *Check all that apply.* |
| | 5781 N 97TH EAST AVE | ☒ Contingent |
| | APT 201 | ☐ Unliquidated |
| | OWASSO, OK 74055-6881 | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | | **Basis for the claim:** |
| | **Last 4 digits of account number: 3342** | EMPLOYEE PTO |
| | | **Is the claim subject to offset?** |
| | | ☐ No |
| | | ☒ Yes |

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $13,307.00 |
| | ALPHA MACHINING | *Check all that apply.* |
| | 1604 N 161ST E AVE | ☐ Contingent |
| | TULSA, OK 74116 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | | **Basis for the claim:** |
| | **Last 4 digits of account number: 2177** | TRADE VENDOR |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

| | | |
|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $22,900.77 |
| | ALRO STEEL CORP | *Check all that apply.* |
| | 8600 S 89TH W AVE | ☐ Contingent |
| | TULSA, OK 74131 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | | **Basis for the claim:** |
| | **Last 4 digits of account number: 4337** | TRADE VENDOR |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.91** **Nonpriority creditor's name and mailing address**
ALSABROOK, BRAD
8775 N 97TH E AVE, APT #204
OWASSO, OK  74055-6876

**Date or dates debt was incurred**

**Last 4 digits of account number: 2637**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$342.95

---

**3.92** **Nonpriority creditor's name and mailing address**
AMAC AEROSPACE CONTRACTOR DIVISION
HENRIC PETRI-STRASSE 35
BASEL  4010
SWITZERLAND

**Date or dates debt was incurred**

**Last 4 digits of account number: 3586**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☑ Yes

$495.00

---

**3.93** **Nonpriority creditor's name and mailing address**
AMATUCCI PHOTOG
202 S LANSING AVE
TULSA, OK  74120

**Date or dates debt was incurred**

**Last 4 digits of account number: 7966**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$525.00

---

**3.94** **Nonpriority creditor's name and mailing address**
AMD INTERNATION
1725 S CAMPUS AVE
ONTARIO, CA  91761

**Date or dates debt was incurred**

**Last 4 digits of account number: 1022**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,470.75

---

**3.95** **Nonpriority creditor's name and mailing address**
AMERICAN CRATING CO INC
1819 N GARNETT RD
TULSA, OK  74116

**Date or dates debt was incurred**

**Last 4 digits of account number: 0936**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$489,175.95

| Part 2: | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.96 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN DURAFILM CO INC<br>55 BOYNTON RD<br>HOLLISTON, MA  01746<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5301 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,513.00 |
| 3.97 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN FIRE P<br>12330 E 60TH ST<br>TULSA, OK  74147<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 7772 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,109.05 |
| 3.98 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN HOSE A<br>12936 E ADMIRAL PL<br>TULSA, OK  74116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8162 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,665.65 |
| 3.99 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN JET IN<br>7959 ALABAMA AVE<br>CANOGA PARK, CA  91304<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1052 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $897.50 |
| 3.100 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN LASER<br>5138 S 94 E AVE<br>TULSA, OK  74145-8172<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1270 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $62,946.04 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.101 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN PIPING<br>17110 E PINE ST<br>TULSA, OK 74116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5091 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,900.00 |
| 3.102 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN RED CR<br>10151 E 11 ST<br>TULSA, OK 74128<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1899 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,974.00 |
| 3.103 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN WASTE<br>1420 W 35TH ST<br>TULSA, OK 74107<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0607 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42,645.46 |
| 3.104 | **Nonpriority creditor's name and mailing address**<br><br>AMETEK AEROSPACE AND DEFENSE<br>4157 SW BLVD<br>TULSA, OK 74107<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0355 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $145,092.81 |
| 3.105 | **Nonpriority creditor's name and mailing address**<br><br>AMETEK INC<br>11 COMMERCE BLVD<br>MIDDLEBORO, MA 02346-1031<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5581 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $483.00 |

Case number (if known) 18-11699-MFW

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.106 | **Nonpriority creditor's name and mailing address**<br><br>AMI METALS<br>2535 D S KESSLER<br>WICHITA, KS 67217<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1432 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,577.12 |
| 3.107 | **Nonpriority creditor's name and mailing address**<br><br>AMICK, JOHN<br>108 W 11TH ST<br>CLAREMORE, OK 74017-5833<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3025 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $547.74 |
| 3.108 | **Nonpriority creditor's name and mailing address**<br><br>AMI-CON SUPPLIES LTD<br>SANDPIT RD<br>DARTFORD DA1 5ED<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4082 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,565.80 |
| 3.109 | **Nonpriority creditor's name and mailing address**<br><br>ANALYTICAL METH<br>2133 152ND AVE NE<br>REDMOND, WA 98052<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1352 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,350.00 |
| 3.110 | **Nonpriority creditor's name and mailing address**<br><br>ANCHOR PAINT CO<br>6707 E 14TH ST<br>TULSA, OK 74112<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1406 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $205.79 |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| **3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $970.26 |
|---|---|---|---|

ANDERSON, BAILEY
1721 S DEWEY AVE
BARTLESVILLE, OK 74003-5822

**Date or dates debt was incurred**

**Last 4 digits of account number: 3013**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| **3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250.51 |
|---|---|---|---|

ANDERSON, LYNNICE
621 E 57TH ST N
TULSA, OK 74126-2279

**Date or dates debt was incurred**

**Last 4 digits of account number: 9825**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| **3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,936.78 |
|---|---|---|---|

ANDERSON, SCOTT
9325 S 279TH E AVE
BROKEN ARROW, OK 74014-4302

**Date or dates debt was incurred**

**Last 4 digits of account number: 8876**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| **3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,476.00 |
|---|---|---|---|

ANDOLINIS LLC
12140 E 96TH ST N
OWASSO, OK 74055

**Date or dates debt was incurred**

**Last 4 digits of account number: 7119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,186.06 |
|---|---|---|---|

ANDREWS, CHASE
21110 E 31ST PL
BROKEN ARROW, OK 74014-5101

**Date or dates debt was incurred**

**Last 4 digits of account number: 2616**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $965.88 |
|---|---|---|---|

3.116 **Nonpriority creditor's name and mailing address**

ANDREWS, JOHN
1422 E JONES AVE
SAPULPA, OK 74066-2337

**Date or dates debt was incurred**

**Last 4 digits of account number: 2443**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$965.88

---

3.117 **Nonpriority creditor's name and mailing address**

ANNE MARSHALL
10633 S 91 E AVE
TULSA, OK 74133

**Date or dates debt was incurred**

**Last 4 digits of account number: 8772**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,650.00

---

3.118 **Nonpriority creditor's name and mailing address**

ANTHONY, EDWARD
1301 SW JENNINGS AVE
BARTLESVILLE, OK 74003-5621

**Date or dates debt was incurred**

**Last 4 digits of account number: 2819**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$983.68

---

3.119 **Nonpriority creditor's name and mailing address**

APA AVIATION ST
4150 INTERNATIONAL PLAZA
FORT WORTH, TX 76109

**Date or dates debt was incurred**

**Last 4 digits of account number: 8878**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,348,119.20

---

3.120 **Nonpriority creditor's name and mailing address**

APLIX INC
12300 STEELE CREEK RD
CHARLOTTE, NC 28241-7505

**Date or dates debt was incurred**

**Last 4 digits of account number: 0863**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,189.75

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.121** **Nonpriority creditor's name and mailing address**

APPLIED AUTOMAT
1703 STAR BATT DR
ROCHESTER HILLS, MI 48309

**Date or dates debt was incurred**

**Last 4 digits of account number: 8067**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,571.00

---

**3.122** **Nonpriority creditor's name and mailing address**

APS FIRECO TULS
2000 W DETROIT ST
BROKEN ARROW, OK 74012

**Date or dates debt was incurred**

**Last 4 digits of account number: 0565**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$755.00

---

**3.123** **Nonpriority creditor's name and mailing address**

APS-AIRPARTS SVCS & SUPPLIES
32 HAHAROSHET
OR YEHUDA 60375
ISRAEL

**Date or dates debt was incurred**

**Last 4 digits of account number: 4828**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$244.00

---

**3.124** **Nonpriority creditor's name and mailing address**

AQM ACQUISITION
9567 ARROW RTE
RANCHO CUCAMONGA, CA 91730

**Date or dates debt was incurred**

**Last 4 digits of account number: 5194**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$310.00

---

**3.125** **Nonpriority creditor's name and mailing address**

AQUA JET CUTTER
2055 E 350 RD
TALALA, OK 74080

**Date or dates debt was incurred**

**Last 4 digits of account number: 3387**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,888.12

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.126 | **Nonpriority creditor's name and mailing address**<br><br>ARCADIA AEROSPACE INDUSTRIES LLC<br>266 TWIN CREEKS DR<br>TALLASSEE, AL 36078<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4651 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $186,980.00 |

| 3.127 | **Nonpriority creditor's name and mailing address**<br><br>ARCHER, MICHAEL<br>4727 S TOLEDO AVE<br>TULSA, OK 74135-4712<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $315.94 |

| 3.128 | **Nonpriority creditor's name and mailing address**<br><br>ARCONIC FASTENI<br>12975 BRADLEY AVE<br>SYLMAR, CA 91342-0248<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4496 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,612.14 |

| 3.129 | **Nonpriority creditor's name and mailing address**<br><br>ARCONIC GLOBAL<br>3990 A HERITAGE OAK CT<br>SIMI VALLEY, CA 93063-6711<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0412 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $55,476.00 |

| 3.130 | **Nonpriority creditor's name and mailing address**<br><br>ARGOSY COMPOSITES ADVANCED MATERIAL<br>265 SHORT PIKE RD<br>HUNTSVILLE, AL 35824<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2695 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $301,911.88 |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,977.17 |
|---|---|---|---|

**3.131** **Nonpriority creditor's name and mailing address**

ARISTECH ACRYLI
7350 EMPIRE DR
FLORENCE, KY  41042

**Date or dates debt was incurred**

**Last 4 digits of account number: 0381**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,977.17

---

**3.132** **Nonpriority creditor's name and mailing address**

ARNOLD, DINA
15663 N 102ND EAST AVE
COLLINSVILLE, OK  74021-5320

**Date or dates debt was incurred**

**Last 4 digits of account number: 1524**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,951.20

---

**3.133** **Nonpriority creditor's name and mailing address**

ARROW LABORATOR
1333 N MAIN
WICHITA, KS  67203

**Date or dates debt was incurred**

**Last 4 digits of account number: 0828**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,160.00

---

**3.134** **Nonpriority creditor's name and mailing address**

ARROWHEAD PRODUCTS
4411 KATELLA AVE
LOS ALAMITOS, CA  90720

**Date or dates debt was incurred**

**Last 4 digits of account number: 0081**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,127,734.52

---

**3.135** **Nonpriority creditor's name and mailing address**

ARROYO, MICHELLE
1609 N 15TH ST
BROKEN ARROW, OK  74012-9334

**Date or dates debt was incurred**

**Last 4 digits of account number: 3223**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$537.10

Debtor | The NORDAM Group, Inc.    Case 18-11699-MFW    Doc 323    Filed 09/21/18    Page 419 of 1112    Case number (if known) 18-11699

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

**3.136**    **Nonpriority creditor's name and mailing address**

ASAP TECHNOLOGI
1835 S LEE CT
BUFORD, GA  30518

**Date or dates debt was incurred**

**Last 4 digits of account number: 3396**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,970.30

---

**3.137**    **Nonpriority creditor's name and mailing address**

ASC PROCESS SYSTEMS
28402 LIVINGSTON AVE
VALENCIA, CA  91355

**Date or dates debt was incurred**

**Last 4 digits of account number: 3660**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,662.56

---

**3.138**    **Nonpriority creditor's name and mailing address**

ASHBURNER, RICHARD
4917 S. 185TH E. AVE.
TULSA, OK  74134-7321

**Date or dates debt was incurred**

**Last 4 digits of account number: 1195**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,492.34

---

**3.139**    **Nonpriority creditor's name and mailing address**

ASSOCIATED INDUSTRIES INC
225 WABASH
WICHITA, KS  67214

**Date or dates debt was incurred**

**Last 4 digits of account number: 0318**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$394,689.08

---

**3.140**    **Nonpriority creditor's name and mailing address**

ASTROSEAL PRODU
85 AIRPORT INDUSTRIAL PARK RD
CHESTER, CT  06412

**Date or dates debt was incurred**

**Last 4 digits of account number: 1375**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,002.15

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.141** **Nonpriority creditor's name and mailing address**

A-TECH INC
321 E 6TH ST
TULSA, OK 74120

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,292.55

---

**3.142** **Nonpriority creditor's name and mailing address**

ATKINSON JR, DANIEL
1809 N MAIN
OWASSO, OK 74055-4657

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8994

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,538.15

---

**3.143** **Nonpriority creditor's name and mailing address**

ATKINSON, BENNETT
2308 W 118TH ST S
JENKS, OK 74037-4353

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4665

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,178.72

---

**3.144** **Nonpriority creditor's name and mailing address**

ATLANTA DRIVE S
1775 RTE 34
FARMINGDALE, NJ 07727

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,640.00

---

**3.145** **Nonpriority creditor's name and mailing address**

ATS SPECIALIZED
725 OPPORTUNITY DR
ST CLOUD, MN 56302

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,042.19

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| | | | |
|---|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,943.09 |
| | ATWELL, DAVID<br>1840 N 254 RD<br>MOUNDS, OK 74047-3956 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** 1511 | **Basis for the claim:**<br>EMPLOYEE PTO | |
| | | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

| | | | |
|---|---|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,392.08 |
| | AUSTIN, DONALD<br>1825 S FIR AVE<br>BROKEN ARROW, OK 74012-7591 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** 5855 | **Basis for the claim:**<br>EMPLOYEE PTO | |
| | | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

| | | | |
|---|---|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,500.00 |
| | AUSTIN, MARTIN<br>15930 W 81ST S<br>SAPULPA, OK 74066-7031 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** 8422 | **Basis for the claim:**<br>EMPLOYEE PTO | |
| | | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

| | | | |
|---|---|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $63,928.99 |
| | AUTOMATED PRECI<br>750 CITY CENTER BLVD<br>NEWPORT NEWS, VA 23606-2693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** 3816 | **Basis for the claim:**<br>TRADE VENDOR | |
| | | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $840.00 |
| | AUTOMATIONDIREC<br>3505 HUTCHINSON RD<br>CUMMING, GA 30040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** 1904 | **Basis for the claim:**<br>TRADE VENDOR | |
| | | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** | $3,410.04 |

AVBORNE ACCESSORY GROUP INC
7500 NW 26TH ST
MIAMI, FL 33122

**Date or dates debt was incurred**

**Last 4 digits of account number: 4458**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** | $15,207.83 |

AV-DEC
3215 W LOOP 820 S
FORT WORTH, TX 76116

**Date or dates debt was incurred**

**Last 4 digits of account number: 3306**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** | $6,566.51 |

AVERITT EXPR
1415 NEAL ST
COOKEVILLE, TN 38502-3155

**Date or dates debt was incurred**

**Last 4 digits of account number: 0767**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** | $799,084.85 |

AVIALL INC
2750 REGENT BLVD
DALLAS, TX 75261-9048

**Date or dates debt was incurred**

**Last 4 digits of account number: 0096**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** | $760.00 |

AVIATION CONSUL
202 N PARK AVE
MAIZE, KS 67101

**Date or dates debt was incurred**

**Last 4 digits of account number: 1704**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.156**   **Nonpriority creditor's name and mailing address**

AVIATION TECHNO
317 POINT CARPENTER RD
FORT MILL, SC 29707

**Date or dates debt was incurred**

**Last 4 digits of account number: 2910**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$519,322.40

---

**3.157**   **Nonpriority creditor's name and mailing address**

AVIBANK SERVICE
11500 SHERMAN WAY
N HOLLYWOOD, CA 91605

**Date or dates debt was incurred**

**Last 4 digits of account number: 0076**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,069.00

---

**3.158**   **Nonpriority creditor's name and mailing address**

AVILA, MAURICIO
2909 VILLAGE DR
CATOOSA, OK 74015-6529

**Date or dates debt was incurred**

**Last 4 digits of account number: 5587**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,831.70

---

**3.159**   **Nonpriority creditor's name and mailing address**

AVIO DIEPEN INC
561 AIRPORT S PKWY
ATLANTA, GA 30349

**Date or dates debt was incurred**

**Last 4 digits of account number: 0296**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,447.37

---

**3.160**   **Nonpriority creditor's name and mailing address**

AVIOSUPPORT INC
8525 120TH AVE
KIRKLAND, WA 98033

**Date or dates debt was incurred**

**Last 4 digits of account number: 4216**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,419.00

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.161**   **Nonpriority creditor's name and mailing address**     $8,250.00

AVIPART USA INC
1943 RIO BLANCO
FRISCO, TX 75034

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.162**   **Nonpriority creditor's name and mailing address**     $6,727.95

AVOX SYSTEMS
225 ERIE ST
LANCASTER, NY 14086-9502

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1590

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163**   **Nonpriority creditor's name and mailing address**     $290.00

AVSOURCE INTL
10455 NW 37 TERRACE
MIAMI, FL 33178

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164**   **Nonpriority creditor's name and mailing address**     $69,930.00

AVTECHTYEE INC
6500 MERRILL CREEK PKWY
EVERETT, WA 98203

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4541

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.165**   **Nonpriority creditor's name and mailing address**     $43,434.00

AW SPECIALTIES LLC
18965 S 4210 RD
CLAREMORE, OK 74017

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7797

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Case 18-11699-MFW    Doc 323    Filed 09/21/18    Page 425 of 1112

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address**<br><br>AXIOM MATERIALS<br>2320 PULLMAN ST<br>SANTA ANA, CA 92705<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4781 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $131,782.50 |
| 3.167 | **Nonpriority creditor's name and mailing address**<br><br>AZEVEDO, ROBERT<br>512 N PARK LN<br>CLEVELAND, OK 74020-3569<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2989 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,189.97 |
| 3.168 | **Nonpriority creditor's name and mailing address**<br><br>B & B ELECTRIC<br>501 N TRENTON<br>TULSA, OK 74120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6042 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,395.40 |
| 3.169 | **Nonpriority creditor's name and mailing address**<br><br>B ETHRIDGE I<br>PO BOX 128<br>LEONARD, OK 74043<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4668 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $430.35 |
| 3.170 | **Nonpriority creditor's name and mailing address**<br><br>B&B AIRPARTS IN<br>1831 S HOOVER CT<br>WICHITA, KS 67209-2853<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0847 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,959.95 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.171 | **Nonpriority creditor's name and mailing address**<br><br>B&M OIL CO INC<br>5731 S 49 W AVE<br>TULSA, OK 74107<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1782** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $252.16 |
| 3.172 | **Nonpriority creditor's name and mailing address**<br><br>B/E AEROSPACE I<br>355 KNICKERBOCKER AVE<br>BOHEMIA, NY 11716<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0811** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $265,100.89 |
| 3.173 | **Nonpriority creditor's name and mailing address**<br><br>B/E AEROSPACE I<br>5349 S EMMER DR<br>NEW BERLIN, WI 53151<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5122** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,673.00 |
| 3.174 | **Nonpriority creditor's name and mailing address**<br><br>B/E AEROSPACE INC<br>101 COLEMAN BLVD<br>SAVANNAH, GA 31408<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4401** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $346,489.41 |
| 3.175 | **Nonpriority creditor's name and mailing address**<br><br>BABCOCK, RUSSELL<br>7107 N 129TH EAST AVE<br>OWASSO, OK 74055-7150<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3250** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $974.98 |

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.176 | **Nonpriority creditor's name and mailing address**<br><br>BAIRD, CASSANDRA<br>15896 CHEROKEE BLVD.<br>SKIATOOK, OK  74070-5571<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1790** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,434.82 |
| 3.177 | **Nonpriority creditor's name and mailing address**<br><br>BAIRD, ROBERT<br>PO BOX 1350<br>OWASSO, OK  74055-1350<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3339** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $533.29 |
| 3.178 | **Nonpriority creditor's name and mailing address**<br><br>BAIRD, TERRY<br>15896 CHEROKEE BLVD.<br>SKIATOOK, OK  74070-5571<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1746** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $4,167.43 |
| 3.179 | **Nonpriority creditor's name and mailing address**<br><br>BAKER AEROSPACE TOOLING & MACHINING<br>16936 ENTERPRISE DR<br>MACOMB, MI  48044<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9072** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,057,615.00 |
| 3.180 | **Nonpriority creditor's name and mailing address**<br><br>BAKER, KEITH<br>14100 E. 106TH ST. N. APT 224<br>OWASSO, OK  74055-6059<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 6382** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $158.88 |

**Part 2:** Additional Page

|  |  | Amount of claim |
|---|---|---|

---

**3.181** | **Nonpriority creditor's name and mailing address**

BAKER, REGINA
4215 SOUTH 188TH EAST AVENUE
TULSA, OK  74134-7267

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0992

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$865.78

---

**3.182** | **Nonpriority creditor's name and mailing address**

BALDWIN, TRACY
15009 E 155TH ST N
COLLINSVILLE, OK  74021-6812

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9546

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,720.97

---

**3.183** | **Nonpriority creditor's name and mailing address**

BALLARD, DANIEL
8918 E 59TH ST
TULSA, OK  74145-8719

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2519

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$337.77

---

**3.184** | **Nonpriority creditor's name and mailing address**

BALLARD, ERIC
17517 E. 43RD PL
17517 E. 43RD PL
TULSA, OK  74134-4008

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$217.88

---

**3.185** | **Nonpriority creditor's name and mailing address**

BANKS JR, KENNETH
P.O. BOX 842
MOUNDS, OK  74047-0842

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4877

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$184.59

---

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.186 | **Nonpriority creditor's name and mailing address**<br><br>BARBER, DANIEL<br>948 COUNTRY MEADOW LN<br>SKIATOOK, OK  74070-4007<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9198 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $36.82 |
| 3.187 | **Nonpriority creditor's name and mailing address**<br><br>BAREFOOT, RASSEY<br>2751 W 67TH ST<br>TULSA, OK  74132-1772<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0320 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $961.68 |
| 3.188 | **Nonpriority creditor's name and mailing address**<br><br>BARNES, DEREK<br>503 LAHOMA DRIVE<br>BARTLESVILLE, OK  74003-1422<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6831 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $742.34 |
| 3.189 | **Nonpriority creditor's name and mailing address**<br><br>BARNES, EARL<br>13641 N. 150TH EAST AVE<br>COLLINSVILLE, OK  74021-5671<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3177 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $182.60 |
| 3.190 | **Nonpriority creditor's name and mailing address**<br><br>BARNES, MICHAEL<br>3930 N LANSING PL<br>TULSA, OK  74106-1617<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3288 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $373.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.191 | **Nonpriority creditor's name and mailing address**<br>BARNES, PHILLIP<br>14109 E 87 TERRACE N<br>OWASSO, OK  74055-2572<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4562** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,419.46 |
| 3.192 | **Nonpriority creditor's name and mailing address**<br>BARNES, WARREN<br>3917 S 74TH W CIRCLE<br>TULSA, OK  74107-4850<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1757** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,122.50 |
| 3.193 | **Nonpriority creditor's name and mailing address**<br>BARTLEY, ROGER<br>10394 E THIRD ST<br>CLAREMORE, OK  74019-7102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2976** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,086.62 |
| 3.194 | **Nonpriority creditor's name and mailing address**<br>BARTON, YEVETTE<br>P.O. BOX 1826<br>OWASSO, OK  74055-1826<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0855** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,917.24 |
| 3.195 | **Nonpriority creditor's name and mailing address**<br>BASKS, JOSEPH<br>9501 N 132ND EAST AVE<br>OWASSO, OK  74055-4735<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2838** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $575.00 |

Debtor    The NORDAM Group, Inc.                    Case number (if known) 18-11699

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

---

**3.196** **Nonpriority creditor's name and mailing address**

BASSE, JAMES
5209 E 21ST ST
TULSA, OK 74114-2211

**Date or dates debt was incurred**

**Last 4 digits of account number: 3039**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,718.45

---

**3.197** **Nonpriority creditor's name and mailing address**

BATEY, DANIEL
35171 W. 191ST
BRISTOW, OK 74010-2490

**Date or dates debt was incurred**

**Last 4 digits of account number: 4342**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,176.17

---

**3.198** **Nonpriority creditor's name and mailing address**

BAUGHMAN, CHRISTIAN
1249 FOREST LN
CATOOSA, OK 74015-2210

**Date or dates debt was incurred**

**Last 4 digits of account number: 3306**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$291.78

---

**3.199** **Nonpriority creditor's name and mailing address**

BAUHAUS, LOUIS
315 S 15TH ST
COLLINSVILLE, OK 74021-3005

**Date or dates debt was incurred**

**Last 4 digits of account number: 2964**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$533.81

---

**3.200** **Nonpriority creditor's name and mailing address**

BAUMANN, JACK
6203 E 350 RD
TALALA, OK 74080-3044

**Date or dates debt was incurred**

**Last 4 digits of account number: 1909**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$556.53

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $310.00 |
|---|---|---|---|

BAXTER RUBBER I
10 SPIELMAN RD
FAIRFIELD, NJ 07004

**Date or dates debt was incurred**

**Last 4 digits of account number: 0482**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $280.15 |
|---|---|---|---|

BAXTER, DAVID
6106 N YALE AVE
TULSA, OK 74117-2405

**Date or dates debt was incurred**

**Last 4 digits of account number: 1720**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,789.95 |
|---|---|---|---|

BEACON STAMP AN
2521 S SHERIDAN
TULSA, OK 74129

**Date or dates debt was incurred**

**Last 4 digits of account number: 1783**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,365.60 |
|---|---|---|---|

BEAIR, BRIAN
11645 S HUDSON CT
TULSA, OK 74137-8510

**Date or dates debt was incurred**

**Last 4 digits of account number: 9773**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $403.83 |
|---|---|---|---|

BEATTIE, CAROLYN
2304 S FLORENCE PL
TULSA, OK 74114-1843

**Date or dates debt was incurred**

**Last 4 digits of account number: 3260**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

**3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,819.00

BECKHOFF AUTOMATION LLC
13130 DAKOTA AVE
SAVAGE, MN 55378

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6692

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2.00

BEEBE CUSTOM UPHOLSTERY
920 E CHET SMITH
DERBY, KS 67037

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0485

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $935.65

BEECHCRAFT CORP
101 S WEBB ROAD
WICHITA, KS 67201-2903

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1306

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,019.80

BEECHCRAFT CORP
370 N WEBB RD
WICHITA, KS 67206

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1562

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $184.44

BEILE, ALI
8711 E. 99TH STREET
TULSA, OK 74133-6046

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9804

Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

---

**3.211** | **Nonpriority creditor's name and mailing address**

BELCAN SERVICES
15110 N DALLAS PKWY
DALLAS, TX 75248

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9367

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,190.89

---

**3.212** | **Nonpriority creditor's name and mailing address**

BELGER CARTAGE
2100 WALNUT ST
KANSAS CITY, MO 64108

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0746

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,905.92

---

**3.213** | **Nonpriority creditor's name and mailing address**

BELL, ANDRE
6643 S. UTICA PL.
TULSA, OK 74136-2415

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5588

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,711.72

---

**3.214** | **Nonpriority creditor's name and mailing address**

BELL, ROGER
16023 E 590 RD
ROSE, OK 74364-2148

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3271

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$547.73

---

**3.215** | **Nonpriority creditor's name and mailing address**

BELLAMY, BEAU
10725 N 154TH EAST AVE
OWASSO, OK 74055-6297

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$525.43

---

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,239.06

BELZ, AARON
6883 E 144TH ST N
COLLINSVILLE, OK  74021-4780

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0127

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,039.00

BERGEN CABLE TE
343 KAPLAN DR
FAIRFIELD, NJ  07004

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2283

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,333.22

BERKLEY JR, TIMOTHY
4001 S 4120 RD
TALALA, OK  74080-9420

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3226

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $389.70

BERKLEY, JEFFREY
403 S. CEDAR STREET
APT A
OWASSO, OK  74055-3417

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3261

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $828.43

BERNAL, JOSE
7634 N 181ST E AVE
OWASSO, OK  74055-5961

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4847

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.221** 

**Nonpriority creditor's name and mailing address**
BERNONI & PARTN
8 VIA MELCHIORRE GIOIA
MILAN  20124
ITALY

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,472.47

---

**3.222**

**Nonpriority creditor's name and mailing address**
BERRAN INDUSTRIAL GROUP INC
570 WOLF LEDGES PKWY
AKRON, OH  44313

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,400.00

---

**3.223**

**Nonpriority creditor's name and mailing address**
BERRY, ROBERT
1301 W INGLEWOOD ST
BROKEN ARROW, OK  74011-4225

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$993.58

---

**3.224**

**Nonpriority creditor's name and mailing address**
BEYER, CHRISTOPHER
12216 S. 234TH E. AVE.
BROKEN ARROW, OK  74014-0000

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$281.97

---

**3.225**

**Nonpriority creditor's name and mailing address**
BG SHIRKE CONSTRUCTION TECHNOLOGY
PVT LTD
72-76 INDUSTRIAL ESTATE
PUNE, MAHARASHTRA  411036
INDIA

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,000.00

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.226** **Nonpriority creditor's name and mailing address**

BIGORRE AEROSPA
6295 42 ST N
PINELLAS PARK, FL  33781

**Date or dates debt was incurred**

**Last 4 digits of account number: 0786**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,362.00

**3.227** **Nonpriority creditor's name and mailing address**

BILANOVIC, ZARKO
12641 N 130TH EAST AVE
COLLINSVILLE, OK  74021-4151

**Date or dates debt was incurred**

**Last 4 digits of account number: 2401**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,802.48

**3.228** **Nonpriority creditor's name and mailing address**

BILLUPS, JARED
8910 N. 119TH E AVE.
OWASSO, OK  74055-2082

**Date or dates debt was incurred**

**Last 4 digits of account number: 2150**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,266.84

**3.229** **Nonpriority creditor's name and mailing address**

BIRK AEROSYSTEMS CORP
14321 COMMERCE DR
GARDEN GROVE, CA  92843

**Date or dates debt was incurred**

**Last 4 digits of account number: 0559**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,319.67

**3.230** **Nonpriority creditor's name and mailing address**

BISCO INDUSTRIE
1500 N LAKEVIEW AVE
ANAHEIM, CA  92607

**Date or dates debt was incurred**

**Last 4 digits of account number: 1535**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,592.16

**Part 2:**    Additional Page

| | Amount of claim |
|---|---|

---

**3.231**    **Nonpriority creditor's name and mailing address**

BISSETT, MADISON
4205 W TOLEDO ST
BROKEN ARROW, OK 74012-6038

**Date or dates debt was incurred**

**Last 4 digits of account number: 3165**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$0.39

---

**3.232**    **Nonpriority creditor's name and mailing address**

BLACK, ADON
1122 NORTH 15TH STREET
COLLINSVILLE, OK 74021-1804

**Date or dates debt was incurred**

**Last 4 digits of account number: 1525**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$608.09

---

**3.233**    **Nonpriority creditor's name and mailing address**

BLACKHAWK COMPOSITES INC
404 W MORRISON ST
MORGANTOWN, KY 42261

**Date or dates debt was incurred**

**Last 4 digits of account number: 7292**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$550.00

---

**3.234**    **Nonpriority creditor's name and mailing address**

BLACKWELL, TROY
P.O. BOX 163
OWASSO, OK 74055-6674

**Date or dates debt was incurred**

**Last 4 digits of account number: 6599**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,624.84

---

**3.235**    **Nonpriority creditor's name and mailing address**

BLATTENBAUER, GARY
1414 E 39TH ST APT 312
TULSA, OK 74105-3391

**Date or dates debt was incurred**

**Last 4 digits of account number: 3205**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMP AND PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$4,960.81

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.236 | **Nonpriority creditor's name and mailing address**<br><br>BLOOMER PLASTIC<br>1710 N INDUSTRIAL DR<br>BLOOMER, WI  54724-0005<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1819 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,492.16 |

| 3.237 | **Nonpriority creditor's name and mailing address**<br><br>BLUE SKY INDUSTRIES INC<br>595 MONTEREY PASS RD<br>MONTEREY PARK, CA  91754-2416<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0012 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $71,046.83 |

| 3.238 | **Nonpriority creditor's name and mailing address**<br><br>BLUNT, ANTHONY<br>9185 E OAK LANE<br>CLAREMORE, OK  74019-0259<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4750 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $189.48 |

| 3.239 | **Nonpriority creditor's name and mailing address**<br><br>BLUNT, BRENDEN<br>10845 E SYCAMORE AVE<br>CLAREMORE, OK  74019-0259<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2532 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $87.22 |

| 3.240 | **Nonpriority creditor's name and mailing address**<br><br>BLUNT, DERYL<br>13053 N 124TH E AVE<br>COLLINSVILLE, OK  74021-7177<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0973 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $996.27 |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.241** **Nonpriority creditor's name and mailing address**
BLUNT, LARRY
9057 S. 253RD E. AVE.
BROKEN ARROW, OK  74014-5591

**Date or dates debt was incurred**

**Last 4 digits of account number: 2164**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,954.11

---

**3.242** **Nonpriority creditor's name and mailing address**
BLY, JEREMY
7230 W.151ST ST S.
KIEFER, OK  74041-4548

**Date or dates debt was incurred**

**Last 4 digits of account number: 3259**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$398.90

---

**3.243** **Nonpriority creditor's name and mailing address**
BOB BRINK INC
165 STEUBEN ST
WINONA, MN  55987-7122

**Date or dates debt was incurred**

**Last 4 digits of account number: 0603**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,147.46

---

**3.244** **Nonpriority creditor's name and mailing address**
BODYCOTE
4208 S 74TH E AVE
TULSA, OK  74145

**Date or dates debt was incurred**

**Last 4 digits of account number: 3846**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$540.00

---

**3.245** **Nonpriority creditor's name and mailing address**
BOEING COMMERCI
2925 S 112TH
SEATTLE, WA  98168

**Date or dates debt was incurred**

**Last 4 digits of account number: 1085**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,030.00

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.246 | **Nonpriority creditor's name and mailing address**<br><br>BOEING COMMERCIAL AIRPLANES<br>2201 S 142ND ST<br>SEATTLE-TACOMA, WA 98168<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1613 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $324,517.92 |
| 3.247 | **Nonpriority creditor's name and mailing address**<br><br>BOEING INTELLEC<br>1420 S TRENTON ST<br>SEATTLE, WA 98108<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3987 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $183,628.00 |
| 3.248 | **Nonpriority creditor's name and mailing address**<br><br>BOGGS, KIMBERLEY<br>87 CEDAR RIDGE ROAD<br>BROKEN ARROW, OK 74011-1142<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2827 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,075.66 |
| 3.249 | **Nonpriority creditor's name and mailing address**<br><br>BOGLE, STEVEN<br>318 E PINE ST<br>SKIATOOK, OK 74070-2240<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0309 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,008.22 |
| 3.250 | **Nonpriority creditor's name and mailing address**<br><br>BOHLER SCHMIEDE<br>MARIAZELLER STRASSE 25<br>KAPFENBERG 8605<br>AUSTRIA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5282 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $158,514.00 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.251 | **Nonpriority creditor's name and mailing address**<br>BOLEY, CURTIS<br>16125 E79TH ST N<br>OWASSO, OK  74055-4934<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2798** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,682.53 |
| 3.252 | **Nonpriority creditor's name and mailing address**<br>BOMBARDIER INC<br>800 REME-LEVESQUE BLVD W<br>MONTREAL, QC  H3B 1Y8<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0499** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $504.88 |
| 3.253 | **Nonpriority creditor's name and mailing address**<br>BONDTECH CORPORATION<br>1278 HWY 461<br>SOMERSET, KY  42503<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9513** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,186.77 |
| 3.254 | **Nonpriority creditor's name and mailing address**<br>BOONE AND BOONE<br>5484 S 103RD E AV<br>TULSA, OK  74146<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0553** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,704.41 |
| 3.255 | **Nonpriority creditor's name and mailing address**<br>BORDWINE, DEBORAH<br>402951 W 3200 RD<br>RAMONA, OK  74061-3449<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1549** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $466.16 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,999.30 |
|---|---|---|---|

3.256 | **Nonpriority creditor's name and mailing address**
BOSWELL, GARY
11214 N 143 E AVE
OWASSO, OK 74055-7252

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,999.30

---

3.257 | **Nonpriority creditor's name and mailing address**
BOUCHARD INSULATION INC
4310 W KENT PL
BROKEN ARROW, OK 74012

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6948

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,698.78

---

3.258 | **Nonpriority creditor's name and mailing address**
BOUTWELL, BRET
1508 N CHOCTAW PL
CLAREMORE, OK 74017-3114

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5671

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$413.21

---

3.259 | **Nonpriority creditor's name and mailing address**
BRADDY, RICK
15523 E NEWTON PL
TULSA, OK 74116-2404

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2476

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$261.22

---

3.260 | **Nonpriority creditor's name and mailing address**
BRADER, JAY
7461 S 225TH E AVE
BROKEN ARROW, OK 74014-2421

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$265.43

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.261** **Nonpriority creditor's name and mailing address**

BRADSHAW, MELISSA
30100 S 4170 RD
INOLA, OK 74036-5297

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5832

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$706.28

---

**3.262** **Nonpriority creditor's name and mailing address**

BRAINERD CHEMICAL CO INC
1200 N PEORIA AVE
TULSA, OK 74106

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,728.62

---

**3.263** **Nonpriority creditor's name and mailing address**

BRALCO METALS
2750 S ROCK RD
WICHITA, KS 67210-1824

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1093

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,405.14

---

**3.264** **Nonpriority creditor's name and mailing address**

BRAZEAL, CODY
1415 W 47TH ST
TULSA, OK 74107-8003

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$736.44

---

**3.265** **Nonpriority creditor's name and mailing address**

BRENNTAG SOUTHWEST INC
206 E MORROW RD
SAND SPRINGS, OK 74063

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0195

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$88,223.81

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.266 | **Nonpriority creditor's name and mailing address**<br><br>BRIDGE CRANE SP<br>14536 HWY 75 ALT<br>KIEFER, OK 74041<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2373 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,309.00 |
| 3.267 | **Nonpriority creditor's name and mailing address**<br><br>BRIERLY CORPORA<br>5700 S 107 E AVE<br>TULSA, OK 74146<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2563 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,362.41 |
| 3.268 | **Nonpriority creditor's name and mailing address**<br><br>BROAM, JAMES<br>11096 W 86TH<br>SAPULPA, OK 74066-8164<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3585 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,785.18 |
| 3.269 | **Nonpriority creditor's name and mailing address**<br><br>BROKEN ARROW EL<br>2350 W VANCOUVER<br>BROKEN ARROW, OK 74012<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0525 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,033.13 |
| 3.270 | **Nonpriority creditor's name and mailing address**<br><br>BROWN AIRCRAFT<br>4123 MUNCY RD<br>JACKSONVILLE, FL 32207<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5120 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $422.65 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.271 | **Nonpriority creditor's name and mailing address**<br>BROWN AVIATION<br>2536 SE 15TH ST<br>OKLAHOMA CITY, OK 73129<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1555** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $110.60 |
| 3.272 | **Nonpriority creditor's name and mailing address**<br>BROWN, BRYAN<br>3154 S. 206TH E. PL.<br>BROKEN ARROW, OK 74014-5262<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2326** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $840.75 |
| 3.273 | **Nonpriority creditor's name and mailing address**<br>BROWN, DOUGLAS<br>12145 N 164TH E AVE<br>COLLINSVILLE, OK 74021-5893<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4018** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $5,178.35 |
| 3.274 | **Nonpriority creditor's name and mailing address**<br>BROWN, JEFFREY<br>2955 E. RABBS DR<br>OOLOGAH, OK 74053-9737<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3789** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,014.27 |
| 3.275 | **Nonpriority creditor's name and mailing address**<br>BROWN, KENNETH<br>31814 EAST 723 DRIVE<br>WAGONER, OK 74467-7417<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3542** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,619.71 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.276 | **Nonpriority creditor's name and mailing address**<br>BROWN, MARK<br>8102 E 550 RD<br>CLAREMORE, OK  74019-7500<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5467 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,282.03 |
| 3.277 | **Nonpriority creditor's name and mailing address**<br>BROWN, MATTHEW<br>8705 N 127TH EAST AVE<br>OWASSO, OK  74055-2068<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2799 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,642.17 |
| 3.278 | **Nonpriority creditor's name and mailing address**<br>BROWN, RANDY<br>14910 E 88TH ST N<br>OWASSO, OK  74055-4800<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6051 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,553.97 |
| 3.279 | **Nonpriority creditor's name and mailing address**<br>BROWN, RICHARD<br>13024 N 124TH EAST AVE<br>COLLINSVILLE, OK  74021-7176<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1792 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,088.89 |
| 3.280 | **Nonpriority creditor's name and mailing address**<br>BROWN, SANDRA<br>1220 S 111TH E AVE BLG 42<br>TULSA, OK  74128-4216<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0700 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $54.88 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.281** **Nonpriority creditor's name and mailing address**

BROWNLEE, CHAD
2008 ASHORD DR
BARTLESVILLE, OK 74006-6825

**Date or dates debt was incurred**

**Last 4 digits of account number: 1938**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$168.18

---

**3.282** **Nonpriority creditor's name and mailing address**

BRUCKNER, EDDIE
109 QUAIL CREEK LANE
SKIATOOK, OK 74070-3600

**Date or dates debt was incurred**

**Last 4 digits of account number: 3188**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,898.33

---

**3.283** **Nonpriority creditor's name and mailing address**

BRUEL & KJAER N
3079 PREMIER PKWY
DULUTH, GA 30097

**Date or dates debt was incurred**

**Last 4 digits of account number: 2936**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,172.00

---

**3.284** **Nonpriority creditor's name and mailing address**

BRUNSON INSTRUM
8000 E 23RD ST
KANSAS CITY, MO 64129

**Date or dates debt was incurred**

**Last 4 digits of account number: 0088**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$400.00

---

**3.285** **Nonpriority creditor's name and mailing address**

BRUNSON, BRYAN
11572 S PRAIRIE MEADOW DR
CLAREMORE, OK 74017-6983

**Date or dates debt was incurred**

**Last 4 digits of account number: 9233**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,921.64

| Part 2: | Additional Page | | Amount of claim |
|---------|-----------------|--|----------------|

**3.286** | **Nonpriority creditor's name and mailing address**
BRUTON, TODD
11002 S HUDSON AVE
TULSA, OK  74137-7027

**Date or dates debt was incurred**

**Last 4 digits of account number: 9330**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,897.41

---

**3.287** | **Nonpriority creditor's name and mailing address**
BSA KUNSTSTOFFT
NIKOLAUS OTTO STR 6
GUTERSLOH, 05  33335
GERMANY

**Date or dates debt was incurred**

**Last 4 digits of account number: 0423**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,175.00

---

**3.288** | **Nonpriority creditor's name and mailing address**
BSI GROUP AMERI
12950 WORLDGATE DR
HERNDON, VA  20170

**Date or dates debt was incurred**

**Last 4 digits of account number: 3537**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,100.00

---

**3.289** | **Nonpriority creditor's name and mailing address**
BUCHANAN, CHARLES
449 FAIRLANE DR
SAPULPA, OK  74066-6805

**Date or dates debt was incurred**

**Last 4 digits of account number: 9034**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,705.32

---

**3.290** | **Nonpriority creditor's name and mailing address**
BUCKLES, WILLIAM
8814 N 143RD EAST AVE
OWASSO, OK  74055-2676

**Date or dates debt was incurred**

**Last 4 digits of account number: 2181**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,360.92

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.291 | **Nonpriority creditor's name and mailing address**<br><br>BUCKLEY INDUSTR<br>1850 E 53 ST N<br>WICHITA, KS 67219<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0823** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,245.91 |
| 3.292 | **Nonpriority creditor's name and mailing address**<br><br>BUNNEY, GLEN<br>P.O. BOX 469<br>NOWATA, OK 74048-2413<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1839** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,297.41 |
| 3.293 | **Nonpriority creditor's name and mailing address**<br><br>BUNYARD, DARYL<br>10414 S. 226 E. AVE.<br>BROKEN ARROW, OK 74014-3726<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2633** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $665.49 |
| 3.294 | **Nonpriority creditor's name and mailing address**<br><br>BURKETT, STEVEN<br>4849 S. 165TH E. AVE<br>TULSA, OK 74134-7270<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 6600** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $7,136.88 |
| 3.295 | **Nonpriority creditor's name and mailing address**<br><br>BUSCH VACUUM PUMPS & SYSTEMS<br>516 VIKING DR<br>VIRGINA BEACH, VA 23452<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3529** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $816.80 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.296** **Nonpriority creditor's name and mailing address**

BUSHYHEAD, DAVID
5613 W. 168TH ST. N.
SKIATOOK, OK  74070-9315

**Date or dates debt was incurred**

**Last 4 digits of account number: 9727**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,422.56

**3.297** **Nonpriority creditor's name and mailing address**

BUTLER, WILLIAM
2120 S HICKORY AVE
BROKEN ARROW, OK  74012-7637

**Date or dates debt was incurred**

**Last 4 digits of account number: 9267**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,390.69

**3.298** **Nonpriority creditor's name and mailing address**

BYRD, DEREK
1417 W 78TH ST APT 1207
TULSA, OK  74132-4632

**Date or dates debt was incurred**

**Last 4 digits of account number: 3292**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$409.86

**3.299** **Nonpriority creditor's name and mailing address**

BYRD, KENT
27548 E 119TH ST S
COWETA, OK  74429-5913

**Date or dates debt was incurred**

**Last 4 digits of account number: 9217**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,630.57

**3.300** **Nonpriority creditor's name and mailing address**

C R ONSRUD INC
120 TECHNOLOGY DR
TROUTMAN, NC  28166

**Date or dates debt was incurred**

**Last 4 digits of account number: 6080**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,950.76

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.301** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $76,500.00
*Check all that apply.*

C&F TOOL AND DIE CO
7202 ECKHERT RD
SAN ANTONIO, TX  78238

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 0742

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,662.40
*Check all that apply.*

C-4 INCORPORATED
6746 E 12 ST
TULSA, OK  74112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 0497

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,200.00
*Check all that apply.*

CAAP CO INC
152 PEPES FARM RD
MILFORD, CT  06460

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1289

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,138.35
*Check all that apply.*

CALDWELL, MATTHEW
14700 E 88TH PL N
#1005
OWASSO, OK  74055-4933

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2142

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37,391.60
*Check all that apply.*

CAMBRIDGE VALLE
28 PERRY LANE
CAMBRIDGE, NY  12816

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 4836

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | The NORDAM Group, Inc. | Case number (if known) 18-11699 (MFW) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.306** | **Nonpriority creditor's name and mailing address**

CAMCODE INC
18531 S MILES RD
CLEVELAND, OH  44128

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5531

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$800.19

---

**3.307** | **Nonpriority creditor's name and mailing address**

CAMETOID TECHNO
150 COLONIAL RD
MANCHESTER, CT  06040-2306

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,264.68

---

**3.308** | **Nonpriority creditor's name and mailing address**

CAMPOS, JOE
9607 N 100TH EAST AVE
OWASSO, OK  74055-7033

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,647.23

---

**3.309** | **Nonpriority creditor's name and mailing address**

CAMTRONICS LLC
122 W BEECHCRAFT DR
TULSA, OK  74132

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4973

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,500.00

---

**3.310** | **Nonpriority creditor's name and mailing address**

CANTRELL, ROBERT
3745 S. 60TH W. AVE.
TULSA, OK  74107-4825

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$479.31

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.311** | **Nonpriority creditor's name and mailing address**

CAPELLE, GERALD
PO BOX 29
OWASSO, OK 74055-0029

**Date or dates debt was incurred**

**Last 4 digits of account number: 1462**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$238.87

---

**3.312** | **Nonpriority creditor's name and mailing address**

CAPITAL EDGE CONSULTING INC
11710 PLAZA AMERICA DR
RESTON, VA 20190

**Date or dates debt was incurred**

**Last 4 digits of account number: 9447**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.313** | **Nonpriority creditor's name and mailing address**

CAPPS MFG INC
2121 S EDWARDS ST
WICHITA, KS 67213-1868

**Date or dates debt was incurred**

**Last 4 digits of account number: 0196**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$256,952.12

---

**3.314** | **Nonpriority creditor's name and mailing address**

CAPPS, MICHAEL
9962 E NORTHLEA
CLAREMORE, OK 74017-1495

**Date or dates debt was incurred**

**Last 4 digits of account number: 0955**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,172.66

---

**3.315** | **Nonpriority creditor's name and mailing address**

CARGO SYSTEMS I
2120 DENTON DR
AUSTIN, TX 78758

**Date or dates debt was incurred**

**Last 4 digits of account number: 2507**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$566.08

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $770.68 |

**Nonpriority creditor's name and mailing address**
CARL STAHL SAVA
4 NORTH CORPORATE DR
RIVERDALE, NJ  07457-0030

**Date or dates debt was incurred**

**Last 4 digits of account number: 3682**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$770.68

---

**Nonpriority creditor's name and mailing address**
CARLISLE INTERCONNECT TECHNOLOGIES
12900 ALONDRA BLVD
CERRITOS, CA  90703

**Date or dates debt was incurred**

**Last 4 digits of account number: 4782**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

3.317    $4,925.00

---

**Nonpriority creditor's name and mailing address**
CARLTON BATES C
3600 W 69 ST
LITTLE ROCK, AR  72209

**Date or dates debt was incurred**

**Last 4 digits of account number: 0815**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

3.318    $48.58

---

**Nonpriority creditor's name and mailing address**
CARMEAN, KYLE
10227 E 97TH ST N
OWASSO, OK  74055-7808

**Date or dates debt was incurred**

**Last 4 digits of account number: 3034**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

3.319    $437.27

---

**Nonpriority creditor's name and mailing address**
CARNOHAN, BRUCE
27925 AVALON DR
CANYON COUNTRY, CA  91351-2042

**Date or dates debt was incurred**

**Last 4 digits of account number: 3280**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

3.320    $610.27

| Part 2: | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.321 | **Nonpriority creditor's name and mailing address**<br><br>CARPENTER, ERIC<br>11016 E 117TH ST N<br>COLLINSVILLE, OK  74021-4856<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1341 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,723.84 |

| 3.322 | **Nonpriority creditor's name and mailing address**<br><br>CARPENTER, JERRY<br>12240 SKYLINE DR<br>COLLINSVILLE, OK  74021-6126<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6620 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,850.44 |

| 3.323 | **Nonpriority creditor's name and mailing address**<br><br>CARPENTER, JOHN<br>26930 E 122ND PL SOUTH<br>COWETA, OK  74429-5102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5477 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $876.67 |

| 3.324 | **Nonpriority creditor's name and mailing address**<br><br>CARR LANE MFG<br>4200 CARR LANE CT<br>ST LOUIS, MO  63119<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1162 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $189.06 |

| 3.325 | **Nonpriority creditor's name and mailing address**<br><br>CARRIER SOUTH CENTRAL<br>5535 RED BIRD CENTER<br>DALLAS, TX  75237<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6012 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,097.53 |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | **Amount of claim** |
|---|---|---|

**3.326**

**Nonpriority creditor's name and mailing address**

CARTER, TONYA
PO BOX 691806
TULSA, OK 74169-1806

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,292.10

---

**3.327**

**Nonpriority creditor's name and mailing address**

CASCADE GASKET
8825 S 228
KENT, WA 98031

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4346

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$225.30

---

**3.328**

**Nonpriority creditor's name and mailing address**

CASEY, KENNETH
10403 E. 93RD PL N
OWASSO, OK 74055-6801

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$4,243.57

---

**3.329**

**Nonpriority creditor's name and mailing address**

CASTERS OF OKLA
11740 E 11TH ST
TULSA, OK 74128

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1433

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,685.00

---

**3.330**

**Nonpriority creditor's name and mailing address**

CASTLE METALS AEROSPACE
3050 S HYDRAULIC AVE
WICHITA, KS 67216

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0165

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$339,934.44

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.331 | **Nonpriority creditor's name and mailing address**<br><br>CASTLE, JOSEPH<br>27990 N 3950 RD<br>OCHELATA, OK  74051-5003<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1820** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,631.28 |
| 3.332 | **Nonpriority creditor's name and mailing address**<br><br>CATE, KEVIN<br>9164 E. NEWTON STREET<br>TULSA, OK  74115-5940<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2388** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,203.77 |
| 3.333 | **Nonpriority creditor's name and mailing address**<br><br>CAUTHON, SANDRA<br>7072 E VERDIGRIS DR<br>CLAREMORE, OK  74019-2255<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2331** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,904.22 |
| 3.334 | **Nonpriority creditor's name and mailing address**<br><br>CBC METAL SUPPL<br>2-8 CENTRAL AVE<br>EAST ORANGE, NJ  07018<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1548** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,106.46 |
| 3.335 | **Nonpriority creditor's name and mailing address**<br><br>CEDAR CREEK HAR<br>1143 HWY O<br>FREDERICKTOWN, MO  63645<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2469** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $246.95 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.336** **Nonpriority creditor's name and mailing address**

CEM DEFENSE MATERIALS LLC
1440 N KRAEMER BLVD
ANAHEIM, CA  92806

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$222,814.56

---

**3.337** **Nonpriority creditor's name and mailing address**

CERTIFIED LABOR
1300 E NORTHGATE
IRVING, TX  75062

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$700.00

---

**3.338** **Nonpriority creditor's name and mailing address**

CESSNA AIRCRAFT CO
1 CESSNA BLVD
WICHITA, KS  67215-1400

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0691

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.17

---

**3.339** **Nonpriority creditor's name and mailing address**

CHANCE, CYNTHIA
10585 E. 590 RD
LOCUST GROVE, OK  74352-6043

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$416.71

---

**3.340** **Nonpriority creditor's name and mailing address**

CHANDLER, ALLAN
420 S ALABAMA AVE
OKMULGEE, OK  74447-4944

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1649

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$206.64

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,309.59 |
| | CHANDRA, ANJU 3800 W EL PASO ST BROKEN ARROW, OK 74012-4514 | ☒ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | |
| | **Last 4 digits of account number: 1303** | **Is the claim subject to offset?** ☐ No ☒ Yes | |

| | | | |
|---|---|---|---|
| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $912.48 |
| | CHANG, CHER 12439 E 36TH ST TULSA, OK 74146-3202 | ☒ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | |
| | **Last 4 digits of account number: 2812** | **Is the claim subject to offset?** ☐ No ☒ Yes | |

| | | | |
|---|---|---|---|
| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $783.93 |
| | CHANG, LENG 3381 S. 208TH E. AVE BROKEN ARROW, OK 74014-5283 | ☒ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | |
| | **Last 4 digits of account number: 9471** | **Is the claim subject to offset?** ☐ No ☒ Yes | |

| | | | |
|---|---|---|---|
| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,183.71 |
| | CHANG, XENG 13306 E 36TH ST TULSA, OK 74134-5056 | ☒ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | |
| | **Last 4 digits of account number: 5002** | **Is the claim subject to offset?** ☐ No ☒ Yes | |

| | | | |
|---|---|---|---|
| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,348.09 |
| | CHANG, XU 1508 W DELMAR ST. BROKEN ARROW, OK 74012-6813 | ☒ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** EMPLOYEE PTO | |
| | **Last 4 digits of account number: 9627** | **Is the claim subject to offset?** ☐ No ☒ Yes | |

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
CHANG, YER
12141 E 36TH PL
TULSA, OK  74146-3101

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2719

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$500.00

---

**Nonpriority creditor's name and mailing address**
3.347
CHAPMAN, JEFFREY
4825 NEBRASKA AVE
BARTLESVILLE, OK  74006-1948

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$258.09

---

**Nonpriority creditor's name and mailing address**
3.348
CHARLES, ELIJAH
9628 SOUTH 67TH EAST AVENUE
TULSA, OK  74133-5911

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0847

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,536.38

---

**Nonpriority creditor's name and mailing address**
3.349
CHASE, JEFFERY
9121 S 90TH E AVE
TULSA, OK  74133-5607

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$412.48

---

**Nonpriority creditor's name and mailing address**
3.350
CHEMSTATION OF
1213 ESI DR
SPRINGDALE, AR  72764

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7163

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,825.25

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,470,621.31 |
|---|---|---|---|

3.351  **Nonpriority creditor's name and mailing address**

CHEROKEE PARTNERS, L.L.C
320 S. BOSTON AVE
SUITE 200
TULSA, OK  74103

**Date or dates debt was incurred**

4/4/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNSECURED NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,470,621.31

---

3.352  **Nonpriority creditor's name and mailing address**

CHILDRESS, GORDON
51830 S. 36300 ROAD
CLEVELAND, OK  74020-9670

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6139

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,037.08

---

3.353  **Nonpriority creditor's name and mailing address**

CHISUM, SCOTT
16667 S 321ST EAST AVE
COWETA, OK  74429-3044

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1821

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,805.58

---

3.354  **Nonpriority creditor's name and mailing address**

CHOATE, VON
137 NE ELMHURST AVE
BARTLESVILLE, OK  74006-2004

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1137

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$937.88

---

3.355  **Nonpriority creditor's name and mailing address**

CHRISTIAN, DARNELL
18204 E 48TH PL
TULSA, OK  74134-7303

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3331

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$162.16

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.356**   **Nonpriority creditor's name and mailing address**

CHROME PLUS INTERNATIONAL INC
3939 W 29 ST S
WICHITA, KS 67217

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3442

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,556.40

---

**3.357**   **Nonpriority creditor's name and mailing address**

CHUNG, MEN
3312 N WELLINGTON PL
WICHITA, KS 67204-4550

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1551

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$511.36

---

**3.358**   **Nonpriority creditor's name and mailing address**

CIHAK, CHRISTOPHER
P.O. BOX 514
OOLOGAH, OK 74053-3342

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,112.31

---

**3.359**   **Nonpriority creditor's name and mailing address**

CINCINNATI TESTING LAB INC
1775 CARILLON BLVD
CINCINNATI, OH 45240-3210

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0599

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,935.00

---

**3.360**   **Nonpriority creditor's name and mailing address**

CINTAS CORP
5940 S 129TH EAST AVE
TULSA, OK 74134

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2690

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,050.97

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.361 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF TULSA<br>UTILITIES SERVICES<br>TULSA, OK  74187<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4592 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.362 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF VICTORV<br>14343 CIVIC DR<br>VICTORVILLE, CA  92395<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 7672 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,197.85 |
| 3.363 | **Nonpriority creditor's name and mailing address**<br><br>CLAREMONT CORP<br>35 WINSOME DR<br>DURHAM, CT  06422<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3172 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $798.00 |
| 3.364 | **Nonpriority creditor's name and mailing address**<br><br>CLARENDON SPECI<br>2 LYDIARD FIELDS<br>SWINDON  SN5 8UB<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5511 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42,521.98 |
| 3.365 | **Nonpriority creditor's name and mailing address**<br><br>CLARK, FERNON<br>9804 N. NEWBURY<br>OWASSO, OK  74055-4511<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9511 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,104.09 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.366 | **Nonpriority creditor's name and mailing address**<br>CLARK, ORA<br>304 N WALNUT<br>SAND SPRINGS, OK  74063-6223<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6111 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,101.29 |
| 3.367 | **Nonpriority creditor's name and mailing address**<br>CLASSIC GOLF CA<br>510 S J M DAVIS BLVD<br>CLAREMORE, OK  74017<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0760 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $707.65 |
| 3.368 | **Nonpriority creditor's name and mailing address**<br>CLAWSON, JOHN<br>904 N HEMLOCK<br>BROKEN ARROW, OK  74012-2263<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4355 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $18,564.67 |
| 3.369 | **Nonpriority creditor's name and mailing address**<br>CLEMENT COMMUNI<br>10 LACURE AVE<br>CONCORDVILLE, PA  19331-0500<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0974 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $212.61 |
| 3.370 | **Nonpriority creditor's name and mailing address**<br>CLERE, MATTHEW<br>24250 EAST 55TH STREET SOUTH<br>BROKEN ARROW, OK  74014-8904<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3427 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $853.66 |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.371 | **Nonpriority creditor's name and mailing address**<br>CLEVELAND, RUSSELL<br>500 N. DOROTHY AVE TRAILER 38<br>CLAREMORE, OK 74017-6305<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5611** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,344.33 |

| 3.372 | **Nonpriority creditor's name and mailing address**<br>CLICK BOND INC<br>2151 LOCKHEED WAY<br>CARSON CITY, NV 89706<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0833** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,590.00 |

| 3.373 | **Nonpriority creditor's name and mailing address**<br>CLIFTON, TYLER<br>1219 N DOROTHY AVE<br>CLAREMORE, OK 74017-4402<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3367** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3.94 |

| 3.374 | **Nonpriority creditor's name and mailing address**<br>CLOUD, LINDA<br>501 E SPRING ST<br>COLLINSVILLE, OK 74021-3617<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0836** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,931.90 |

| 3.375 | **Nonpriority creditor's name and mailing address**<br>COAST COMPOSITE<br>1395 S LYON ST<br>SANTA ANA, CA 92705<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9435** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $731,250.00 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.376** **Nonpriority creditor's name and mailing address**

COCHRAN, GARY
1347 S 123RD EAST AVE
TULSA, OK 74128-5217

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3276

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,182.38

---

**3.377** **Nonpriority creditor's name and mailing address**

COFFEE, COREY
18740 E 650 RD
INOLA, OK 74036-6095

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$740.82

---

**3.378** **Nonpriority creditor's name and mailing address**

COLE PARMER INS
625 E BUNKER CT
VERNON HILLS, IL 60061

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2686

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,189.03

---

**3.379** **Nonpriority creditor's name and mailing address**

COLE, RONNIE
43 SOUTH 200TH EAST AVE
TULSA, OK 74108-8111

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1760

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,421.69

---

**3.380** **Nonpriority creditor's name and mailing address**

COLEMAN, GRADY
11623 N MEMORIAL DR
COLLINSVILLE, OK 74021-4826

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1793

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,268.95

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.381 | **Nonpriority creditor's name and mailing address**<br><br>COLEMAN, PATRICK<br>604 S. SEMINOLE ST.<br>SKIATOOK, OK  74070-1889<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8859** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,533.08 |
|---|---|---|---|
| 3.382 | **Nonpriority creditor's name and mailing address**<br><br>COLEMAN, TIMOTHY<br>1643 S INDIANAPOLIS<br>TULSA, OK  74112-5829<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4178** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $97.89 |
| 3.383 | **Nonpriority creditor's name and mailing address**<br><br>COLLINS, MICHAEL<br>1111 W READING CT<br>TULSA, OK  74127-2523<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5682** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,850.90 |
| 3.384 | **Nonpriority creditor's name and mailing address**<br><br>COLLINS, WYATT<br>530 S. MARYLAND<br>CLAREMORE, OK  74017-8126<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3289** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $247.80 |
| 3.385 | **Nonpriority creditor's name and mailing address**<br><br>COLON, ISRAEL<br>2709 S ASPEN COURT<br>BROKEN ARROW, OK  74012-7302<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5264** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,035.08 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.386 | **Nonpriority creditor's name and mailing address**<br><br>COMAV ASSET MAN<br>13644 GEORGE BLVD<br>VICTORVILLE, CA  92394<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9108 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,560.00 |
| 3.387 | **Nonpriority creditor's name and mailing address**<br><br>COMAV ASSET MANAGEMENT LLC<br>BLDG 17 18499 PHANTOM WEST<br>VICTORVILLE, CA  92394<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4847 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS RECEIVABLE CREDIT BALANCE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,000.00 |
| 3.388 | **Nonpriority creditor's name and mailing address**<br><br>COMMUNITYCARE H<br>PO BOX 21228<br>TULSA, OK  74121-1228<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4635 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,633.98 |
| 3.389 | **Nonpriority creditor's name and mailing address**<br><br>COMPOSITES BHS INC<br>2880 INDUSTRIAL BLVD<br>SHERBROOKE, QC  J1L 1V8<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2441 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $58,655.00 |
| 3.390 | **Nonpriority creditor's name and mailing address**<br><br>CONCUR TECHNOLO<br>18400 NE UNION HILL ROAD<br>REDMOND, WA  98052<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6275 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,810.90 |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,000.00 |
|---|---|---|---|

CONSTANT AVIATION - CLM
18601 CLEVELAND PARKWAY
CLEVELAND, OH  44135

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Last 4 digits of account number:** 2313

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $69,944.21 |
|---|---|---|---|

CONSTELLATION N
3706 SW TOPEKA BLVD
TOPEKA, KS  66609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 4589

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $835.00 |
|---|---|---|---|

CONTAINER SUPPL
4400 N COOPER AVE
OKLAHOMA CITY, OK  73118-8004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 4157

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $260.44 |
|---|---|---|---|

CONWELL, TIMOTHY
1047 N QUEBEC
TULSA, OK  74115-6305

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 9513

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,485.75 |
|---|---|---|---|

COOK, ALEXANDER
1122 E BRYAN AVE
SAPULPA, OK  74066-4616

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2610

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.396 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $698.97 |
|---|---|---|---|

3.396 | **Nonpriority creditor's name and mailing address**

COOK, JAMES
16903 E 390 RD
CLAREMORE, OK  74017-2968

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$698.97

---

3.397 | **Nonpriority creditor's name and mailing address**

COOK, JAMEY
16899 E 390 RD
CLAREMORE, OK  74017-2969

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2424

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,470.11

---

3.398 | **Nonpriority creditor's name and mailing address**

COOK, JIMMY
PO BOX 964
BARTLESVILLE, OK  74005-0964

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$612.53

---

3.399 | **Nonpriority creditor's name and mailing address**

COOKE, JORDAN
2809 W OAKLAND ST
BROKEN ARROW, OK  74012-9536

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$133.98

---

3.400 | **Nonpriority creditor's name and mailing address**

COOMBS, ERICA
7051 E 149TH ST N
COLLINSVILLE, OK  74021-4082

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2243

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$15.53

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.401 | **Nonpriority creditor's name and mailing address**<br>COOPER, GREGORY<br>4113 N MAPLE AVE<br>BROKEN ARROW, OK  74012-0477<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3281** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $575.02 |
| 3.402 | **Nonpriority creditor's name and mailing address**<br>COOPESA<br>AEROPUERTO INTERNACIONAL<br>SAN JOSE<br>COSTA RICA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0690** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS RECEIVABLE CREDIT BALANCE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $297.00 |
| 3.403 | **Nonpriority creditor's name and mailing address**<br>COPE PLASTICS I<br>4441 INDUSTRIAL DR<br>ALTON, IL  62002-5939<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0467** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,441.60 |
| 3.404 | **Nonpriority creditor's name and mailing address**<br>COPELAND, JAMES<br>8338 E 530 RD<br>CLAREMORE, OK  74019-4390<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4616** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,502.26 |
| 3.405 | **Nonpriority creditor's name and mailing address**<br>CORBETT, JOHN<br>12920 E 80 CT N<br>OWASSO, OK  74055-7109<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3390** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,266.02 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,357.32 |
|---|---|---|---|

3.406  **Nonpriority creditor's name and mailing address**

CORBITT, JORDAN
1502 S 139TH EAST AVE
TULSA, OK 74108-5513

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2199

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,357.32

---

3.407  **Nonpriority creditor's name and mailing address**

CORONO, GUILLERMO
C/O REXAI LAW
ATTN: FARI REZAI
2601 MAIN ST. STE 150
IRVINE, CA 92614

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.408  **Nonpriority creditor's name and mailing address**

CORPORATE CONSU
320 S BOSTON
TULSA, OK 74103

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6889

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,000.00

---

3.409  **Nonpriority creditor's name and mailing address**

COTRONICS CORP
131 47 ST
BROOKLYN, NY 11232

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3646

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$730.22

---

3.410  **Nonpriority creditor's name and mailing address**

COWEN CONSTRUCT
2200 S UTICA PL
TULSA, OK 74114

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8838

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,300.00

Debtor    The NORDAM Group, Inc.    _____    Case number (if known) 18-11699

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| | | | |
|---|---|---|---|
| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,411.48 |
| | COX, RANDY | ☒ Contingent | |
| | 2920 S 121ST E AVE | ☐ Unliquidated | |
| | TULSA, OK 74129-8445 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | EMPLOYEE PTO | |
| | **Last 4 digits of account number: 4767** | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | | ☒ Yes | |

| | | | |
|---|---|---|---|
| 3.412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,722.19 |
| | COX, SCOTT | ☒ Contingent | |
| | 29147 SOUTH TOMAHAWK RD | ☐ Unliquidated | |
| | CATOOSA, OK 74015-5956 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | EMPLOYEE PTO | |
| | **Last 4 digits of account number: 3084** | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | | ☒ Yes | |

| | | | |
|---|---|---|---|
| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $306,125.00 |
| | COYOTE LOGISTIC | ☐ Contingent | |
| | 2545 W DIVERSEY AVE | ☐ Unliquidated | |
| | CHICAGO, IL 60647 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Last 4 digits of account number: 9153** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,589.68 |
| | CPP RANCHO | ☐ Contingent | |
| | 11000 JERSEY BLVD | ☐ Unliquidated | |
| | RANCHO CUCAMONGA, CA 91730-5199 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Last 4 digits of account number: 0568** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.415 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,857.05 |
| | CRAIN, CHRISTINA | ☒ Contingent | |
| | 14224 W 18TH PL S | ☐ Unliquidated | |
| | SAND SPRINGS, OK 74063-4413 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | EMPLOYEE PTO | |
| | **Last 4 digits of account number: 2805** | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | | ☒ Yes | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.416 | **Nonpriority creditor's name and mailing address**<br><br>CRAWFORD, DARWIN<br>15765 N 92ND W AVE<br>SKIATOOK, OK  74070-6105<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9219 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $5,128.70 |
| 3.417 | **Nonpriority creditor's name and mailing address**<br><br>CRAWFORD, NATHAN<br>8605 N. 121ST E. AVE.<br>OWASSO, OK  74055-6497<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0372 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $939.91 |
| 3.418 | **Nonpriority creditor's name and mailing address**<br><br>CRAWFORD, TIMOTHY<br>14325 S 4220 RD<br>CLAREMORE, OK  74017-0520<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3241 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $628.50 |
| 3.419 | **Nonpriority creditor's name and mailing address**<br><br>CREATIVE COATIN<br>24650 MOUND RD<br>WARREN, MI  48091-2036<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0361 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,670.46 |
| 3.420 | **Nonpriority creditor's name and mailing address**<br><br>CREFORM CORPORA<br>1628 POPLAR DR EXT<br>GREER, SC  29652-0830<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4024 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,231.88 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $64,330.35 |
|---|---|---|---|

CROUZET AUTOMAT
2 RUE DU DOCTEUR ABEL
VALENCE CEDEX 9  26902
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2321

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,788.21 |
|---|---|---|---|

CROWELL, DAVID
4613 W 87TH
TULSA, OK  74132-3462

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2911

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $720.13 |
|---|---|---|---|

CRUMB, JESSICA
1047 NORTH QUEBEC AVE
TULSA, OK  74115-6305

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2621

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $261.76 |
|---|---|---|---|

CUELLAR, CHRISTOPHER
12615 SIMMENTAL LN
SAPULPA, OK  74066-8060

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2862

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $992.40 |
|---|---|---|---|

CULBREATH, MATTHEW
8812 N 120TH EAST AVE
OWASSO, OK  74055-2017

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2201

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.426 | **Nonpriority creditor's name and mailing address**<br><br>CULLIGAN OF TUL<br>1800 W SKELLY DR<br>TULSA, OK 74107<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0589 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $136.43 |

| 3.427 | **Nonpriority creditor's name and mailing address**<br><br>CULVER, MICHAEL<br>14238 S QUINCE ST<br>GLENPOOL, OK 74033-3818<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5071 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,272.69 |

| 3.428 | **Nonpriority creditor's name and mailing address**<br><br>CUMMING, WILLIAM<br>3624 W. GOLDENROD<br>SKIATOOK, OK 74070-4308<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5184 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $470.14 |

| 3.429 | **Nonpriority creditor's name and mailing address**<br><br>CUMMINGS JR, JAMES<br>367225 EAST 5360 ROAD<br>CLEVELAND, OK 74020-9642<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6891 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $501.05 |

| 3.430 | **Nonpriority creditor's name and mailing address**<br><br>CURTISS WRIGHT CONTROLS ELECTRONIC<br>28965 AVENUE PENN<br>SANTA CLARITA, CA 91355<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5201 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,400.01 |

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,720.75 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
CUSTOM COMPONENTS & LOGISTICS
19722 E ADMIRAL PL
CATOOSA, OK 74015-3238

**Date or dates debt was incurred**

**Last 4 digits of account number: 2858**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,720.75

---

3.432 **Nonpriority creditor's name and mailing address**
CUSTOM PLYWOOD
301 QUALITY AVE
NEW ALBANY, IN 47150

**Date or dates debt was incurred**

**Last 4 digits of account number: 3416**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,622.68

---

3.433 **Nonpriority creditor's name and mailing address**
CYTEC ENGINEERE
1191 HAWK CIR
ANAHEIM, CA 92708

**Date or dates debt was incurred**

**Last 4 digits of account number: 2372**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$98,210.00

---

3.434 **Nonpriority creditor's name and mailing address**
CYTEC ENGINEERE
501 W 3RD ST
WINONA, MN 55987

**Date or dates debt was incurred**

**Last 4 digits of account number: 4671**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$108,945.24

---

3.435 **Nonpriority creditor's name and mailing address**
CYTEC ENGINEERE
ABENBURY WAY
WREXHAM LL13 9UZ
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number: 0184**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,060.80

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|--|--|--|

**3.436** **Nonpriority creditor's name and mailing address**

CYTEC ENGINEERED MATERIALS INC
1300 REVOLUTION ST
HAVRE DE GRACE, MD  21078-3899

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0093

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$860,912.26

---

**3.437** **Nonpriority creditor's name and mailing address**

CYTEC ENGINEERED MATERIALS INC
1440 N KRAEMER BLVD
ANAHEIM, CA  92806-1463

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0097

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$417,814.63

---

**3.438** **Nonpriority creditor's name and mailing address**

CYTEC ENGINEERED MATERIALS INC
4300 JACKSON ST
GREENVILLE, TX  75402

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0145

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$161,665.68

---

**3.439** **Nonpriority creditor's name and mailing address**

DAILY EXPRESS I
1072 HARRISBURG PIKE
CARLISLE, PA  17013

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$850.00

---

**3.440** **Nonpriority creditor's name and mailing address**

DAMPING TECHNOLOGIES INC
55656 CURRANT RD
MISHAWAKA, IN  46545

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3839

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,911.90

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

3.441 **Nonpriority creditor's name and mailing address**

DANIEL E WHI
3628 E 102ND ST
TULSA, OK  74137

**Date or dates debt was incurred**

**Last 4 digits of account number: 0714**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,026.36

---

3.442 **Nonpriority creditor's name and mailing address**

DARYL HARTZELL
23109 KINGFISHER DR
FORT MILL, SC  29707

**Date or dates debt was incurred**

**Last 4 digits of account number: 4562**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.443 **Nonpriority creditor's name and mailing address**

DASSAULT FALCON JET CORP
3801 E 10 ST
LITTLE ROCK, AR  72202-3366

**Date or dates debt was incurred**

**Last 4 digits of account number: 1769**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$173,451.68

---

3.444 **Nonpriority creditor's name and mailing address**

DAVCO MECHANICAL CONTRACTORS
4248 EAST 96TH ST N
SPERRY, OK  74073

**Date or dates debt was incurred**

**Last 4 digits of account number: 0968**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$93,734.77

---

3.445 **Nonpriority creditor's name and mailing address**

DAVIDSON, DIANA
1308 E DOVER
BROKEN ARROW, OK  74012-9246

**Date or dates debt was incurred**

**Last 4 digits of account number: 5213**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$66.17

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.446 | **Nonpriority creditor's name and mailing address**<br><br>DAVIDSON, TROY<br>13096 S HORSESHOE BEND DR<br>OOLOGAH, OK 74053-4164<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9465 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,834.18 |
| 3.447 | **Nonpriority creditor's name and mailing address**<br><br>DAVIS GRAHAM &<br>1550 17TH ST<br>DENVER, CO 80202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5961 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,414.00 |
| 3.448 | **Nonpriority creditor's name and mailing address**<br><br>DAVIS JR, DONALD<br>2843 W 114TH ST<br>JENKS, OK 74037-2400<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8951 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $392.19 |
| 3.449 | **Nonpriority creditor's name and mailing address**<br><br>DAVIS, ALEXANDER<br>411 S 14TH ST<br>COLLINSVILLE, OK 74021-3618<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2820 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $614.80 |
| 3.450 | **Nonpriority creditor's name and mailing address**<br><br>DAVIS, HELEN<br>10908 S 4090 ROAD<br>OOLOGAH, OK 74053-3912<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5465 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,345.14 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.451 | **Nonpriority creditor's name and mailing address**<br>DAVIS, JUSTIN<br>310 E 1ST ST # 408<br>TULSA, OK  74120-1821<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4673** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $7,515.12 |
| 3.452 | **Nonpriority creditor's name and mailing address**<br>DAVIS, KEITH<br>9714 N 100TH E AVE<br>OWASSO, OK  74055-6454<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 6268** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,745.54 |
| 3.453 | **Nonpriority creditor's name and mailing address**<br>DAVIS, SAMUEL<br>403 E 16TH ST<br>OWASSO, OK  74055-4910<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2427** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,308.57 |
| 3.454 | **Nonpriority creditor's name and mailing address**<br>DBI INC<br>8282 S REGENCY DR<br>TULSA, OK  74131<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9612** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,413.35 |
| 3.455 | **Nonpriority creditor's name and mailing address**<br>DEAN, DARLENE<br>7447 E. 2ND STREET<br>TULSA, OK  74112-2105<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1089** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $983.67 |

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

**3.456** **Nonpriority creditor's name and mailing address**

DEATHERAGE, STEPHANIE
3926 E 34TH ST
TULSA, OK  74135-4521

**Date or dates debt was incurred**

**Last 4 digits of account number: 2635**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$357.48

---

**3.457** **Nonpriority creditor's name and mailing address**

DEATON, CHARLES
456 GLENPOOL BLVD
GLENPOOL, OK  74033-2727

**Date or dates debt was incurred**

**Last 4 digits of account number: 9301**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,761.41

---

**3.458** **Nonpriority creditor's name and mailing address**

DECKER, BRITTANY
1326 S 222ND WEST AVE
SAND SPRINGS, OK  74063-5180

**Date or dates debt was incurred**

**Last 4 digits of account number: 2990**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$594.08

---

**3.459** **Nonpriority creditor's name and mailing address**

DEEDS, GALEN
9545 E 107TH STREET S
TULSA, OK  74133-6387

**Date or dates debt was incurred**

**Last 4 digits of account number: 3056**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$8,322.13

---

**3.460** **Nonpriority creditor's name and mailing address**

DEFENSE SUPPLIE
5505 N ATLANTIC AVE
COCOA BEACH, FL  32931

**Date or dates debt was incurred**

**Last 4 digits of account number: 1472**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,933.22

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | ---: |

**3.461**

**Nonpriority creditor's name and mailing address**

DELISLE INC
80 KIMBERLY DR
SOUTH WINDSOR, CT 06074

**Date or dates debt was incurred**

**Last 4 digits of account number: 5411**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$125.00

---

**3.462**

**Nonpriority creditor's name and mailing address**

DELL DIRECT SALES LP
DEPT 0729
DALLAS, TX 75312-0729

**Date or dates debt was incurred**

**Last 4 digits of account number: 3146**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$86,841.32

---

**3.463**

**Nonpriority creditor's name and mailing address**

DELOITTE TAX LLP
2200 ROSS AVE., SUITE 1600
DALLAS, TX 75201

**Date or dates debt was incurred**

**Last 4 digits of account number: 0000**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$74,276.00

---

**3.464**

**Nonpriority creditor's name and mailing address**

DELTA G DESIGN
716 LAKE AIR DR
WACO, TX 76710

**Date or dates debt was incurred**

**Last 4 digits of account number: 4941**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$97,212.50

---

**3.465**

**Nonpriority creditor's name and mailing address**

DELTA MATERIAL
3700 SOUTHSIDE INDUSTRIAL WAY SE
ATLANTA, GA 30354

**Date or dates debt was incurred**

**Last 4 digits of account number: 5526**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,000.00

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.466 | **Nonpriority creditor's name and mailing address**<br>DELTA TRAK INC<br>3922 VALLEY AVE<br>PLEASANTON, CA  94566-4873<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1391** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,580.00 |
| 3.467 | **Nonpriority creditor's name and mailing address**<br>DENISSEN, REBECCA<br>PO BOX 875<br>BRISTOW, OK  74010-0875<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9631** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,407.68 |
| 3.468 | **Nonpriority creditor's name and mailing address**<br>DENIZOT, JOSHUA<br>8208 EAST MADISON STREET<br>BROKEN ARROW, OK  74104-7400<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9288** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,678.77 |
| 3.469 | **Nonpriority creditor's name and mailing address**<br>DENNIS, TIMMY<br>13751 S. 425 RD<br>INOLA, OK  74036-6081<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0874** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,936.44 |
| 3.470 | **Nonpriority creditor's name and mailing address**<br>DENTON, PATTI<br>29166 S MEADOW RD<br>INOLA, OK  74036-5081<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4685** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,950.84 |

Case 18-11699-MFW    Doc 323    Filed 09/21/18    Page 486 of 1112

| Part 2: | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| | | | |
|---|---|---|---|
| 3.471 | **Nonpriority creditor's name and mailing address**<br><br>DEPARTMENT OF E<br>PO BOX 2036<br>OKLAHOMA CITY, OK  73101-2036<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5014** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $500.00 |

| | | | |
|---|---|---|---|
| 3.472 | **Nonpriority creditor's name and mailing address**<br><br>DERR, CHARLES<br>14703 EAGLE DR<br>CLAREMORE, OK  74017-0822<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3950** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,118.41 |

| | | | |
|---|---|---|---|
| 3.473 | **Nonpriority creditor's name and mailing address**<br><br>DESIGN CRAFT EXHIBITIONS LTD<br>AS27200 DESIGN CRAFT EXHIB UK<br>UNIT 9 ROMAN WAY<br>COLESHILL BIRMINGHAM<br>WARWICKSHIRE  B461HG<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3089** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| | | | |
|---|---|---|---|
| 3.474 | **Nonpriority creditor's name and mailing address**<br><br>DEVASURE, RUSSELL<br>2926 WILD ROSE CT<br>WICHITA, KS  67205-1638<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8601** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,884.54 |

| | | | |
|---|---|---|---|
| 3.475 | **Nonpriority creditor's name and mailing address**<br><br>DEWITT, SAMUEL<br>26001 E 118TH ST S<br>COWETA, OK  74429-4858<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3239** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $679.46 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.476** **Nonpriority creditor's name and mailing address**

DEXMET CORP
22 BARNES INDUSTRIAL RD
WALLINGFORD, CT 06492

**Date or dates debt was incurred**

**Last 4 digits of account number: 1465**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,780.38

---

**3.477** **Nonpriority creditor's name and mailing address**

DEZION STUDIOS
11403 E 19TH STREET
TULSA, OK 74128

**Date or dates debt was incurred**

**Last 4 digits of account number: 7062**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,309.46

---

**3.478** **Nonpriority creditor's name and mailing address**

DGI SUPPLY
804 S SHERIDAN
TULSA, OK 74112

**Date or dates debt was incurred**

**Last 4 digits of account number: 3056**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,650.00

---

**3.479** **Nonpriority creditor's name and mailing address**

DHL EXPRESS USA
1144 W WASHINGTON ST
TEMPE, AZ 85281

**Date or dates debt was incurred**

**Last 4 digits of account number: 4976**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$110.94

---

**3.480** **Nonpriority creditor's name and mailing address**

DIAB AMERICAS L
315 SEAHAWK DR
DESOTO, TX 75115

**Date or dates debt was incurred**

**Last 4 digits of account number: 4787**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$112,614.10

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.481 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $194.52 |
|---|---|---|---|

3.481 **Nonpriority creditor's name and mailing address**

DIAZ, FERNANDO
1803 E MONTGOMERY PL
BROKEN ARROW, OK  74012-1845

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$194.52

---

3.482 **Nonpriority creditor's name and mailing address**

DILL, COY
5908 EAST 139TH ST NORTH
COLLINSVILLE, OK  74021-2928

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,439.34

---

3.483 **Nonpriority creditor's name and mailing address**

DIMENSIONAL CON
5750 NEW KING DR
TROY, MI  48098

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7276

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,691.07

---

3.484 **Nonpriority creditor's name and mailing address**

DIMPLEX THERMAL
2625 EMERALD DR
KALAMAZOO, MI  49001

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6273

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,730.00

---

3.485 **Nonpriority creditor's name and mailing address**

DITCH, PATRICK
20010 E 72ND ST N
OWASSO, OK  74055-5851

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,208.67

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.486 | **Nonpriority creditor's name and mailing address**<br><br>DIVERSIFIED AERO SERVICES INC<br>10000 NW 25 ST<br>DORAL, FL 33172<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4631** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,665.26 |
| 3.487 | **Nonpriority creditor's name and mailing address**<br><br>DIVERSIFIED MAC<br>1068 ELKTON DR<br>COLORADO SPRINGS, CO 80907<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 7364** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $126,228.20 |
| 3.488 | **Nonpriority creditor's name and mailing address**<br><br>DIXON, DAVID<br>12182 N 162ND EAST AVE<br>COLLINSVILLE, OK 74021-5191<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1062** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,998.37 |
| 3.489 | **Nonpriority creditor's name and mailing address**<br><br>DMP CORPORATION<br>400 BRYANT BLVD<br>ROCK HILL, SC 29732<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2138** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $862.00 |
| 3.490 | **Nonpriority creditor's name and mailing address**<br><br>DOBBINS IV, ROBERT<br>1117 SOUTHVIEW LN<br>SKIATOOK, OK 74070-2436<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3103** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $590.50 |

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.491 | **Nonpriority creditor's name and mailing address**<br>DOCHNEY, JASON<br>1600 E BOISE ST<br>BROKEN ARROW, OK 74012-9575<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3335** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $192.21 |

| 3.492 | **Nonpriority creditor's name and mailing address**<br>DONAHO, JAMIE<br>9402 E. 139TH ST. N.<br>COLLINSVILLE, OK 74021-5941<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0181** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,049.37 |

| 3.493 | **Nonpriority creditor's name and mailing address**<br>DONALDSON, GERARD<br>8116 E 16TH ST APT 115<br>TULSA, OK 74112-8225<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2920** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $85.74 |

| 3.494 | **Nonpriority creditor's name and mailing address**<br>DONNELLEY FINAN<br>P.O. BOX 842282<br>BOSTON, MA 02284<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9643** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,792.05 |

| 3.495 | **Nonpriority creditor's name and mailing address**<br>DOTSON, BARBARA<br>3307 S. 65TH W. AVE<br>TULSA, OK 74107-0426<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8977** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $630.94 |

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.496 | **Nonpriority creditor's name and mailing address**<br><br>DOUGHERTY, JOEL<br>8838 E 77TH ST<br>TULSA, OK 74133-4926<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8786** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $12,344.21 |
| 3.497 | **Nonpriority creditor's name and mailing address**<br><br>DOWNING MANUFACTURING INC<br>8504 S REGENCY DR<br>TULSA, OK 74131<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2872** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $61,470.06 |
| 3.498 | **Nonpriority creditor's name and mailing address**<br><br>DOYLE, KARLYN<br>1583 SWAN DR<br>TULSA, OK 74120-7626<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5135** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,427.65 |
| 3.499 | **Nonpriority creditor's name and mailing address**<br><br>DRAKE, JEREMY<br>RT 1 BOX 340<br>NOWATA, OK 74048-3542<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1855** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,103.36 |
| 3.500 | **Nonpriority creditor's name and mailing address**<br><br>DRESSLER, MICHAEL<br>16297 E 590 RD<br>INOLA, OK 74036-2036<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3014** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $670.68 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.501 | **Nonpriority creditor's name and mailing address**<br><br>DRIVER, HAROLD<br>11515 E 180TH ST N<br>COLLINSVILLE, OK  74021-4778<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3269** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,178.66 |
|---|---|---|---|
| 3.502 | **Nonpriority creditor's name and mailing address**<br><br>DRIVING FORCE UK LTD<br>DBA DRIVING FORCE GLOBAL<br>GRENVILLE PL<br>LONDON  NW7 3SA<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9177** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.503 | **Nonpriority creditor's name and mailing address**<br><br>DRYSDALE & ASSO<br>595 CHICORY LN<br>CINCINNATI, OH  45244<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9460** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,920.81 |
| 3.504 | **Nonpriority creditor's name and mailing address**<br><br>DSC TRADING LLC<br>21113 JOHNSON ST<br>PEMBROKE PINES, FL  33029<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4546** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,906.50 |
| 3.505 | **Nonpriority creditor's name and mailing address**<br><br>DSV AIR & SEA<br>100 WALNUT AVE<br>CLARK, NJ  07066<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1028** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $103,844.46 |

| Debtor | The NORDAM Group, Inc. | Case number (if known) 18-11699 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.506 | **Nonpriority creditor's name and mailing address**<br><br>DUCOMMUN AEROSTRUCTURES INC<br>3333 MAIN ST<br>PARSONS, KS 67357-3632<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0600 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $461,679.66 |

| 3.507 | **Nonpriority creditor's name and mailing address**<br><br>DUCOMMUN LABARGE TECHNOLOGIES INC<br>1505 MAIDEN LN<br>JOPLIN, MO 64804<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2801 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $561,656.74 |

| 3.508 | **Nonpriority creditor's name and mailing address**<br><br>DUFOUR, WILLIAM<br>11202 S 70TH EAST AVE<br>BIXBY, OK 74008-2070<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0751 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DEFERRED COMP AND PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $29,145.43 |

| 3.509 | **Nonpriority creditor's name and mailing address**<br><br>DUKE, STACIE<br>5608 EAST 89TH STREET<br>TULSA, OK 74137-2934<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3268 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,288.49 |

| 3.510 | **Nonpriority creditor's name and mailing address**<br><br>DUKES INC<br>9060 WINNETKA AVE<br>NORTHRIDGE, CA 91324-3293<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0723 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $161,710.69 |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.511** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $249,167.87

DUNCAN AVIATION INC
3701 AVIATION RD
LINCOLN, NE 68524

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 0685**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.512** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $416.29

DUNCAN, CODY
16553 S 97TH WEST AVE
SAPULPA, OK 74066-6351

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 6236**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49.17

DUNCAN, STEVIE
335 W 45TH ST
SAND SPRINGS, OK 74063-2434

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 8911**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $748.23

DUNN, ALLEN
1009 W 7TH ST.
OKMULGEE, OK 74447-4514

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 9026**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,320.78

DUNN, ANTHONY
6975 EAST 83RD STREET NORTH
OWASSO, OK 74055-7294

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 1796**

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.516**   **Nonpriority creditor's name and mailing address**

DUNSON, JEREMY
13005 E 92ND ST N
OWASSO, OK 74055-4759

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6463

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,117.26

---

**3.517**   **Nonpriority creditor's name and mailing address**

DUNSTONE CO INC
2104 CROWN VIEW DR
CHARLOTTE, NC 28227

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2489

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$134.10

---

**3.518**   **Nonpriority creditor's name and mailing address**

DUONG, TU
13526 E. 133RD ST N.
COLLINSVILLE, OK 74021-3852

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2611

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,652.56

---

**3.519**   **Nonpriority creditor's name and mailing address**

DUPLAN INDUSTRI
1265 STONE DR
SAN MARCOS, CA 92078

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5346

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$114,048.00

---

**3.520**   **Nonpriority creditor's name and mailing address**

DUQUEINE ATLANTIQUE
ZI LA CROIX ROUGE
MALVILLE 44260
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5441

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,060.26

---

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.521 | **Nonpriority creditor's name and mailing address**<br><br>DURAN, VICTOR<br>431 E 150TH ST<br>GLENPOOL, OK 74033-3114<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2844 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $607.21 |
| 3.522 | **Nonpriority creditor's name and mailing address**<br><br>DURHAM, JEREMY<br>12586 W 86TH STREET<br>SAPULPA, OK 74066-8184<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6144 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $994.04 |
| 3.523 | **Nonpriority creditor's name and mailing address**<br><br>DURO LAK INC<br>3020 BOUL LE CORBUSIER<br>LAVAL, QC H7L 3W2<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0799 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,295.72 |
| 3.524 | **Nonpriority creditor's name and mailing address**<br><br>DUSSEAU, BARBARA<br>406 OVERHOLT DR<br>SAND SPRINGS, OK 74063-2035<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8834 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,037.55 |
| 3.525 | **Nonpriority creditor's name and mailing address**<br><br>DYER, HOLLY<br>207 E 45TH PL<br>TULSA, OK 74105-4403<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2328 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $302.15 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

|  | | | **Amount of claim** |
|---|---|---|---|
| 3.526 | **Nonpriority creditor's name and mailing address**<br><br>DYNAMATION RESE<br>2301 PONTIUS AVE<br>LOS ANGELES, CA 90064<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0115** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,013.00 |
| 3.527 | **Nonpriority creditor's name and mailing address**<br><br>DYNAMIC NC LLC<br>16531 SW 190<br>ROSE HILL, KS 67133<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5031** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,813.93 |
| 3.528 | **Nonpriority creditor's name and mailing address**<br><br>DYSON, BRADLEY<br>11242 S 102ND E AVE<br>BIXBY, OK 74008-3038<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8426** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,224.76 |
| 3.529 | **Nonpriority creditor's name and mailing address**<br><br>E I DU PONT<br>6200 HILLCREST DR<br>VALLEY VIEW, OH 44125-4624<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0569** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,419.00 |
| 3.530 | **Nonpriority creditor's name and mailing address**<br><br>EAGLES, JACKIE<br>4247 E 590 RD<br>LOCUST GROVE, OK 74352-4929<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2991** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $732.70 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.531 | **Nonpriority creditor's name and mailing address**<br><br>EAST PLANT INVESTMENTS, L.L.C<br>320 S. BOSTON AVE<br>SUITE 200<br>TULSA, OK 74103<br><br>**Date or dates debt was incurred**<br>4/4/2018<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNSECURED NOTE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,470,621.31 |
| 3.532 | **Nonpriority creditor's name and mailing address**<br><br>EASTMAN CHEMICA<br>GENT PLANT<br>GENT 9000<br>BELGIUM<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0367 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $13,161.36 |
| 3.533 | **Nonpriority creditor's name and mailing address**<br><br>EATON AEROQUIP LLC<br>300 S EAST AVE<br>JACKSON, MI 49203<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1569 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $707,441.32 |
| 3.534 | **Nonpriority creditor's name and mailing address**<br><br>EATON AEROSPACE LLC<br>4690 COLORADO BLVD<br>LOS ANGELES, CA 90039<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0322 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $464,505.90 |
| 3.535 | **Nonpriority creditor's name and mailing address**<br><br>EATON CORP<br>11642 OLD BALTIMORE PIKE<br>BELTSVILLE, MD 20705-1294<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1031 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $102,431.89 |

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.536 | **Nonpriority creditor's name and mailing address**<br><br>EATON, ALAN<br>RT 1 BOX 220<br>BUNCH, OK  74931-9710<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0984** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,031.96 |
| 3.537 | **Nonpriority creditor's name and mailing address**<br><br>EATON, MARK<br>415 S SHADY LN<br>CLEVELAND, OK  74020-5782<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0239** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,523.30 |
| 3.538 | **Nonpriority creditor's name and mailing address**<br><br>EATON, STEPHEN<br>2216 S FIR AVE<br>BROKEN ARROW, OK  74012-1025<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8838** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $955.84 |
| 3.539 | **Nonpriority creditor's name and mailing address**<br><br>ECONOMY LUMBER<br>4221 E PINE ST<br>TULSA, OK  74115<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1460** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,638.74 |
| 3.540 | **Nonpriority creditor's name and mailing address**<br><br>EDWARDS, VICKI<br>15460 S 4080 RD<br>OOLOGAH, OK  74053-3537<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2624** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,048.56 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.541 | **Nonpriority creditor's name and mailing address**<br>EGBERT, CURTIS<br>9911 N 108TH E AVE<br>OWASSO, OK  74055-6408<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8852 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,937.00 |
| 3.542 | **Nonpriority creditor's name and mailing address**<br>EGGIMANN, KYLE<br>8433 N 77TH E. AVE<br>OWASSO, OK  74055-7417<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3226 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $473.58 |
| 3.543 | **Nonpriority creditor's name and mailing address**<br>EHEALTHSCREENIN<br>12000 STARCREST<br>SAN ANTONIO, TX  78247<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9309 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $206.00 |
| 3.544 | **Nonpriority creditor's name and mailing address**<br>EHRHARDT, IAN<br>548 OEMLER LOOP<br>SAVANNAH, GA  31410-2423<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2836 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,085.80 |
| 3.545 | **Nonpriority creditor's name and mailing address**<br>EIGHT PARTNERS, LLC<br>320 S. BOSTON AVE<br>SUITE 200<br>TULSA, OK  74103<br><br>**Date or dates debt was incurred**<br>4/4/2018<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNSECURED NOTE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,470,621.31 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.546** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,058.00

ELDEC CORP
16700 13 AVE W
LYNNWOOD, WA  98037

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 0602

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.547** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $113,325.10

ELECTRO ENTERPRISES INC
3601 NORTH I 35 SERVICE RD
OKLAHOMA CITY, OK  73111

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 0498

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.548** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,652.50

ELECTROPLATING
12940 S 198 E AVE
BROKEN ARROW, OK  74014

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 7675

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.549** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,248.98

ELEMENT JUPITER
15814 CORPORATE CIR
JUPITER, FL  33478

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 4957

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.550** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,615.85

ELEMENT MATERIA
3100 N HEMLOCK CIR
BROKEN ARROW, OK  74012

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 0849

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,125.00 |
|---|---|---|---|

3.551   **Nonpriority creditor's name and mailing address**

ELEMENT MATERIA
3200 S 166 ST
NEW BERLIN, WI 53151

**Date or dates debt was incurred**

**Last 4 digits of account number: 4851**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $4,125.00

---

3.552   **Nonpriority creditor's name and mailing address**

ELEMENT MATERIA
9301 INNOVATION DR
DALEVILLE, IN 47334

**Date or dates debt was incurred**

**Last 4 digits of account number: 4132**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $502.64

---

3.553   **Nonpriority creditor's name and mailing address**

ELEMENT MATERIALS TECH LOS ANGELES
1857 BUSINESS CENTER DR
DUARTE, CA 91010

**Date or dates debt was incurred**

**Last 4 digits of account number: 5338**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $435,710.60

---

3.554   **Nonpriority creditor's name and mailing address**

ELIX, SHANNON
12611 E 31ST CT
TULSA, OK 74146-2302

**Date or dates debt was incurred**

**Last 4 digits of account number: 2850**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Amount of claim: $317.53

---

3.555   **Nonpriority creditor's name and mailing address**

ELIZONDO, STEPHEN
7307 S BUSHNELL BLVD
BROKEN ARROW, OK 74014-2552

**Date or dates debt was incurred**

**Last 4 digits of account number: 2416**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Amount of claim: $1,155.95

| Part 2: | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| | | |
|---|---|---|
| 3.556 | **Nonpriority creditor's name and mailing address**<br><br>ELKEM SILICONES<br>7979 PARK PLACE RD<br>YORK, SC  29745<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5326** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,945.29 |

| | | |
|---|---|---|
| 3.557 | **Nonpriority creditor's name and mailing address**<br><br>ELLIOTT, SANDRA<br>201 W 41ST ST<br>SAND SPRINGS, OK  74063-2713<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0831** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $504.05 |

| | | |
|---|---|---|
| 3.558 | **Nonpriority creditor's name and mailing address**<br><br>ELLSWORTH ADHESIVES SPECIALTY<br>W 129 N 10825 WASHINGTON DR<br>GERMANTOWN, WI  53022<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4772** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,608.61 |

| | | |
|---|---|---|
| 3.559 | **Nonpriority creditor's name and mailing address**<br><br>ELLSWORTH, LUCAS<br>5124 W 27TH ST<br>TULSA, OK  74107-3300<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 6585** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,356.82 |

| | | |
|---|---|---|
| 3.560 | **Nonpriority creditor's name and mailing address**<br><br>EMBERTON, CHRIS<br>1400 W BLUE STARR DR APT M6<br>CLAREMORE, OK  74017-2452<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3320** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $337.32 |

| Debtor | The NORDAM Group, Inc. | Case number (if known) 18-11699 (MFW) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.561** | **Nonpriority creditor's name and mailing address**

EMBRAER
AV BRIGADEIRO FARIA LIMA 2170-CP011
SAO JOSE DOS CAMPOS  12227-901
BRAZIL

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1275

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.20

---

**3.562** | **Nonpriority creditor's name and mailing address**

EMBRAER SAO JOSE DOS CAMPOS
AVENIDA BRIGADEIRO FARIA LIMA 2170
SAO JOSE DOS CAMPOS
SAO PAULO  12227-901
BRAZIL

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3078

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$66,792.86

---

**3.563** | **Nonpriority creditor's name and mailing address**

ENFLIGHT AVIATION INC
200 NONAVILLE RD
MOUNT JULIET, TN  37122

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2292

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$624.25

---

**3.564** | **Nonpriority creditor's name and mailing address**

ENFLITE INC
105 COOPERATIVE WAY
GEORGETOWN, TX  78626

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0835

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,680.00

---

**3.565** | **Nonpriority creditor's name and mailing address**

ENGLAND, CHRISTOPHER
3945 S DETROIT AVE
TULSA, OK  74105-3039

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3293

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$391.22

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.566 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $464.75 |
|---|---|---|---|

ENGLE II, MICHAEL
4916 TRADE WIND DR
OOLOGAH, OK  74053-3325

**Date or dates debt was incurred**

**Last 4 digits of account number: 2851**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| 3.567 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,704.62 |
|---|---|---|---|

ENPRO INC
121 S LOMBARD RD
ADDISON, IL  60101

**Date or dates debt was incurred**

**Last 4 digits of account number: 0407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.568 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $701.35 |
|---|---|---|---|

ENRIQUEZ, JOSE
1461 LUZ DEL SOL DR
EL PASO, TX  79912-8453

**Date or dates debt was incurred**

**Last 4 digits of account number: 1452**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| 3.569 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,279.48 |
|---|---|---|---|

ENVISTA CONCEPT
11555 N MERIDIAN ST
CARMEL, IN  46032

**Date or dates debt was incurred**

**Last 4 digits of account number: 8829**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.570 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $202,862.78 |
|---|---|---|---|

ENVISTA CONCEPT
11711 N MERIDIAN ST
CARMEL, IN  46032

**Date or dates debt was incurred**

**Last 4 digits of account number: 8830**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|
| | | | | Amount of claim |

| 3.571 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $10,230.00 |
|---|---|---|---|

ERI SOLUTIONS I
7720 N OWASSO EXPY
OWASSO, OK 74055-3314

**Date or dates debt was incurred**

**Last 4 digits of account number: 8974**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $9,787.19 |
|---|---|---|---|

ERNST AND YOUNG
200 PLAZA DR
SECAUCUS, NJ 07094

**Date or dates debt was incurred**

**Last 4 digits of account number: 8357**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $97.36 |
|---|---|---|---|

ERNST, JACK
1314 S ATLANTA PL.
TULSA, OK 74104-4313

**Date or dates debt was incurred**

**Last 4 digits of account number: 2646**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $16,470.00 |
|---|---|---|---|

ERPORTAL SOFTWA
59 INTERSTATE DR
WEST SPRINGFIELD, MA 01089

**Date or dates debt was incurred**

**Last 4 digits of account number: 8738**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $605.44 |
|---|---|---|---|

ESPINOZA, JOSE
7902 E 15TH PL
TULSA, OK 74112-7840

**Date or dates debt was incurred**

**Last 4 digits of account number: 3229**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.576 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,071.68 |
|---|---|---|---|

ESSARY, BRIAN
14190 S 305TH E AVE
COWETA, OK  74429-4201

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9838

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| 3.577 | **Nonpriority creditor's name and mailing address** | | $26,328.80 |
|---|---|---|---|

ESTERLINE
28065 FRANKLIN PKWY
VALENCIA, CA  91355

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3356

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.578 | **Nonpriority creditor's name and mailing address** | | $25,498.31 |
|---|---|---|---|

ESTERLINE MASON
13955 BALBOA BLVD
SYLMAR, CA  91342

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0969

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.579 | **Nonpriority creditor's name and mailing address** | | $1,538.79 |
|---|---|---|---|

ESTES FORWARDIN
1100 COMMERCE RD
RICHMOND, VA  23224

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5638

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.580 | **Nonpriority creditor's name and mailing address** | | $1,767.00 |
|---|---|---|---|

ETTER, DANIEL
2113 W SOUTH ST
COLLINSVILLE, OK  74021-2605

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4413

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.581** **Nonpriority creditor's name and mailing address**

EURO-COMPOSITES CORPORATION
13213 AIRPARK DR
ELKWOOD, VA  22718

**Date or dates debt was incurred**

**Last 4 digits of account number: 1124**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$492,172.66

---

**3.582** **Nonpriority creditor's name and mailing address**

EUROPEAN AVIATI
POSTFACH 10 12 53
COLOGNE, 11  50452
GERMANY

**Date or dates debt was incurred**

**Last 4 digits of account number: 2219**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,016.31

---

**3.583** **Nonpriority creditor's name and mailing address**

EVANS ENTERPRIS
2002 SW BLVD
TULSA, OK  74107

**Date or dates debt was incurred**

**Last 4 digits of account number: 1789**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$296.08

---

**3.584** **Nonpriority creditor's name and mailing address**

EVANS, MICHAIL
18258 S HARVARD AVE
BIXBY, OK  74008-5640

**Date or dates debt was incurred**

**Last 4 digits of account number: 1521**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,704.20

---

**3.585** **Nonpriority creditor's name and mailing address**

EVERSHEDS
EVERSHEDS HOUSE
MANCHESTER  M1 5ES
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number: 4978**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,762.12

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.586 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,223.98 |
|---|---|---|---|

**3.586** **Nonpriority creditor's name and mailing address**

EVONIK CYRO LLC
299 JEFFERSON RD
PARSIPPANY, NJ 07054

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3406

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,223.98

---

**3.587** **Nonpriority creditor's name and mailing address**

EVONIK FOAMS IN
4375 INDUSTRIAL RD
THEODORE, AL 36582

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3561

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$84,445.97

---

**3.588** **Nonpriority creditor's name and mailing address**

EVOQUA WATER TE
9410 E 51 ST
TULSA, OK 74145

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8587

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,880.34

---

**3.589** **Nonpriority creditor's name and mailing address**

EWELL, GARRETT
14832 E MODOC ST
CLAREMORE, OK 74017-4131

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2184

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,330.62

---

**3.590** **Nonpriority creditor's name and mailing address**

EXCELSIOR BENEF
23505 SMITHTOWN RD
EXCELSIOR, MN 55331

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7997

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,239.01

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.591 | **Nonpriority creditor's name and mailing address** <br><br> EXOVA INC <br> 1920 CONCEPT DR <br> WARREN, MI  48091 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 5061 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $129,085.00 |
| 3.592 | **Nonpriority creditor's name and mailing address** <br><br> EXPANDED RUBBER <br> 19200 LAUREL PARK RD <br> RANCHO DOMINGUEZ, CA  90220 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 2547 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $896.00 |
| 3.593 | **Nonpriority creditor's name and mailing address** <br><br> EXPERI METAL INC <br> 6385 WALL ST <br> STERLING HEIGHTS, MI  48312 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 5342 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $142,740.00 |
| 3.594 | **Nonpriority creditor's name and mailing address** <br><br> EXPONENT INC <br> 149 COMMONWEALTH DR <br> MENLO PARK, CA  94025 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 9247 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $24,673.27 |
| 3.595 | **Nonpriority creditor's name and mailing address** <br><br> FAA FEDERAL AVIATION ADMINS <br> LOS ANGELES INTL FIELD OFFICE <br> 15000 AVIATION BLVD <br> LAWNDALE, CA  90261 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> LITIGATION <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNKNOWN |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.596 | **Nonpriority creditor's name and mailing address**<br><br>FALLIS, TROY<br>15111 E. 15TH PL.<br>TULSA, OK  74108-5711<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8853 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,735.64 |
| 3.597 | **Nonpriority creditor's name and mailing address**<br><br>FANELLI, LOUIS<br>209 W 31ST ST<br>SAND SPRINGS, OK  74063-3522<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2393 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,032.18 |
| 3.598 | **Nonpriority creditor's name and mailing address**<br><br>FANGMEIER, ANITA<br>9206 N 93RD E AVE<br>OWASSO, OK  74055-8270<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2544 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $728.19 |
| 3.599 | **Nonpriority creditor's name and mailing address**<br><br>FARMER, BRIAN<br>9611 N 107TH EAST PL<br>OWASSO, OK  74055-1342<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8605 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $90.64 |
| 3.600 | **Nonpriority creditor's name and mailing address**<br><br>FARNSWORTH, NATHAN<br>1108 W NASHVILLE ST<br>BROKEN ARROW, OK  74012-5045<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1934 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $136.51 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.601** | **Nonpriority creditor's name and mailing address**
FARO TECHNOLOGI
250 TECHNOLOGY PK
LAKE MARY, FL  32746

**Date or dates debt was incurred**

**Last 4 digits of account number: 0131**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$785.00

---

**3.602** | **Nonpriority creditor's name and mailing address**
FARRIS, SAMUEL
6523 E 83RD PL
TULSA, OK  74133-4159

**Date or dates debt was incurred**

**Last 4 digits of account number: 2886**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$5,093.42

---

**3.603** | **Nonpriority creditor's name and mailing address**
FARRIS, SUSAN
8516 N 102ND EAST AVE
OWASSO, OK  74055-2357

**Date or dates debt was incurred**

**Last 4 digits of account number: 2905**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$291.49

---

**3.604** | **Nonpriority creditor's name and mailing address**
FASTENAIR CORP
10800 E CENTRAL AVE
WICHITA, KS  67206

**Date or dates debt was incurred**

**Last 4 digits of account number: 1222**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$879.00

---

**3.605** | **Nonpriority creditor's name and mailing address**
FASTENAL CO
11205 E PINE ST
TULSA, OK  74116

**Date or dates debt was incurred**

**Last 4 digits of account number: 2122**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,638.32

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.606 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,720.00 |
|---|---|---|---|

**3.606**

**Nonpriority creditor's name and mailing address**
FASTENER DIMENS
94-03 104 ST
OZONE PARK, NY  11416

**Date or dates debt was incurred**

**Last 4 digits of account number: 0133**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,720.00

---

**3.607**

**Nonpriority creditor's name and mailing address**
FATIGUE TECHNOLOGY INC
401 ANDOVER PARK E
SEATTLE, WA  98188

**Date or dates debt was incurred**

**Last 4 digits of account number: 5132**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$120,372.66

---

**3.608**

**Nonpriority creditor's name and mailing address**
FAULKNER, STANLEY
528 S 55TH W AVE
TULSA, OK  74127-7446

**Date or dates debt was incurred**

**Last 4 digits of account number: 0257**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,272.33

---

**3.609**

**Nonpriority creditor's name and mailing address**
FEDERAL CORPORA
120 EAST MAIN ST
OKLAHOMA CITY, OK  73126

**Date or dates debt was incurred**

**Last 4 digits of account number: 4392**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,841.08

---

**3.610**

**Nonpriority creditor's name and mailing address**
FEDERAL CORPORATION
11361 E 61
BROKEN ARROW, OK  74012

**Date or dates debt was incurred**

**Last 4 digits of account number: 1790**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,033.65

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.611** **Nonpriority creditor's name and mailing address**

FEDERAL PUBLICATIONS SEMINARS
1365 CORPORATE CENTER CURVE
EAGAN, MN 55121

**Date or dates debt was incurred**

**Last 4 digits of account number: 0852**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.612** **Nonpriority creditor's name and mailing address**

FEDEX CUSTOM CR
PO BOX 371627
PITTSBURGH, PA 15251-7627

**Date or dates debt was incurred**

**Last 4 digits of account number: 1666**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$254.67

---

**3.613** **Nonpriority creditor's name and mailing address**

FEDEX FREIGHT
2200 FORWARD DR
HARRISON, AR 72602

**Date or dates debt was incurred**

**Last 4 digits of account number: 4601**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$48,073.04

---

**3.614** **Nonpriority creditor's name and mailing address**

FEDEX TRADE NET
128 DEARBORN ST
BUFFALO, NY 14207

**Date or dates debt was incurred**

**Last 4 digits of account number: 5149**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$387.99

---

**3.615** **Nonpriority creditor's name and mailing address**

FEDMALL
WASHINGTON AVE N
BATTLE CREEK, MI 49017

**Date or dates debt was incurred**

**Last 4 digits of account number: 3887**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$51,405.76

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

**3.616**

**Nonpriority creditor's name and mailing address**

FERDINANDY, DESERA
124 W. 135TH ST N.
SKIATOOK, OK  74070-3532

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0956

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$115.20

---

**3.617**

**Nonpriority creditor's name and mailing address**

FERGUSON PERFORATING & WIRE CO
130 ERNEST ST
PROVIDENCE, RI  02905

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$72,501.25

---

**3.618**

**Nonpriority creditor's name and mailing address**

FERRY INDUSTRIES INC
4445 ALLEN RD
STOW, OH  44224-1093

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$855.00

---

**3.619**

**Nonpriority creditor's name and mailing address**

FIBER PAD INC
17260 E YOUNG ST
TULSA, OK  74116

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0837

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$686,959.26

---

**3.620**

**Nonpriority creditor's name and mailing address**

FILM TECH LLC
799 N BROADWAY ST
STANLEY, WI  54768

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,310.00

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| | | | |
|---|---|---|---|
| 3.621 | **Nonpriority creditor's name and mailing address**<br><br>FINCHER, STEPHEN<br>397720 W 1300 RD<br>DEWEY, OK 74029-3853<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5198** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,534.86 |

| | | | |
|---|---|---|---|
| 3.622 | **Nonpriority creditor's name and mailing address**<br><br>FINELINE MANUFA<br>5816 S 116 W AVE<br>SAND SPRINGS, OK 74063<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9562** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,478.61 |

| | | | |
|---|---|---|---|
| 3.623 | **Nonpriority creditor's name and mailing address**<br><br>FINIK, WARREN<br>9057 E 131ST ST N<br>COLLINSVILLE, OK 74021-3993<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3363** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $316.40 |

| | | | |
|---|---|---|---|
| 3.624 | **Nonpriority creditor's name and mailing address**<br><br>FINISHMASTER INCORPORATED<br>2013 N WILLOW AVE<br>BROKEN ARROW, OK 74012<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0385** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,902.73 |

| | | | |
|---|---|---|---|
| 3.625 | **Nonpriority creditor's name and mailing address**<br><br>FIRST CLASS AVIATION INC<br>20911 JOHNSON ST<br>PEMBROKE PINES, FL 33029<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2316** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $114,881.00 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.626** **Nonpriority creditor's name and mailing address**

FIRST MAINTENAN
9902 E 43RD ST
TULSA, OK  74146

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4941

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,430.96

---

**3.627** **Nonpriority creditor's name and mailing address**

FISCHER TECHNOLOGIES INC
750 MARSHALL PHELPS RD
WINDSOR, CT  06095

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0729

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$745.00

---

**3.628** **Nonpriority creditor's name and mailing address**

FISHER, BRIAN
1282 W. 93ST N.
SPERRY, OK  74073-3772

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$30.31

---

**3.629** **Nonpriority creditor's name and mailing address**

FIVES MACHINING SYSTEMS INC
2200 LITTON LN
HEBRON, KY  41048

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$169,124.88

---

**3.630** **Nonpriority creditor's name and mailing address**

FLAME SPRAY INC
4674 ALVARADO CYN RD
SAN DIEGO, CA  92120

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4721

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,854.80

| Debtor | The NORDAM Group, Inc. | Case number (if known) | 18-11699 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.631** **Nonpriority creditor's name and mailing address**

FLAMEMASTER COR
13576 DESMOND ST
PACOIMA, CA  91331

**Date or dates debt was incurred**

**Last 4 digits of account number: 1744**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$879.85

---

**3.632** **Nonpriority creditor's name and mailing address**

FLAMMAEROTEC GMBH AND CO KG
LUDWIG-BOLKOW STR 2
SCHWERIN  19061
GERMANY

**Date or dates debt was incurred**

**Last 4 digits of account number: 4518**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$75,823.04

---

**3.633** **Nonpriority creditor's name and mailing address**

FLEXFAB LLC
1699 W M 43 HWY SE
HASTINGS, MI  49058-9285

**Date or dates debt was incurred**

**Last 4 digits of account number: 0653**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,000.00

---

**3.634** **Nonpriority creditor's name and mailing address**

FLG TECHNICS
2701 SW 145TH AVE STE 200
MIRAMAR, FL  33027

**Date or dates debt was incurred**

**Last 4 digits of account number: 6974**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$771.80

---

**3.635** **Nonpriority creditor's name and mailing address**

FLIGHT INTERIOR
463 AIRFIELD RD
ARDMORE, AKL  2582
NEW ZEALAND

**Date or dates debt was incurred**

**Last 4 digits of account number: 3586**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,828.40

---

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.636** | **Nonpriority creditor's name and mailing address**

FLIGHTSTAR CORPORATION
7 AIRPORT RD WILLARD AIRPORT
SAVOY, IL 61874-9923

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1724

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,000.00

---

**3.637** | **Nonpriority creditor's name and mailing address**

FLINN, RONALD
2019 S 1ST PL
BROKEN ARROW, OK 74012-7132

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2896

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$883.67

---

**3.638** | **Nonpriority creditor's name and mailing address**

FLITE COMPOSITES LLC
1235 PROFIT DR
DALLAS, TX 75247

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,000.00

---

**3.639** | **Nonpriority creditor's name and mailing address**

FLORES, CARLOS
1519 S. CARSON AVE
TULSA, OK 74119-3819

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9183

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,415.44

---

**3.640** | **Nonpriority creditor's name and mailing address**

FLOWERS, OLIVER
9102 EAST 66TH STREET
TULSA, OK 74133-2201

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$387.97

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,257.94 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

FLUID FLOW PROD
7255 E 46 ST
TULSA, OK 74012

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8492

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,257.94

---

3.642 **Nonpriority creditor's name and mailing address**

FLUID SPECIALTIES
ONE S 109 E PL
TULSA, OK 74128-1624

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0388

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,252.62

---

3.643 **Nonpriority creditor's name and mailing address**

FLYING COLOURS CORP
901-120 AIRPORT ROAD
PETERBOROUGH, ON K9J 0E7
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1409

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,545.00

---

3.644 **Nonpriority creditor's name and mailing address**

FOAM MOLDERS IN
20004 STATE RD
CERRITOS, CA 90703

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3997

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,644.00

---

3.645 **Nonpriority creditor's name and mailing address**

FORTNER ENGINEERING & MFG
918 THOMPSON AVE
GLENDALE, CA 91201

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4168

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,268.10

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.646** | **Nonpriority creditor's name and mailing address**

FORTSON JR, RICHARD
8001 S MINGO RD APT 4001
TULSA, OK 74133-0857

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,032.70

---

**3.647** | **Nonpriority creditor's name and mailing address**

FOSTER, DEBBIE
922 WALNUT ST
CLAREMORE, OK 74017-6909

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4981

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,376.15

---

**3.648** | **Nonpriority creditor's name and mailing address**

FOX, CHRISTOPHER
8745A E 580 RD
CATOOSA, OK 74015-5998

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5437

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,029.25

---

**3.649** | **Nonpriority creditor's name and mailing address**

FOX, MICHAEL
7511 WOODRIDGE CR
TULSA, OK 74131-3859

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1386

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$230.95

---

**3.650** | **Nonpriority creditor's name and mailing address**

FOX, SUZANNE
401 E DALLAS ST
BROKEN ARROW, OK 74012-4118

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5591

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,224.25

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | **Amount of claim** |

| 3.651 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50,205.32 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

FPD COMPANY
124 HIDDEN VALLEY RD
MCMURRAY, PA 15317

**Date or dates debt was incurred**

**Last 4 digits of account number: 5233**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,205.32

---

**3.652   Nonpriority creditor's name and mailing address**

FRALOCK
28525 W INDUSTRY DR
VALENCIA, CA 91355

**Date or dates debt was incurred**

**Last 4 digits of account number: 0708**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,178.80

---

**3.653   Nonpriority creditor's name and mailing address**

FRANCE, JUSTIN
1445 S. OSWEGO AVE
TULSA, OK 74112-5930

**Date or dates debt was incurred**

**Last 4 digits of account number: 1884**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$608.48

---

**3.654   Nonpriority creditor's name and mailing address**

FRANK B REEDER
24285 AMAH PKWY
CLAREMORE, OK 74019

**Date or dates debt was incurred**

**Last 4 digits of account number: 1237**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$482.00

---

**3.655   Nonpriority creditor's name and mailing address**

FRANK JAY AND A
2909 HIGH VALLEY DR
KINGWOOD, TX 77345

**Date or dates debt was incurred**

**Last 4 digits of account number: 8679**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,131.36

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.656** | **Nonpriority creditor's name and mailing address**

FRAZIER, JAMES
11143 WEST TIGER LN
SAPULPA, OK 74066-3531

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5006

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,164.46

---

**3.657** | **Nonpriority creditor's name and mailing address**

FREEMAN MFG AND
1101 MOORE RD
AVON, OH 44011

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$153.89

---

**3.658** | **Nonpriority creditor's name and mailing address**

FREEMAN, BERT
5029 S 197TH E AVE
BROKEN ARROW, OK 74014-1238

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6207

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$100.83

---

**3.659** | **Nonpriority creditor's name and mailing address**

FRESHOUR, SANDRA
18475 S ELM RD
CLAREMORE, OK 74019-0143

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3019

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$908.79

---

**3.660** | **Nonpriority creditor's name and mailing address**

FREUDENBERG NOK
65 SPRUCE ST
TILLSONBURG, ON N4G 5M1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0717

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,494.75

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.661 | **Nonpriority creditor's name and mailing address** <br> FRICK, JOHN <br> 6624 E 99TH PL <br> TULSA, OK 74133-6225 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 1468** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☒ Yes | $115.63 |
|---|---|---|---|
| 3.662 | **Nonpriority creditor's name and mailing address** <br> FRITZ, MATTHEW <br> 11286 S 73 E. CT <br> BIXBY, OK 74008-2160 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 9918** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☒ Yes | $2,372.41 |
| 3.663 | **Nonpriority creditor's name and mailing address** <br> FROELICH, RICHARD <br> 326 SOUTH MAPLE <br> NOWATA, OK 74048-3406 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 1257** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☒ Yes | $61.39 |
| 3.664 | **Nonpriority creditor's name and mailing address** <br> FUGATE, SARA <br> 13555 E 550 RD <br> INOLA, OK 74036-5074 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 2748** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☒ Yes | $186.14 |
| 3.665 | **Nonpriority creditor's name and mailing address** <br> FULLER, DAVID <br> 709 PARK ST <br> CHELSEA, OK 74016-1424 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number: 3921** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EMPLOYEE PTO <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☒ Yes | $2,252.39 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.666** | **Nonpriority creditor's name and mailing address**
FULLERTON, DARLA
2643 CR 4100
COFFEYVILLE, KS 67337-7916

**Date or dates debt was incurred**

**Last 4 digits of account number: 2214**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

**$979.34**

---

**3.667** | **Nonpriority creditor's name and mailing address**
FUSELIER, DUSTIN
1004 W. QUEEN PL.
TULSA, OK 74127-2520

**Date or dates debt was incurred**

**Last 4 digits of account number: 2471**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

**$304.06**

---

**3.668** | **Nonpriority creditor's name and mailing address**
FUTURE METALS LLC
3751 NEW YORK AVE
ARLINGTON, TX 76014

**Date or dates debt was incurred**

**Last 4 digits of account number: 1771**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$2,611.00**

---

**3.669** | **Nonpriority creditor's name and mailing address**
G & G METAL
1717 CORNELL AVE
INDIANAPOLIS, IN 46202-1898

**Date or dates debt was incurred**

**Last 4 digits of account number: 3907**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$2,334.80**

---

**3.670** | **Nonpriority creditor's name and mailing address**
G BOPP USA INC
4 BILL HORTON WAY
WAPPINGERS FALL, NY 12590

**Date or dates debt was incurred**

**Last 4 digits of account number: 3023**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$113,701.64**

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.671 | **Nonpriority creditor's name and mailing address**<br><br>G W LISK COMPANY INC<br>2 SOUTH ST<br>CLIFTON SPRINGS, NY  14432<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4457** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $377,694.55 |
| 3.672 | **Nonpriority creditor's name and mailing address**<br><br>G500 - HUTCHINSON SEAL DE MEXICO<br>PELICANOS 313<br>ENSENADA, BC  22785<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4967** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $128,081.00 |
| 3.673 | **Nonpriority creditor's name and mailing address**<br><br>G500 - RTI ADVANCED FORMING INC<br>1701 W MAIN ST<br>WASHINGTON, MO  63090<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4126** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21.12 |
| 3.674 | **Nonpriority creditor's name and mailing address**<br><br>GA TELESIS LLC<br>1850 NW 49TH ST<br>FT LAUDERDALE, FL  33309<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3518** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,480.00 |
| 3.675 | **Nonpriority creditor's name and mailing address**<br><br>GAFFOGLIO FAMILY METALCRAFTERS INC<br>11161 SLATER AVE<br>FOUNTAIN VALLEY, CA  92708<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3061** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $36,800.00 |

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

**3.676** **Nonpriority creditor's name and mailing address**

GAGE, SCOTT
14601 E 205TH ST S
BIXBY, OK  74008-7712

**Date or dates debt was incurred**

**Last 4 digits of account number: 2845**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$422.53

---

**3.677** **Nonpriority creditor's name and mailing address**

GALAXY TECHNOLOGIES INC
1111 INDUSTRIAL RD
WINFIELD, KS  67156

**Date or dates debt was incurred**

**Last 4 digits of account number: 0967**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$287,975.00

---

**3.678** **Nonpriority creditor's name and mailing address**

GALLEY SUPPORT INNOVATIONS
411 MANSON RD
SHERWOOD, AR  72120

**Date or dates debt was incurred**

**Last 4 digits of account number: 3031**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,157.00

---

**3.679** **Nonpriority creditor's name and mailing address**

GANOTE, KEVIN
109 E 136TH ST N
SKIATOOK, OK  74070-9121

**Date or dates debt was incurred**

**Last 4 digits of account number: 0135**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,971.62

---

**3.680** **Nonpriority creditor's name and mailing address**

GANTOIS INDUSTRIES SAS
25 RUE DES 4 FRERES MOUGEOTTE
SAINT DIE DES VOSGES  88100
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number: 5361**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,977.60

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.681 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,250.46 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

GARCIA, AARON
11015 E 14TH CT
TULSA, OK 74128-4851

**Date or dates debt was incurred**

**Last 4 digits of account number: 2153**

3.681 — **As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Amount of claim: $1,250.46

---

3.682 **Nonpriority creditor's name and mailing address**

GARCIA, DASY
206 N MCGEE
CANEY, KS 67333-2033

**Date or dates debt was incurred**

**Last 4 digits of account number: 2757**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Amount of claim: $538.65

---

3.683 **Nonpriority creditor's name and mailing address**

GARCIA, DELL
11003 E 120TH CT N
COLLINSVILLE, OK 74021-5506

**Date or dates debt was incurred**

**Last 4 digits of account number: 3224**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Amount of claim: $537.10

---

3.684 **Nonpriority creditor's name and mailing address**

GARCIA, JEREMY
7116 S 92ND EAST AVE APT 2306
TULSA, OK 74133-5270

**Date or dates debt was incurred**

**Last 4 digits of account number: 2897**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Amount of claim: $729.70

---

3.685 **Nonpriority creditor's name and mailing address**

GARCIA, SHERI
11003 E 120TH CT N
COLLINSVILLE, OK 74021-5506

**Date or dates debt was incurred**

**Last 4 digits of account number: 3237**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Amount of claim: $669.60

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.686 | **Nonpriority creditor's name and mailing address**<br><br>GARRETT, MONIQUE<br>5314 N WALNUT AVE<br>SAND SPRINGS, OK 74063-5867<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2522** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,751.72 |
| 3.687 | **Nonpriority creditor's name and mailing address**<br><br>GARRISON, ERIN<br>17505 E 112TH ST N<br>OWASSO, OK 74055-6073<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1566** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $341.05 |
| 3.688 | **Nonpriority creditor's name and mailing address**<br><br>GARRISON, RICHARD<br>9732 N 165TH EAST AVE<br>OWASSO, OK 74055-5218<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1776** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,147.45 |
| 3.689 | **Nonpriority creditor's name and mailing address**<br><br>GARTNER INC<br>56 TOP GALLANT RD<br>STAMFORD, CT 06902<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9130** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $57,100.00 |
| 3.690 | **Nonpriority creditor's name and mailing address**<br><br>GAUER, GREGORY<br>5509 E SAINT JOHN RD<br>SCOTTSDALE, AZ 85254-5883<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3283** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $647.81 |

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.691 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,017.00 |
| --- | --- | --- | --- |

GAVCO PLASTICS INC
9840 S 219 E AVE
BROKEN ARROW, OK 74013

**Date or dates debt was incurred**

**Last 4 digits of account number: 0562**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.692 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,813.00 |
| --- | --- | --- | --- |

GBE SERVICES CO
6011 N YORKTOWN AVE
TULSA, OK 74130-1575

**Date or dates debt was incurred**

**Last 4 digits of account number: 2913**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.693 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59,464.86 |
| --- | --- | --- | --- |

GDC TECHNICS
607 N FRANK LUKE DR
SAN ANTONIO, TX 78226

**Date or dates debt was incurred**

**Last 4 digits of account number: 2506**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

| 3.694 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $281,906.00 |
| --- | --- | --- | --- |

GE AIRCRAFT ENGINE SPARES DIST
1800 DONALDSON RD
ERLANGER, KY 41018

**Date or dates debt was incurred**

**Last 4 digits of account number: 1403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.695 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33,248.91 |
| --- | --- | --- | --- |

GE CLIENT BUSIN
1 NEUMANN WAY
CINCINNATI, OH 45215

**Date or dates debt was incurred**

**Last 4 digits of account number: 2236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.696**   **Nonpriority creditor's name and mailing address**

GECAS ASSET MGMT SERVICES
3860 E HOLMES RD
MEMPHIS, TN  38118-7040

**Date or dates debt was incurred**

**Last 4 digits of account number: 1424**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,020.00

---

**3.697**   **Nonpriority creditor's name and mailing address**

GENERAL AVIATIO
1400 K ST NW
WASHINGTON, DC  20005-2485

**Date or dates debt was incurred**

**Last 4 digits of account number: 5013**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,102.00

---

**3.698**   **Nonpriority creditor's name and mailing address**

GENERAL DYNAMIC
200 E HIGH ST
RED LION, PA  17356

**Date or dates debt was incurred**

**Last 4 digits of account number: 5102**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,340.00

---

**3.699**   **Nonpriority creditor's name and mailing address**

GENERAL PLASTIC
55 LA FRANCE AVE
BLOOMFIELD, NJ  07003-5695

**Date or dates debt was incurred**

**Last 4 digits of account number: 0688**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,394.40

---

**3.700**   **Nonpriority creditor's name and mailing address**

GENERAL PLASTICS MFG CORP
4910 BURLINGTON WAY
TACOMA, WA  98409

**Date or dates debt was incurred**

**Last 4 digits of account number: 0523**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,854.20

| Part 2: | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| 3.701 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,718.82 |
|---|---|---|---|

**3.701**

**Nonpriority creditor's name and mailing address**

GENSICKE, JOEY
22718 E. 104TH ST. SOUTH
BROKEN ARROW, OK  74014-6239

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1801

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,718.82

---

**3.702**

**Nonpriority creditor's name and mailing address**

GERARD DANIEL W
34 BARNHART DR
HANOVER, PA  17331

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0084

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,774.92

---

**3.703**

**Nonpriority creditor's name and mailing address**

GERBER TECHNOLOGY
24 INDUSTRIAL PARK RD WEST
TOLLAND, CT  06084

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4267

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,859.04

---

**3.704**

**Nonpriority creditor's name and mailing address**

GHERE, WILLIAM
4605 E. 56TH PLACE
TULSA, OK  74135-4311

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1526

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,890.28

---

**3.705**

**Nonpriority creditor's name and mailing address**

GHYLIN-BERNHARDT, KIMBERLY
1135 S RICHMOND AVE
TULSA, OK  74112-5211

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2019

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$279.76

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

3.706 **Nonpriority creditor's name and mailing address**

GIBSON, BRIAN
PO BOX 802
JENKS, OK  74037-0802

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0419

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$656.16

---

3.707 **Nonpriority creditor's name and mailing address**

GIBSON, GREGG
15460 N. 21ST EAST AVE
SKIATOOK, OK  74070-4309

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1769

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,269.15

---

3.708 **Nonpriority creditor's name and mailing address**

GIFFORD, DAVID
2249 E 54TH ST
TULSA, OK  74105-6419

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1940

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$220.06

---

3.709 **Nonpriority creditor's name and mailing address**

GILES, JACQUELYN
35 CHEYENNE ROAD
SAND SPRINGS, OK  74063-5693

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4598

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,951.57

---

3.710 **Nonpriority creditor's name and mailing address**

GILMER, JON
8751 N 97TH EAST AVE APT 1004
OWASSO, OK  74055-6710

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$841.83

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.711 | **Nonpriority creditor's name and mailing address**<br><br>GILMORE, KOREE<br>14700 E 88TH PL N APT 2117<br>OWASSO, OK 74055-4947<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3294** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $335.34 |

| 3.712 | **Nonpriority creditor's name and mailing address**<br><br>GLADU ASSET HOLDINGS LTD<br>2002 RIDGE RD<br>CHAMPLAIN, NY 12919<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9522** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,931.84 |

| 3.713 | **Nonpriority creditor's name and mailing address**<br><br>GLEASON, CHARLES<br>31615 S 4230 RD<br>INOLA, OK 74036-5828<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2906** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2.49 |

| 3.714 | **Nonpriority creditor's name and mailing address**<br><br>GLENAIR INC<br>1211 AIR WAY<br>GLENDALE, CA 91201-2497<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0679** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,962.50 |

| 3.715 | **Nonpriority creditor's name and mailing address**<br><br>GLOBAL AIRTECH<br>16539 SATICOY ST<br>VAN NUYS, CA 91406<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0315** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,421.00 |

Debtor    The NORDAM Group, Inc. (et sec.)    Case number (if known) 18-11699    Case 18-11699-MFW    Doc 323    Filed 09/21/18    Page 535 of 1112

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

---

**3.716** **Nonpriority creditor's name and mailing address**

GLOBAL EQUIPMEN
2505 MILL CENTER PKWY
BUFORD, GA  30518

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2739

**As of the petition filing date, the claim is:** $870.58
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.717** **Nonpriority creditor's name and mailing address**

GLOBAL JET CAPI
83 WOOSTER HEIGHTS
DANBURY, CT  06810

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9218

**As of the petition filing date, the claim is:** $37,564.71
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.718** **Nonpriority creditor's name and mailing address**

GLOBE ENGINEERING CO INC
1539 S ST PAUL
WICHITA, KS  67213-7197

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0697

**As of the petition filing date, the claim is:** $224,627.98
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.719** **Nonpriority creditor's name and mailing address**

GODBEY, JUSTIN
3575 S 273RD EAST AVE
BROKEN ARROW, OK  74014-4873

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1913

**As of the petition filing date, the claim is:** $1,251.92
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.720** **Nonpriority creditor's name and mailing address**

GOFF, KATESHA
15209 E 88 PL N
OWASSO, OK  74055-2282

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2839

**As of the petition filing date, the claim is:** $639.44
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.721**  
**Nonpriority creditor's name and mailing address**

GOFF, NOLAN
13906 E 83RD ST N APT 201
OWASSO, OK  74055-8721

**Date or dates debt was incurred**

**Last 4 digits of account number: 2321**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$134.62

---

**3.722**  
**Nonpriority creditor's name and mailing address**

GOINES, DAN
1503 N 66TH E AVE
TULSA, OK  74115-4646

**Date or dates debt was incurred**

**Last 4 digits of account number: 1380**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$662.01

---

**3.723**  
**Nonpriority creditor's name and mailing address**

GOOD, LONNIE
19862 MOUNTAIN LN
CLAREMORE, OK  74017-4268

**Date or dates debt was incurred**

**Last 4 digits of account number: 5828**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$4,236.06

---

**3.724**  
**Nonpriority creditor's name and mailing address**

GOOD-DIXON, EVELYN CHRISTINE
323 N 17TH ST
COLLINSVILLE, OK  74021-1731

**Date or dates debt was incurred**

**Last 4 digits of account number: 6578**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,442.79

---

**3.725**  
**Nonpriority creditor's name and mailing address**

GOODEN, EVA-MARIE
10110 E 22ND PL
TULSA, OK  74129-4609

**Date or dates debt was incurred**

**Last 4 digits of account number: 1516**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,838.01

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| | | | |
|---|---|---|---|
| 3.726 | **Nonpriority creditor's name and mailing address**<br><br>GOODRICH AEROST<br>850 LAGOON DR<br>CHULA VISTA, CA 91910<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0656 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $933,547.00 |
| 3.727 | **Nonpriority creditor's name and mailing address**<br><br>GOODRICH CORP CABIN SYSTEMS<br>510 PATROL RD<br>JEFFERSONVILLE, IN 47130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3707 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $19,624.83 |
| 3.728 | **Nonpriority creditor's name and mailing address**<br><br>GORDON, SHELLY<br>9107 EAST 58TH STREET<br>TULSA, OK 74145-8710<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1924 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | | $303.67 |
| 3.729 | **Nonpriority creditor's name and mailing address**<br><br>GORHAM, CHELSEA<br>208 N BIGHORSE ST<br>SKIATOOK, OK 74070-3808<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3295 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | | $307.40 |
| 3.730 | **Nonpriority creditor's name and mailing address**<br><br>GOSSETT, ERIC<br>13799 S POPLAR PL<br>GLENPOOL, OK 74033-3251<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6642 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | | $2,229.32 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.731** | **Nonpriority creditor's name and mailing address**
GOULD BASS
1431 W SECOND ST
POMONA, CA 91766

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$420.00

---

**3.732** | **Nonpriority creditor's name and mailing address**
GOVMARK TESTING
96 ALLEN BLVD
FARMINGDALE, NY 11735

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,425.00

---

**3.733** | **Nonpriority creditor's name and mailing address**
GRACE, MATTHEW
4205 S. DARLINGTON PL.
TULSA, OK 74135-6326

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$335.81

---

**3.734** | **Nonpriority creditor's name and mailing address**
GRACO SUPPLY & INTEGRATED SERV (TX)
1001 MILLER AVE
FT WORTH, TX 76105-1722

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0672

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,137.86

---

**3.735** | **Nonpriority creditor's name and mailing address**
GRACO SUPPLY & INTEGRATED SERVICES
2056 S EDWARDS
WICHITA, KS 67213

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$210,078.71

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.736 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,812.83 |
|---|---|---|---|

GRAHAM, DARRYL
3115 S LAUREL PL
BROKEN ARROW, OK 74012-7662

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2136

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,113.37 |
|---|---|---|---|

GRAHAM, RICHARD
220 WATERFORD ST.
CATOOSA, OK 74015-2060

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9271

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,085.65 |
|---|---|---|---|

GRAINGER
10707 E PINE ST
TULSA, OK 74116

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1792

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $62.13 |
|---|---|---|---|

GRAND RIVER DAM
226 W DWAIN AVE
VINITA, OK 74301

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5595

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $59,920.00 |
|---|---|---|---|

GRANT THORNTON
2431 E 61ST ST
TULSA, OK 74136

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4620

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.741 | **Nonpriority creditor's name and mailing address**<br><br>GRAPHIC SOLUTIO<br>4601 SPRING VALLEY RD<br>DALLAS, TX 75244<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4302** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,158.65 |

| 3.742 | **Nonpriority creditor's name and mailing address**<br><br>GRAVES, STEPHEN<br>8515 S 39TH WEST AVE.<br>TULSA, OK 74132-3027<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1831** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,617.22 |

| 3.743 | **Nonpriority creditor's name and mailing address**<br><br>GREEN COUNTRY AIRCRAFT EXHAUST<br>1876 N 106 E AVE<br>TULSA, OK 74116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0636** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $786,595.35 |

| 3.744 | **Nonpriority creditor's name and mailing address**<br><br>GREEN METAL FABRICATORS<br>906 W SKELLY DR<br>TULSA, OK 74107<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0645** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $907,697.77 |

| 3.745 | **Nonpriority creditor's name and mailing address**<br><br>GREEN, MARJORIE<br>5326 E 3RD ST<br>TULSA, OK 74112-1412<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1941** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $123.67 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.746 | **Nonpriority creditor's name and mailing address**<br><br>GREENE TWEED AN<br>2075 DETWILER RD<br>KULPSVILLE, PA 19443-0305<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0768** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,107.50 |
|---|---|---|---|
| 3.747 | **Nonpriority creditor's name and mailing address**<br><br>GREIF FLEXIBLES<br>7111 PERIMETER PARK DR<br>HOUSTON, TX 77041<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 7918** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,701.55 |
| 3.748 | **Nonpriority creditor's name and mailing address**<br><br>GROCE, NICHOLAS<br>8405 N 116TH E PL<br>OWASSO, OK 74055-2754<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2170** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,338.96 |
| 3.749 | **Nonpriority creditor's name and mailing address**<br><br>GRUPO AMERICAN<br>AVE WASHINGTON #3701<br>CHIHUAHUA 31200<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 6312** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65,947.06 |
| 3.750 | **Nonpriority creditor's name and mailing address**<br><br>GRYBOWSKI, PETER<br>2509 N. 16TH ST.<br>BROKEN ARROW, OK 74012-2863<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1894** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $507.91 |

| Part 2: | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

3.751 **Nonpriority creditor's name and mailing address**
GT INDUSTRIES OF OKLA INC
9525 E 55TH ST
TULSA, OK 74145

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,643.69

---

3.752 **Nonpriority creditor's name and mailing address**
GT MIDWEST
2202 S WEST ST
WICHITA, KS 67213

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,718.67

---

3.753 **Nonpriority creditor's name and mailing address**
GUARDADO, GREGORY
7908 N 126TH E AVENUE
OWASSO, OK 74055-6329

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2649

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,284.78

---

3.754 **Nonpriority creditor's name and mailing address**
GUEST, KELTON
318 N 18TH ST
COLLINSVILLE, OK 74021-7154

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0189

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,664.09

---

3.755 **Nonpriority creditor's name and mailing address**
GULFSTREAM AERO
7440 AVIATION PL
DALLAS, TX 75235

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1785

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,580.16

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.756** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,787.51

GULLEY, MICHAEL
3401 W EASTON ST
TULSA, OK 74127-2332

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.757** | **Nonpriority creditor's name and mailing address** | | $3,800.67

GUO, HUIFANG
27510 BECKETTS KNOLL CT.
KATY, TX 77494-6245

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.758** | **Nonpriority creditor's name and mailing address** | | $79.10

GURIT AMERICAS
555 POIRIER BLVD
MAGOG, QC J1X 7L1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.759** | **Nonpriority creditor's name and mailing address** | | $10,260.69

GURIT GMBH KASS
OTTO HAHN STRASSE 5
KASSEL, DE 34123
GERMANY

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.760** | **Nonpriority creditor's name and mailing address** | | $11,218.85

H B FULLER CO
2727 KINNEY AVE NW
GRAND RAPIDS, MN 49534

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0818

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.761** | **Nonpriority creditor's name and mailing address**

H G FLAKE
14113 E APACHE
TULSA, OK 74116

**Date or dates debt was incurred**

**Last 4 digits of account number: 0511**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$767.37

---

**3.762** | **Nonpriority creditor's name and mailing address**

HACKLER, JODI
PO BOX 172
JENKS, OK 74037-0172

**Date or dates debt was incurred**

**Last 4 digits of account number: 1685**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$4,939.28

---

**3.763** | **Nonpriority creditor's name and mailing address**

HADDOCK, CLIFTON
8069 SILVERADO ROAD
CLAREMORE, OK 74019-1040

**Date or dates debt was incurred**

**Last 4 digits of account number: 5023**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,197.87

---

**3.764** | **Nonpriority creditor's name and mailing address**

HADLEY, IRYNA
1319 S CYPRESS LN
BROKEN ARROW, OK 74012-6116

**Date or dates debt was incurred**

**Last 4 digits of account number: 3392**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$302.65

---

**3.765** | **Nonpriority creditor's name and mailing address**

HAFELE AMERICA
3901 CHEYENNE DR
ARCHDALE, NC 27263-4000

**Date or dates debt was incurred**

**Last 4 digits of account number: 0508**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$118.39

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.766 | **Nonpriority creditor's name and mailing address**<br><br>HAFNER, KAREN<br>1012 E 136TH ST N<br>SKIATOOK, OK  74070-3333<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6313 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,519.56 |
| 3.767 | **Nonpriority creditor's name and mailing address**<br><br>HAFNER, RONALD<br>1012 E 136TH ST N<br>SKIATOOK, OK  74070-3333<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3356 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,885.72 |
| 3.768 | **Nonpriority creditor's name and mailing address**<br><br>HAGAN, DUSTIN<br>20901 W. 35TH ST N<br>HASKELL, OK  74436-2473<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3045 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $200.22 |
| 3.769 | **Nonpriority creditor's name and mailing address**<br><br>HAGAN, JAMES<br>20901 W. 35TH ST. N<br>HASKELL, OK  74436-2473<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4079 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,304.65 |
| 3.770 | **Nonpriority creditor's name and mailing address**<br><br>HAGAR, CHRISTOPHER<br>7729 S. 72ND E. AVE.<br>TULSA, OK  74133-7812<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2383 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $122.28 |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.771 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $86.67 |

3.771 **Nonpriority creditor's name and mailing address**

HAJOCA CORPORAT
711 N HYDRAULIC
WICHITA, KS  67214

**Date or dates debt was incurred**

**Last 4 digits of account number: 0535**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$86.67

---

3.772 **Nonpriority creditor's name and mailing address**

HALEY, CLIFTON
9202 N 95TH E PL
OWASSO, OK  74055-7296

**Date or dates debt was incurred**

**Last 4 digits of account number: 3354**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$51.37

---

3.773 **Nonpriority creditor's name and mailing address**

HAMILTON, TIMOTHY
15606 E 96TH ST N
OWASSO, OK  74055-5203

**Date or dates debt was incurred**

**Last 4 digits of account number: 0077**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,487.24

---

3.774 **Nonpriority creditor's name and mailing address**

HANCOCK, EUGENE
11839 N 107TH E AVE
OWASSO, OK  74021-0000

**Date or dates debt was incurred**

**Last 4 digits of account number: 3272**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$788.58

---

3.775 **Nonpriority creditor's name and mailing address**

HANCOCK, LISA
12411 E 110TH ST N
OWASSO, OK  74055-6369

**Date or dates debt was incurred**

**Last 4 digits of account number: 3321**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$218.62

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.776 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,403.16 |
|---|---|---|---|

HANEY, RICKEY
8435 S QUEBEC AVE
TULSA, OK 74137-1830

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1325

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | | $998.57 |
|---|---|---|---|

HANG, ALEE
21550 E 43RD ST S
BROKEN ARROW, OK 74014-1476

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2430

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | | $88.60 |
|---|---|---|---|

HANNA, CYNTHIA
2204 S FIR AVE
BROKEN ARROW, OK 74012-1025

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | | $187.36 |
|---|---|---|---|

HANNEMAN, BENJAMIN
11103 E 117TH ST N
COLLINSVILLE, OK 74021-4859

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3310

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | | $335.28 |
|---|---|---|---|

HANSBRO, JIMMY
11300 N. MEMORIAL DR.
OWASSO, OK 74055-6575

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0957

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.781 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,456.52 |
|---|---|---|---|

**3.781** **Nonpriority creditor's name and mailing address**
HANSEN, JONATHAN
4121 S NEW HAVEN PL
TULSA, OK 74135-2729

**Date or dates debt was incurred**

**Last 4 digits of account number: 3211**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Amount of claim: **$3,456.52**

---

**3.782** **Nonpriority creditor's name and mailing address**
HANSON, ROBERT
1609 W AUSTIN ST
BROKEN ARROW, OK 74011-3962

**Date or dates debt was incurred**

**Last 4 digits of account number: 3296**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Amount of claim: **$541.84**

---

**3.783** **Nonpriority creditor's name and mailing address**
HAPA I&T DINING
13720 E 86 ST N
OWASSO, OK 74055

**Date or dates debt was incurred**

**Last 4 digits of account number: 9294**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$1,412.50**

---

**3.784** **Nonpriority creditor's name and mailing address**
HARCOURT INDUSTRIAL INC
1100 E WHITCOMB AVE
MADISON HEIGHTS, MI 48071

**Date or dates debt was incurred**

**Last 4 digits of account number: 7460**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$7,655.48**

---

**3.785** **Nonpriority creditor's name and mailing address**
HARLIN, STEPHEN
10808 E. 98TH ST. N.
OWASSO, OK 74055-4320

**Date or dates debt was incurred**

**Last 4 digits of account number: 5179**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Amount of claim: **$363.61**

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.786** | **Nonpriority creditor's name and mailing address**

HARNESS ROOFING
6550 E SKELLY DR
TULSA, OK 74145

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7562

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,380.67

---

**3.787** | **Nonpriority creditor's name and mailing address**

HARPER, JEFF
13424 N 58TH E PL
COLLINSVILLE, OK 74021-3683

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2135

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,586.14

---

**3.788** | **Nonpriority creditor's name and mailing address**

HARPER, MONICA
13424 N 58TH E PL
COLLINSVILLE, OK 74021-3683

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2260

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$177.34

---

**3.789** | **Nonpriority creditor's name and mailing address**

HARRIS, BRITTANY
412 S 43RD WEST AVE
TULSA, OK 74127-7737

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$531.06

---

**3.790** | **Nonpriority creditor's name and mailing address**

HARRIS, DARRELL
1723 S 147TH WEST AVE
SAND SPRINGS, OK 74063-4452

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$676.60

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.791** | **Nonpriority creditor's name and mailing address**
HARRIS, JOSHUA
5844 CLOVER LN
CHELSEA, OK 74016-1981

**Date or dates debt was incurred**

**Last 4 digits of account number: 2846**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$531.18

---

**3.792** | **Nonpriority creditor's name and mailing address**
HARTER AEROSPACE LLC
401 W GEMINI DR
TEMPE, AZ 85283

**Date or dates debt was incurred**

**Last 4 digits of account number: 5030**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$190,628.06

---

**3.793** | **Nonpriority creditor's name and mailing address**
HARTFORD FINANC
PO BOX 415738
BOSTON, MA 02241-5738

**Date or dates debt was incurred**

**Last 4 digits of account number: 4704**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,505.00

---

**3.794** | **Nonpriority creditor's name and mailing address**
HARTMAN, STEPHEN
303 WALTHOUR DR
RINCON, GA 31326-4713

**Date or dates debt was incurred**

**Last 4 digits of account number: 3355**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$92.06

---

**3.795** | **Nonpriority creditor's name and mailing address**
HARTWELL CORP
900 S RICHFIELD RD
PLACENTIA, CA 92870

**Date or dates debt was incurred**

**Last 4 digits of account number: 0857**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$174,295.87

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

---

**3.796**   **Nonpriority creditor's name and mailing address**

HASTINGS, DAVID
205 S CHAMBERS AVE
CLAREMORE, OK 74017-5248

**Date or dates debt was incurred**

**Last 4 digits of account number: 1577**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$181.78

---

**3.797**   **Nonpriority creditor's name and mailing address**

HAWKER BEECHCRAFT CORP
2400 GRUNDFEST
LITTLE ROCK, AR 72206

**Date or dates debt was incurred**

**Last 4 digits of account number: 3366**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$195.05

---

**3.798**   **Nonpriority creditor's name and mailing address**

HAWKINS, GEORGIE
17323 E 350 ROAD
CHELSEA, OK 74016-9317

**Date or dates debt was incurred**

**Last 4 digits of account number: 5257**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,743.73

---

**3.799**   **Nonpriority creditor's name and mailing address**

HAYES, CONNOR
13804 E CRESTVIEW DR
CLAREMORE, OK 74019-1189

**Date or dates debt was incurred**

**Last 4 digits of account number: 3356**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$44.38

---

**3.800**   **Nonpriority creditor's name and mailing address**

HAYES, TRAVIS
1249 W JACKSON ST
BROKEN ARROW, OK 74012-8412

**Date or dates debt was incurred**

**Last 4 digits of account number: 3217**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$842.30

---

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.801 | **Nonpriority creditor's name and mailing address**<br><br>HAYS ENGINEERIN<br>106 S ASH AVE<br>BROKEN ARROW, OK 74012<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9527 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,282.50 |
| 3.802 | **Nonpriority creditor's name and mailing address**<br><br>HEADS UP TECHNOLOGY INC<br>2033 CHENNAULT<br>CARROLLTON, TX 75006-5097<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1467 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $61,630.00 |
| 3.803 | **Nonpriority creditor's name and mailing address**<br><br>HEATCON COMPOSI<br>480 ANDOVER PARK EAST<br>SEATTLE, WA 98188-7610<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0151 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42,972.38 |
| 3.804 | **Nonpriority creditor's name and mailing address**<br><br>HEATWAVE SUPPLY<br>6529 E 14TH<br>TULSA, OK 74112<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0509 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $905.60 |
| 3.805 | **Nonpriority creditor's name and mailing address**<br><br>HEDMAN, GREGORY<br>10070 S 4066 RD<br>TALALA, OK 74080-3613<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6402 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $528.90 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.806 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,094.63 |
|---|---|---|---|

3.806 **Nonpriority creditor's name and mailing address**
HEFTA, LOREN
7713 N 120TH E AVE
OWASSO, OK  74055-3511

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1692

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,094.63

---

3.807 **Nonpriority creditor's name and mailing address**
HEGWALD, KYLE
8929 N 163RD EAST AVE
OWASSO, OK  74055-5661

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9224

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,016.51

---

3.808 **Nonpriority creditor's name and mailing address**
HEICO AEROSPACE
3000 TAFT ST
HOLLYWOOD, FL  33021

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2548

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,577.40

---

3.809 **Nonpriority creditor's name and mailing address**
HELLING, TAMMY
1389 E 45TH PL
TULSA, OK  74105-4107

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6755

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,411.82

---

3.810 **Nonpriority creditor's name and mailing address**
HELM, STAIJECK
4105 W 43RD STREET
TULSA, OK  74107-6215

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1567

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$241.46

Case 18-11699-MFW    Doc 323    Filed 09/21/18    Page 554 of 1112

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

---

**3.811** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $107.02

HENDERSHOTT, KAITLYN
7740 E EAGLE DR APT 104
BIXBY, OK  74008-4628

**Date or dates debt was incurred**

**Last 4 digits of account number: 3371**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.812** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $274.06

HENDERSHOTT, PAUL
1206 N SIOUX AVE
CLAREMORE, OK  74017-4414

**Date or dates debt was incurred**

**Last 4 digits of account number: 1571**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.813** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,259.53

HENDERSON, JOHN
1143 S HAYNIE
SKIATOOK, OK  74070-2135

**Date or dates debt was incurred**

**Last 4 digits of account number: 4352**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.814** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $390.92

HENDERSON, KEITH
362022 E OLD HIGHWAY 64
CLEVELAND, OK  74020-6945

**Date or dates debt was incurred**

**Last 4 digits of account number: 3035**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.815** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $252,527.15

HENKEL CORP
2850 WILLOW PASS RD
BAY POINT, CA  94565-3299

**Date or dates debt was incurred**

**Last 4 digits of account number: 1797**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.816 | **Nonpriority creditor's name and mailing address**<br>HENNING JR, ARNOLD<br>8154 E MISTY MORNING PL<br>CLAREMORE, OK 74019-2568<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8534 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,461.51 |

| 3.817 | **Nonpriority creditor's name and mailing address**<br>HENNING, MICHAEL<br>8275 SILVERWOOD RD<br>CLAREMORE, OK 74019-7514<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1873 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $683.51 |

| 3.818 | **Nonpriority creditor's name and mailing address**<br>HENRY, ALPHONSO<br>720 EAST 53RD ST NORTH<br>TULSA, OK 74126-2748<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2876 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $60.43 |

| 3.819 | **Nonpriority creditor's name and mailing address**<br>HENRY, VALERIA<br>19903 S 4079 RD<br>CLAREMORE, OK 74019-2068<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2444 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,456.75 |

| 3.820 | **Nonpriority creditor's name and mailing address**<br>HENSLEY, JAMES<br>1464 SOUTH PENINSULA DRIVE WEST<br>CLEVELAND, OK 74020-9721<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9366 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $378.20 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.821**    **Nonpriority creditor's name and mailing address**

HENSON, JONATHAN
6817 E KING PL
TULSA, OK 74115-6843

**Date or dates debt was incurred**

**Last 4 digits of account number: 6047**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,063.25

---

**3.822**    **Nonpriority creditor's name and mailing address**

HENTZEN AEROSPA
307 ECHELON RD
GREENVILLE, SC 29605

**Date or dates debt was incurred**

**Last 4 digits of account number: 3622**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,595.30

---

**3.823**    **Nonpriority creditor's name and mailing address**

HERBER AIRCRAFT
1401 E FRANKLIN AVE
EL SEGUNDO, CA 90245-4307

**Date or dates debt was incurred**

**Last 4 digits of account number: 0719**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,560.17

---

**3.824**    **Nonpriority creditor's name and mailing address**

HERDE, BRYAN
22815 E 104TH ST S
BROKEN ARROW, OK 74014-6242

**Date or dates debt was incurred**

**Last 4 digits of account number: 8901**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,002.87

---

**3.825**    **Nonpriority creditor's name and mailing address**

HERGH, ROLAND
12403 S 284TH EAST AVE
COWETA, OK 74429-3367

**Date or dates debt was incurred**

**Last 4 digits of account number: 3263**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$361.86

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.826 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $62,374.92 |
|---|---|---|---|

HERITAGE ENVIRO
9509 E 54TH ST
TULSA, OK 74145

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 0694

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $538.44 |
|---|---|---|---|

HERR, SHENOBI
12191 N 108TH E AVE
COLLINSVILLE, OK 74021-5548

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 1665

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,534.09 |
|---|---|---|---|

HERRING, STEPHEN
12932 E 34TH STREET
TULSA, OK 74134-3244

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3945

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,146.94 |
|---|---|---|---|

HERRMANN, RANDALL
1047 SUNSET CIRCLE
YALE, OK 74085-9433

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 9649

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $671.09 |
|---|---|---|---|

HESSEL HOLDING
1419 W RENO
OKLAHOMA CITY, OK 73106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 9292

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

**3.831** **Nonpriority creditor's name and mailing address**

HESSMAN, CHRIS
9400 EAST 92 PLACE NORTH
OWASSO, OK 74055-4487

**Date or dates debt was incurred**

**Last 4 digits of account number: 8609**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,648.88

---

**3.832** **Nonpriority creditor's name and mailing address**

HESSMAN, DANIELLA
9400 E. 92ND PL. N.
OWASSO, OK 74055-4487

**Date or dates debt was incurred**

**Last 4 digits of account number: 0946**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,449.89

---

**3.833** **Nonpriority creditor's name and mailing address**

HEUBEL MATERIAL
7344 E 38 ST
TULSA, OK 74145

**Date or dates debt was incurred**

**Last 4 digits of account number: 6227**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,010.00

---

**3.834** **Nonpriority creditor's name and mailing address**

HEXAGON METROLO
48443 ALPHA DR
WIXOM, MI 48393

**Date or dates debt was incurred**

**Last 4 digits of account number: 2297**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,131.00

---

**3.835** **Nonpriority creditor's name and mailing address**

HEXAGON METROLOGY INC
250 CIRCUIT DR
NORTH KINGSTOWN, RI 02852

**Date or dates debt was incurred**

**Last 4 digits of account number: 3412**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,360.00

| **Part 2:** | Additional Page |
| | |

| | | Amount of claim |
|---|---|---|

| 3.836 | **Nonpriority creditor's name and mailing address**<br><br>HEXCEL CORP - B<br>15062 STEELE RD<br>BURLINGTON, WA  98233<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2762 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,454.63 |
| 3.837 | **Nonpriority creditor's name and mailing address**<br><br>HEXCEL CORP - C<br>1214 W GILA BEND HIGHWAY 84<br>CASA GRANDE, AZ  85222<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2333 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,530,729.61 |
| 3.838 | **Nonpriority creditor's name and mailing address**<br><br>HEXCEL CORP - S<br>172 INDUSTRIAL PARK RD<br>ST CLAIR, PA  17970<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3771 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,909.24 |
| 3.839 | **Nonpriority creditor's name and mailing address**<br><br>HEXCEL CORP WEST VALLEY CITY<br>6700 W 5400 S<br>WEST VALLEY CITY, UT  84118<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0306 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,454,820.95 |
| 3.840 | **Nonpriority creditor's name and mailing address**<br><br>HEXCEL CORPORATION - KENT<br>19819 84 AVE S<br>KENT, WA  98032<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1474 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $53,000.00 |

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

|  |  | | | Amount of claim |
|---|---|---|---|---|

| 3.841 | **Nonpriority creditor's name and mailing address**<br><br>HICKS, ELSIEMAE<br>15605 E PONY LAKE DR<br>CLAREMORE, OK 74019-2176<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2813** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,005.60 |
|---|---|---|---|

| 3.842 | **Nonpriority creditor's name and mailing address**<br><br>HIGH TECH FINISHING INC<br>6201 ROYALTON ST<br>HOUSTON, TX 77081<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0452** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,004.00 |

| 3.843 | **Nonpriority creditor's name and mailing address**<br><br>HIGHTOWER, CARL<br>2010 E 410 RD<br>OOLOGAH, OK 74053-3966<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5541** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,651.30 |

| 3.844 | **Nonpriority creditor's name and mailing address**<br><br>HILL, DAVID<br>25581 S. HWY 48<br>BRISTOW, OK 74010-3961<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3569** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,118.14 |

| 3.845 | **Nonpriority creditor's name and mailing address**<br><br>HILL, DAVID<br>7313 S 99TH E AVE<br>APT. 1401<br>TULSA, OK 74133-3235<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2835** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $252.51 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.846 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $68.81 |

3.846    **Nonpriority creditor's name and mailing address**

HILL, PHILLIP
1690 S 261ST E AVE
CATOOSA, OK  74015-4546

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1981

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$68.81

---

3.847    **Nonpriority creditor's name and mailing address**

HILLIGOSS, JOHNNY
17008 SHELLCREEK RD
SAND SPRINGS, OK  74063-5571

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,949.31

---

3.848    **Nonpriority creditor's name and mailing address**

HILLIGOSS, RONALD
3606 S. MAGNOLIA DR
SAND SPRINGS, OK  74063-2835

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1886

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$444.01

---

3.849    **Nonpriority creditor's name and mailing address**

HILLIGOSS, RONNIE
672 E. 133RD PL.
GLENPOOL, OK  74033-2215

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2616

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$987.38

---

3.850    **Nonpriority creditor's name and mailing address**

HINSON, RICKY
PO BOX 690574
TULSA, OK  74169-0574

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1948

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$69.77

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.851 | **Nonpriority creditor's name and mailing address**<br><br>HITCO CARBON CO<br>201 TECHNOLOGY DR<br>ARKADELPHIA, AR  71923<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1417 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,028.00 |
| 3.852 | **Nonpriority creditor's name and mailing address**<br><br>HI-TECH SYSTEMS<br>2822 N STATE HWY 97<br>SAND SPRINGS, OK  74063<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6272 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,300.00 |
| 3.853 | **Nonpriority creditor's name and mailing address**<br><br>HOBBS, LEWIS<br>202 S 18TH ST<br>COLLINSVILLE, OK  74021-2827<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6322 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,181.56 |
| 3.854 | **Nonpriority creditor's name and mailing address**<br><br>HOFACKER, LARRY<br>15715 N 104TH EAST AVE<br>COLLINSVILLE, OK  74021-5904<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2618 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,449.80 |
| 3.855 | **Nonpriority creditor's name and mailing address**<br><br>HOLDERS INC<br>7027 E 40 ST<br>TULSA, OK  74145<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3026 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,711.84 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.856 | **Nonpriority creditor's name and mailing address**<br><br>HOLDREN CONSULT<br>7559 PRINCETON GLENDALE RD<br>HAMILTON, OH 45011-9701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9593 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $387.60 |
| 3.857 | **Nonpriority creditor's name and mailing address**<br><br>HOLLAND, LADON<br>5116 N KENOSHA AVE<br>TULSA, OK 74126-5307<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3279 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $321.96 |
| 3.858 | **Nonpriority creditor's name and mailing address**<br><br>HOLLAND, PHILLIP K<br>2131 WOODLAND HILLS LANE<br>PINETOP, AZ 85935<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0000 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $488.78 |
| 3.859 | **Nonpriority creditor's name and mailing address**<br><br>HOLMES, WAYNE<br>212 W 45TH PL<br>SAND SPRINGS, OK 74063-2379<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2981 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,252.68 |
| 3.860 | **Nonpriority creditor's name and mailing address**<br><br>HOLT JR, TIMOTHY<br>3759 W 44 ST<br>TULSA, OK 74107-6331<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2185 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $128.84 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.861** **Nonpriority creditor's name and mailing address**
HOLT, JUSTIN
15503 W 19TH PL
SAND SPRINGS, OK  74063-4241

**Date or dates debt was incurred**

**Last 4 digits of account number: 6457**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$17.00

---

**3.862** **Nonpriority creditor's name and mailing address**
HOLZER, GREGORY
14240 N 62 E AVE
COLLINSVILLE, OK  74021-5102

**Date or dates debt was incurred**

**Last 4 digits of account number: 3964**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$2,138.80

---

**3.863** **Nonpriority creditor's name and mailing address**
HONEYCOMMCORE L
101 CREASMAN HILL RD
MILLS RIVER, NC  28759

**Date or dates debt was incurred**

**Last 4 digits of account number: 4006**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,624.00

---

**3.864** **Nonpriority creditor's name and mailing address**
HONEYWELL INTER
1944 E SKY HARBOR CIR
PHOENIX, AZ  85034

**Date or dates debt was incurred**

**Last 4 digits of account number: 0324**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,967.74

---

**3.865** **Nonpriority creditor's name and mailing address**
HOOD, KENT
16252 W 81ST S
SAPULPA, OK  74066-2968

**Date or dates debt was incurred**

**Last 4 digits of account number: 3568**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$3,286.85

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.866 | **Nonpriority creditor's name and mailing address**<br><br>HOOLEY, DUSTIN<br>243 W 8TH<br>BRISTOW, OK  74010-3091<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3344** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $160.22 |
| 3.867 | **Nonpriority creditor's name and mailing address**<br><br>HORIZON LAWN AN<br>8901 W 81 ST<br>TULSA, OK  74131-2814<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 6682** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,055.25 |
| 3.868 | **Nonpriority creditor's name and mailing address**<br><br>HORN, DAVID<br>1524 S. ATLANTA PL.<br>TULSA, OK  74104-5118<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1208** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,150.56 |
| 3.869 | **Nonpriority creditor's name and mailing address**<br><br>HORN, MITCHELL<br>2510 S BIRMINGHAM PLACE<br>TULSA, OK  74114-3226<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5685** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $4,733.48 |
| 3.870 | **Nonpriority creditor's name and mailing address**<br><br>HORTON, BLAKE<br>20696 E 31ST PL S<br>BROKEN ARROW, OK  74014-5269<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9405** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $492.11 |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.871** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $7,942.14
*Check all that apply.*

HORTON, KEITH
4505 WEST OAKRIDGE STREET
BROKEN ARROW, OK 74012-8854                ☒ Contingent
                                          ☐ Unliquidated
**Date or dates debt was incurred**        ☐ Disputed

**Last 4 digits of account number: 8935**   **Basis for the claim:**
                                            EMPLOYEE PTO

                                            **Is the claim subject to offset?**
                                            ☐ No
                                            ☒ Yes

**3.872** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $321.19
*Check all that apply.*

HOUGHTON INTERN
9100 FREELAND ST
DETROIT, MI 48227                          ☐ Contingent
                                          ☐ Unliquidated
**Date or dates debt was incurred**        ☐ Disputed

**Last 4 digits of account number: 1246**   **Basis for the claim:**
                                            TRADE VENDOR

                                            **Is the claim subject to offset?**
                                            ☒ No
                                            ☐ Yes

**3.873** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $13,266.60
*Check all that apply.*

HOUSTON PRECISION FASTENERS
4923 CRANSWICK ST
HOUSTON, TX 77041                         ☐ Contingent
                                          ☐ Unliquidated
**Date or dates debt was incurred**        ☐ Disputed

**Last 4 digits of account number: 0912**   **Basis for the claim:**
                                            TRADE VENDOR

                                            **Is the claim subject to offset?**
                                            ☒ No
                                            ☐ Yes

**3.874** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $500.06
*Check all that apply.*

HOWE, JOSHUA
PO BOX 311
SPERRY, OK 74073-0311                     ☒ Contingent
                                          ☐ Unliquidated
**Date or dates debt was incurred**        ☐ Disputed

**Last 4 digits of account number: 3220**   **Basis for the claim:**
                                            EMPLOYEE PTO

                                            **Is the claim subject to offset?**
                                            ☐ No
                                            ☒ Yes

**3.875** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $2,992.05
*Check all that apply.*

HOWELL, JOHN
10514 E 111TH PL S
BIXBY, OK 74008-2821                      ☒ Contingent
                                          ☐ Unliquidated
**Date or dates debt was incurred**        ☐ Disputed

**Last 4 digits of account number: 0630**   **Basis for the claim:**
                                            EMPLOYEE PTO

                                            **Is the claim subject to offset?**
                                            ☐ No
                                            ☒ Yes

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.876 | **Nonpriority creditor's name and mailing address**<br><br>HUBBS MACHINE A<br>6282 ROCKY GROVE<br>CEDAR HILL, MO  63016<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4378** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $925.00 |
|---|---|---|---|
| 3.877 | **Nonpriority creditor's name and mailing address**<br><br>HUG, EMMA<br>2628 EAST 6TH ST<br>TULSA, OK  74104-2914<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3143** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $170.72 |
| 3.878 | **Nonpriority creditor's name and mailing address**<br><br>HUGHETT, MICHAEL<br>12402 E 79TH ST N<br>OWASSO, OK  74055-7942<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5422** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DEFERRED COMP AND PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $170,869.89 |
| 3.879 | **Nonpriority creditor's name and mailing address**<br><br>HUISENGA, SETH<br>11117 S 108TH EAST PL<br>BIXBY, OK  74008-2854<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9971** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,317.39 |
| 3.880 | **Nonpriority creditor's name and mailing address**<br><br>HUIZENGA, ANDREW<br>3912 W 108TH ST S<br>JENKS, OK  74037-1632<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3311** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $476.96 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

### 3.881

**Nonpriority creditor's name and mailing address**

HUNTER, TIMOTHY
312 W QUEEN ST
TULSA, OK 74106-4123

**Date or dates debt was incurred**

**Last 4 digits of account number: 3191**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

**$538.44**

---

### 3.882

**Nonpriority creditor's name and mailing address**

HUNTSMAN ADVANCED MATERIALS INC
5121 SAN FERNANDO RD WEST
LOS ANGELES, CA 90039

**Date or dates debt was incurred**

**Last 4 digits of account number: 0086**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$102,146.08**

---

### 3.883

**Nonpriority creditor's name and mailing address**

HURST AEROSPACE
21250 E 630 RD
INOLA, OK 74036

**Date or dates debt was incurred**

**Last 4 digits of account number: 3876**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$62,149.00**

---

### 3.884

**Nonpriority creditor's name and mailing address**

HUTCH, BENJAMIN
1924 SOUTH 84TH EAST AVENUE
TULSA, OK 74112-8369

**Date or dates debt was incurred**

**Last 4 digits of account number: 1849**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

**$655.43**

---

### 3.885

**Nonpriority creditor's name and mailing address**

HYDRA ELECTRIC
3151 KENWOOD ST
BURBANK, CA 91505-1052

**Date or dates debt was incurred**

**Last 4 digits of account number: 0712**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$10,972.56**

| Part 2: | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.886** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,536.80

HYDRAFLOW INC
1881 W MALVERN
FULLERTON, CA 92833-2403

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 0514

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.887** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,200.00

HYDRO HONING LA
8 EASTERN PARK RD
EAST HARTFORD, CT 06108

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 4647

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.888** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $473.67

HYDRONIC SYSTEM
200 NE 39 TERRACE
OKLAHOMA CITY, OK 73105

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 3275

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.889** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,833.64

HYE, EVELYN
13303 N. 57TH E. PLACE
COLLINSVILLE, OK 74021-4397

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 8551

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.890** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,498.06

HYTEK FINISHES CO
8127 S 216 ST
KENT, WA 98032-1996

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 0936

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.891 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,432.49 |

**3.891**

**Nonpriority creditor's name and mailing address**

IAE INTERNATIONAL AERO ENGINES AG
400 MAIN ST
EAST HARTFORD, CT  06108

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4718

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,432.49

---

**3.892**

**Nonpriority creditor's name and mailing address**

IBASET
27442 PORTOLA PKWY
FOOTHILL RANCH, CA  92610-2822

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7584

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,513.70

---

**3.893**

**Nonpriority creditor's name and mailing address**

IBM INC
1360 BOUL RENE-LEVES
MONTREAL, QC  H3Q 2N6
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4439

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,192.32

---

**3.894**

**Nonpriority creditor's name and mailing address**

IBT INC
11221 E PINE ST
TULSA, OK  74116

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0365

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,095.23

---

**3.895**

**Nonpriority creditor's name and mailing address**

ICAM TECHNOLOGI
21500 NASSR ST SAINT-ANNE-BELLE
QUEBEC, QC  H9X 4C1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2048

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,675.00

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.896 | **Nonpriority creditor's name and mailing address**<br><br>IHS GLOBAL INC<br>15 INVERNESS WAY EAST<br>ENGLEWOOD, CO 80112-5710<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4140** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $141,938.30 |
| 3.897 | **Nonpriority creditor's name and mailing address**<br><br>ILEAD COURIER S<br>13512 N 155 E AVE<br>COLLINSVILLE, OK 74021<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8007** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $960.00 |
| 3.898 | **Nonpriority creditor's name and mailing address**<br><br>ILS INVENTORY L<br>8001 CENTERVIEW PKWY<br>CORDOVA, TN 38018<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3044** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,552.00 |
| 3.899 | **Nonpriority creditor's name and mailing address**<br><br>IMPRESA AEROSPA<br>344 W 157 ST<br>GARDENA, CA 90248<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5536** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,445.91 |
| 3.900 | **Nonpriority creditor's name and mailing address**<br><br>INDEPENDENT ENG<br>2400 E SOUTH ST<br>JACKSON, MI 49201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5491** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,000.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.901** **Nonpriority creditor's name and mailing address**

INDEPENDENT INK INC
13700 S GRAMERCY PL
GARDENA, CA 90249

**Date or dates debt was incurred**

**Last 4 digits of account number: 0930**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$34.00

---

**3.902** **Nonpriority creditor's name and mailing address**

INDUSTRIAL CONT
6767 E VIRGIN ST
TULSA, OK 74115

**Date or dates debt was incurred**

**Last 4 digits of account number: 8160**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$98,715.91

---

**3.903** **Nonpriority creditor's name and mailing address**

INDUSTRIAL ELEC
2321 TEXAS AVE
SHREVEPORT, LA 71103

**Date or dates debt was incurred**

**Last 4 digits of account number: 3576**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$809.97

---

**3.904** **Nonpriority creditor's name and mailing address**

INDUSTRIAL SPLI
1842 N 109 E AVE
TULSA, OK 74116

**Date or dates debt was incurred**

**Last 4 digits of account number: 2681**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$415.00

---

**3.905** **Nonpriority creditor's name and mailing address**

INDY HONEYCOMB
1012 MARY LAIDLEY DR
COVINGTON, KY 41017

**Date or dates debt was incurred**

**Last 4 digits of account number: 0219**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$65,499.87

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.906 | **Nonpriority creditor's name and mailing address**<br><br>INFINITY TRADIN<br>450 E ELLIOT RD<br>CHANDLER, AZ 85225<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5189** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,000.00 |

| 3.907 | **Nonpriority creditor's name and mailing address**<br><br>INFOSYS LIMITED<br>HEBBAL ELECTRONICS CITY<br>MYSORE, 10 570027<br>INDIA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5134** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,524,182.01 |

| 3.908 | **Nonpriority creditor's name and mailing address**<br><br>INGERSOLL MACHI<br>707 FULTON AVE<br>ROCKFORD, IL 61103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2927** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $72,692.73 |

| 3.909 | **Nonpriority creditor's name and mailing address**<br><br>INGLEE, PARKER<br>12960 N 131ST E AVE<br>COLLINSVILLE, OK 74021-4177<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3337** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $213.19 |

| 3.910 | **Nonpriority creditor's name and mailing address**<br><br>INMAN, DEBORAH<br>4822 S. 188TH E. AVE<br>TULSA, OK 74134-7223<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3340** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $169.93 |

| Part 2: | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.911** | **Nonpriority creditor's name and mailing address**

INNOVATIVE IDM
10121 E ADMIRAL PL
TULSA, OK 74116

**Date or dates debt was incurred**

**Last 4 digits of account number: 8714**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,113.93

---

**3.912** | **Nonpriority creditor's name and mailing address**

INNOVATIVE TOOL
2506 W MARSHALL DR
GRAND PRAIRIE, TX 75051

**Date or dates debt was incurred**

**Last 4 digits of account number: 1463**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,582.47

---

**3.913** | **Nonpriority creditor's name and mailing address**

INTEGRAL PRODUC
24030 FRAMPTON AVE
HARBOR CITY, CA 90710

**Date or dates debt was incurred**

**Last 4 digits of account number: 1503**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$300.00

---

**3.914** | **Nonpriority creditor's name and mailing address**

INTEGRATED POLYMER INDUSTRIES INC
9741 IRVINE CENTER DR
IRVINE, CA 92618

**Date or dates debt was incurred**

**Last 4 digits of account number: 5457**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,501.00

---

**3.915** | **Nonpriority creditor's name and mailing address**

INTEGRATED QUALITY SERVICES
1236 W BROOKS ST
ONTARIO, CA 91762

**Date or dates debt was incurred**

**Last 4 digits of account number: 4083**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,911.26

Debtor     The NORDAM Group, Inc.     Case number (if known) 18-11699

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.916**

**Nonpriority creditor's name and mailing address**

INTEGRITY WEIGH
1101 E LOUISVILLE ST
BROKEN ARROW, OK 74012

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,352.50

---

**3.917**

**Nonpriority creditor's name and mailing address**

INTERFACE INC
7401 E BUTHERUS DR
SCOTTSDALE, AZ 85260

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1680

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,700.00

---

**3.918**

**Nonpriority creditor's name and mailing address**

INTERSTATE ALL BATTERY CENTER
8007 E 61 ST
TULSA, OK 74133

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1408

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$287.50

---

**3.919**

**Nonpriority creditor's name and mailing address**

INTERSTATE META
66 S SECOND ST
BAYSHORE, NY 11706

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4273

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,500.00

---

**3.920**

**Nonpriority creditor's name and mailing address**

INTERSTATE STEE
2100 N LEWIS AVE
TULSA, OK 74110

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1084

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,046.00

| Part 2: | Additional Page | | |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.921** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,455.63

INTHASONE, TANE
11837 N 154TH E AVE
COLLINSVILLE, OK  74021-5802

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5033

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.922** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $614.50

INTREPID COATIN
1910 E RIVERVIEW DR
PHOENIX, AZ  85034

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3087

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.923** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

IRON MOUNTAIN INC
IRON MOUNTAIN INFORMATION MGMT
745 ATLANTIC AVE
BOSTON, MA  02111

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4648

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.924** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,871.04

ISC SURFACES
11915 E 51 ST
TULSA, OK  74146

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0804

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.925** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,747.12

ISLEY, JASON
5905 S. 130TH WEST AVE
SAND SPRINGS, OK  74063-7010

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4841

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.926 | **Nonpriority creditor's name and mailing address**<br><br>ISOVOLTA AG<br>STRABE 3<br>WIENER NEUDORF 2355<br>AUSTRIA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5216 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,623.64 |
| 3.927 | **Nonpriority creditor's name and mailing address**<br><br>IVERSON, DANNY<br>416 SOUTH POPLAR AVE<br>BROKEN ARROW, OK 74012-8395<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3404 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,108.63 |
| 3.928 | **Nonpriority creditor's name and mailing address**<br><br>J CLAYTON COMPA<br>1650 OAK ST<br>LAKEWOOD, NJ 08701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9587 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,864.74 |
| 3.929 | **Nonpriority creditor's name and mailing address**<br><br>J D YOUNG CO<br>116 W 3 ST<br>TULSA, OK 74103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0506 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,225.46 |
| 3.930 | **Nonpriority creditor's name and mailing address**<br><br>JACAERO INDUSTR<br>831 MERIDIAN ST<br>IRWINDALE, CA 91010<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5212 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,380.00 |

**Part 2:**    Additional Page

| | | Amount of claim |
|---|---|---|

**3.931**    **Nonpriority creditor's name and mailing address**

JACKSON, ARTHUR
1328 N CHEYENNE
TULSA, OK 74106-4624

**Date or dates debt was incurred**

**Last 4 digits of account number: 0621**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$633.34

---

**3.932**    **Nonpriority creditor's name and mailing address**

JACKSON, TIMOTHY
7406 S 106TH E AVE
TULSA, OK 74133-2542

**Date or dates debt was incurred**

**Last 4 digits of account number: 5183**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$22,054.57

---

**3.933**    **Nonpriority creditor's name and mailing address**

JACOBS, TREVOR
225 S AVENUE H
COLLINSVILLE, OK 74021-3613

**Date or dates debt was incurred**

**Last 4 digits of account number: 3252**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$552.32

---

**3.934**    **Nonpriority creditor's name and mailing address**

JAK INC
1100 SE 66 ST
OKLAHOMA CITY, OK 73149

**Date or dates debt was incurred**

**Last 4 digits of account number: 5126**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,594.08

---

**3.935**    **Nonpriority creditor's name and mailing address**

JAMAICA BEARING
1700 JERICHO TURNPIKE
NEW HYDE PARK, NY 11040

**Date or dates debt was incurred**

**Last 4 digits of account number: 0291**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$268.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.936 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,984.39 |

**Nonpriority creditor's name and mailing address**
JAMES ROSCOE
7804 N 122ND E AVE
OWASSO, OK 74055

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,984.39

---

3.937   **Nonpriority creditor's name and mailing address**
JAMES, BARBARA
10226 N 119TH EAST AVE
OWASSO, OK 74055-4324

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2977

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,092.99

---

3.938   **Nonpriority creditor's name and mailing address**
JAMES, ERIC
12195 N. 179TH EAST AVE
COLLINSVILLE, OK 74021-6259

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$8.03

---

3.939   **Nonpriority creditor's name and mailing address**
JAMES, KEVIN
6116 S. 128TH W. AVE.
SAPULPA, OK 74066-7231

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,297.75

---

3.940   **Nonpriority creditor's name and mailing address**
JAMES, RONNIE
7051 S 161ST STREET WEST AVE
SAPULPA, OK 74066-0000

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0323

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$292.95

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.941 | **Nonpriority creditor's name and mailing address**<br><br>JAMES, STEVEN<br>10910 S. OLMSTED ST<br>JENKS, OK 74037-1639<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2511** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $216.76 |
|---|---|---|---|
| 3.942 | **Nonpriority creditor's name and mailing address**<br><br>JANEWAY MACHINE<br>6228 S 161ST W AVE<br>SAPULPA, OK 74066<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0202** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $55,869.28 |
| 3.943 | **Nonpriority creditor's name and mailing address**<br><br>JANO, JUSTIN<br>18367 QUAIL MEADOW DRIVE<br>CLAREMORE, OK 74017-1093<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5698** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $351.67 |
| 3.944 | **Nonpriority creditor's name and mailing address**<br><br>JAPAN AIRLINES CO LTD<br>STE 3030 390 N SEPULVEDA BLVD<br>EL SEGUNDO, CA 90245<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0805** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS RECEIVABLE CREDIT BALANCE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $36,391.00 |
| 3.945 | **Nonpriority creditor's name and mailing address**<br><br>JEHIER<br>ROUTE DE SAINT LEZIN<br>CHEMILLE, 01 49120<br>FRANCE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4501** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,440.00 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.946**  **Nonpriority creditor's name and mailing address**

JENKINS, DANIEL
10949 S 251ST E AVE
BROKEN ARROW, OK  74014-3845

**Date or dates debt was incurred**

**Last 4 digits of account number: 6922**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$277.77

---

**3.947**  **Nonpriority creditor's name and mailing address**

JENSEN, JAMES
10134 N. 88TH E. AVE
OWASSO, OK  74055-0000

**Date or dates debt was incurred**

**Last 4 digits of account number: 1010**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$277.04

---

**3.948**  **Nonpriority creditor's name and mailing address**

JET AVIATION AG
BASEL-EURO AIRPORT
FLUGHAFENSTRASSE
BASEL-EURO AIRPORT  4030
SWITZERLAND

**Date or dates debt was incurred**

**Last 4 digits of account number: 1190**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☑ Yes

$121,595.00

---

**3.949**  **Nonpriority creditor's name and mailing address**

JET MIDWEST INC
9200 NW 112 ST
KANSAS CITY, MO  64153

**Date or dates debt was incurred**

**Last 4 digits of account number: 1234**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$90,175.00

---

**3.950**  **Nonpriority creditor's name and mailing address**

JOBE, PAIGE
6126 S 45TH WEST AVE
TULSA, OK  74132-1106

**Date or dates debt was incurred**

**Last 4 digits of account number: 3046**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$217.49

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.951 | **Nonpriority creditor's name and mailing address**<br><br>JOCHIMS, ROBERT<br>12229 S 4090 RD<br>OOLOGAH, OK 74053-3506<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1513 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,074.80 |
| 3.952 | **Nonpriority creditor's name and mailing address**<br><br>JODOIN, JEFFREY<br>9940 S 68TH EAST AVE<br>TULSA, OK 74133-6213<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2810 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,237.21 |
| 3.953 | **Nonpriority creditor's name and mailing address**<br><br>JOHNS HOPKINS U<br>901 DULANEY VALLEY RD<br>TOWSON, MD 21204<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 7857 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45,338.00 |
| 3.954 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON CONTROL<br>2601 N HEMLOCK CT<br>BROKEN ARROW, OK 74012<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9182 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $198.50 |
| 3.955 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON SERVICE<br>475 S FRONTAGE RD<br>BURR RIDGE, IL 60527<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2769 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,431.00 |

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|--|

**3.956** **Nonpriority creditor's name and mailing address**

JOHNSON, BARRY
2712 S MAR VISTA ST
STILLWATER, OK 74074-2228

**Date or dates debt was incurred**

**Last 4 digits of account number: 3365**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$8.17

---

**3.957** **Nonpriority creditor's name and mailing address**

JOHNSON, DEMARKO
12323 E ARCHER ST APT C
TULSA, OK 74116-3616

**Date or dates debt was incurred**

**Last 4 digits of account number: 2994**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$621.04

---

**3.958** **Nonpriority creditor's name and mailing address**

JOHNSON, DONALD
11012 E 119TH ST N
COLLINSVILLE, OK 74021-5490

**Date or dates debt was incurred**

**Last 4 digits of account number: 0483**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$229.87

---

**3.959** **Nonpriority creditor's name and mailing address**

JOHNSON, FLOYD
5202 S DIP CREEK RD
SAND SPRINGS, OK 74063-4953

**Date or dates debt was incurred**

**Last 4 digits of account number: 1996**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,591.89

---

**3.960** **Nonpriority creditor's name and mailing address**

JOHNSON, JOHNNY
8763 N 97TH EAST AVE
APARTMENT 208
OWASSO, OK 74055-6864

**Date or dates debt was incurred**

**Last 4 digits of account number: 9062**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,533.57

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.961 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON, JOSEPH<br>11820 N. 118TH E. AVE.<br>COLLINSVILLE, OK  74021-1002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2167** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,085.93 |
| 3.962 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON, REBECCA<br>RR 1 BOX 326<br>NOWATA, OK  74048-9713<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8924** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $680.05 |
| 3.963 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON, ROBERT<br>833 W. NORMAN ST.<br>BROKEN ARROW, OK  74012-1650<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9687** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,425.53 |
| 3.964 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON, ZACHARE<br>957 SOUTH SHADY LANE<br>CLEVELAND, OK  74020-5752<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2788** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,884.60 |
| 3.965 | **Nonpriority creditor's name and mailing address**<br><br>JONATHAN ENGINEERING SOLUTIONS CORP<br>410 EXCHANGE<br>IRVINE, CA  92602<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2185** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,075.36 |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.966** **Nonpriority creditor's name and mailing address**
JONES, ASHLEY
10906 E. 117TH ST. N
COLLINSVILLE, OK 74021-4854

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$330.40

---

**3.967** **Nonpriority creditor's name and mailing address**
JONES, AUSTIN
934 N STOCKMAN RD
SKIATOOK, OK 74070-4029

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$197.46

---

**3.968** **Nonpriority creditor's name and mailing address**
JONES, ERNEST
6478 W 510 RD
PRYOR, OK 74361-7346

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1758

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,098.58

---

**3.969** **Nonpriority creditor's name and mailing address**
JONES, JAMES
30704 E 172ND ST
COWETA, OK 74429-3866

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2781

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,925.25

---

**3.970** **Nonpriority creditor's name and mailing address**
JONES, JASON
11414 EAST 62ND PLACE
BROKEN ARROW, OK 74012-1229

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,255.74

**Part 2:** Additional Page

|  |  | Amount of claim |
|---|---|---|

**3.971**

**Nonpriority creditor's name and mailing address**

JONES, JASON
13812 E 90TH ST N
OWASSO, OK  74055-2586

**Date or dates debt was incurred**

**Last 4 digits of account number: 2978**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,150.84

**3.972**

**Nonpriority creditor's name and mailing address**

JONES, JOHN
4006 S NEW HAVEN AVE
TULSA, OK  74135-2427

**Date or dates debt was incurred**

**Last 4 digits of account number: 0867**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,954.20

**3.973**

**Nonpriority creditor's name and mailing address**

JONES, KYLA
9282 E CHERRY LN
CLAREMORE, OK  74019-0261

**Date or dates debt was incurred**

**Last 4 digits of account number: 5060**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,687.56

**3.974**

**Nonpriority creditor's name and mailing address**

JONES, STEVEN
11840 E 15TH PL
TULSA, OK  74128-5802

**Date or dates debt was incurred**

**Last 4 digits of account number: 5169**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$799.06

**3.975**

**Nonpriority creditor's name and mailing address**

JONES, TY'RON
504 W YUMA ST
BROKEN ARROW, OK  74011-6644

**Date or dates debt was incurred**

**Last 4 digits of account number: 3290**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$282.08

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.976** **Nonpriority creditor's name and mailing address**

JORDAN SUPPLY I
607 S MISSION
SAPULPA, OK 74066-4657

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2385

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,510.50

---

**3.977** **Nonpriority creditor's name and mailing address**

JORMAC AEROSPACE INC
11221 69TH STREET NORTH
LARGO, FL 33773-5504

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1446

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$49,727.00

---

**3.978** **Nonpriority creditor's name and mailing address**

JUNO COMPANY
8702 E 41ST ST
TULSA, OK 74145

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7850

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$290.00

---

**3.979** **Nonpriority creditor's name and mailing address**

KALLMAN WORLDWIDE INC
4 NORTH ST
WALDWICK, NJ 07463-1842

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4710

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.980** **Nonpriority creditor's name and mailing address**

KAM, THAWNG
317 N CEDAR ST
JENKS, OK 74037-2930

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3273

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$321.96

---

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.981 | **Nonpriority creditor's name and mailing address**<br><br>KAMATICS CORP<br>1330 BLUE HILLS AVE<br>BLOOMFIELD, CT 06002-0003<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0571 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $54,450.00 |
| 3.982 | **Nonpriority creditor's name and mailing address**<br><br>KAMINSKI, WILLIAM<br>13067 N 132ND EAST AVE<br>COLLINSVILLE, OK 74021-4115<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2625 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $874.94 |
| 3.983 | **Nonpriority creditor's name and mailing address**<br><br>KANSAS COIL SPRING CO<br>4310 SOUTHEAST BLVD<br>WICHITA, KS 67217<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3546 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,981.63 |
| 3.984 | **Nonpriority creditor's name and mailing address**<br><br>KANSAS OKLAHOMA MACHINE TOOL<br>9511 E 55 PLACE<br>TULSA, OK 74145<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3754 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,369.27 |
| 3.985 | **Nonpriority creditor's name and mailing address**<br><br>KAPCO GLOBAL<br>3120 E ENTERPRISE ST<br>BREA, CA 92821<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0030 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15,257.02 |

| Part 2: | Additional Page | |
|---------|-----------------|---|

| | | Amount of claim |
|---|---|---|

**3.986** **Nonpriority creditor's name and mailing address**

KCI CHEMICAL CO
4248 OAKWOOD LN
MATTESON, IL  60443

**Date or dates debt was incurred**

**Last 4 digits of account number: 2088**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,719.00

---

**3.987** **Nonpriority creditor's name and mailing address**

KELL, KYLE
14727 S URBANA AVE
BIXBY, OK  74008-4070

**Date or dates debt was incurred**

**Last 4 digits of account number: 3328**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$150.17

---

**3.988** **Nonpriority creditor's name and mailing address**

KELLY WARD
7817 N 160TH E AVE
OWASSO, OK  74055

**Date or dates debt was incurred**

**Last 4 digits of account number: 4609**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,254.00

---

**3.989** **Nonpriority creditor's name and mailing address**

KEMPF, STEPHEN
20173 EAST 37TH PLACE SOUTH
BROKEN ARROW, OK  74014-1297

**Date or dates debt was incurred**

**Last 4 digits of account number: 2800**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$975.02

---

**3.990** **Nonpriority creditor's name and mailing address**

KENDRICK, KARLA
204 W KALAMAZOO ST
MUSKOGEE, OK  74401-7838

**Date or dates debt was incurred**

**Last 4 digits of account number: 2841**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$459.64

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.991** **Nonpriority creditor's name and mailing address**

KENNEDY, GARY
13701 S 4070 RD
OOLOGAH, OK 74053-3699

**Date or dates debt was incurred**

**Last 4 digits of account number: 2202**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,350.28

---

**3.992** **Nonpriority creditor's name and mailing address**

KETCHUM, BILLIE
17966 SOUTH 71 EAST AVE
BIXBY, OK 74008-6846

**Date or dates debt was incurred**

**Last 4 digits of account number: 1273**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,696.98

---

**3.993** **Nonpriority creditor's name and mailing address**

KEY BELLEVILLES
100 KEY LN
LEECHBURG, PA 15656

**Date or dates debt was incurred**

**Last 4 digits of account number: 0622**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$102.40

---

**3.994** **Nonpriority creditor's name and mailing address**

KEY PERSONNEL
6450 S LEWIS AVE
TULSA, OK 74136

**Date or dates debt was incurred**

**Last 4 digits of account number: 8114**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$63,792.71

---

**3.995** **Nonpriority creditor's name and mailing address**

KEYSIGHT TECHNO
1400 FOUNTAINGROVE PKWY
SANTA ROSA, CA 95403-1738

**Date or dates debt was incurred**

**Last 4 digits of account number: 4918**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,793.42

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.996 | **Nonpriority creditor's name and mailing address**<br><br>KILGORE, WILLIAM<br>17841 W 879 RD<br>PARK HILL, OK 74451-2273<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2856** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $96.52 |
| 3.997 | **Nonpriority creditor's name and mailing address**<br><br>KIM, UOY<br>19702 E 39TH ST<br>BROKEN ARROW, OK 74014-1385<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4983** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,467.75 |
| 3.998 | **Nonpriority creditor's name and mailing address**<br><br>KING, DEBRA<br>3630 N HARVARD AV<br>TULSA, OK 74115-1118<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8989** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $503.44 |
| 3.999 | **Nonpriority creditor's name and mailing address**<br><br>KIRBY JR, JAMES<br>8929 E 86TH ST<br>TULSA, OK 74133-4411<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3565** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,185.08 |
| 3.1000 | **Nonpriority creditor's name and mailing address**<br><br>KIRKHILL INC<br>300 E CYPRESS ST<br>BREA, CA 92821<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0380** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $184,993.99 |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1001** **Nonpriority creditor's name and mailing address**

KIRKLAND, JEFFREY
9102 N OSAGE DR
SPERRY, OK  74073-4147

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,495.90

---

**3.1002** **Nonpriority creditor's name and mailing address**

KLEYMANN, ROBERT
180 SPUNKY CREEK DR
CATOOSA, OK  74015-2312

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9586

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$909.73

---

**3.1003** **Nonpriority creditor's name and mailing address**

KLX INC
10900 E 26 N
WICHITA, KS  67226

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4986

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,631,103.90

---

**3.1004** **Nonpriority creditor's name and mailing address**

KLX INC
2617 N GREAT SOUTHWEST PKWY
GRAND PRAIRIE, TX  75050

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2919

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$254,861.98

---

**3.1005** **Nonpriority creditor's name and mailing address**

KMF PRECISION ENGINEERING LTD
ROSEVALE RD
NEWCASTLE UNDER LYME  ST5 7UB
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5521

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$82,028.04

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1006 | **Nonpriority creditor's name and mailing address**<br>KMF PRECISION S<br>MILLENNIUM WAY<br>NEWCASTLE UNDER LYME  ST5 7UF<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5556** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,162.11 |
| 3.1007 | **Nonpriority creditor's name and mailing address**<br>KNIGHT, MARREKO<br>12007 E 110TH CT N<br>OWASSO, OK  74055-1808<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3312** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $295.68 |
| 3.1008 | **Nonpriority creditor's name and mailing address**<br>KNOX, EDGAR<br>900 WEST FARGO STREET<br>BROKEN ARROW, OK  74012-0839<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0819** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $154.18 |
| 3.1009 | **Nonpriority creditor's name and mailing address**<br>KOEHN, MATTHEW<br>3605 GEORGIA AVE<br>MUSKOGEE, OK  74403-7718<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1765** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,404.14 |
| 3.1010 | **Nonpriority creditor's name and mailing address**<br>KOELSCH, TERENCE<br>8963 N 133RD EAST AVE<br>OWASSO, OK  74055-4754<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4702** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $5,520.64 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

**3.1011**   **Nonpriority creditor's name and mailing address**

KOENIG III, EDWARD
1199 PACIFIC HIGHWAY
UNIT #501
SAN DIEGO, CA 92101-8415

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMP AND PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$15,712.33

---

**3.1012**   **Nonpriority creditor's name and mailing address**

KOLLSMAN INC
220 DANIEL WEBSTER HWY
MERRIMACK, NH 30054

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4397

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,295.00

---

**3.1013**   **Nonpriority creditor's name and mailing address**

KOMO MACHINE IN
1 GUSMER DR
LAKEWOOD, NJ 08701

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1928

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$216.31

---

**3.1014**   **Nonpriority creditor's name and mailing address**

KONECRANES INC
410 S 129TH E AVE
TULSA, OK 74108

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,365.00

---

**3.1015**   **Nonpriority creditor's name and mailing address**

KONICA MINOLTA
101 WILLIAMS DR
RAMSEY, NJ 07446

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$525.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1016 | **Nonpriority creditor's name and mailing address**<br><br>KOSHY, DEEPU<br>13647 S. 86TH EAST AVENUE<br>BIXBY, OK 74008-3939<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9505 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,961.89 |
| 3.1017 | **Nonpriority creditor's name and mailing address**<br><br>KOSTY, JENNIFER<br>1224 N CYPRESS AVE<br>BROKEN ARROW, OK 74012-8530<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5227 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $984.42 |
| 3.1018 | **Nonpriority creditor's name and mailing address**<br><br>KOVAR, JOSEPH<br>211 S. GREENWOOD AVE. #444<br>TULSA, OK 74120-1466<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3027 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $608.48 |
| 3.1019 | **Nonpriority creditor's name and mailing address**<br><br>KP RESTAURANTS<br>2662 E 15 ST<br>TULSA, OK 74136<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9483 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,438.47 |
| 3.1020 | **Nonpriority creditor's name and mailing address**<br><br>KRAYDEN INC<br>1491 W 124 AVE<br>WESTMINSTER, CO 80234<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0170 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,048.02 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.1021 | **Nonpriority creditor's name and mailing address**<br>KREBS, JASON<br>19706 EAST 45TH ST. SOUTH<br>BROKEN ARROW, OK 74014-1284<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1899 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $540.54 |
| 3.1022 | **Nonpriority creditor's name and mailing address**<br>KREHBIEL, KENNETH<br>3141 S 69TH EAST AVE<br>TULSA, OK 74145-1233<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3338 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $180.21 |
| 3.1023 | **Nonpriority creditor's name and mailing address**<br>KRINHOP, KURT<br>14700 E 88TH PL N APT 922<br>OWASSO, OK 74055-4932<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3053 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $103.26 |
| 3.1024 | **Nonpriority creditor's name and mailing address**<br>KRONOS INC<br>297 BILLERICA RD<br>CHELMSFORD, MA 01824<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3128 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $58,791.96 |
| 3.1025 | **Nonpriority creditor's name and mailing address**<br>KROTTINGER, MARK<br>208 W BATON ROUGE ST<br>BROKEN ARROW, OK 74011-6607<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4381 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,904.74 |

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1026 | **Nonpriority creditor's name and mailing address**<br>KTTI<br>3211 INDUSTRY DR<br>NORTH CHARLESTON, SC  29418<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1239 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,360.00 |
| 3.1027 | **Nonpriority creditor's name and mailing address**<br>KUEHNE & NAGEL<br>14002 E 21 ST<br>TULSA, OK  74134<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9493 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,749.27 |
| 3.1028 | **Nonpriority creditor's name and mailing address**<br>KULITE SEMICOND<br>ONE WILLOW TREE RD<br>LEONIA, NJ  07605-2239<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0711 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,685.00 |
| 3.1029 | **Nonpriority creditor's name and mailing address**<br>LABOYTEAUX, STEPHEN<br>6805 E 81ST PL<br>TULSA, OK  74133-4183<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4330 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $4,862.28 |
| 3.1030 | **Nonpriority creditor's name and mailing address**<br>LAFARGE & EGGE INC<br>5820 188 ST SW<br>LYNNWOOD, WA  98037<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0221 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $111,668.78 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1031** | **Nonpriority creditor's name and mailing address**

LAFEVERS, MARY
3706 E 66TH PL
TULSA, OK 74136-2815

**Date or dates debt was incurred**

**Last 4 digits of account number: 9096**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,498.73

---

**3.1032** | **Nonpriority creditor's name and mailing address**

LAGORCE, VICTOR
11871 NORTH 108TH EAST AVE
COLLINSVILLE, OK 74021-5514

**Date or dates debt was incurred**

**Last 4 digits of account number: 2995**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,684.46

---

**3.1033** | **Nonpriority creditor's name and mailing address**

LAMINATED SHIM CO
1691 CALIFORNIA AVE
CORONA, CA 92881-3375

**Date or dates debt was incurred**

**Last 4 digits of account number: 0438**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,483.50

---

**3.1034** | **Nonpriority creditor's name and mailing address**

LAMPTON WELDING SUPPLY
1717 HWY 97 N
SAPULPA, OK 74066

**Date or dates debt was incurred**

**Last 4 digits of account number: 9122**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,142.96

---

**3.1035** | **Nonpriority creditor's name and mailing address**

LAMPTON WELDING SUPPLY CO INC
5550 E ADMIRAL PL
TULSA, OK 74115

**Date or dates debt was incurred**

**Last 4 digits of account number: 3571**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,810.04

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1036 | **Nonpriority creditor's name and mailing address**<br>LANDIN, JONATHAN<br>7898 E 126 ST S #922<br>BIXBY, OK  74008-2206<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8504 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,781.18 |

| 3.1037 | **Nonpriority creditor's name and mailing address**<br>LANE, CHRISTOPHER<br>10618 E 115TH PL S<br>BIXBY, OK  74008-2870<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3145 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $44.72 |

| 3.1038 | **Nonpriority creditor's name and mailing address**<br>LANE, JAMES<br>10618 E 115TH PL S<br>BIXBY, OK  74008-2870<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9587 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $4,165.89 |

| 3.1039 | **Nonpriority creditor's name and mailing address**<br>LANE, JAMES<br>3811 E 118TH STREET S<br>TULSA, OK  74137-8546<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9562 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $17,438.30 |

| 3.1040 | **Nonpriority creditor's name and mailing address**<br>LANE, JAMES A<br>3811 E 118TH ST S<br>TULSA, OK  74137<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0000 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,962.93 |

Debtor    The NORDAM Group, Inc.                    Case number (if known) 18-11699
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

### 3.1041

**Nonpriority creditor's name and mailing address**

LANGE, DAVID
2347 MARIGOLD LN
WICHITA, KS  67204-5514

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,517.75

---

### 3.1042

**Nonpriority creditor's name and mailing address**

LANGFORD, KAYLON
417 S. MICHAEL
MUSKOGEE, OK  74403-6112

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$20.14

---

### 3.1043

**Nonpriority creditor's name and mailing address**

LANGREN, DAVID
14520 MOCKINGBIRD LN
SAND SPRINGS, OK  74063-4441

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,357.61

---

### 3.1044

**Nonpriority creditor's name and mailing address**

LANGWORTHY, BOBBY
P.O. BOX 634
WESTVILLE, OK  74965-0634

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$956.01

---

### 3.1045

**Nonpriority creditor's name and mailing address**

LANKTON, RICHARD
10194 E NORTHLEA
CLAREMORE, OK  74017-1380

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9468

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$3,085.58

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1046** **Nonpriority creditor's name and mailing address**

LARGE, JOHNNIE
8911 N 119TH EAST AVE
OWASSO, OK 74055-2083

**Date or dates debt was incurred**

**Last 4 digits of account number: 5365**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,778.70

---

**3.1047** **Nonpriority creditor's name and mailing address**

LARSEN, JEFFERY
445255 E. 200 RD.
VINITA, OK 74301-5654

**Date or dates debt was incurred**

**Last 4 digits of account number: 5771**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$45.98

---

**3.1048** **Nonpriority creditor's name and mailing address**

LASER DESIGN IN
9401 JAMES AVE S
BLOOMINGTON, MN 55431

**Date or dates debt was incurred**

**Last 4 digits of account number: 5181**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,896.10

---

**3.1049** **Nonpriority creditor's name and mailing address**

LATAM AIRLINES GROUP SA
EDIFICIO CORPORATIVO
SANTIAGO
CHILE

**Date or dates debt was incurred**

**Last 4 digits of account number: 3420**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,827.36

---

**3.1050** **Nonpriority creditor's name and mailing address**

LAUNCH TECHNICA
700 COMMERCE DR
OAK BROOK, IL 60523

**Date or dates debt was incurred**

**Last 4 digits of account number: 9442**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$98,432.76

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1051 | **Nonpriority creditor's name and mailing address**<br><br>LAWHEAD, RICHARD<br>13628 N 97TH E AVE<br>COLLINSVILLE, OK  74021-5300<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9097** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,483.04 |

| 3.1052 | **Nonpriority creditor's name and mailing address**<br><br>LAWLESS, WILLIAM<br>19625 EAST 72ND STREET NORTH<br>OWASSO, OK  74055-8237<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2824** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $6,252.81 |

| 3.1053 | **Nonpriority creditor's name and mailing address**<br><br>LAWRENCE, JONATHAN<br>15598 N WOODCHUCK LANE<br>SKIATOOK, OK  74070-4686<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4597** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,996.17 |

| 3.1054 | **Nonpriority creditor's name and mailing address**<br><br>LEACH INTERNATIONAL CORPORATION<br>6900 ORANGETHORPE AVE<br>BUENA PARK, CA  90620<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0598** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $302,763.01 |

| 3.1055 | **Nonpriority creditor's name and mailing address**<br><br>LEADING FOX, BAILEY<br>207 E 22ND ST<br>OWASSO, OK  74055-4420<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3240** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $416.18 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1056**

**Nonpriority creditor's name and mailing address**

LEADING TECHNOLOGY COMPOSITES
2626 W MAY ST
WICHITA, KS 67213

**Date or dates debt was incurred**

**Last 4 digits of account number: 0404**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,425.70

---

**3.1057**

**Nonpriority creditor's name and mailing address**

LECHLIDER, DEBRA
6033 E 57TH ST
TULSA, OK 74135-8126

**Date or dates debt was incurred**

**Last 4 digits of account number: 3796**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$807.67

---

**3.1058**

**Nonpriority creditor's name and mailing address**

LEE AEROSPACE I
9323 E 34 ST N
WICHITA, KS 67201

**Date or dates debt was incurred**

**Last 4 digits of account number: 0396**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,578.00

---

**3.1059**

**Nonpriority creditor's name and mailing address**

LEE AND LI
201 TUN HUA N RD
TAIPEI 105
TAIWAN

**Date or dates debt was incurred**

**Last 4 digits of account number: 9487**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$684.63

---

**3.1060**

**Nonpriority creditor's name and mailing address**

LEE COMPANY
2 PETTIPAUG RD
WESTBROOK, CT 06498

**Date or dates debt was incurred**

**Last 4 digits of account number: 0703**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$86,748.25

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1061** **Nonpriority creditor's name and mailing address**

LEE SPRING COMP
140 58 ST
BROOKLYN, NY  11220

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0709

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,697.23

---

**3.1062** **Nonpriority creditor's name and mailing address**

LEE, TOUA
4216 S 132ND EAST AVE
TULSA, OK  74134-5900

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0177

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,908.41

---

**3.1063** **Nonpriority creditor's name and mailing address**

LEE, WILLIAM
57024 S 36800 RD
TERLTON, OK  74081-3490

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2843

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$528.20

---

**3.1064** **Nonpriority creditor's name and mailing address**

LEEMHUIS, MANDA
8404 S QUEBEC AVE
TULSA, OK  74137-1829

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1936

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$4,494.82

---

**3.1065** **Nonpriority creditor's name and mailing address**

LEHMANN, DAWN
6220 S TROOST AVE
TULSA, OK  74136-0709

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1942

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$107.84

| **Part 2:** | Additional Page | |
|---|---|---|

|  | | Amount of claim |
|---|---|---|

**3.1066**  **Nonpriority creditor's name and mailing address**

LEITKA, TEANA
270B E 147TH ST
GLENPOOL, OK  74033-4433

**Date or dates debt was incurred**

**Last 4 digits of account number: 0584**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$474.27

---

**3.1067**  **Nonpriority creditor's name and mailing address**

LENNIX, FRANK
802 N. QUAKER AVE
TULSA, OK  74106-5423

**Date or dates debt was incurred**

**Last 4 digits of account number: 1781**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,918.43

---

**3.1068**  **Nonpriority creditor's name and mailing address**

LENTZ, CHARLES
8767 S 256TH E PL
BROKEN ARROW, OK  74014-8878

**Date or dates debt was incurred**

**Last 4 digits of account number: 2007**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,674.47

---

**3.1069**  **Nonpriority creditor's name and mailing address**

LEONARD, MARISSA
1918 S NOGALES AVE
TULSA, OK  74107-1838

**Date or dates debt was incurred**

**Last 4 digits of account number: 3313**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$264.56

---

**3.1070**  **Nonpriority creditor's name and mailing address**

LESSER, LORRIE
3508 E HASKELL
TULSA, OK  74115-7215

**Date or dates debt was incurred**

**Last 4 digits of account number: 0064**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,075.94

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1071** | **Nonpriority creditor's name and mailing address**

LEUELLEN, LARELIE
5036 S 27TH WEST AVE
TULSA, OK 74107-7631

**Date or dates debt was incurred**

**Last 4 digits of account number: 2437**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,046.10

---

**3.1072** | **Nonpriority creditor's name and mailing address**

LEVEL 3 ASSOCIATES
550 COMMERCE PARK DR
MARIETTA, GA 30060

**Date or dates debt was incurred**

**Last 4 digits of account number: 4983**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$204,720.00

---

**3.1073** | **Nonpriority creditor's name and mailing address**

LEVESQUE, STEVEN
4068 HARLESTON GREEN LN
MOUNT PLEASANT, SC 29466-6953

**Date or dates debt was incurred**

**Last 4 digits of account number: 3527**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$6,345.21

---

**3.1074** | **Nonpriority creditor's name and mailing address**

LEWIS, BRADLEY
1322 W 115 ST
JENKS, OK 74037-3440

**Date or dates debt was incurred**

**Last 4 digits of account number: 6647**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,171.75

---

**3.1075** | **Nonpriority creditor's name and mailing address**

LEWIS, DAVID
21428 E 37TH PL. S.
BROKEN ARROW, OK 74014-1213

**Date or dates debt was incurred**

**Last 4 digits of account number: 3905**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,571.86

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.1076**

**Nonpriority creditor's name and mailing address**

LEWIS, ROBERT
20735 CAREFREE DRIVE
CLAREMORE, OK 74019-4261

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$573.59

---

**3.1077**

**Nonpriority creditor's name and mailing address**

LGS TECHNOLOGIE
2950 W WINTERGREEN RD
LANCASTER, TX 75134

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0678

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$215.68

---

**3.1078**

**Nonpriority creditor's name and mailing address**

LHB INDUSTRIES
8833 FLEISCHER
BERKLEY, MO 63134

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$357.92

---

**3.1079**

**Nonpriority creditor's name and mailing address**

LIBERTY FLAGS I
5634 S MINGO RD
TULSA, OK 74146

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1489

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,729.29

---

**3.1080**

**Nonpriority creditor's name and mailing address**

LIGHTHOUSE WORL
1221 DISK DR
MEDFORD, OR 97501

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$611.55

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1081**

**Nonpriority creditor's name and mailing address**

LIGHTNING DIVER
16572 BURKE LN
HUNTINGTON BEACH, CA  92647

**Date or dates debt was incurred**

**Last 4 digits of account number: 0261**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,127.00

---

**3.1082**

**Nonpriority creditor's name and mailing address**

LILES, TREY
9811 N 105 E AVENUE
OWASSO, OK  74055-4932

**Date or dates debt was incurred**

**Last 4 digits of account number: 1851**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,178.18

---

**3.1083**

**Nonpriority creditor's name and mailing address**

LINAM, DAVID
PO BOX 794
SAND SPRINGS, OK  74063-0794

**Date or dates debt was incurred**

**Last 4 digits of account number: 3641**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,273.87

---

**3.1084**

**Nonpriority creditor's name and mailing address**

LINCOLN COMPOSITE MATERIALS INC
15422 ELECTRONIC LN
HUNTINGTON BEACH, CA  92649

**Date or dates debt was incurred**

**Last 4 digits of account number: 5576**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$103.00

---

**3.1085**

**Nonpriority creditor's name and mailing address**

LINDSAY, LAUREN
5311 E 122ND PL
BIXBY, OK  74008-2746

**Date or dates debt was incurred**

**Last 4 digits of account number: 2225**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$923.30

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1086** | **Nonpriority creditor's name and mailing address**
LINDSEY, KEVIN
603 W 118TH ST.
JENKS, OK  74037-5017

**Date or dates debt was incurred**

**Last 4 digits of account number: 3004**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,023.88

---

**3.1087** | **Nonpriority creditor's name and mailing address**
LINDSEY, MICHAEL
8601 NW 125TH ST
OKLAHOMA CITY, OK  73142-2269

**Date or dates debt was incurred**

**Last 4 digits of account number: 0726**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,552.38

---

**3.1088** | **Nonpriority creditor's name and mailing address**
LISI AEROSPACE
2600 SKYPARK DR
TORRANCE, CA  90505

**Date or dates debt was incurred**

**Last 4 digits of account number: 5262**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,519.00

---

**3.1089** | **Nonpriority creditor's name and mailing address**
LMI AEROSPACE W
6325 AVANTHA DR
WASHINGTON, MO  63090

**Date or dates debt was incurred**

**Last 4 digits of account number: 5496**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,465.20

---

**3.1090** | **Nonpriority creditor's name and mailing address**
LMI FINISHING INC
2104 N 170 E AVE
TULSA, OK  74116

**Date or dates debt was incurred**

**Last 4 digits of account number: 1789**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,084.03

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1091**    **Nonpriority creditor's name and mailing address**

LO, HLEE
1227 N BIRCH ST
OWASSO, OK  74055-5117

**Date or dates debt was incurred**

**Last 4 digits of account number: 2365**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$907.76

---

**3.1092**    **Nonpriority creditor's name and mailing address**

LOAD CELL CENTR
28175 RT 220
MILAN, PA  18831

**Date or dates debt was incurred**

**Last 4 digits of account number: 2727**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,295.00

---

**3.1093**    **Nonpriority creditor's name and mailing address**

LOCKE, JAMES
5409 E 122ND ST S
BIXBY, OK  74008-2752

**Date or dates debt was incurred**

**Last 4 digits of account number: 3322**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$450.50

---

**3.1094**    **Nonpriority creditor's name and mailing address**

LOCKHEED MARTIN
9300 28 ST N
PINELLAS PARK, FL  33782

**Date or dates debt was incurred**

**Last 4 digits of account number: 0478**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,937.50

---

**3.1095**    **Nonpriority creditor's name and mailing address**

LOCKHEED MARTIN SPACE SYSTEMS CO
13800 OLD GENTILLY RD
NEW ORLEANS, LA  70129

**Date or dates debt was incurred**

**Last 4 digits of account number: 1401**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$98,600.00

Debtor    The NORDAM Group, Inc.                    Case number (if known) 18-11699

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1096** | **Nonpriority creditor's name and mailing address**

LOCKTON COMPANI
2100 ROSS AVE
DALLAS, TX  75201

**Date or dates debt was incurred**

**Last 4 digits of account number: 8975**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,161.24

---

**3.1097** | **Nonpriority creditor's name and mailing address**

LOGANBILL, DAVID
2310 W 36TH ST N
TULSA, OK  74127-1513

**Date or dates debt was incurred**

**Last 4 digits of account number: 5729**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$601.58

---

**3.1098** | **Nonpriority creditor's name and mailing address**

LOHRKE, MICHAEL
9431 S JAMESTOWN AVE
TULSA, OK  74137-4850

**Date or dates debt was incurred**

**Last 4 digits of account number: 5959**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$4,510.30

---

**3.1099** | **Nonpriority creditor's name and mailing address**

LOMBART, VERONIQUE
1529 E 34TH ST
TULSA, OK  74105-2619

**Date or dates debt was incurred**

**Last 4 digits of account number: 8741**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,457.32

---

**3.1100** | **Nonpriority creditor's name and mailing address**

LONG, CHRISTOPHER
13101 E. 88TH ST. N.
OWASSO, OK  74055-8500

**Date or dates debt was incurred**

**Last 4 digits of account number: 3036**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$582.71

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1101** | **Nonpriority creditor's name and mailing address**
LONG, KELLIE
3832 W 105TH PL S
JENKS, OK  74037-1925

**Date or dates debt was incurred**

**Last 4 digits of account number: 3343**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$163.14

---

**3.1102** | **Nonpriority creditor's name and mailing address**
LONG, PAUL
4208 N. LIONS CT.
BROKEN ARROW, OK  74012-0451

**Date or dates debt was incurred**

**Last 4 digits of account number: 6303**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,902.11

---

**3.1103** | **Nonpriority creditor's name and mailing address**
LOPEZ, GERARDO
8607 S EVANSTON AVE
TULSA, OK  74137-2533

**Date or dates debt was incurred**

**Last 4 digits of account number: 2622**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,421.02

---

**3.1104** | **Nonpriority creditor's name and mailing address**
LOR, BEE
5278 E 106TH ST N
SPERRY, OK  74073-4444

**Date or dates debt was incurred**

**Last 4 digits of account number: 3085**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$632.86

---

**3.1105** | **Nonpriority creditor's name and mailing address**
LOR, LEE
12566 E 37TH PL
TULSA, OK  74146-3203

**Date or dates debt was incurred**

**Last 4 digits of account number: 8895**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$932.41

| Part 2: | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

**3.1106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2.84

LOR, SUE
12932 E 104TH ST N
OWASSO, OK  74055-4506

**Date or dates debt was incurred**

**Last 4 digits of account number: 3368**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1107** | **Nonpriority creditor's name and mailing address** | | $389.70

LOR, VA
11319 N 112TH EAST AVE
OWASSO, OK  74055-4214

**Date or dates debt was incurred**

**Last 4 digits of account number: 3267**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1108** | **Nonpriority creditor's name and mailing address** | | $177,254.00

LORD CORPORATION - ERIE PENNSYLVANI
2455 ROBISON RD
ERIE, PA  16509

**Date or dates debt was incurred**

**Last 4 digits of account number: 0309**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1109** | **Nonpriority creditor's name and mailing address** | | $2,067.89

LOTTINVILLE, SEAN
7314 E 61ST PL
TULSA, OK  74133-1101

**Date or dates debt was incurred**

**Last 4 digits of account number: 1533**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1110** | **Nonpriority creditor's name and mailing address** | | $131,875.20

LUCITE INTERNATIONAL
2665 FITE RD
MEMPHIS, TN  38127

**Date or dates debt was incurred**

**Last 4 digits of account number: 0429**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.1111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.78 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

LUND, JESSE
944 W TEEL RD
SAPULPA, OK  74066-6245

**Date or dates debt was incurred**

**Last 4 digits of account number: 1110**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$80.78

---

3.1112   **Nonpriority creditor's name and mailing address**

LUNDQUIST, KAITLIN
3708 S JAMESTOWN AVE
TULSA, OK  74135-2236

**Date or dates debt was incurred**

**Last 4 digits of account number: 1683**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$54.06

---

3.1113   **Nonpriority creditor's name and mailing address**

LYNCH, BRIAN
17472 W 60TH ST S
SAND SPRINGS, OK  74063-2374

**Date or dates debt was incurred**

**Last 4 digits of account number: 5217**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$75.07

---

3.1114   **Nonpriority creditor's name and mailing address**

LYNXSYSTEMS LLC
11415 E 19 ST
TULSA, OK  74128

**Date or dates debt was incurred**

**Last 4 digits of account number: 8657**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,307.48

---

3.1115   **Nonpriority creditor's name and mailing address**

M&M MANUFACTURI
13914 EAST ADMIRAL PL
TULSA, OK  74116

**Date or dates debt was incurred**

**Last 4 digits of account number: 0779**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,843.25

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1116** | **Nonpriority creditor's name and mailing address**

MAC FIRE SYSTEM
1010 E 2ND ST
TULSA, OK 74120

**Date or dates debt was incurred**

**Last 4 digits of account number: 4801**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,650.00

---

**3.1117** | **Nonpriority creditor's name and mailing address**

MACH 2 CORP
2301 NW 33RD CT
POMPANO BEACH, FL 33069

**Date or dates debt was incurred**

**Last 4 digits of account number: 4072**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$66,725.00

---

**3.1118** | **Nonpriority creditor's name and mailing address**

MADDEN, MEREDITH
1841 E. 27TH ST.
TULSA, OK 74114-3920

**Date or dates debt was incurred**

**Last 4 digits of account number: 5753**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMP AND PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$149,988.59

---

**3.1119** | **Nonpriority creditor's name and mailing address**

MAGIC REFRIGERATION CO
5423 S 99TH E AVE
TULSA, OK 74146

**Date or dates debt was incurred**

**Last 4 digits of account number: 0784**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1120** | **Nonpriority creditor's name and mailing address**

MAGNOLIA ADVANC
4360 NORTHEAST EXPY
ATLANTA, GA 30340

**Date or dates debt was incurred**

**Last 4 digits of account number: 0303**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,771.65

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1121**

**Nonpriority creditor's name and mailing address**
MAGNUS, DUSTIN
1121 S. HAYNIE ST.
SKIATOOK, OK 74070-3243

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1771

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,060.30

**3.1122**

**Nonpriority creditor's name and mailing address**
MAHR INC
1144 EDDY ST
PROVIDENCE, RI 02905

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9467

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,083.00

**3.1123**

**Nonpriority creditor's name and mailing address**
MAIER, DONNA
12511 N. 152ND E. AVE.
COLLINSVILLE, OK 74021-4320

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0445

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$438.11

**3.1124**

**Nonpriority creditor's name and mailing address**
MAILROOM FINANC
PO BOX 30193
TAMPA, FL 33630

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5847

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$590.34

**3.1125**

**Nonpriority creditor's name and mailing address**
MAJEED, ARSHAD
1612 S MAPLE AVE.
BROKEN ARROW, OK 74012-8681

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,219.99

Debtor    The NORDAM Group, Inc.                    Case number (if known) 18-11699

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1126**  **Nonpriority creditor's name and mailing address**

MALLORY, RICHARD
3712 E 4TH STREET
TULSA, OK 74112-1222

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$888.13

---

**3.1127**  **Nonpriority creditor's name and mailing address**

MALONES CNC MAC
2015 E INDUSTRIAL 5 RD
GROVE, OK 74344

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2174

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,657.96

---

**3.1128**  **Nonpriority creditor's name and mailing address**

MANGRUM, NATHANIEL
P.O BOX 278
SPERRY, OK 74073-0278

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2414

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,075.00

---

**3.1129**  **Nonpriority creditor's name and mailing address**

MANKIEWICZ COATINGS LLC
1200 CHARLESTON REGIONAL PKWY
CHARLESTON, SC 29492

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,835.82

---

**3.1130**  **Nonpriority creditor's name and mailing address**

MANN, MARK
8524 S 98TH EAST AVENUE
TULSA, OK 74133-4531

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,411.09

---

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1131 | **Nonpriority creditor's name and mailing address**<br><br>MANNS, EDDIE<br>544 E MARSHALL PL<br>TULSA, OK 74106-4834<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4546 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,753.50 |

| 3.1132 | **Nonpriority creditor's name and mailing address**<br><br>MARATHONNORCO AEROSPACE INC<br>8301 IMPERIAL DR<br>WACO, TX 76712-6588<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0259 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65,345.00 |

| 3.1133 | **Nonpriority creditor's name and mailing address**<br><br>MARCZINKO, JENO<br>14702 E. 15TH PLACE<br>TULSA, OK 74108-5710<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8862 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,359.02 |

| 3.1134 | **Nonpriority creditor's name and mailing address**<br><br>MARIETTA NDT<br>530 COMMERCE PARK DR<br>MARIETTA, GA 30060<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4976 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $49,500.00 |

| 3.1135 | **Nonpriority creditor's name and mailing address**<br><br>MARJO ENVIROMENTAL SAFETY<br>CONSULTANTS INC<br>20112 S RIVER RANCH<br>CLAREMORE, OK 74019<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3814 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1136** | **Nonpriority creditor's name and mailing address**

MARQUEZ, LUIS
6712 S 90TH EAST AVE.
TULSA, OK 74133-2217

**Date or dates debt was incurred**

**Last 4 digits of account number: 9973**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$100.00

---

**3.1137** | **Nonpriority creditor's name and mailing address**

MARRS ELECTRIC
12358 E SKELLY DR
TULSA, OK 74128

**Date or dates debt was incurred**

**Last 4 digits of account number: 5408**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$90,509.10

---

**3.1138** | **Nonpriority creditor's name and mailing address**

MARSHALL, DUSTIN
10213 E. 114TH ST. S
BIXBY, OK 74008-3201

**Date or dates debt was incurred**

**Last 4 digits of account number: 2343**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$528.20

---

**3.1139** | **Nonpriority creditor's name and mailing address**

MARSHALL, PHILIP
10633 S. 91ST EAST AVE.
TULSA, OK 74133-7044

**Date or dates debt was incurred**

**Last 4 digits of account number: 2045**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMP AND PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$27,991.97

---

**3.1140** | **Nonpriority creditor's name and mailing address**

MARTEN TRANSPOR
129 MARTEN ST
EAU CLAIRE, WI 54755

**Date or dates debt was incurred**

**Last 4 digits of account number: 7467**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,091.45

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1141** **Nonpriority creditor's name and mailing address**

MARTIN, ARRON
7759 S MEMORIAL DR. APT. #7308
APT. #7308
TULSA, OK  74133-3640

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2815

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,148.82

---

**3.1142** **Nonpriority creditor's name and mailing address**

MARTIN, JEREMY
13685 EAST CRESTVIEW DRIVE
CLAREMORE, OK  74019-1191

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1915

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$540.64

---

**3.1143** **Nonpriority creditor's name and mailing address**

MARTIN, KEVIN
1432 E PFENDLER AVE
SAPULPA, OK  74066-3202

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0960

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,174.80

---

**3.1144** **Nonpriority creditor's name and mailing address**

MARTIN, KEVIN
23732 S WILLOW ST
CLAREMORE, OK  74019-5680

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$4,698.02

---

**3.1145** **Nonpriority creditor's name and mailing address**

MARTINEZ, ERICA
1435 N DELAWARE PL
TULSA, OK  74110-4809

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3327

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$206.14

Debtor    The NORDAM Group, Inc.                    Case number (if known) 18-11699

(Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.1146** **Nonpriority creditor's name and mailing address**

MARTINEZ, LUIS
1860 S 138TH EAST AVE
TULSA, OK  74108-5500

**Date or dates debt was incurred**

**Last 4 digits of account number: 1563**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$53.80

---

**3.1147** **Nonpriority creditor's name and mailing address**

MASE, PATRICE
PO BOX 434
OWASSO, OK  74055-2247

**Date or dates debt was incurred**

**Last 4 digits of account number: 3345**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$110.48

---

**3.1148** **Nonpriority creditor's name and mailing address**

MASSEY, JASON
1706 GLENDALE RD
SAPULPA, OK  74066-3230

**Date or dates debt was incurred**

**Last 4 digits of account number: 5153**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,067.17

---

**3.1149** **Nonpriority creditor's name and mailing address**

MASSEY-HARGROVE, KATHY
811 LAURAL OAKS CR
SAPULPA, OK  74066-1142

**Date or dates debt was incurred**

**Last 4 digits of account number: 0848**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,630.41

---

**3.1150** **Nonpriority creditor's name and mailing address**

MASSMANN, GREGG
17671 OWALLA VALLEY
CLAREMORE, OK  74017-3695

**Date or dates debt was incurred**

**Last 4 digits of account number: 8131**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,060.93

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1151** | **Nonpriority creditor's name and mailing address**
MATHENY, KAREN
210 W. 18TH ST.
OWASSO, OK  74055-4640

**Date or dates debt was incurred**

**Last 4 digits of account number: 0214**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,816.23

---

**3.1152** | **Nonpriority creditor's name and mailing address**
MATLOCK, JEROD
16706 E 79TH ST N
OWASSO, OK  74055-5748

**Date or dates debt was incurred**

**Last 4 digits of account number: 9407**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$7.87

---

**3.1153** | **Nonpriority creditor's name and mailing address**
MATUSSAK, DEVON
19294 E 410 RD
CLAREMORE, OK  74017-0425

**Date or dates debt was incurred**

**Last 4 digits of account number: 2394**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,142.38

---

**3.1154** | **Nonpriority creditor's name and mailing address**
MAY TECHNOLOGY
2922-1/2 WHEELING ST
KANSAS CITY, MO  64129

**Date or dates debt was incurred**

**Last 4 digits of account number: 0169**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,216.94

---

**3.1155** | **Nonpriority creditor's name and mailing address**
MAYDAY MFG CO
3100 JIM CHRISTAL RD
DENTON, TX  76207

**Date or dates debt was incurred**

**Last 4 digits of account number: 1366**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,873.50

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

---

**3.1156**   **Nonpriority creditor's name and mailing address**

MAYER, ZACHARY
3205 S MAPLE AVE
BROKEN ARROW, OK 74012-7736

**Date or dates debt was incurred**

**Last 4 digits of account number: 2432**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$2,404.05

---

**3.1157**   **Nonpriority creditor's name and mailing address**

MAYES COUNTY RU
117 E MAIN
HULBERT, OK 74441

**Date or dates debt was incurred**

**Last 4 digits of account number: 8022**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.1158**   **Nonpriority creditor's name and mailing address**

MAZIE, ROBERT
7917 N 128TH EAST AVE
OWASSO, OK 74055-6261

**Date or dates debt was incurred**

**Last 4 digits of account number: 3230**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$703.78

---

**3.1159**   **Nonpriority creditor's name and mailing address**

MCALISTERS DELI
8529 N 129TH E AVE
OWASSO, OK 74055

**Date or dates debt was incurred**

**Last 4 digits of account number: 2220**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,034.35

---

**3.1160**   **Nonpriority creditor's name and mailing address**

MCCALL, LENNY
9005 N. 134TH E. AVE
OWASSO, OK 74055-2553

**Date or dates debt was incurred**

**Last 4 digits of account number: 9696**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,772.73

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1161** | **Nonpriority creditor's name and mailing address**
MCCARVER, AMBER
7377 E. 112TH PL. S.
BIXBY, OK 74008-2165

**Date or dates debt was incurred**

**Last 4 digits of account number: 2604**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,580.51

---

**3.1162** | **Nonpriority creditor's name and mailing address**
MCCAW, MARC
1450 S. NEWPORT AVE.
TULSA, OK 74012-5601

**Date or dates debt was incurred**

**Last 4 digits of account number: 3369**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$239.41

---

**3.1163** | **Nonpriority creditor's name and mailing address**
MCCOY, PATRICK
7415 E 53RD PL SOUTH
TULSA, OK 74145

**Date or dates debt was incurred**

**Last 4 digits of account number: 4528**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.1164** | **Nonpriority creditor's name and mailing address**
MCCUTCHEN, TYLER
4821 S 73RD EAST AVE APT 67-11
TULSA, OK 74145-6566

**Date or dates debt was incurred**

**Last 4 digits of account number: 3021**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$538.07

---

**3.1165** | **Nonpriority creditor's name and mailing address**
MCDAVID, RALPH
2519 W 68TH ST
TULSA, OK 74132-1721

**Date or dates debt was incurred**

**Last 4 digits of account number: 3879**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$9,659.06

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1166**  **Nonpriority creditor's name and mailing address**

MCDOWELL, JEREMY
8001 S MINGO RD APT 1408
TULSA, OK  74133-5621

**Date or dates debt was incurred**

**Last 4 digits of account number: 5627**

**As of the petition filing date, the claim is:**    $1,712.74
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1167**  **Nonpriority creditor's name and mailing address**

MCFARLAND II, GLENN
27322 E 1ST STREET
CATOOSA, OK  74015-2414

**Date or dates debt was incurred**

**Last 4 digits of account number: 9910**

**As of the petition filing date, the claim is:**    $865.66
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1168**  **Nonpriority creditor's name and mailing address**

MCGILL, JASON
3536 E VIRGIN ST
TULSA, OK  74115-3916

**Date or dates debt was incurred**

**Last 4 digits of account number: 9622**

**As of the petition filing date, the claim is:**    $1,538.44
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1169**  **Nonpriority creditor's name and mailing address**

MCGUIRE, RICHARD
1873 W 390 RD
ADAIR, OK  74330-2832

**Date or dates debt was incurred**

**Last 4 digits of account number: 1888**

**As of the petition filing date, the claim is:**    $793.50
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1170**  **Nonpriority creditor's name and mailing address**

MCI INTERNATION
140 WEST ST
NEW YORK, NY  10007

**Date or dates debt was incurred**

**Last 4 digits of account number: 6643**

**As of the petition filing date, the claim is:**    $2,868.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $79,140.24

MCINTOSH SERVICES OF OKLAHOMA INC
8141 E 48 ST
TULSA, OK 74145

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 1800**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,524.92

MCLARTY, STEVEN
27419 E. 94TH STREET SOUTH
BROKEN ARROW, OK 74014-5816

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 3712**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1173** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $681.21

MCLEARY, JONATHAN
308 N DELAWARE ST
CATOOSA, OK 74015-2058

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 3015**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $890.12

MCMANUS, BRADEN
19530 E 590 RD
INOLA, OK 74036-3008

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 2426**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1175** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,279.46

MCMASTER CARR SUPPLY CORP
6100 FULTON INDUSTRIAL BLVD SW
ATLANTA, GA 30336

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 0310**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1176** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,497.52

MCMORRIS, LINDA
914 N 8TH ST
SAPULPA, OK 74066-2215

Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 8588**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1177** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $433.97

MCMULLEN, WILLIAM
8301 E. 60TH ST.
APT 1831
TULSA, OK 74145-4901

Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 2464**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1178** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,151.14

MCNEICE, DONALD
1321 N CREEK ST
DEWEY, OK 74029-1709

Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 2137**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $410,809.58

MCSTARLITE
1531 W 240 ST
HARBOR CITY, CA 90710-1308

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 0699**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1180** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $407.84

MCVICKER, BRENDA JO
5407 S DIP CREEK RD
SAND SPRINGS, OK 74063-5086

Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 9414**

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

| 3.1181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,390.13 |
|---|---|---|---|

MEADOR, THOMAS
19704 E 44TH PL S
BROKEN ARROW, OK  74014-8229

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 1527

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.1182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $593.02 |
|---|---|---|---|

MEADOWS, TYLER
2876 E 51ST APT E
TULSA, OK  74105-1768

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3029

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.1183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,593.79 |
|---|---|---|---|

MEDEXSUPPLY DIS
61 WILLET ST
PASSAIC, NJ  07055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 5611

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $538.72 |
|---|---|---|---|

MEDINA SR, MANUEL
818 N QUEBEC AVE
TULSA, OK  74115-6304

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 0457

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.1185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,267.46 |
|---|---|---|---|

MEDINA, JAVIER
12705 E 87TH CT N
OWASSO, OK  74055-2513

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 2217

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1186** | **Nonpriority creditor's name and mailing address**

MEDLEY MATERIAL HANDLING
4201 WILL ROGERS PKY
OKLAHOMA CITY, OK  73108

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$296,287.94

---

**3.1187** | **Nonpriority creditor's name and mailing address**

MEG TECHNOLOGIES  INC
15381 ASSEMBLY LN
HUNTINGTON BEACH, CA  92649

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,825.30

---

**3.1188** | **Nonpriority creditor's name and mailing address**

MEGGITT AEROSPA
ASHBY RD
LOUGHBOROUGH  LE12 9EQ
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2387

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,784.64

---

**3.1189** | **Nonpriority creditor's name and mailing address**

MEGGITT POLYMER & COMPOSITES OREGON
2010 LAFAYETTE AVE
MCMINNVILLE, OR  97128

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$156,331.81

---

**3.1190** | **Nonpriority creditor's name and mailing address**

MEGGITT SAFETY
1915 VOYAGER AVE
SIMI VALLEY, CA  93063-3349

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0698

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,467.44

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| | | | |
|---|---|---|---|
| 3.1191 | **Nonpriority creditor's name and mailing address**<br><br>MEHL, BETSY<br>7202 E. VERDIGRIS DR.<br>CLAREMORE, OK  74019-2257<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1518** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,308.24 |
| 3.1192 | **Nonpriority creditor's name and mailing address**<br><br>MEIER JR, PAUL<br>561 SE GREYSTONE AVE<br>BARTLESVILLE, OK  74006-8421<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3022** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $451.07 |
| 3.1193 | **Nonpriority creditor's name and mailing address**<br><br>MEMBERS BUILDIN<br>11363 DENTON DR<br>DALLAS, TX  75229<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8479** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $175,000.00 |
| 3.1194 | **Nonpriority creditor's name and mailing address**<br><br>MEMEX INC<br>880 LAURENTIAN DR<br>BURLINGTON, ON  L7N 3V6<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9578** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $8,740.00 |
| 3.1195 | **Nonpriority creditor's name and mailing address**<br><br>MEMG CONSULTING LLC<br>4407 E 93 PL<br>TULSA, OK  74137<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9557** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1196** | **Nonpriority creditor's name and mailing address**

MENDEL, LYNN
16710 N 50TH WAY
SCOTTSDALE, AZ  85254-1086

**Date or dates debt was incurred**

**Last 4 digits of account number: 6777**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,298.06

---

**3.1197** | **Nonpriority creditor's name and mailing address**

MENDENHALL, AUSTIN
14831 S GLENN ST
GLENPOOL, OK  74033-3151

**Date or dates debt was incurred**

**Last 4 digits of account number: 3284**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$314.62

---

**3.1198** | **Nonpriority creditor's name and mailing address**

MERCHANT, BRIAN
14309 EAST 113TH STREET NORTH
OWASSO, OK  74055-6380

**Date or dates debt was incurred**

**Last 4 digits of account number: 1859**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$938.22

---

**3.1199** | **Nonpriority creditor's name and mailing address**

MERIDIAN COMPEN
100 FIELD DR
LAKE FOREST, IL  60045

**Date or dates debt was incurred**

**Last 4 digits of account number: 7581**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,164.82

---

**3.1200** | **Nonpriority creditor's name and mailing address**

MERRIFIELD, ROYAL
1732 SOUTH GARY AVENUE
TULSA, OK  74104-6114

**Date or dates debt was incurred**

**Last 4 digits of account number: 2078**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$538.44

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699

(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1201** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,311.34
*Check all that apply.*

METAL CUTTING S
5845 S GARNETT
TULSA, OK 74146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 0062**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,960.86
*Check all that apply.*

METAL FINISHING CO
1423 S MCLEAN BLVD
WICHITA, KS 67213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 0476**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1203** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,756.00
*Check all that apply.*

METAL MANAGEMEN
1771 N 75TH E AVE
TULSA, OK 74115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 2691**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1204** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $621.62
*Check all that apply.*

METALCRAFT INC
3360 9 ST SW
MASON CITY, IA 50401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 7487**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,110.00
*Check all that apply.*

METALCRAFTERS T
17375 MT HERRMANN ST
FOUNTAIN VALLEY, CA 92708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 5596**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1206**

**Nonpriority creditor's name and mailing address**

METGLAS INC
440 ALLIED DR
CONWAY, SC  29526

**Date or dates debt was incurred**

**Last 4 digits of account number: 1254**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,174.00

---

**3.1207**

**Nonpriority creditor's name and mailing address**

METZELER, JOE
12002 W 91ST ST S
SAPULPA, OK  74066-9053

**Date or dates debt was incurred**

**Last 4 digits of account number: 3218**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$541.48

---

**3.1208**

**Nonpriority creditor's name and mailing address**

MEYER, ROBERT
420 S WHEELING AVE
TULSA, OK  74104-2617

**Date or dates debt was incurred**

**Last 4 digits of account number: 5515**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,713.31

---

**3.1209**

**Nonpriority creditor's name and mailing address**

MEZA, JOSE
4949 W 28TH ST
TULSA, OK  74101-3319

**Date or dates debt was incurred**

**Last 4 digits of account number: 6371**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,147.89

---

**3.1210**

**Nonpriority creditor's name and mailing address**

MG AVIATION
42409 WINCHESTER RD
TEMECULA, CA  92590

**Date or dates debt was incurred**

**Last 4 digits of account number: 0083**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.00

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1211 | **Nonpriority creditor's name and mailing address**<br><br>MIAMI AIRCRAFT STRUCTURES<br>1905 NW 93 AVE<br>MIAMI, FL 33172<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 7252** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS RECEIVABLE CREDIT BALANCE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $15.40 |

| 3.1212 | **Nonpriority creditor's name and mailing address**<br><br>MICROSOFT CORPORATION<br>ATTN: BRIAN PERALTA<br>7100 N STATE HWY 161<br>IRVING, TX 75039<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2999** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $269,257.04 |

| 3.1213 | **Nonpriority creditor's name and mailing address**<br><br>MID CONTINENT C<br>901 N RIVER<br>DERBY, KS 67037<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0509** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,588.00 |

| 3.1214 | **Nonpriority creditor's name and mailing address**<br><br>MID-AM METAL FO<br>1108 CENTER RD<br>ROGERSVILLE, MO 65742<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0918** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,120.00 |

| 3.1215 | **Nonpriority creditor's name and mailing address**<br><br>MID-AMERICA PRE<br>1927 W 4TH ST<br>JOPLIN, MO 64801<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1032** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,310.01 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.1216 | **Nonpriority creditor's name and mailing address**<br><br>MIDAMERICAN AER<br>2727 16 AVE<br>CEDAR RAPIDS, IA 52404<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4512** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,500.00 |
| 3.1217 | **Nonpriority creditor's name and mailing address**<br><br>MIDDLE RIVER AIRCRAFT SYSTEMS<br>103 CHESAPEAKE PARK PLAZA<br>BALTIMORE, MD 21220<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0299** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $500,260.53 |
| 3.1218 | **Nonpriority creditor's name and mailing address**<br><br>MIDVALE INDUSTRIES INC<br>11384 E TECUMSEH<br>TULSA, OK 74116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1407** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,167.43 |
| 3.1219 | **Nonpriority creditor's name and mailing address**<br><br>MIDWAY MACHININ<br>8023 GATEWAY DR<br>NEOSHO, MO 64850<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0856** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,574.08 |
| 3.1220 | **Nonpriority creditor's name and mailing address**<br><br>MIDWEST CRANE S<br>3101 N TOLEDO AVE<br>TULSA, OK 74115<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4689** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,669.24 |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1221** | **Nonpriority creditor's name and mailing address**

MIDWEST MACHINERY OK
17814 EDISON AVE
CHESTERFIELD, MO 63015

**Date or dates debt was incurred**

**Last 4 digits of account number: 9461**

**As of the petition filing date, the claim is:** $776.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1222** | **Nonpriority creditor's name and mailing address**

MIKE HUFF INVES
13579 E 66 ST N
OWASSO, OK 74055

**Date or dates debt was incurred**

**Last 4 digits of account number: 7887**

**As of the petition filing date, the claim is:** $6,230.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1223** | **Nonpriority creditor's name and mailing address**

MIL TECH INC
7405 W VICKERY BLVD
FT WORTH, TX 76116

**Date or dates debt was incurred**

**Last 4 digits of account number: 2539**

**As of the petition filing date, the claim is:** $113.25
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1224** | **Nonpriority creditor's name and mailing address**

MILITARY SUPPLY
COLUMBUS, OH 43218-2204

**Date or dates debt was incurred**

**Last 4 digits of account number: 1213**

**As of the petition filing date, the claim is:** $106,002.37
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1225** | **Nonpriority creditor's name and mailing address**

MILLER STEPHENSON CHEMICAL CO INC
55 BACKUS AVE
DANBURY CT, IL 06810

**Date or dates debt was incurred**

**Last 4 digits of account number: 0500**

**As of the petition filing date, the claim is:** $2,294.20
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

**3.1226** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,667.98

MILLER TRANSPOR
5500 HWY 80 W
JACKSON, MS  39209

**Date or dates debt was incurred**

**Last 4 digits of account number: 7373**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1227** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $486.71

MILLER, ALAINE
19542 E 590 RD
INOLA, OK  74036-3061

**Date or dates debt was incurred**

**Last 4 digits of account number: 9893**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1228** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $445.80

MILLER, DUSTIN
321 N 12TH ST
COLLINSVILLE, OK  74021-2309

**Date or dates debt was incurred**

**Last 4 digits of account number: 3277**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1229** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,891.34

MILLER, FRANCISCO
3505 N BATTLECREEK DRIVE
BROKEN ARROW, OK  74012-2565

**Date or dates debt was incurred**

**Last 4 digits of account number: 2160**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1230** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $866.00

MILLER, MARCIA
23000 E 99TH ST S
BROKEN ARROW, OK  74014-6823

**Date or dates debt was incurred**

**Last 4 digits of account number: 2453**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Debtor    The NORDAM Group, Inc.    _____    Case number (if known) _18-11699 (MFW)_
          (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1231**  **Nonpriority creditor's name and mailing address**

MILLER, MARK
2500 W. LITTLE ROCK ST
BROKEN ARROW, OK  74011-7816

**Date or dates debt was incurred**

**Last 4 digits of account number: 1916**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,536.52

---

**3.1232**  **Nonpriority creditor's name and mailing address**

MILLER, RONALD
6168 N WILLIS ST
STILLWATER, OK  74075-1135

**Date or dates debt was incurred**

**Last 4 digits of account number: 1552**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$888.62

---

**3.1233**  **Nonpriority creditor's name and mailing address**

MILLER, STEPHEN
3824 W DALLAS ST
BROKEN ARROW, OK  74012-4561

**Date or dates debt was incurred**

**Last 4 digits of account number: 3376**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$3,140.41

---

**3.1234**  **Nonpriority creditor's name and mailing address**

MILLIMAN USA CO
9400 N CENTRAL EXPW
DALLAS, TX  75231-5030

**Date or dates debt was incurred**

**Last 4 digits of account number: 4633**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,897.21

---

**3.1235**  **Nonpriority creditor's name and mailing address**

MILLIMAN, DANIEL
1508 N 20TH ST
BROKEN ARROW, OK  74012-2081

**Date or dates debt was incurred**

**Last 4 digits of account number: 2463**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$3,689.35

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.1236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $374.10 |
|---|---|---|---|

**3.1236** | **Nonpriority creditor's name and mailing address**

MILLION, HEATH
10393 BLACK JACK RD
CATOOSA, OK  74015-6120

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

**$374.10**

---

**3.1237** | **Nonpriority creditor's name and mailing address**

MILSPEC PRODUCTS INC
31537 LONG ACRES DR
SORRENTO, FL  32776

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$410.40**

---

**3.1238** | **Nonpriority creditor's name and mailing address**

MINNIEAR, RONALD
3101 W NORMAN CIR
BROKEN ARROW, OK  74012-9518

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

**$345.52**

---

**3.1239** | **Nonpriority creditor's name and mailing address**

MINOR RUBBER CO
49 ACKERMAN ST
BLOOMFIELD, NJ  07003

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0468

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$9,890.25**

---

**3.1240** | **Nonpriority creditor's name and mailing address**

MISSOURI METALS
9970 PAGE BLVD
ST LOUIS, MO  63132

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$391,697.09**

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

3.1241 **Nonpriority creditor's name and mailing address**

MITSUBISHI CHEM
1822 REYNOLDS AVE
IRVINE, CA  92614-5714

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4538

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,545.87

---

3.1242 **Nonpriority creditor's name and mailing address**

MITSUBISHI PLASTICS COMPOSITES
401 VOLVO PKWY
CHESAPEAKE, VA  23320

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,371.12

---

3.1243 **Nonpriority creditor's name and mailing address**

MOBILE MINI INC
7420 S KRYRENE RD
TEMPE, AZ  85283-4610

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2763

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$923.95

---

3.1244 **Nonpriority creditor's name and mailing address**

MODRAK, CARRIE
8928 S DARLINGTON AVE
TULSA, OK  74137-3559

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3406

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$333.34

---

3.1245 **Nonpriority creditor's name and mailing address**

MOHAWK MATERIAL
2521 CHARLES PAGE BLVD
TULSA, OK  74127

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9532

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$625.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $320.63 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
3.1246
MONHOLLAND, WILLIAM
17868 N 108TH W AVE
SKIATOOK, OK  74070-6286

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$320.63

---

3.1247
MONIN, MARGARET
2934 E 94TH PL
APT. #1111
TULSA, OK  74137-8725

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$2,792.06

---

3.1248
MONODE MARKING
9200 TYLER BLVD
MENTOR, OH  44060

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$38.70

---

3.1249
MONTANELLI, ROBERT
4216 S 202ND EAST AVE
BROKEN ARROW, OK  74014-1281

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$643.86

---

3.1250
MORAKOT, DONNY
19817 E 46TH ST S
BROKEN ARROW, OK  74014-1377

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,192.68

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.1251** | **Nonpriority creditor's name and mailing address**
MOREGGIA SPA
CORSO PASTRENGO 36
COLLEGNO  10093
ITALY

**Date or dates debt was incurred**

**Last 4 digits of account number: 2776**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$99,249.69

---

**3.1252** | **Nonpriority creditor's name and mailing address**
MORGAN HINGES I
12262 GENOVA CT
FRISCO, TX  75035

**Date or dates debt was incurred**

**Last 4 digits of account number: 0790**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,584.00

---

**3.1253** | **Nonpriority creditor's name and mailing address**
MORGAN JR, ANTHONY
18452 S VALEVIEW AVE
CLAREMORE, OK  74017-1486

**Date or dates debt was incurred**

**Last 4 digits of account number: 3016**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$872.68

---

**3.1254** | **Nonpriority creditor's name and mailing address**
MORGAN, JOSHUA
14703 SOUTH HICKORY CIRCLE
GLENPOOL, OK  74033-3725

**Date or dates debt was incurred**

**Last 4 digits of account number: 1761**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,342.71

---

**3.1255** | **Nonpriority creditor's name and mailing address**
MORIN, STEVEN
10102 E 94TH ST N
OWASSO, OK  74055-6838

**Date or dates debt was incurred**

**Last 4 digits of account number: 0936**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$251.46

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.1256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $175.46 |
|---|---|---|---|

**3.1256**

**Nonpriority creditor's name and mailing address**

MORRIS, AMY
4401 SOUTH OLYMPIA AVENUE
TULSA, OK  74107-6905

**Date or dates debt was incurred**

**Last 4 digits of account number: 1302**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$175.46

---

**3.1257**

**Nonpriority creditor's name and mailing address**

MORRISON, JAMES
93 W FAIRLANE PL
SAPULPA, OK  74066-7882

**Date or dates debt was incurred**

**Last 4 digits of account number: 2400**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,159.96

---

**3.1258**

**Nonpriority creditor's name and mailing address**

MOSES, PAUL
432 COUNTY ROAD 2075
OCHELATA, OK  74051-2515

**Date or dates debt was incurred**

**Last 4 digits of account number: 0746**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,048.10

---

**3.1259**

**Nonpriority creditor's name and mailing address**

MOSMAN, BON
1120 WEST OAKRIDGE STREET
BROKEN ARROW, OK  74012-2900

**Date or dates debt was incurred**

**Last 4 digits of account number: 1783**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,218.80

---

**3.1260**

**Nonpriority creditor's name and mailing address**

MOTION INDUSTRI
13685 E 61ST ST
BROKEN ARROW, OK  74012

**Date or dates debt was incurred**

**Last 4 digits of account number: 0510**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,088.03

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.1261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,950.94 |
|---|---|---|---|

3.1261  **Nonpriority creditor's name and mailing address**

MOUA, BOON
2651 E CREEK DR
OOLOGAH, OK  74053-4157

**Date or dates debt was incurred**

**Last 4 digits of account number: 2154**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,950.94

---

3.1262  **Nonpriority creditor's name and mailing address**

MOUA, SHUR
8954 E 13TH ST
TULSA, OK  74112-8110

**Date or dates debt was incurred**

**Last 4 digits of account number: 2986**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$892.61

---

3.1263  **Nonpriority creditor's name and mailing address**

MOUA, TANG
8909 E. 130TH ST. N
COLLINSVILLE, OK  74021-3954

**Date or dates debt was incurred**

**Last 4 digits of account number: 2806**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$883.40

---

3.1264  **Nonpriority creditor's name and mailing address**

MOUA, TOU
14002 E 89TH PL N
OWASSO, OK  74055-2641

**Date or dates debt was incurred**

**Last 4 digits of account number: 2037**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$536.36

---

3.1265  **Nonpriority creditor's name and mailing address**

MOUA, XIATHAO
14002 E 89TH PL N
OWASSO, OK  74055-2641

**Date or dates debt was incurred**

**Last 4 digits of account number: 0852**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,352.81

| **Part 2:** | Additional Page |  |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

---

**3.1266** **Nonpriority creditor's name and mailing address**

MOUSER ELECTRON
1000 N MAIN ST
MANSFIELD, TX  76063

**Date or dates debt was incurred**

**Last 4 digits of account number: 2324**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$381.18

---

**3.1267** **Nonpriority creditor's name and mailing address**

MSC INDUSTRIAL SUPPLY CO
75 MAXESS RD
MELVILLE, NY  11747

**Date or dates debt was incurred**

**Last 4 digits of account number: 4703**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$59,477.40

---

**3.1268** **Nonpriority creditor's name and mailing address**

MSC INDUSTRIAL SUPPLY CO INC
DEPT CH 75
PALATINE, IL  60055-0075

**Date or dates debt was incurred**

**Last 4 digits of account number: 0587**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,916,195.40

---

**3.1269** **Nonpriority creditor's name and mailing address**

MTS SYSTEMS COR
14000 TECHNOLOGY DR
EDEN PRAIRIE, MN  55344

**Date or dates debt was incurred**

**Last 4 digits of account number: 3140**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,064.60

---

**3.1270** **Nonpriority creditor's name and mailing address**

MUIR, BROOKE
14519 MOCKINGBIRD LN
SAND SPRINGS, OK  74063-4442

**Date or dates debt was incurred**

**Last 4 digits of account number: 0887**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,574.44

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1271** | **Nonpriority creditor's name and mailing address**

MULLINS, RICHARD
13809 E 87TH PL N
OWASSO, OK 74055-2077

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3378

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,284.21

---

**3.1272** | **Nonpriority creditor's name and mailing address**

MURRAY WOMBLE I
8150 N 116 E AVE
OWASSO, OK 74055-1795

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2379

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$527.00

---

**3.1273** | **Nonpriority creditor's name and mailing address**

MURRAY, MARTIN
10076 MOVILLA HILLS DR.
SAND SPRINGS, OK 74063-8362

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8181

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,465.25

---

**3.1274** | **Nonpriority creditor's name and mailing address**

MUSHRUSH, JEFFREY
12105 VALLEY AVE
COLLINSVILLE, OK 74021-6194

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1799

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,416.01

---

**3.1275** | **Nonpriority creditor's name and mailing address**

MYTECHNIC AIRCRAFT MRO SERVICES
SABIHA GOKCEN INTERNATIONAL
KURTKOY-PENDIK, ISTANBUL 34912
TURKEY

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6690

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,443.80

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1276 | **Nonpriority creditor's name and mailing address**<br><br>NAC GROUP INC<br>1790 COMMERCE AVE N<br>ST PETERSBURG, FL 33716<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1665 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,050.00 |
| 3.1277 | **Nonpriority creditor's name and mailing address**<br><br>NAGENDRA, SRIRANGA<br>2434 S UMBRELLA PL<br>BROKEN ARROW, OK 74012-9482<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9556 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,946.20 |
| 3.1278 | **Nonpriority creditor's name and mailing address**<br><br>NAKAYAMA, RHONDA<br>11689 E 83RD STREET N<br>APT D<br>OWASSO, OK 74055-2180<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8431 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,271.74 |
| 3.1279 | **Nonpriority creditor's name and mailing address**<br><br>NAKHAPAKORN, JANTIRA<br>3949 N PROSPECT AVE<br>MILWAUKEE, WI 53211-2423<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2417 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,490.91 |
| 3.1280 | **Nonpriority creditor's name and mailing address**<br><br>NAMEPLATES INC<br>325 S QUINCY AVE<br>TULSA, OK 74120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0085 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,601.66 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.1281**   **Nonpriority creditor's name and mailing address**

NAP GLADU JASPER FACILITY
1180 WERNSING RD
JASPER, IN  47546

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,859.34

---

**3.1282**   **Nonpriority creditor's name and mailing address**

NAPIER, TONI
1510 N CEDAR ST
OWASSO, OK  74055-4923

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$282.84

---

**3.1283**   **Nonpriority creditor's name and mailing address**

NAPLES FLATBREA
4929 E 71 ST
TULSA, OK  74136

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8477

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,217.72

---

**3.1284**   **Nonpriority creditor's name and mailing address**

NATIONAL CATERI
7412 E SEMINOLE ST
TULSA, OK  74115

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$244.17

---

**3.1285**   **Nonpriority creditor's name and mailing address**

NATIONAL CENTER FOR ATMOSPHERIC
RESEARCH
3090 CENTER GREEN DRIVE
BOULDER, CO  80301

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6427

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,160.00

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.1286**    **Nonpriority creditor's name and mailing address**

NATIONAL MACHIN
4880 HUDSON DR
STOW, OH 44224

**Date or dates debt was incurred**

**Last 4 digits of account number: 5257**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$191,918.00

---

**3.1287**    **Nonpriority creditor's name and mailing address**

NATIONAL SEALAN
33110 OLD HEMPSTEAD RD
MAGNOLIA, TX 77355

**Date or dates debt was incurred**

**Last 4 digits of account number: 0183**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$471.11

---

**3.1288**    **Nonpriority creditor's name and mailing address**

NATIONAL TECHNICAL SYSTEMS
1701 E PLANO PARKWAY
PLANO, TX 75074

**Date or dates debt was incurred**

**Last 4 digits of account number: 4407**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,140.00

---

**3.1289**    **Nonpriority creditor's name and mailing address**

NAVAL SUPPLY SYSTEMS COMMAND
700 ROBBINS AVE
PHILADELPHIA, PA 19111-5098

**Date or dates debt was incurred**

**Last 4 digits of account number: 1624**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$65,126.00

---

**3.1290**    **Nonpriority creditor's name and mailing address**

NAVE, JONATHON
207 E TAYLOR
CANEY, KS 67333-1104

**Date or dates debt was incurred**

**Last 4 digits of account number: 1755**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,720.88

---

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1291 | **Nonpriority creditor's name and mailing address**<br><br>NCH CORPORATION<br>2727 CHEMSEARCH BLVD<br>IRVING, TX  75062<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2179 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $36,990.34 |
| 3.1292 | **Nonpriority creditor's name and mailing address**<br><br>NDT SOLUTIONS I<br>10 1 AIRPORT RD<br>NEW RICHMOND, WI  54017<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4091 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $141,280.90 |
| 3.1293 | **Nonpriority creditor's name and mailing address**<br><br>NDT SYSTEMS INC<br>5542 BUCKINGHAM DR<br>HUNTINGTON BEACH, CA  92649<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4302 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,369.92 |
| 3.1294 | **Nonpriority creditor's name and mailing address**<br><br>NEAL, BRIAN<br>611 N ELIZABETH ST<br>SAPULPA, OK  74066-3112<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0179 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,280.64 |
| 3.1295 | **Nonpriority creditor's name and mailing address**<br><br>NEELY INDUSTRIES LLC<br>2704 W PIONEER PKWY<br>ARLINGTON, TX  76013<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1156 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $105.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1296 | **Nonpriority creditor's name and mailing address**<br><br>NEILL AIRCRAFT<br>1260 W 15 ST<br>LONG BEACH, CA 90813-1390<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0769** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,606.83 |
| 3.1297 | **Nonpriority creditor's name and mailing address**<br><br>NELSON, DAVID<br>13261 E 46TH ST<br>TULSA, OK 74134-5854<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1614** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,003.60 |
| 3.1298 | **Nonpriority creditor's name and mailing address**<br><br>NEOSOURCE INC<br>9422 E 55 PL<br>TULSA, OK 74145<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0144** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $170,639.64 |
| 3.1299 | **Nonpriority creditor's name and mailing address**<br><br>NET INSPECT LLC<br>25 CENTRAL WAY<br>KIRKLAND, WA 98033<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8782** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,000.00 |
| 3.1300 | **Nonpriority creditor's name and mailing address**<br><br>NETZER METALCRAFT INC<br>1600 W 41ST ST<br>BALTIMORE, MD 21211<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2082** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,175.80 |

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.1301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $232,157.00 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
NEUMEIER ENGINEERING INC
22610 88TH AVE S
KENT, WA  98031

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$232,157.00

---

3.1302 **Nonpriority creditor's name and mailing address**
NEWARK CORP
217 WILCOX RD
GAFFNEY, SC  29341

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$268.97

---

3.1303 **Nonpriority creditor's name and mailing address**
NGUYEN, AN
9208 E 89TH ST
TULSA, OK  74133-4437

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8556

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,772.21

---

3.1304 **Nonpriority creditor's name and mailing address**
NGUYEN, HA
1413 N ELM ST
OWASSO, OK  74055-4655

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$198.64

---

3.1305 **Nonpriority creditor's name and mailing address**
NGUYEN, NHAN
3406 W KNOXVILLE PL
BROKEN ARROW, OK  74012-0967

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$668.30

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1306** **Nonpriority creditor's name and mailing address**

NICE S R L
VIA MILLIAVACA 9
ASTI  14100
ITALY

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7623

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,000.00

---

**3.1307** **Nonpriority creditor's name and mailing address**

NICOLAS JR, CALVIN
613 S INDEPENDENCE
SAPULPA, OK  74066-5033

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5382

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,138.60

---

**3.1308** **Nonpriority creditor's name and mailing address**

NICOLOTTI, JENNIFER
4614 W. 90TH ST.
TULSA, OK  74132-3404

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2770

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$556.34

---

**3.1309** **Nonpriority creditor's name and mailing address**

NIKON METROLOGY
12701 GRAND RIVER RD
BRIGHTON, MI  48116

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4641

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,850.00

---

**3.1310** **Nonpriority creditor's name and mailing address**

NMC GROUP INC
2755 THOMPSON CREEK RD
POMONA, CA  91767-1861

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,113.00

| Part 2: | Additional Page | |
|---|---|---|

|  |  | **Amount of claim** |
|---|---|---|

**3.1311** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,703.98

NOBLE, GLENN
8310 N 158TH E AVE
OWASSO, OK  74055-7327

**Date or dates debt was incurred**

**Last 4 digits of account number: 2906**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1312** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,516.40

NOFIRE, RONALD
16607 S 203RD E AVE
BROKEN ARROW, OK  74014-6430

**Date or dates debt was incurred**

**Last 4 digits of account number: 2133**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1313** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,367.88

NOLEN, MIKE
6129 E 49 ST
TULSA, OK  74135-6808

**Date or dates debt was incurred**

**Last 4 digits of account number: 1322**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1314** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $216,143.42

NORDAM EUROPE LIMITED
HAWTIN PARK BLACKWOOD
SOUTH WALES, GWENT  NP12  2EU
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1315** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $237,204.78

NORDAM EUROPE LTD
HAWTIN PARK BLACKWOOD
SOUTH WALES, GW  NP12 2EU
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number: 2060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $179.50 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.1316

NORDAM INTERIORS & STRUCTURES
6910 N WHIRLPOOL DR
TULSA, OK 74117

**Date or dates debt was incurred**

**Last 4 digits of account number: 2010**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$179.50

---

3.1317

**Nonpriority creditor's name and mailing address**

NORDAM TRANSPARENCY EUROPE LIMITED
2 TUDOR ROAD
UNIT G
ALTRINCHAM BUSINESS PARK
ALTRINCHAM, CHESHIRE WA14 5RZ
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,068,114.01

---

3.1318

**Nonpriority creditor's name and mailing address**

NORINH, SINHSACK
6925 EAST 92ND STREET
TULSA, OK 74133-5319

**Date or dates debt was incurred**

**Last 4 digits of account number: 8795**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,951.42

---

3.1319

**Nonpriority creditor's name and mailing address**

NORINH, SITHIVONG
525 W 114TH
JENKS, OK 74037-3281

**Date or dates debt was incurred**

**Last 4 digits of account number: 2484**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,481.97

---

3.1320

**Nonpriority creditor's name and mailing address**

NORTH AMERICAN
1275 W ROOSEVELT RD
WEST CHICAGO, IL 60185

**Date or dates debt was incurred**

**Last 4 digits of account number: 0098**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$84.00

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,974.00 |
| | NORTH STAR AEROSPACE INC<br>1307 W VALLEY HWY N<br>AUBURN, WA 98001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number: 4676** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $105,683.36 |
| | NORTH STAR IMAG<br>19875 S DIAMOND LAKE RD<br>ROGERS, MN 55374 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number: 0770** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $718.64 |
| | NORTH, BEAU<br>1124 N KERN AVE.<br>OKMULGEE, OK 74447-4946 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>EMPLOYEE PTO | |
| | **Last 4 digits of account number: 2385** | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

| 3.1324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,110.00 |
| | NSI MI TECHNOLO<br>1125 SATELLITE BLVD<br>SUWANEE, GA 30024-4629 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number: 5426** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $640.00 |
| | NYCOTE LABORATO<br>12750 RAYMER ST<br>NORTH HOLLYWOOD, CA 91605 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number: 1473** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1326** **Nonpriority creditor's name and mailing address**

O2 CORPORATION
235 N WASHINGTON
WICHITA, KS  67202

**Date or dates debt was incurred**

**Last 4 digits of account number: 0511**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,836.06

---

**3.1327** **Nonpriority creditor's name and mailing address**

OAKES, TELLUS
5918 E 18TH ST
TULSA, OK  74112-7106

**Date or dates debt was incurred**

**Last 4 digits of account number: 4975**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,362.65

---

**3.1328** **Nonpriority creditor's name and mailing address**

OCEANAIR LINHAS AEREAS S/A
CNPJ 02.575.829/0075-84
SAO PAULO, SAO PAULO  04626 020
BRAZIL

**Date or dates debt was incurred**

**Last 4 digits of account number: 6012**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,225.00

---

**3.1329** **Nonpriority creditor's name and mailing address**

OCONNOR COMPANY
1850 N INDIANWOOD AVE
BROKEN ARROW, OK  74012

**Date or dates debt was incurred**

**Last 4 digits of account number: 0522**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$259.04

---

**3.1330** **Nonpriority creditor's name and mailing address**

OCR SERVICES IN
750 TERRADO PLAZA
COVINA, CA  91723

**Date or dates debt was incurred**

**Last 4 digits of account number: 3828**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,456.25

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $393.00 |
|---|---|---|---|

ODYSSEY RFID
7059 PRODUCTION CT
FLORENCE, KY 41042

**Date or dates debt was incurred**

**Last 4 digits of account number: 5860**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.1332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $7,986.83 |
|---|---|---|---|

OGLE JR, FLOYD
19824 E 115TH STREET SOUTH
BROKEN ARROW, OK 74014-4040

**Date or dates debt was incurred**

**Last 4 digits of account number: 1867**

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

| 3.1333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $12,519.08 |
|---|---|---|---|

OKLAHOMA CHILLE
9047 NEW SAPULPA RD
TULSA, OK 74131

**Date or dates debt was incurred**

**Last 4 digits of account number: 3672**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.1334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $301.94 |
|---|---|---|---|

OKLAHOMA FLUID
1906 N YELLOWOOD AVE
BROKEN ARROW, OK 74012

**Date or dates debt was incurred**

**Last 4 digits of account number: 4266**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.1335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $8,823.08 |
|---|---|---|---|

OKLAHOMA NATURA
401 N HARVEY AVE
OKLAHOMA CITY, OK 73102

**Date or dates debt was incurred**

**Last 4 digits of account number: 4679**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

---

**3.1336**    **Nonpriority creditor's name and mailing address**

OKLAHOMA RUBBER
3216 CHARLES PAGE BLVD
TULSA, OK 74127

**Date or dates debt was incurred**

**Last 4 digits of account number: 0063**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,532.04

---

**3.1337**    **Nonpriority creditor's name and mailing address**

OLDHAM, JUSTIN
8449 E 81ST ST APT 326
TULSA, OK 74133-8046

**Date or dates debt was incurred**

**Last 4 digits of account number: 3314**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$357.92

---

**3.1338**    **Nonpriority creditor's name and mailing address**

OLIVERA, FRANK
1260 OAK ROAD
CATOOSA, OK 74015-0501

**Date or dates debt was incurred**

**Last 4 digits of account number: 3499**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$216.34

---

**3.1339**    **Nonpriority creditor's name and mailing address**

OLYMPUS AMERICA
48 WOERD AVE
WALTHAM, MA 02453

**Date or dates debt was incurred**

**Last 4 digits of account number: 5261**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,664.24

---

**3.1340**    **Nonpriority creditor's name and mailing address**

OLYMPUS SCIENTI
241 RIVERVIEW AVE
NEWTON, MA 02466

**Date or dates debt was incurred**

**Last 4 digits of account number: 4909**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$255.00

---

| Part 2: | Additional Page | |
|---------|-----------------|---|

| | | Amount of claim |
|---|---|---|

| 3.1341 | **Nonpriority creditor's name and mailing address**<br>OMA SPA<br>VIA CAGLIARI 20<br>FOLIGNO, PG  06034<br>ITALY<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0746 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $733,972.95 |
| 3.1342 | **Nonpriority creditor's name and mailing address**<br>OMAHA AIRPLANE SUPPLY CO<br>1101 AVE H<br>CARTER LAKE, IA  51510<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2901 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,095.31 |
| 3.1343 | **Nonpriority creditor's name and mailing address**<br>OMEGA ENGINEERI<br>1 OMEGA DR<br>STAMFORD, CT  06907<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3086 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,162.74 |
| 3.1344 | **Nonpriority creditor's name and mailing address**<br>OMEGA PLASTICS<br>1420 VINYLEX DR<br>CARROLLTON, TX  75006<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8648 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,339.28 |
| 3.1345 | **Nonpriority creditor's name and mailing address**<br>OMNAVIA INTERIO<br>2550 EMPIRE DR<br>WINSTON-SALEM, NC  27103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5321 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,200.00 |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.1346** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,007.13

OMNI AEROSPACE INC
3130 W PAWNEE ST
WICHITA, KS 67213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 1494**

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim: $21,007.13**

---

**3.1347** | **Nonpriority creditor's name and mailing address**

OMNI PACKAGING CORP
12322 E 55 ST
TULSA, OK 74146

**Date or dates debt was incurred**

**Last 4 digits of account number: 0294**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim: $273,771.61**

---

**3.1348** | **Nonpriority creditor's name and mailing address**

ORANSKY, HOWARD
1916 N FIREWOOD AVE
BROKEN ARROW, OK 74012-1261

**Date or dates debt was incurred**

**Last 4 digits of account number: 2478**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

**Amount of claim: $66.84**

---

**3.1349** | **Nonpriority creditor's name and mailing address**

ORSBURN, CHARLES
333 WEST CHESTNUT ST
COWETA, OK 74429-2167

**Date or dates debt was incurred**

**Last 4 digits of account number: 3857**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

**Amount of claim: $2,096.23**

---

**3.1350** | **Nonpriority creditor's name and mailing address**

OTIS ELEVATOR C
1725 S MAIN ST
TULSA, OK 74119

**Date or dates debt was incurred**

**Last 4 digits of account number: 0885**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim: $3,179.55**

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.1351**    **Nonpriority creditor's name and mailing address**

OTTO CONTROLS
2 E MAIN ST
CARPENTERSVILLE, IL  60110-2693

**Date or dates debt was incurred**

**Last 4 digits of account number: 0737**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$97,895.08

---

**3.1352**    **Nonpriority creditor's name and mailing address**

OVERHEAD DOOR C
5730 E ADMIRAL PL
TULSA, OK  74115

**Date or dates debt was incurred**

**Last 4 digits of account number: 0515**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,402.16

---

**3.1353**    **Nonpriority creditor's name and mailing address**

OVERLAND RUBBER
9010 SWARNER ST
LENEXA, KS  66219

**Date or dates debt was incurred**

**Last 4 digits of account number: 1508**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,509.92

---

**3.1354**    **Nonpriority creditor's name and mailing address**

OVERTON, MARVIN
204 AMELIA LANE
ALEDO, TX  76008-4818

**Date or dates debt was incurred**

**Last 4 digits of account number: 9440**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$6,627.05

---

**3.1355**    **Nonpriority creditor's name and mailing address**

OWASSO FENCE CO
6817 N 115TH E AVE
OWASSO, OK  74055

**Date or dates debt was incurred**

**Last 4 digits of account number: 7848**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,200.00

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $892.19 |
|---|---|---|---|

OWENS, CLIFFORD
6325 E 4TH TER
TULSA, OK 74112-1709

**Date or dates debt was incurred**

**Last 4 digits of account number: 2801**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$892.19

---

3.1357   **Nonpriority creditor's name and mailing address**

OXFORD, FRANKLIN
7251 S HIGHWAY 97
SAPULPA, OK 74066-8812

**Date or dates debt was incurred**

**Last 4 digits of account number: 9043**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,988.63

---

3.1358   **Nonpriority creditor's name and mailing address**

OXWELL INC
600 E 16 ST
WELLINGTON, KS 67152-2803

**Date or dates debt was incurred**

**Last 4 digits of account number: 0689**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,453.62

---

3.1359   **Nonpriority creditor's name and mailing address**

PACE ANALYTICAL
9608 LOIRET BLVD
LENEXA, KS 66219

**Date or dates debt was incurred**

**Last 4 digits of account number: 4088**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,513.35

---

3.1360   **Nonpriority creditor's name and mailing address**

PACIFIC AIR IND
9650 DE SOTO AVE
CHATSWORTH, CA 91311

**Date or dates debt was incurred**

**Last 4 digits of account number: 0033**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,597.00

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.1361** | **Nonpriority creditor's name and mailing address**

PACIFIC COAST C
418 VALLEY AVE NW
LAKEWOOD, WA 98499

**Date or dates debt was incurred**

**Last 4 digits of account number: 5039**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,601.80

---

**3.1362** | **Nonpriority creditor's name and mailing address**

PACIFIC METALLU
925 5 AVE S
KENT, WA 98035

**Date or dates debt was incurred**

**Last 4 digits of account number: 4246**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$74.20

---

**3.1363** | **Nonpriority creditor's name and mailing address**

PACIFIC PRECISION PRODUCTS
9671 IRVINE CENTER DR
IRVINE, CA 92816

**Date or dates debt was incurred**

**Last 4 digits of account number: 0444**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,464.50

---

**3.1364** | **Nonpriority creditor's name and mailing address**

PADGETT MACHINE
1226 N 143 E AVE
TULSA, OK 74116-2120

**Date or dates debt was incurred**

**Last 4 digits of account number: 0209**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,530.86

---

**3.1365** | **Nonpriority creditor's name and mailing address**

PADGETT, RODNEY
424 W. UNION ST.
BROKEN ARROW, OK 74011-6876

**Date or dates debt was incurred**

**Last 4 digits of account number: 8885**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,006.82

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1366** **Nonpriority creditor's name and mailing address**

PADILLA, PAMELA
7866 E MARSHALL ST
TULSA, OK  74115-6930

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$94.26

---

**3.1367** **Nonpriority creditor's name and mailing address**

PALACIO, ARTHUR
1619 S 108 E AVE
TULSA, OK  74128-4826

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$386.70

---

**3.1368** **Nonpriority creditor's name and mailing address**

PALMER, BRANDON
12211 E 70TH ST N
OWASSO, OK  74055-2664

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6844

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,239.18

---

**3.1369** **Nonpriority creditor's name and mailing address**

PALMER, SCOTT
5508 E. 46TH STREET
UNIT B
TULSA, OK  74135-6715

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$14.02

---

**3.1370** **Nonpriority creditor's name and mailing address**

PARASOL AVIATION LTD
10444 MCVINE AVE
SUNLAND, CA  91040

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0791

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,752.85

Debtor   The NORDAM Group, Inc.                    Case number (if known) 18-11699

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1371**  **Nonpriority creditor's name and mailing address**

PARK AEROSPACE TECHNOLOGIES CORP
486 N OLIVER RD
NEWTON, KS  67114

**Date or dates debt was incurred**

**Last 4 digits of account number: 3901**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$312,354.93

---

**3.1372**  **Nonpriority creditor's name and mailing address**

PARKER HANNIFIN
220 ROBERTS CUT OFF RD
FT WORTH, TX  76114-3605

**Date or dates debt was incurred**

**Last 4 digits of account number: 0773**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$84,166.27

---

**3.1373**  **Nonpriority creditor's name and mailing address**

PARKER HANNIFIN CORPORATION
2220 PALMER AVE
KALAMAZOO, MI  49001-4165

**Date or dates debt was incurred**

**Last 4 digits of account number: 0326**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$183,633.09

---

**3.1374**  **Nonpriority creditor's name and mailing address**

PARKS, DON
1905 BROOKCLIFF DR
GREENSBORO, NC  27410-2547

**Date or dates debt was incurred**

**Last 4 digits of account number: 3231**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,201.98

---

**3.1375**  **Nonpriority creditor's name and mailing address**

PARNELL, LELAND
4039 E. 179TH ST.N.
SKIATOOK, OK  74070-4166

**Date or dates debt was incurred**

**Last 4 digits of account number: 5700**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$355.69

Debtor   The NORDAM Group, Inc.    Case number (if known) 18-11699

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

---

**3.1376**  **Nonpriority creditor's name and mailing address**

PARSONS, MARIA
4101 N PINE AVE
BROKEN ARROW, OK 74012-0471

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$309.04

---

**3.1377**  **Nonpriority creditor's name and mailing address**

PAS TECHNOLOGIES TREFFERS DIVISION
1021 N 22 AVE
PHOENIX, AZ 85009

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,582.00

---

**3.1378**  **Nonpriority creditor's name and mailing address**

PATRICK-ROBERSON, SHUANA
28030 EAST 148TH PLACE SOUTH
COWETA, OK 74429-5509

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$298.37

---

**3.1379**  **Nonpriority creditor's name and mailing address**

PATTERSON, JUSTIN
5221 BAHANA AVE
SAND SPRINGS, OK 74063-2123

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2863

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$252.25

---

**3.1380**  **Nonpriority creditor's name and mailing address**

PAU, EL
2527 E 88TH ST APT 506
TULSA, OK 74137-1122

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2979

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$862.83

---

Debtor    The NORDAM Group, Inc.                    Case number (if known) 18-11699-MFW
          (Name)

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.1381 | **Nonpriority creditor's name and mailing address**<br><br>PAYFACTORS GROU<br>15 BRAINTREE HILL OFFICE PARK<br>BRAINTREE, MA  02184<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9347** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,500.00 |
| 3.1382 | **Nonpriority creditor's name and mailing address**<br><br>PAYNE, TANESE<br>10919 E 110TH ST N<br>OWASSO, OK  74055-6618<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9975** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,320.00 |
| 3.1383 | **Nonpriority creditor's name and mailing address**<br><br>PEAK BATTERIES OF OKLAHOMA LLC<br>6554 E 41ST ST<br>TULSA, OK  74145<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 7998** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,947.40 |
| 3.1384 | **Nonpriority creditor's name and mailing address**<br><br>PEDNAR PRODUCTS INC<br>13130 SPRINT ST<br>BALDWIN PARK, CA  91706<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 6919** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,273.50 |
| 3.1385 | **Nonpriority creditor's name and mailing address**<br><br>PEERLESS AEROSP<br>141 EXECUTIVE BLVD<br>FARMINGDALE, NY  11735<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0307** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,792.18 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1386 | **Nonpriority creditor's name and mailing address**<br><br>PEGASUS MANUFACTURING INC<br>422 TIMBER RIDGE RD<br>MIDDLETOWN, CT 06457<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4866** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,692.60 |
| 3.1387 | **Nonpriority creditor's name and mailing address**<br><br>PENDERGRAPH SYS<br>6916 E 12 ST<br>TULSA, OK 74112<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2336** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,827.42 |
| 3.1388 | **Nonpriority creditor's name and mailing address**<br><br>PENN, TIMOTHY<br>5500 WEST 82ND ST.<br>TULSA, OK 74131-4444<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2672** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,207.24 |
| 3.1389 | **Nonpriority creditor's name and mailing address**<br><br>PENNINGTON, PAMELA<br>13855 S COUNTRY LANE<br>OOLOGAH, OK 74053-3933<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5573** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,722.03 |
| 3.1390 | **Nonpriority creditor's name and mailing address**<br><br>PENUEL, KENNDELA<br>25017 E 91ST PL S<br>BROKEN ARROW, OK 74014-7882<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3689** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $209.29 |

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1391 | **Nonpriority creditor's name and mailing address**<br>PERFEKTA INC<br>480 E 21 ST N<br>WICHITA, KS 67214<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3937** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $116,772.44 |
| 3.1392 | **Nonpriority creditor's name and mailing address**<br>PERKINELMER HEA<br>710 BRIDGEPORT AVE<br>SHELTON, CT 06484<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9077** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,490.00 |
| 3.1393 | **Nonpriority creditor's name and mailing address**<br>PERKINS, TODD<br>5550 W COUNTRY RD<br>SKIATOOK, OK 74070-3672<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3212** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,646.61 |
| 3.1394 | **Nonpriority creditor's name and mailing address**<br>PERRY II, LANE<br>15250 S 4080 RD<br>OOLOGAH, OK 74053-3541<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8695** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $5,220.02 |
| 3.1395 | **Nonpriority creditor's name and mailing address**<br>PERSON, DENISE<br>8355 OVERLOOK TRAIL<br>CLAREMORE, OK 74019-2503<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1588** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $65.40 |

Case number (if known) 18-11699

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

---

**3.1396** **Nonpriority creditor's name and mailing address**

PHAIDON INTERNATIONAL US INC
622 3RD AVENUE
6TH FLOOR
NEW YORK, NY 10017

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9637

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.1397** **Nonpriority creditor's name and mailing address**

PHARES, OWEN
14131 E 88TH ST. N
OWASSO, OK 74055-2602

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9392

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$349.27

---

**3.1398** **Nonpriority creditor's name and mailing address**

PHB INC
8152 W RIDGE RD
FAIRVIEW, PA 16415

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4891

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,622.40

---

**3.1399** **Nonpriority creditor's name and mailing address**

PHELPS, DOUG
7230 HICKORY ST
BEGGS, OK 74421-2113

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$2,599.14

---

**3.1400** **Nonpriority creditor's name and mailing address**

PHILLIPS & GOME
ONE WILLIAMS CENTER
TULSA, OK 74172

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8513

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,645.25

---

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.1401**  **Nonpriority creditor's name and mailing address**

PHOENIX RISING AVIATION
401 NW WILEY POST RD
BARTLESVILLE, OK 74005

**Date or dates debt was incurred**

**Last 4 digits of account number: 2321**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,250.00

---

**3.1402**  **Nonpriority creditor's name and mailing address**

PHOENIX SPECIAL
7433 MAIN HWY
BAMBERG, SC 29003

**Date or dates debt was incurred**

**Last 4 digits of account number: 0974**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,438.80

---

**3.1403**  **Nonpriority creditor's name and mailing address**

PIAGGIO AERO INDUSTRIES SPA
VIA CIBRARIO 4
GENOVA 16154
ITALY

**Date or dates debt was incurred**

**Last 4 digits of account number: 1441**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$284,526.57

---

**3.1404**  **Nonpriority creditor's name and mailing address**

PIKE, ARTHUR
11005 S 33RD WEST AVE
JENKS, OK 74037-6933

**Date or dates debt was incurred**

**Last 4 digits of account number: 6963**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$124.89

---

**3.1405**  **Nonpriority creditor's name and mailing address**

PINTA FOAMTEC I
2601 49TH AVE N
MINNEAPOLIS, MN 55430-3765

**Date or dates debt was incurred**

**Last 4 digits of account number: 0957**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,578.00

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1406** | **Nonpriority creditor's name and mailing address**

PIONEER FENCE C
3200 W KENOSHA
BROKEN ARROW, OK 74012

**Date or dates debt was incurred**

**Last 4 digits of account number: 0747**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,285.00

---

**3.1407** | **Nonpriority creditor's name and mailing address**

PITTMAN, ROLAND
1629 RIVERSIDE DRIVE #32
TULSA, OK 74119-4221

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1408** | **Nonpriority creditor's name and mailing address**

PLANESTOCKS LLC
12509 NW 44TH ST
CORAL SPRINGS, FL 33065

**Date or dates debt was incurred**

**Last 4 digits of account number: 4373**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,724.92

---

**3.1409** | **Nonpriority creditor's name and mailing address**

PLASCORE INC
615 N FAIRVIEW ST
ZEELAND, MI 49464

**Date or dates debt was incurred**

**Last 4 digits of account number: 3998**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,843.20

---

**3.1410** | **Nonpriority creditor's name and mailing address**

PLOCEK, LINDA
1915 N KINGSTON PLACE
TULSA, OK 74115-4309

**Date or dates debt was incurred**

**Last 4 digits of account number: 2746**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$651.35

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1411** | **Nonpriority creditor's name and mailing address**
PLX INC
40 W JEFRYN BLVD
DEER PARK, NY 11729

**Date or dates debt was incurred**

**Last 4 digits of account number: 4271**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim: $735.00**

---

**3.1412** | **Nonpriority creditor's name and mailing address**
PNEUDRAULICS IN
8575 HELMS AVE
RANCHO CUCAMONGA, CA 91730

**Date or dates debt was incurred**

**Last 4 digits of account number: 0658**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim: $21,581.00**

---

**3.1413** | **Nonpriority creditor's name and mailing address**
POINDEXTER, JACOB
3308 E JERSEY ST
BROKEN ARROW, OK 74014-8704

**Date or dates debt was incurred**

**Last 4 digits of account number: 1784**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

**Amount of claim: $2,128.68**

---

**3.1414** | **Nonpriority creditor's name and mailing address**
POLLARD, CLAY
PO BOX 33
KEIFER, OK 74041-0033

**Date or dates debt was incurred**

**Last 4 digits of account number: 2880**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

**Amount of claim: $912.34**

---

**3.1415** | **Nonpriority creditor's name and mailing address**
POLY LUX INC
1470 SPENCE ST
LOS ANGELES, CA 90023-3930

**Date or dates debt was incurred**

**Last 4 digits of account number: 1298**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim: $1,450.40**

| Debtor | The NORDAM Group, Inc. | Case number (if known) 18-11699 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1416 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,715.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PONCA PRODUCTS
2204 S MEAD ST
WICHITA, KS 67211-5020

**Date or dates debt was incurred**

**Last 4 digits of account number: 0624**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,715.00

---

3.1417 **Nonpriority creditor's name and mailing address**
PORTER, JAMES
395630 W 4100 RD
SKIATOOK, OK 74070-4413

**Date or dates debt was incurred**

**Last 4 digits of account number: 0280**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,447.64

---

3.1418 **Nonpriority creditor's name and mailing address**
POSEY, JEREMY
16186 S 257TH EAST AVE
COWETA, OK 74429-5245

**Date or dates debt was incurred**

**Last 4 digits of account number: 2753**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,327.56

---

3.1419 **Nonpriority creditor's name and mailing address**
POTEET, CLAIRE
2436 E 10TH ST.
APT. 104
TULSA, OK 74104-3741

**Date or dates debt was incurred**

**Last 4 digits of account number: 3350**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$101.39

---

3.1420 **Nonpriority creditor's name and mailing address**
POTTER, TIMOTHY
2620 S URBANA AVE
TULSA, OK 74114-4847

**Date or dates debt was incurred**

**Last 4 digits of account number: 2418**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,587.07

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.1421**   **Nonpriority creditor's name and mailing address**

POWELL ELECTRONICS INC
200 COMMODORE DR
LOGAN TOWNSHIP, NJ  08085

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$110,488.32

---

**3.1422**   **Nonpriority creditor's name and mailing address**

PPG AEROSPACE
24811 AVE ROCKEFELLER
VALENCIA, CA  91355-3468

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0244

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,777.76

---

**3.1423**   **Nonpriority creditor's name and mailing address**

PPG IND PRC DESOTO INTL
2750 114TH ST
GRAND PRAIRIE, TX  75050

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0075

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$242,150.82

---

**3.1424**   **Nonpriority creditor's name and mailing address**

PRATHER, SHERRI
15506 STATE HWY 20
SKIATOOK, OK  74070-6506

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$841.57

---

**3.1425**   **Nonpriority creditor's name and mailing address**

PRATT & WHITNEY CANADA CORP.
C/O MOLZAHN, REED & ROUSE, LLC
20 N CLARK STREET #2300
CHICAGO, IL  60602

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1426** | **Nonpriority creditor's name and mailing address**
PRATT, SHELBY
9002 N 157TH EAST AVE
OWASSO, OK  74055-8545

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$476.39

---

**3.1427** | **Nonpriority creditor's name and mailing address**
PRAXAIR DISTRIB
3805 E 20 ST
JOPLIN, MO  64801

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6639

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,319.91

---

**3.1428** | **Nonpriority creditor's name and mailing address**
PRECISION DRIVE
128 DURKEE LN
DALLAS, NC  28034

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2059

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,099.80

---

**3.1429** | **Nonpriority creditor's name and mailing address**
PRECISION FABRI
301 N ELM ST
GREENSBORO, NC  27401

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0295

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,965.60

---

**3.1430** | **Nonpriority creditor's name and mailing address**
PRECISION FITTING & GAUGE CO INC
1214 S JOPLIN AVE
TULSA, OK  74112

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$826.75

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1431**  **Nonpriority creditor's name and mailing address**

PRECISION MACHINE OF SAVANNAH
8 TELFAIR PL
SAVANNAH, GA  31415

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1672

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$362,181.00

---

**3.1432**  **Nonpriority creditor's name and mailing address**

PRESIDIO NETWOR
7601 ORA GLEN DRIVE
GREENBELT, MD  20770

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$123,179.34

---

**3.1433**  **Nonpriority creditor's name and mailing address**

PRESLEY, DARIN
20594 E 33RD PL N
CATOOSA, OK  74015-2329

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3686

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$398.04

---

**3.1434**  **Nonpriority creditor's name and mailing address**

PRESSNALL, LYNN
6930 N TRENTON
TULSA, OK  74126-1346

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5884

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$863.07

---

**3.1435**  **Nonpriority creditor's name and mailing address**

PRICE, ALEXANDER
5030S IRVINGTON AVE
TULSA, OK  74135-6866

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2735

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$226.10

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1436**

**Nonpriority creditor's name and mailing address**

PRICE, NICHOLAS
1868 E 16TH ST
TULSA, OK  74104-4903

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1861

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,224.76

---

**3.1437**

**Nonpriority creditor's name and mailing address**

PRINCE JR, RICHARD
5909 S 130TH WEST AVE
SAND SPRINGS, OK  74063-2372

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3443

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,841.20

---

**3.1438**

**Nonpriority creditor's name and mailing address**

PRINCE, JEREMY
1305 W 32ND
STILLWATER, OK  74074-7316

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0250

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$3,071.79

---

**3.1439**

**Nonpriority creditor's name and mailing address**

PROCTOR, JONATHAN
8923 N 152ND E AVE
OWASSO, OK  74055-8489

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1344

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,259.02

---

**3.1440**

**Nonpriority creditor's name and mailing address**

PRODUCT MFG COR
4425 BLDG A WEST MAY ST
WICHITA, KS  67209

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1485

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,687.52

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|
| 3.1441 | **Nonpriority creditor's name and mailing address**<br><br>PROJECTS INC<br>65 SEQUIN DR<br>GLASTONBURY, CT  06033<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4311 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $753.30 |

| 3.1442 | **Nonpriority creditor's name and mailing address**<br><br>PROSERV BUSINES<br>4444 S 74TH E AVE<br>TULSA, OK  74145<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1567 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,100.00 |

| 3.1443 | **Nonpriority creditor's name and mailing address**<br><br>PROSTEP INC<br>2125 BUTTERFIELD DR<br>TROY, MI  48084<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8017 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,007.68 |

| 3.1444 | **Nonpriority creditor's name and mailing address**<br><br>PROTECTIVE PACK<br>1746 W CROSBY RD<br>CARROLLTON, TX  75006<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0876 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $27,103.76 |

| 3.1445 | **Nonpriority creditor's name and mailing address**<br><br>PRUDENTIAL OVER<br>2721 OAKMONT DR<br>ROUND ROCK, TX  78665<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6848 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,572.76 |

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.1446** **Nonpriority creditor's name and mailing address**

PRYER AEROSPACE LLC - CLAREMORE
3301 CIEDA DR
CLAREMORE, OK  74017

**Date or dates debt was incurred**

**Last 4 digits of account number: 5119**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$170,642.80

---

**3.1447** **Nonpriority creditor's name and mailing address**

PRYER AEROSPACE LLC-TULSA
2230 N SHERIDAN RD
TULSA, OK  74115

**Date or dates debt was incurred**

**Last 4 digits of account number: 5118**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,014,792.54

---

**3.1448** **Nonpriority creditor's name and mailing address**

PRYER MACHINE
2230 N SHERIDAN RD
TULSA, OK  74115

**Date or dates debt was incurred**

**Last 4 digits of account number: 0078**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,752.14

---

**3.1449** **Nonpriority creditor's name and mailing address**

PRYOR, DEBORAH
4640 E INDEPENDENCE ST
TULSA, OK  74115-7433

**Date or dates debt was incurred**

**Last 4 digits of account number: 1754**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,555.73

---

**3.1450** **Nonpriority creditor's name and mailing address**

PRYOR, MATTHEW
906 S RUSSELL ST
SKIATOOK, OK  74070-2122

**Date or dates debt was incurred**

**Last 4 digits of account number: 0838**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,286.80

---

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1451**    **Nonpriority creditor's name and mailing address**      $80.63

PRYOR, THOMAS
18162 S RANCH RD
CLAREMORE, OK 74017-1926

**Date or dates debt was incurred**

**Last 4 digits of account number: 4853**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.1452**    **Nonpriority creditor's name and mailing address**      $397,652.05

PUBLIC SERVICE
212 E 6 ST
TULSA, OK 74119

**Date or dates debt was incurred**

**Last 4 digits of account number: 4398**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1453**    **Nonpriority creditor's name and mailing address**      $3,096.33

PURVIS, MICHAEL
27617 E. 64TH ST. S.
BROKEN ARROW, OK 74014-8555

**Date or dates debt was incurred**

**Last 4 digits of account number: 4569**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.1454**    **Nonpriority creditor's name and mailing address**      $425.66

PUTMAN, SANDRA
26775 E 71ST ST S
BROKEN ARROW, OK 74014-5602

**Date or dates debt was incurred**

**Last 4 digits of account number: 2842**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.1455**    **Nonpriority creditor's name and mailing address**      $156,508.04

QNDT SERVICES L
2601 E 28 ST
SIGNAL HILL, CA 90755

**Date or dates debt was incurred**

**Last 4 digits of account number: 4911**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

3.1456 **Nonpriority creditor's name and mailing address**

QUAKER CITY PLATING
11729 E WASHINGTON BLVD
WHITTIER, CA 90606

**Date or dates debt was incurred**

**Last 4 digits of account number: 2391**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,302.30

---

3.1457 **Nonpriority creditor's name and mailing address**

QUALITY PLATING CO OF TULSA INC
2665 N DARLINGTON
TULSA, OK 74115-2809

**Date or dates debt was incurred**

**Last 4 digits of account number: 0143**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,091.00

---

3.1458 **Nonpriority creditor's name and mailing address**

QUANTUM COMPOSI
1310 S VALLEY CENTER DR
BAY CITY, MI 48706-9798

**Date or dates debt was incurred**

**Last 4 digits of account number: 1499**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,840.00

---

3.1459 **Nonpriority creditor's name and mailing address**

QUEST ONE AEROS
570 W CROSSVILLE RD
ROSWELL, GA 30075

**Date or dates debt was incurred**

**Last 4 digits of account number: 2671**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,750.00

---

3.1460 **Nonpriority creditor's name and mailing address**

QUEZADA, MANUEL
7609 N 174TH E AVE
OWASSO, OK 74055-5825

**Date or dates debt was incurred**

**Last 4 digits of account number: 0970**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$635.77

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1461 | **Nonpriority creditor's name and mailing address**<br><br>QUINLAN INTERIO<br>513 S TRENTON AVE<br>TULSA, OK 74130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3965** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,580.00 |
| 3.1462 | **Nonpriority creditor's name and mailing address**<br><br>QUISENBERRY, BENJAMIN<br>10520 S. HUDSON PL<br>TULSA, OK 74137-7056<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9332** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,498.78 |
| 3.1463 | **Nonpriority creditor's name and mailing address**<br><br>QWEST AIR PARTS INC<br>4444 DELP ST<br>MEMPHIS, TN 38118<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1605** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $172,500.00 |
| 3.1464 | **Nonpriority creditor's name and mailing address**<br><br>R S HUGHES CO INC<br>2720 N SHERIDAN RD<br>TULSA, OK 74115<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0979** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $109,327.01 |
| 3.1465 | **Nonpriority creditor's name and mailing address**<br><br>RABBITT, KENNETH SCOTT<br>908 W. GLENWOOD ST.<br>BROKEN ARROW, OK 74011-6421<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 6234** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,397.81 |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1466**    **Nonpriority creditor's name and mailing address**

RADER, JAMES
6800 S CHESTNUT AVE
BROKEN ARROW, OK 74011-1879

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3323

**As of the petition filing date, the claim is:** $1,688.32
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.1467**    **Nonpriority creditor's name and mailing address**

RADFORD, JASON
3314 E 58TH STREET
TULSA, OK 74135-4149

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1703

**As of the petition filing date, the claim is:** $678.39
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.1468**    **Nonpriority creditor's name and mailing address**

RAGLIN, STEVE
P O BOX 1314
SAND SPRINGS, OK 74063-1314

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1996

**As of the petition filing date, the claim is:** $4,202.76
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.1469**    **Nonpriority creditor's name and mailing address**

RAINIER RUBBER CO
15660 NELSON PL S
SEATTLE, WA 98188

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0935

**As of the petition filing date, the claim is:** $85,678.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1470**    **Nonpriority creditor's name and mailing address**

RAMSEY, LLOYD
34066 W 181ST ST S
BRISTOW, OK 74010-2184

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9293

**As of the petition filing date, the claim is:** $1,454.12
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

| Part 2: | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

**3.1471** | **Nonpriority creditor's name and mailing address**

RANDALL, JOSEPH
15301 E 89TH CT N
OWASSO, OK  74055-8509

**Date or dates debt was incurred**

**Last 4 digits of account number: 2821**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$878.08

---

**3.1472** | **Nonpriority creditor's name and mailing address**

RANDOLPH, MICHAEL
11534 S 337 W AVE.
BRISTOW, OK  74010-2571

**Date or dates debt was incurred**

**Last 4 digits of account number: 8317**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,675.16

---

**3.1473** | **Nonpriority creditor's name and mailing address**

RANGER AIR AVIA
2670 EDMONDS LANE
LEWISVILLE, TX  75067

**Date or dates debt was incurred**

**Last 4 digits of account number: 4904**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,300.00

---

**3.1474** | **Nonpriority creditor's name and mailing address**

RAPID PROCESSIN
1367 S ANNA
WICHITA, KS  67209

**Date or dates debt was incurred**

**Last 4 digits of account number: 1486**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,650.00

---

**3.1475** | **Nonpriority creditor's name and mailing address**

RAPTOR MANUFACTURING LC
2252 S HOOVER RD
WICHITA, KS  67209

**Date or dates debt was incurred**

**Last 4 digits of account number: 4716**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,115.28

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|--|

**3.1476**    **Nonpriority creditor's name and mailing address**

RATLIFF, DONNA
1424 N COLLEGE AVE
TULSA, OK 74110-4802

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5537

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,405.68

---

**3.1477**    **Nonpriority creditor's name and mailing address**

RAY MACHINE INC
12 LYNBROOK RD
BALTIMORE, MD 21220

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,306.00

---

**3.1478**    **Nonpriority creditor's name and mailing address**

RAY, SHANNON
1001 N CEDAR ST
OWASSO, OK 74055-5553

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$52.36

---

**3.1479**    **Nonpriority creditor's name and mailing address**

RAYIDI, ANIL
7896 E.126TH ST. S.
APT #634
BIXBY, OK 74008-2484

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3298

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$4,616.89

---

**3.1480**    **Nonpriority creditor's name and mailing address**

RCF TECHNOLOGIES
320 COMMERCE LOOP
VIDALIA, GA 30474

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0596

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,894.84

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1481** **Nonpriority creditor's name and mailing address**

REAGAN WILKERSON, JUSTIN
2016 W DELMAR ST
BROKEN ARROW, OK  74012-7507

**Date or dates debt was incurred**

**Last 4 digits of account number: 3361**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$50.64

---

**3.1482** **Nonpriority creditor's name and mailing address**

REAGOR, BILLY
2618 EAST 8TH STREET APT. A
TULSA, OK  74014-3344

**Date or dates debt was incurred**

**Last 4 digits of account number: 2395**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,124.39

---

**3.1483** **Nonpriority creditor's name and mailing address**

REANS, SCOTT
3820 W ARCHER ST
TULSA, OK  74127-8150

**Date or dates debt was incurred**

**Last 4 digits of account number: 5052**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,313.68

---

**3.1484** **Nonpriority creditor's name and mailing address**

RED BUD AIR FILTER
5455 S 99TH E AVE
TULSA, OK  74146

**Date or dates debt was incurred**

**Last 4 digits of account number: 1481**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$72,082.25

---

**3.1485** **Nonpriority creditor's name and mailing address**

REDDICK, KEVIN
6850 HIDDEN ACRE TRAIL
OWASSO, OK  74055-6765

**Date or dates debt was incurred**

**Last 4 digits of account number: 6906**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$341.29

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1486 | **Nonpriority creditor's name and mailing address**<br>REDDY, VENKAT<br>4716 W LOUISVILLE PL<br>BROKEN ARROW, OK 74012-6032<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9597 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,356.64 |
|---|---|---|
| 3.1487 | **Nonpriority creditor's name and mailing address**<br>REDFEARN, JOSHUA<br>3215 BERMUDA DR<br>SAND SPRINGS, OK 74063-4412<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6660 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,121.10 |
| 3.1488 | **Nonpriority creditor's name and mailing address**<br>REDWINE, DAVID<br>10118 E 93RD ST N<br>OWASSO, OK 74055-6892<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3341 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,560.52 |
| 3.1489 | **Nonpriority creditor's name and mailing address**<br>REED, KELLEY<br>963 E. 36TH ST.<br>TULSA, OK 74105-3047<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2014 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,026.99 |
| 3.1490 | **Nonpriority creditor's name and mailing address**<br>REFINERY SUPPLY CO RSC<br>1104 N 105TH E AVE<br>TULSA, OK 74116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0142 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,142.92 |

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.1491 | **Nonpriority creditor's name and mailing address**<br><br>REGAL PLASTICS SUPPLY COMPANY INC<br>11612 E 58 ST<br>TULSA, OK 74146<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0061** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,491.48 |

| 3.1492 | **Nonpriority creditor's name and mailing address**<br><br>REISS PAINTING<br>1218 S JOPLIN<br>TULSA, OK 74112<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0923** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $12,628.00 |

| 3.1493 | **Nonpriority creditor's name and mailing address**<br><br>RELIANT DEFENSE<br>301 W JEFFERSON BLVD<br>FORT WAYNE, IN 46802<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5527** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,640.00 |

| 3.1494 | **Nonpriority creditor's name and mailing address**<br><br>REMINGTON, MICHAEL<br>PO BOX 1363<br>CUSHING, OK 74023-1363<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 6152** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $856.18 |

| 3.1495 | **Nonpriority creditor's name and mailing address**<br><br>RENISHAW INC<br>5277 TRILLIUM BLVD<br>HOFFMAN ESTATES, IL 60192<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2659** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $271.44 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

3.1496  **Nonpriority creditor's name and mailing address**

REPLOGLE, MARK
933 S 131ST EAST AVE
TULSA, OK 74108-2506

**Date or dates debt was incurred**

**Last 4 digits of account number: 2240**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$99.17

---

3.1497  **Nonpriority creditor's name and mailing address**

REPLOGLE, PEGGY
25259 E. 93RD ST. S.
BROKEN ARROW, OK 74014-7880

**Date or dates debt was incurred**

**Last 4 digits of account number: 8942**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$277.13

---

3.1498  **Nonpriority creditor's name and mailing address**

RESOURCES CONNE
320 S BOSTON AVE
TULSA, OK 74103

**Date or dates debt was incurred**

**Last 4 digits of account number: 8713**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,534.50

---

3.1499  **Nonpriority creditor's name and mailing address**

RETHERFORD, BILLY
1014 S. BATTLE RIDGE ROAD
CUSHING, OK 74023-6754

**Date or dates debt was incurred**

**Last 4 digits of account number: 5131**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,468.39

---

3.1500  **Nonpriority creditor's name and mailing address**

REXEL INC
13655 E 61 ST
BROKEN ARROW, OK 74012

**Date or dates debt was incurred**

**Last 4 digits of account number: 9509**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,856.18

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1501**    **Nonpriority creditor's name and mailing address**

REXNORD INDUSTR
2324 CURTISS ST
DOWNERS GROVE, IL 60515

**Date or dates debt was incurred**

**Last 4 digits of account number: 0734**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,478.36

---

**3.1502**    **Nonpriority creditor's name and mailing address**

REYNOLDS ADVANC
13700 DIPLOMAT DR
FARMERS BRANCH, TX 75234

**Date or dates debt was incurred**

**Last 4 digits of account number: 0132**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,169.07

---

**3.1503**    **Nonpriority creditor's name and mailing address**

RHEA, WESLEY
7203 S DENNIS BLVD
BROKEN ARROW, OK 74014-2610

**Date or dates debt was incurred**

**Last 4 digits of account number: 2987**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$532.48

---

**3.1504**    **Nonpriority creditor's name and mailing address**

RIBELIN SALES I
3857 MILLER PARK DR
GARLAND, TX 75042

**Date or dates debt was incurred**

**Last 4 digits of account number: 1614**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,521.80

---

**3.1505**    **Nonpriority creditor's name and mailing address**

RICHARD OVERMAN
5461 KENRIDGE DR
CINCINNATI, OH 45242

**Date or dates debt was incurred**

**Last 4 digits of account number: 5461**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | **Amount of claim** |
|---|---|---|

| 3.1506 | **Nonpriority creditor's name and mailing address**<br><br>RICHARDS, DANIEL<br>13217 W 78TH ST. SOUTH<br>SAPULPA, OK 74066-8181<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5642 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,146.34 |
| 3.1507 | **Nonpriority creditor's name and mailing address**<br><br>RICHARDSON, GINA<br>12818 S 114TH E AVE<br>BROKEN ARROW, OK 74011-5209<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3325 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $258.30 |
| 3.1508 | **Nonpriority creditor's name and mailing address**<br><br>RICHARDSON, LARRY<br>18242 S RANCH RD<br>CLAREMORE, OK 74019-1938<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0913 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $717.86 |
| 3.1509 | **Nonpriority creditor's name and mailing address**<br><br>RIFFLE, CHRISTOPHER<br>4012 W. QUEENS ST.<br>BROKEN ARROW, OK 74012-9153<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6772 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,485.86 |
| 3.1510 | **Nonpriority creditor's name and mailing address**<br><br>RIGGS, BRIAN<br>30990 S PUBLIC ST<br>INOLA, OK 74036-3159<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3520 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $601.42 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1511** | **Nonpriority creditor's name and mailing address**

RIO BRAVO INTER
12035 ROJAS DR
EL PASO, TX 79936

**Date or dates debt was incurred**

**Last 4 digits of account number: 9048**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,470.55

---

**3.1512** | **Nonpriority creditor's name and mailing address**

ROACH, JEFFERY
15354 N 55TH WEST AVE
SKIATOOK, OK 74070-4771

**Date or dates debt was incurred**

**Last 4 digits of account number: 2526**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$270.00

---

**3.1513** | **Nonpriority creditor's name and mailing address**

ROBERSON, MICHAEL
730 N 23RD WEST AVE
TULSA, OK 74127-5203

**Date or dates debt was incurred**

**Last 4 digits of account number: 9077**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,081.09

---

**3.1514** | **Nonpriority creditor's name and mailing address**

ROBERTS, BRENTON
14 W 43RD ST
SAND SPRINGS, OK 74063-3221

**Date or dates debt was incurred**

**Last 4 digits of account number: 1386**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,389.99

---

**3.1515** | **Nonpriority creditor's name and mailing address**

ROBERTS, DALE
504 MEADOWOOD DR
BROKEN ARROW, OK 74011-8611

**Date or dates debt was incurred**

**Last 4 digits of account number: 5497**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,863.57

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1516 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $784.91 |
|---|---|---|---|

3.1516 **Nonpriority creditor's name and mailing address**
ROBERTS, RUSTIN
18410 S 27TH W AVE
MOUNDS, OK  74047-4748

**Date or dates debt was incurred**

**Last 4 digits of account number: 9110**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$784.91

---

3.1517 **Nonpriority creditor's name and mailing address**
ROBINSON, CHRISTOPHER
4504 S. ELM
APT. 4504
BROKEN ARROW, OK  74011-4662

**Date or dates debt was incurred**

**Last 4 digits of account number: 2172**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,136.48

---

3.1518 **Nonpriority creditor's name and mailing address**
ROBINSON, JESSICA
P.O. BOX 803
COLLINSVILLE, OK  74021-0803

**Date or dates debt was incurred**

**Last 4 digits of account number: 2425**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,261.00

---

3.1519 **Nonpriority creditor's name and mailing address**
ROBINSON, JOHN
7220 S 230TH E AVE
BROKEN ARROW, OK  74014-2438

**Date or dates debt was incurred**

**Last 4 digits of account number: 1283**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,746.97

---

3.1520 **Nonpriority creditor's name and mailing address**
ROBISON, STEVE
648A EARTHSIDE DR
CLAREMORE, OK  74018-1503

**Date or dates debt was incurred**

**Last 4 digits of account number: 5725**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$83.64

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1521** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,939.04

RODERICK, JODI
16705 E 49TH PL
TULSA, OK 74134-7189

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6523

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1522** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $199.15

RODRIGUEZ, MICHAEL
19119 E 49TH ST
TULSA, OK 74134-7215

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2859

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1523** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $277.98

ROGERS, DANNY
11115 N 148TH EAST AVE
OWASSO, OK 74055-9424

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3332

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1524** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,579.12

ROGERS, DAVID
PO BOX 1613
612 GREENWOOD AVE.
MANNFORD, OK 74044-1613

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5059

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1525** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $278.59

ROGERS, IAN
2516 E 1ST ST
TULSA, OK 74104-1604

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3364

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| Debtor | The NORDAM Group, Inc. | Case number (if known) | 18-11699 |

(Name)

**Part 2:**  Additional Page

| | Amount of claim |
|---|---|

| 3.1526 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,473.94 |

3.1526 | **Nonpriority creditor's name and mailing address**

ROGERS, MARVIN
29247 S TOMAHAWK RD
CATOOSA, OK  74015-5955

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4076

**As of the petition filing date, the claim is:** $1,473.94
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

3.1527 | **Nonpriority creditor's name and mailing address**

ROLLED ALLOYS I
125 W STERNS RD
TEMPERANCE, MI  48182

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4798

**As of the petition filing date, the claim is:** $7,874.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.1528 | **Nonpriority creditor's name and mailing address**

ROLLS-ROYCE PLC
PO BOX 31
DERBY  DE248BJ
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3812

**As of the petition filing date, the claim is:** $36,119.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.1529 | **Nonpriority creditor's name and mailing address**

ROSCOE LUNDY IN
13164 E 133 ST N
COLLINSVILLE, OK  74021

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7873

**As of the petition filing date, the claim is:** $1,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.1530 | **Nonpriority creditor's name and mailing address**

ROSE, DUSTIN
4600 S HIGHWAY 28 UNIT 119
CHELSEA, OK  74016-1297

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3242

**As of the petition filing date, the claim is:** $543.56
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| Part 2: | Additional Page | | Amount of claim |
|---------|-----------------|--|-----------------|

**3.1531** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,684.93

ROTHLEIN, MICHAEL
2601 W WINSTON ST
BROKEN ARROW, OK  74011-1887

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 2831**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1532** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,108.70

ROUGHFACE, MITZII
9300 FREEDOM RD #618
SAPULPA, OK  74066-3223

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 2188**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1533** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,465.10

ROYAL VISTA PLA
12528 E 60 ST S
TULSA, OK  74146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 0484**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1534** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $473.85

RPM WOOD FINISH
22 S CENTER ST
HICKORY, NC  28602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 0827**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1535** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,272.19

RR DONNELLEY LO
P.O. BOX 932721
CLEVELAND, OH  44193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 8928**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1536** **Nonpriority creditor's name and mailing address**

RR DONNELLEY LOGISTICS SVCS WORLDWI
DBA DLS WORLDWIDE
P.O. BOX 932721
CLEVELAND, OH  44193

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1396

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,762.00

**3.1537** **Nonpriority creditor's name and mailing address**

RUBBERCRAFT COR
3701 CONANT ST
LONG BEACH, CA  90808

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0525

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,245.95

**3.1538** **Nonpriority creditor's name and mailing address**

RUBIO, GUSTAVO
11636 N 103RD EAST AVE
COLLINSVILLE, OK  74021-4821

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2438

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,437.27

**3.1539** **Nonpriority creditor's name and mailing address**

RUBOTTOM, JOHN
9004 N 134TH EAST AVE
OWASSO, OK  74055-2554

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2196

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,462.22

**3.1540** **Nonpriority creditor's name and mailing address**

RUSH, BRADY
16674 W. KING ST.
SAPULPA, OK  74066-3075

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8485

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,438.60

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1541** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,676.51
Check all that apply.

RUSH, BRIAN
16505 W KING ST
SAPULPA, OK  74066-2946

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 9004**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1542** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,554.78
Check all that apply.

RUSS, ROGER
14851 E. 430RD
CLAREMORE, OK  74017-3499

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 1800**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1543** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $411.01
Check all that apply.

RUSSELL, JAMES
7850 N 161 E CT
OWASSO, OK  74055-5941

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 9797**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1544** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3.69
Check all that apply.

RUTTER, JOSHUA
21744 SUMMIT TRL
CLAREMORE, OK  74019-1814

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 3366**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1545** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $55.32
Check all that apply.

RYKERT, DANIEL
8107 E 93RD STREET UNIT 1209
TULSA, OK  74133-5530

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 3358**

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1546** | **Nonpriority creditor's name and mailing address**

S&S INDUSTRIAL
6309 N 131ST EAST AVE
OWASSO, OK  74055

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1835

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$56.85

---

**3.1547** | **Nonpriority creditor's name and mailing address**

SABIC POLYMERSH
2600 C W ALBANY ST
BROKEN ARROW, OK  74012

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2497

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,761.29

---

**3.1548** | **Nonpriority creditor's name and mailing address**

SADLER, LISA
25142 S. LARIAT CT
CLAREMORE, OK  74019-4385

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2832

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$686.91

---

**3.1549** | **Nonpriority creditor's name and mailing address**

SAFETY KLEEN SY
16319 E MARSHALL ST
TULSA, OK  74116

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$618.97

---

**3.1550** | **Nonpriority creditor's name and mailing address**

SAFETY SAVVY LL
1638 SOUTH CARSON SUITE 1123
TULSA, OK  74119

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3274

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,640.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1551** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $69,241.33

SAINT GOBAIN MG
ROBERT BOSCH STRASSE 17
LINDAU, 09  88131
GERMANY

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0419

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1552** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $41,017.00

SAINT LOUIS DES
11417 FM 1625
CREEDMORE, TX  78610

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0793

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1553** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $114,838.74

SALEM DISTRIBUT
5901 GUN CLUB RD
WINSTON SALEM, NC  27103

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1957

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1554** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,487.69

SAMMS, PATRICIA
3301 NORTH ELM AVENUE
APT. #1105
BROKEN ARROW, OK  74012-7980

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1825

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1555** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,106.22

SANCHEZ, JOSE
1000  S WILLOW AVE
BROKEN ARROW, OK  74012-4518

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9623

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1556** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $481.54

SANCHEZ, PATRICK
15108 E 36TH ST
TULSA, OK 74134-4841

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 3232**

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1557** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,020.00

SANDERS COMPOSITES INC
4075 RUFFIN RD
SAN DIEGO, CA 92123

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 5336**

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1558** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,997.72

SANDERS, JODY
16410 E 49TH ST
TULSA, OK 74134-7193

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 3619**

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1559** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,125.04

SANDERS, TYLER
16410 E 49TH ST
TULSA, OK 74134-7193

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 2148**

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1560** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $577.14

SANTIAGO, LUIS
564 E 138TH PL
GLENPOOL, OK 74033-2831

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number: 9863**

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.1561 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $631,391.00 |
| --- | --- | --- | --- |

SARGENT CONTROLS & AEROSPACE
5675 W BURLINGAME RD
TUCSON, AZ  85750

**Date or dates debt was incurred**

**Last 4 digits of account number: 0781**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1562 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34,170.69 |
| --- | --- | --- | --- |

SATAIR USA INC
11255 NW 106
MIAMI, FL  33178

**Date or dates debt was incurred**

**Last 4 digits of account number: 0334**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1563 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,065.21 |
| --- | --- | --- | --- |

SCHAEFER, BETH
4006 S. MAPLE AVE.
SAND SPRINGS, OK  74063-4428

**Date or dates debt was incurred**

**Last 4 digits of account number: 9911**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.1564 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,880.47 |
| --- | --- | --- | --- |

SCHENKER INC
600 E DALLAS RD
GRAPEVINE, TX  76051

**Date or dates debt was incurred**

**Last 4 digits of account number: 3454**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1565 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,702.90 |
| --- | --- | --- | --- |

SCHLEGEL, BRIAN
6947 HIDDEN ACRE TRAIL
OWASSO, OK  74055-6292

**Date or dates debt was incurred**

**Last 4 digits of account number: 1460**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

---

**3.1566**   **Nonpriority creditor's name and mailing address**

SCHNACKE, GARY
413 N FOREST RIDGE BLVD
BROKEN ARROW, OK 74014-2761

**Date or dates debt was incurred**

**Last 4 digits of account number: 3270**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$760.19

---

**3.1567**   **Nonpriority creditor's name and mailing address**

SCHWENDEMANN, JACOB
1712 S 4TH ST
BROKEN ARROW, OK 74012-6523

**Date or dates debt was incurred**

**Last 4 digits of account number: 1955**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,472.88

---

**3.1568**   **Nonpriority creditor's name and mailing address**

SCOTT RICE
2900-A N HEMLOCK CIRCLE
BROKEN ARROW, OK 74012

**Date or dates debt was incurred**

**Last 4 digits of account number: 3124**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$901.15

---

**3.1569**   **Nonpriority creditor's name and mailing address**

SCROGGINS, DANNY
16152 S 4130 RD
CLAREMORE, OK 74017-0091

**Date or dates debt was incurred**

**Last 4 digits of account number: 0616**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$43.58

---

**3.1570**   **Nonpriority creditor's name and mailing address**

SDC TECHNOLOGIES INC
45 PARKER
IRVINE, CA 92618

**Date or dates debt was incurred**

**Last 4 digits of account number: 5013**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,620.00

---

Debtor   The NORDAM Group, Inc.   Case number (if known) 18-11699 (MFW)
         (Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.1571 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $167.60 |
| --- | --- | --- | --- |

SEAL COMPANY EN
1558 N 107 E AVE
TULSA, OK  74116

**Date or dates debt was incurred**

**Last 4 digits of account number: 0387**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1572 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,778.80 |
| --- | --- | --- | --- |

SEAL SCIENCE INC
17131 DAIMLER ST
IRVINE, CA  92614

**Date or dates debt was incurred**

**Last 4 digits of account number: 5612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1573 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $760.33 |
| --- | --- | --- | --- |

SEALS, SONYA
2613 W HASKELL PLACE
TULSA, OK  74127-5127

**Date or dates debt was incurred**

**Last 4 digits of account number: 0418**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.1574 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23,282.10 |
| --- | --- | --- | --- |

SEALTH AERO MARINE
16001 MILL CREEK BLVD SE
MILL CREEK, WA  98012

**Date or dates debt was incurred**

**Last 4 digits of account number: 0792**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1575 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $786.23 |
| --- | --- | --- | --- |

SEARA, DENISE
641 E 140 ST
GLENPOOL, OK  74033-2924

**Date or dates debt was incurred**

**Last 4 digits of account number: 3017**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.1576**   **Nonpriority creditor's name and mailing address**

SECRIST, KAYLA
13109 E 89TH ST N
OWASSO, OK 74055-4775

**Date or dates debt was incurred**

**Last 4 digits of account number: 1890**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$554.63

---

**3.1577**   **Nonpriority creditor's name and mailing address**

SEDWICK, NICHOLAS
1232 S ATLANTA AVE
TULSA, OK 74104-4307

**Date or dates debt was incurred**

**Last 4 digits of account number: 3316**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$280.10

---

**3.1578**   **Nonpriority creditor's name and mailing address**

SELBY FURNITURE HARDWARE
321 RIDER AVE
BRONX, NY 10451

**Date or dates debt was incurred**

**Last 4 digits of account number: 2891**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$117.60

---

**3.1579**   **Nonpriority creditor's name and mailing address**

SENIOR OPERATIO
1075 PROVIDENCE HWY
SHARON, MA 02067

**Date or dates debt was incurred**

**Last 4 digits of account number: 0125**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,600.00

---

**3.1580**   **Nonpriority creditor's name and mailing address**

SENSITECH INC
800 CUMMINGS CENTER
BEVERLY, MA 01915

**Date or dates debt was incurred**

**Last 4 digits of account number: 1388**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,417.83

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.1581 | **Nonpriority creditor's name and mailing address**<br><br>SEY TEC INC<br>8825 BUD JENSEN DR<br>N RICHLAND HILLS, TX  76180<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1531 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,176.60 |
| 3.1582 | **Nonpriority creditor's name and mailing address**<br><br>SEYER INDUSTRIE<br>66 PATMOS CT<br>ST PETERS, MO  63376<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2208 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $570,382.00 |
| 3.1583 | **Nonpriority creditor's name and mailing address**<br><br>SEYLLER, EDWARD<br>1114 W VICKSBURG CT.<br>BROKEN ARROW, OK  74011-1552<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6625 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,805.75 |
| 3.1584 | **Nonpriority creditor's name and mailing address**<br><br>SHAEFFER, CLIFFORD<br>13813 EAST 93RD CIRCLE NORTH<br>OWASSO, OK  74055-5350<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2684 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,714.21 |
| 3.1585 | **Nonpriority creditor's name and mailing address**<br><br>SHARPENING SPEC<br>2124 S EDWARDS<br>WICHITA, KS  67213<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1456 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,812.75 |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|--|--|--|

**3.1586** | **Nonpriority creditor's name and mailing address**
SHAW, KENNETH
P O BOX 433
SAPULPA, OK 74067-0433

**Date or dates debt was incurred**

**Last 4 digits of account number: 3593**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,939.02

---

**3.1587** | **Nonpriority creditor's name and mailing address**
SHAW, VALERIE
1324 W MARSHALL ST
TULSA, OK 74127-5321

**Date or dates debt was incurred**

**Last 4 digits of account number: 3609**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,412.52

---

**3.1588** | **Nonpriority creditor's name and mailing address**
SHELTON INDUSTRIAL PATTERN INC
8925 ZEV AVE
BERKELEY, MO 63134

**Date or dates debt was incurred**

**Last 4 digits of account number: 0216**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,453.20

---

**3.1589** | **Nonpriority creditor's name and mailing address**
SHELTON, TYSON
1307 MEADOW LN
BARTLESVILLE, OK 74006-5322

**Date or dates debt was incurred**

**Last 4 digits of account number: 0807**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$705.10

---

**3.1590** | **Nonpriority creditor's name and mailing address**
SHEPHERD, DOUGLAS
6543 S 111TH E AVE
TULSA, OK 74133-1632

**Date or dates debt was incurred**

**Last 4 digits of account number: 1226**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,690.81

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1591 | **Nonpriority creditor's name and mailing address**<br><br>SHEPPARD, MARK<br>102 COBBLERS CT<br>POOLER, GA 31322-4927<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3330 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $360.37 |
| 3.1592 | **Nonpriority creditor's name and mailing address**<br><br>SHI INTERNATION<br>290 DAVIDSON AVE<br>SOMERSET, NJ 08873<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3057 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $132,847.21 |
| 3.1593 | **Nonpriority creditor's name and mailing address**<br><br>SHINE WIRE PRODUCTS INC<br>25 PRINT WORKS DR<br>ADAMS, MA 01220<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3541 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35,937.00 |
| 3.1594 | **Nonpriority creditor's name and mailing address**<br><br>SHIRLEY, JANET<br>616 MILL ST.<br>BARTLESVILLE, OK 74003-3919<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0827 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $380.60 |
| 3.1595 | **Nonpriority creditor's name and mailing address**<br><br>SHOAF, VERNON<br>620 S HEMLOCK AVE<br>BROKEN ARROW, OK 74012-3243<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5050 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,265.20 |

| Debtor | The NORDAM Group, Inc. | Case number (if known) 18-11699 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1596 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $89.66 |
|---|---|---|---|

3.1596 **Nonpriority creditor's name and mailing address**
SHOCKLEY, DEBRA
19305A E HIGHWAY 20
CLAREMORE, OK  74019-3304

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$89.66

---

3.1597 **Nonpriority creditor's name and mailing address**
SHOOPMAN, JEFFREY
11648 SHELL CREEK RD.
SAND SPRINGS, OK  74063-5729

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$590.72

---

3.1598 **Nonpriority creditor's name and mailing address**
SIEGFRIED, BAILEY
2440 E 28TH ST
TULSA, OK  74114-5611

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$19,419.99

---

3.1599 **Nonpriority creditor's name and mailing address**
SIEGFRIED, J
2109 E 30TH PL
TULSA, OK  74114-5429

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEFERRED COMP AND PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$24,278.89

---

3.1600 **Nonpriority creditor's name and mailing address**
SIEGFRIED, RAEGEN
2660 S. BIRMINGHAM PL #L
TULSA, OK  74114-4322

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2386

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$857.20

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1601 | **Nonpriority creditor's name and mailing address**<br><br>SIEGFRIED, THEODORE<br>1356 E. 27TH PLACE<br>TULSA, OK 74114-5403<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8584** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DEFERRED COMP AND PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $64,444.49 |
| 3.1602 | **Nonpriority creditor's name and mailing address**<br><br>SIEMENS PRODUCT<br>5800 GRANITE PKWY<br>PLANO, TX 75024<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9227** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,364.95 |
| 3.1603 | **Nonpriority creditor's name and mailing address**<br><br>SIGMA TECHNOLOG<br>607 E SONTERRA BLVD<br>SAN ANTONIO, TX 78258<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8678** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $232,115.46 |
| 3.1604 | **Nonpriority creditor's name and mailing address**<br><br>SILVA, PERLA<br>10510 N NEW HAVEN AVE<br>SPERRY, OK 74073-4552<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3285** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $282.08 |
| 3.1605 | **Nonpriority creditor's name and mailing address**<br><br>SIMMONS, TORRENCE<br>4314 E 67TH ST UNIT 667<br>TULSA, OK 74136-2916<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3247** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $441.64 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.1606** **Nonpriority creditor's name and mailing address**

SIMONS, STUART
13650 N. 161ST EAST AVE
COLLINSVILLE, OK 74021-6143

**Date or dates debt was incurred**

**Last 4 digits of account number: 4623**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,435.07

---

**3.1607** **Nonpriority creditor's name and mailing address**

SIMPLEX GRINNEL
6111 NEW SAPULPA RD
TULSA, OK 74131-2648

**Date or dates debt was incurred**

**Last 4 digits of account number: 2160**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,192.14

---

**3.1608** **Nonpriority creditor's name and mailing address**

SIMPSON, LEE
3150 S ZUNIS AVE
TULSA, OK 74105-2233

**Date or dates debt was incurred**

**Last 4 digits of account number: 9394**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$5,300.58

---

**3.1609** **Nonpriority creditor's name and mailing address**

SIMS, LARRY
P.O BOX 756
KIEFER, OK 74041-0756

**Date or dates debt was incurred**

**Last 4 digits of account number: 0486**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,623.43

---

**3.1610** **Nonpriority creditor's name and mailing address**

SINCLAIR & SONS CUSTOM WELDING
1023 S SANTA FE
WICHITA, KS 67037

**Date or dates debt was incurred**

**Last 4 digits of account number: 0462**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,773.84

---

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1611** **Nonpriority creditor's name and mailing address**

SINE, THORPE
14560 S. JUSTIN AVE
GLENPOOL, OK  74033-0782

**Date or dates debt was incurred**

**Last 4 digits of account number: 3680**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$322.45

---

**3.1612** **Nonpriority creditor's name and mailing address**

SINGLE SOURCE I
3685 S 73 E AVE
TULSA, OK  74145

**Date or dates debt was incurred**

**Last 4 digits of account number: 4946**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,399.28

---

**3.1613** **Nonpriority creditor's name and mailing address**

SINGLETON, RODNEY
2215 N XANTHUS AVE
TULSA, OK  74110-2029

**Date or dates debt was incurred**

**Last 4 digits of account number: 2421**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$915.95

---

**3.1614** **Nonpriority creditor's name and mailing address**

SIRMON, ROGER
9897 E NORTHLEA
CLAREMORE, OK  74017-1496

**Date or dates debt was incurred**

**Last 4 digits of account number: 3202**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,946.59

---

**3.1615** **Nonpriority creditor's name and mailing address**

SISCO, RICKY
HC61 BOX 225
LENAPAH, OK  74042-9726

**Date or dates debt was incurred**

**Last 4 digits of account number: 1785**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,349.16

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1616 | **Nonpriority creditor's name and mailing address**<br><br>SISNEY, JARROD<br>RR 1 BOX 336-2<br>WANN, OK 74083-0000<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1115** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $132.93 |
| 3.1617 | **Nonpriority creditor's name and mailing address**<br><br>SITA USA INC<br>3100 CUMBERLAND BLVD<br>ATLANTA, GA 30339<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 7398** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,112.42 |
| 3.1618 | **Nonpriority creditor's name and mailing address**<br><br>SKAGGS, LEISHA<br>23505 E. 135TH ST. S.<br>COWETA, OK 74429-6754<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0041** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $86.14 |
| 3.1619 | **Nonpriority creditor's name and mailing address**<br><br>SKANDIA INC<br>5000 N HWY 251<br>DAVIS JUNCTION, IL 61020<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0805** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,120.84 |
| 3.1620 | **Nonpriority creditor's name and mailing address**<br><br>SKYBUS LLC<br>6352 AIRWAY DR<br>INDIANAPOLIS, IN 46241<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3231** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1621** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$808.48**

SMALLEY, KRISTA
18620 E 46TH ST S
TULSA, OK  74134-5508

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 3040

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1622** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$370,276.00**

SMITH BROTHERS TOOL CO
50600 CORPORATE DR
SHELBY TOWNSHIP, MI  48315

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 4561

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1623** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$616.19**

SMITH, BLAKE
2906 S. WATER ST.
SAPULPA, OK  74066-9553

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 9768

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1624** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$810.08**

SMITH, CHAD
14000 N 145TH EAST AVE
COLLINSVILLE, OK  74021-3643

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 0235

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1625** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,117.48**

SMITH, CLIFFORD
14503 N 149TH EAST AVE
COLLINSVILLE, OK  74021-5638

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 1546

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1626** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,803.01

SMITH, DREW
11650 N 103RD EAST AVE
COLLINSVILLE, OK  74021-4821

**Date or dates debt was incurred**

**Last 4 digits of account number: 2407**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1627** | **Nonpriority creditor's name and mailing address** | $2,255.31

SMITH, JEREMY
300 S. 64TH STREET
BROKEN ARROW, OK  74014-6992

**Date or dates debt was incurred**

**Last 4 digits of account number: 1514**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1628** | **Nonpriority creditor's name and mailing address** | $1,320.81

SMITH, KEVIN
1379 E. OLD KEYSTONE RD.
CLEVELAND, OK  74020-9700

**Date or dates debt was incurred**

**Last 4 digits of account number: 5594**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1629** | **Nonpriority creditor's name and mailing address** | $5,376.87

SMITH, REX
P O BOX 609
BROKEN ARROW, OK  74013-0609

**Date or dates debt was incurred**

**Last 4 digits of account number: 2875**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1630** | **Nonpriority creditor's name and mailing address** | $12.01

SMITH, SHARON
RT 2 BOX 85-300
NOWATA, OK  74048-9505

**Date or dates debt was incurred**

**Last 4 digits of account number: 8986**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1631** | **Nonpriority creditor's name and mailing address**

SMITH, STACY
9434 COLONIAL DR
CLAREMORE, OK  74019-1783

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2783

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,265.35

---

**3.1632** | **Nonpriority creditor's name and mailing address**

SNELL INFRARED
322 N MAIN ST STE 8
BARRE, VT  05641

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2775

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,400.00

---

**3.1633** | **Nonpriority creditor's name and mailing address**

SNOWDEN ENGINEE
8128 E 63 ST
TULSA, OK  74133

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9171

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$750.00

---

**3.1634** | **Nonpriority creditor's name and mailing address**

SOLAR TURBINES
4217 W SEATTLE ST
BROKEN ARROW, OK  74012

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$64,001.91

---

**3.1635** | **Nonpriority creditor's name and mailing address**

SONATEST
12775 COGBURN
SAN ANTONIO, TX  78249

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4251

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$190.00

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1636** | **Nonpriority creditor's name and mailing address**

SOURCE ONE SPAR
12141 WICKCHESTER LN
HOUSTON, TX 77079

**Date or dates debt was incurred**

**Last 4 digits of account number: 1158**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$199,000.00

---

**3.1637** | **Nonpriority creditor's name and mailing address**

SOUTHEASTERN FR
420 DAVAGA RD
LEXINGTON, SC 29073

**Date or dates debt was incurred**

**Last 4 digits of account number: 3566**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,263.28

---

**3.1638** | **Nonpriority creditor's name and mailing address**

SOUTHERN MATERI
8818 E 44 ST
TULSA, OK 74145

**Date or dates debt was incurred**

**Last 4 digits of account number: 0869**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$271.53

---

**3.1639** | **Nonpriority creditor's name and mailing address**

SOUTHERN PLASTI
408 W 2 AVE
OWASSO, OK 74055

**Date or dates debt was incurred**

**Last 4 digits of account number: 0496**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,174.38

---

**3.1640** | **Nonpriority creditor's name and mailing address**

SOUTHERN PRIDE
9645 SCRANTON RD
SAN DIEGO, CA 92121

**Date or dates debt was incurred**

**Last 4 digits of account number: 0618**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$64,070.44

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1641** **Nonpriority creditor's name and mailing address**

SOUTHERN RUBBER
2637 E MARSHALL ST
TULSA, OK 74110-4757

**Date or dates debt was incurred**

**Last 4 digits of account number: 0775**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,285.04

---

**3.1642** **Nonpriority creditor's name and mailing address**

SOUTHERN SHEET
1225 E 2ND ST
TULSA, OK 74120

**Date or dates debt was incurred**

**Last 4 digits of account number: 3596**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,383.00

---

**3.1643** **Nonpriority creditor's name and mailing address**

SOUTHERN TIRE MART LLC
40 N 129TH E AVE
TULSA, OK 74116

**Date or dates debt was incurred**

**Last 4 digits of account number: 5226**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,158.86

---

**3.1644** **Nonpriority creditor's name and mailing address**

SOUTHWEST UNITED INDUSTRIES INC
422 S ST LOUIS
TULSA, OK 74120

**Date or dates debt was incurred**

**Last 4 digits of account number: 0329**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,375.60

---

**3.1645** **Nonpriority creditor's name and mailing address**

SPECIALTY POLYM
P.O. BOX 299
WOODBURN, OR 97071

**Date or dates debt was incurred**

**Last 4 digits of account number: 2106**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$661.50

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1646 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37,509.40 |

**3.1646**

**Nonpriority creditor's name and mailing address**

SPECTECH USA IN
6203 S 39 W AVE
TULSA, OK 74132

**Date or dates debt was incurred**

**Last 4 digits of account number: 5376**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $37,509.40

---

**3.1647**

**Nonpriority creditor's name and mailing address**

SPECTRONICS COR
956 BRUSH HOLLOW RD
WESTBURY, NY 11590

**Date or dates debt was incurred**

**Last 4 digits of account number: 4917**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $222.50

---

**3.1648**

**Nonpriority creditor's name and mailing address**

SPENCE, JUSTIN
15001 E 90TH ST N
OWASSO, OK 74055-8486

**Date or dates debt was incurred**

**Last 4 digits of account number: 2178**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Amount of claim: $1,198.90

---

**3.1649**

**Nonpriority creditor's name and mailing address**

SPENCER REED CO
100 OCEANGATE
LONG BEACH, CA 90802

**Date or dates debt was incurred**

**Last 4 digits of account number: 5106**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $16,672.70

---

**3.1650**

**Nonpriority creditor's name and mailing address**

SPINCRAFT
16100 W BELOIT RD
NEW BERLIN, WI 53151

**Date or dates debt was incurred**

**Last 4 digits of account number: 0222**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $30,528.00

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1651** **Nonpriority creditor's name and mailing address**

SPIRIT AEROSYSTEMS INC
3801 S OLIVER
WICHITA, KS  67278-0008

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,215.00

---

**3.1652** **Nonpriority creditor's name and mailing address**

SPOERL, WILLIAM
28607 E 104TH ST S
COWETA, OK  74429-6467

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8864

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,494.51

---

**3.1653** **Nonpriority creditor's name and mailing address**

SPRAY EQUIPMENT
4143 S 88TH E AVE
TULSA, OK  74145

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1077

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,525.55

---

**3.1654** **Nonpriority creditor's name and mailing address**

SPRAY EQUIPMENT & SERVICE CENTER IN
311 PATTIE
WICHITA, KS  67211

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2820

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,254.00

---

**3.1655** **Nonpriority creditor's name and mailing address**

SPRENGER, PHILIP
1518 S NYSSA PL
BROKEN ARROW, OK  74012-9009

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1786

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,850.66

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,433.93 |
|---|---|---|---|

3.1656 **Nonpriority creditor's name and mailing address**
SPRENGER, TIMOTHY
419 E C ST APT 115
JENKS, OK 74037-3342

**Date or dates debt was incurred**

**Last 4 digits of account number: 1752**

**As of the petition filing date, the claim is:** $2,433.93
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

3.1657 **Nonpriority creditor's name and mailing address**
SRB TECHNOLOGIES CANADA INC
320 140 BOUNDARY RD
PEMBROKE, ON K8A 6W5
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number: 5298**

**As of the petition filing date, the claim is:** UNKNOWN
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.1658 **Nonpriority creditor's name and mailing address**
STACEY, COLT
36136 E. 141ST ST. S.
COWETA, OK 74429-6741

**Date or dates debt was incurred**

**Last 4 digits of account number: 1889**

**As of the petition filing date, the claim is:** $674.46
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

3.1659 **Nonpriority creditor's name and mailing address**
STANDARDAERO BUSINESS
AVIATION SERVICES LLC
33 ALLEN DYNE ROAD
WINNIPEG, MB R3H 1A1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number: 3080**

**As of the petition filing date, the claim is:** $16,116.00
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

---

3.1660 **Nonpriority creditor's name and mailing address**
STANLEY CONVERG
8401 E 350 HWY
KANSAS CITY, MO 64133-4791

**Date or dates debt was incurred**

**Last 4 digits of account number: 3908**

**As of the petition filing date, the claim is:** $87.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1661** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,625.35

STAR AVIATION INC
9001 W HWY 42
GOSHEN, KY  40026

**Date or dates debt was incurred**

**Last 4 digits of account number: 4443**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1662** | **Nonpriority creditor's name and mailing address** | $2,603.83

STARKS JR, ARNETT
4734 N ELWOOD AVE
TULSA, OK  74126-3157

**Date or dates debt was incurred**

**Last 4 digits of account number: 2629**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1663** | **Nonpriority creditor's name and mailing address** | $980.04

STARLINE INC
5412 N ROCKWELL AVE
BETHANY, OK  73008

**Date or dates debt was incurred**

**Last 4 digits of account number: 2705**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1664** | **Nonpriority creditor's name and mailing address** | $976.50

STARLITE INDUST
1111 LANCASTER AVE
ROSEMONT, PA  19010

**Date or dates debt was incurred**

**Last 4 digits of account number: 5958**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1665** | **Nonpriority creditor's name and mailing address** | $1,045.70

STAUFFER, ELLIOT
P.O. BOX 691845
TULSA, OK  74169-1845

**Date or dates debt was incurred**

**Last 4 digits of account number: 2171**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1666** | **Nonpriority creditor's name and mailing address**

STEALTH AEROSPA
21520 BLYTHE ST
CANOGA PARK, CA  91304

**Date or dates debt was incurred**

**Last 4 digits of account number: 0136**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,958.26

---

**3.1667** | **Nonpriority creditor's name and mailing address**

STEALTHBITS TEC
200 CENTRAL AVE
HAWTHORNE, NJ  07506

**Date or dates debt was incurred**

**Last 4 digits of account number: 8237**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,905.00

---

**3.1668** | **Nonpriority creditor's name and mailing address**

STEEL SERVICE CO INC
24412 AMAH PKY
CLAREMORE, OK  74019

**Date or dates debt was incurred**

**Last 4 digits of account number: 2968**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,108.01

---

**3.1669** | **Nonpriority creditor's name and mailing address**

STEELMAN INDUSTRIES INC
2800 HWY 135 N
KILGORE, TX  75662

**Date or dates debt was incurred**

**Last 4 digits of account number: 5042**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,105.15

---

**3.1670** | **Nonpriority creditor's name and mailing address**

STEELY, JEREMY
607 N MAIN ST
OWASSO, OK  74055-2228

**Date or dates debt was incurred**

**Last 4 digits of account number: 1904**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$614.68

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.1671 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $807.66 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
STEENVELD, JOHN
5223 E. 17TH ST.
TULSA, OK 74112-6903

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1646

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$807.66

---

**Nonpriority creditor's name and mailing address** 3.1672
STEPCHINSKI, CHRIS
1022 W PITTSBURG PL
BROKEN ARROW, OK 74012-6636

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0119

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,518.57

---

**Nonpriority creditor's name and mailing address** 3.1673
STERLING LACQUE
3150 BRANNON AVE
ST LOUIS, MO 63139

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0398

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$590.00

---

**Nonpriority creditor's name and mailing address** 3.1674
STESNEY, TERRA
1105 COLHURSTE LN
CLAREMORE, OK 74019-2317

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1928

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$439.37

---

**Nonpriority creditor's name and mailing address** 3.1675
STEWARD, MICHAEL
111 S. JAMESTOWN AVE.
TULSA, OK 74112-2354

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4654

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$915.15

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1676**   **Nonpriority creditor's name and mailing address**

STEWART, JASON
1017 S DESERT PALM AVE
BROKEN ARROW, OK  74012-8802

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3033

**As of the petition filing date, the claim is:**    $1,217.15
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1677**   **Nonpriority creditor's name and mailing address**

STILLWELL JR, DONALD
1456 N KINGSTON AVE
TULSA, OK  74115-5407

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2113

**As of the petition filing date, the claim is:**    $3,587.45
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1678**   **Nonpriority creditor's name and mailing address**

STINNETT AND AS
8801 S YALE
TULSA, OK  74137

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6825

**As of the petition filing date, the claim is:**    $109,551.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1679**   **Nonpriority creditor's name and mailing address**

STIRLING CAPITA
27422 PORTOLA PKWY
FOOTHILL RANCH, CA  92610

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7538

**As of the petition filing date, the claim is:**    $50,978.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1680**   **Nonpriority creditor's name and mailing address**

STOCKHAM, LEE
9039 N 66TH EAST AVE
OWASSO, OK  74055-7678

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2972

**As of the petition filing date, the claim is:**    $5,421.20
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1681 | **Nonpriority creditor's name and mailing address**<br><br>STOCKMAN, KELLY<br>15006 S 268TH EAST AVE<br>COWETA, OK  74429-5399<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2202** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,862.73 |

| 3.1682 | **Nonpriority creditor's name and mailing address**<br><br>STOKES, CODY<br>12941 E 132ND ST N<br>COLLINSVILLE, OK  74021-4376<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3221** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $833.42 |

| 3.1683 | **Nonpriority creditor's name and mailing address**<br><br>STOKES, GARY<br>400319 WEST 3200 ROAD<br>RAMONA, OK  74061-4061<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3630** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,439.77 |

| 3.1684 | **Nonpriority creditor's name and mailing address**<br><br>STORRS, GREGORY<br>8003N FLORENCE AVE<br>SPERRY, OK  74073-4367<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9242** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $33.80 |

| 3.1685 | **Nonpriority creditor's name and mailing address**<br><br>STORTS, BRIAN<br>14507 S 53RD EAST AVE<br>BIXBY, OK  74008-4046<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2998** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,308.04 |

Debtor    The NORDAM Group, Inc.                    Case number (if known) 18-11699 (MFW)

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1686** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $757.50

STOUFFER, NORMAN
3121 PLEASANTVILLE RD
MIDLOTHIAN, TX  76065-6957

**Date or dates debt was incurred**

**Last 4 digits of account number: 2677**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1687** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $397.98

STOUT, MACKENZIE
P. O. BOX 1322
OWASSO, OK  74055-1322

**Date or dates debt was incurred**

**Last 4 digits of account number: 2632**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1688** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $981.55

STOVALL, JACKSON
12974 N 124TH EAST PL
COLLINSVILLE, OK  74021-7171

**Date or dates debt was incurred**

**Last 4 digits of account number: 2450**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1689** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,992.00

STRETCH FORMING CORP
804 S REDLANDS AVE
PERRIS, CA  92570

**Date or dates debt was incurred**

**Last 4 digits of account number: 3797**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1690** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $104,754.40

STROM AVIATION
109 S ELM ST
WACONIA, MN  55387

**Date or dates debt was incurred**

**Last 4 digits of account number: 3971**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.1691** | **Nonpriority creditor's name and mailing address**

STRUCTURAL DIAGNOSTICS INC
650 VIA ALONDRA
CAMARILLO, CA  93012

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1795

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,660.00

---

**3.1692** | **Nonpriority creditor's name and mailing address**

STS COMPONENT SOLUTIONS LLC
2910 SW 42 AVE
PALM CITY, FL  34990

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3496

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$129,810.07

---

**3.1693** | **Nonpriority creditor's name and mailing address**

STUART C IRBY CO
10302 E 58TH ST
TULSA, OK  74146

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0369

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,657.10

---

**3.1694** | **Nonpriority creditor's name and mailing address**

STUART INDUSTRI
5700 HIGHPOINT PKWY
BURLESON, TX  76028

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0314

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,231.70

---

**3.1695** | **Nonpriority creditor's name and mailing address**

SUNDAY, EDDIE
9703 N 99 E AVE
OWASSO, OK  74055-6796

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,328.35

**Part 2:** Additional Page

|  | Amount of claim |
|---|---|

**3.1696**   **Nonpriority creditor's name and mailing address**

SUPERFORM USA
6825 JURUPA AVE
RIVERSIDE, CA 92504

**Date or dates debt was incurred**

**Last 4 digits of account number: 3398**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$67,612.40

---

**3.1697**   **Nonpriority creditor's name and mailing address**

SUPERIOR FELT A
28001 W CONCRETE DR
INGLESIDE, IL 60041

**Date or dates debt was incurred**

**Last 4 digits of account number: 3270**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,333.76

---

**3.1698**   **Nonpriority creditor's name and mailing address**

SUPRY, JEREME
23416 E 99TH ST S
BROKEN ARROW, OK 74014-6827

**Date or dates debt was incurred**

**Last 4 digits of account number: 2479**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$94.03

---

**3.1699**   **Nonpriority creditor's name and mailing address**

SURBER, JEFFERY
PO BOX 263
TYBEE ISLAND, GA 31328-0263

**Date or dates debt was incurred**

**Last 4 digits of account number: 4935**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$874.04

---

**3.1700**   **Nonpriority creditor's name and mailing address**

SWEET, JONATHAN
11738 S REDBUD STREET
JENKS, OK 74037-4344

**Date or dates debt was incurred**

**Last 4 digits of account number: 5251**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$5,563.72

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1701** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $675.08

SYKES, FELICIA
8333 S LAKEWOOD PL APT 8
TULSA, OK  74137-8919

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number:** 0401

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1702** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,620.00

TA INSTRUMENTS
159 LUKENS DR
NEW CASTLE, DE  19720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 5176

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1703** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $41,452.20

TAB HARDWARE INC
2880 E HILL ST
LONG BEACH, CA  90804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 0045

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1704** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $350.00

TABER INDUSTRIE
455 BRYANT ST
NORTH TONAWANDA, NY  14120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 8653

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1705** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $38,965.00

TACTAIR FLUID CONTROLS INC
4806 W TAFT RD
LIVERPOOL, NY  13088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 0654

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1706 | **Nonpriority creditor's name and mailing address**<br><br>TAILWIND INSPECTION INC<br>3260 N SHERIDAN RD<br>TULSA, OK 74115<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4796 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,075.00 |
| 3.1707 | **Nonpriority creditor's name and mailing address**<br><br>TALMADGE POWELL<br>211 W 11 ST<br>TULSA, OK 74119<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9248 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $475.00 |
| 3.1708 | **Nonpriority creditor's name and mailing address**<br><br>TAPIS CORP<br>28 KAYSAL CT<br>ARMONK, NY 10504<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0794 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,716.00 |
| 3.1709 | **Nonpriority creditor's name and mailing address**<br><br>TATA TECHNOLOGI<br>41050 W ELEVEN MILE<br>NOVI, MI 48375<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3078 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $251,337.06 |
| 3.1710 | **Nonpriority creditor's name and mailing address**<br><br>TAYLOR COMMUNIC<br>4205 S 96 ST<br>OMAHA, NE 68127<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9392 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,974.41 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1711**

**Nonpriority creditor's name and mailing address**

TAYLOR JR, GARY
8805 N 137TH E AVE
OWASSO, OK  74055-2060

**Date or dates debt was incurred**

**Last 4 digits of account number: 4333**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,462.46

---

**3.1712**

**Nonpriority creditor's name and mailing address**

TAYLOR, GARY
641 CHOCTAW RIDGE
SAND SPRINGS, OK  74063-5562

**Date or dates debt was incurred**

**Last 4 digits of account number: 2141**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,184.76

---

**3.1713**

**Nonpriority creditor's name and mailing address**

TAYLOR, JOHN
8443 WEST 176TH STREET SOUTH
MOUNDS, OK  74047-4186

**Date or dates debt was incurred**

**Last 4 digits of account number: 8890**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$599.30

---

**3.1714**

**Nonpriority creditor's name and mailing address**

TAYLOR, SOCOYIA
2004 W NEWTON ST
TULSA, OK  74127-3109

**Date or dates debt was incurred**

**Last 4 digits of account number: 2794**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,114.05

---

**3.1715**

**Nonpriority creditor's name and mailing address**

TBM INC
8506 HERRINGTON CT
PEVELY, MO  63070

**Date or dates debt was incurred**

**Last 4 digits of account number: 1310**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$354.24

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.1716 | **Nonpriority creditor's name and mailing address**<br><br>TC SPECIALTIES<br>460 INDUSTRIAL WAY<br>PLACENTIA, CA  92870<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0066 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,456.00 |
| 3.1717 | **Nonpriority creditor's name and mailing address**<br><br>TEAGUE, JEREMY<br>P.O. BOX 2394<br>OWASSO, OK  74055-9194<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0146 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,678.81 |
| 3.1718 | **Nonpriority creditor's name and mailing address**<br><br>TECHNIKS LLC<br>9930 E 56 ST<br>INDIANAPOLIS, IN  46236<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1920 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.01 |
| 3.1719 | **Nonpriority creditor's name and mailing address**<br><br>TECT AEROSPACE<br>1515 N A ST<br>WELLINGTON, KS  67152<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0958 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,826.00 |
| 3.1720 | **Nonpriority creditor's name and mailing address**<br><br>TEEL, BYRON<br>3104 EAST 100ST NORTH<br>SPERRY, OK  74073-4421<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1826 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,122.88 |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1721**   **Nonpriority creditor's name and mailing address**

TEETER, BRIAN
13067 E 130TH ST N
COLLINSVILLE, OK  74021-3836

**Date or dates debt was incurred**

**Last 4 digits of account number: 3246**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$433.14

---

**3.1722**   **Nonpriority creditor's name and mailing address**

TEKTRONIX INC
9902 E 43RD
TULSA, OK  74146-7402

**Date or dates debt was incurred**

**Last 4 digits of account number: 4021**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,163.40

---

**3.1723**   **Nonpriority creditor's name and mailing address**

TEMPERATURE CON
11363 E 60 PL
TULSA, OK  74146

**Date or dates debt was incurred**

**Last 4 digits of account number: 3516**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,708.30

---

**3.1724**   **Nonpriority creditor's name and mailing address**

TEMPLETON, ERIN
1523 E 49TH PL
TULSA, OK  74105-4809

**Date or dates debt was incurred**

**Last 4 digits of account number: 3048**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$258.03

---

**3.1725**   **Nonpriority creditor's name and mailing address**

TENCATE ADVANCED COMPOSITES USA INC
2450 CORDELIA RD
FAIRFIELD, CA  94534

**Date or dates debt was incurred**

**Last 4 digits of account number: 5266**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,507.29

Debtor    The NORDAM Group, Inc.                Case number (if known) 18-11699

(Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

**3.1726** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,836.37
*Check all that apply.*

TENNANT SALES A
701 N LILAC DR
MINNEAPOLIS, MN  55440-1452

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 0753**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1727** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $477.38
*Check all that apply.*

TENNANT, BRADLEY
1451 E OMAHA ST APT B1
BROKEN ARROW, OK  74012-0313

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 3286**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1728** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,546.02
*Check all that apply.*

TERRY, EDWARD
8105 E. 93RD ST.
APT. 512
TULSA, OK  74133-5503

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 2980**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1729** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $122,592.93
*Check all that apply.*

TEXAS ALMET LP
2800 E RANDOL MILL RD
ARLINGTON, TX  76011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 0070**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1730** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,853.68
*Check all that apply.*

TEXAS MACHINE TOOL INTERNATIONAL
600 RESEARCH AVE
WACO, TX  76705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 8712**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1731 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $470.00 |
|---|---|---|---|

**3.1731**

**Nonpriority creditor's name and mailing address**

TEXAS PROCESS E
5215 TED ST
HOUSTON, TX 77092

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6463

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$470.00

---

**3.1732**

**Nonpriority creditor's name and mailing address**

THAO, CHARLES
9704 E. 37TH ST.
TULSA, OK 74146-2404

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,708.12

---

**3.1733**

**Nonpriority creditor's name and mailing address**

THAO, CHUE
12202 E 79TH ST N
OWASSO, OK 74055-7946

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,361.22

---

**3.1734**

**Nonpriority creditor's name and mailing address**

THAO, SEE
14012 E 156 ST N
COLLINSVILLE, OK 74021-4635

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6142

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$757.67

---

**3.1735**

**Nonpriority creditor's name and mailing address**

THE ADHESIVE PR
4727 E 48TH ST
LOS ANGELES, CA 90058

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4176

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,514.20

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.1736** | **Nonpriority creditor's name and mailing address**

THE FLEMING CONSTRUCTION GROUP LLC
5405 S 125 E AVE
TULSA, OK  74146

**Date or dates debt was incurred**

**Last 4 digits of account number: 9334**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,898.00

---

**3.1737** | **Nonpriority creditor's name and mailing address**

THE GILL CORPOR
4056 EASY ST
EL MONTE, CA  91731

**Date or dates debt was incurred**

**Last 4 digits of account number: 1536**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,825.30

---

**3.1738** | **Nonpriority creditor's name and mailing address**

THE GILL CORPORATION MARYLAND
1502 QUARRY DR
EDGEWOOD, MD  21040-1063

**Date or dates debt was incurred**

**Last 4 digits of account number: 0526**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$150,476.87

---

**3.1739** | **Nonpriority creditor's name and mailing address**

THE GRIEVE CORP
500 HART RD
ROUND LAKE, IL  60073-2898

**Date or dates debt was incurred**

**Last 4 digits of account number: 1730**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,331.06

---

**3.1740** | **Nonpriority creditor's name and mailing address**

THE INTERCHANGE
10828 E NEWTON
TULSA, OK  74116

**Date or dates debt was incurred**

**Last 4 digits of account number: 4659**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$678.00

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1741** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $540,000.00

THE LUBRICATIONGROUP LLC
3351 W 71ST AVENUE
WESTMINISTER, CO 80030

**Date or dates debt was incurred**

**Last 4 digits of account number: 7102**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1742** | **Nonpriority creditor's name and mailing address** | $24,300.83

THE MI GROUP
118 ALGONQUIN PKWY
WHIPPANY, NJ 07981

**Date or dates debt was incurred**

**Last 4 digits of account number: 4836**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1743** | **Nonpriority creditor's name and mailing address** | $530.00

THE PRINT SOURCE INC
404 S TRACY
WICHITA, KS 67209

**Date or dates debt was incurred**

**Last 4 digits of account number: 3112**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1744** | **Nonpriority creditor's name and mailing address** | $8,677.53

THE ROWLAND GRO
3851 S 103RD EAST AVE
TULSA, OK 74146

**Date or dates debt was incurred**

**Last 4 digits of account number: 5081**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1745** | **Nonpriority creditor's name and mailing address** | $228.34

THE RULE COMPANY
616 S ROCKFORD
TULSA, OK 74120

**Date or dates debt was incurred**

**Last 4 digits of account number: 0512**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1746** | **Nonpriority creditor's name and mailing address**

THE SOUNDCOAT CO INC
1 BURT DR
DEER PARK, NY 11729-5701

**Date or dates debt was incurred**

**Last 4 digits of account number: 4236**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,560.00

---

**3.1747** | **Nonpriority creditor's name and mailing address**

THE STOUGH GROU
600 S 10 ST
BROKEN ARROW, OK 74012

**Date or dates debt was incurred**

**Last 4 digits of account number: 5086**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$292.00

---

**3.1748** | **Nonpriority creditor's name and mailing address**

THE STRUCTURES
3000 PASEO DEL MAR
PALOS VERDES ESTATES, CA 90274

**Date or dates debt was incurred**

**Last 4 digits of account number: 9028**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$103,603.04

---

**3.1749** | **Nonpriority creditor's name and mailing address**

THE YARD STORE
725 E CENTRAL
WICHITA, KS 67202

**Date or dates debt was incurred**

**Last 4 digits of account number: 3496**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,958.68

---

**3.1750** | **Nonpriority creditor's name and mailing address**

THE YOUNG ENGIN
25841 COMMERCENTRE DR
LAKE FOREST, CA 92630

**Date or dates debt was incurred**

**Last 4 digits of account number: 0795**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,521.40

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.1751** **Nonpriority creditor's name and mailing address**

THENNES, MICHAEL
7802 N 121ST EAST AVE
OWASSO, OK  74055-3549

**Date or dates debt was incurred**

**Last 4 digits of account number: 3055**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$76.71

---

**3.1752** **Nonpriority creditor's name and mailing address**

THERMAL SPECIAL
8181 S 88TH WEST AVE
TULSA, OK  74131

**Date or dates debt was incurred**

**Last 4 digits of account number: 0955**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$920.00

---

**3.1753** **Nonpriority creditor's name and mailing address**

THERMAL STRUCTU
2362 RAILROAD ST
CORONA, CA  92880-5410

**Date or dates debt was incurred**

**Last 4 digits of account number: 0771**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,894.12

---

**3.1754** **Nonpriority creditor's name and mailing address**

THERMO FISHER S
22 ALPHA RD
CHELMSFORD, MA  01824

**Date or dates debt was incurred**

**Last 4 digits of account number: 4843**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$668.39

---

**3.1755** **Nonpriority creditor's name and mailing address**

THERMOFORMED PLASTIC PRODUCTS LLC
1717 SW BLVD
WICHITA, KS  67213

**Date or dates debt was incurred**

**Last 4 digits of account number: 2111**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,893.40

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1756** **Nonpriority creditor's name and mailing address**

THERMWOOD CORP
904 DALE-BUFFALOVILLE RD
DALE, IN 47523

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1580

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,071.69

---

**3.1757** **Nonpriority creditor's name and mailing address**

THIESSEN, CHRISTOPHER
14140 E 91ST ST NORTH
OWASSO, OK 74055-5033

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$569.88

---

**3.1758** **Nonpriority creditor's name and mailing address**

THOMAS, BRANDON
4200 W LAREDO ST
BROKEN ARROW, OK 74012-7576

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3278

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$476.27

---

**3.1759** **Nonpriority creditor's name and mailing address**

THOMPSON, ALAN
9909 N. 116TH E. AVE.
OWASSO, OK 74055-4382

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4349

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,339.45

---

**3.1760** **Nonpriority creditor's name and mailing address**

THOMPSON, BILLY
7547 E 27TH ST
TULSA, OK 74129-6405

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3370

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3.74

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.1761 | **Nonpriority creditor's name and mailing address**<br><br>THOMPSON, JAMES<br>602 N GUADALUPE #B<br>REDONDO BEACH, CA  90277-2953<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9716 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $22,834.93 |
| 3.1762 | **Nonpriority creditor's name and mailing address**<br><br>THOMPSON, JON<br>821 E BROOK ST<br>COLLINSVILLE, OK  74021-3602<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0490 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $9.95 |
| 3.1763 | **Nonpriority creditor's name and mailing address**<br><br>THOMPSON, JUSTIN<br>PO BOX 327<br>SPERRY, OK  74073-0327<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3007 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $739.57 |
| 3.1764 | **Nonpriority creditor's name and mailing address**<br><br>THOMSON REUTERS<br>2395 MIDWAY ROAD<br>CARROLLTON, TX  75006<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3782 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $9,481.25 |
| 3.1765 | **Nonpriority creditor's name and mailing address**<br><br>THOMSON REUTERS<br>620 OPPERMAN DR<br>EAGAN, MN  55123<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8182 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,153.36 |

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1766** | **Nonpriority creditor's name and mailing address**

THOR, BEE
12825 N 143 E AVE
COLLINSVILLE, OK  74021-4137

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1448

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,217.21

---

**3.1767** | **Nonpriority creditor's name and mailing address**

THORSON, JOEL
15803 E. 96TH ST. N.
OWASSO, OK  74055-5432

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0884

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,314.39

---

**3.1768** | **Nonpriority creditor's name and mailing address**

TIEPELMAN, CINDY
PO BOX 794
SAND SPRINGS, OK  74063-0794

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,132.82

---

**3.1769** | **Nonpriority creditor's name and mailing address**

TIFFEY II, BILLY
265 S 183RD EAST AVE
TULSA, OK  74108-2107

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,407.61

---

**3.1770** | **Nonpriority creditor's name and mailing address**

TIGHITCO INC
1375 SEABOARD INDUSTRIAL BLVD
ATLANTA, GA  30318

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0696

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$921.24

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| **3.1771** | **Nonpriority creditor's name and mailing address**<br>TILLMAN, WILLIAM<br>20002 S RIVER RANCH RD E<br>CLAREMORE, OK  74019-2424<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9541 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,696.56 |
|---|---|---|
| **3.1772** | **Nonpriority creditor's name and mailing address**<br>TIMBER PRODUCTS<br>1641 SIGMAN RD<br>CONYERS, GA  30012<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0947 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $660.00 |
| **3.1773** | **Nonpriority creditor's name and mailing address**<br>TIMMONS OIL CO<br>13003 E ADMIRAL PL<br>TULSA, OK  74169-1140<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2686 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $378.00 |
| **3.1774** | **Nonpriority creditor's name and mailing address**<br>TINSLEY, KIMBERLY<br>1339 S 101ST EAST AVE<br>TULSA, OK  74128-4627<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1810 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,124.10 |
| **3.1775** | **Nonpriority creditor's name and mailing address**<br>TMW CORP<br>14660 ARMINTA ST<br>VAN NUYS, CA  91402<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5386 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,223.94 |

Case 18-11699-MFW    Doc 323    Filed 09/21/18    Page 747 of 1112

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1776** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $349,861.48

TNT MACHINE INC
1300 S BEBE
WICHITA, KS 67209

**Date or dates debt was incurred**

**Last 4 digits of account number: 3486**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1777** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $644.38

TOGNAZZINI, JAMES
7451 S YALE AVE APT 130
TULSA, OK 74136-7024

**Date or dates debt was incurred**

**Last 4 digits of account number: 3255**

Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1778** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,150.90

TOMCO HARWEL IN
1610 N 170 E AVE
TULSA, OK 74116

**Date or dates debt was incurred**

**Last 4 digits of account number: 0089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1779** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,699.01

TOMLINSON, DARREL
42 W ASH
SKIATOOK, OK 74070-3500

**Date or dates debt was incurred**

**Last 4 digits of account number: 0163**

Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1780** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $430.87

TOOLE, MICHAEL
8173 S 161ST WEST AVE
SAPULPA, OK 74066-9759

**Date or dates debt was incurred**

**Last 4 digits of account number: 3299**

Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Debtor    The NORDAM Group, Inc.                    Case number (if known) 18-11699

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1781** | **Nonpriority creditor's name and mailing address**

TOOLS BY THE
9914 N 120 E AVE
OWASSO, OK  74055

**Date or dates debt was incurred**

**Last 4 digits of account number: 9353**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$307.41

---

**3.1782** | **Nonpriority creditor's name and mailing address**

TORR TECHNOLOGI
1435 22ND ST NW
AUBURN, WA  98001-3330

**Date or dates debt was incurred**

**Last 4 digits of account number: 0843**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$173.40

---

**3.1783** | **Nonpriority creditor's name and mailing address**

TORRES, KENNY
8533 N 77TH EAST AVE
OWASSO, OK  74055-7410

**Date or dates debt was incurred**

**Last 4 digits of account number: 1827**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,864.48

---

**3.1784** | **Nonpriority creditor's name and mailing address**

TOTTRESS, DAVID
P.O. BOX 700684
TULSA, OK  74170-0684

**Date or dates debt was incurred**

**Last 4 digits of account number: 4026**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,169.75

---

**3.1785** | **Nonpriority creditor's name and mailing address**

TOWNSEND LEATHE
45-49 TOWNSEND AVE
JOHNSTOWN, NY  12095

**Date or dates debt was incurred**

**Last 4 digits of account number: 0450**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,142.80

---

| Part 2: | Additional Page | |
|---------|-----------------|---|
| | | **Amount of claim** |

| 3.1786 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,321.92 |
|---|---|---|---|

TOYEBO, MICHAEL
3721 SOUTH 15TH STREET
BROKEN ARROW, OK 74011-5167

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.1787 | **Nonpriority creditor's name and mailing address** | | $26,599.10 |
|---|---|---|---|

TRAILER REFRIGE
1518 N 75 E AVE
TULSA, OK 74115

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2412

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1788 | **Nonpriority creditor's name and mailing address** | | $776.69 |
|---|---|---|---|

TRANE
2201 N WILLOW AVE
BROKEN ARROW, OK 74012

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0951

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1789 | **Nonpriority creditor's name and mailing address** | | $2,595.78 |
|---|---|---|---|

TRANS-AERO FZE
WAREHOUSE D4-002
PO BOX 124852
SAIF ZONE, SHARJAH
UNITED ARAB EMIRATES

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.1790 | **Nonpriority creditor's name and mailing address** | | $24,207.57 |
|---|---|---|---|

TRANSIT SERVICE
4014 S MAYBELLE AVE
TULSA, OK 74107

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1791** **Nonpriority creditor's name and mailing address**

TREAT, JUSTIN
12493 N. 167 E AVE
COLLINSVILLE, OK  74021-5196

**Date or dates debt was incurred**

**Last 4 digits of account number: 2466**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$601.27

---

**3.1792** **Nonpriority creditor's name and mailing address**

TRELLEBORG SEAL
2531 BREMER DR
FORT WAYNE, IN  46803

**Date or dates debt was incurred**

**Last 4 digits of account number: 4801**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,371.00

---

**3.1793** **Nonpriority creditor's name and mailing address**

TRELLEBORG SEAL
CADLEY HILL
SWADLINCOTE  DE11 9EU
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number: 0934**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,412.50

---

**3.1794** **Nonpriority creditor's name and mailing address**

TREMBLAY, SUSAN
3360 S ALLEGHENY AVE
TULSA, OK  74135-5232

**Date or dates debt was incurred**

**Last 4 digits of account number: 5899**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,076.43

---

**3.1795** **Nonpriority creditor's name and mailing address**

TRENARY, JAMES
4675 S 88TH EAST AVE
TULSA, OK  74145-7133

**Date or dates debt was incurred**

**Last 4 digits of account number: 1850**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,039.36

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1796 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $284.59 |
|---|---|---|---|

**3.1796**

**Nonpriority creditor's name and mailing address**
TRI STAR COATIN
18 CADETTA RD
BRAMPTON, ON  L6P 0X4
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0477

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$284.59

---

**3.1797**

**Nonpriority creditor's name and mailing address**
TRI-CHEM CORP
431 STEPHENSON HWY
TROY, MI  48083

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,160.00

---

**3.1798**

**Nonpriority creditor's name and mailing address**
TRIPLE S WELD A
37174 E 231ST ST S
PORTER, OK  74454

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6927

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,596.00

---

**3.1799**

**Nonpriority creditor's name and mailing address**
TRIUMPH AEROSTRUCTURES LLC
90 HWY 22 WEST
MILLEDGEVILLE, GA  31061

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4486

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$81,142.93

---

**3.1800**

**Nonpriority creditor's name and mailing address**
TRIUMPH FABRICA
1923 CENTRAL AVE
HOT SPRINGS, AR  71901

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,203.40

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.1801 | **Nonpriority creditor's name and mailing address**<br>TRIUMPH FABRICA<br>203 N JOHNSON AVE<br>EL CAJON, CA 92019<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3479** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $43,738.32 |
| 3.1802 | **Nonpriority creditor's name and mailing address**<br>TROTT, DOUGLAS<br>12324 E 86TH ST N<br>PMB 231<br>OWASSO, OK 74055-2543<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9326** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $2,679.71 |
| 3.1803 | **Nonpriority creditor's name and mailing address**<br>TROUTMAN, TRACY<br>PO BOX 7<br>PRUE, OK 74060-0007<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4662** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $829.46 |
| 3.1804 | **Nonpriority creditor's name and mailing address**<br>TRUE OFFICE LEA<br>180 MAIDEN LN<br>NEW YORK, NY 10038<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8207** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $27,658.75 |
| 3.1805 | **Nonpriority creditor's name and mailing address**<br>TSCHAEPE, KURT<br>14100 E 106TH ST N APT 614<br>OWASSO, OK 74055-6084<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2657** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,213.50 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1806** | **Nonpriority creditor's name and mailing address**

TSS TECHNOLOGIES
1201 HILLSMITH DR
CINCINNATI, OH 45215

**Date or dates debt was incurred**

**Last 4 digits of account number: 2268**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,535.30

---

**3.1807** | **Nonpriority creditor's name and mailing address**

TUANG, DIM
2622 W. 68TH STREET
TULSA, OK 74132-1720

**Date or dates debt was incurred**

**Last 4 digits of account number: 2372**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$238.46

---

**3.1808** | **Nonpriority creditor's name and mailing address**

TULCO OIL
5240 E PINE ST
TULSA, OK 74158

**Date or dates debt was incurred**

**Last 4 digits of account number: 0103**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,452.03

---

**3.1809** | **Nonpriority creditor's name and mailing address**

TULL, GARY
4925 S OAK AVE
BROKEN ARROW, OK 74011-4250

**Date or dates debt was incurred**

**Last 4 digits of account number: 9068**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$736.63

---

**3.1810** | **Nonpriority creditor's name and mailing address**

TULLIUS, KATHLEEN
1424 E 34TH STREET
TULSA, OK 74105-2618

**Date or dates debt was incurred**

**Last 4 digits of account number: 1442**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,035.62

Debtor    The NORDAM Group, Inc.                          Case number (if known) 18-11699 (MFW)

(Name)

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

---

**3.1811** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59.56

TULSA CLEANING
6502 NEW SAPULPA RD
TULSA, OK 74131

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 0709

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1812** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $294.00

TULSA COMMUNITY
7030 S YALE
TULSA, OK 74136

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 5915

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1813** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $38,750.00

TULSA DRILLERS
4802 E 15TH STREET
TULSA, OK 74112

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 5577

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1814** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,760.09

TULSA GAMMA RAY INC
1023 N VICTOR AVE
TULSA, OK 74110

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 0067

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1815** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $391,226.20

TULSA PLASTICS CO
6112 E 32ND PL
TULSA, OK 74135

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 0105

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1816** **Nonpriority creditor's name and mailing address**

TULSAIR BEECHCR
3207 N SHERIDAN RD
TULSA, OK 74115

**Date or dates debt was incurred**

**Last 4 digits of account number: 1121**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$434,884.14

---

**3.1817** **Nonpriority creditor's name and mailing address**

TUNNELL, RONNIE
401 E.7TH
BRISTOW, OK 74010-2406

**Date or dates debt was incurred**

**Last 4 digits of account number: 0921**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,233.08

---

**3.1818** **Nonpriority creditor's name and mailing address**

TURBO RESOURCES
5780 W OAKLAND ST
CHANDLER, AZ 85226

**Date or dates debt was incurred**

**Last 4 digits of account number: 0049**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$84,428.50

---

**3.1819** **Nonpriority creditor's name and mailing address**

TURN KEY COATINGS
8411 RANNIE RD
HOUSTON, TX 77080

**Date or dates debt was incurred**

**Last 4 digits of account number: 4587**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,688.20

---

**3.1820** **Nonpriority creditor's name and mailing address**

TURNAGE, JEFFREY
3702 E 83RD ST
TULSA, OK 74137-1703

**Date or dates debt was incurred**

**Last 4 digits of account number: 2659**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$406.21

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|
| **3.1821** | **Nonpriority creditor's name and mailing address**<br><br>TURNER, CHRISTOPHER<br>13406 N 130TH E AVE<br>COLLINSVILLE, OK 74021-4451<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2808** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $958.29 |
| **3.1822** | **Nonpriority creditor's name and mailing address**<br><br>TURNER, HARRISON<br>5728 E. 18TH STREET<br>TULSA, OK 74112-7102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1573** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $204.71 |
| **3.1823** | **Nonpriority creditor's name and mailing address**<br><br>TW METALS INC<br>1200 BLAKE DR<br>WICHITA, KS 67219<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0758** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,958.83 |
| **3.1824** | **Nonpriority creditor's name and mailing address**<br><br>TYRE, JUSTIN<br>20905 S 4090 RD<br>CLAREMORE, OK 74019-5786<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3359** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $105.22 |
| **3.1825** | **Nonpriority creditor's name and mailing address**<br><br>TYREE, ANNA<br>6541 AUTUMN CIR<br>BARTLESVILLE, OK 74006-8102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2448** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,114.08 |

| Part 2: | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| | | | |
|---|---|---|---|
| 3.1826 | **Nonpriority creditor's name and mailing address**<br><br>TYREE, MELVIN<br>6541 AUTUMN CIRCLE<br>BARTLESVILLE, OK 74006-8102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2194** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $1,236.10 |
| 3.1827 | **Nonpriority creditor's name and mailing address**<br><br>UHREN, JOHN<br>4718 S. YORKTOWN AVE.<br>TULSA, OK 74105-4929<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9160** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $3,301.02 |
| 3.1828 | **Nonpriority creditor's name and mailing address**<br><br>ULINE SHIPPING<br>12575 ULINE DR<br>PLEASAN PRAIRIE, WI 53158<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2967** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,765.73 |
| 3.1829 | **Nonpriority creditor's name and mailing address**<br><br>UNDERWOOD, TIMOTHY<br>12120 EAST 38TH ST<br>TULSA, OK 74146-3110<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3449** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | $407.41 |
| 3.1830 | **Nonpriority creditor's name and mailing address**<br><br>UNI GRIP INC<br>9823 ST RT 53 N<br>UPPER SANDUSKY, OH 43351<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3837** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $589.92 |

**Part 2:** Additional Page

|  |  | Amount of claim |
|---|---|---|

**3.1831** | **Nonpriority creditor's name and mailing address**

UNICAL AVIATION INC
680 S LEMON AVE
CITY OF INDUSTRY, CA  91706

**Date or dates debt was incurred**

**Last 4 digits of account number: 1434**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$82,080.00

---

**3.1832** | **Nonpriority creditor's name and mailing address**

UNICAL AVIATION INC
680 SOUTH LEMON AVE
CITY OF INDUSTRY, CA  91789

**Date or dates debt was incurred**

**Last 4 digits of account number: 1013**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE CREDIT BALANCE

**Is the claim subject to offset?**
☐ No
☒ Yes

$20,315.60

---

**3.1833** | **Nonpriority creditor's name and mailing address**

UNICORP SYSTEMS INC
2625 W 40 PL
TULSA, OK  74107

**Date or dates debt was incurred**

**Last 4 digits of account number: 0139**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,698.88

---

**3.1834** | **Nonpriority creditor's name and mailing address**

UNISON INDUSTRI
7575 BAYMEADOWS WAY
JACKSONVILLE, FL  32256

**Date or dates debt was incurred**

**Last 4 digits of account number: 0705**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,855.00

---

**3.1835** | **Nonpriority creditor's name and mailing address**

UNITED DRILL BUSHING CORPORATION
12200 WOODRUFF AVE
DOWNEY, CA  90241-5608

**Date or dates debt was incurred**

**Last 4 digits of account number: 5416**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$86.94

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1836 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,665.50 |
|---|---|---|---|

UNITED ELECTRIC
340 WOODMONT RD
MILFORD, CT 06460

**Date or dates debt was incurred**

**Last 4 digits of account number: 0766**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1837 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,200.00 |
|---|---|---|---|

UNITED FOAM
20211 S SUSANA RD
RANCHO DOMINGUEZ, CA 90221

**Date or dates debt was incurred**

**Last 4 digits of account number: 3671**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1838 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,500.28 |
|---|---|---|---|

UNITED HEALTHCA
22561 NETWORK PL
CHICAGO, IL 60673-1225

**Date or dates debt was incurred**

**Last 4 digits of account number: 3857**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1839 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $166,625.96 |
|---|---|---|---|

UNITED HEALTHCA
5800 GRANITE PKWY
PLANO, TX 75024

**Date or dates debt was incurred**

**Last 4 digits of account number: 4652**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1840 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48,725.03 |
|---|---|---|---|

UNITED PLATING WORKS INC
4118 N MINGO RD
TULSA, OK 74116-5026

**Date or dates debt was incurred**

**Last 4 digits of account number: 0373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1841**

**Nonpriority creditor's name and mailing address**

UNITED REFRIGERATION INC
4646 S MINGO
TULSA, OK 74146

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0620

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,575.78

---

**3.1842**

**Nonpriority creditor's name and mailing address**

UNITED RENTALS
2807 N GARNETT ST
TULSA, OK 74116

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8605

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,940.44

---

**3.1843**

**Nonpriority creditor's name and mailing address**

UNIVERSAL MACHINING INDUSTRIES INC
810 E DIVISION
MUENSTER, TX 76252

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5283

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$227,752.99

---

**3.1844**

**Nonpriority creditor's name and mailing address**

UNIVERSAL PHOTO
85 JETSON LN
CENTRAL ISLIP, NY 11722

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1814

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,659.25

---

**3.1845**

**Nonpriority creditor's name and mailing address**

UNLAUB CO INC
1722 E KING PL
TULSA, OK 74110

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0872

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,904.87

Case 18-11699-MFW    Doc 323    Filed 09/21/18    Page 761 of 1112

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1846** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$113,980.36**

UPS SUPPLY CHAI
2139 N CARGO RD
TULSA, OK 74115

**Date or dates debt was incurred**

**Last 4 digits of account number: 3490**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1847** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,360.32**

UPS SUPPLY CHAI
231 N THIRD ST
PEMBINA, ND 58271

**Date or dates debt was incurred**

**Last 4 digits of account number: 3956**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1848** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,503.88**

UPS SUPPLY CHAI
28013 NETWORK PL
CHICAGO, IL 60673

**Date or dates debt was incurred**

**Last 4 digits of account number: 3764**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1849** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,197.00**

US AEROTEAM INC
2601 W STROOP RD
DAYTON, OH 45439

**Date or dates debt was incurred**

**Last 4 digits of account number: 2176**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1850** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$19,625.00**

VALCO MFG CO IN
925 BOREN BLVD
DUNCAN, OK 73533

**Date or dates debt was incurred**

**Last 4 digits of account number: 0121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

---

**3.1851** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$556.72**

VALDOVINOS, JESUS
10612 ARROYO AVE
HESPERIA, CA 92345-2503

**Date or dates debt was incurred**

**Last 4 digits of account number: 3264**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1852** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$23,725.00**

VALTECCNC
17751 E ADMIRAL PL
TULSA, OK 74015

**Date or dates debt was incurred**

**Last 4 digits of account number: 5467**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1853** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,570.63**

VALUE CREATION
5111 FIELDHURST CT
MASON, OH 45040

**Date or dates debt was incurred**

**Last 4 digits of account number: 9457**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1854** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$129.99**

VAN FLATERN, TRACY
5800 S 4178 RD
CHELSEA, OK 74016-1997

**Date or dates debt was incurred**

**Last 4 digits of account number: 3444**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1855** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,104.12**

VANG, CHA
101 S DOGWOOD AVE
BROKEN ARROW, OK 74012-3406

**Date or dates debt was incurred**

**Last 4 digits of account number: 4534**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

3.1856  **Nonpriority creditor's name and mailing address**

VANG, CHA
10612 E 28TH CT
TULSA, OK  74129-7620

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,022.39

---

3.1857  **Nonpriority creditor's name and mailing address**

VANG, CHAYENG
2513 S 106TH E AVE
TULSA, OK  74129-4809

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4519

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,212.14

---

3.1858  **Nonpriority creditor's name and mailing address**

VANG, CHIA
2724 S 109TH E AVE
TULSA, OK  74129-7634

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,532.19

---

3.1859  **Nonpriority creditor's name and mailing address**

VANG, JERRY
21288 E 40TH ST S
BROKEN ARROW, OK  74014-8714

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$76.03

---

3.1860  **Nonpriority creditor's name and mailing address**

VANG, JUSTIN
5042 S 195TH E AVE
BROKEN ARROW, OK  74014-4707

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$46.14

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

| 3.1861 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $116.06 |

VANG, KAO
10212 E 98TH PL N
OWASSO, OK 74055-2218

**Date or dates debt was incurred**

**Last 4 digits of account number: 9564**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.1862 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $215.49 |

VANG, KUA
5124 N 34TH ST
BROKEN ARROW, OK 74014-1713

**Date or dates debt was incurred**

**Last 4 digits of account number: 1572**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.1863 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $124.26 |

VANG, PHENG
11717 VALLEY AVENUE
COLLINSVILLE, OK 74021-6445

**Date or dates debt was incurred**

**Last 4 digits of account number: 1485**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.1864 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $978.07 |

VANG, RANDALL
12110 E 37TH PL
TULSA, OK 74146-3104

**Date or dates debt was incurred**

**Last 4 digits of account number: 1828**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.1865 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,962.56 |

VANG, ZOUA
11431 E. 110TH PL N
OWASSO, OK 74055-6688

**Date or dates debt was incurred**

**Last 4 digits of account number: 6618**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.1866** **Nonpriority creditor's name and mailing address**

VANN, DONALD
10908 E. 120TH ST. N
COLLINSVILLE, OK  74021-5495

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,057.26

---

**3.1867** **Nonpriority creditor's name and mailing address**

VANN, LANETTA
PO BOX 6161
TULSA, OK  74148-0161

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,763.03

---

**3.1868** **Nonpriority creditor's name and mailing address**

VANSLYKE, ARRON
308 S D AVE
BIXBY, OK  74008-4715

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2190

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,748.41

---

**3.1869** **Nonpriority creditor's name and mailing address**

VAS AERO SERVICES LLC
18202 80 AVE S
KENT, WA  98032

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$850.00

---

**3.1870** **Nonpriority creditor's name and mailing address**

VASEY, DAVID
18080 N 97TH E AVE
COLLINSVILLE, OK  74021-4235

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,875.36

---

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.1871** | **Nonpriority creditor's name and mailing address**

VECTOR TECHNOLO
22245 C STREET
WINFIELD, KS  67156

**Date or dates debt was incurred**

**Last 4 digits of account number: 4811**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$120,710.00**

---

**3.1872** | **Nonpriority creditor's name and mailing address**

VENTURE TECHNICAL SALES & SERV
801 E JACKSON PL
BROKEN ARROW, OK  74012

**Date or dates debt was incurred**

**Last 4 digits of account number: 2729**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$5,026.00**

---

**3.1873** | **Nonpriority creditor's name and mailing address**

VERIFY INC
2525 MAIN ST
IRVINE, CA  92614

**Date or dates debt was incurred**

**Last 4 digits of account number: 3508**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$21,760.09**

---

**3.1874** | **Nonpriority creditor's name and mailing address**

VERIZON UK LIMI
READING INTERNATIONAL BUSINESS PARK
READING  RG2 6DA
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number: 8907**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,665.46**

---

**3.1875** | **Nonpriority creditor's name and mailing address**

VERIZON UK LIMI
READING INTERNATIONAL BUSINESS PARK
READING  RG2 6DA
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number: 5549**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,152.16**

| Debtor | The NORDAM Group, Inc. | Case number (if known) 18-11699 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1876**    **Nonpriority creditor's name and mailing address**

VERMILLION, BRIAN
10724 EAST 120TH COURT NORTH
COLLINSVILLE, OK 74021-5542

**Date or dates debt was incurred**

**Last 4 digits of account number: 9295**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$100.80

---

**3.1877**    **Nonpriority creditor's name and mailing address**

VERRETT, TRENT
8763 N 97TH EAST AVE APT 205
OWASSO, OK 74055-6864

**Date or dates debt was incurred**

**Last 4 digits of account number: 3360**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$50.64

---

**3.1878**    **Nonpriority creditor's name and mailing address**

VERSTAR GROUP INC
50305 PATRICIA
CHESTERFIELD, MI 48051

**Date or dates debt was incurred**

**Last 4 digits of account number: 9242**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$858,277.00

---

**3.1879**    **Nonpriority creditor's name and mailing address**

VESTAL, DIANA
5525 E 61ST PLACE
TULSA, OK 74136-2039

**Date or dates debt was incurred**

**Last 4 digits of account number: 3032**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$469.49

---

**3.1880**    **Nonpriority creditor's name and mailing address**

VESTAL, TONI
10762 E 120TH CT N
COLLINSVILLE, OK 74021-5542

**Date or dates debt was incurred**

**Last 4 digits of account number: 2411**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,462.81

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| 3.1881 | **Nonpriority creditor's name and mailing address**<br><br>VIDEOJET TECHNO<br>1500 MITTEL BLVD<br>WOOD DALE, IL 60191<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1505 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $507.11 |
| 3.1882 | **Nonpriority creditor's name and mailing address**<br><br>VINCENT III, JAMES<br>13101 E. 114TH ST N<br>OWASSO, OK 74055-6375<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3059 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,193.45 |
| 3.1883 | **Nonpriority creditor's name and mailing address**<br><br>VINCENT, DAVID<br>1704 S 6TH ST.<br>BROKEN ARROW, OK 74012-6533<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2023 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,297.14 |
| 3.1884 | **Nonpriority creditor's name and mailing address**<br><br>VIRTEK<br>785 BRIDGE ST<br>WATERLOO, ON N2P 1Y3<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1552 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,473.50 |
| 3.1885 | **Nonpriority creditor's name and mailing address**<br><br>VISION SERVICE<br>3333 QUALITY DR<br>RANCHO CORDOVA, CA 95670<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4646 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,523.47 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1886 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,646.90 |
|---|---|---|---|

**3.1886**

**Nonpriority creditor's name and mailing address**

VISION SYSTEMS AERONAUTICS
ROUTE D'IRIGNY
BRIGNAIS  68530
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2353

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,646.90

---

**3.1887**

**Nonpriority creditor's name and mailing address**

VISIONEERING IN
2055 TAYLOR RD
AUBURN HILLS, MI  48326

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4411

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,224,073.00

---

**3.1888**

**Nonpriority creditor's name and mailing address**

VOGT, HEATH
11928 N 108TH EAST AVE
COLLINSVILLE, OK  74021-5541

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3268

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Amount of claim: $535.28

---

**3.1889**

**Nonpriority creditor's name and mailing address**

VOTAW PRECISION
13153 LAKELAND RD
SANTA FE SPRINGS, CA  90670

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2797

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $84,372.00

---

**3.1890**

**Nonpriority creditor's name and mailing address**

VUE, CHER
4913 W COMMERCIAL ST
BROKEN ARROW, OK  74012-8728

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2884

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Amount of claim: $2,822.92

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1891 | **Nonpriority creditor's name and mailing address**<br><br>VUE, KHAM<br>2732 S 79TH E AVE<br>TULSA, OK  74129-2705<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3848** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,137.03 |
| 3.1892 | **Nonpriority creditor's name and mailing address**<br><br>VUE, YEAR<br>10406 ASHFORD CIR<br>OWASSO, OK  74055-7709<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1312** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,757.70 |
| 3.1893 | **Nonpriority creditor's name and mailing address**<br><br>VWR SCIENTIFIC<br>1050 SATELLITE BLVD<br>SUWANEE, GA  30174<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1443** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,609.58 |
| 3.1894 | **Nonpriority creditor's name and mailing address**<br><br>W D DISTRIBUTIN<br>1701 N INDIANWOOD AVE<br>BROKEN ARROW, OK  74012<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1892** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,965.33 |
| 3.1895 | **Nonpriority creditor's name and mailing address**<br><br>W S WILSON CORP<br>24 HARBOR PARK DR<br>PORT WASHINGTON, NY  11050<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0323** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,952.50 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1896 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $848.29 |

**Nonpriority creditor's name and mailing address**
WAGNER, JOHN
22 WILD TURKEY LN
SAND SPRINGS, OK 74063-5066

**Date or dates debt was incurred**

**Last 4 digits of account number: 3256**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Amount of claim: $848.29

---

3.1897
**Nonpriority creditor's name and mailing address**
WAGONER COUNTY RWD 4
9816 S 239TH E AVE
BROKEN ARROW, OK 74014

**Date or dates debt was incurred**

**Last 4 digits of account number: 4555**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

---

3.1898
**Nonpriority creditor's name and mailing address**
WAKEFIELD, MACHELLE
13206 E 32ND CT
TULSA, OK 74134-4006

**Date or dates debt was incurred**

**Last 4 digits of account number: 0337**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Amount of claim: $1,384.71

---

3.1899
**Nonpriority creditor's name and mailing address**
WALDROP, LEANN
PO BOX 342
KELLYVILLE, OK 74036-0342

**Date or dates debt was incurred**

**Last 4 digits of account number: 3024**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Amount of claim: $523.56

---

3.1900
**Nonpriority creditor's name and mailing address**
WALKER, BRYAN
1017 N 68TH EAST AVE
TULSA, OK 74115-6827

**Date or dates debt was incurred**

**Last 4 digits of account number: 2803**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

Amount of claim: $892.19

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1901** | **Nonpriority creditor's name and mailing address**

WALKER, CAMERON
25210 E 93RD ST S
BROKEN ARROW, OK  74014-7879

**Date or dates debt was incurred**

**Last 4 digits of account number: 2633**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$450.77

---

**3.1902** | **Nonpriority creditor's name and mailing address**

WALKER, JASON
1629 E 56TH PL
TULSA, OK  74105-8021

**Date or dates debt was incurred**

**Last 4 digits of account number: 3257**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$429.60

---

**3.1903** | **Nonpriority creditor's name and mailing address**

WALKER, JEFFERY
8610 EAST 80TH STREET NORTH
OWASSO, OK  74055-7938

**Date or dates debt was incurred**

**Last 4 digits of account number: 6114**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,428.16

---

**3.1904** | **Nonpriority creditor's name and mailing address**

WALKER, STEVEN
12116 S GRANITE AVE
BIXBY, OK  74008-2739

**Date or dates debt was incurred**

**Last 4 digits of account number: 3318**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$475.10

---

**3.1905** | **Nonpriority creditor's name and mailing address**

WALKINGSTICK, MICHAEL
3020  JOHNSTON RD
OOLOGAH, OK  74053-3941

**Date or dates debt was incurred**

**Last 4 digits of account number: 2659**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$42.25

Debtor    The NORDAM Group, Inc.                    Case number (if known) 18-11699

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.1906** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,555.07

WALL COLMONOY C
550 SAND SAGE RD NW
LOS LUNAS, NM  87031

**Date or dates debt was incurred**

**Last 4 digits of account number: 4636**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1907** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $225.25

WALLACE, JAMES
10906 W HASKELL CIR
WICHITA, KS  67209-3245

**Date or dates debt was incurred**

**Last 4 digits of account number: 3324**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1908** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,882.10

WALSH & ASSOCIA
1400 MACKLIND AVE
ST LOUIS, MO  63110

**Date or dates debt was incurred**

**Last 4 digits of account number: 0375**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1909** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,758.21

WALTERS, ADAM
461 E. 129TH PL.
JENKS, OK  74037-3798

**Date or dates debt was incurred**

**Last 4 digits of account number: 3137**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1910** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,666.92

WALTERS, BARRY
28668 E. 75TH ST. SOUTH
BROKEN ARROW, OK  74014-5773

**Date or dates debt was incurred**

**Last 4 digits of account number: 5498**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1911** | **Nonpriority creditor's name and mailing address**

WARD, JUSTIN
9409 NORTH 95TH EAST PLACE
OWASSO, OK  74055-0971

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1532

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,832.49

---

**3.1912** | **Nonpriority creditor's name and mailing address**

WARD, KATHY
1309 S POWELL AVE
WAGONER, OK  74467-8115

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3329

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$249.86

---

**3.1913** | **Nonpriority creditor's name and mailing address**

WARFIELD, MARK
16653 S. BIG VALLEY BLVD
CLAREMORE, OK  74017-2300

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6926

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$154.51

---

**3.1914** | **Nonpriority creditor's name and mailing address**

WARNER ROBINS AIR LOGISTICS COMPLEX
420 RICHARD RAY BLVD
WARNER ROBINS, GA  31098-1640

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$491,362.37

---

**3.1915** | **Nonpriority creditor's name and mailing address**

WARREN, COREY
1906 N CHAMBERS TERR
CLAREMORE, OK  74017-2621

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2396

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,034.43

Debtor   The NORDAM Group, Inc.                     Case number (if known) 18-11699
         (Name)

| **Part 2:** | Additional Page |

|  |  | Amount of claim |
|---|---|---|

**3.1916** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $612.30
*Check all that apply.*

WASHINGTON, HAYWOOD
10618 E 113TH ST N
OWASSO, OK 74055-4256

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 8957**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1917** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,349.48
*Check all that apply.*

WATKINS, RICKY
7220 S 337TH EAST AVE
BROKEN ARROW, OK 74014-7555

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 5574**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1918** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,990.10
*Check all that apply.*

WATSON, DONALD
24315 E 112TH ST S.
BROKEN ARROW, OK 74014-7736

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 9717**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1919** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $494.51
*Check all that apply.*

WATSON, KEVIN
3752 W 45TH ST
TULSA, OK 74107-6340

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number: 0588**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1920** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,071.04
*Check all that apply.*

WCS QUALITY REG
1603 RIKA POINT
HOUSTON, TX 77077

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 3893**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1921** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,000.00**

WEATHERFORD AEROSPACE INC
1020 E COLUMBIA ST
WEATHERFORD, TX  76086

**Date or dates debt was incurred**

**Last 4 digits of account number: 0893**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1922** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$222.54**

WEATHERS, J'SON
11633 E 83RD ST N APT DD
OWASSO, OK  74055-2229

**Date or dates debt was incurred**

**Last 4 digits of account number: 3319**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1923** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,997.83**

WEBER, DARRELL
4808 RUSTIC RD
SAND SPRINGS, OK  74063-3112

**Date or dates debt was incurred**

**Last 4 digits of account number: 9617**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1924** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,336.59**

WEBER, JENNIFER
6002 S 263RD EAST AVE
BROKEN ARROW, OK  74014-4431

**Date or dates debt was incurred**

**Last 4 digits of account number: 9013**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1925** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,531.84**

WEBSTER JR, STEPHEN
1818 JEFFERSON PL
BARTLESVILLE, OK  74006-6402

**Date or dates debt was incurred**

**Last 4 digits of account number: 0259**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.1926** **Nonpriority creditor's name and mailing address**

WEED INSTRUMENT
707 JEFFREY WAY
ROUND ROCK, TX  78660-0300

**Date or dates debt was incurred**

**Last 4 digits of account number: 4902**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,723.84

---

**3.1927** **Nonpriority creditor's name and mailing address**

WEILERT ENTERPRISES
5505 N BIRDCREEK AVE
CATOOSA, OK  74015

**Date or dates debt was incurred**

**Last 4 digits of account number: 0332**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,205.03

---

**3.1928** **Nonpriority creditor's name and mailing address**

WELLS, RONALD
1553 N ELGIN AVE
TULSA, OK  74106-4255

**Date or dates debt was incurred**

**Last 4 digits of account number: 4035**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,796.35

---

**3.1929** **Nonpriority creditor's name and mailing address**

WENCOR WEST INC
416 DIVIDEND DR
PEACHTREE CITY, GA  30269

**Date or dates debt was incurred**

**Last 4 digits of account number: 0056**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,259.35

---

**3.1930** **Nonpriority creditor's name and mailing address**

WERT, TIMOTHY
412 E AUSTIN
BROKEN ARROW, OK  74011-4044

**Date or dates debt was incurred**

**Last 4 digits of account number: 5844**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$285.54

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1931**  **Nonpriority creditor's name and mailing address**

WESCO AIRCRAFT HARDWARE CORP
6701 WILL ROGERS BLVD
FT WORTH, TX 76140

**Date or dates debt was incurred**

**Last 4 digits of account number: 0065**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$95,005.61

---

**3.1932**  **Nonpriority creditor's name and mailing address**

WESSON III, RICHARD
RR 1 BOX 3420
NOWATA, OK 74048-9796

**Date or dates debt was incurred**

**Last 4 digits of account number: 1989**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$808.97

---

**3.1933**  **Nonpriority creditor's name and mailing address**

WEST COAST INDU
14900 WHITMAN AVE N
SEATTLE, WA 98133

**Date or dates debt was incurred**

**Last 4 digits of account number: 1456**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,590.00

---

**3.1934**  **Nonpriority creditor's name and mailing address**

WEST SAFETY SER
1601 DRY CREEK DR
LONGMONT, CO 80503

**Date or dates debt was incurred**

**Last 4 digits of account number: 8671**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,956.10

---

**3.1935**  **Nonpriority creditor's name and mailing address**

WEST TERMITE AN
1414 S MEMORIAL DR
TULSA, OK 74112

**Date or dates debt was incurred**

**Last 4 digits of account number: 8222**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,291.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1936**  **Nonpriority creditor's name and mailing address**

WESTERN AERO SE
6475 FRANKLIN ST
DENVER, CO  80229-7229

**Date or dates debt was incurred**

**Last 4 digits of account number: 3236**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$900.00

---

**3.1937**  **Nonpriority creditor's name and mailing address**

WESTERN AMERICAN SPECIALTIES INC
4731 W JEFFERSON BLVD
LOS ANGELES, CA  90016

**Date or dates debt was incurred**

**Last 4 digits of account number: 2908**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,842.27

---

**3.1938**  **Nonpriority creditor's name and mailing address**

WHEAT, PATRICK
113 W WACO PL
BROKEN ARROW, OK  74011-3636

**Date or dates debt was incurred**

**Last 4 digits of account number: 2870**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$542.76

---

**3.1939**  **Nonpriority creditor's name and mailing address**

WHEELER, BRUCE
4909 W COMMERCIAL ST
BROKEN ARROW, OK  74012-8728

**Date or dates debt was incurred**

**Last 4 digits of account number: 2797**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,665.45

---

**3.1940**  **Nonpriority creditor's name and mailing address**

WHEELER, KEVIN
21420 E 32ND PL SOUTH
BROKEN ARROW, OK  74014-1149

**Date or dates debt was incurred**

**Last 4 digits of account number: 9247**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$215.55

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.1941** | **Nonpriority creditor's name and mailing address**

WHELEN ENGINEER
51 WINTHROP RD
CHESTER, CT  06412-0684

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1674

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,076.40

---

**3.1942** | **Nonpriority creditor's name and mailing address**

WHIPPLE, BRENT
14810 W 101ST ST S
SAPULPA, OK  74066-6760

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,794.83

---

**3.1943** | **Nonpriority creditor's name and mailing address**

WHISMAN, JANET
11813 E 78TH ST N
OWASSO, OK  74055-2604

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2650

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,400.00

---

**3.1944** | **Nonpriority creditor's name and mailing address**

WHISMAN, PATRICK
11221 S 274TH E AVE
COWETA, OK  74429-3402

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3222

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$629.70

---

**3.1945** | **Nonpriority creditor's name and mailing address**

WHITE EAGLE-MATTIX, JOSEPHINE
1031 RIDGE LANE
CATOOSA, OK  74105-2228

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8934

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$191.54

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1946** | **Nonpriority creditor's name and mailing address**

WHITE, ROBERT
5836 E 147TH ST N
COLLINSVILLE, OK  74021-5731

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,383.07

---

**3.1947** | **Nonpriority creditor's name and mailing address**

WHITE, STEVEN
5919 S 39TH WEST AVE.
TULSA, OK  74107-9236

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,371.81

---

**3.1948** | **Nonpriority creditor's name and mailing address**

WHITELAND, JAMES
6614 E 112TH ST S
BIXBY, OK  74008-2058

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3238

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,388.29

---

**3.1949** | **Nonpriority creditor's name and mailing address**

WHITETREE, MARLYS
1084 N 153RD E AVE
TULSA, OK  74116-2825

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,080.08

---

**3.1950** | **Nonpriority creditor's name and mailing address**

WHITFORD CORP
47 PARK AVE
ELVERSON, PA  19520

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,102.40

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|-----------------|

**3.1951** **Nonpriority creditor's name and mailing address**

WHITLEY, TIMOTHY
2003 E 12TH PL
TULSA, OK  74104-4201

**Date or dates debt was incurred**

**Last 4 digits of account number: 2759**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$364.06

---

**3.1952** **Nonpriority creditor's name and mailing address**

WIDDOES, MICHAEL
414 EAST 20TH COURT
OWASSO, OK  74055-0000

**Date or dates debt was incurred**

**Last 4 digits of account number: 3955**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,475.61

---

**3.1953** **Nonpriority creditor's name and mailing address**

WIENECKE, DANIEL
1935 S COLLEGE AVE
TULSA, OK  74104-6123

**Date or dates debt was incurred**

**Last 4 digits of account number: 9137**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,728.25

---

**3.1954** **Nonpriority creditor's name and mailing address**

WILLHITE, SAMUEL
9620 S 4120 RD
OOLOGAH, OK  74053-6306

**Date or dates debt was incurred**

**Last 4 digits of account number: 2530**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$198.46

---

**3.1955** **Nonpriority creditor's name and mailing address**

WILLIAM PEACHER
10620 S 69 E AVE
TULSA, OK  74133-7150

**Date or dates debt was incurred**

**Last 4 digits of account number: 6872**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,917.00

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.1956** **Nonpriority creditor's name and mailing address**

WILLIAMS JR, MARVIN
10473 E 143RD CT. N
COLLINSVILLE, OK  74021-3700

**Date or dates debt was incurred**

**Last 4 digits of account number: 1553**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$804.82

---

**3.1957** **Nonpriority creditor's name and mailing address**

WILLIAMS, BENNIE
1612 SOUTH BOSTON AVE, #5
TULSA, OK  74119-4440

**Date or dates debt was incurred**

**Last 4 digits of account number: 5522**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,892.55

---

**3.1958** **Nonpriority creditor's name and mailing address**

WILLIAMS, DAVID
10316 E 126TH ST NORTH
COLLINSVILLE, OK  74021-3859

**Date or dates debt was incurred**

**Last 4 digits of account number: 3235**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$870.46

---

**3.1959** **Nonpriority creditor's name and mailing address**

WILLIAMS, DUANA
15000 E 90TH ST N
OWASSO, OK  74055-8499

**Date or dates debt was incurred**

**Last 4 digits of account number: 1537**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$908.19

---

**3.1960** **Nonpriority creditor's name and mailing address**

WILLIAMS, GARY
2615N BRIARCLIFF RD
SAND SPRINGS, OK  74063-5803

**Date or dates debt was incurred**

**Last 4 digits of account number: 2275**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,363.41

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1961**

**Nonpriority creditor's name and mailing address**

WILLIAMS, JAMES
1031 RIDGE LN
CATOOSA, OK  74015-2228

**Date or dates debt was incurred**

**Last 4 digits of account number: 3541**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,797.72

---

**3.1962**

**Nonpriority creditor's name and mailing address**

WILLIAMS, JUDD
14957 N 68TH W AVE.
SKIATOOK, OK  74070-4083

**Date or dates debt was incurred**

**Last 4 digits of account number: 5020**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,420.29

---

**3.1963**

**Nonpriority creditor's name and mailing address**

WILLIAMS, KEITH
1515 N BOSTON AVE
TULSA, OK  74106-4102

**Date or dates debt was incurred**

**Last 4 digits of account number: 9352**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$107.66

---

**3.1964**

**Nonpriority creditor's name and mailing address**

WILLIAMS, ROBERT
1349 FOREST LANE
CATOOSA, OK  74015-2212

**Date or dates debt was incurred**

**Last 4 digits of account number: 3023**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$3,512.30

---

**3.1965**

**Nonpriority creditor's name and mailing address**

WILLIAMS, WALTER
901 W GRANGER ST
BROKEN ARROW, OK  74012-8461

**Date or dates debt was incurred**

**Last 4 digits of account number: 5194**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$284.88

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1966**   **Nonpriority creditor's name and mailing address**

WILLIAMSON, NICHOLAS
308 E.126TH ST. SOUTH
JENKS, OK 74037-2895

**Date or dates debt was incurred**

**Last 4 digits of account number: 8909**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$728.00

---

**3.1967**   **Nonpriority creditor's name and mailing address**

WILLICK ENGINEERING COMPANY INC
12516 LAKELAND RD
SANTA FE SPRINGS, CA 90670

**Date or dates debt was incurred**

**Last 4 digits of account number: 9498**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,500.00

---

**3.1968**   **Nonpriority creditor's name and mailing address**

WILLOW TEX
501 PIEDMONT TRIAD W DR
MT AIRY, NC 27030

**Date or dates debt was incurred**

**Last 4 digits of account number: 1468**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

**3.1969**   **Nonpriority creditor's name and mailing address**

WILLYARD, TIMOTHY
12428 N MARION
COLLINSVILLE, OK 74021-5115

**Date or dates debt was incurred**

**Last 4 digits of account number: 0044**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$936.64

---

**3.1970**   **Nonpriority creditor's name and mailing address**

WILMETH, BRYAN
20605 S RIDGEFIELD CIR
CLAREMORE, OK 74019-5201

**Date or dates debt was incurred**

**Last 4 digits of account number: 2110**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,194.69

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1971 | **Nonpriority creditor's name and mailing address**<br><br>WILSON, BUDDY<br>5901 E 4TH ST<br>TULSA, OK 74112-1617<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4649** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $838.05 |
| 3.1972 | **Nonpriority creditor's name and mailing address**<br><br>WINGARD, KYLE<br>11202 NORTH 106TH EAST AVE.<br>OWASSO, OK 74055-4226<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2423** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,506.42 |
| 3.1973 | **Nonpriority creditor's name and mailing address**<br><br>WINGS AEROSPACE LLC<br>8278 30TH AVENUE NORTH<br>SAINT PETERSBURG, FL 33710<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 7189** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS RECEIVABLE CREDIT BALANCE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $29,700.00 |
| 3.1974 | **Nonpriority creditor's name and mailing address**<br><br>WINTERS, ERIC<br>1308 E. CONCORD ST.<br>BROKEN ARROW, OK 74012-6352<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3454** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,323.70 |
| 3.1975 | **Nonpriority creditor's name and mailing address**<br><br>WIRELESS TECHNO<br>3158 S 108TH E AVE<br>TULSA, OK 74146<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0814** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $902.25 |

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699
          (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | |
|---|---|---|
| 3.1976 | **Nonpriority creditor's name and mailing address**<br><br>WITTEN CO INC<br>8199 N 116TH E AVE<br>OWASSO, OK  74055-2647<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0796 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43,603.09 |
| 3.1977 | **Nonpriority creditor's name and mailing address**<br><br>WITZKE, KEVIN<br>3306 E 73RD ST<br>TULSA, OK  74136-5966<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0263 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,833.65 |
| 3.1978 | **Nonpriority creditor's name and mailing address**<br><br>WLX LLC<br>1401 IRON ST<br>NORTH KANSAS CITY, MO  64116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9577 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $62,891.34 |
| 3.1979 | **Nonpriority creditor's name and mailing address**<br><br>WOLFENBARGER, BRIAN<br>13239 E 45TH ST<br>TULSA, OK  74134-5864<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6854 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,465.61 |
| 3.1980 | **Nonpriority creditor's name and mailing address**<br><br>WOLFENBERGER, JOSEPH<br>12324  E. 86TH  ST. NORTH<br>SUITE  149<br>OWASSO, OK  74055-2543<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4766 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $986.09 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1981** | **Nonpriority creditor's name and mailing address**
WOOD JR, RANDY
2497 N WILDERNESS LN
FAYETTEVILLE, AR 72703-3577

**Date or dates debt was incurred**

**Last 4 digits of account number: 2685**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$764.95

---

**3.1982** | **Nonpriority creditor's name and mailing address**
WOOD, CHRISTOPHER
3722 S 69TH W COURT
TULSA, OK 74107-4863

**Date or dates debt was incurred**

**Last 4 digits of account number: 3233**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$500.06

---

**3.1983** | **Nonpriority creditor's name and mailing address**
WOOD, TROY
10425 EAST 143RD CRT NORTH
COLLINSVILLE, OK 74021-3700

**Date or dates debt was incurred**

**Last 4 digits of account number: 1950**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$57.81

---

**3.1984** | **Nonpriority creditor's name and mailing address**
WOODALL, TAYLOR
1005 N ELM ST
OWASSO, OK 74055-5570

**Date or dates debt was incurred**

**Last 4 digits of account number: 3300**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$288.78

---

**3.1985** | **Nonpriority creditor's name and mailing address**
WOODLAND PLASTI
1340 W NATIONAL AVE
ADDISON, IL 60101

**Date or dates debt was incurred**

**Last 4 digits of account number: 0950**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,932.15

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1986** | **Nonpriority creditor's name and mailing address**

WOODWARD HRT INC
1700 BUSINESS CENTER DR
DUARTE, CA 91010

**Date or dates debt was incurred**

**Last 4 digits of account number: 4462**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$108,318.63

---

**3.1987** | **Nonpriority creditor's name and mailing address**

WORK HEALTH SOL
1044 N SHERIDAN RD
TULSA, OK 74115

**Date or dates debt was incurred**

**Last 4 digits of account number: 5236**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,407.50

---

**3.1988** | **Nonpriority creditor's name and mailing address**

WORLD CARGO
VIA VALDEROA 60
ROME 00054
ITALY

**Date or dates debt was incurred**

**Last 4 digits of account number: 4355**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,388.76

---

**3.1989** | **Nonpriority creditor's name and mailing address**

WORTHAM III, JAMES
3141 S 108TH EAST AVE APT H
TULSA, OK 74146-1680

**Date or dates debt was incurred**

**Last 4 digits of account number: 3352**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$66.92

---

**3.1990** | **Nonpriority creditor's name and mailing address**

WORTHY, THOMAS
7608 N 123RD E AVE
OWASSO, OK 74055-7921

**Date or dates debt was incurred**

**Last 4 digits of account number: 1523**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,875.35

---

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699 (MFW)

(Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1991** **Nonpriority creditor's name and mailing address**

WORXTIME LLC
360 B QUALITY CIR
HUNTSVILLE, AL  35806

**Date or dates debt was incurred**

**Last 4 digits of account number: 9344**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,895.00

---

**3.1992** **Nonpriority creditor's name and mailing address**

WRATTEN, RONALD
13000 E 126TH PL N
COLLINSVILLE, OK  74021-4148

**Date or dates debt was incurred**

**Last 4 digits of account number: 4226**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$48.65

---

**3.1993** **Nonpriority creditor's name and mailing address**

WRIGHT, CHARLES
12424 W 63RD ST S
SAPULPA, OK  74066-7798

**Date or dates debt was incurred**

**Last 4 digits of account number: 3241**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,722.96

---

**3.1994** **Nonpriority creditor's name and mailing address**

WRIGHT, KEITH
11410 S 337TH W AVE
BRISTOW, OK  74010-4166

**Date or dates debt was incurred**

**Last 4 digits of account number: 5202**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$663.70

---

**3.1995** **Nonpriority creditor's name and mailing address**

WRIGHT, NATHAN
25453 S. CONCORD DR.
CLAREMORE, OK  74019-1749

**Date or dates debt was incurred**

**Last 4 digits of account number: 4575**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,169.32

---

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.1996 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $517.01 |
| | WYNN, PAUL | *Check all that apply.* | |
| | 3308 S LOUISVILLE AV | ☒ Contingent | |
| | TULSA, OK  74135-4501 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number: 6888** | EMPLOYEE PTO | |
| | | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | | ☒ Yes | |

| 3.1997 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $550.06 |
| | XIONG, KOOBCHENG | *Check all that apply.* | |
| | 19340 E 43RD ST SOUTH | ☒ Contingent | |
| | BROKEN ARROW, OK  74014-1317 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number: 3234** | EMPLOYEE PTO | |
| | | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | | ☒ Yes | |

| 3.1998 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,271.71 |
| | XIONG, RICHARD | *Check all that apply.* | |
| | 12922 E READING PLACE N | ☒ Contingent | |
| | TULSA, OK  74116-1715 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number: 1759** | EMPLOYEE PTO | |
| | | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | | ☒ Yes | |

| 3.1999 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $763.61 |
| | XIONG, RICHARD | *Check all that apply.* | |
| | 1727 S 140TH EAST AVE | ☒ Contingent | |
| | TULSA, OK  74108-5513 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number: 2631** | EMPLOYEE PTO | |
| | | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | | ☒ Yes | |

| 3.2000 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,152.55 |
| | XIONG, XANG | *Check all that apply.* | |
| | 10904 EAST 120TH COURT NORTH | ☒ Contingent | |
| | COLLINSVILLE, OK  74021-5502 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number: 1356** | EMPLOYEE PTO | |
| | | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | | ☒ Yes | |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.2001** **Nonpriority creditor's name and mailing address**

YANG, ALEX
3301 N ELM AVE #305
BROKEN ARROW, OK  74012-7970

**Date or dates debt was incurred**

**Last 4 digits of account number: 2988**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$619.72

---

**3.2002** **Nonpriority creditor's name and mailing address**

YANG, ARIC
3501 S 213TH EAST AVE
BROKEN ARROW, OK  74014-8770

**Date or dates debt was incurred**

**Last 4 digits of account number: 0151**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$2,706.19

---

**3.2003** **Nonpriority creditor's name and mailing address**

YANG, CHUE
7449 S 111TH EAST AVE
TULSA, OK  74133-2511

**Date or dates debt was incurred**

**Last 4 digits of account number: 0503**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$12.51

---

**3.2004** **Nonpriority creditor's name and mailing address**

YANG, CINDER
12153 N 152ND EAST AVENUE
COLLINSVILLE, OK  74021-4318

**Date or dates debt was incurred**

**Last 4 digits of account number: 2640**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$434.24

---

**3.2005** **Nonpriority creditor's name and mailing address**

YANG, DAO
14700 E 88TH PL N APT 1016
OWASSO, OK  74055-4933

**Date or dates debt was incurred**

**Last 4 digits of account number: 3214**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$681.86

---

| Debtor | The NORDAM Group, Inc. | Case number (if known) 18-11699 |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2006 | **Nonpriority creditor's name and mailing address**<br><br>YANG, JOE<br>11944 N 154TH EAST AVE<br>COLLINSVILLE, OK 74021-5815<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8914** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $598.62 |

| 3.2007 | **Nonpriority creditor's name and mailing address**<br><br>YANG, KENG<br>APT 3137 2750 N 7TH ST<br>BROKEN ARROW, OK 74012-2680<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2571** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $841.64 |

| 3.2008 | **Nonpriority creditor's name and mailing address**<br><br>YANG, KIA<br>1025 W GRANGER ST<br>BROKEN ARROW, OK 74012-0730<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5123** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $9.95 |

| 3.2009 | **Nonpriority creditor's name and mailing address**<br><br>YANG, LOU<br>4571 S 209 E AVE<br>BROKEN ARROW, OK 74014-1136<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1615** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,034.41 |

| 3.2010 | **Nonpriority creditor's name and mailing address**<br><br>YANG, NADEE<br>11431 E 110TH PL N<br>OWASSO, OK 74055-2210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9300** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $70.80 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2011 | **Nonpriority creditor's name and mailing address**<br><br>YANG, NHALONG<br>13116 E 37TH ST<br>TULSA, OK  74134-5246<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3440** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $3,006.14 |
| 3.2012 | **Nonpriority creditor's name and mailing address**<br><br>YANG, PAO<br>4675 S 205TH E AVE<br>BROKEN ARROW, OK  74014-0000<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5018** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $2,659.07 |
| 3.2013 | **Nonpriority creditor's name and mailing address**<br><br>YANG, PENG<br>7449 S 111TH EAST AVE<br>TULSA, OK  74133-2511<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2191** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $976.44 |
| 3.2014 | **Nonpriority creditor's name and mailing address**<br><br>YANG, PLA<br>13116 E 37TH ST<br>TULSA, OK  74134-5246<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5130** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $493.44 |
| 3.2015 | **Nonpriority creditor's name and mailing address**<br><br>YANG, RICK<br>14205 E 56 ST N<br>OWASSO, OK  74055-7527<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1554** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PTO<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $1,996.00 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.2016** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,007.35

YANG, TOU
3984 S. 214TH E. AVE
BROKEN ARROW, OK  74014-0000

**Date or dates debt was incurred**

**Last 4 digits of account number: 5503**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.2017** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43.88

YELLOW CHECKER
11176 E SKELLY DR
TULSA, OK  74128

**Date or dates debt was incurred**

**Last 4 digits of account number: 5170**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2018** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,214.16

YOCUM JR, DONALD
12523 S. 209TH. W. AVE.
SAPULPA, OK  74066-9505

**Date or dates debt was incurred**

**Last 4 digits of account number: 6411**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.2019** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47.42

YOUNG, BRANDON
15209 E 470 RD
CLAREMORE, OK  74017-5374

**Date or dates debt was incurred**

**Last 4 digits of account number: 3362**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.2020** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $361.86

YOUNG, CHARLES
7840 E 22ND ST
TULSA, OK  74129-2412

**Date or dates debt was incurred**

**Last 4 digits of account number: 3266**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.2021** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $498.21
YOUNG, STEPHEN
8915 N 152ND E AVE
OWASSO, OK  74055-8489

**Date or dates debt was incurred**

**Last 4 digits of account number: 3243**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.2022** | **Nonpriority creditor's name and mailing address** | | $5,921.00
Z OPTION INC
417 OAKBEND DR
LEWISVILLE, TX  75067

**Date or dates debt was incurred**

**Last 4 digits of account number: 8834**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2023** | **Nonpriority creditor's name and mailing address** | | $2,796.28
ZANNOTTI, RITA
4018 E 87TH ST
TULSA, OK  74137-2610

**Date or dates debt was incurred**

**Last 4 digits of account number: 2162**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.2024** | **Nonpriority creditor's name and mailing address** | | $1,557.81
ZELLNER, JENNIFER
9913 E 100TH PL N
OWASSO, OK  74055-6497

**Date or dates debt was incurred**

**Last 4 digits of account number: 9652**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.2025** | **Nonpriority creditor's name and mailing address** | | $1,319.01
ZHEREBNENKO, MIKHAIL
721 N PAWNEE AVE
DEWEY, OK  74029-2216

**Date or dates debt was incurred**

**Last 4 digits of account number: 2158**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.2026** **Nonpriority creditor's name and mailing address**

ZICKEFOOSE, TROY
3316 BERMUDA DR
SAND SPRINGS, OK  74063-2961

**Date or dates debt was incurred**

**Last 4 digits of account number: 2847**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,545.78

---

**3.2027** **Nonpriority creditor's name and mailing address**

ZIMIN, EDGAR
27120 E 127TH ST S
COWETA, OK  74429-5829

**Date or dates debt was incurred**

**Last 4 digits of account number: 2451**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$710.14

---

**3.2028** **Nonpriority creditor's name and mailing address**

ZINGA, PHILLIP
17537 E. 43RD PL.
TULSA, OK  74134-6015

**Date or dates debt was incurred**

**Last 4 digits of account number: 1528**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,980.83

---

**3.2029** **Nonpriority creditor's name and mailing address**

ZODIAC SEATS UK
KESTREL HOUSE LAKESIDE
CWMBRAN  NP44 3HQ
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number: 5537**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,305.99

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |

**5a.** Total claims from Part 1

**5a.** $9,138,944.53 + UNKNOWN AMOUNT

**5b.** Total claims from Part 2

**5b.** + $92,225,700.15 + UNKNOWN AMOUNT

**5c.** **Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

**5c.** $101,364,644.68 + UNKNOWN AMOUNT

| Fill in this information to identify the case: |
|---|

Debtor    The NORDAM Group, Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number   18-11699
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOU <br> EFFECTIVE DATE: 7/26/2002 | 3M <br> P.O. BOX 844127 <br> DALLAS, TX  75284-4127 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PURCHASE AGREEMENT <br> EFFECTIVE DATE: 12/20/2005 | 3M <br> P.O. BOX 844127 <br> DALLAS, TX  75284-4127 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SETTLEMENT AGREEMENT <br> EFFECTIVE DATE: 12/13/2016 | 3M <br> P.O. BOX 844127 <br> DALLAS, TX  75284-4127 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SOW / ENGAGEMENT LETTER <br> EFFECTIVE DATE: 12/13/2005 | 3M <br> P.O. BOX 844127 <br> DALLAS, TX  75284-4127 |

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699 (MFW)
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.5 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/1/2017 | 4M COMPANY INC<br>15660 NELSON PL S<br>SEATTLE, WA  98188 |
| 2.6 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/1/2018 | A M CASTLE & CO.<br>P.O. BOX 775477<br>CHICAGO, IL  60677-5477 |
| 2.7 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>EFFECTIVE DATE: 7/1/2016 | ACCOUNTABLE HEALTH SOLUTIONS LLC<br>560 N ROGERS RD<br>OLATHE, KS  66062 |
| 2.8 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>EFFECTIVE DATE: 5/12/2015 | ACCURATE LABORATORIES INC<br>P.O. BOX 94938<br>OKLAHOMA CITY, OK  73143 |
| 2.9 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASSIGNMENT OF PURCHASE ORDERS<br>EFFECTIVE DATE: 3/14/2008 | ACCU-TEC ENTERPRISES<br>P.O. BOX 730<br>COWETA, OK  74429 |
| 2.10 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT<br>EFFECTIVE DATE: 12/6/2016 | ACUMEN DESIGN ASSOCIATES LTD<br>24 ST JOHN ST<br>CLERKENWELL  EC1M 4AY<br>UNITED KINGDOM |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.11 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT AGREEMENT WITH TIMOTHY ADKINS EFFECTIVE DATE - 1/1/2016 | ADKINS CONSULTING 12997 BULLETT AVE VICTORVILLE, CA  92392 |
| 2.12 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRIVATE DEED EFFECTIVE DATE: 1/3/2013 | ADM INTERNATIONAL SERVICE SRL 3 PIAZZA MEDA FILIPPO MILANO, MI  20121, 20020 ITALY |
| 2.13 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT EFFECTIVE DATE: 8/2/2005 | ADP INC 504 CLINTON CENTER DR CLINTON, MS  39056 |
| 2.14 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT EFFECTIVE DATE: 8/29/2016 | ADP INC 504 CLINTON CENTER DR CLINTON, MS  39056 |
| 2.15 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-EXCLUSIVE TRADEMARK LICENSE AGMT EFFECTIVE DATE - 12/16/2013 | ADVANCED GRAPHIC PRODUCTS DBA ADVANCED-ONLINE INC 750 GATEWAY BLVD COPPELL, TX  75019 |
| 2.16 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-EXCLUSIVE TRADEMARK LICENSE AGMT AMD 1 EFFECTIVE DATE - 12/16/2013 | ADVANCED GRAPHIC PRODUCTS DBA ADVANCED-ONLINE INC 750 GATEWAY BLVD COPPELL, TX  75019 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-EXCLUSIVE TRADEMARK LICENSE AGMT AMD 2<br>EFFECTIVE DATE - 12/16/2013 | ADVANCED GRAPHIC PRODUCTS DBA ADVANCED-ONLINE INC<br>750 GATEWAY BLVD<br>COPPELL, TX 75019 |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROTECTION OF NORDAM LOGOS - TRADE LICENSE W/ AMD 1-3 | ADVANCED GRAPHIC PRODUCTS, INC.<br>750 GATEWAY BLVD<br>COPPELL, TX 75019 |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/30/2012 | ADVANCED MACHINING & FABRICATI<br>11212 E 112 ST N<br>OWASSO, OK 74055-4216 |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/5/2014 | ADVANCED MATERIALS & COATINGS INC<br>125 N ASPAN AVE<br>AZUSA, CA 91702 |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRANSFER AGREEMENT<br>EFFECTIVE DATE: 9/11/2008 | AEKO KULA INC<br>371 AOKEA PLACE<br>HONULULU, HI 96819 |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT<br>EFFECTIVE DATE: 8/31/2010 | AEROMANTENIMIENTO<br>EL SALVADOR INTERNTIONAL AIRPORT<br>LA PAZ<br>EL SALVADOR |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.23 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICE AGREEMENT EFFECTIVE DATE: 3/31/2017 | AEROMANTENIMIENTO EL SALVADOR INTERNTIONAL AIRPORT LA PAZ EL SALVADOR |
| 2.24 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | PURCHASE AGREEMENT EFFECTIVE DATE: 11/22/2017 | AERON GROUP LLC 1901 N WILLOW AVE BROKEN ARROW, OK 74012 |
| 2.25 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | PATENT LICENSE EFFECTIVE DATE: 10/23/2000 | AERONAUTICAL CONCEPT OF EXHAUST, LLC 127 PADDINGTON WAY SAN ANTONIO, TX 78209 |
| 2.26 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | PATENT LICENSE EFFECTIVE DATE: 7/1/2006 | AERONAUTICAL CONCEPT OF EXHAUST, LLC 127 PADDINGTON WAY SAN ANTONIO, TX 78209 |
| 2.27 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SETTLEMENT AGREEMENT EFFECTIVE DATE: 10/6/2009 | AERONAUTICAL CONCEPT OF EXHAUST, LLC 127 PADDINGTON WAY SAN ANTONIO, TX 78209 |
| 2.28 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | IP RIGHTS AGREEMENT EFFECTIVE DATE: 7/31/2012 | AEROSAT CORPORATION 220 HACKETT HILL ROAD MANCHESTER, NH 03102 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IP RIGHTS AGREEMENT<br>EFFECTIVE DATE: 7/31/2012 | AEROSAT CORPORATION<br>220 HACKETT HILL ROAD<br>MANCHESTER, NH 03102 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROGRAM AGREEMENT<br>EFFECTIVE DATE: 8/13/2012 | AEROSAT CORPORATION<br>220 HACKETT HILL ROAD<br>MANCHESTER, NH 03102 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CUSTOMER TERMSHEET<br>EFFECTIVE DATE: 7/11/2017 | AEROSPACE ENGINEERING SERVICES (AESC)<br>LOT 43A, QUANG MINH INDUSTRIAL ZONE<br>HANOI<br>VIETNAM |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/15/2017 | AEROSPACE SYSTEMS & COMPONENTS<br>5201 E 36 ST N<br>WICHITA, KS 67220 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT<br>EFFECTIVE DATE: 4/21/2015 | AEROSPACE TESTING & PYROMETRY<br>26001 E 118 ST S<br>COWETA, OK 74429 |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PARTPILOT COMMISSION AGREEMENT<br>EFFECTIVE DATE - 5/4/2018 | AEROSPARES 2000<br>UNITS 4 & 5 GARNETT CLOSE<br>WATFORD<br>HERTS WD24 7GN<br>UNITED KINGDOM |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT EFFECTIVE DATE: 9/22/2000 | AEROTURBINE INC 15701 SW 29 ST MIRAMAR, FL  33027 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT EFFECTIVE DATE: 11/20/2014 | AEROXCHANGE LTD P.O. BOX 975547 DALLAS, TX  75397-5547 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT EFFECTIVE DATE: 11/18/2014 | AEROXCHANGE LTD P.O. BOX 975547 DALLAS, TX  75397-5547 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT EFFECTIVE DATE: 11/10/2014 | AEROXCHANGE LTD P.O. BOX 975547 DALLAS, TX  75397-5547 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT EFFECTIVE DATE - 1/24/2018 | AERSALE 121 ALHAMBRA PLAZA, SUITE 1700 CORAL GABLES, FL  33134 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTPILOT COMMISSION AGREEMENT | AERSALE 121 ALHAMBRA PLAZA, SUITE 1700 CORAL GABLES, FL  33134 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CARGO INSURANCE AGREEMENT<br>EFFECTIVE DATE - 8/1/2017 | AFFILIATED FM INSURANCE COMPANY<br>P.O. BOX 7500<br>JOHNSTON, RI 02919 |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CARGO INSURANCE AGREEMENT<br>EFFECTIVE DATE - 8/1/2017 | AFFILIATED FM INSURANCE COMPANY<br>P.O. BOX 7500<br>JOHNSTON, RI 02919 |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CARGO RENEWAL BINDER<br>EFFECTIVE DATE - 8/1/2018 | AFFILIATED FM INSURANCE COMPANY<br>P.O. BOX 7500<br>JOHNSTON, RI 02919 |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HVAC - 2 UNITS<br>EFFECTIVE DATE - 3/15/2018 | AGGREKO<br>4607 W ADMIRAL DOYLE DR<br>NEW IBERIA, LA 70560 |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MEXICO WORKERS COMPENSATION POLICY<br>EFFECTIVE DATE - 8/1/2017 | AIG SEGUROS MEXICO SA DE CV<br>INSURGENTES SUR 1136 COL. DEL VALLE<br>MEXICO, D.F. 03219<br>MEXICO |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTPILOT COMMISSION AGREEMENT<br>EFFECTIVE DATE - 6/13/2018 | AIR ASIA<br>NO. 1050, JICHANG RD<br>RENDE DISTRICT<br>TAINAN CITY 71755<br>TAIWAN |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/5/2002 | AIR CANADA<br>P.O. BOX 1920<br>WINNIPEG, MB  R3B 2C3<br>CANADA |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 9/12/2012 | AIR CANADA<br>P.O. BOX 1920<br>WINNIPEG, MB  R3B 2C3<br>CANADA |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>EFFECTIVE DATE: 6/9/2014 | AIR CAPITAL INTERIORS INC<br>P.O. BOX 780168<br>WICHITA, KS  67278 |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>EFFECTIVE DATE: 12/3/2014 | AIR CAPITAL INTERIORS INC<br>P.O. BOX 780168<br>WICHITA, KS  67278 |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>EFFECTIVE DATE: 10/27/2016 | AIR FLIGHT TECHNICAL LLC<br>101 DEER MEADOW CT<br>ST CHARLES, MO  63304 |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 10/15/2009 | AIR NEW ZEALAND LIMITED<br>P.O. BOX 53098<br>MANUKAU, AKL  2150<br>NEW ZEALAND |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.53 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 4/1/2005 | AIR NEW ZEALAND LIMITED<br>P.O. BOX 53098<br>MANUKAU, AKL  2150<br>NEW ZEALAND |
| 2.54 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 12/21/2007 | AIR NEW ZEALAND LIMITED<br>P.O. BOX 53098<br>MANUKAU, AKL  2150<br>NEW ZEALAND |
| 2.55 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/16/2014 | AIR PRODUCTS AND CHEMICALS, INC.<br>5555 S 129 E AVE<br>TULSA, OK  74134 |
| 2.56 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NITROGEN<br>EFFECTIVE DATE - 1/16/2014 | AIR PRODUCTS<br>5555 S 129 E AVE<br>TULSA, OK  74134 |
| 2.57 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>EFFECTIVE DATE: 6/29/2018 | AIR TRANSPORT ASSOCIATION OF AMERICA<br>1275 PENNSYLVANIA AVE NW<br>WASHINGTON, DC  20004 |
| 2.58 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>EFFECTIVE DATE: 7/18/2017 | AIRBUS AVIONICS<br>316 ROUTE DE BAYONNE<br>TOULOUSE  31060<br>FRANCE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT <br> EFFECTIVE DATE: 10/19/2017 | AIRBUS AVIONICS <br> 316 ROUTE DE BAYONNE <br> TOULOUSE  31060 <br> FRANCE |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT <br> EFFECTIVE DATE: 6/1/2018 | AIRBUS AVIONICS <br> 316 ROUTE DE BAYONNE <br> TOULOUSE  31060 <br> FRANCE |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLY AGREEMENT <br> EFFECTIVE DATE: 12/19/2014 | AIRBUS HELICOPTERS <br> AEROPORT INTERNATIONAL <br> MARIGNANE CEDEX, FR  13725 <br> FRANCE |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLY AGREEMENT <br> EFFECTIVE DATE: 5/2/1997 | AIRBUS NORTH AMERICA CUSTOMER SER <br> 21780 FILIGREE CT <br> ASHBURN, VA  20147 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SOW / ENGAGEMENT LETTER <br> EFFECTIVE DATE: 5/21/2014 | AIRBUS OPERATIONS SAS <br> 316 ROUTE DE BAYONNE <br> TOULOUSE  31060 <br> FRANCE |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SOW / ENGAGEMENT LETTER <br> EFFECTIVE DATE: 9/17/2014 | AIRBUS OPERATIONS SAS <br> 316 ROUTE DE BAYONNE <br> TOULOUSE  31060 <br> FRANCE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORK PACKAGE AGREEMENT FOR BUILD TO PRINT WORK PACKAGES EFFECTIVE DATE - 7/4/2014 | AIRBUS S.A.S.<br>1 ROND-POINT MAURICE BELLONTE<br>BLAGNA  31700<br>FRANCE |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT EFFECTIVE DATE: 7/4/2014 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT-ANNEX EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT-ANNEX EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT-ANNEX EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT-ANNEX EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT-ANNEX EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT-ANNEX EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NDA<br>EFFECTIVE DATE: 1/19/2010 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 3/2/2016 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 12/22/2016 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLY AGREEMENT EFFECTIVE DATE: 4/6/2017 | AIRBUS SAS 1 ROND POINT M BELLONTE BLAGNAC CEDEX  31707 FRANCE |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLY AGREEMENT EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS 1 ROND POINT M BELLONTE BLAGNAC CEDEX  31707 FRANCE |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLY AGREEMENT EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS 1 ROND POINT M BELLONTE BLAGNAC CEDEX  31707 FRANCE |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLY AGREEMENT EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS 1 ROND POINT M BELLONTE BLAGNAC CEDEX  31707 FRANCE |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLY AGREEMENT EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS 1 ROND POINT M BELLONTE BLAGNAC CEDEX  31707 FRANCE |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLY AGREEMENT EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS 1 ROND POINT M BELLONTE BLAGNAC CEDEX  31707 FRANCE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX 31707<br>FRANCE |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX 31707<br>FRANCE |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX 31707<br>FRANCE |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX 31707<br>FRANCE |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORK PACKAGE AGREEMENT EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX 31707<br>FRANCE |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORK PACKAGE AGREEMENT-APPENDIX R EFFECTIVE DATE: 7/24/2017 | AIRBUS SAS<br>1 ROND POINT M BELLONTE<br>BLAGNAC CEDEX 31707<br>FRANCE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT EFFECTIVE DATE: 2/26/2001 | AIRBUS UK LTD CHESTER RD BROUGHTON  CH4 ODR UNITED KINGDOM |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRAINING AGREEMENT EFFECTIVE DATE: 6/9/2017 | AIRBUSINESS ACADEMY 10 RUE FRANZ JOSEPH STRAUSS BLAGNAC, FR  31700 FRANCE |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT EFFECTIVE DATE: 6/20/2001 | AIRONE SPA RICEZ MATERIAL - VARCO#1 ROME  00050 ITALY |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT EFFECTIVE DATE: 5/30/2001 | AIRONE SPA RICEZ MATERIAL - VARCO#1 ROME  00050 ITALY |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT EFFECTIVE DATE: 8/11/2017 | ALASKA AIRLINES SEATTLE-TACOMA INTERNATL AIRPORT SEATTLE, WA  98158 |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TECHNICAL MANUALS/DATA AGREEMENT EFFECTIVE DATE: 6/8/2017 | ALASKA AIRLINES SEATTLE-TACOMA INTERNATL AIRPORT SEATTLE, WA  98158 |

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 9/11/2013 | ALENIA AERMACCHI SPA<br>VIALE DELL AERONAUTICA<br>POMIGLIANO D'ARCO  80038<br>ITALY |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT<br>EFFECTIVE DATE: 3/24/2006 | ALENIA AERONAUTICA SPA<br>VIALE DELL AERONAUTICA<br>POMIGLIANO D'ARCO  80038<br>ITALY |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 9/30/2006 | ALL NIPPON AIRWAYS CO LTD<br>3-5-4 HANEDA AIRPORT<br>TOKYO  1440041<br>JAPAN |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT<br>EFFECTIVE DATE: 2/28/2003 | ALL NIPPON AIRWAYS<br>3-5-4 HANEDA AIRPORT<br>TOKYO  1440041<br>JAPAN |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 12/12/2014 | ALTITUDE AEROSPACE INTERIORS<br>AUCKLAND INTL AIRPORT<br>AUCKLAND, AKL  2150<br>NEW ZEALAND |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 8/13/2015 | ALTITUDE AEROSPACE INTERIORS<br>AUCKLAND INTL AIRPORT<br>AUCKLAND, AKL  2150<br>NEW ZEALAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 5/21/2018 | ALTITUDE AEROSPACE INTERIORS<br>AUCKLAND INTL AIRPORT<br>AUCKLAND, AKL 2150<br>NEW ZEALAND |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>EFFECTIVE DATE: 12/24/2008 | ALTITUDE AEROSPACE INTERIORS<br>AUCKLAND INTL AIRPORT<br>AUCKLAND, AKL 2150<br>NEW ZEALAND |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/24/2008 | ALTITUDE AEROSPACE INTERIORS<br>AUCKLAND INTL AIRPORT<br>AUCKLAND, AKL 2150<br>NEW ZEALAND |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/6/2009 | ALTITUDE AEROSPACE INTERIORS<br>AUCKLAND INTL AIRPORT<br>AUCKLAND, AKL 2150<br>NEW ZEALAND |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/17/2009 | ALTITUDE AEROSPACE INTERIORS<br>AUCKLAND INTL AIRPORT<br>AUCKLAND, AKL 2150<br>NEW ZEALAND |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/20/2009 | ALTITUDE AEROSPACE INTERIORS<br>AUCKLAND INTL AIRPORT<br>AUCKLAND, AKL 2150<br>NEW ZEALAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT EFFECTIVE DATE: 5/25/2010 | ALTITUDE AEROSPACE INTERIORS AUCKLAND INTL AIRPORT AUCKLAND, AKL  2150 NEW ZEALAND |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT EFFECTIVE DATE: 5/26/2011 | ALTITUDE AEROSPACE INTERIORS AUCKLAND INTL AIRPORT AUCKLAND, AKL  2150 NEW ZEALAND |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT EFFECTIVE DATE: 7/18/2011 | ALTITUDE AEROSPACE INTERIORS AUCKLAND INTL AIRPORT AUCKLAND, AKL  2150 NEW ZEALAND |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT EFFECTIVE DATE: 7/4/2011 | ALTITUDE AEROSPACE INTERIORS AUCKLAND INTL AIRPORT AUCKLAND, AKL  2150 NEW ZEALAND |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT EFFECTIVE DATE: 10/3/2012 | ALTITUDE AEROSPACE INTERIORS AUCKLAND INTL AIRPORT AUCKLAND, AKL  2150 NEW ZEALAND |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT EFFECTIVE DATE: 11/13/2011 | ALTITUDE AEROSPACE INTERIORS AUCKLAND INTL AIRPORT AUCKLAND, AKL  2150 NEW ZEALAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT EFFECTIVE DATE: 4/20/2012 | ALTITUDE AEROSPACE INTERIORS AUCKLAND INTL AIRPORT AUCKLAND, AKL 2150 NEW ZEALAND |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT EFFECTIVE DATE: 4/3/2012 | ALTITUDE AEROSPACE INTERIORS AUCKLAND INTL AIRPORT AUCKLAND, AKL 2150 NEW ZEALAND |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT EFFECTIVE DATE: 11/1/2012 | ALTITUDE AEROSPACE INTERIORS AUCKLAND INTL AIRPORT AUCKLAND, AKL 2150 NEW ZEALAND |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT EFFECTIVE DATE: 8/8/2013 | ALTITUDE AEROSPACE INTERIORS AUCKLAND INTL AIRPORT AUCKLAND, AKL 2150 NEW ZEALAND |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT NO. 006A EFFECTIVE DATE: 8/6/2010 | ALTITUDE AEROSPACE INTERIORS AUCKLAND INTL AIRPORT AUCKLAND, AKL 2150 NEW ZEALAND |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COPYRIGHT AGREEMENT EFFECTIVE DATE: 8/12/2012 | AMATUCCI PHOTOGRAPHY INC 202 S LANSING AVE TULSA, OK 74120 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MONTH-TO-MONTH SOFTWARE WEBSITE HOSTING | AMAZON WEB SERVICES LLC<br>P.O. BOX 84023<br>SEATTLE, WA  98124-8423 |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE TERMS & CONDITIONS<br>EFFECTIVE DATE: 8/26/2005 | AMERICAN AIRLINES INC<br>3800 N MINGO ROAD<br>TULSA, OK  74116-5003 |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BAILMENT AGREEMENT<br>EFFECTIVE DATE: 9/20/2002 | AMERICAN AIRLINES INC<br>4000 E SKY HARBOR BLVD<br>PHOENIX, AZ  85034 |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TECHNICAL MANUALS/DATA AGREEMENT<br>EFFECTIVE DATE: 1/2/2018 | AMERICAN AIRLINES INC<br>4000 E SKY HARBOR BLVD<br>PHOENIX, AZ  85034 |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIXED PRICING AGREEMENT<br>EFFECTIVE DATE: 10/5/2017 | AMERICAN CRATING CO<br>1819 N GARNETT RD<br>TULSA, OK  74116 |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIALITY AGREEMENT<br>EFFECTIVE DATE: 7/24/2012 | AMERICAN EUROCOPTER CORPORATIO<br>2701 FORUM DR<br>GRAND PRAIRIE, TX  75052 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLIER ITAR CERTIFICATION EFFECTIVE DATE: 8/15/2012 | AMERICAN EUROCOPTER CORPORATIO 2701 FORUM DR GRAND PRAIRIE, TX  75052 |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | BAILMENT AGREEMENT EFFECTIVE DATE: 3/11/2009 | AMERICAN INDUSTRIES AVE WASHINGTON #3701 CHIHUAHUA, CHI  31200 MEXICO |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ESTOPPEL LETTER EFFECTIVE DATE: 12/14/2009 | AMERICAN INDUSTRIES AVE WASHINGTON #3701 CHIHUAHUA, CHI  31200 MEXICO |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EXPORT LICENSE LETTER EFFECTIVE DATE: 4/24/2009 | AMERICAN INDUSTRIES AVE WASHINGTON #3701 CHIHUAHUA, CHI  31200 MEXICO |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | GUARANTEE & ACKNOWLEDGEMENT EFFECTIVE DATE: 7/16/2008 | AMERICAN INDUSTRIES AVE WASHINGTON #3701 CHIHUAHUA, CHI  31200 MEXICO |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE CONTRACT EFFECTIVE DATE: 7/16/2008 | AMERICAN INDUSTRIES AVE WASHINGTON #3701 CHIHUAHUA, CHI  31200 MEXICO |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE CONTRACT AMENDMENTS<br>EFFECTIVE DATE: 3/30/2009 | AMERICAN INDUSTRIES<br>AVE WASHINGTON #3701<br>CHIHUAHUA, CHI  31200<br>MEXICO |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | POWER OF ATTORNEY<br>EFFECTIVE DATE: 4/24/2009 | AMERICAN INDUSTRIES<br>AVE WASHINGTON #3701<br>CHIHUAHUA, CHI  31200<br>MEXICO |
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHELTER AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 2/13/2009 | AMERICAN INDUSTRIES<br>AVE WASHINGTON #3701<br>CHIHUAHUA, CHI  31200<br>MEXICO |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br>EFFECTIVE DATE: 5/1/2018 | AMERICAN LASER<br>5138 S 94 E AVE<br>TULSA, OK  74145-8172 |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br>EFFECTIVE DATE: 3/1/2018 | AMERICAN WASTE CONTROL INC<br>1420 W 35TH ST<br>TULSA, OK  74107 |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WASTE REMOVAL<br>EFFECTIVE DATE - 3/1/2018 | AMERICAN WASTE<br>1420 W 35TH ST<br>TULSA, OK  74107 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTPILOT COMMISSION AGREEMENT EFFECTIVE DATE - 7/13/2018 | AMETEK 1100 CASSATT ROAD BERWYN, PA  19312 |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT AGREEMENT WITH ANNE MARSHALL EFFECTIVE DATE - 1/1/2017 | ANNE MARSHALL 10633 S 91ST E AVE TULSA, OK  74133 |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STAFFING AGREEMENT EFFECTIVE DATE: 8/24/2015 | APA AVIATION STAFFING LLC P.O. BOX 202056 DALLAS, TX  75320-2056 |
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT EFFECTIVE DATE: 3/1/2011 | APB WINGLETS COMPANY LLC STE 200 2811 S 102ND ST SEATTLE, WA  98168 |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT EFFECTIVE DATE: 6/1/2005 | AQUIRE ORG PUBLISHER P.O. BOX 120376 DALLAS, TX  75312-0376 |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT MORTGAGE EFFECTIVE DATE: 3/7/2001 | ARDENNES EPSILON LIMITED 11 BATH STREET ST. HELIER JERSEY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE SECURITY ASSIGNMENT EFFECTIVE DATE: 3/7/2001 | ARDENNES EPSILON LIMITED 11 BATH STREET ST. HELIER JERSEY |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LESSEE ACKNOWLEDGMENT EFFECTIVE DATE: 3/12/2001 | ARDENNES EPSILON LIMITED 11 BATH STREET ST. HELIER JERSEY |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LOAN AGREEMENT EFFECTIVE DATE: 3/7/2001 | ARDENNES EPSILON LIMITED 11 BATH STREET ST. HELIER JERSEY |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTICIPATION AGREEMENT EFFECTIVE DATE: 1/7/2002 | ARDENNES EPSILON LIMITED 11 BATH STREET ST. HELIER JERSEY |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTICIPATION AGREEMENT EFFECTIVE DATE: 1/7/2002 | ARDENNES EPSILON LIMITED 11 BATH STREET ST. HELIER JERSEY |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT EFFECTIVE DATE: 10/4/2000 | ARDENNES EPSILON LIMITED 11 BATH STREET ST. HELIER JERSEY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>EFFECTIVE DATE: 12/29/2000 | ARDENNES EPSILON LIMITED<br>11 BATH STREET<br>ST. HELIER<br>JERSEY |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENTAL LETTER AGREEMENT<br>EFFECTIVE DATE: 3/12/2001 | ARDENNES EPSILON LIMITED<br>11 BATH STREET<br>ST. HELIER<br>JERSEY |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT<br>EFFECTIVE DATE: 6/26/2009 | ARGY WILTSE & ROBINSON PC<br>8405 GREENSBORO DR, 7TH FLOOR<br>MCLEAN, VA 22102 |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER<br>EFFECTIVE DATE: 1/26/2012 | ARMED FORCES OF NORWAY<br>FLOINVESTERINGSAVDELINGEN, FETVEIEN 80-86<br>KJELLER 2007<br>NORWAY |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/20/2018 | ARROW AVIATION CO LLC<br>1318 SMEDE HWY<br>BROUSSARD, LA 70518 |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIXED PRICING AGREEMENT<br>EFFECTIVE DATE: 3/23/2016 | ARROWHEAD PRODUCTS CORPORATION<br>P.O. BOX 92946<br>CLEVELAND, OH 44194-2946 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG-TERM AGREEMENT<br>EFFECTIVE DATE: 2/25/2011 | ARROWHEAD PRODUCTS CORPORATION<br>P.O. BOX 92946<br>CLEVELAND, OH 44194-2946 |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG-TERM AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 1/4/2012 | ARROWHEAD PRODUCTS CORPORATION<br>P.O. BOX 92946<br>CLEVELAND, OH 44194-2946 |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG-TERM AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 12/1/2016 | ARROWHEAD PRODUCTS CORPORATION<br>P.O. BOX 92946<br>CLEVELAND, OH 44194-2946 |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG-TERM AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 12/31/2017 | ARROWHEAD PRODUCTS CORPORATION<br>P.O. BOX 92946<br>CLEVELAND, OH 44194-2946 |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE BROKER AGREEMENT<br>EFFECTIVE DATE - 6/1/2016 | ARTHUR J GALLAGHER RISK MANAGEMENT SERVICES INC<br>1300 SOUTH MAIN STREET<br>TULSA, OK 74119 |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL RELEASE<br>EFFECTIVE DATE: 12/12/2005 | ARTHUR J. GALLAGHER & CO<br>39683 TREASURY CENTER<br>CHICAGO, IL 60694-9600 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.167 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL RELEASE<br>EFFECTIVE DATE: 12/12/2005 | ARTHUR J. GALLAGHER & CO<br>39683 TREASURY CENTER<br>CHICAGO, IL  60694-9600 |
| 2.168 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPENSATION ARRANGEMENT<br>EFFECTIVE DATE: 6/1/2016 | ARTHUR J. GALLAGHER RISK MANAG<br>39683 TREASURY CENTER<br>CHICAGO, IL  60694-9600 |
| 2.169 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT<br>EFFECTIVE DATE: 11/8/2017 | ASSOCIATED INDUSTRIES INC<br>225 WABASH<br>WICHITA, KS  67214 |
| 2.170 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION AGREEMENT<br>EFFECTIVE DATE: 10/31/2005 | ASTECH ENGINEERED PRODUCTS<br>3030 RED HILL AVE<br>SANTA ANA, CA  92705-5823 |
| 2.171 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MAINTENANCE AGREEMENT<br>EFFECTIVE DATE: 11/15/2017 | ATLAS AIR<br>2000 WESTCHESTER AVE<br>PURCHASE, NY  10577-2543 |
| 2.172 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER<br>EFFECTIVE DATE: 11/27/2013 | AURORA FLIGHT SCIENCES CORPORA<br>200 AURORA WAY<br>COLUMBUS, MS  39701 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS OF USE EFFECTIVE DATE: 5/18/2018 | AUTODESK 111 MCINNINS PKWY SAN RAFAEL, CA 94903 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL TERMS & TRADEMARKS EFFECTIVE DATE: 6/27/2018 | AUTODESK 111 MCINNINS PKWY SAN RAFAEL, CA 94903 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER TERMS & CONDITIONS EFFECTIVE DATE: | AUTODESK 111 MCINNINS PKWY SAN RAFAEL, CA 94903 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | OMNITRAC 2 - 3 UNITS | AUTOMATED PRECISION 750 CITY CENTER BLVD NEWPORT NEWS, VA 23606-2693 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT EFFECTIVE DATE: 12/14/2015 | AVASCENT GROUP LTD 1615 L ST NW WASHINGTON, DC 20036 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTPILOT COMMISSION AGREEMENT EFFECTIVE DATE - 5/29/2018 | AVIATION CAPITAL GROUP 840 NEWPORT CENTER DRIVE, SUITE 300 NEWPORT BEACH, CA 92660 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOISE PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/25/2006 | AVIATION FLEET SOLUTIONS LLC<br>STE 105 1335 GREG ST<br>SPARKS, NV  89431 |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 2/10/2015 | AVIATION SPARES AND SERVICES<br>8920 152ND AVE NE<br>REDMOND, WA  98052-3508 |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REPRESENTATION AGREEMENT<br>EFFECTIVE DATE: 5/1/2016 | AVIATION SPARES AND SERVICES<br>8920 152ND AVE NE<br>REDMOND, WA  98052-3508 |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT AGREEMENT<br>EFFECTIVE DATE: 7/1/2017 | AVIATION TECHNOLOGY ASSOCIATES<br>317 POINT CARPENTER RD<br>FORT MILL, SC  29707 |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/3/2018 | AVIATRIX INC<br>STE A 22831 FOREST CREEK DRIVE<br>SHERWOOD, OR  97140 |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACKNOWLEDGEMENT LETTER<br>EFFECTIVE DATE: 1/17/2014 | AVIPRO INDIA PRIVATE LIMITED<br>602 GRACE CHAMBERS CHAKALA<br>MUMBAI  400093<br>INDIA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT & PO<br>EFFECTIVE DATE: 1/7/2015 | AVTEC USA<br>685 TRADE CENTER DR<br>LAS VEGAS, NV  89119 |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT<br>EFFECTIVE DATE: 9/15/2005 | AXON GROUP PLC<br>AXON CENTRE, CHURCH ROAD<br>EGHAM, LN  TW20 9QB<br>UNITED KINGDOM |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT<br>EFFECTIVE DATE: 12/2/2011 | B&D DESIGN SERVICES INC<br>2976 SHADOW CREST LN<br>SPRINGDALE, AR  72762 |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT GTA<br>EFFECTIVE DATE: 5/1/2013 | B&D DESIGN SERVICES INC<br>2976 SHADOW CREST LN<br>SPRINGDALE, AR  72762 |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOW<br>EFFECTIVE DATE: 12/2/2011 | B&D DESIGN SERVICES INC<br>2976 SHADOW CREST LN<br>SPRINGDALE, AR  72762 |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOW<br>EFFECTIVE DATE: 12/5/2012 | B&D DESIGN SERVICES INC<br>2976 SHADOW CREST LN<br>SPRINGDALE, AR  72762 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/12/2018 | B/E AEROSPACE (MIAMI) INC<br>9100 NW 105TH CIRCLE<br>MIAMI, FL  33178 |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/12/2018 | B/E AEROSPACE (MIAMI) INC<br>9100 NW 105TH CIRCLE<br>MIAMI, FL  33178 |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/18/2018 | B/E AEROSPACE (MIAMI) INC<br>9100 NW 105TH CIRCLE<br>MIAMI, FL  33178 |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/24/2018 | B/E AEROSPACE (MIAMI) INC<br>9100 NW 105TH CIRCLE<br>MIAMI, FL  33178 |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/24/2018 | B/E AEROSPACE (MIAMI) INC<br>9100 NW 105TH CIRCLE<br>MIAMI, FL  33178 |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/24/2018 | B/E AEROSPACE (MIAMI) INC<br>9100 NW 105TH CIRCLE<br>MIAMI, FL  33178 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES & MARKETING CONSULTANT AGREEMENT EFFECTIVE DATE: 6/1/2017 | BAHLOULI, MARIO KIENZESTRASS 15 HOHENKIRCHEN D-85635 GERMANY |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES & MARKETING CONSULTANT AGREEMENT AMENDMENT EFFECTIVE DATE: 4/30/2018 | BAHLOULI, MARIO KIENZESTRASS 15 HOHENKIRCHEN D-85635 GERMANY |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CASH COLLATERAL AGREEMENT EFFECTIVE DATE: | BANK OF AMERICA SYNDICATION AGENT AND A LENDER 901 W TRADE ST. CHARLOTTE, NC 28255 |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT EFFECTIVE DATE: 7/17/2018 | BANK OF AMERICA SYNDICATION AGENT AND A LENDER 901 W TRADE ST. CHARLOTTE, NC 28255 |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RECEIVABLES PURCHASE AGREEMENT AMENDMENT EFFECTIVE DATE: 7/2/2017 | BANK OF MONTREAL 115 S LASALLE STREET CHICAGO, IL 60603 |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MONTH-TO-MONTH CUSTOMER RELATIONSHIP MANAGEMENT SOFTWARE | BASECAMP, LLC 30 NORTH RACINE AVENUE, SUITE 200 CHICAGO, IL 60607 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.203 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIXED PRICING AGREEMENT<br>EFFECTIVE DATE: 1/1/2018 | BASMAT INC<br>1531 W 240TH ST<br>HARBOR CITY, CA 90710-1308 |
| 2.204 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG-TERM AGREEMENT<br>EFFECTIVE DATE: 1/11/2005 | BASMAT INC<br>1531 W 240TH ST<br>HARBOR CITY, CA 90710-1308 |
| 2.205 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 02282014 SERVICE PROVIDER AGMT<br>EFFECTIVE DATE: 2/28/2014 | BE AEROSPACE INC<br>1400 CORPORATE WAY<br>WELLINGTON, FL 33414 |
| 2.206 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 1 TO SERVICE PROVIDER AGREEMENT<br>EFFECTIVE DATE: 2/28/2014 | BE AEROSPACE INC<br>1400 CORPORATE WAY<br>WELLINGTON, FL 33414 |
| 2.207 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ANNEX 2 CHANGE FORM<br>EFFECTIVE DATE: 10/6/2014 | BE AEROSPACE INC<br>1400 CORPORATE WAY<br>WELLINGTON, FL 33414 |
| 2.208 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ANNEX 2 CHANGE FORM AMENDMENT<br>EFFECTIVE DATE: 4/6/2015 | BE AEROSPACE INC<br>1400 CORPORATE WAY<br>WELLINGTON, FL 33414 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT<br>EFFECTIVE DATE: 8/7/2017 | BE AEROSPACE INC<br>1400 CORPORATE WAY<br>WELLINGTON, FL 33414 |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE PROVIDER AGREEMENT<br>EFFECTIVE DATE: 11/1/2013 | BE AEROSPACE INC<br>1400 CORPORATE WAY<br>WELLINGTON, FL 33414 |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE PROVIDER AGREEMENT<br>AMENDMENT<br>EFFECTIVE DATE: 1/21/2014 | BE AEROSPACE INC<br>1400 CORPORATE WAY<br>WELLINGTON, FL 33414 |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDED AND RESTATED AGREEMENT<br>EFFECTIVE DATE: 6/9/2015 | BEECHCRAFT CORPORATION<br>P.O. BOX 83220<br>CHICAGO, IL 60691-0220 |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT<br>EFFECTIVE DATE: 10/18/2013 | BEECHCRAFT CORPORATION<br>P.O. BOX 83220<br>CHICAGO, IL 60691-0220 |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLAIM SETTLEMENT AGREEMENT<br>EFFECTIVE DATE: 7/10/2014 | BEECHCRAFT CORPORATION<br>P.O. BOX 83220<br>CHICAGO, IL 60691-0220 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT EFFECTIVE DATE: 7/10/2015 | BEECHCRAFT CORPORATION P.O. BOX 83220 CHICAGO, IL 60691-0220 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PURCHASE & SUPPORT AGREEMENT AMENDMENT EFFECTIVE DATE: 9/25/2013 | BEECHCRAFT CORPORATION P.O. BOX 83220 CHICAGO, IL 60691-0220 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PURCHASE & SUPPORT AGREEMENT AMENDMENT EFFECTIVE DATE: 2/27/2014 | BEECHCRAFT CORPORATION P.O. BOX 83220 CHICAGO, IL 60691-0220 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | TOOLING AGREEMENT EFFECTIVE DATE: 6/26/2015 | BEECHCRAFT CORPORATION P.O. BOX 83220 CHICAGO, IL 60691-0220 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | APRES EFFECTIVE DATE - 7/25/2018 | BELLA TERRA INTERIOR SOLUTIONS LLC 2799 A HWY 80 W, SUITE 1 GARDEN CITY, GA 31408 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT AGREEMENT EFFECTIVE DATE: 9/8/2017 | BELLOTT ENGINEERING LLC 1002 CRESTHAVEN DRIVE EULESS, TX 76040 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT<br>EFFECTIVE DATE: 4/29/2005 | BENZING, KABA |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>EFFECTIVE DATE: 4/30/2005 | BENZING, KABA |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EHANDBOOK LICENSE AGREEMENT<br>EFFECTIVE DATE: 12/29/2005 | BMG<br>1921 CORPORATE CENTER CIRCLE<br>LONGMONT, CO 80501 |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSPORTATION SERVICES AGREEMENT<br>EFFECTIVE DATE: 5/12/2003 | BOB BRINK INCORPORATED<br>165 STEUBEN ST<br>WINONA, MN 55987-7122 |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT AMENDMENT 1<br>EFFECTIVE DATE: 7/18/2018 | BOEING CAPITAL CORPORATION<br>3RD FLR 500 NACHES AVE SW<br>RENTON, WA 98055-2293 |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 5/31/2006 | BOEING COMMERCIAL AIRPLANES<br>2201 S 142ND ST<br>SEATTLE-TACOMA, WA 98168 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL TERMS AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 8/11/2008 | BOEING COMPANY - SE<br>DR W10 2201 S 142ND ST<br>SEATTLE, WA  98168 |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL TERMS AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 4/15/2011 | BOEING COMPANY - SE<br>DR W10 2201 S 142ND ST<br>SEATTLE, WA  98168 |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL TERMS AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 4/1/2013 | BOEING COMPANY - SE<br>DR W10 2201 S 142ND ST<br>SEATTLE, WA  98168 |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL TERMS AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 12/15/2015 | BOEING COMPANY - SE<br>DR W10 2201 S 142ND ST<br>SEATTLE, WA  98168 |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL TERMS AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 3/17/2017 | BOEING COMPANY - SE<br>DR W10 2201 S 142ND ST<br>SEATTLE, WA  98168 |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENTAL LICENSE AGREEMENT (HMSGTA NOP)<br>EFFECTIVE DATE: 7/13/2004 | BOEING COMPANY - SE<br>DR W10 2201 S 142ND ST<br>SEATTLE, WA  98168 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL BUSINESS PROVISIONS AMENDMENT<br>EFFECTIVE DATE: 4/15/2011 | BOEING COMPANY SE<br>DR W10 2201 S 142ND ST<br>SEATTLE, WA  98168 |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL BUSINESS PROVISIONS AMENDMENT<br>EFFECTIVE DATE: 11/15/2016 | BOEING COMPANY SE<br>DR W10 2201 S 142ND ST<br>SEATTLE, WA  98168 |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL BUSINESS PROVISIONS AMENDMENT<br>EFFECTIVE DATE: 3/17/2017 | BOEING COMPANY SE<br>DR W10 2201 S 142ND ST<br>SEATTLE, WA  98168 |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENTAL LICENSE AGREEMENT<br>EFFECTIVE DATE: 8/1/2007 | BOEING COMPANY SE<br>DR W10 2201 S 142ND ST<br>SEATTLE, WA  98168 |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ANNUAL SECURITY BRIEFING CERTIFICATION<br>EFFECTIVE DATE: 6/18/2012 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BAILMENT AGREEMENT<br>EFFECTIVE DATE: 6/1/2014 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BONDED STORES AGREEMENT<br>EFFECTIVE DATE: 4/1/2009 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BONDED STORES AGREEMENT<br>EFFECTIVE DATE: 2/7/2014 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT & ELECTRONIC ACCESS AGREEMENT<br>EFFECTIVE DATE: 4/21/2003 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DATA LICENSE AGREEMENT<br>EFFECTIVE DATE: 3/27/2017 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL AGREEMENT<br>EFFECTIVE DATE: 7/15/2017 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL TERMS AGREEMENT<br>EFFECTIVE DATE: 4/21/2003 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERAL TERMS AGREEMENT EFFECTIVE DATE: 11/26/2013 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERAL TERMS AGREEMENT EFFECTIVE DATE: 4/1/2012 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERAL TERMS AGREEMENT EFFECTIVE DATE: 9/22/2017 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERAL TERMS AGREEMENT EFFECTIVE DATE: 11/15/2017 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERAL TERMS AGREEMENT AMENDMENT EFFECTIVE DATE: 4/15/2011 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERAL TERMS AGREEMENT AMENDMENT EFFECTIVE DATE: 4/1/2013 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL TERMS AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 12/15/2015 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEFINITE DELIVERY/INDEFINTE QUANTITY CONTRACT<br>EFFECTIVE DATE: 6/9/2017 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEFINITE DELIVERY/INDEFINTE QUANTITY CONTRACT<br>EFFECTIVE DATE: 6/29/2017 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE OF PERSONAL PROPERTY<br>EFFECTIVE DATE: 1/22/2013 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 6/23/2015 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOU<br>EFFECTIVE DATE: 11/15/2017 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PLANNING CONTRACT<br>EFFECTIVE DATE: 4/1/2012 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT SUPPORT AND ASSURANCE AGREEMENT<br>EFFECTIVE DATE: 7/28/2009 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROPOSAL/CONTRACT<br>EFFECTIVE DATE: 8/22/2011 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE CONTRACT<br>EFFECTIVE DATE: 7/16/2015 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE CONTRACT<br>EFFECTIVE DATE: 4/4/2016 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUALIFICATION TESTING<br>EFFECTIVE DATE: 1/2/2014 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.263 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUALIFICATION TESTING AMENDMENT EFFECTIVE DATE: 4/8/2015 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.264 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL BUSINESS PROVISIONS EFFECTIVE DATE: 4/1/2012 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.265 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL BUSINESS PROVISIONS EFFECTIVE DATE: 11/26/2013 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.266 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL BUSINESS PROVISIONS EFFECTIVE DATE: 4/21/2003 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.267 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL BUSINESS PROVISIONS EFFECTIVE DATE: 9/22/2017 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.268 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL BUSINESS PROVISIONS EFFECTIVE DATE: 11/15/2017 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL BUSINESS PROVISIONS EFFECTIVE DATE: 4/1/2009 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL BUSINESS PROVISIONS AMENDMENT EFFECTIVE DATE: 7/9/2018 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL BUSINESS PROVISIONS AMENDMENT EFFECTIVE DATE: 4/14/2011 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STRATEGIC AGREEMENT - FIXED PRICE CONTRACT EFFECTIVE DATE: 11/16/2017 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENTAL LICENSE AGREEMENT EFFECTIVE DATE: 11/5/2010 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENTAL LICENSE AGREEMENT EFFECTIVE DATE: 12/20/2010 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |

Debtor    The NORDAM Group, L.L.C.    Case 18-11699-MFW    Doc 323    Filed 09/21/18    Case number (if known) 18-11699    Page 844 of 1112

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.275 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENTAL LICENSE AGREEMENT (HMSGTA NOP)<br>EFFECTIVE DATE: 10/13/2004 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.276 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENTAL LICENSE AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 4/1/2011 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.277 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENTAL LICENSE AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 8/28/2012 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.278 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENTAL LICENSE AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 4/25/2014 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.279 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENTAL LICENSE AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 1/6/2015 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |
| 2.280 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENTAL LICENSE AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 4/27/2015 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO 63166-0516 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.281** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENTAL LICENSE AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 4/20/2018 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| **2.282** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION SETTLEMENT<br>EFFECTIVE DATE: 4/25/2014 | BOEING COMPANY<br>P.O. BOX 516<br>ST LOUIS, MO  63166-0516 |
| **2.283** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT<br>EFFECTIVE DATE: 9/27/2016 | BOHLER SCHMIEDETECHNIK GMBH<br>MARIAZELLER STRASSE 25<br>KAPFENBERG, AT  8605<br>AUSTRIA |
| **2.284** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COLLABORATION AGREEMENT<br>EFFECTIVE DATE: 12/14/2009 | BOMBARDIER INC<br>1 LEARJET WAY<br>WICHITA, KS  67209 |
| **2.285** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT<br>EFFECTIVE DATE: 8/29/2001 | BOMBARDIER INC<br>1 LEARJET WAY<br>WICHITA, KS  67209 |
| **2.286** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT<br>EFFECTIVE DATE: 8/29/2001 | BOMBARDIER INC<br>1 LEARJET WAY<br>WICHITA, KS  67209 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT<br>EFFECTIVE DATE: 8/30/2001 | BOMBARDIER INC<br>1 LEARJET WAY<br>WICHITA, KS 67209 |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT - AMENDMENT 1<br>EFFECTIVE DATE: 11/2/2016 | BOMBARDIER INC<br>1 LEARJET WAY<br>WICHITA, KS 67209 |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT AMENDMENT<br>EFFECTIVE DATE: 11/10/2005 | BOMBARDIER INC<br>1 LEARJET WAY<br>WICHITA, KS 67209 |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT AMENDMENT<br>EFFECTIVE DATE: 6/27/2005 | BOMBARDIER INC<br>1 LEARJET WAY<br>WICHITA, KS 67209 |
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT AMENDMENT<br>EFFECTIVE DATE: 1/1/2013 | BOMBARDIER INC<br>1 LEARJET WAY<br>WICHITA, KS 67209 |
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PICTURE CODING SYSTEM<br>EFFECTIVE DATE: 1/31/2014 | BOMBARDIER INC<br>1 LEARJET WAY<br>WICHITA, KS 67209 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 01 TO PROCUREMENT CONTRACT NUMBER C4799-MSC EFFECTIVE DATE - 6/27/2005 | BOMBARDIER INC.<br>BOMBARDIER AEROSPACE<br>CANADAIR OPERATION CENTRE<br>400 COTE VERTU ROAD WEST<br>DORVAL, QC  H4S 1 Y9<br>CANADA |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 02 TO PROCUREMENT CONTRACT NUMBER C4800-MSC EFFECTIVE DATE - 11/10/2005 | BOMBARDIER INC.<br>BOMBARDIER AEROSPACE<br>CANADAIR OPERATION CENTRE<br>400 COTE VERTU ROAD WEST<br>DORVAL, QC  H4S 1 Y9<br>CANADA |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROCUREMENT CONTRACT NUMBER C4800-MSC EFFECTIVE DATE - 8/29/2001 | BOMBARDIER INC.<br>BOMBARDIER AEROSPACE<br>CANADAIR OPERATION CENTRE<br>400 COTE VERTU ROAD WEST<br>DORVAL, QC  H4S 1 Y9<br>CANADA |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROCUREMENT AGREEMENT EFFECTIVE DATE: 3/9/2009 | BOMBARDIER INC./LEARJET<br>1 LEARJET WAY<br>WICHITA, KS  67209 |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT EFFECTIVE DATE: 3/9/2009 | BOMBARDIER INC./LEARJET<br>1 LEARJET WAY<br>WICHITA, KS  67209 |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ASSET PURCHASE AGREEMENT EFFECTIVE DATE: 4/5/2002 | BOMHOFF INCORPORATED<br>6890 SUNRISE DR<br>TUCSON, AZ  85750 |

Debtor    The NORDAM Group, Inc.                           Case number (if known)  18-11699
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITY AGREEMENT EFFECTIVE DATE: 10/17/2001 | BOMHOFF INCORPORATED 6890 SUNRISE DR TUCSON, AZ  85750 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | WEBSERIES MASTER AGREEMENT EFFECTIVE DATE: 6/6/2005 | BOTTOMLINE TECHNOLOGIES P.O. BOX 83050 WOBURN, MA  01813-3050 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICING EFFECTIVE DATE: 2/25/2009 | BRENNTAG SOUTHWEST INC P.O. BOX 970230 DALLAS, TX  75397-0230 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICING EFFECTIVE DATE: 8/6/2009 | BRENNTAG SOUTHWEST INC P.O. BOX 970230 DALLAS, TX  75397-0230 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICING EFFECTIVE DATE: 9/21/2009 | BRENNTAG SOUTHWEST INC P.O. BOX 970230 DALLAS, TX  75397-0230 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | SALE CONTRACT AMENDMENT EFFECTIVE DATE: 3/29/2016 | BRICKHUGGER LLC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALE CONTRACT<br>EFFECTIVE DATE: 11/30/2015 | BRICKHUGGER LLC/RTGS DEVELOPMENT |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>EFFECTIVE DATE: 10/1/2016 | BRUEL & KJAER NORTH AMERICA INC<br>3079 PREMIER PKWY<br>DULUTH, GA  30097 |
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT TERMS<br>EFFECTIVE DATE: 3/22/2010 | BSI GROUP AMERICA INC<br>12950 WORLDGATE DR<br>HERNDON, VA  20170 |
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOU<br>EFFECTIVE DATE: 3/10/2009 | BYE AEROSPACE, INC |
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT FOR FREIGHT<br>TRANSPORTATION SVCS<br>EFFECTIVE DATE: 11/1/2015 | C H ROBINSON WORLDWIDE INC<br>P.O. BOX 9121<br>MINNEAPOLIS, MN  55480-9121 |
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT<br>EFFECTIVE DATE - 1/19/2018 | C&D AEROSPACE CANADA CO.<br>18107 TRANS-CANADA HWY<br>KIRKLAND, QC  H9J 3K1<br>CANADA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 1/22/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 1/22/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 1/22/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 2/1/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 1/31/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 1/31/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 1/31/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 2/1/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 2/1/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 2/1/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 2/1/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 2/1/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 2/1/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/9/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/9/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/9/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/9/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/9/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/9/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/9/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/9/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/9/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/9/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/9/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/9/2018 | C&D AEROSPACE CANADA CO.<br>18107 TRANS-CANADA HWY<br>KIRKLAND, QC  H9J 3K1<br>CANADA |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/9/2018 | C&D AEROSPACE CANADA CO.<br>18107 TRANS-CANADA HWY<br>KIRKLAND, QC  H9J 3K1<br>CANADA |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/9/2018 | C&D AEROSPACE CANADA CO.<br>18107 TRANS-CANADA HWY<br>KIRKLAND, QC  H9J 3K1<br>CANADA |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/9/2018 | C&D AEROSPACE CANADA CO.<br>18107 TRANS-CANADA HWY<br>KIRKLAND, QC  H9J 3K1<br>CANADA |
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/9/2018 | C&D AEROSPACE CANADA CO.<br>18107 TRANS-CANADA HWY<br>KIRKLAND, QC  H9J 3K1<br>CANADA |
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO.<br>18107 TRANS-CANADA HWY<br>KIRKLAND, QC  H9J 3K1<br>CANADA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.347  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.348  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.349  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.350  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.351  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.352  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.353  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.354  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.355  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.356  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.357  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.358  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 3/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 4/4/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 4/4/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 4/4/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 4/4/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 4/4/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 4/4/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.365   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 4/5/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.366   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 4/5/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.367   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 4/5/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.368   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 4/5/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.369   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 4/5/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.370   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 4/5/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.371 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 4/5/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.372 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 4/5/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.373 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/8/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.374 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/8/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.375 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/8/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.376 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/8/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.377 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/8/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.378 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/8/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.379 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/8/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.380 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/8/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.381 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/8/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.382 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/8/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/8/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/8/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/8/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/8/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/23/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/23/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC H9J 3K1 CANADA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/23/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/23/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/23/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/23/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/23/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/23/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/23/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/23/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/23/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 5/23/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 7/11/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRESS PANEL-SUPPORT TO GLOBAL 7500 FLAT PANEL CONTRACT EFFECTIVE DATE - 7/12/2018 | C&D AEROSPACE CANADA CO. 18107 TRANS-CANADA HWY KIRKLAND, QC  H9J 3K1 CANADA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.401** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | LONG-TERM AGREEMENT EFFECTIVE DATE: 1/20/2014 | C&M MACHINE HOLDING INC 207 BUTTRY RD ROGERS, AR  72756 |
| **2.402** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SALE CONTRACT EFFECTIVE DATE: 12/5/2000 | CALCOR AERO SYSTEMS INC |
| **2.403** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | PURCHASE AGREEMENT EFFECTIVE DATE: 4/14/2003 | CASTLE METALS AEROSPACE/TRANSTAR 3050 S HYDRAULIC AVE WICHITA, KS  67216 |
| **2.404** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | CLIENT CONSULTING AGREEMENT EFFECTIVE DATE: 3/9/2016 | CECON LLC P.O. BOX 300 LIBERTY CORNER, NJ  07938 |
| **2.405** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | FINAL RELEASE & SETTLEMENT AGREEMENT EFFECTIVE DATE: 9/20/2005 | CENTRAL SOURCE P.O. BOX 140 HASKELL, OK  74436 |
| **2.406** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | WATER AND ENERGY PROGRAM AGREEMENT EFFECTIVE DATE: 12/10/2013 | CERTIFIED LABORATORIES 300 E KINGSPORT BROKEN ARROW, OK  74011 |

Case 18-11699-MFW    Doc 323    Filed 09/21/18    Page 866 of 1112

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.407  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | CONSENT LTR AGMT/BEECHCRAFT & TEXTRON EFFECTIVE DATE: 6/5/2014 | CESSNA AIRCRAFT COMPANY 2121 S HOOVER RD WICHITA, KS  67209 |
| 2.408  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | JOINT FUNDING AGREEMENT EFFECTIVE DATE: 9/30/2003 | CESSNA AIRCRAFT COMPANY 2121 S HOOVER RD WICHITA, KS  67209 |
| 2.409  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | LOANED ASSETS AGREEMENT EFFECTIVE DATE: 11/3/2008 | CESSNA AIRCRAFT COMPANY 2121 S HOOVER RD WICHITA, KS  67209 |
| 2.410  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | PRODUCT SUPPORT AGREEMENT EFFECTIVE DATE: 3/26/2007 | CESSNA AIRCRAFT COMPANY 2121 S HOOVER RD WICHITA, KS  67209 |
| 2.411  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | PURCHASE AGREEMENT EFFECTIVE DATE: 3/22/2007 | CESSNA AIRCRAFT COMPANY 2121 S HOOVER RD WICHITA, KS  67209 |
| 2.412  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | SALES AGREEMENT EFFECTIVE DATE: 5/23/2001 | CESSNA AIRCRAFT COMPANY 2121 S HOOVER RD WICHITA, KS  67209 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 3/11/2002 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS 67209 |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 5/7/2007 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS 67209 |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 2/15/2005 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS 67209 |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 2/26/2009 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS 67209 |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 3/14/2007 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS 67209 |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 4/10/2007 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS 67209 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 4/6/2010 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS  67209 |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 10/6/2011 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS  67209 |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 11/8/2012 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS  67209 |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 12/10/2013 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS  67209 |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 11/4/2014 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS  67209 |
| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 5/9/2015 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS  67209 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 11/16/2009 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS  67209 |
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 12/17/2010 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS  67209 |
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 1/7/2009 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS  67209 |
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 3/2/2010 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS  67209 |
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 4/2/2009 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS  67209 |
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 6/2/2009 | CESSNA AIRCRAFT COMPANY<br>2121 S HOOVER RD<br>WICHITA, KS  67209 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 5/27/2010 | CESSNA AIRCRAFT COMPANY 2121 S HOOVER RD WICHITA, KS 67209 |
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 9/14/2009 | CESSNA AIRCRAFT COMPANY 2121 S HOOVER RD WICHITA, KS 67209 |
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT EFFECTIVE DATE: 10/6/2011 | CESSNA AIRCRAFT COMPANY 2121 S HOOVER RD WICHITA, KS 67209 |
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT EFFECTIVE DATE: 3/14/2017 | CFM INTERNATIONAL 111 MERCHANT ST CINCINNATI, OH 45246 |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT CHARTER AND MANAGEMENT ADDENDUM EFFECTIVE DATE: 3/9/2017 | CFS AIR LLC 83 WOOSTER HEIGHTS DANBURY, CT 06810 |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT EFFECTIVE DATE: 3/9/2007 | CFS AIR LLC 83 WOOSTER HEIGHTS DANBURY, CT 06810 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT<br>EFFECTIVE DATE: 3/9/2017 | CFS AIR LLC<br>83 WOOSTER HEIGHTS<br>DANBURY, CT  06810 |
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT<br>EFFECTIVE DATE: 3/9/2017 | CFS AIR LLC<br>83 WOOSTER HEIGHTS<br>DANBURY, CT  06810 |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MONTH-TO-MONTH DATA ANALYSIS SOFTWARE | CHARTIO, INC.<br>222 KEARNY ST #525<br>SAN FRANCISCO, CA  94108 |
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 10/10/2004 | CHELTON RADOMES LTD<br>GUNNELS WOOD RD<br>STEVENAGE, HT  SG1 2DB<br>UNITED KINGDOM |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 4/11/2005 | CHELTON RADOMES LTD<br>GUNNELS WOOD RD<br>STEVENAGE, HT  SG1 2DB<br>UNITED KINGDOM |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 7/20/2004 | CHELTON RADOMES LTD<br>GUNNELS WOOD RD<br>STEVENAGE, HT  SG1 2DB<br>UNITED KINGDOM |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 7/1/2008 | CHELTON RADOMES LTD GUNNELS WOOD RD STEVENAGE, HT SG1 2DB UNITED KINGDOM |
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 10/7/2003 | CHELTON RADOMES LTD GUNNELS WOOD RD STEVENAGE, HT SG1 2DB UNITED KINGDOM |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT EFFECTIVE DATE: 11/22/2006 | CHELTON RADOMES LTD GUNNELS WOOD RD STEVENAGE, HT SG1 2DB UNITED KINGDOM |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NTR LEASE | CHEROKEE PARTNERS 6911 N WHIRLPOOL DRIVE TULSA, OK 74117 |
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NAL JOINT VENTURE AGMT - SEE CHINA AIRLINES FOLDER IN Y DRIVE EFFECTIVE DATE: 11/13/2017 | CHINA AIRLINES LIMITED 11201 AVIATION BLVD LOS ANGELES, CA 90045 |
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOU EFFECTIVE DATE: 7/16/2018 | CHINA AIRLINES LIMITED 131 SEC 3 NANKING E RD TAIPEI 104 TAIWAN |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERM SHEET - NAL JV<br>EFFECTIVE DATE: | CHINA AIRLINES LIMITED<br>131 SEC 3 NANKING E RD<br>TAIPEI  104<br>TAIWAN |
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br><br><br><br><br>**List the contract number of any government contract** | LOANED EMPLOYEE AGREEMENT<br>EFFECTIVE DATE - 4/25/2018<br><br>PER 'EVENTS OF TERMINATION' (TERMINATION OR REASSIGNMENT OF EMPLOYEEMENT WITH CAL, CESSATION OF OPERATIONS, TERMINATION BY NORDAM ASIA LIMITED) IN SECTION 3 OF THE AGREEMENT | CHINA AIRLINES LIMITED<br>NO 15, HANGQIN S. RD.<br>ATTN: PETER CHOU<br>DAYUAN DIST.<br>TAOYUAN  33758<br>TAIWAN |
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 5/8/2017 | CHINA SOUTHERN AIRLINES<br>HENG SHI RD NORTH AREA<br>GUANGZHOU, 190  510470<br>CHINA |
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSPORTATION SERVICES AGREEMENT<br>EFFECTIVE DATE: 2/9/2004 | CHRIS TRUCK LINE<br>P.O. BOX 633519<br>CINCINNATI, OH  45263-3519 |
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT<br>EFFECTIVE DATE: 9/20/2013 | CINTAS<br>P.O. BOX 88005<br>CHICAGO, IL  60680-1005 |
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/15/2018 | CINTAS<br>P.O. BOX 88005<br>CHICAGO, IL  60680-1005 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.455 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT EFFECTIVE DATE: 12/19/2014 | CINTAS P.O. BOX 88005 CHICAGO, IL 60680-1005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | LEASE TERMINATION EFFECTIVE DATE: 9/29/2011 | CIT LEASING CORPORATION ROYAL PALM 1 FT LAUDERDALE, FL 33324 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | LIEN RELEASE EFFECTIVE DATE: 3/16/2017 | CITIBANK NA ITS BRANCHES, SUB AND AFFILIATES 388 GREENWICH STREET 10TH FLOOR NEW YORK, NY 10013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - AIRPORT STORAGE EFFECTIVE DATE: 3/15/2016 | CITY OF TULSA P.O. BOX 451 TULSA, OK 74101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | AIRPORT LEASE EFFECTIVE DATE - 3/15/2016 | CITY OF TULSA, OKLAHOMA P.O. BOX 451 TULSA, OK 74101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | NVD WAREHOUSE LEASE | COMAV ASSET MANAGEMENT, LLC 18499 PHANTOM WEST VICTORVILLE, CA 92394 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | APRES EFFECTIVE DATE - 6/6/2018 | COMLUX AMERICA LLC 2910 S HIGH SCHOOL RD INDIANAPOLIS, IN 46241 |
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | APRES EFFECTIVE DATE - 7/16/2018 | COMLUX AMERICA LLC 2910 S HIGH SCHOOL RD INDIANAPOLIS, IN 46241 |
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | COMMUNITYCARE EAP AGREEMENT EFFECTIVE DATE - 1/1/2006 | COMMUNITY CARE OF OKLAHOMA WILLIAMS CENTER TOWER II TWO WEST SECOND STREET, SUITE 100 TULSA, OK 74103 |
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | MAINTENANCE AGREEMENT EFFECTIVE DATE: 4/8/2013 | COMPANIA PANAMENA DE AVIACION COMPANIA DE AVIACION MEXICO CITY, DF 01210 MEXICO |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | TECHNICAL MANUALS/DATA AGREEMENT EFFECTIVE DATE: 12/19/2017 | COMPANIA PANAMENA DE AVIACION COMPANIA DE AVIACION MEXICO CITY, DF 01210 MEXICO |
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | TRAVEL AND EXPENSE ONLINE SERVICE EFFECTIVE DATE - 12/14/2017 | CONCUR TECHNOLOGIES 18400 NE UNION HILL ROAD REDMOND, WA 98052 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 5/14/2014 | CONSTELLATION NEWENERGY-GAS DIV<br>P.O. BOX 878049<br>KANSAS CITY, MO 64187-8049 |
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WAREHOUSING AGREEMENT<br>EFFECTIVE DATE: 12/28/2005 | CORNERSTONE WAREHOUSING LLC<br>2147 ENTERPRISE DR<br>INDEPENDENCE, KS 67301 |
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO MASTER AGREEMENT<br>EFFECTIVE DATE - 12/26/2016 | CORNERSTONE<br>1601 CLOVERFEILD BLVD SUITR 600<br>SANTA MONICA, CA 90404 |
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACTING AGREEMENT<br>EFFECTIVE DATE: 8/28/2015 | COWEN CONSTRUCTION<br>2200 S UTICA PL<br>TULSA, OK 74114 |
| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TEAMING AGREEMENT<br>EFFECTIVE DATE: 11/1/2002 | CPI AEROSTRUCTURES<br>91 HEARTLAND BLVD<br>EDGEWOOD, NY 11717-8313 |
| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERM SHEET<br>EFFECTIVE DATE: 8/7/2015 | CPI AEROSTRUCTURES<br>91 HEARTLAND BLVD<br>EDGEWOOD, NY 11717-8313 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.473 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 5/23/2011 | CRANE AEROSPACE INC<br>P.O. BOX 932649<br>ATLANTA, GA 31193-2649 |
| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT<br>EFFECTIVE DATE: 8/29/2016 | CRANE AEROSPACE INC<br>P.O. BOX 932649<br>ATLANTA, GA 31193-2649 |
| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 7/28/2008 | CROSSLINK/LUMIMOVE |
| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSPORTATION SERVICES AGREEMENT<br>EFFECTIVE DATE: 5/12/2003 | CROW DELIVERY INC<br>3728 S ELM PL<br>BROKEN ARROW, OK 74011 |
| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 5/18/2018 | CURBELL PLASTICS INC<br>7 COBHAM DRIVE<br>ORCHARD PARK, NY 14127 |
| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/2/2018 | CURBELL PLASTICS INC<br>7 COBHAM DRIVE<br>ORCHARD PARK, NY 14127 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER AGREEMENT AMENDMENT EFFECTIVE DATE: 1/1/2018 | CYTEC ENGINEERED MATERIALS P.O. BOX 60068 CHARLOTTE, NC 28262 |
| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONSULTING AGREEMENT EFFECTIVE DATE: 5/23/2017 | DANIEL R. STEINBISER 13196 E 655 RD HULBERT, OK 74441 |
| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ENGAGEMENT AGREEMENT WITH DARYL HARTZELL EFFECTIVE DATE - 1/1/2018 | DARYL HARTZELL 231 KINGFISHER DR FORT MILL, SC 29707-5897 |
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CABIN WINDOWS EFFECTIVE DATE - 2/10/2016 | DASSAULT AVIATION 9, ROND-POINT DES CHAMPS-ELYSEES-MARCEL DASSAULT PARIS 75008 FRANCE |
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FALCON 900/2000 CABIN WINDOWS - AMENDMENT 2 TO DAA/MP 1238 DATED 2/10/2016 EFFECTIVE DATE - 2/10/2016 | DASSAULT AVIATION 9, ROND-POINT DES CHAMPS-ELYSEES-MARCEL DASSAULT PARIS 75008 FRANCE |
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | BASIC SUPPLY AGREEMENT AMENDMENT EFFECTIVE DATE: 1/21/2011 | DASSAULT FALCON JET CORP P.O. BOX 416357 BOSTON, MA 02241-6357 |

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL TERMS AGREEMENT EFFECTIVE DATE: 5/31/2007 | DASSAULT FALCON JET CORP P.O. BOX 416357 BOSTON, MA 02241-6357 |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL TERMS AGREEMENT AMENDMENT EFFECTIVE DATE: 1/21/2011 | DASSAULT FALCON JET CORP P.O. BOX 416357 BOSTON, MA 02241-6357 |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL TERMS AGREEMENT AMENDMENT EFFECTIVE DATE: 2/9/2011 | DASSAULT FALCON JET CORP P.O. BOX 416357 BOSTON, MA 02241-6357 |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEPENDENT CONTRACTOR AGREEMENT EFFECTIVE DATE: 1/17/2007 | DASSAULT FALCON JET CORP P.O. BOX 416357 BOSTON, MA 02241-6357 |
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEPENDENT CONTRACTOR AGREEMENT AMENDMENT EFFECTIVE DATE: 1/25/2007 | DASSAULT FALCON JET CORP P.O. BOX 416357 BOSTON, MA 02241-6357 |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEPENDENT CONTRACTOR AGREEMENT AMENDMENT EFFECTIVE DATE: 2/12/2007 | DASSAULT FALCON JET CORP P.O. BOX 416357 BOSTON, MA 02241-6357 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT EFFECTIVE DATE: 10/2/2006 | DASSAULT FALCON JET CORP P.O. BOX 416357 BOSTON, MA 02241-6357 |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT EFFECTIVE DATE: 7/13/2016 | DASSAULT FALCON JET CORP P.O. BOX 416357 BOSTON, MA 02241-6357 |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT AMENDMENT EFFECTIVE DATE: 3/17/2009 | DASSAULT FALCON JET CORP P.O. BOX 416357 BOSTON, MA 02241-6357 |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT AMENDMENT EFFECTIVE DATE: 3/17/2009 | DASSAULT FALCON JET CORP P.O. BOX 416357 BOSTON, MA 02241-6357 |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT EFFECTIVE DATE: 1/14/2011 | DASSAULT FALCON JET CORP P.O. BOX 416357 BOSTON, MA 02241-6357 |
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT EFFECTIVE DATE: 5/7/2015 | DASSAULT FALCON JET CORP P.O. BOX 416357 BOSTON, MA 02241-6357 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT<br>EFFECTIVE DATE: 9/17/2015 | DASSAULT FALCON JET CORP<br>P.O. BOX 416357<br>BOSTON, MA 02241-6357 |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TOOLING AGREEMENT<br>EFFECTIVE DATE: 12/6/2016 | DASSAULT FALCON JET CORP<br>P.O. BOX 416357<br>BOSTON, MA 02241-6357 |
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AND MARKETING CONSULTANT AGREEMENT<br>EFFECTIVE DATE: 10/1/2016 | DAY AND DAY, INC<br>22648 GLENN DR STE 102<br>STERLING, VA 20164-4447 |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AND MARKETING CONSULTANT AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 1/1/2016 | DAY AND DAY, INC<br>22648 GLENN DR STE 102<br>STERLING, VA 20164-4447 |
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TEAMING AGREEMENT<br>EFFECTIVE DATE: 4/20/2004 | DAYTON T BROWN INC<br>10000 JONES MALTSBERGER<br>SAN ANTONIO, TX 78216-4126 |
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MULTIPLE CERTIFICATES AND CONSENT DOCUMENTS<br>EFFECTIVE DATE: 12/13/2002 | DEE HOWARD COMPANY<br>10000 JONES MALTSBERGER<br>SAN ANTONIO, TX 78216-4126 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT<br>EFFECTIVE DATE: 11/26/2001 | DEE HOWARD COMPANY<br>10000 JONES MALTSBERGER<br>SAN ANTONIO, TX  78216-4126 |
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT<br>EFFECTIVE DATE: 11/26/2001 | DEE HOWARD COMPANY<br>10000 JONES MALTSBERGER<br>SAN ANTONIO, TX  78216-4126 |
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT<br>EFFECTIVE DATE: 11/6/2001 | DEE HOWARD/SHERWILL ENVIRONMENTAL<br>10000 JONES MALTSBERGER<br>SAN ANTONIO, TX  78216-4126 |
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT<br>EFFECTIVE DATE: 11/6/2009 | DEFENSE SUPPLY CENTER RICHMOND<br>8000 JEFFERSON DAVIS HIGHWAY<br>RICHMOND, VA  23297-5000 |
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE DOCUMENT<br>EFFECTIVE DATE: 11/17/2004 | DELL MARKETING LP<br>P.O. BOX 676021<br>DALLAS, TX  75267-6021 |
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOW / ENGAGEMENT LETTER<br>EFFECTIVE DATE: 6/15/2017 | DELOITTE TAX LLP |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TECHNICAL MANUALS AND DATA AGREEMENT<br>EFFECTIVE DATE: 7/20/2018 | DELTA AIRLINES<br>HARSTFIELD ATLANTA INTERNATIONAL AIRPORT<br>1030 DELTA BLVD<br>ATLANTA, GA  3020-6001 |
| 2.510 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADMINISTRATIVE SERVICES AGREEMENT<br>EFFECTIVE DATE - 1/1/2014 | DELTA DENTAL PLAN OF OKLAHOMA<br>16 NW 63RD<br>OKLAHOMA CITY, OK  73116 |
| 2.511 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT AGREEMENT WITH DON GILLESPIE<br>EFFECTIVE DATE - 8/4/2015 | DELTA G DESIGN, INC<br>100 RESEARCH PARKWAY<br>SUITE 3287-B<br>WACO, TX  76704 |
| 2.512 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECURITY AGREEMENT<br>EFFECTIVE DATE: 6/1/2015 | DEPARTMENT OF DEFENSE |
| 2.513 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECURITY AGREEMENT<br>EFFECTIVE DATE: 1/4/2018 | DEPARTMENT OF DEFENSE |
| 2.514 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMERCIAL SERVICE AGREEMENT<br>EFFECTIVE DATE: 1/13/2014 | DEPARTMENT OF THE NAVY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL MANUALS AND DATA AGREEMENT EFFECTIVE DATE: 9/24/2014 | DHL AIR 31685 S 108TH E AVE TULSA, OK 74146 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | RECIPROCAL NON-DISCLOSURE AGREEMENT EFFECTIVE DATE: | DIAMONEX |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.517 | **State what the contract or lease is for and the nature of the debtor's interest** | DIAZ REFINERY PRP COMMITTEE EFFECTIVE DATE: 6/14/2012 | DIAZ REFINERY PRP COMMITTEE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.518 | **State what the contract or lease is for and the nature of the debtor's interest** | A-10 SPEED BRAKE NEW MANUFACTURING EFFECTIVE DATE - 9/4/2013 | DLA HILL AFB DLA AVIATION 6051 GUM LANE BUILDING 1225 HILL AIR FORCE BASE, UT 84056 |
| | **State the term remaining** | 5 YEARS | |
| | **List the contract number of any government contract** | | |
| 2.519 | **State what the contract or lease is for and the nature of the debtor's interest** | A-10 WEDGES NEW MANUFACTURING EFFECTIVE DATE - 3/23/2017 | DLA HILL AFB DLA AVIATION 6051 GUM LANE BUILDING 1225 HILL AIR FORCE BASE, UT 84056 |
| | **State the term remaining** | 3 YEARS | |
| | **List the contract number of any government contract** | | |
| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest** | F-16 DIVE BRAKE NEW MANUFACTURING EFFECTIVE DATE - 6/28/2016 | DLA HILL AFB DLA AVIATION 6051 GUM LANE BUILDING 1225 HILL AIR FORCE BASE, UT 84056 |
| | **State the term remaining** | 5 YEARS | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.521** **State what the contract or lease is for and the nature of the debtor's interest** <br> A-10 ELEVATOR PANEL <br> NEW MANUFACTURING <br> EFFECTIVE DATE - 7/19/2016 <br><br> **State the term remaining**  3 YEARS <br><br> **List the contract number of any government contract** | DLA RICHMOND, VA <br> DLA AVIATION <br> 8000 JEFFERSON DAVIS HWY <br> RICHMOND, VA 23297 |
| **2.522** **State what the contract or lease is for and the nature of the debtor's interest** <br> A-10 ELEVATOR PANEL <br> NEW MANUFACTURING <br> EFFECTIVE DATE - 1/30/2017 <br><br> **State the term remaining**  3 YEARS <br><br> **List the contract number of any government contract** | DLA RICHMOND, VA <br> DLA AVIATION <br> 8000 JEFFERSON DAVIS HWY <br> RICHMOND, VA 23297 |
| **2.523** **State what the contract or lease is for and the nature of the debtor's interest** <br> B-1 ACCESS DOOR <br> NEW MANUFACTURING <br> EFFECTIVE DATE - 1/5/2017 <br><br> **State the term remaining**  3 YEARS <br><br> **List the contract number of any government contract** | DLA RICHMOND, VA <br> DLA AVIATION <br> 8000 JEFFERSON DAVIS HWY <br> RICHMOND, VA 23297 |
| **2.524** **State what the contract or lease is for and the nature of the debtor's interest** <br> B-52 CTR LIP SKINS <br> NEW MANUFACTURING <br> EFFECTIVE DATE - 9/29/2017 <br><br> **State the term remaining**  4 YEARS <br><br> **List the contract number of any government contract** | DLA RICHMOND, VA <br> DLA AVIATION <br> 8000 JEFFERSON DAVIS HWY <br> RICHMOND, VA 23297 |
| **2.525** **State what the contract or lease is for and the nature of the debtor's interest** <br> B-52 PYLON PANEL <br> NEW MANUFACTURING <br> EFFECTIVE DATE - 8/28/2015 <br><br> **State the term remaining**  3.5 YEARS <br><br> **List the contract number of any government contract** | DLA RICHMOND, VA <br> DLA AVIATION <br> 8000 JEFFERSON DAVIS HWY <br> RICHMOND, VA 23297 |
| **2.526** **State what the contract or lease is for and the nature of the debtor's interest** <br> B-52 PYLON PANEL <br> NEW MANUFACTURING <br> EFFECTIVE DATE - 7/21/2016 <br><br> **State the term remaining**  3.5 YEARS <br><br> **List the contract number of any government contract** | DLA RICHMOND, VA <br> DLA AVIATION <br> 8000 JEFFERSON DAVIS HWY <br> RICHMOND, VA 23297 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | B-52 PYLON PANEL NEW MANUFACTURING EFFECTIVE DATE - 5/14/2015 | DLA RICHMOND, VA DLA AVIATION 8000 JEFFERSON DAVIS HWY RICHMOND, VA 23297 |
| | **State the term remaining** | 3.5 YEARS | |
| | **List the contract number of any government contract** | | |
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | B-52 PYLON PANEL NEW MANUFACTURING EFFECTIVE DATE - 9/1/2015 | DLA RICHMOND, VA DLA AVIATION 8000 JEFFERSON DAVIS HWY RICHMOND, VA 23297 |
| | **State the term remaining** | 3.5 YEARS | |
| | **List the contract number of any government contract** | | |
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | F/A-18 PATCH KITS NEW MANUFACTURING EFFECTIVE DATE - 6/5/2015 | DLA RICHMOND, VA DLA AVIATION 8000 JEFFERSON DAVIS HWY RICHMOND, VA 23297 |
| | **State the term remaining** | 4 YEARS | |
| | **List the contract number of any government contract** | | |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT-INDUSTRIAL WASTE WATER TREATMT EFFECTIVE DATE: 3/14/2013 | DMP CORPORATION 400 BRYANT BLVD ROCK HILL, SC 29732 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT EFFECTIVE DATE: 7/23/2015 | DOC-LITE LLC 707 W 8 ST SAND SPRINGS, OK 74063 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | CORPORATE RATE AGREEMENT EFFECTIVE DATE: 6/23/2008 | DOLLAR THRIFTY AUTOMOTIVE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.533 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | CORPORATE RATE AGREEMENT EFFECTIVE DATE: 2/12/2013 | DOLLAR THRIFTY AUTOMOTIVE |
| 2.534 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | SEE FAIRCHILD DORNIER GMBH EFFECTIVE DATE: | DORNIER LUFTFAHRT GMBH OBERPFAFFENHOFEN AIRFIELD WESSLING 82234 GERMANY |
| 2.535 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT EFFECTIVE DATE: 11/14/2017 | DRYSDALE AND ASSOCIATES INC 595 CHICORY LN CINCINNATI, OH 45244 |
| 2.536 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** 3 YEARS <br><br>**List the contract number of any government contract** | F/A-18 PATCH KIT NEW MANUFACTURING EFFECTIVE DATE - 3/17/2016 | DRYTECH DRYTECK, INC. 54 WRIGHTTOWN-COOKSTOWN RD P.O. BOX 128 COOKSTOWN, NJ 8511 |
| 2.537 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | GENERAL PROVISIONS AND FAR FLOWDOWN PROVISIONS EFFECTIVE DATE: 9/24/2009 | DS2 LLC |
| 2.538 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | RATES EFFECTIVE DATE: 9/1/2012 | DSV P.O. BOX 200876 PITTSBURGH, PA 15251-0876 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT - AMENDMENT<br>EFFECTIVE DATE: 5/2/2016 | DUCOMMUN AEROSTRUCTURES<br>LOCKBOX 849031<br>DALLAS, TX 75207 |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG-TERM AGREEMENT<br>EFFECTIVE DATE: 5/12/2016 | DUCOMMUN AEROSTRUCTURES<br>LOCKBOX 849031<br>DALLAS, TX 75207 |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG-TERM AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 1/1/2014 | DUCOMMUN LABARGE TECHNOLOGIES<br>P.O. BOX 505107<br>ST LOUIS, MO 63150-5107 |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG-TERM AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 10/1/2016 | DUCOMMUN LABARGE TECHNOLOGIES<br>P.O. BOX 505107<br>ST LOUIS, MO 63150-5107 |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UNLIMITED CREDIT/PORTFOLIO RECORDS ON DOMESTIC AND INTL. BUSINESS ENTITIES<br>EFFECTIVE DATE - 10/15/2017 | DUN & BRADSTREET<br>22761 PACIFIC COAST HWY<br>MALIBU, CA 90265 |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/26/2018 | DUNCAN AVIATION INC<br>LINCOLN AIRPORT<br>LINCOLN, NE 68501 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 3/5/2018 | DUNCAN AVIATION INC<br>P.O. BOX 81887; LINCOLN AIRPORT<br>LINCOLN, NE  68501 |
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 3/19/2018 | DUNCAN AVIATION INC<br>P.O. BOX 81887; LINCOLN AIRPORT<br>LINCOLN, NE  68501 |
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/25/2018 | DUNCAN AVIATION INC<br>P.O. BOX 81887; LINCOLN AIRPORT<br>LINCOLN, NE  68501 |
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/19/2018 | DUNCAN AVIATION INC<br>P.O. BOX 81887; LINCOLN AIRPORT<br>LINCOLN, NE  68501 |
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/16/2018 | DUNCAN AVIATION INC<br>P.O. BOX 81887; LINCOLN AIRPORT<br>LINCOLN, NE  68501 |
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/30/2018 | DUNCAN AVIATION INC<br>P.O. BOX 81887; LINCOLN AIRPORT<br>LINCOLN, NE  68501 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | APRES<br>EFFECTIVE DATE - 6/25/2018 | DUNCAN AVIATION INC<br>P.O. BOX 81887; LINCOLN AIRPORT<br>LINCOLN, NE  68501 |
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | JOINT STATEMENT ON COMMERCIAL RELATIONSH<br>EFFECTIVE DATE: 7/17/2008 | DURCESIO MELLO<br>AV CHURCHILL 129 SALA 504  CENTRO<br>RIO DE JANEIRO, RJ  20020-050<br>BRAZIL |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT<br>EFFECTIVE DATE: 10/29/2014 | DURO LAK INC<br>3020 BOUL LE CORBUSIER<br>LAVAL, QC  H7L 3W2<br>CANADA |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 9 TO PROCUREMENT FRAME CONTRACT REF:  E2003/054 (A380 CW & DW, A330/A340 WING TIP GLAZINGS, A380 WING TIP AND BATHTUB GLAZINGS, A318-A321 WING TIP GLAZINGS, A318-A321 SHARKLET GLAZINGS)<br>EFFECTIVE DATE - 1/1/2018 | EADS DEUTSCHLAND GMBH<br>POSTFACH 80 11 60<br>MUNICH  81663<br>GERMANY |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FRAME CONTRACT<br>EFFECTIVE DATE - 1/1/2018 | EADS DEUTSCHLAND GMBH<br>POSTFACH 80 11 60<br>MUNICH  81663<br>GERMANY |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROCUREMENT AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 8/1/2012 | EADS DEUTSCHLAND GMBH<br>POSTFACH 95 01 09<br>HAMBURG  21111<br>GERMANY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 10/26/2015 | EADS DEUTSCHLAND GMBH<br>POSTFACH 95 01 09<br>HAMBURG 21111<br>GERMANY |
| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 1/1/2016 | EADS DEUTSCHLAND GMBH<br>POSTFACH 95 01 09<br>HAMBURG 21111<br>GERMANY |
| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FINAL SETTLEMENT AGREEMENT - FILED SOGERMA<br>EFFECTIVE DATE: 7/27/2004 | EADS SOGERMA<br>AEROPORT DE BORDEAUX MERIGNAC<br>MERIGNAC 33701<br>FRANCE |
| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CORPORATE SERVICES AGREEMENT<br>EFFECTIVE DATE: 2/1/2014 | EAN SERVICES LLC |
| 2.561 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CORPORATE SERVICES AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 1/16/2018 | EAN SERVICES LLC |
| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NRD LEASE<br>EFFECTIVE DATE - 5/14/2015 | EAST PLANT INVESTMENT, LLC<br>6911 N WHIRLPOOL DRIVE<br>TULSA, OK 74117 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.563 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCT PROGRAM AGREEMENT EFFECTIVE DATE: 4/1/2011 | EATON AEROQUIP LLC 300 S EAST AVE JACKSON, MI 49203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.564 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCT PROGRAM AGREEMENT AMENDMENT EFFECTIVE DATE: 5/8/2017 | EATON AEROQUIP LLC 300 S EAST AVE JACKSON, MI 49203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.565 | **State what the contract or lease is for and the nature of the debtor's interest** | LONG TERM AGREEMENT EFFECTIVE DATE: 4/18/2017 | EATON CORPORATION P.O. BOX 93531 CHICAGO, IL 93531 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT EFFECTIVE DATE: 8/31/2007 | ECC LEASING COMPANY LIMITED AV BRIGADEIRO FARIA LIMA 2170 SAO JOSE DOS CAMPOS, SP 12227-901 BRAZIL |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.567 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT EFFECTIVE DATE: 7/30/2010 | ECLIPSE AEROSPACE INC 2503 CLARK CARR LOOP SE ALBUQUERQUE, NM 87106 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.568 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT EFFECTIVE DATE: 6/22/2001 | ECLIPSE AVIATION CORPORATION 2800 KARSTEN CT SE ALBUQUERQUE, NM 87102 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.569 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 12/14/2001 | ECLIPSE AVIATION CORPORATION<br>2800 KARSTEN CT SE<br>ALBUQUERQUE, NM 87102 |
| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 3/28/2018 | EDWARDS INTERIORS INC<br>P.O. BOX 948, 125 ENTREPRENEUR WAY<br>RINCON, GA 31326 |
| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/19/2018 | EDWARDS INTERIORS INC<br>P.O. BOX 948, 125 ENTREPRENEUR WAY<br>RINCON, GA 31326 |
| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/23/2018 | EDWARDS INTERIORS INC<br>P.O. BOX 948, 125 ENTREPRENEUR WAY<br>RINCON, GA 31326 |
| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/30/2018 | EDWARDS INTERIORS INC<br>P.O. BOX 948, 125 ENTREPRENEUR WAY<br>RINCON, GA 31326 |
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 5/8/2018 | EDWARDS INTERIORS INC<br>P.O. BOX 948, 125 ENTREPRENEUR WAY<br>RINCON, GA 31326 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/11/2018 | EDWARDS INTERIORS INC<br>P.O. BOX 948, 125 ENTREPRENEUR WAY<br>RINCON, GA  31326 |
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/13/2018 | EDWARDS INTERIORS INC<br>P.O. BOX 948, 125 ENTREPRENEUR WAY<br>RINCON, GA  31326 |
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/18/2018 | EDWARDS INTERIORS INC<br>P.O. BOX 948, 125 ENTREPRENEUR WAY<br>RINCON, GA  31326 |
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/25/2018 | EDWARDS INTERIORS INC<br>P.O. BOX 948, 125 ENTREPRENEUR WAY<br>RINCON, GA  31326 |
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 8/3/2018 | EDWARDS INTERIORS INC<br>P.O. BOX 948, 125 ENTREPRENEUR WAY<br>RINCON, GA  31326 |
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT<br>EFFECTIVE DATE: 6/1/2016 | EHEALTHSCREENINGS |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NTD LEASE<br>EFFECTIVE DATE - 1/5/2017 | EIGHT PARTNERS, LLC<br>6911 N WHIRLPOOL DRIVE<br>TULSA, OK 74117 |
| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APLAS TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT)<br>EFFECTIVE DATE - 6/11/2018 | ELBIT SYSTEMS CYCLONE<br>BAR LEV INDUSTRIAL PARK, P.O. BOX 114<br>KARMIEL 20100<br>ISRAEL |
| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APLAS TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT)<br>EFFECTIVE DATE - 7/23/2018 | ELBIT SYSTEMS CYCLONE<br>BAR LEV INDUSTRIAL PARK, P.O. BOX 114<br>KARMIEL 20100<br>ISRAEL |
| 2.584 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ERJ 135/145 IP LETTER OF AGREEMENT<br>EFFECTIVE DATE: 5/3/2005 | EMBRAER - EMBRESA BRASILERIA<br>AVENIDA BRIGADEIRO FARIA LIMA<br>SAO JOSE DOS CAMPOS, SP 12227-901<br>BRAZIL |
| 2.585 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSFER AND LICENSE AGREEMENT<br>EFFECTIVE DATE: 4/5/2002 | EMBRAER - EMBRESA BRASILERIA<br>AVENIDA BRIGADEIRO FARIA LIMA<br>SAO JOSE DOS CAMPOS, SP 12227-901<br>BRAZIL |
| 2.586 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT REFERENCE SUP0013-11<br>EFFECTIVE DATE - 8/1/2010 | EMBRAER S.A.<br>AVENIDA BRIGADEIRO FARIA LIMA<br>SAO PAULO 2170<br>BRAZIL |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.587 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACKNOWLEDGMENT AND REAFFIRMATION AGMT.<br>EFFECTIVE DATE: 8/1/2010 | EMBRAER SA<br>AVENIDA BRIGADEIRO FARIA LIMA<br>SAO JOSE DOS CAMPOS, SP  12227-901<br>BRAZIL |
| 2.588 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 8/1/2010 | EMBRAER SA<br>AVENIDA BRIGADEIRO FARIA LIMA<br>SAO JOSE DOS CAMPOS, SP  12227-901<br>BRAZIL |
| 2.589 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMBRAER RFP  MLJ/MSJ CABIN WINDOWS<br>EFFECTIVE DATE: | EMBRAER<br>AVENIDA BRIGADEIRO FARIA LIMA<br>SAO JOSE DOS CAMPOS, SP  12227-901<br>BRAZIL |
| 2.590 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROUCT EXPORT CONTROL<br>EFFECTIVE DATE: 8/16/2016 | EMBRAER<br>AVENIDA BRIGADEIRO FARIA LIMA<br>SAO JOSE DOS CAMPOS, SP  12227-901<br>BRAZIL |
| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT<br>EFFECTIVE DATE: 1/24/2008 | EMBRAER<br>AVENIDA BRIGADEIRO FARIA LIMA<br>SAO JOSE DOS CAMPOS, SP  12227-901<br>BRAZIL |
| 2.592 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 4/30/2009 | EMIVEST AEROSPACE |

Case 18-11699-MFW    Doc 323    Filed 09/21/18    Page 897 of 1112

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.593 | **State what the contract or lease is for and the nature of the debtor's interest** AVIATION GENERAL LIABILITY INSURANCE AGREEMENT EFFECTIVE DATE - 8/1/2017  **State the term remaining**  **List the contract number of any government contract** | ENDURANCE AMERICAN INSURANCE CO 4 MANHATTANVILLE ROAD, 3RD FLOOR PURCHASE, NY  10577 |
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest** AVIATION GENERAL LIABILITY INSURANCE AGREEMENT EFFECTIVE DATE - 8/1/2018  **State the term remaining**  **List the contract number of any government contract** | ENDURANCE AMERICAN INSURANCE CO 4 MANHATTANVILLE ROAD, 3RD FLOOR PURCHASE, NY  10577 |
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT EFFECTIVE DATE: 7/16/2018  **State the term remaining**  **List the contract number of any government contract** | EPIQ 777 THIRD AVE NEW YORK, NY  10017 |
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest** FIXED PRICING SERVICES AGREEMENT EFFECTIVE DATE: 10/24/2007  **State the term remaining**  **List the contract number of any government contract** | EQUIP AERO SERVICES PO LE DE BUCONIS L'ISLE JOURDAIN, 75  32600 FRANCE |
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest** LETTER AGREEMENT EFFECTIVE DATE: 4/25/2001  **State the term remaining**  **List the contract number of any government contract** | ETIENNE FAGE 31 AV DES CISTES RAMATUELLE, 21  83350 FRANCE |
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** MASS NOTIFICATION - CONTACT BRIDGE, THREAT VEW, SMART WEATHER EFFECTIVE DATE - 9/22/2017  **State the term remaining**  **List the contract number of any government contract** | EVERBRIDGE INC 155 N LAKE AVE, SUITE 900 PASADENA, CA  91101 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.599 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TEAMING AGREEMENT<br>EFFECTIVE DATE: 3/7/2017 | EVERGREEN AVIATION PRECISION CORP (EGAP)<br>NO 528  SEC 1   CHENGGONG RD<br>GUANYIN TOWNSHIP TAOYUAN COUNTY 328  328<br>TAIWAN |
| 2.600 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENSE AND MAINTENANCE AGMT<br>EFFECTIVE DATE: 5/21/2013 | EXCEL4APPS<br>2501 SMALLMAN ST<br>PITTSBURGH, PA  15222 |
| 2.601 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT<br>EFFECTIVE DATE: 2/25/2016 | EXOSTAR LLC<br>P.O. BOX 301003<br>LOS ANGELES, CA  90030-1003 |
| 2.602 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | APRES<br>EFFECTIVE DATE - 6/11/2018 | F LIST GMBH<br>LIST-STRASSE 1<br>EDLITZ-THOMASBERT  2842<br>AUSTRIA |
| 2.603 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOU<br>EFFECTIVE DATE: 10/7/2009 | FAA FEDERAL AVIATION ADMINS<br>LOS ANGELES INTL FIELD OFFICE<br>15000 AVIATION BLVD<br>LAWNDALE, CA  90261 |
| 2.604 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SETTLEMENT AGREEMENT<br>EFFECTIVE DATE: 6/8/2016 | FAA FEDERAL AVIATION ADMINS<br>LOS ANGELES INTL FIELD OFFICE<br>15000 AVIATION BLVD<br>LAWNDALE, CA  90261 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.605 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MINUTES OF MEETING<br>EFFECTIVE DATE: 7/9/2012 | FACC AG<br>FISCHERSTRASSE 9<br>RIED IM INNKREIS, OÖ 4910<br>AUSTRIA |
| 2.606 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY CHAIN CONTRACT<br>EFFECTIVE DATE: 2/4/2011 | FACC AG<br>FISCHERSTRASSE 9<br>RIED IM INNKREIS, OÖ 4910<br>AUSTRIA |
| 2.607 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY CHAIN CONTRACT<br>EFFECTIVE DATE: 9/14/2012 | FACC AG<br>FISCHERSTRASSE 9<br>RIED IM INNKREIS, OÖ 4910<br>AUSTRIA |
| 2.608 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROPERTY INSURANCE AGREEMENT<br>EFFECTIVE DATE - 8/1/2017 | FACTORY MUTUAL INSURANCE COMPANY<br>P.O. BOX 7500<br>JOHNSTON, RI 02919 |
| 2.609 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSIGNMENT STOCK AGREEMENT<br>EFFECTIVE DATE: 3/7/2001 | FAIRCHILD DORNIER GMBH<br>P.O. BOX 1103<br>WESSLING 82230<br>GERMANY |
| 2.610 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT AGREEMENT<br>EFFECTIVE DATE: 4/26/2001 | FAIRCHILD DORNIER GMBH<br>P.O. BOX 1103<br>WESSLING 82230<br>GERMANY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT AGREEMENT EFFECTIVE DATE: 1/16/2001 | FAIRCHILD DORNIER GMBH P.O. BOX 1103 WESSLING  82230 GERMANY |
| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT AGREEMENT EFFECTIVE DATE: 4/2/2002 | FAIRCHILD DORNIER GMBH P.O. BOX 1103 WESSLING  82230 GERMANY |
| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT EFFECTIVE DATE: 12/19/2000 | FAIRCHILD DORNIER GMBH P.O. BOX 1103 WESSLING  82230 GERMANY |
| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT EFFECTIVE DATE: 8/1/2004 | FEANIX CORPORATION |
| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPONENT REPAIR SERVICES AGREEMENT EFFECTIVE DATE: 2/23/2012 | FEDERAL EXPRESS CORPORATION 2007 CORPORATE AVE MEMPHIS, TN  38132 |
| 2.616 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPONENT SERVICES AGREEMENT EFFECTIVE DATE: 7/20/2016 | FEDERAL EXPRESS CORPORATION 2007 CORPORATE AVE MEMPHIS, TN  38132 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.617 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPONENT SERVICES AGREEMENT ADDENDUM EFFECTIVE DATE: 2/2/2017 | FEDERAL EXPRESS CORPORATION 2007 CORPORATE AVE MEMPHIS, TN 38132 |
| 2.618 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPONENT SERVICES AGREEMENT ADDENDUM EFFECTIVE DATE: 6/26/2017 | FEDERAL EXPRESS CORPORATION 2007 CORPORATE AVE MEMPHIS, TN 38132 |
| 2.619 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT AMENDMENT EFFECTIVE DATE: 5/23/2014 | FEDERAL EXPRESS CORPORATION 2007 CORPORATE AVE MEMPHIS, TN 38132 |
| 2.620 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TECHNICAL MANUALS/DATA AGREEMENT EFFECTIVE DATE: 2/14/2018 | FEDERAL EXPRESS CORPORATION 2007 CORPORATE AVE MEMPHIS, TN 38132 |
| 2.621 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT EFFECTIVE DATE: 7/26/2011 | FEDEX OFFICE AND PRINT SERVICES P.O. BOX 672085 DALLAS, TX 75267-2085 |
| 2.622 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEGAL - UCC FILING EVIDENCE EFFECTIVE DATE: 7/5/2013 | FIBER PAD INC P.O. BOX 690660 TULSA, OK 74169-0660 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT EFFECTIVE DATE: 9/10/2015 | FIBER PAD INC<br>P.O. BOX 690660<br>TULSA, OK  74169-0660 |
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOVATION AGREEMENT EFFECTIVE DATE: 1/1/2016 | FINMECCANICA SPA<br>PIAZZA MONTE GRAPPA N 4<br>ROME    LAZIO, IT  00195<br>ITALY |
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION AGREEMENT EFFECTIVE DATE: 7/23/2013 | FLEMING BUILDING COMPANY<br>P.O. BOX 470468<br>TULSA, OK  74147 |
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT EFFECTIVE DATE: 5/1/2017 | FLEMING COMPANY LLC<br>P.O. BOX 52764<br>TULSA, OK  74152 |
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT EFFECTIVE DATE: 5/1/2017 | FLEMING COMPANY LLC<br>P.O. BOX 52764<br>TULSA, OK  74152 |
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION AGREEMENT EFFECTIVE DATE: 10/19/2017 | FLEMING CONSTRUCTION GROUP LLC<br>5405 S 125 E AVE<br>TULSA, OK  74146 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.629 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 10/19/2017 | FLEMING CONSTRUCTION GROUP LLC<br>5405 S 125 E AVE<br>TULSA, OK  74146 |
| 2.630 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 8/30/2012 | FLIGHT SAFETY INTERNATIONAL<br>700 NORTH 9TH ST<br>BROKEN ARROW, OK  74012 |
| 2.631 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 4/23/2013 | FLIGHT SAFETY INTERNATIONAL<br>700 NORTH 9TH ST<br>BROKEN ARROW, OK  74012 |
| 2.632 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEGAL - LIEN WAIVER AND RELEASE CERTIFICATE<br>EFFECTIVE DATE: 8/24/2006 | FLIGHT TEST ASSOCIATES |
| 2.633 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DESIGN, DEVELOPMENT, AND 300 DEGREE BACK PROJECTION SCREEN FORM TOOL & 300 DEGREE FORM TOOL ASSEMBLY FIXTURE<br>EFFECTIVE DATE - 4/30/2012 | FLIGHTSAFETY INTERNATIONAL<br>9701 METRIC BLVD<br>STE 250<br>AUSTING, TX  78758 |
| 2.634 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT<br>EFFECTIVE DATE: 9/8/2015 | FLIGHTSPARES LLC<br>3900 GALT OCEAN DR #1502<br>FT LAUDERDALE, FL  33308 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.635 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | APRES<br>EFFECTIVE DATE - 6/12/2018 | FLYING COLOURS CORP<br>657 NORTH BELL AVE<br>CHESTERFIELD, MO  63005 |
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | APRES<br>EFFECTIVE DATE - 5/21/2018 | FLYING COLOURS CORP<br>657 NORTH BELL AVE<br>CHESTERFIELD, MO  63005 |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | APRES<br>EFFECTIVE DATE - 7/10/2018 | FLYING COLOURS CORP<br>901-120 AIRPORT RD<br>PETERBOROUGH, ON  K9J OE7<br>CANADA |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MEXICO PROPERTY INSURANCE AGREEMENT<br>EFFECTIVE DATE - 8/1/2017 | FM GLOBAL DE MEXICO SA DE CV<br>AV PEDRO RAMIREZ VASQUEZ NO 200-11, PISO 6, COL. VALLE ORIENTE<br>SAN PEDRO GARZA<br>GARCIA, NL  66269<br>MEXICO |
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY INSURANCE AGREEMENT<br>EFFECTIVE DATE - 8/1/2017 | FM INSURANCE COMPANY LIMITED<br>1 WINDSOR DIALS<br>WINDSOR, IF  SL4 1RS<br>UNITED KINGDOM |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE AGEEEMENT<br>EFFECTIVE DATE: 2/2/2005 | FOKKER AIRCRAFT BV<br>14560 GREENO RD<br>FAIRHOPE, AL  36532 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT AMENDMENT EFFECTIVE DATE: 3/17/2005 | FOKKER AIRCRAFT BV 14560 GREENO RD FAIRHOPE, AL 36532 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT EFFECTIVE DATE: 8/18/2006 | FORCE-1 INC 1516 E 2ND ST WICHITA, KS 67214 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.643 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER EQUIPMENT SALE AGREEMENT EFFECTIVE DATE: 8/11/2003 | FORSYTHE SOLUTIONS GROUP INC P.O. BOX 809024 CHICAGO, IL 60680-9024 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.644 | **State what the contract or lease is for and the nature of the debtor's interest** | LONG TERM AGREEMENT EFFECTIVE DATE: 7/15/2016 | FPD COMPANY 124 HIDDEN VALLEY RD MCMURRAY, PA 15317 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest** | LONG TERM AGREEMENT AMENDMENT EFFECTIVE DATE: 4/19/2017 | FPD COMPANY 124 HIDDEN VALLEY RD MCMURRAY, PA 15317 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.646 | **State what the contract or lease is for and the nature of the debtor's interest** | SPACE STATION EFFECTIVE DATE - 1/18/2018 | FUTURAMIC TOOL AND ENGINEERING CO. 24680 GIBSON WARREN, MI 48089 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.647 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPACE STATION<br>EFFECTIVE DATE - 4/19/2018 | FUTURAMIC TOOL AND ENGINEERING CO.<br>24680 GIBSON<br>WARREN, MI  48089 |
| 2.648 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING<br>EFFECTIVE DATE - 2/8/2017 | GA TELESIS<br>1850 NW 49TH STREET<br>FORT LAUDERDALE, FL  33309 |
| 2.649 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MUTUAL CONFIDENTIALITY AGREEMENT<br>EFFECTIVE DATE - 11/18/2016 | GA TELESIS<br>1850 NW 49TH STREET<br>FORT LAUDERDALE, FL  33309 |
| 2.650 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOU<br>EFFECTIVE DATE: 1/25/2001 | GALAXY AEROSPACE COMPANY LP<br>1111 INDUSTRIAL RD<br>WINFIELD, KS  67156 |
| 2.651 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOU<br>EFFECTIVE DATE: 9/23/2010 | GAMECO/GUANGZHOU MAINT & ENG<br>HENGSHI RD, NORTH AREA<br>GUANGZHOU, 190  510470<br>CHINA |
| 2.652 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERM SHEET<br>EFFECTIVE DATE: 3/27/2014 | GAMECO/GUANGZHOU MAINT & ENG<br>HENGSHI RD, NORTH AREA<br>GUANGZHOU, 190  510470<br>CHINA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.653 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br>EFFECTIVE DATE: 5/7/2018 | GARTNER INC<br>56 TOP GALLANT ROAD<br>STAMFORD, CT  06904 |
| 2.654 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 5/8/2018 | GDC TECHNICS<br>2060 EAGLE PARKWAY<br>FORT WORTH, TX  76177 |
| 2.655 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/26/2018 | GDC TECHNICS<br>2060 EAGLE PARKWAY<br>FORT WORTH, TX  76177 |
| 2.656 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/27/2018 | GDC TECHNICS<br>2060 EAGLE PARKWAY<br>FORT WORTH, TX  76177 |
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/3/2018 | GDC TECHNICS<br>2060 EAGLE PARKWAY<br>FORT WORTH, TX  76177 |
| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | JOINT TECHNICAL AGREEMENT<br>EFFECTIVE DATE - 10/30/1996<br><br>ENDING UPON OCCURRENCE OF A TERMINATION EVENT PER PARAGRAPH C OR ARTICLE X | GE AIRCRAFT ENGINE SERVICES LIMITED<br>GENERAL ELECTRIC COMPANY<br>ATTN.:  AIRCRAFT ENGINES LICENSING<br>GE/RCA LICENSING MANAGEMENT OPERATION, INC.<br>ONE NEUMANN WAY, M/D S24<br>CINCINNATI, OH  45215-1988 |

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.659 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | JOINT TECHNICAL ASSISTANCE AGREEMENT<br>EFFECTIVE DATE - 10/30/1996 | GE AIRCRAFT ENGINE SERVICES LIMITED<br>GENERAL ELECTRIC COMPANY<br>ATTN.: AIRCRAFT ENGINES LICENSING<br>GE/RCA LICENSING MANAGEMENT OPERATION, INC.<br>ONE NEUMANN WAY, M/D S24<br>CINCINNATI, OH 45215-1988 |
| 2.660 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | JOINT TECHNICAL ASSISTANCE AGREEMENT DATED OCTOBER 30, 1996 | GE AIRCRAFT ENGINE SERVICES LIMITED<br>GENERAL ELECTRIC COMPANY<br>ATTN.: AIRCRAFT ENGINES LICENSING<br>GE/RCA LICENSING MANAGEMENT OPERATION, INC.<br>ONE NEUMANN WAY, M/D S24<br>CINCINNATI, OH 45215-1988 |
| 2.661 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENVIRONMENTAL AGREEMENT<br>EFFECTIVE DATE - 10/30/1996 | GE AIRCRAFT ENGINE SERVICES LIMITED<br>GENERAL ELECTRIC COMPANY<br>ATTN: GENERAL MANAGER - ENVIRONMENTAL AFFAIRS AND SAFETY<br>ONE NEUMANN WAY, MAIL DROP S150<br>CINCINNATI, OH 45215 |
| 2.662 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GTA<br>EFFECTIVE DATE: 3/18/2005 | GE CAPITAL AVIATION SERVICES INC. (GECAS)<br>AVIATION HOUSE<br>SHANNON<br>IRELAND |
| 2.663 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSIGNMENT STOCK AGREEMENT<br>EFFECTIVE DATE: 3/6/2015 | GECAS ASSET MANAGEMENT SERVICES<br>P.O. BOX 402726<br>ATLANTA, GA 30384-2726 |
| 2.664 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSIGNMENT STOCK AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 7/15/2015 | GECAS ASSET MANAGEMENT SERVICES<br>P.O. BOX 402726<br>ATLANTA, GA 30384-2726 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSIGNMENT STOCK AGREEMENT AMENDMENT EFFECTIVE DATE: 6/10/2016 | GECAS ASSET MANAGEMENT SERVICES P.O. BOX 402726 ATLANTA, GA 30384-2726 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** | FIBERPAD/AFP MACHINE EFFECTIVE DATE - 12/1/2010 | GENERAL ELECTRIC CAPITAL 500 W MONROE ST CHICAGO, IL 60661 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 EFFECTIVE DATE: 7/18/2008 | GENERAL ELECTRIC COMPANY 1 NEUMANN WAY CINCINNATI, OH 45215-6301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT EFFECTIVE DATE: 12/8/2014 | GENERAL ELECTRIC COMPANY 1 NEUMANN WAY CINCINNATI, OH 45215-6301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT EFFECTIVE DATE: 3/12/2014 | GENERAL ELECTRIC COMPANY 1 NEUMANN WAY CINCINNATI, OH 45215-6301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AND LICENSE AGREEMENT EFFECTIVE DATE: 3/4/2017 | GENERAL ELECTRIC COMPANY 1 NEUMANN WAY CINCINNATI, OH 45215-6301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT<br>EFFECTIVE DATE: 5/24/2012 | GENERAL ELECTRIC COMPANY<br>1 NEUMANN WAY<br>CINCINNATI, OH 45215-6301 |
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT AGREEMENT WITH GERALD HEALY<br>EFFECTIVE DATE - 1/1/2014 | GERALD HEALY<br>9023 S 92ND E PL<br>TULSA, OK 74133-4454 |
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TECHNOLOGY SERVICE AGREEMENT<br>EFFECTIVE DATE: 4/1/2018 | GERBER TECHNOLOGY<br>P.O. BOX 95060<br>CHICAGO, IL 60694-5060 |
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TECHNOLOGY SERVICE AGREEMENT<br>EFFECTIVE DATE: 10/31/2017 | GERBER TECHNOLOGY<br>P.O. BOX 95060<br>CHICAGO, IL 60694-5060 |
| 2.675 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT<br>EFFECTIVE DATE: 11/3/2017 | GERMAN MACHINED PRODUCTS INC<br>1415 W 178 ST<br>GARDENA, CA 90248 |
| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MONTH-TO-MONTH CODE MANAGEMENT AND VERSION CONTROL | GITHUB, INC.<br>88 COLIN P KELLY JR ST<br>SAN FRANCISCO, CA 94107 |

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PAYROLL CARD SERVICES AGREEMENT EFFECTIVE DATE: 8/2/2017 | GLOBAL CASH CARD |
| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CESSNA CITATION CJ3 EFFECTIVE DATE - 3/9/2017 | GLOBAL JET CAPITAL (CFS AIR, LLC) P.O. BOX 644282 PITTSBURGH, PA  15264-4282 |
| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TECHNICAL MANUALS/DATA AGREEMENT EFFECTIVE DATE: 6/9/2017 | GOL LINHAS AEREAS SA CENTRO DE MANUTENCAO LAGOA SANTA, MG  33400-000 BRAZIL |
| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NORDAM CHARITY GOLF TOURNAMENT EFFECTIVE DATE - 6/12/2018 | GOLF CLUB OF OKLAHOMA 20400 EAST 141ST BROKEN ARROW, OK  74014 |
| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT EFFECTIVE DATE: 9/4/2013 | GOODEN GROUP PUBLIC RELATIONS 2611 KELLEY POINTE PKWY EDMOND, OK  73103 |
| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT EFFECTIVE DATE: 11/23/2016 | GOODEN GROUP 2611 KELLEY POINTE PKWY EDMOND, OK  73103 |

Debtor    The NORDAM Group, Inc.                                    Case number (if known) 18-11699

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 12/19/2013 | GREENPOINT TECHNOLOGIES INC<br>4600 CARILLON POINT<br>KIRKLAND, WA  98033 |
| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACOMP<br>EFFECTIVE DATE - 4/4/2018 | GREENPOINT TECHNOLOGIES INC<br>4600 CARILON POINT<br>KIRKLAND, WA  98033 |
| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACOMP<br>EFFECTIVE DATE - 4/16/2018 | GREENPOINT TECHNOLOGIES INC<br>4600 CARILON POINT<br>KIRKLAND, WA  98033 |
| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACOMP<br>EFFECTIVE DATE - 8/3/2018 | GREENPOINT TECHNOLOGIES INC<br>4600 CARILON POINT<br>KIRKLAND, WA  98033 |
| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/4/2018 | GREENPOINT TECHNOLOGIES INC<br>4600 CARILON POINT<br>KIRKLAND, WA  98033 |
| 2.688 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 5/14/2018 | GREENPOINT TECHNOLOGIES INC<br>4600 CARILON POINT<br>KIRKLAND, WA  98033 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.689 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/25/2018 | GREENPOINT TECHNOLOGIES INC<br>4600 CARILON POINT<br>KIRKLAND, WA 98033 |
| 2.690 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/24/2018 | GREENPOINT TECHNOLOGIES INC<br>4600 CARILON POINT<br>KIRKLAND, WA 98033 |
| 2.691 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NMX | GRUPO AMERICA<br>AVE WASHINGTON #3701<br>CHIHUAHUA 31200<br>MEXICO |
| 2.692 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CAEW - G450/550<br>EFFECTIVE DATE - 7/19/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31407 |
| 2.693 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CAEW - PRESS PANEL<br>EFFECTIVE DATE - 7/2/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31407 |
| 2.694 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES - G280<br>EFFECTIVE DATE - 7/5/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31407 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.695 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES - G450/550<br>EFFECTIVE DATE - 2/20/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31407 |
| 2.696 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES - G450/550<br>EFFECTIVE DATE - 4/24/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31407 |
| 2.697 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES - G450/550<br>EFFECTIVE DATE - 5/16/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31407 |
| 2.698 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES - G450/550<br>EFFECTIVE DATE - 5/23/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31407 |
| 2.699 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES - G450/550<br>EFFECTIVE DATE - 6/7/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31407 |
| 2.700 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES - G450/550<br>EFFECTIVE DATE - 6/7/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31407 |

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699

(Name)

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.701 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SPARES - G450/550 EFFECTIVE DATE - 6/14/2018 | GULFSTREAM AEROSPACE CORP 500 GULFSTREAM ROAD SAVANNAH, GA 31407 |
| 2.702 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SPARES - G450/550 EFFECTIVE DATE - 6/26/2018 | GULFSTREAM AEROSPACE CORP 500 GULFSTREAM ROAD SAVANNAH, GA 31407 |
| 2.703 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SPARES - G450/550 EFFECTIVE DATE - 6/28/2018 | GULFSTREAM AEROSPACE CORP 500 GULFSTREAM ROAD SAVANNAH, GA 31407 |
| 2.704 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SPARES - G450/550 EFFECTIVE DATE - 7/2/2018 | GULFSTREAM AEROSPACE CORP 500 GULFSTREAM ROAD SAVANNAH, GA 31407 |
| 2.705 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SPARES - G450/550 EFFECTIVE DATE - 7/6/2018 | GULFSTREAM AEROSPACE CORP 500 GULFSTREAM ROAD SAVANNAH, GA 31407 |
| 2.706 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SPARES - G450/550 EFFECTIVE DATE - 7/13/2018 | GULFSTREAM AEROSPACE CORP 500 GULFSTREAM ROAD SAVANNAH, GA 31407 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.707 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES - G450/550<br>EFFECTIVE DATE - 7/16/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31407 |
| 2.708 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES - G450/550<br>EFFECTIVE DATE - 7/23/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31407 |
| 2.709 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES - G500<br>EFFECTIVE DATE - 5/14/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31407 |
| 2.710 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES - G650<br>EFFECTIVE DATE - 5/10/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31407 |
| 2.711 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES - G650<br>EFFECTIVE DATE - 6/13/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31407 |
| 2.712 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES - G650<br>EFFECTIVE DATE - 6/26/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31407 |

Debtor    The NORDAM Group, Inc.                                          Case number (if known) 18-11699
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.713 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES - G650<br>EFFECTIVE DATE - 7/10/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31407 |
| 2.714 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES - G650<br>EFFECTIVE DATE - 7/20/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31407 |
| 2.715 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES - GAC PRESS PANEL<br>EFFECTIVE DATE - 7/10/2018 | GULFSTREAM AEROSPACE CORP<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31407 |
| 2.716 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 12/19/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA 31402-3034 |
| 2.717 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 12/19/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA 31402-3034 |
| 2.718 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 12/19/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA 31402-3034 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.719 | State what the contract or lease is for and the nature of the debtor's interest | G500/600 EFFECTIVE DATE - 12/20/2017 | GULFSTREAM AEROSPACE CORP ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 SAVANNAH, GA 31402-3034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.720 | State what the contract or lease is for and the nature of the debtor's interest | G500/600 EFFECTIVE DATE - 1/31/2018 | GULFSTREAM AEROSPACE CORP ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 SAVANNAH, GA 31402-3034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.721 | State what the contract or lease is for and the nature of the debtor's interest | G500/600 EFFECTIVE DATE - 1/5/2018 | GULFSTREAM AEROSPACE CORP ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 SAVANNAH, GA 31402-3034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.722 | State what the contract or lease is for and the nature of the debtor's interest | G500/600 EFFECTIVE DATE - 1/5/2018 | GULFSTREAM AEROSPACE CORP ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 SAVANNAH, GA 31402-3034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.723 | State what the contract or lease is for and the nature of the debtor's interest | G500/600 EFFECTIVE DATE - 1/5/2018 | GULFSTREAM AEROSPACE CORP ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 SAVANNAH, GA 31402-3034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.724 | State what the contract or lease is for and the nature of the debtor's interest | G500/600 EFFECTIVE DATE - 2/5/2018 | GULFSTREAM AEROSPACE CORP ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 SAVANNAH, GA 31402-3034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699 (MFW)
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.725 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 12/22/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA 31402-3034 |
| 2.726 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 12/22/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA 31402-3034 |
| 2.727 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 12/22/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA 31402-3034 |
| 2.728 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 12/22/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA 31402-3034 |
| 2.729 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 12/22/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA 31402-3034 |
| 2.730 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 12/22/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA 31402-3034 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.731 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 1/5/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.732 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 1/5/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.733 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/8/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.734 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/8/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.735 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/6/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.736 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/9/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.737 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/8/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.738 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/6/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.739 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/14/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.740 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/14/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.741 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/14/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.742 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/14/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.743 | State what the contract or lease is for and the nature of the debtor's interest | G500/600 EFFECTIVE DATE - 3/14/2018 | GULFSTREAM AEROSPACE CORP ATTN: CORPORATE PAYABLE, P.O. BOX 3034 SAVANNAH, GA 31402-3034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.744 | State what the contract or lease is for and the nature of the debtor's interest | G500/600 EFFECTIVE DATE - 3/14/2018 | GULFSTREAM AEROSPACE CORP ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 SAVANNAH, GA 31402-3034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.745 | State what the contract or lease is for and the nature of the debtor's interest | G500/600 EFFECTIVE DATE - 3/14/2018 | GULFSTREAM AEROSPACE CORP ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 SAVANNAH, GA 31402-3034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.746 | State what the contract or lease is for and the nature of the debtor's interest | G500/600 EFFECTIVE DATE - 3/14/2018 | GULFSTREAM AEROSPACE CORP ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 SAVANNAH, GA 31402-3034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.747 | State what the contract or lease is for and the nature of the debtor's interest | G500/600 EFFECTIVE DATE - 3/14/2018 | GULFSTREAM AEROSPACE CORP ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 SAVANNAH, GA 31402-3034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.748 | State what the contract or lease is for and the nature of the debtor's interest | G500/600 EFFECTIVE DATE - 3/14/2018 | GULFSTREAM AEROSPACE CORP ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 SAVANNAH, GA 31402-3034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.749 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/14/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.750 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/14/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.751 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/14/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.752 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/26/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.753 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/26/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.754 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/26/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.755 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/26/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.756 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 6/1/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.757 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/26/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.758 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/26/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.759 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/26/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.760 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/26/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.761 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/26/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.762 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/26/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.763 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/26/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.764 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.765 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.766 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.767 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.768 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.769 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.770 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.771 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.772 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.773 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.774 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.775 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.776 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.777 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.778 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.779 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.780 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.781 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.782 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G500/600<br>EFFECTIVE DATE - 3/28/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.783 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650<br>EFFECTIVE DATE - 5/18/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.784 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650<br>EFFECTIVE DATE - 5/18/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.785 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650<br>EFFECTIVE DATE - 5/18/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.786 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650<br>EFFECTIVE DATE - 5/19/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.787 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650<br>EFFECTIVE DATE - 5/19/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.788 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650<br>EFFECTIVE DATE - 5/19/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.789 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650<br>EFFECTIVE DATE - 5/22/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.790 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650<br>EFFECTIVE DATE - 5/22/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.791 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 5/22/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.792 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 5/23/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.793 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 5/23/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.794 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 5/23/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.795 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 8/1/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.796 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 10/9/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.797 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 12/20/2017 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.798 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 6/22/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.799 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 6/13/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31402-3034 |
| 2.800 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONDOR<br>EFFECTIVE DATE - 5/16/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31407 |
| 2.801 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONDOR<br>EFFECTIVE DATE - 3/13/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31407 |
| 2.802 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONDOR<br>EFFECTIVE DATE - 6/5/2018 | GULFSTREAM AEROSPACE CORP<br>ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034<br>SAVANNAH, GA  31407 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.803   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONDOR <br> EFFECTIVE DATE - 6/5/2018 | GULFSTREAM AEROSPACE CORP <br> ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 <br> SAVANNAH, GA 31407 |
| 2.804   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONDOR <br> EFFECTIVE DATE - 6/5/2018 | GULFSTREAM AEROSPACE CORP <br> ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 <br> SAVANNAH, GA 31407 |
| 2.805   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONDOR <br> EFFECTIVE DATE - 6/5/2018 | GULFSTREAM AEROSPACE CORP <br> ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 <br> SAVANNAH, GA 31407 |
| 2.806   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONDOR <br> EFFECTIVE DATE - 6/5/2018 | GULFSTREAM AEROSPACE CORP <br> ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 <br> SAVANNAH, GA 31407 |
| 2.807   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | G650 <br> EFFECTIVE DATE - 7/5/2017 | GULFSTREAM AEROSPACE CORP <br> ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 <br> SAVANNAH, GA 31407 |
| 2.808   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | G650 <br> EFFECTIVE DATE - 7/5/2017 | GULFSTREAM AEROSPACE CORP <br> ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 <br> SAVANNAH, GA 31407 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.809 | State what the contract or lease is for and the nature of the debtor's interest | G650 EFFECTIVE DATE - 7/5/2017 | GULFSTREAM AEROSPACE CORP ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 SAVANNAH, GA  31407 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.810 | State what the contract or lease is for and the nature of the debtor's interest | G650 EFFECTIVE DATE - 7/5/2017 | GULFSTREAM AEROSPACE CORP ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 SAVANNAH, GA  31407 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.811 | State what the contract or lease is for and the nature of the debtor's interest | G650 EFFECTIVE DATE - 10/19/2017 | GULFSTREAM AEROSPACE CORP ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 SAVANNAH, GA  31407 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.812 | State what the contract or lease is for and the nature of the debtor's interest | G650 EFFECTIVE DATE - 12/14/2017 | GULFSTREAM AEROSPACE CORP ATTN: CORPORATE ACCTS PAYABLE, P.O. BOX 3034 SAVANNAH, GA  31407 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.813 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT AGREEMENT EFFECTIVE DATE: 8/14/2002 | GULFSTREAM AEROSPACE CORP P.O. BOX 730349 DALLAS, TX  75373-0349 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.814 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT EFFECTIVE DATE: 6/29/2010 | GULFSTREAM AEROSPACE CORP P.O. BOX 730349 DALLAS, TX  75373-0349 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.815 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT EFFECTIVE DATE: 12/20/2012 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.816 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT EFFECTIVE DATE: 2/13/2002 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.817 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT EFFECTIVE DATE: 12/15/2007 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.818 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT EFFECTIVE DATE: 7/20/2010 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.819 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT EFFECTIVE DATE: 12/11/2013 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.820 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT EFFECTIVE DATE: 12/11/2013 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.821 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT EFFECTIVE DATE: 12/11/2013 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.822 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT EFFECTIVE DATE: 2/1/2008 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.823 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT EFFECTIVE DATE: 3/1/2010 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.824 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT EFFECTIVE DATE: 6/1/2009 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.825 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT EFFECTIVE DATE: 7/9/2015 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.826 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT EFFECTIVE DATE: 7/9/2015 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.827 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF AGREEMENT EFFECTIVE DATE: 7/9/2015 | GULFSTREAM AEROSPACE CORP P.O. BOX 730349 DALLAS, TX 75373-0349 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.828 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF AGREEMENT EFFECTIVE DATE: 6/26/2017 | GULFSTREAM AEROSPACE CORP P.O. BOX 730349 DALLAS, TX 75373-0349 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.829 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF AGREEMENT EFFECTIVE DATE: 6/26/2017 | GULFSTREAM AEROSPACE CORP P.O. BOX 730349 DALLAS, TX 75373-0349 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.830 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF AGREEMENT EFFECTIVE DATE: 2/16/2018 | GULFSTREAM AEROSPACE CORP P.O. BOX 730349 DALLAS, TX 75373-0349 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.831 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF AGREEMENT EFFECTIVE DATE: 2/16/2018 | GULFSTREAM AEROSPACE CORP P.O. BOX 730349 DALLAS, TX 75373-0349 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.832 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF AGREEMENT AMENDMENT EFFECTIVE DATE: 4/6/2004 | GULFSTREAM AEROSPACE CORP P.O. BOX 730349 DALLAS, TX 75373-0349 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.833 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 11/16/2009 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.834 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 12/21/2012 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.835 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 7/18/2016 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.836 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 7/16/2008 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.837 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 2/25/2016 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.838 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 8/29/2014 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.839 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 9/10/2014 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.840 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 12/9/2008 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.841 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 12/9/2008 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.842 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING<br>EFFECTIVE DATE: 1/11/2001 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.843 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOU<br>EFFECTIVE DATE: 4/13/2006 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |
| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER CERTIFICATION<br>EFFECTIVE DATE: 1/25/2010 | GULFSTREAM AEROSPACE CORP<br>P.O. BOX 730349<br>DALLAS, TX  75373-0349 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.845 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO. 001 TO MEMORANDUM OF AGREEMENT GAC-SAV-FP664 EFFECTIVE DATE - 8/29/2014 | GULFSTREAM AEROSPACE CORPORATION - FINAL PHASE 500 GULFSTREAM ROAD SAVANNAH, GA  31407 |
| 2.846 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT GAC-SAV-049-04-08-08 EFFECTIVE DATE - 7/30/2009 | GULFSTREAM AEROSPACE CORPORATION - FINAL PHASE 500 GULFSTREAM ROAD SAVANNAH, GA  31407 |
| 2.847 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT GAC-SAV-FP664 EFFECTIVE DATE - 8/31/2010 | GULFSTREAM AEROSPACE CORPORATION - FINAL PHASE 500 GULFSTREAM ROAD SAVANNAH, GA  31407 |
| 2.848 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES EFFECTIVE DATE - 1/22/2018 | GULFSTREAM AEROSPACE CORPORATION 4150 E DONALD DOUGLAS DRIVE LONG BEACH, CA  90808 |
| 2.849 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES EFFECTIVE DATE - 2/19/2018 | GULFSTREAM AEROSPACE CORPORATION 4150 E DONALD DOUGLAS DRIVE LONG BEACH, CA  90808 |
| 2.850 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES EFFECTIVE DATE - 7/23/2018 | GULFSTREAM AEROSPACE CORPORATION 4150 E DONALD DOUGLAS DRIVE LONG BEACH, CA  90808 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.851 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | APRES<br>EFFECTIVE DATE - 7/23/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA  90808 |
| 2.852 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | APRES<br>EFFECTIVE DATE - 7/23/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA  90808 |
| 2.853 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650 PSU<br>EFFECTIVE DATE - 5/1/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA  90808 |
| 2.854 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650 PSU<br>EFFECTIVE DATE - 5/3/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA  90808 |
| 2.855 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650 PSU<br>EFFECTIVE DATE - 5/15/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA  90808 |
| 2.856 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650 PSU<br>EFFECTIVE DATE - 5/4/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA  90808 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.857 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 5/4/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA 90808 |
| 2.858 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 5/25/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA 90808 |
| 2.859 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 5/25/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA 90808 |
| 2.860 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 6/6/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA 90808 |
| 2.861 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 6/29/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA 90808 |
| 2.862 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 6/27/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA 90808 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.863 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 7/13/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA 90808 |
| 2.864 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 7/1/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA 90808 |
| 2.865 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 6/29/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA 90808 |
| 2.866 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 6/29/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA 90808 |
| 2.867 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 7/16/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA 90808 |
| 2.868 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 7/20/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA 90808 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.869 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 7/30/2018 | GULFSTREAM AEROSPACE CORPORATION<br>4150 E DONALD DOUGLAS DRIVE<br>LONG BEACH, CA  90808 |
| 2.870 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 3/29/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.871 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 3/29/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.872 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/11/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.873 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/11/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.874 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/11/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.875 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/11/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.876 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 5/10/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.877 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 5/10/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.878 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 5/10/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.879 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 5/10/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.880 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 5/10/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |

Debtor    The NORDAM Group, Inc.    _____    Case number (if known) 18-11699 (MFW)
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.881  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | APRES  EFFECTIVE DATE - 5/10/2018 | GULFSTREAM AEROSPACE CORPORATION  500 GULFSTREAM ROAD  SAVANNAH, GA  31408-9643 |
| 2.882  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | APRES  EFFECTIVE DATE - 5/10/2018 | GULFSTREAM AEROSPACE CORPORATION  500 GULFSTREAM ROAD  SAVANNAH, GA  31408-9643 |
| 2.883  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | APRES  EFFECTIVE DATE - 5/10/2018 | GULFSTREAM AEROSPACE CORPORATION  500 GULFSTREAM ROAD  SAVANNAH, GA  31408-9643 |
| 2.884  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | APRES  EFFECTIVE DATE - 5/10/2018 | GULFSTREAM AEROSPACE CORPORATION  500 GULFSTREAM ROAD  SAVANNAH, GA  31408-9643 |
| 2.885  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | APRES  EFFECTIVE DATE - 5/10/2018 | GULFSTREAM AEROSPACE CORPORATION  500 GULFSTREAM ROAD  SAVANNAH, GA  31408-9643 |
| 2.886  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | APRES  EFFECTIVE DATE - 5/10/2018 | GULFSTREAM AEROSPACE CORPORATION  500 GULFSTREAM ROAD  SAVANNAH, GA  31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.887 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 5/25/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.888 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 5/10/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.889 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/11/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.890 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/18/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.891 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/18/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.892 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/18/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.893 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/18/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.894 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/18/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.895 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/18/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.896 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/18/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.897 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/18/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.898 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/18/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.899 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/18/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.900 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/28/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.901 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/12/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.902 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/12/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.903 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/12/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.904 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/12/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.905 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/12/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.906 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/12/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.907 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/12/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.908 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/12/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.909 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/12/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.910 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/12/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.911 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/26/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.912 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/27/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.913 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 2/13/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.914 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 2/13/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.915 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 2/14/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.916 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 2/14/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.917 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 2/13/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.918 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 3/2/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.919 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/17/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.920 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/19/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.921 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 2/26/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.922 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/11/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.923 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 8/2/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.924 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | END DIVAN - G500/600<br>EFFECTIVE DATE - 5/29/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.925 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | END DIVAN - G500/600<br>EFFECTIVE DATE - 6/27/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.926 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | END DIVAN - G500/600<br>EFFECTIVE DATE - 6/28/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.927 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | END DIVAN - G500/600<br>EFFECTIVE DATE - 7/11/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.928 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | END DIVAN - G500/600<br>EFFECTIVE DATE - 7/18/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.929 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | END DIVAN - G500/600<br>EFFECTIVE DATE - 8/1/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.930 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 2/7/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.931 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 10/27/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.932 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 5/18/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.933 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G500/600<br>EFFECTIVE DATE - 5/18/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.934 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 1/5/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.935 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 2/12/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.936 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 1/5/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.937 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 12/27/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.938 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 4/3/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.939 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 10/18/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.940 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 4/3/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.941 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 10/18/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.942 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/20/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.943 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 11/22/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.944 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/20/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.945 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 1/29/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.946 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/20/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.947 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650<br>EFFECTIVE DATE - 1/29/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.948 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650<br>EFFECTIVE DATE - 3/20/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.949 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650<br>EFFECTIVE DATE - 1/29/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.950 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650<br>EFFECTIVE DATE - 3/22/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.951 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650<br>EFFECTIVE DATE - 11/22/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.952 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | G650<br>EFFECTIVE DATE - 1/29/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.953 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/22/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.954 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 12/18/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.955 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/20/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.956 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 12/14/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.957 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/22/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.958 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 11/22/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.959 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/22/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.960 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 12/11/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.961 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/22/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.962 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 11/22/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.963 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/22/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.964 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 12/18/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.965 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 12/18/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.966 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/22/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.967 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 10/12/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.968 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/9/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.969 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/16/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.970 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/9/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.971 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/16/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.972 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/22/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.973 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 1/29/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.974 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/20/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.975 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 2/20/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.976 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/16/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.977 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 2/6/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.978 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 9/20/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.979 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 2/7/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.980 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/19/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.981 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 1/31/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |
| 2.982 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 9/14/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA 31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.983 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 2/7/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.984 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 4/12/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.985 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 2/7/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.986 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/16/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.987 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 6/15/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.988 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 3/17/2017 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.989 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 2/1/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.990 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650<br>EFFECTIVE DATE - 2/23/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.991 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 - CONDOR<br>EFFECTIVE DATE - 6/28/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.992 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 - CONDOR<br>EFFECTIVE DATE - 4/30/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.993 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 - CONDOR<br>EFFECTIVE DATE - 4/30/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.994 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 - CONDOR<br>EFFECTIVE DATE - 7/25/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.995 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 - CONDOR<br>EFFECTIVE DATE - 4/30/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.996 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 - CONDOR<br>EFFECTIVE DATE - 4/30/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.997 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 - CONDOR<br>EFFECTIVE DATE - 4/30/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.998 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 - CONDOR<br>EFFECTIVE DATE - 4/30/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.999 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 - CONDOR<br>EFFECTIVE DATE - 7/25/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.1000 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 - CONDOR<br>EFFECTIVE DATE - 4/30/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1001 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 - CONDOR EFFECTIVE DATE - 7/25/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.1002 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 - CONDOR EFFECTIVE DATE - 4/30/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.1003 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 - CONDOR EFFECTIVE DATE - 7/26/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.1004 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 - CONDOR EFFECTIVE DATE - 7/16/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.1005 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 - CONDOR EFFECTIVE DATE - 7/16/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| 2.1006 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 - CONDOR EFFECTIVE DATE - 6/5/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1007 | **State what the contract or lease is for and the nature of the debtor's interest** | G650 FP FLC<br>EFFECTIVE DATE - 5/15/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1008 | **State what the contract or lease is for and the nature of the debtor's interest** | SADDLE - G500/600<br>EFFECTIVE DATE - 1/25/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1009 | **State what the contract or lease is for and the nature of the debtor's interest** | SADDLE - G500/600<br>EFFECTIVE DATE - 4/20/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1010 | **State what the contract or lease is for and the nature of the debtor's interest** | SADDLE - G500/600<br>EFFECTIVE DATE - 5/9/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1011 | **State what the contract or lease is for and the nature of the debtor's interest** | SADDLE - G500/600<br>EFFECTIVE DATE - 6/11/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1012 | **State what the contract or lease is for and the nature of the debtor's interest** | SADDLE - G500/600<br>EFFECTIVE DATE - 7/18/2018 | GULFSTREAM AEROSPACE CORPORATION<br>500 GULFSTREAM ROAD<br>SAVANNAH, GA  31408-9643 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1013 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/2/2018 | GULFSTREAM AEROSPACE CORPORATION<br>550 CONNOLE STREET<br>BRUNSWICK, GA  31525 |
| 2.1014 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/2/2018 | GULFSTREAM AEROSPACE CORPORATION<br>550 CONNOLE STREET<br>BRUNSWICK, GA  31525 |
| 2.1015 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/2/2018 | GULFSTREAM AEROSPACE CORPORATION<br>550 CONNOLE STREET<br>BRUNSWICK, GA  31525 |
| 2.1016 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/2/2018 | GULFSTREAM AEROSPACE CORPORATION<br>550 CONNOLE STREET<br>BRUNSWICK, GA  31525 |
| 2.1017 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/29/2018 | GULFSTREAM AEROSPACE CORPORATION<br>550 CONNOLE STREET<br>BRUNSWICK, GA  31525 |
| 2.1018 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/11/2018 | GULFSTREAM AEROSPACE CORPORATION<br>550 CONNOLE STREET<br>BRUNSWICK, GA  31525 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1019 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/11/2018 | GULFSTREAM AEROSPACE CORPORATION<br>550 CONNOLE STREET<br>BRUNSWICK, GA 31525 |
| 2.1020 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/30/2018 | GULFSTREAM AEROSPACE CORPORATION<br>550 CONNOLE STREET<br>BRUNSWICK, GA 31525 |
| 2.1021 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G280 FLAT PANEL KIT<br>EFFECTIVE DATE - 6/22/2018 | GULFSTREAM AEROSPACE CORPORATION<br>7440 AVIATION PLACE<br>DALLAS, TX 75235 |
| 2.1022 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G280 FLAT PANEL KIT<br>EFFECTIVE DATE - 6/22/2018 | GULFSTREAM AEROSPACE CORPORATION<br>7440 AVIATION PLACE<br>DALLAS, TX 75235 |
| 2.1023 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G280 FLAT PANEL KIT<br>EFFECTIVE DATE - 6/22/2018 | GULFSTREAM AEROSPACE CORPORATION<br>7440 AVIATION PLACE<br>DALLAS, TX 75235 |
| 2.1024 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G280 FLAT PANEL KIT<br>EFFECTIVE DATE - 6/22/2018 | GULFSTREAM AEROSPACE CORPORATION<br>7440 AVIATION PLACE<br>DALLAS, TX 75235 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1025 | **State what the contract or lease is for and the nature of the debtor's interest** | G280 FLAT PANEL KIT EFFECTIVE DATE - 6/22/2018 | GULFSTREAM AEROSPACE CORPORATION 7440 AVIATION PLACE DALLAS, TX  75235 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1026 | **State what the contract or lease is for and the nature of the debtor's interest** | G280 FLAT PANEL KIT EFFECTIVE DATE - 6/22/2018 | GULFSTREAM AEROSPACE CORPORATION 7440 AVIATION PLACE DALLAS, TX  75235 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1027 | **State what the contract or lease is for and the nature of the debtor's interest** | G280 FLAT PANEL KIT EFFECTIVE DATE - 6/22/2018 | GULFSTREAM AEROSPACE CORPORATION 7440 AVIATION PLACE DALLAS, TX  75235 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1028 | **State what the contract or lease is for and the nature of the debtor's interest** | G280 FLAT PANEL KIT EFFECTIVE DATE - 6/22/2018 | GULFSTREAM AEROSPACE CORPORATION 7440 AVIATION PLACE DALLAS, TX  75235 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1029 | **State what the contract or lease is for and the nature of the debtor's interest** | G280 FLAT PANEL KIT EFFECTIVE DATE - 6/22/2018 | GULFSTREAM AEROSPACE CORPORATION 7440 AVIATION PLACE DALLAS, TX  75235 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1030 | **State what the contract or lease is for and the nature of the debtor's interest** | G280 FLAT PANEL KIT EFFECTIVE DATE - 6/22/2018 | GULFSTREAM AEROSPACE CORPORATION 7440 AVIATION PLACE DALLAS, TX  75235 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699 (MFW)

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1031 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/25/2017 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1032 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/25/2017 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1033 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/27/2017 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1034 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 1/29/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1035 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 2/19/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1036 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 2/19/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |

Debtor    The NORDAM Group, Inc.                    Case number (if known) 18-11699-MFW

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1037 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 2/19/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI 54914 |
| 2.1038 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/2/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI 54914 |
| 2.1039 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/2/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI 54914 |
| 2.1040 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/2/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI 54914 |
| 2.1041 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/2/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI 54914 |
| 2.1042 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/2/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI 54914 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1043 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/5/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1044 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/5/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1045 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/1/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1046 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 3/30/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1047 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 5/3/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1048 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 5/2/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1049 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 5/2/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1050 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 5/3/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1051 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 5/15/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1052 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 5/25/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1053 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 5/21/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1054 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 6/4/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1055 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 6/12/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI 54914 |
| 2.1056 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 6/12/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI 54914 |
| 2.1057 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 6/21/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI 54914 |
| 2.1058 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 6/15/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI 54914 |
| 2.1059 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 6/15/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI 54914 |
| 2.1060 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 6/21/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI 54914 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1061 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | G650 PSU <br> EFFECTIVE DATE - 7/11/2018 | GULFSTREAM AEROSPACE CORPORATION <br> W6355 ATLANTIS DRIVE <br> APPLETON, WI 54914 |
| 2.1062 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | G650 PSU <br> EFFECTIVE DATE - 7/24/2018 | GULFSTREAM AEROSPACE CORPORATION <br> W6355 ATLANTIS DRIVE <br> APPLETON, WI 54914 |
| 2.1063 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | G650 PSU <br> EFFECTIVE DATE - 8/3/2018 | GULFSTREAM AEROSPACE CORPORATION <br> W6355 ATLANTIS DRIVE <br> APPLETON, WI 54914 |
| 2.1064 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | G650 PSU <br> EFFECTIVE DATE - 7/11/2018 | GULFSTREAM AEROSPACE CORPORATION <br> W6355 ATLANTIS DRIVE <br> APPLETON, WI 54914 |
| 2.1065 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | G650 PSU <br> EFFECTIVE DATE - 7/20/2018 | GULFSTREAM AEROSPACE CORPORATION <br> W6355 ATLANTIS DRIVE <br> APPLETON, WI 54914 |
| 2.1066 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | G650 PSU <br> EFFECTIVE DATE - 7/20/2018 | GULFSTREAM AEROSPACE CORPORATION <br> W6355 ATLANTIS DRIVE <br> APPLETON, WI 54914 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1067 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 7/20/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1068 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 7/20/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1069 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | G650 PSU<br>EFFECTIVE DATE - 7/31/2018 | GULFSTREAM AEROSPACE CORPORATION<br>W6355 ATLANTIS DRIVE<br>APPLETON, WI  54914 |
| 2.1070 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEGAL - CONFLICT WAIVER<br>EFFECTIVE DATE: 2/9/2017 | HALL ESTILL<br>320 S BOSTON AVE<br>TULSA, OK  74103-3706 |
| 2.1071 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MONTH-TO-MONTH CREATIVE &ADVERTISING AGENCY RETAINER AGREEMENT<br>EFFECTIVE DATE - 3/28/2016 | HAMPTON CREATIVE<br>3939 S HARVARD AVE<br>TULSA, OK  74135 |
| 2.1072 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACTOR AGREEMENT<br>EFFECTIVE DATE: 6/28/2013 | HANDLING SYSTEMS & CONVEYORS INC<br>10909 OTTER CREEK E BLVD<br>MABELVALE, AR  72103 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1073 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BOOKING CONTRACT<br>EFFECTIVE DATE: 3/14/2014 | HARD ROCK HOTEL & CASINO TULSA<br>P.O. BOX 179<br>TAHLEQUAH, OK 74464 |
| 2.1074 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BOOKING CONTRACT<br>EFFECTIVE DATE: 7/13/2016 | HARD ROCK HOTEL & CASINO TULSA<br>P.O. BOX 179<br>TAHLEQUAH, OK 74464 |
| 2.1075 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DOMESTIC WORKERS COMPENSATION AND COMMERCIAL GENERAL LIABILITY AGREEMENT<br>EFFECTIVE DATE - 8/1/2018 | HARTFORD FIRE INSURANCE COMPANY<br>HARTFORD PLAZA<br>HARTFORD, CT 06155 |
| 2.1076 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DOMESTIC WORKERS COMPENSATION AND COMMERCIAL GENERAL LIABILITY AGREEMENT<br>EFFECTIVE DATE - 8/1/2017 | HARTFORD FIRE INSURANCE COMPANY<br>HARTFORD PLAZA<br>HARTFORD, CT 06155 |
| 2.1077 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOCK ARBITRATION AGREEMENT<br>EFFECTIVE DATE: 7/28/2016 | HARTZOG CONGER CASON & NEVILLE<br>201 ROBERT S KERR AVE<br>OKLAHOMA CITY, OK 73102 |
| 2.1078 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT CHANGE FORM<br>EFFECTIVE DATE: 1/1/2009 | HAWKER BEECHCRAFT CORPORATION<br>10225 E KELLOG<br>WICHITA, KS 67207 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1079 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT CHANGE FORM EFFECTIVE DATE: 10/27/2009 | HAWKER BEECHCRAFT CORPORATION 10225 E KELLOG WICHITA, KS 67207 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1080 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT CHANGE FORM EFFECTIVE DATE: 7/26/2011 | HAWKER BEECHCRAFT CORPORATION 10225 E KELLOG WICHITA, KS 67207 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1081 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT CHANGE FORM EFFECTIVE DATE: 6/1/2010 | HAWKER BEECHCRAFT CORPORATION 10225 E KELLOG WICHITA, KS 67207 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1082 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT EFFECTIVE DATE: 8/28/2009 | HAWKER BEECHCRAFT CORPORATION 10225 E KELLOG WICHITA, KS 67207 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1083 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT AMENDMENT EFFECTIVE DATE: 8/1/2009 | HAWKER BEECHCRAFT CORPORATION 10225 E KELLOG WICHITA, KS 67207 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1084 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT AMENDMENT EFFECTIVE DATE: 10/7/2009 | HAWKER BEECHCRAFT CORPORATION 10225 E KELLOG WICHITA, KS 67207 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1085 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT AMENDMENT EFFECTIVE DATE: 1/1/2010 | HAWKER BEECHCRAFT CORPORATION<br>10225 E KELLOG<br>WICHITA, KS  67207 |
| 2.1086 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT AMENDMENT EFFECTIVE DATE: 5/3/2010 | HAWKER BEECHCRAFT CORPORATION<br>10225 E KELLOG<br>WICHITA, KS  67207 |
| 2.1087 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT AMENDMENT EFFECTIVE DATE: 1/1/2011 | HAWKER BEECHCRAFT CORPORATION<br>10225 E KELLOG<br>WICHITA, KS  67207 |
| 2.1088 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT AMENDMENT EFFECTIVE DATE: 1/1/2012 | HAWKER BEECHCRAFT CORPORATION<br>10225 E KELLOG<br>WICHITA, KS  67207 |
| 2.1089 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRICE AGREEMENT EFFECTIVE DATE: 2/6/2009 | HAWKER BEECHCRAFT CORPORATION<br>10225 E KELLOG<br>WICHITA, KS  67207 |
| 2.1090 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT EFFECTIVE DATE: 6/17/2009 | HAWKER BEECHCRAFT CORPORATION<br>10225 E KELLOG<br>WICHITA, KS  67207 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1091 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT EFFECTIVE DATE: 3/9/2010 | HAWKER BEECHCRAFT CORPORATION 10225 E KELLOG WICHITA, KS  67207 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1092 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT EFFECTIVE DATE: 5/12/2011 | HAWKER BEECHCRAFT CORPORATION 10225 E KELLOG WICHITA, KS  67207 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1093 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT AND AMENDMENT EFFECTIVE DATE: 2/28/2014 | HERITAGE ENVIRONMENTAL SERVICES LLC P.O. BOX 933024 CLEVELAND, OH  44193 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1094 | **State what the contract or lease is for and the nature of the debtor's interest** | LONG TERM AGREEMENT EFFECTIVE DATE: 12/15/2005 | HEXCEL CORPORATION P.O. BOX 90316 CHICAGO, IL  60696-0316 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1095 | **State what the contract or lease is for and the nature of the debtor's interest** | LONG TERM AGREEMENT EFFECTIVE DATE: 5/5/2009 | HEXCEL CORPORATION P.O. BOX 90316 CHICAGO, IL  60696-0316 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1096 | **State what the contract or lease is for and the nature of the debtor's interest** | LONG TERM AGREEMENT EFFECTIVE DATE: 10/27/2017 | HEXCEL CORPORATION P.O. BOX 90316 CHICAGO, IL  60696-0316 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1097 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT AMENDMENT EFFECTIVE DATE: 4/29/2009 | HEXCEL CORPORATION<br>P.O. BOX 90316<br>CHICAGO, IL 60696-0316 |
| 2.1098 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT AMENDMENT EFFECTIVE DATE: 1/1/2013 | HEXCEL CORPORATION<br>P.O. BOX 90316<br>CHICAGO, IL 60696-0316 |
| 2.1099 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT AMENDMENT EFFECTIVE DATE: 7/22/2016 | HEXCEL CORPORATION<br>P.O. BOX 90316<br>CHICAGO, IL 60696-0316 |
| 2.1100 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT AND AMENDMENTS EFFECTIVE DATE: 12/31/2010 | HEXCEL CORPORATION<br>P.O. BOX 90316<br>CHICAGO, IL 60696-0316 |
| 2.1101 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENTAL LETTER AGREEMENT EFFECTIVE DATE: 8/7/2014 | HEXCEL CORPORATION<br>P.O. BOX 90316<br>CHICAGO, IL 60696-0316 |
| 2.1102 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AND LICENSE AGREEMENT EFFECTIVE DATE: 8/7/2014 | HEXCEL CORPORATION<br>P.O. BOX 90316<br>CHICAGO, IL 60696-0316 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1103 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM SHEET<br>EFFECTIVE DATE: 4/28/2014 | HEXCEL CORPORATION<br>P.O. BOX 90316<br>CHICAGO, IL 60696-0316 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1104 | **State what the contract or lease is for and the nature of the debtor's interest** | IP RIGHTS AGREEMENT<br>EFFECTIVE DATE: 2/28/2008 | HINDUSTAN MOTORS LIMITED<br>31275 NORTHWESTERN HWY<br>FARMINGTON HILLS, MI 48334 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1105 | **State what the contract or lease is for and the nature of the debtor's interest** | RATE AND SERVICES AGREEMENT<br>EFFECTIVE DATE: 2/17/2014 | HOLIDAY INN EXPRESS SUITES WICHITA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1106 | **State what the contract or lease is for and the nature of the debtor's interest** | DEVELOPMENT & SUPPLY AGREEMENT<br>EFFECTIVE DATE: 4/23/2005 | HONEYWELL INTERNATIONAL INC<br>P.O. BOX 93123<br>CHICAGO, IL 60673-3123 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1107 | **State what the contract or lease is for and the nature of the debtor's interest** | EXPORT AUTHORIZATION<br>EFFECTIVE DATE: 2/17/2005 | HONEYWELL INTERNATIONAL INC<br>P.O. BOX 93123<br>CHICAGO, IL 60673-3123 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1108 | **State what the contract or lease is for and the nature of the debtor's interest** | LTA AMENDMENT<br>EFFECTIVE DATE: 1/31/2007 | HONEYWELL INTERNATIONAL INC<br>P.O. BOX 93123<br>CHICAGO, IL 60673-3123 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1109 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 3/1/2010 | HONEYWELL INTERNATIONAL INC<br>P.O. BOX 93123<br>CHICAGO, IL  60673-3123 |
| 2.1110 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 2/28/2005 | HONEYWELL INTERNATIONAL INC<br>P.O. BOX 93123<br>CHICAGO, IL  60673-3123 |
| 2.1111 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT PURCHASE AND SUPPORT AGREEMENT<br>EFFECTIVE DATE: 4/23/2001 | HONEYWELL INTERNATIONAL INC<br>P.O. BOX 93123<br>CHICAGO, IL  60673-3123 |
| 2.1112 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE ORDER<br>EFFECTIVE DATE: 12/13/2006 | HONEYWELL TECHNOLOGY SOLUTIONS<br>5475 WESLEYAN BLVD NORTH<br>ROCKY MOUNT, NC  27804 |
| 2.1113 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 11/1/2016 | HORIZON LAWN & LANDSCAPE INC<br>8901 W 81ST ST<br>TULSA, OK  74131 |
| 2.1114 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOU<br>EFFECTIVE DATE: 4/29/1999 | HUREL-DUBOIS<br>13-21 AVE DU MARÉCHAL-JUIN<br>MEUDON  92363<br>FRANCE |

Debtor    The NORDAM Group, Inc.    Case number (if known) 18-11699
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1115 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>EFFECTIVE DATE: 10/27/2011 | IBASET<br>27442 PORTOLA PKWY<br>FOOTHILL RANCH, CA 92610-2822 |
| 2.1116 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPLICANT TRACKING SYSTEM | IBM<br>P.O. BOX 643600<br>PITTSBURGH, PA 15264 |
| 2.1117 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL AGREEMENT<br>EFFECTIVE DATE: 6/27/2017 | IHS GLOBAL INC<br>P.O. BOX 847193<br>DALLAS, TX 75284-7193 |
| 2.1118 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | END-USER LICENSE AGREEMENT | IHS<br>15 INVERNESS WAY EAST<br>ENGLEWOOD, CO 80112 |
| 2.1119 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | END-USER LICENSE AGREEMENT | IHS<br>15 INVERNESS WAY EAST<br>ENGLEWOOD, CO 80112 |
| 2.1120 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PERPETUAL SOFTWARE LICENSE & MAINT AGMT<br>EFFECTIVE DATE: 7/13/2012 | INDIGO IDENTITYWARE INC<br>10400 YELLOW CIRCLE DR<br>MINNETONKA, MN 55343 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1121** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXHIBITOR CONTRACT FORM FOR MRO AMERICA 2019. BOOTH TO SELL PRODUCTS/SERVICES AT THE SHOW | INFORMA MEDIA, INC.<br>1100 SUPERIOR AVE<br>CLEVELAND, OH  44114-1503 |
| **2.1122** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXHIBITOR CONTRACT FORM FOR MRO EUROPE 2018. BOOTH TO SELL PRODUCTS/SERVICES AT THE SHOW EFFECTIVE DATE - 9/22/2017 | INFORMA MEDIA, INC.<br>1100 SUPERIOR AVE<br>CLEVELAND, OH  44114-1503 |
| **2.1123** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT AMENDMENT EFFECTIVE DATE: 1/1/2018 | INFOSYS LIMITED<br>3998 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693 |
| **2.1124** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT AMENDMENT EFFECTIVE DATE: 1/1/2018 | INFOSYS LIMITED<br>3998 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693 |
| **2.1125** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT AMENDMENT EFFECTIVE DATE: 1/1/2018 | INFOSYS LIMITED<br>3998 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693 |
| **2.1126** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT AMENDMENT EFFECTIVE DATE: 1/1/2018 | INFOSYS LIMITED<br>3998 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693 |

Debtor   The NORDAM Group, Inc.                Case number (if known) 18-11699 (MFW)
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1127 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 1/1/2018 | INFOSYS LIMITED<br>3998 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693 |
| 2.1128 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 1/1/2018 | INFOSYS LIMITED<br>3998 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693 |
| 2.1129 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 1/1/2018 | INFOSYS LIMITED<br>3998 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693 |
| 2.1130 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 1/1/2018 | INFOSYS LIMITED<br>3998 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693 |
| 2.1131 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 12/1/2017 | INFOSYS LIMITED<br>3998 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693 |
| 2.1132 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 1/1/2018 | INFOSYS LIMITED<br>3998 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1133 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 1/1/2018 | INFOSYS LIMITED<br>3998 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| 2.1134 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 3/5/2018 | INFOSYS LIMITED<br>3998 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| 2.1135 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 6/8/2018 | INFOSYS LIMITED<br>3998 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| 2.1136 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 6/8/2018 | INFOSYS LIMITED<br>3998 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| 2.1137 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT AND AMENDMENTS<br>EFFECTIVE DATE: 11/3/2015 | INFOSYS LIMITED<br>3998 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| 2.1138 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOW / ENGAGEMENT LETTER<br>EFFECTIVE DATE: 11/3/2017 | INFOSYS LIMITED<br>3998 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1139 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT EFFECTIVE DATE - 4/25/2018 | INFOSYS LIMITED 6100 TENNYSON PARKWAY STE. 200 PLANO, TX 75024 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1140 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT EFFECTIVE DATE: 8/15/2017 | INGERSOLL MACHINE TOOLS INC 707 FULTON AVE ROCKFORD, IL 61103 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1141 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT EFFECTIVE DATE: 9/30/2010 | INGERSOLL MACHINE TOOLS INC 707 FULTON AVE ROCKFORD, IL 61103 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1142 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL LIABILITY AND WORKERS COMPENSATION INSURANCE AGREEMENT EFFECTIVE DATE - 8/1/2017 | INSURANCE COMPANY OF THE STATE OF PA 175 WATER STREET NEW YORK, NY 10038 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1143 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTOR AGREEMENT EFFECTIVE DATE: 6/14/2012 | INTEGRATED TECHNOLOGIES INC 186 COLLEGE ST BURLINGTON, VT 05401 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1144 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT EFFECTIVE DATE: 2/7/2001 | INTERLEASE AVIATION CORPORATION |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1145 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>EFFECTIVE DATE: 2/7/2001 | INTERNATIONAL AVIATION PARTNER<br>111 N MILL ST<br>SANTA PAULA, CA 93060 |
| 2.1146 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT | INTERTRADE<br>400 COLLINS ROAD NE, MS 153-220<br>CEDAR RAPIDS, IA 52498 |
| 2.1147 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTPILOT COMMISSION AGREEMENT<br>EFFECTIVE DATE - 9/21/2017 | INTERTRADE<br>400 COLLINS ROAD NE, MS 153-220<br>CEDAR RAPIDS, IA 52498 |
| 2.1148 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 1<br>EFFECTIVE DATE: 4/23/2007 | INVENTORY LOCATOR SERVICE<br>8001 CENTERVIEW PKWY<br>CORDOVA, TN 38018 |
| 2.1149 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ML1 AGREEMENT<br>EFFECTIVE DATE: 2/17/2009 | IRON MOUNTAIN<br>6100 HARRIS TECHNOLOGY BLVD<br>CHARLOTTE, NC 28269 |
| 2.1150 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCHEDULE A TO RECORDS MANAGEMENT AND SER<br>EFFECTIVE DATE: 7/1/2001 | IRON MOUNTAIN<br>6100 HARRIS TECHNOLOGY BLVD<br>CHARLOTTE, NC 28269 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1151 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO CUSTOMER AGREEMENT<br>EFFECTIVE DATE: 4/1/2014 | IRON MOUNTAIN<br>6100 HARRIS TECHNOLOGY BLVD<br>CHARLOTTE, NC 28269 |
| 2.1152 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | F16 CFT LONG TERM PURCHASING AGREE<br>EFFECTIVE DATE: 8/12/2008 | ISRAEL AEROSPACE INDUSTRIES<br>BEN GURION INTL AIRPORT<br>TEL AVIV 70100<br>ISRAEL |
| 2.1153 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TECHNICAL ASSISTANCE AGREEMENT<br>EFFECTIVE DATE: 6/25/2013 | ISRAEL AEROSPACE INDUSTRIES<br>BEN GURION INTL AIRPORT<br>TEL AVIV 70100<br>ISRAEL |
| 2.1154 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TOOLING CALIBRATION AGREEMENT<br>EFFECTIVE DATE: 9/15/2015 | J A KING & COMPANY<br>1100 SE 66 ST<br>OKLAHOMA CITY, OK 73149 |
| 2.1155 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOW / ENGAGEMENT LETTER<br>EFFECTIVE DATE: 5/15/2009 | J SAGAR ASSOCIATES<br>SANDSTONE CREST OPP<br>GURGAON, 30 122002<br>INDIA |
| 2.1156 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTPILOT COMMISSION AGREEMENT<br>EFFECTIVE DATE - 6/26/2018 | JACAERO INDUSTRIES<br>831 MERIDIAN ST.<br>IRWINDALE, CA 91010 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1157 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION AGREEMENT EFFECTIVE DATE: 8/23/2000 | JAL TRADING INC<br>JAL BLDG 2-4-11<br>SHINAGAWA KU, 13  0000000<br>JAPAN |
| 2.1158 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TEMPORARY REVISIONS LETTER EFFECTIVE DATE: 4/1/2008 | JALUX INC<br>STE 3000 390 N SEPULVEDA BLVD<br>EL SEGUNDO, CA  90245 |
| 2.1159 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEGAL - POWER OF ATTORNEY EFFECTIVE DATE: 10/1/2009 | JAPAN AIRLINES INTERNATIONAL<br>STE 3030 390 N SEPULVEDA  BLVD<br>EL SEGUNDO, CA  90245 |
| 2.1160 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT AGREEMENT WITH JEFFREY CROW EFFECTIVE DATE - 4/4/2017 | JEFFREY CROW<br>8920 N 139TH E AVE<br>OWASSO, OK  74055 |
| 2.1161 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT EFFECTIVE DATE: 10/1/2010 | JET AVIATION AG<br>FLUGHAFENSTRASSE<br>BASEL-EUROAIRPORT, BS  4030<br>SWITZERLAND |
| 2.1162 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT EFFECTIVE DATE: 4/17/2012 | JET AVIATION AG<br>FLUGHAFENSTRASSE<br>BASEL-EUROAIRPORT, BS  4030<br>SWITZERLAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1163 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 5/31/2018 | JET AVIATION AG<br>P.O. BOX 214<br>BASEL  CH-4030<br>SWITZERLAND |
| 2.1164 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 4/20/2018 | JET AVIATION AG<br>P.O. BOX 214<br>BASEL  CH-4030<br>SWITZERLAND |
| 2.1165 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/24/2018 | JET AVIATION AG<br>P.O. BOX 214<br>BASEL  CH-4030<br>SWITZERLAND |
| 2.1166 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/6/2018 | JET AVIATION AG<br>P.O. BOX 214<br>BASEL  CH-4030<br>SWITZERLAND |
| 2.1167 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT<br>EFFECTIVE DATE: 5/16/2014 | JET MANUFACTURING INC<br>13445 ESTELLE ST<br>CORONA, CA  92879 |
| 2.1168 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXPIRATION LETTER AGREEMENT<br>EFFECTIVE DATE: 3/15/2015 | JET STAR INTERIORES DE AERONAV<br>RUA OROS 77<br>SAO JOSE DOS CAMPOS SP<br>SAO PAULO  12337-150<br>BRAZIL |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1169 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 3/15/2015 | JET STAR INTERIORES DE AERONAV<br>RUA OROS 77<br>SAO JOSE DOS CAMPOS SP<br>SAO PAULO  12337-150<br>BRAZIL |
| 2.1170 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEGAL - POWER OF ATTORNEY<br>EFFECTIVE DATE: 1/5/2007 | JET STAR INTERIORES DE AERONAV<br>TRAVESSA ASSU #45<br>SAO JOSE DOS CAMPOS SP, SP  12237-827<br>BRAZIL |
| 2.1171 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT<br>EFFECTIVE DATE: 1/24/2005 | JOHN BRYANT CONSULTING INC<br>8209 E 60TH ST #1311<br>TULSA, OK  74145 |
| 2.1172 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 1 TO SALES AND MARKETING REPRE<br>EFFECTIVE DATE: 4/15/2008 | JOHN ROBINSON AVIATION SERVICE<br>8 SCENIC RD<br>CHEK LAP KOK, HONG KONG  0000<br>CHINA |
| 2.1173 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLINICAL SERVICES AGREEMENT AND ADDENDUM<br>EFFECTIVE DATE: 11/10/2011 | JOHNS HOPKINS UNIVERSITY<br>901 DULANEY VALLEY RD<br>TOWSON, MD  21204 |
| 2.1174 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CHANGE ORDER EXHIBIT<br>EFFECTIVE DATE: 5/2/2016 | JONESPLAN LLC |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1175 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACTOR AGREEMENT EFFECTIVE DATE: 5/2/2016 | JONESPLAN LLC |
| 2.1176 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES EFFECTIVE DATE - 5/7/2018 | JORMAC AEROSPACE INC 11211 69TH ST N LARGO, FL  33773-5504 |
| 2.1177 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES EFFECTIVE DATE - 5/7/2018 | JORMAC AEROSPACE INC 11211 69TH ST N LARGO, FL  33773-5504 |
| 2.1178 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES EFFECTIVE DATE - 6/20/2018 | JORMAC AEROSPACE INC 11211 69TH ST N LARGO, FL  33773-5504 |
| 2.1179 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT AGREEMENT WITH JULIUS PEGUES EFFECTIVE DATE - 1/1/2016 | JULIUS PEGUES 1814 W NEWTON ST TULSA, OK  74127 |
| 2.1180 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSOLIDATED PROPOSAL AGREEMENT EFFECTIVE DATE: 9/30/2009 | JUNOT SYSTEMS INC 6300 W LOOP S BELLAIRE, TX  77401 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1181 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESTRICTED ACCESS AGREEMENT EFFECTIVE DATE: 9/28/2009 | JUNOT SYSTEMS INC<br>6300 W LOOP S<br>BELLAIRE, TX 77401 |
| 2.1182 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT TO ABIDE BY THE FCRA EFFECTIVE DATE - 1/21/2010 | JUSTIFACTS<br>8085 SALTSBURG ROAD<br>SUITE 100<br>PITTSBURGH, PA 15239 |
| 2.1183 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXHIBITOR CONTRACT FORM FOR PARIS AIR SHOW 2019. BOOTH TO SELL PRODUCTS/SERVICES AT THE SHOW | KALLMAN WORLDWIDE, INC.<br>4 NORTH ST. , STE 800<br>WALDWICK, NJ 07463 |
| 2.1184 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES EFFECTIVE DATE - 12/20/2017 | KAWASAKI HEAVY INDUSTRIES, LTD.<br>1 KAWASAKI-CHO, KAKAMIGAHARA CITY<br>GIFU-PREF 504-8710<br>JAPAN |
| 2.1185 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES EFFECTIVE DATE - 12/20/2017 | KAWASAKI HEAVY INDUSTRIES, LTD.<br>1 KAWASAKI-CHO, KAKAMIGAHARA CITY<br>GIFU-PREF 504-8710<br>JAPAN |
| 2.1186 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES EFFECTIVE DATE - 12/20/2017 | KAWASAKI HEAVY INDUSTRIES, LTD.<br>1 KAWASAKI-CHO, KAKAMIGAHARA CITY<br>GIFU-PREF 504-8710<br>JAPAN |

Case 18-11699-MFW    Doc 323    Filed 09/21/18    Page 996 of 1112

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1187 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | 787 WINDOW FRAMES EFFECTIVE DATE - 2/7/2018 | KAWASAKI HEAVY INDUSTRIES, LTD. 1 KAWASAKI-CHO, KAKAMIGAHARA CITY GIFU-PREF  504-8710 JAPAN |


| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1187 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | 787 WINDOW FRAMES EFFECTIVE DATE - 2/7/2018 | KAWASAKI HEAVY INDUSTRIES, LTD. 1 KAWASAKI-CHO, KAKAMIGAHARA CITY GIFU-PREF  504-8710 JAPAN |
| 2.1188 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | 787 WINDOW FRAMES EFFECTIVE DATE - 2/7/2018 | KAWASAKI HEAVY INDUSTRIES, LTD. 1 KAWASAKI-CHO, KAKAMIGAHARA CITY GIFU-PREF  504-8710 JAPAN |
| 2.1189 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | 787 WINDOW FRAMES EFFECTIVE DATE - 2/7/2018 | KAWASAKI HEAVY INDUSTRIES, LTD. 1 KAWASAKI-CHO, KAKAMIGAHARA CITY GIFU-PREF  504-8710 JAPAN |
| 2.1190 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | 787 WINDOW FRAMES EFFECTIVE DATE - 3/12/2018 | KAWASAKI HEAVY INDUSTRIES, LTD. 1 KAWASAKI-CHO, KAKAMIGAHARA CITY GIFU-PREF  504-8710 JAPAN |
| 2.1191 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | 787 WINDOW FRAMES EFFECTIVE DATE - 3/12/2018 | KAWASAKI HEAVY INDUSTRIES, LTD. 1 KAWASAKI-CHO, KAKAMIGAHARA CITY GIFU-PREF  504-8710 JAPAN |
| 2.1192 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | 787 WINDOW FRAMES EFFECTIVE DATE - 3/12/2018 | KAWASAKI HEAVY INDUSTRIES, LTD. 1 KAWASAKI-CHO, KAKAMIGAHARA CITY GIFU-PREF  504-8710 JAPAN |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1193 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES<br>EFFECTIVE DATE - 4/12/2018 | KAWASAKI HEAVY INDUSTRIES, LTD.<br>1 KAWASAKI-CHO, KAKAMIGAHARA CITY<br>GIFU-PREF  504-8710<br>JAPAN |
| 2.1194 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES<br>EFFECTIVE DATE - 4/12/2018 | KAWASAKI HEAVY INDUSTRIES, LTD.<br>1 KAWASAKI-CHO, KAKAMIGAHARA CITY<br>GIFU-PREF  504-8710<br>JAPAN |
| 2.1195 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES<br>EFFECTIVE DATE - 4/12/2018 | KAWASAKI HEAVY INDUSTRIES, LTD.<br>1 KAWASAKI-CHO, KAKAMIGAHARA CITY<br>GIFU-PREF  504-8710<br>JAPAN |
| 2.1196 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES<br>EFFECTIVE DATE - 6/6/2018 | KAWASAKI HEAVY INDUSTRIES, LTD.<br>1 KAWASAKI-CHO, KAKAMIGAHARA CITY<br>GIFU-PREF  504-8710<br>JAPAN |
| 2.1197 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES<br>EFFECTIVE DATE - 6/6/2018 | KAWASAKI HEAVY INDUSTRIES, LTD.<br>1 KAWASAKI-CHO, KAKAMIGAHARA CITY<br>GIFU-PREF  504-8710<br>JAPAN |
| 2.1198 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES<br>EFFECTIVE DATE - 6/6/2018 | KAWASAKI HEAVY INDUSTRIES, LTD.<br>1 KAWASAKI-CHO, KAKAMIGAHARA CITY<br>GIFU-PREF  504-8710<br>JAPAN |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1199 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES<br>EFFECTIVE DATE - 6/29/2018 | KAWASAKI HEAVY INDUSTRIES, LTD.<br>1 KAWASAKI-CHO, KAKAMIGAHARA CITY<br>GIFU-PREF  504-8710<br>JAPAN |
| 2.1200 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES<br>EFFECTIVE DATE - 6/29/2018 | KAWASAKI HEAVY INDUSTRIES, LTD.<br>1 KAWASAKI-CHO, KAKAMIGAHARA CITY<br>GIFU-PREF  504-8710<br>JAPAN |
| 2.1201 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES<br>EFFECTIVE DATE - 6/29/2018 | KAWASAKI HEAVY INDUSTRIES, LTD.<br>1 KAWASAKI-CHO, KAKAMIGAHARA CITY<br>GIFU-PREF  504-8710<br>JAPAN |
| 2.1202 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT SEARCH AGREEMENT<br>EFFECTIVE DATE - 3/27/2018 | KEY PERSONNEL<br>9717 E 42ND ST<br>SUITE 200<br>TULSA, OK  74146 |
| 2.1203 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GUARANTEE<br>EFFECTIVE DATE - 10/30/1996 | KLEINWORT BENSON LEASING JUNE (1) LTD.<br>20 FENCHURCH STREET<br>LONDON  EC3P 3DB<br>UNITED KINGDOM |
| 2.1204 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE PROVIDER AGREEMENT<br>EFFECTIVE DATE: 12/17/2014 | KLX AEROSPACE SOLUTIONS INC<br>10900 E 26 N<br>WICHITA, KS  67226 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1205 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVIDER AGREEMENT EFFECTIVE DATE: 3/30/2017 | KLX AEROSPACE SOLUTIONS INC 10900 E 26 N WICHITA, KS  67226 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.1206 | **State what the contract or lease is for and the nature of the debtor's interest** | ANNUAL MAINTENANCE - FOR AUTOMATED AP SOFTWARE EFFECTIVE DATE - 1/1/2018 | KOFAX INC 15211 LAGUNA CANYON RD IRVINE, CA  92618 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.1207 | **State what the contract or lease is for and the nature of the debtor's interest** | TIME KEEPING EFFECTIVE DATE - 7/30/2018 | KRONOS INC 297 BILLERICA RD CHELMSFORD, MA  01824 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.1208 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL - POWER OF ATTORNEY EFFECTIVE DATE: 2/5/2018 | KUEHNE + NAGEL INC 14002 E 21 ST TULSA, OK  74134 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.1209 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER TRANSPORTATION SERVICE AGREEMENT EFFECTIVE DATE: 1/29/2018 | KUEHNE + NAGEL INC 14002 E 21 ST TULSA, OK  74134 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.1210 | **State what the contract or lease is for and the nature of the debtor's interest** | APRES EFFECTIVE DATE - 7/2/2018 | L-3 COMMUNICATIONS INTEGRATED SYSTEMS 1309 RIDGE RD STE 401 ROCKWALL, TX  75087 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1211 | State what the contract or lease is for and the nature of the debtor's interest | APRES EFFECTIVE DATE - 7/26/2018 | L-3 COMMUNICATIONS INTEGRATED SYSTEMS 1309 RIDGE RD STE 401 ROCKWALL, TX 75087 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1212 | State what the contract or lease is for and the nature of the debtor's interest | APRES EFFECTIVE DATE - 4/9/2018 | L-3 COMMUNICATIONS INTEGRATED SYSTEMS 1309 RIDGE RD STE 401 ROCKWALL, TX 75087 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1213 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT A TO LTA 10-0108 EFFECTIVE DATE: 1/1/2014 | LABARGE INC P.O. BOX 505107 ST LOUIS, MO 63150-5107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1214 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT EFFECTIVE DATE: 11/21/2002 | LASERLINE LEASE FINANCE CORP 870 RESEARCH DR STE 2 PALM SPRINGS, CA 92262 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1215 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT EFFECTIVE DATE: 6/25/2002 | LATECOERE INTERNATIONAL INC 135 RUE DE PERIOLE TOULOUSE 31079 FRANCE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1216 | State what the contract or lease is for and the nature of the debtor's interest | STAFFING AGREEMENT NO. N2017268 EFFECTIVE DATE - 9/20/2017 | LAUNCH TECHNICAL WORKFROCE SOLUTIONS LLC 700 COMMERCE DRIVE OAK BROOK, IL 60523 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1217 | **State what the contract or lease is for and the nature of the debtor's interest** | LONG TERM AGREEMENT EFFECTIVE DATE: 8/21/2001 | LEACH INTERNATIONAL CORPORATION 6900 ORANGETHORPE AVE BUENA PARK, CA  90622-5032 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1218 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 04 TO 11/20/96 CONTRACT (LJ1041MSC) EFFECTIVE DATE: 12/1/2008 | LEARJET INC STATION CENTRE-VILLE MONTREAL, QC  H3C 6T9 CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1219 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL - RELEASE AND/OR SETTLEMENT EFFECTIVE DATE: 4/20/2009 | LEARJET INC STATION CENTRE-VILLE MONTREAL, QC  H3C 6T9 CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1220 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT EFFECTIVE DATE: 7/1/2001 | LEARJET INC STATION CENTRE-VILLE MONTREAL, QC  H3C 6T9 CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1221 | **State what the contract or lease is for and the nature of the debtor's interest** | PROCUREMENT CONTRACT AMENDMENT EFFECTIVE DATE: 8/16/2000 | LEARJET INC STATION CENTRE-VILLE MONTREAL, QC  H3C 6T9 CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1222 | **State what the contract or lease is for and the nature of the debtor's interest** | PROCUREMENT CONTRACT AMENDMENT EFFECTIVE DATE: 1/1/2004 | LEARJET INC STATION CENTRE-VILLE MONTREAL, QC  H3C 6T9 CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1223 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT CONTRACT AMENDMENT<br>EFFECTIVE DATE: 1/1/2004 | LEARJET INC<br>STATION CENTRE-VILLE<br>MONTREAL, QC  H3C 6T9<br>CANADA |
| 2.1224 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT CONTRACT AMENDMENT<br>EFFECTIVE DATE: 3/28/2007 | LEARJET INC<br>STATION CENTRE-VILLE<br>MONTREAL, QC  H3C 6T9<br>CANADA |
| 2.1225 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT CONTRACT AMENDMENT<br>EFFECTIVE DATE: 3/28/2007 | LEARJET INC<br>STATION CENTRE-VILLE<br>MONTREAL, QC  H3C 6T9<br>CANADA |
| 2.1226 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT CONTRACT AMENDMENT<br>EFFECTIVE DATE: 8/16/2000 | LEARJET INC<br>STATION CENTRE-VILLE<br>MONTREAL, QC  H3C 6T9<br>CANADA |
| 2.1227 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT CONTRACT AMENDMENT<br>EFFECTIVE DATE: 12/1/2008 | LEARJET INC<br>STATION CENTRE-VILLE<br>MONTREAL, QC  H3C 6T9<br>CANADA |
| 2.1228 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT CONTRACT AMENDMENT<br>EFFECTIVE DATE: 12/1/2009 | LEARJET INC<br>STATION CENTRE-VILLE<br>MONTREAL, QC  H3C 6T9<br>CANADA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1229 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT CONTRACT AMENDMENT EFFECTIVE DATE: 8/16/2000 | LEARJET INC STATION CENTRE-VILLE MONTREAL, QC  H3C 6T9 CANADA |
| 2.1230 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT CONTRACT AMENDMENT EFFECTIVE DATE: 9/12/2005 | LEARJET INC STATION CENTRE-VILLE MONTREAL, QC  H3C 6T9 CANADA |
| 2.1231 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEARJET PROCUREMENT CONTRACT NUMBER LJ-2231-MSC EFFECTIVE DATE - 9/12/2005 | LEARJET INC. 1 LEARJET WAY WICHITA, KS  67209 |
| 2.1232 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT EFFECTIVE DATE: | LENOVO P.O. BOX 643055 PITTSBURGH, PA  15264-3055 |
| 2.1233 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DONATION AGREEMENT EFFECTIVE DATE: 8/2/2012 | LEWIS UNIVERSITY |
| 2.1234 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BASIC & VOLUNTARY LIFE/AD&D, DISABILITY, AND FMLA / LEAVE ADMINISTRATION RENEWAL EFFECTIVE DATE - 1/1/2018 | LIBERTY MUTUAL 2510 W DUNLAP AVE SUITE 300 PHOENIX, AZ  85021 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1235 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br>EFFECTIVE DATE: 4/6/2018 | LIEBHERR-AEROSPACE TOULOUSE SAS |
| 2.1236 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORK PACKAGE AGREEMENT<br>EFFECTIVE DATE: 4/6/2018 | LIEBHERR-AEROSPACE TOULOUSE SAS |
| 2.1237 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYER BENEFITS AGREEMENT | LIFELOCK / EXCELSIOR COMPANIES<br>60 EAST RIO SALADO PARKWAY<br>SUITE 400<br>TEMPE, AZ 85281 |
| 2.1238 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 3/27/2018 | LIFEPORT INC<br>1610 HERITAGE ST<br>WOODLAND, WA 98674 |
| 2.1239 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 5/15/2018 | LIFEPORT INC<br>1610 HERITAGE ST<br>WOODLAND, WA 98674 |
| 2.1240 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/11/2018 | LIFEPORT INC<br>1610 HERITAGE ST<br>WOODLAND, WA 98674 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1241 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/19/2018 | LIFEPORT INC<br>1610 HERITAGE ST<br>WOODLAND, WA 98674 |
| 2.1242 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/19/2018 | LIFEPORT INC<br>1610 HERITAGE ST<br>WOODLAND, WA 98674 |
| 2.1243 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/6/2018 | LIFEPORT INC<br>1610 HERITAGE ST<br>WOODLAND, WA 98674 |
| 2.1244 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 8/3/2018 | LIFEPORT INC<br>1610 HERITAGE ST<br>WOODLAND, WA 98674 |
| 2.1245 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/31/2018 | LIFEPORT INC<br>1610 HERITAGE ST<br>WOODLAND, WA 98674 |
| 2.1246 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/4/2018 | LIFEPORT INC<br>1610 HERITAGE ST.<br>WOODLAND, WA 98674 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1247** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | APRES <br> EFFECTIVE DATE - 6/29/2018 | LIFEPORT INC <br> 1610 HERITAGE ST. <br> WOODLAND, WA  98674 |
| **2.1248** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | APRES <br> EFFECTIVE DATE - 7/10/2018 | LIFEPORT INC <br> 1610 HERITAGE ST. <br> WOODLAND, WA  98674 |
| **2.1249** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LETTER AGREEMENT <br> EFFECTIVE DATE: 9/4/2013 | LITTLEFIELD BRAND DEVELOPMENT |
| **2.1250** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DISTRIBUTION AGREEMENT <br> EFFECTIVE DATE: 4/18/2001 | LKD AEROSPACE, INC <br> 8020 BRACKEN PL SE <br> SNOQUALMIE, WA  98065 |
| **2.1251** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LETTER AGREEMENT <br> EFFECTIVE DATE: 4/15/2013 | LMI AEROSPACE INC <br> 3030 N HWY 94 <br> ST CHARLES, MO  63301 |
| **2.1252** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER AGREEMENT AMENDMENT <br> EFFECTIVE DATE: 11/16/2012 | LMI AEROSPACE INC <br> 3030 N HWY 94 <br> ST CHARLES, MO  63301 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1253 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT AMENDMENT EFFECTIVE DATE: 6/25/2013 | LMI AEROSPACE INC<br>3030 N HWY 94<br>ST CHARLES, MO  63301 |
| 2.1254 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT AMENDMENT EFFECTIVE DATE: 6/17/2013 | LMI AEROSPACE INC<br>3030 N HWY 94<br>ST CHARLES, MO  63301 |
| 2.1255 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT EFFECTIVE DATE: 6/8/2012 | LMI AEROSPACE INC<br>3030 N HWY 94<br>ST CHARLES, MO  63301 |
| 2.1256 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT EFFECTIVE DATE: 6/8/2012 | LMI AEROSPACE INC<br>3030 N HWY 94<br>ST CHARLES, MO  63301 |
| 2.1257 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT EFFECTIVE DATE: 6/8/2012 | LMI AEROSPACE INC<br>3030 N HWY 94<br>ST CHARLES, MO  63301 |
| 2.1258 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERM SHEET EFFECTIVE DATE: 6/8/2012 | LMI AEROSPACE INC<br>3030 N HWY 94<br>ST CHARLES, MO  63301 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1259 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REPAIRS AGREEMENT<br>EFFECTIVE DATE: 10/7/2004 | LOCKHEED MARTIN<br>1 LOCKHEED BLVD<br>FORT WORTH, TX  76108-3619 |
| 2.1260 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VALUE CONTRACT<br>EFFECTIVE DATE: 10/11/2017 | LOCKHEED MARTIN<br>1 LOCKHEED BLVD<br>FORT WORTH, TX  76108-3619 |
| 2.1261 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | F16 MANUFACTURING LICENSE AGREEMENT<br>EFFECTIVE DATE - 1/1/2013 | LOCKHEED MARTIN<br>P.O. BOX 748<br>MZ748<br>FORTH WORTH, TX  76101 |
| 2.1262 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS ASSOCIATE AGREEMENT<br>EFFECTIVE DATE: 11/1/2013 | LOCKTON-DUNNING SERIES<br>2100 ROSS AVE<br>DALLAS, TX  75201 |
| 2.1263 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLIENT SERVICES AGREEMENT<br>EFFECTIVE DATE: 11/1/2013 | LOCKTON-DUNNING SERIES<br>2100 ROSS AVE<br>DALLAS, TX  75201 |
| 2.1264 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 7/26/2017 | LORD CORPORATION<br>P.O. BOX 281707<br>ATLANTA, GA  30384-1707 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1265 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL - CONFIDENTIALITY AGREEMENT EFFECTIVE DATE: 10/10/2012 | LUFTHANSA TECHNIK AG 9932 E 58TH ST TULSA, OK 74146 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1266 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT EFFECTIVE DATE: 10/10/2012 | LUFTHANSA TECHNIK AG 9932 E 58TH ST TULSA, OK 74146 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1267 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT EFFECTIVE DATE: 4/21/2003 | LUFTHANSA TECHNIK AG 9932 E 58TH ST TULSA, OK 74146 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1268 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT AMENDMENT EFFECTIVE DATE: 1/1/2010 | LUFTHANSA TECHNIK AG 9932 E 58TH ST TULSA, OK 74146 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1269 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT AMENDMENT EFFECTIVE DATE: 4/10/2012 | LUFTHANSA TECHNIK AG 9932 E 58TH ST TULSA, OK 74146 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1270 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT AMENDMENT EFFECTIVE DATE: 8/1/2016 | LUFTHANSA TECHNIK AG 9932 E 58TH ST TULSA, OK 74146 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    The NORDAM Group, Inc.    _____    Case number (if known) _____
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1271 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/25/2018 | LUFTHANSA TECHNIK AG<br>HAM TB 22 WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1272 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION OF SALES REPRESENTATION AGRE<br>EFFECTIVE DATE: 8/30/2009 | M S A&P AVIA ENTERPRISES |
| 2.1273 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | POSTAGE MACHINE<br>EFFECTIVE DATE - 3/2/2017 | MAIL FINANCE<br>478 WHEELERS FARMS RD<br>MILFORD, CT  06461 |
| 2.1274 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACTOR AGREEMENT<br>EFFECTIVE DATE: 2/24/2015 | MARIETTA NONDESTRUCTIVE TESTING INC<br>530 COMMERCE PARK DR<br>MARIETTA, GA  30060 |
| 2.1275 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACTOR AGREEMENT<br>EFFECTIVE DATE: 9/21/2017 | MARIETTA NONDESTRUCTIVE TESTING INC<br>530 COMMERCE PARK DR<br>MARIETTA, GA  30060 |
| 2.1276 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACTOR AGREEMENT<br>EFFECTIVE DATE: 11/1/2017 | MARIETTA NONDESTRUCTIVE TESTING INC<br>530 COMMERCE PARK DR<br>MARIETTA, GA  30060 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1277 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTOR AGREEMENT EFFECTIVE DATE: 4/4/2005 | MARJO ENVIRONMENTAL SAFETY CONSULT 20112 S RIVER RANCH CLAREMORE, OK 74019 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1278 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT AGREEMENT WITH MARCY KLASS-JONES EFFECTIVE DATE - 1/1/2016 | MARJO ENVIRONMENTAL SAFETY CONSULTANTS 20112 S RIVER RANCH CLAREMORE, OK 74019 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1279 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTOR AGREEMENT EFFECTIVE DATE: 7/23/2013 | MARRS ELECTRIC INC P.O. BOX 690296 TULSA, OK 74169 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1280 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCESSORIAL CHARGES EFFECTIVE DATE: 7/15/2011 | MARTEN TRANSPORT SERVICES LTD P.O. BOX SDS 12-1733 MINNEAPOLIS, MN 55486-1002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1281 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCESSORIAL CHARGES EFFECTIVE DATE: 7/7/2014 | MARTEN TRANSPORT SERVICES LTD P.O. BOX SDS 12-1733 MINNEAPOLIS, MN 55486-1002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1282 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT EFFECTIVE DATE: 12/16/2015 | MAYER BROWN INTERNATIONAL LLP 201 BISHOPSGATE LONDON EC2M 3AF UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1283 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOW / ENGAGEMENT LETTER EFFECTIVE DATE: 4/18/2016 | MAYER BROWN INTERNATIONAL LLP 201 BISHOPSGATE LONDON  EC2M 3AF UNITED KINGDOM |
| 2.1284 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT EFFECTIVE DATE: 8/1/2016 | MB ENGINEERING 3041 N CALIFORNIA ST BURBANK, CA  91504 |
| 2.1285 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACTOR AGREEMENT EFFECTIVE DATE: 4/27/2015 | MCINTOSH SERVICE LLC P.O. BOX 472208 TULSA, OK  74147 |
| 2.1286 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FORKLIFT AGREEMENT EFFECTIVE DATE - 3/20/2018 | MEDLEY EQUIPMENT CO P.O. BOX 26706 OKLAHOMA CITY, OK  73126-0706 |
| 2.1287 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FORKLIFT AGREEMENT EFFECTIVE DATE - 7/26/2017 | MEDLEY EQUIPMENT CO P.O. BOX 26706 OKLAHOMA CITY, OK  73126-0706 |
| 2.1288 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FORKLIFT AGREEMENT EFFECTIVE DATE - 12/29/2017 | MEDLEY EQUIPMENT CO P.O. BOX 26706 OKLAHOMA CITY, OK  73126-0706 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1289 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | POST-TERMINATION AGREEMENT EFFECTIVE DATE: 1/1/2018 | MEGGITT AEROSPACE LTD ASHBY RD LOUGHBOROUGH, LE  LE12 9EQ UNITED KINGDOM |
| 2.1290 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT EFFECTIVE DATE: 7/18/2017 | MEGGITT OREGON INC 2010 LAFAYETTE AVE MCMINNVILLE, OR  97128 |
| 2.1291 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT EFFECTIVE DATE: 3/24/2014 | MEMBER'S BUILDING MAINTENANCE LLC 11363 DENTON DR DALLAS, TX  75229 |
| 2.1292 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT AMENDMENT EFFECTIVE DATE: 3/31/2015 | MEMBER'S BUILDING MAINTENANCE LLC 11363 DENTON DR DALLAS, TX  75229 |
| 2.1293 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT AMENDMENT EFFECTIVE DATE: 11/8/2016 | MEMBER'S BUILDING MAINTENANCE LLC 11363 DENTON DR DALLAS, TX  75229 |
| 2.1294 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT AGREEMENT WITH MARCOS MENDOZA EFFECTIVE DATE - 2/26/2018 | MEMG CONSULTING LLC 4407 E 93RD PL TULSA OK TULSA, OK  74137 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1295 | **State what the contract or lease is for and the nature of the debtor's interest** | APRES<br>EFFECTIVE DATE - 4/23/2018 | METRO AVIATION INC<br>P.O. BOX 7008<br>SHREVEPORT, LA  71137 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1296 | **State what the contract or lease is for and the nature of the debtor's interest** | APRES<br>EFFECTIVE DATE - 7/16/2018 | METRO AVIATION INC<br>P.O. BOX 7008<br>SHREVEPORT, LA  71137 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1297 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTANT AGREEMENT<br>EFFECTIVE DATE: 2/28/2017 | MICHAEL KELLER, DR |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1298 | **State what the contract or lease is for and the nature of the debtor's interest** | MONTH-TO-MONTH OFFICE SOFTWARE, EMAIL | MICROSOFT CORPORATION<br>ONE MICROSOFT WAY<br>REDMOND, WA  98052-6399 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1299 | **State what the contract or lease is for and the nature of the debtor's interest** | ENTERPRISE AGREEMENT<br>EFFECTIVE DATE - 4/16/2018 | MICROSOFT CORPORATION<br>P.O. BOX 844510<br>DALLAS, TX  75284-4510 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1300 | **State what the contract or lease is for and the nature of the debtor's interest** | ENTERPRISE AGREEMENT<br>EFFECTIVE DATE: 5/1/2015 | MICROSOFT CORPORATION<br>P.O. BOX 844510<br>DALLAS, TX  75284-4510 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1301 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br>EFFECTIVE DATE: 5/23/2005 | MICROSOFT CORPORATION<br>P.O. BOX 844510<br>DALLAS, TX  75284-4510 |
| 2.1302 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VOLUME LICENSING<br>EFFECTIVE DATE: 3/24/2005 | MICROSOFT CORPORATION<br>P.O. BOX 844510<br>DALLAS, TX  75284-4510 |
| 2.1303 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT<br>EFFECTIVE DATE - 12/20/2017 | MIDAMERICAN AEROSPACE<br>2727 16TH AVE SW<br>CEDAR RAPIDS, IA  52404 |
| 2.1304 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTPILOT COMMISSION AGREEMENT<br>EFFECTIVE DATE - 12/20/2017 | MIDAMERICAN AEROSPACE<br>2727 16TH AVE SW<br>CEDAR RAPIDS, IA  52404 |
| 2.1305 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 7/19/2018 | MILLENNIUM CONCEPTS INC<br>9050 W MONORE CIR<br>WICHITA, KS  67209 |
| 2.1306 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTPILOT COMMISSION AGREEMENT<br>EFFECTIVE DATE - 6/14/2018 | MINGO AEROSPACE<br>8141 NORTH 116TH EAST AVENUE<br>OWASSO, OK  74055 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1307 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT AND AMENDMENTS<br>EFFECTIVE DATE: 9/22/2005 | MISSOURI METALS LLC<br>P.O. BOX 75669<br>CLEVELAND, OH  44101-4475 |
| 2.1308 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>EFFECTIVE DATE: 2/1/2002 | MITSUBISHI HEAVY INDUSTRIES<br>4951 AIRPORT PKWY STE 800<br>ADDISON, TX  75001-6041 |
| 2.1309 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION AGREEMENT<br>EFFECTIVE DATE: 6/17/2008 | MITSUBISHI HEAVY INDUSTRIES<br>4951 AIRPORT PKWY STE 800<br>ADDISON, TX  75001-6041 |
| 2.1310 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/9/2003 | MOREGGIA SPA<br>VIA BORGONE 25<br>TORINO  10139<br>ITALY |
| 2.1311 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 4/3/2009 | MRA SYSTEMS INC<br>P.O. BOX 281003<br>ATLANTA, GA  30384-1003 |
| 2.1312 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MATERIALS AGREEMENT<br>EFFECTIVE DATE: 9/30/2006 | MRA SYSTEMS INC<br>P.O. BOX 281003<br>ATLANTA, GA  30384-1003 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1313 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MATERIALS AGREEMENT<br>EFFECTIVE DATE: 6/26/2008 | MRA SYSTEMS INC<br>P.O. BOX 281003<br>ATLANTA, GA 30384-1003 |
| 2.1314 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MATERIALS AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 4/3/2009 | MRA SYSTEMS INC<br>P.O. BOX 281003<br>ATLANTA, GA 30384-1003 |
| 2.1315 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOU<br>EFFECTIVE DATE: 7/14/2015 | MRA SYSTEMS INC<br>P.O. BOX 281003<br>ATLANTA, GA 30384-1003 |
| 2.1316 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REPAIR AGREEMENT<br>EFFECTIVE DATE: 9/30/2006 | MRA SYSTEMS INC<br>P.O. BOX 281003<br>ATLANTA, GA 30384-1003 |
| 2.1317 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REPAIRS AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 4/29/2008 | MRA SYSTEMS INC<br>P.O. BOX 281003<br>ATLANTA, GA 30384-1003 |
| 2.1318 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ROYALTY PAYMENT AGREEMENT<br>EFFECTIVE DATE: 11/23/2015 | MRA SYSTEMS INC<br>P.O. BOX 281003<br>ATLANTA, GA 30384-1003 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1319 | **State what the contract or lease is for and the nature of the debtor's interest** | SPARE PARTS AND DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 9/30/2006 | MRA SYSTEMS INC<br>P.O. BOX 281003<br>ATLANTA, GA 30384-1003 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1320 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADEMARK & TECHNOLOGY LICENSE<br>EFFECTIVE DATE: 9/30/2006 | MRA SYSTEMS INC<br>P.O. BOX 281003<br>ATLANTA, GA 30384-1003 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1321 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSACTION AGREEMENT<br>EFFECTIVE DATE: 7/17/2006 | MRA SYSTEMS INC<br>P.O. BOX 281003<br>ATLANTA, GA 30384-1003 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1322 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES SUBCONTRACT AGREEMENT DATED SEPTEMBER 30, 2006 | MRA SYSTEMS INC., MRAS (ASIA) LTD.<br>103 CHESAPEAKE PARK PLAZA<br>BALTIMORE, MD 21220 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1323 | **State what the contract or lease is for and the nature of the debtor's interest** | MRAS MASTER SERVICES SUBCONTRACT AGREEMENT EFFECTIVE DATE - 9/30/2006 | MRA SYSTEMS INC., MRAS (ASIA) LTD.<br>103 CHESAPEAKE PARK PLAZA<br>BALTIMORE, MD 21220 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1324 | **State what the contract or lease is for and the nature of the debtor's interest** | APRES<br>EFFECTIVE DATE - 4/13/2018 | MSB AEROSPACE LLC<br>7001 CHATHAM CENTER DR<br>SAVANNAH, LA 31405 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1325 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 5/7/2018 | MSB AEROSPACE LLC<br>7001 CHATHAM CENTER DR<br>SAVANNAH, LA  31405 |
| 2.1326 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT AND AMENDMENTS<br>EFFECTIVE DATE: 8/1/2011 | MSC INDUSTRIAL SUPPLY CO<br>75 MAXESS RD<br>MELVILLE, NY  11747 |
| 2.1327 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>EFFECTIVE DATE: 6/29/2016 | MSC SOFTWARE CORPORATION<br>P.O. BOX 535277<br>ATLANTA, GA  30353-5277 |
| 2.1328 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOU<br>EFFECTIVE DATE: 7/16/2014 | MUSCOGEE CREEK NATION |
| 2.1329 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CYBER INSURANCE AGREEMENT<br>EFFECTIVE DATE - 3/4/2018 | NAS INSURANCE SERVICES LLC<br>16501 VENTURA BLVD, SUITE 200<br>ENCINO, CA  91436 |
| 2.1330 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT<br>EFFECTIVE DATE: 9/28/2016 | NATIONAL MACHINE COMPANY<br>4880 HUDSON DR<br>STOW, OH  44224 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1331 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BLANKET ACCIDENT INSURANCE POLICY<br>EFFECTIVE DATE - 4/19/2016 | NATIONAL UNION FIRE INDSURANCE COMPANY OF PITTSBURGH, AP<br>175 WATER STREET<br>15TH FLOOR<br>NEW YORK, NY  10038 |
| 2.1332 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | KIDNAP AND RANSOM INSURANCE AGREEMENT<br>EFFECTIVE DATE - 8/1/2017 | NATIONAL UNION FIRE INSURANCE COMPANY<br>175 WATER STREET<br>NEW YORK, NY  10038 |
| 2.1333 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | D&O INSURANCE AGREEMENT<br>EFFECTIVE DATE - 8/1/2018 | NATIONAL UNION FIRE INSURNCE COMPANY OF PITTSBURGH, PA<br>175 WATER STREET<br>NEW YORK, NY  10038 |
| 2.1334 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | D&O INSURANCE AGREEMENT<br>EFFECTIVE DATE - 8/1/2017 | NATIONAL UNION FIRE INSURNCE COMPANY OF PITTSBURGH, PA<br>175 WATER STREET<br>NEW YORK, NY  10038 |
| 2.1335 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AVIATION GENERAL LIABILITY INSURANCE AGREEMENT<br>EFFECTIVE DATE - 8/1/2017 | NATIONAL UNION FIRE INSURNCE COMPANY OF PITTSBURGH, PA<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY  10038 |
| 2.1336 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AVIATION GENERAL LIABILITY INSURANCE AGREEMENT<br>EFFECTIVE DATE - 8/1/2018 | NATIONAL UNION FIRE INSURNCE COMPANY OF PITTSBURGH, PA<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY  10038 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1337 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCESS D&O POLICY<br>EFFECTIVE DATE - 8/1/2017 | NATIONAL UNION FIRE INSURNCE COMPANY OF PITTSBURGH, PA<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 |
| 2.1338 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GOLD MEDALLION COMPREHENSIVE BUSINESS AIRCRAFT POLICY<br>EFFECTIVE DATE - 4/20/2018 | NATIONAL UNION FIRE INSURNCE COMPANY OF PITTSBURGH, PA<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 |
| 2.1339 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | KIDNAP AND RANSOM INSURANCE AGREEMENT<br>EFFECTIVE DATE - 8/1/2018 | NATIONAL UNION FIRE INSURNCE COMPANY OF PITTSBURGH, PA<br>600 N PEARL ST, SUITE 700<br>DALLAS, TX 75201 |
| 2.1340 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESTATEMENT OF SERVICE ORDER FORM<br>EFFECTIVE DATE - 11/17/2016 | NAVEX GLOBAL, INC.<br>5500 MEADOWS ROAD<br>SUITE 500<br>LAKE OSWEGO, OR 97035 |
| 2.1341 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MAUS<br>EFFECTIVE DATE - 10/1/2017 | NDT SOLUTIONS<br>10-1 AIRPORT RD<br>NEW RICHMOND, WI 54017 |
| 2.1342 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 6/12/2018 | NEWELL COACH CORPORATION<br>3900 NORTH MAIN STREET<br>MIAMI, OK 74354 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1343 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT EFFECTIVE DATE: 2/28/2003 | NORCATEC LLC 11055 EXCELSIOR BLVD GARDEN CITY, NY  11530-9401 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1344 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT EFFECTIVE DATE - 4/25/2018 | NORDAM ASIA LIMITED NO 15, HANGQIN S. RD. DAYUAN DIST. TAOYUAN  33758 TAIWAN |
| | **State the term remaining** | VARIOUS TERMS (1-3 YEARS FROM DATE OF CONTRACT) DEPENDING ON ITEM | |
| | **List the contract number of any government contract** | | |
| 2.1345 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT EFFECTIVE DATE - 4/25/2018 | NORDAM ASIA LIMITED NO 15, HANGQIN S. RD. DAYUAN DIST. TAOYUAN  33758 TAIWAN |
| | **State the term remaining** | UNTIL TERMINATED OR EVENT OF DEFAULT | |
| | **List the contract number of any government contract** | | |
| 2.1346 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT EFFECTIVE DATE - 4/25/2018 | NORDAM ASIA LIMITED NO 15, HANGQIN S. RD. DAYUAN DIST. TAOYUAN  33758 TAIWAN |
| | **State the term remaining** | UPON NORDAM'S SOLE DISTRIBUTION UPON OCCURRENCE OF CERTAIN EVENTS LAID OUT IN SECTION 10.3 OF THE AGREEMENT | |
| | **List the contract number of any government contract** | | |
| 2.1347 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPORT SERVICES AGREEMENT EFFECTIVE DATE - 4/25/2018 | NORDAM ASIA LIMITED NO 15, HANGQIN S. RD. DAYUAN DIST. TAOYUAN  33758 TAIWAN |
| | **State the term remaining** | 60 DAYS UPON NOTICE IS SENT BY EITHER PARTY. UPON NORDAM CEASING TO BE A SHAREHOLDER OF THE COUNTERPARTY | |
| | **List the contract number of any government contract** | | |
| 2.1348 | **State what the contract or lease is for and the nature of the debtor's interest** | LOANED EMPLOYEE AGREEMENT EFFECTIVE DATE - 10/30/1996 | NORDAM EUROPE LIMITED CAERPHILLY ROAD NANTGARW, SOUTH GLAMORGAN  CF47YJ UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1349 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PARTPILOT COMMISSION AGREEMENT EFFECTIVE DATE - 11/15/2017 | NORDAM EUROPE LIMITED HAWTIN PARK BLACKWOOD GWENT SOUTH WALES NP12 2EU UNITED KINGDOM |
| 2.1350 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PARTPILOT COMMISSION AGREEMENT EFFECTIVE DATE - 10/25/2017 | NORDAM REPAIR DIVISION 11200 EAST PINE STREET TULSA, OK 74116 |
| 2.1351 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ENGINEERING SERVICES AGREEMENT EFFECTIVE DATE: 9/18/2012 | NORDAM SINGAPORE PTE LTD 29 CHANGI N CRESCENT RD SINGAPORE 499619 SINGAPORE |
| 2.1352 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PARTPILOT COMMISSION AGREEMENT EFFECTIVE DATE - 11/20/2017 | NORDAM TRANSPARENCY DIVISION 7018 N LAKEWOOD AVE TULSA, OK 74117 |
| 2.1353 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ENGINEERING SERVICES AGREEMENT EFFECTIVE DATE: 10/1/2016 | NORDAM TRANSPARENCY EUROPE LTD UNIT G3, 2 TUDOR ROAD ALTRINCHAM BUSINESS PART, CH WA14 5RZ UNITED KINGDOM |
| 2.1354 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AVIATION GENERAL LIABILITY INSURANCE AGREEMENT EFFECTIVE DATE - 8/1/2018 | NORTH AMERICAN ELITE INS COMPANY 5200 METCALF OVERLAND PARK, KS 66202 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1355 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AVIATION GENERAL LIABILITY INSURANCE AGREEMENT EFFECTIVE DATE - 8/1/2017 | NORTH AMERICAN ELITE INS COMPANY 950 ELM STREET MANCHESTER, NH 03101 |
| 2.1356 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES EFFECTIVE DATE - 8/2/2018 | NORTHERN WINGS 6679 COUNTY ROAD 392 NEWBERRY, MI 49868 |
| 2.1357 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**   N/A<br><br>**List the contract number of any government contract** | F-5/T-38 FIREWALL NEW MANUFACTURING EFFECTIVE DATE - 9/4/2010 | NORTHROP GRUMMAN 8709 FREEPORT PARKWAY SUITE 200 IRVING, TX 75063 |
| 2.1358 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT AMENDMENT EFFECTIVE DATE: 12/31/2017 | NORTHROP GRUMMAN 8710 FREEPORT PKWY STE 200 IRVING, TX 75063-2577 |
| 2.1359 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT EFFECTIVE DATE: 5/26/2016 | NORTHROP GRUMMAN 8710 FREEPORT PKWY STE 200 IRVING, TX 75063-2577 |
| 2.1360 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT EFFECTIVE DATE: 5/26/2016 | NORTHROP GRUMMAN 8710 FREEPORT PKWY STE 200 IRVING, TX 75063-2577 |

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1361 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT EFFECTIVE DATE: 5/26/2016 | NORTHROP GRUMMAN<br>8710 FREEPORT PKWY STE 200<br>IRVING, TX 75063-2577 |
| 2.1362 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT EFFECTIVE DATE: 5/26/2016 | NORTHROP GRUMMAN<br>8710 FREEPORT PKWY STE 200<br>IRVING, TX 75063-2577 |
| 2.1363 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG TERM AGREEMENT EFFECTIVE DATE: 5/26/2016 | NORTHROP GRUMMAN<br>8710 FREEPORT PKWY STE 200<br>IRVING, TX 75063-2577 |
| 2.1364 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TESTING LABORATORY GENERAL TERMS AGREEMENT EFFECTIVE DATE: 5/19/2015 | NTS TECHNICAL SYSTEMS<br>P.O. BOX 733364<br>DALLAS, TX 75373-3364 |
| 2.1365 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACTOR AGREEMENT EFFECTIVE DATE: 10/16/2013 | OCE MECHANICAL LLC<br>P.O. BOX 21228<br>TULSA, OK 74121-1228 |
| 2.1366 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOW / ENGAGEMENT LETTER EFFECTIVE DATE: 5/29/2008 | ODYSSEY RFID<br>7059 PRODUCTION CT<br>FLORENCE, KY 41042 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1367 | **State what the contract or lease is for and the nature of the debtor's interest** | NTR - TEST SITE LEASE | OKLAHOMA ORDNANCE WORKS AUTHORITY P.O. BOX 945 PRYOR, OK 74362 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1368 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING & EQUIPMENT LOAN AGREEMENT EFFECTIVE DATE: 4/18/2016 | OKLAHOMA STATE UNIVERSITY 700 N GREENWOOD AVE TULSA, OK 74106 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1369 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT APPENDIX EFFECTIVE DATE: 9/28/2016 | OKLAHOMA STATE UNIVERSITY 700 N GREENWOOD AVE TULSA, OK 74106 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1370 | **State what the contract or lease is for and the nature of the debtor's interest** | IP RIGHTS AGREEMENT EFFECTIVE DATE: 1/16/2018 | OKLAHOMA STATE UNIVERSITY 700 N GREENWOOD AVE TULSA, OK 74106 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1371 | **State what the contract or lease is for and the nature of the debtor's interest** | IP RIGHTS AGREEMENT EFFECTIVE DATE: 1/16/2018 | OKLAHOMA STATE UNIVERSITY 700 N GREENWOOD AVE TULSA, OK 74106 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1372 | **State what the contract or lease is for and the nature of the debtor's interest** | IP RIGHTS AGREEMENT EFFECTIVE DATE: 1/16/2018 | OKLAHOMA STATE UNIVERSITY 700 N GREENWOOD AVE TULSA, OK 74106 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1373 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IP RIGHTS AGREEMENT<br>EFFECTIVE DATE: 1/16/2018 | OKLAHOMA STATE UNIVERSITY<br>700 N GREENWOOD AVE<br>TULSA, OK 74106 |
| 2.1374 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RECIPROCAL NON-DISCLOSURE AGREEMENT<br>EFFECTIVE DATE - 5/18/2018 | OLIVER WYMAN, INC.<br>1166 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| 2.1375 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIMITED GUARANTY AMENDMENT<br>EFFECTIVE DATE: 12/1/2004 | OMEGA AIR INC<br>750 SW 34TH ST<br>FT LAUDERDALE, FL 33315 |
| 2.1376 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIMITED GUARANTY AMENDMENT<br>EFFECTIVE DATE: 9/1/2007 | OMEGA AIR INC<br>750 SW 34TH ST<br>FT LAUDERDALE, FL 33315 |
| 2.1377 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTPILOT COMMISSION AGREEMENT<br>EFFECTIVE DATE - 5/29/2018 | OMNI AIR INTERNATIONAL<br>3303 NORTH SHERIDAN ROAD, HANGAR 19<br>TULSA, OK 74158 |
| 2.1378 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 12/31/2012 | OMNI PACKAGING<br>P.O. BOX 21228<br>TULSA, OK 74121-1228 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1379  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | BASE CONTRACT EFFECTIVE DATE: 2/1/2001 | ONEOK ENERGY MARKETING AND TRA 3706 SW TOPEKA BLVD STE 100 TOPEKA, KS  66609 |
| 2.1380  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | GAS SALES CONTRACT EFFECTIVE DATE: 7/1/2003 | ONEOK ENERGY MARKETING AND TRA 3706 SW TOPEKA BLVD STE 100 TOPEKA, KS  66609 |
| 2.1381  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | GAS SALES CONTRACT EFFECTIVE DATE: 1/1/2004 | ONEOK ENERGY MARKETING AND TRA 3706 SW TOPEKA BLVD STE 100 TOPEKA, KS  66609 |
| 2.1382  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | EXPERT ENGAGEMENT AGREEMENT EFFECTIVE DATE: 3/21/2016 | ORC INTERNATIONAL P.O. BOX 45371 SAN FRANCISCO, CA  94145 |
| 2.1383  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | MASTER AGREEMENT EFFECTIVE DATE: 12/14/2017 | OVERSIGHT SYSTEMS INC 1165 NORTHCHASE PKWY MARIETTA, GA  30067 |
| 2.1384  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | ORDER EFFECTIVE DATE: 12/14/2017 | OVERSIGHT SYSTEMS INC 1165 NORTHCHASE PKWY MARIETTA, GA  30067 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1385 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AUDIT AND COMPLIANCE SOFTWARE FOR TRAVEL AND EXPENSES EFFECTIVE DATE - 12/14/2017 | OVERSIGHT SYSTEMS 1165 NORTHCHASE PKWY MARIETTA, GA 30067 |
| 2.1386 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT EFFECTIVE DATE: 10/16/2004 | PAINT TEK SURFACE SOLUTIONS PT FACTORY 4 NO 1 MELBOURNE 3805 AUSTRALIA |
| 2.1387 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT EFFECTIVE DATE: 4/15/2016 | PANASONIC AVIONICS CORPORATION 22333 29TH DRIVE SE BOTHELL, WA 98201 |
| 2.1388 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT EFFECTIVE DATE: 10/16/2017 | PARTPILOT LLC 6910 N WHIRLPOOL DRIVE TULSA, OK 74117 |
| 2.1389 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT AGREEMENT WITH PATRICK MCCOY EFFECTIVE DATE - 1/1/2016 | PATRICK MCCOY 7415 E 53RD PL SOUTH TULSA, OK 74145 |
| 2.1390 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PAYFACTORS GROUP LLC CHANGE ORDER EFFECTIVE DATE - 10/4/2017 | PAYFACTORS 2 ADAMS PLACE, 2ND FLOOR QUINCY, MA 02169 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1391 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PAYFACTORS GROUP LLC SUBSCRIPTIONS AGREEMENT ORDER FORM EFFECTIVE DATE - 8/11/2016 | PAYFACTORS 2 ADAMS PLACE, 2ND FLOOR QUINCY, MA 02169 |
| 2.1392 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL TERMS AGREEMENT EFFECTIVE DATE: 10/19/2001 | PEGASUS ENGINEERING LLC |
| 2.1393 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPORT AGREEMENT EFFECTIVE DATE: 9/24/2001 | PENTAGON 2000 SOFTWARE 15 WEST 34TH STREET NEW YORK, NY 10001 |
| 2.1394 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES EFFECTIVE DATE - 7/6/2018 | PENTASTAR AVIATION LLC 7310 HIGHLAND RD WATERFORD, MI 48327 |
| 2.1395 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LTA AMENDMENT EFFECTIVE DATE: 8/14/2014 | PERFEKTA INC 480 E 21 ST N WICHITA, KS 67214 |
| 2.1396 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT EFFECTIVE DATE: 6/13/2006 | PIAGGIO AERO INDUSTRIES SPA VIA RINALDO PIAGGIO 3 FINALE LIGURE, SV 17124 ITALY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1397 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT AMENDMENT EFFECTIVE DATE: 6/13/2006 | PIAGGIO AERO INDUSTRIES SPA VIA RINALDO PIAGGIO 3 FINALE LIGURE, SV  17124 ITALY |
| 2.1398 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT AMENDMENT EFFECTIVE DATE: 7/7/2013 | PIAGGIO AERO INDUSTRIES SPA VIA RINALDO PIAGGIO 3 FINALE LIGURE, SV  17124 ITALY |
| 2.1399 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT EFFECTIVE DATE: 7/7/2013 | PIAGGIO AERO INDUSTRIES SPA VIA RINALDO PIAGGIO 3 FINALE LIGURE, SV  17124 ITALY |
| 2.1400 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOU EFFECTIVE DATE: 11/9/2005 | PIAGGIO AERO INDUSTRIES SPA VIA RINALDO PIAGGIO 3 FINALE LIGURE, SV  17124 ITALY |
| 2.1401 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PERSONAL GUARANTY EFFECTIVE DATE: 9/26/2008 | PIAGGIO AERO INDUSTRIES SPA VIA RINALDO PIAGGIO 3 FINALE LIGURE, SV  17124 ITALY |
| 2.1402 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT NR. 40254/06 EFFECTIVE DATE - 6/13/2006 | PIAGGIO AERO INDUSTRIES SPA VIALE CASTRO PRETORIO, 116 ROME  185 ITALY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1403 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO AGREEMENT NR. 40254/06<br>EFFECTIVE DATE - 6/13/2006 | PIAGGIO AERO INDUSTRIES SPA<br>VIALE CASTRO PRETORIO, 116<br>ROME  185<br>ITALY |
| 2.1404 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO AGREEMENT NR. 40254/06<br>EFFECTIVE DATE - 7/7/2013 | PIAGGIO AERO INDUSTRIES SPA<br>VIALE CASTRO PRETORIO, 116<br>ROME  185<br>ITALY |
| 2.1405 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT<br>EFFECTIVE DATE: 6/25/2004 | PILATUS AIRCRAFT LIMITED<br>11755 AIRPORT WAY<br>BROOMFIELD, CO  80021 |
| 2.1406 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NUMBER<br>EFFECTIVE DATE: 6/26/2006 | PILATUS AIRCRAFT LIMITED<br>11755 AIRPORT WAY<br>BROOMFIELD, CO  80021 |
| 2.1407 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT AGREEMENT<br>EFFECTIVE DATE: 6/8/2018 | PINNACLE LIGHTNING PROTECTION<br>33 STRATTON RD<br>WILLIAMSTOWN, MA  01267 |
| 2.1408 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT<br>EFFECTIVE DATE: 9/1/2013 | PINZGAUER |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1409 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DESIGN SERVICES AGREEMENT EFFECTIVE DATE: 12/15/2014 | PLANNING DESIGN GROUP |
| 2.1410 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FIXED PRICING AGREEMENT EFFECTIVE DATE: 6/19/2018 | PLASCORE INC P.O. BOX 170 ZEELAND, MI 49464-0170 |
| 2.1411 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ASSET PURCHASE AGREEMENT EFFECTIVE DATE: 11/16/2002 | PLATINUM AVIATION GROUP INC 4649 AIRCENTER CIR RENO, NV 89502 |
| 2.1412 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PORTABLE TOILET | PORTA JOHN OF TULSA P.O. BOX 580722 TULSA, OK 74158 |
| 2.1413 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AGREEMENT AMENDMENT EFFECTIVE DATE: 9/26/2002 | PRATT & WHITNEY CANADA CORP 400 MAIN ST MAIL STOP 133-53 EAST HARTFORD, CT 06118 |
| 2.1414 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT EFFECTIVE DATE: 7/6/2010 | PRATT & WHITNEY CANADA CORP 400 MAIN ST MAIL STOP 133-53 EAST HARTFORD, CT 06118 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1415 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ANNEX AMENDMENT<br>EFFECTIVE DATE: 10/24/2007 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT 06118 |
| 2.1416 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPROMISE SETTLEMENT AGREEMENT<br>EFFECTIVE DATE: 7/14/2004 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT 06118 |
| 2.1417 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IP LETTER AGREEMENT<br>EFFECTIVE DATE: 10/18/2010 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT 06118 |
| 2.1418 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 2/4/2016 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT 06118 |
| 2.1419 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 3/31/2014 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT 06118 |
| 2.1420 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LOANED ASSETS AGREEMENT<br>EFFECTIVE DATE: 5/2/2016 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT 06118 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1421 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LOANED ASSETS AGREEMENT EFFECTIVE DATE: 3/16/2016 | PRATT & WHITNEY CANADA CORP 400 MAIN ST MAIL STOP 133-53 EAST HARTFORD, CT  06118 |
| 2.1422 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PO & BAILMENT AGREEMENT EFFECTIVE DATE: 12/2/2010 | PRATT & WHITNEY CANADA CORP 400 MAIN ST MAIL STOP 133-53 EAST HARTFORD, CT  06118 |
| 2.1423 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT AGREEMENT EFFECTIVE DATE: 7/20/2009 | PRATT & WHITNEY CANADA CORP 400 MAIN ST MAIL STOP 133-53 EAST HARTFORD, CT  06118 |
| 2.1424 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT AGREEMENT EFFECTIVE DATE: 9/26/2002 | PRATT & WHITNEY CANADA CORP 400 MAIN ST MAIL STOP 133-53 EAST HARTFORD, CT  06118 |
| 2.1425 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT AGREEMENT EFFECTIVE DATE: 5/31/2007 | PRATT & WHITNEY CANADA CORP 400 MAIN ST MAIL STOP 133-53 EAST HARTFORD, CT  06118 |
| 2.1426 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT AGREEMENT AMENDMENT EFFECTIVE DATE: 1/1/2009 | PRATT & WHITNEY CANADA CORP 400 MAIN ST MAIL STOP 133-53 EAST HARTFORD, CT  06118 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1427 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 1/1/2009 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT 06118 |
| 2.1428 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT SUPPORT AGREEMENT EXHIBIT<br>EFFECTIVE DATE: 8/12/2000 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT 06118 |
| 2.1429 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGMT NACELLE HARDWARE PROD<br>EFFECTIVE DATE: 10/18/2010 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT 06118 |
| 2.1430 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGMT NACELLE HARDWARE PROD AMND 1<br>EFFECTIVE DATE: 10/31/2014 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT 06118 |
| 2.1431 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGMT NACELLE HARDWARE PROD AMND 3<br>EFFECTIVE DATE: 1/4/2017 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT 06118 |
| 2.1432 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGMT NACELLE HARDWARE PROD AMND 4<br>EFFECTIVE DATE: 12/29/2017 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT 06118 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1433 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/31/2014 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT  06118 |
| 2.1434 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUALITY PROGRAM PLAN<br>EFFECTIVE DATE: 7/7/2005 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT  06118 |
| 2.1435 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUALITY PROGRAM PLAN<br>EFFECTIVE DATE: 8/2/2002 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT  06118 |
| 2.1436 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUALITY REQUIREMENTS DOCUMENT<br>EFFECTIVE DATE: 8/2/2002 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT  06118 |
| 2.1437 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT<br>EFFECTIVE DATE: 12/16/2011 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT  06118 |
| 2.1438 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT<br>EFFECTIVE DATE: 6/17/2011 | PRATT & WHITNEY CANADA CORP<br>400 MAIN ST MAIL STOP 133-53<br>EAST HARTFORD, CT  06118 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1439** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SETTLEMENT AGREEMENT EFFECTIVE DATE: 3/11/2014 | PRATT & WHITNEY CANADA CORP 400 MAIN ST MAIL STOP 133-53 EAST HARTFORD, CT  06118 |
| **2.1440** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SETTLEMENT AGREEMENT FOR NACELLE HARDWARE PRODUCTS EFFECTIVE DATE: 1/4/2017 | PRATT & WHITNEY CANADA CORP 400 MAIN ST MAIL STOP 133-53 EAST HARTFORD, CT  06118 |
| **2.1441** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TOOLING AGREEMENT EFFECTIVE DATE: 10/18/2010 | PRATT & WHITNEY CANADA CORP 400 MAIN ST MAIL STOP 133-53 EAST HARTFORD, CT  06118 |
| **2.1442** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ADVANCE PAYMENT AGREEMENT EFFECTIVE DATE: 6/29/2017 | PRATT & WHITNEY CANADA INC 8801 MACON RD COLUMBUS, GA  31908 |
| **2.1443** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TECHNICAL DATA AGREEMENT EFFECTIVE DATE - 6/22/2017 | PRATT & WHITNEY CANADA 1000 MARIE-VICTORIN LONGUEIL, QC  J4G 1A1 CANADA |
| **2.1444** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TECHNICAL DATA AGREEMENT DATED JUNE 22, 2017 | PRATT & WHITNEY CANADA 1000 MARIE-VICTORIN LONGUEIL, QC  J4G 1A1 CANADA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1445 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT<br>EFFECTIVE DATE: 4/1/2001 | PRATT & WHITNEY ENGINE SERVICE<br>63 ARIZONA AVE<br>PLATTSBURGH, NY  12903 |
| 2.1446 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GTA<br>EFFECTIVE DATE: 2/23/2011 | PRATT & WHITNEY GROUP<br>8801 MACON RD<br>COLUMBUS, GA  31908 |
| 2.1447 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO. 7<br>EFFECTIVE DATE: 3/30/2001 | PRATT & WHITNEY<br>8801 MACON RD<br>COLUMBUS, GA  31908 |
| 2.1448 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTICIPATION AGREEMENT<br>EFFECTIVE DATE: 12/23/2000 | PRATT & WHITNEY<br>8801 MACON RD<br>COLUMBUS, GA  31908 |
| 2.1449 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT SUPPLY AGREEMENT<br>EFFECTIVE DATE: 2/14/2014 | PRAXAIR DISTRIBUTION INC<br>3805  E 20 ST<br>JOPLIN, MO  64801 |
| 2.1450 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RIDER<br>EFFECTIVE DATE: 8/1/2013 | PRAXAIR DISTRIBUTION INC<br>3805  E 20 ST<br>JOPLIN, MO  64801 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1451 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RIDER<br>EFFECTIVE DATE: 10/30/2014 | PRAXAIR DISTRIBUTION INC<br>3805 E 20 ST<br>JOPLIN, MO 64801 |
| 2.1452 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RIDER<br>EFFECTIVE DATE: 2/14/2014 | PRAXAIR DISTRIBUTION INC<br>3805 E 20 ST<br>JOPLIN, MO 64801 |
| 2.1453 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AND MARKETING | PRIMLAND RESORT, LTD<br>4621 BUSTED ROCK RD<br>MEADOWS OF DAN, VA 24120-4084 |
| 2.1454 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 5/2/2018 | PRO STAR AVIATION<br>8 KELLY AVE<br>LONDONBERRY, NH 3053 |
| 2.1455 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTPILOT COMMISSION AGREEMENT<br>EFFECTIVE DATE - 6/5/2018 | PROPONENT<br>3120 ENTERPRISE ST.<br>BREA, CA 92821 |
| 2.1456 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG-TERM AGREEMENT<br>EFFECTIVE DATE: 10/7/2015 | PRYER AEROSPACE LLC<br>2230 N SHERIDAN RD<br>TULSA, OK 74115 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1457 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG-TERM AGREEMENT EFFECTIVE DATE: 10/7/2015 | PRYER AEROSPACE LLC 2230 N SHERIDAN RD TULSA, OK 74115 |
| 2.1458 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG-TERM AGREEMENT EFFECTIVE DATE: 10/7/2015 | PRYER AEROSPACE LLC 2230 N SHERIDAN RD TULSA, OK 74115 |
| 2.1459 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROMISSORY NOTE EFFECTIVE DATE: 10/7/2015 | PRYER AEROSPACE LLC 2230 N SHERIDAN RD TULSA, OK 74115 |
| 2.1460 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT EFFECTIVE DATE: 10/7/2015 | PRYER MACHINE & TOOL COMPANY 2230 N SHERIDAN RD TULSA, OK 74115 |
| 2.1461 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UCC FINANCING STATEMENT EFFECTIVE DATE: 10/7/2015 | PRYER MACHINE & TOOL COMPANY 2230 N SHERIDAN RD TULSA, OK 74115 |
| 2.1462 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MORTGAGE AGREEMENT EFFECTIVE DATE: 10/7/2015 | PRYER REAL ESTATE LLC |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1463 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SECURITY AGREEMENT EFFECTIVE DATE: 10/7/2015 | PRYER REAL ESTATE LLC |
| 2.1464 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | UCC FINANCING STATEMENT EFFECTIVE DATE: 10/7/2015 | PRYER REAL ESTATE LLC |
| 2.1465 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | GENERAL TERMS AGREEMENT EFFECTIVE DATE: 8/15/2001 | QANTAS AIRWAYS LIMITED QANTAS CENTRE BUILDING A LEVEL 9 MASCOT, SYDNEY, NSW  2020 AUSTRALIA |
| 2.1466 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | LETTER - REPAIR SERVICES AGREEMENT EFFECTIVE DATE: 11/16/2009 | QANTAS AIRWAYS LIMITED QANTAS CENTRE BUILDING A LEVEL 9 MASCOT, SYDNEY, NSW  2020 AUSTRALIA |
| 2.1467 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | LOI AMENDMENT EFFECTIVE DATE: 9/30/2008 | QANTAS AIRWAYS LIMITED QANTAS CENTRE BUILDING A LEVEL 9 MASCOT, SYDNEY, NSW  2020 AUSTRALIA |
| 2.1468 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | MAINTENANCE AGREEMENT EFFECTIVE DATE: 10/1/2014 | QANTAS AIRWAYS LIMITED QANTAS CENTRE BUILDING A LEVEL 9 MASCOT, SYDNEY, NSW  2020 AUSTRALIA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1469 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TECHNICAL MANUALS/DATA AGREEMENT<br>EFFECTIVE DATE: 4/7/2017 | QANTAS AIRWAYS LIMITED<br>QANTAS CENTRE BUILDING A LEVEL 9<br>MASCOT, SYDNEY, NSW  2020<br>AUSTRALIA |
| 2.1470 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NDT CONSULTANT AGREEMENT | QNDT LARRY CULBERTSON<br>2601 E. 28TH ST SUITE 312<br>SIGNAL HILL, CA  90755 |
| 2.1471 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT<br>EFFECTIVE DATE: 3/15/2005 | QUEST QUALITY ENGINERING & SOFTWARE<br>333 EAST RIVER DR<br>EAST HARTFORD, CT  06108 |
| 2.1472 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT<br>EFFECTIVE DATE: 10/19/2004 | QUEST QUALITY ENGINERING & SOFTWARE<br>333 EAST RIVER DR<br>EAST HARTFORD, CT  06108 |
| 2.1473 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASSET PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/25/2003 | RAYTHEON (BEECHCRAFT) AIRCRAFT<br>715 E 13TH ST<br>ANDOVER, KS  67002 |
| 2.1474 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER PURCHASE AND SUPPORT<br>EFFECTIVE DATE: 7/25/2003 | RAYTHEON (BEECHCRAFT) AIRCRAFT<br>715 E 13TH ST<br>ANDOVER, KS  67002 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1475 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRICES<br>EFFECTIVE DATE: 1/1/2006 | RAYTHEON (BEECHCRAFT) AIRCRAFT<br>715 E 13TH ST<br>ANDOVER, KS  67002 |
| 2.1476 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER AGREEMENT<br>EFFECTIVE DATE: 9/18/2000 | RAYTHEON AEROSPACE COMPANY<br>715 E 13TH ST<br>ANDOVER, KS  67002 |
| 2.1477 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT<br>EFFECTIVE DATE: 3/8/2006 | RAYTHEON AIRCRAFT COMPANY<br>715 E 13TH ST<br>ANDOVER, KS  67002 |
| 2.1478 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 2/16/2007 | RAYTHEON AIRCRAFT COMPANY<br>715 E 13TH ST<br>ANDOVER, KS  67002 |
| 2.1479 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASSET PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/25/2003 | RAYTHEON AIRCRAFT COMPANY<br>715 E 13TH ST<br>ANDOVER, KS  67002 |
| 2.1480 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER PURCHASE AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 1/1/2006 | RAYTHEON AIRCRAFT COMPANY<br>715 E 13TH ST<br>ANDOVER, KS  67002 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1481 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER PURCHASE AND SUPPORT AGREEMENT<br>EFFECTIVE DATE: 7/25/2003 | RAYTHEON AIRCRAFT COMPANY<br>715 E 13TH ST<br>ANDOVER, KS  67002 |
| 2.1482 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROMISSORY NOTE<br>EFFECTIVE DATE: 6/25/2003 | RAYTHEON AIRCRAFT COMPANY<br>715 E 13TH ST<br>ANDOVER, KS  67002 |
| 2.1483 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROMISSORY NOTE<br>EFFECTIVE DATE: 6/25/2003 | RAYTHEON AIRCRAFT COMPANY<br>715 E 13TH ST<br>ANDOVER, KS  67002 |
| 2.1484 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROMISSORY NOTE AMENDMENT<br>EFFECTIVE DATE: 6/2/2004 | RAYTHEON AIRCRAFT COMPANY<br>715 E 13TH ST<br>ANDOVER, KS  67002 |
| 2.1485 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT<br>EFFECTIVE DATE: 2/9/2007 | RAYTHEON AIRCRAFT COMPANY<br>715 E 13TH ST<br>ANDOVER, KS  67002 |
| 2.1486 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK<br>EFFECTIVE DATE: 7/30/2003 | RAYTHEON AIRCRAFT COMPANY<br>715 E 13TH ST<br>ANDOVER, KS  67002 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1487 | **State what the contract or lease is for and the nature of the debtor's interest**  APRES  EFFECTIVE DATE - 4/11/2018<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RCO AEROSPACE  P.O. BOX 198  ROSEVILLE, MI  48066-0198 |
| 2.1488 | **State what the contract or lease is for and the nature of the debtor's interest**  APRES  EFFECTIVE DATE - 5/11/2018<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RCO AEROSPACE  P.O. BOX 198  ROSEVILLE, MI  48066-0198 |
| 2.1489 | **State what the contract or lease is for and the nature of the debtor's interest**  APRES  EFFECTIVE DATE - 6/19/2018<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RCO AEROSPACE  P.O. BOX 198  ROSEVILLE, MI  48066-0198 |
| 2.1490 | **State what the contract or lease is for and the nature of the debtor's interest**  APRES  EFFECTIVE DATE - 7/26/2018<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RCO AEROSPACE  P.O. BOX 198  ROSEVILLE, MI  48066-0198 |
| 2.1491 | **State what the contract or lease is for and the nature of the debtor's interest**  SERVICES AGREEMENT AMENDMENT  EFFECTIVE DATE: 5/1/2017<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RED BUD SERVICES, INC |
| 2.1492 | **State what the contract or lease is for and the nature of the debtor's interest**  EXHIBITOR CONTRACT FORM FOR AIRCRAFT INTERIORS EXPOSITION 2019. BOOTH TO SELL PRODUCTS/SERVICES AT THE SHOW  EFFECTIVE DATE - 5/21/2018<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REED EXHIBITIONS LIMITED  GATEWAY HOUSE  28 THE QUADRANT  RICHMOND  SURREY  TW9 1DN  UNITED KINGDOM |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1493 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT EFFECTIVE DATE: 11/15/2017 | RELIANT DEFENSE TECHNOLOGIES LLC 301 W JEFFERSON BLVD FORT WAYNE, IN 46802 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1494 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT AMENDMENT EFFECTIVE DATE: 12/11/2017 | RELIANT DEFENSE TECHNOLOGIES LLC 301 W JEFFERSON BLVD FORT WAYNE, IN 46802 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1495 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT AMENDMENT EFFECTIVE DATE: 1/4/2018 | RELIANT DEFENSE TECHNOLOGIES LLC 301 W JEFFERSON BLVD FORT WAYNE, IN 46802 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1496 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT BETWEEN NORDAM AND RELIANT EFFECTIVE DATE - 11/15/2017 | RELIANT DEFENSE TECHNOLOGIES, LLC D/B/A TRADE COLLABORATION ENGINE 301 W. JEFFERSON BLVD SUITE 200 FORT WAYNE, IN 46802 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1497 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES PROJECT AGREEMENT EFFECTIVE DATE: 1/6/2015 | RESOURCES CONNECTION LLC P.O. BOX 740909 LOS ANGELES, CA 90074-0909 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1498 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES PROJECT AGREEMENT EFFECTIVE DATE: 8/16/2017 | RESOURCES CONNECTION LLC P.O. BOX 740909 LOS ANGELES, CA 90074-0909 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1499 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES PROJECT AGREEMENT AMENDMENT EFFECTIVE DATE: 8/16/2017 | RESOURCES CONNECTION LLC P.O. BOX 740909 LOS ANGELES, CA 90074-0909 |
| 2.1500 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES PROJECT AGREEMENT EFFECTIVE DATE - 9/8/2016 | RESOURCES GLOBAL PROFESSIONALS (RGP) 17101 ARMSTRONG AVE IRVINE, CA 92614 |
| 2.1501 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT EFFECTIVE DATE: 5/9/2016 | RICHARD OVERMAN 5461 KENRIDGE DR CINCINNATI, OH 45242 |
| 2.1502 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT EFFECTIVE DATE: 2/1/2013 | RICHMAN, RONALD |
| 2.1503 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER EXECUTIVE SUMMIT EFFECTIVE DATE - 6/18/2018 | RIVER SPIRIT CASINO RESORT P.O. BOX 700833 TULSA, OK 74170 |
| 2.1504 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COPYRIGHT AGREEMENT EFFECTIVE DATE: 10/1/2014 | ROBERT BILLINGS PRODUCTIONS 1311 S GUTHRIE TULSA, OK 74119 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1505** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | B-2 SPLASH PAN NEW MANUFACTURING EFFECTIVE DATE - 6/12/2017<br><br>4 YEARS | ROC-AIR ROC-AIR CORP 2198 POMONA BLVD POMONA, CA  81768 |
| **2.1506** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER EFFECTIVE DATE: 6/6/2017 | ROC-AIRE CORP 2198 POMONA BLVD POMONA, CA  91768 |
| **2.1507** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT EFFECTIVE DATE: 5/23/2007 | ROCKWELL COLLINS AEROSPACE AND 600 KOMAS DR SALT LAKE CITY, UT  84108 |
| **2.1508** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENTERPRISE SOURCING AGREEMENT EFFECTIVE DATE: 11/25/2013 | ROCKWELL COLLINS INC 600 KOMAS DR SALT LAKE CITY, UT  84108 |
| **2.1509** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENTERPRISE SOURCING AGREEMENT AMENDMENT EFFECTIVE DATE: 2/14/2013 | ROCKWELL COLLINS INC 600 KOMAS DR SALT LAKE CITY, UT  84108 |
| **2.1510** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENTERPRISE SOURCING AGREEMENT AMENDMENT EFFECTIVE DATE: 5/8/2014 | ROCKWELL COLLINS INC 600 KOMAS DR SALT LAKE CITY, UT  84108 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1511 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENTERPRISE SOURCING AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 9/29/2015 | ROCKWELL COLLINS INC<br>600 KOMAS DR<br>SALT LAKE CITY, UT 84108 |
| 2.1512 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 6/27/2012 | ROCKWELL COLLINS INC<br>600 KOMAS DR<br>SALT LAKE CITY, UT 84108 |
| 2.1513 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 4/12/2013 | ROCKWELL COLLINS INC<br>600 KOMAS DR<br>SALT LAKE CITY, UT 84108 |
| 2.1514 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT<br>EFFECTIVE DATE: 9/14/2015 | ROCKWELL COLLINS INC<br>600 KOMAS DR<br>SALT LAKE CITY, UT 84108 |
| 2.1515 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TEAMING AGREEMENT<br>EFFECTIVE DATE: 5/19/2015 | ROCKWELL COLLINS INC<br>600 KOMAS DR<br>SALT LAKE CITY, UT 84108 |
| 2.1516 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OBTAINS MAINTENANCE DATA FOR THE V2500 INLETS THROUGH PURCHASE ORDER, AS NEEDED (3/23/2018) | ROHR / UTC AEROSPACE SYSTEMS<br>850 LAGOON DRIVE<br>CHULA VISTA, CA 91910 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1517 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UTC AEROSPACE SYSTEMS TECHNICAL PUBLICATIONS AND DATA GENERAL TERMS AGREEMENT EFFECTIVE DATE - 3/23/2018 | ROHR / UTC AEROSPACE SYSTEMS 850 LAGOON DRIVE CHULA VISTA, CA  91910 |
| 2.1518 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TECHNICAL PUBLICATIONS & DATA GTA EFFECTIVE DATE: 3/23/2018 | ROHR INC 850 LAGOON DR CHULA VISTA, CA  91910 |
| 2.1519 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DEVELOPMENT AGREEMENT EFFECTIVE DATE: 2/24/2008 | ROLLS ROYCE CORPORATION 316 VISCOUNT WAY LHR HOUNSLOW  TW6 2JL UNITED KINGDOM |
| 2.1520 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REPAIR STATION AGREEMENT EFFECTIVE DATE: 2/28/2003 | ROLLS ROYCE INC 316 VISCOUNT WAY LHR HOUNSLOW  TW6 2JL UNITED KINGDOM |
| 2.1521 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REPAIR VENDOR AGREEMENT RELATING TO RB211 TYPE ENGINES EFFECTIVE DATE - 5/16/2012 | ROLLS-ROYCE NORTH AMERICA INC 1875 EXPLORER ST SUITE 200 RESTIN, VA  20190 |
| 2.1522 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENTAL AGREEMENT EFFECTIVE DATE: 12/1/2007 | ROLLS-ROYCE NORTH AMERICA INC MAINTENANCE & ENGINEERING CTR FORT WORTH, TX  76161-0024 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1523 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 11/20/2008 | ROLLS-ROYCE NORTH AMERICA INC<br>MAINTENANCE & ENGINEERING CTR<br>FORT WORTH, TX 76161-0024 |
| 2.1524 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REPAIR VENDOR AGREEMENT DATED MAY 16, 2012 (THIS AGREEMENT HAS NOT BEEN SIGNED BUT IS IN PROCESS OF BEING FINALIZED AND SIGNED) | ROLLS-ROYCE NORTH AMERICA, INC.<br>65 BUCKINGHAM GATE<br>LONDON  SW1E 6AT<br>UNITED KINGDOM |
| 2.1525 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REPAIR VENDOR LICENSE AGREEMENT RELATING TO RB211 TYPE ENGINES | ROLLS-ROYCE NORTH AMERICA, INC.<br>65 BUCKINGHAM GATE<br>LONDON  SW1E 6AT<br>UNITED KINGDOM |
| 2.1526 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REPAIR VENDOR LICENCE AGREEMENT<br>EFFECTIVE DATE: 5/25/2017 | ROLLS-ROYCE PLC<br>316 VISCOUNT WAY LHR<br>HOUNSLOW  TW6 2JL<br>UNITED KINGDOM |
| 2.1527 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOU<br>EFFECTIVE DATE: 4/19/2010 | ROTEM INDUSTRIES LTD |
| 2.1528 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TECHNICAL MANUALS/DATA AGREEMENT<br>EFFECTIVE DATE: 3/13/2018 | ROYAL JET LLC<br>ABU DHABI  60666<br>UNITED ARAB EMIRATES |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1529 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NEGOTIATED TERMS AND CONDITIONS<br>EFFECTIVE DATE: 4/6/2015 | RSI VISUAL SYSTEMS INC<br>615 FREEPORT PARKWAY<br>COPPELL, TX  75019 |
| 2.1530 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOU<br>EFFECTIVE DATE: 9/18/2009 | RUAG AEROSPACE<br>GENEVA 1215<br>SWITZERLAND |
| 2.1531 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TECHNICAL MANUALS/DATA AGREEMENT<br>EFFECTIVE DATE: 10/12/2017 | RYANAIR DAC<br>EXECUTIVE JET TERMINAL<br>DUBLIN<br>IRELAND |
| 2.1532 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOU<br>EFFECTIVE DATE: 4/9/2001 | SAA TECHNICAL (SOC) LIMITED<br>JOHANNESBURG INTERNATIONAL AIRPORT<br>JOHANNESBURG, ZA  1627<br>SOUTH AFRICA |
| 2.1533 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD CONDITIONS OF PURCHASE<br>EFFECTIVE DATE: 3/28/2007 | SAAB AB (PUBL), SAAB AEROSTRUC<br>SE - 581 88<br>LINKOPING  581 88<br>SWEDEN |
| 2.1534 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 3/28/2007 | SAAB AB<br>SE - 581 88<br>LINKOPING  581 88<br>SWEDEN |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1535 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGMT 1188 EXH B ISSUE NO 9<br>EFFECTIVE DATE: 8/5/2016 | SAAB AB<br>SE - 581 88<br>LINKOPING  581 88<br>SWEDEN |
| 2.1536 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/17/2014 | SAAB AB<br>SE - 581 88<br>LINKOPING  581 88<br>SWEDEN |
| 2.1537 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/29/2015 | SAAB AB<br>SE - 581 88<br>LINKOPING  581 88<br>SWEDEN |
| 2.1538 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/10/2015 | SAAB AB<br>SE - 581 88<br>LINKOPING  581 88<br>SWEDEN |
| 2.1539 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/2/2016 | SAAB AB<br>SE - 581 88<br>LINKOPING  581 88<br>SWEDEN |
| 2.1540 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 11/20/2014 | SAAB AB<br>SE - 581 88<br>LINKOPING  581 88<br>SWEDEN |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1541 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT AMENDMENT EFFECTIVE DATE: 11/20/2014 | SAAB AB SE - 581 88 LINKOPING  581 88 SWEDEN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1542 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT AGREEMENT WITH REASHA SALTSMAN EFFECTIVE DATE - 1/1/2014 | SAFETY SAVVY, INC 1638 S CARSON, STE 1107 TULSA, OK  74119 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1543 | **State what the contract or lease is for and the nature of the debtor's interest** | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 3/15/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1544 | **State what the contract or lease is for and the nature of the debtor's interest** | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 4/25/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1545 | **State what the contract or lease is for and the nature of the debtor's interest** | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 5/8/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1546 | **State what the contract or lease is for and the nature of the debtor's interest** | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 5/15/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1547** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 5/15/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |
| **2.1548** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 5/23/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |
| **2.1549** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 5/29/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |
| **2.1550** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 6/6/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |
| **2.1551** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 6/12/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |
| **2.1552** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 6/14/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1553  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 6/19/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |
| 2.1554  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 6/19/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |
| 2.1555  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 6/27/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |
| 2.1556  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 7/3/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |
| 2.1557  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 7/3/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |
| 2.1558  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 7/17/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1559 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 7/24/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |
| 2.1560 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 7/24/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |
| 2.1561 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | APLAS/ACOMP TO SUPPORT TEXTRON AVIATION INC (BEECHCRAFT) EFFECTIVE DATE - 7/31/2018 | SAFRAN ELECTRICAL & POWER MEXICO, S.A. DE C.V NICHOLAS GOGOL 11322. COMPLEJO INDUSTRIAL CHIHUAHUA  31136 MEXICO |
| 2.1562 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT AMENDMENT EFFECTIVE DATE: 7/18/2002 | SAINT GOBAIN-SULLY 16 ROUTE D'LSDES BP 32 SULLY-SUR-LOIRE  45600 FRANCE |
| 2.1563 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LONG TERM AGREEMENT EFFECTIVE DATE: 2/22/2017 | SANDERS COMPOSITES INC 4075 RUFFIN RD SAN DIEGO, CA  92123 |
| 2.1564 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MEMORANDUM OF UNDERSTANDING EFFECTIVE DATE: 6/1/2018 | SANDHILLS PUBLISHING COMPANY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1565 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING EFFECTIVE DATE - 6/1/2018 | SANDHILLS PUBLISHING COMPANY<br>120 W. HARVEST DR.<br>LINCOLN, NE  68521 |
| 2.1566 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE LICENSE AGREEMENT EFFECTIVE DATE: 9/21/2004 | SAP AMERICA INC<br>P.O. BOX 7780-824024<br>PHILADELPHIA, PA  19182-4024 |
| 2.1567 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE LICENSE AGREEMENT EFFECTIVE DATE: 4/28/2017 | SAP AMERICA INC<br>P.O. BOX 7780-824024<br>PHILADELPHIA, PA  19182-4024 |
| 2.1568 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE LICENSE AGREEMENT AMENDMENT EFFECTIVE DATE: 1/1/2017 | SAP AMERICA INC<br>P.O. BOX 7780-824024<br>PHILADELPHIA, PA  19182-4024 |
| 2.1569 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LTA AMENDMENT EFFECTIVE DATE: 1/1/2015 | SARGENT AEROSPACE AND DEFENSE<br>5675 W BURLINGAME RD<br>TUCSON, AZ  85745 |
| 2.1570 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT PROGRAM AGREEMENT EFFECTIVE DATE: 11/3/2011 | SARGENT AEROSPACE AND DEFENSE<br>5675 W BURLINGAME RD<br>TUCSON, AZ  85745 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1571 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT EFFECTIVE DATE: 9/4/2013 | SAXUM STRATEGIC COMMUNICATIONS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1572 | **State what the contract or lease is for and the nature of the debtor's interest** | RATES - 2013 EFFECTIVE DATE: 3/20/2014 | SCHENKER 600 E DALLAS RD GRAPEVINE, TX 76051 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1573 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT EFFECTIVE DATE: 4/20/2016 | SCHORK, DR. F. JOSEPH |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1574 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT TERM SHEET EFFECTIVE DATE: 6/9/2017 | SEAL DYNAMICS LLC 600 PRIME PL HAUPPAUGE, NY 11788-5301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1575 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT AGREEMENT EFFECTIVE DATE: 7/19/2018 | SECOND TIME AROUND LLC 6011 E 111 PLACE TULSA, OK |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1576 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT AND RELEASE EFFECTIVE DATE: 12/29/2015 | SENIOR AEROSPACE KETEMA 790 GREENFIELD DRIVE EL CAJON, CA 92021 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1577 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BASIC AGREEMENT EFFECTIVE DATE: 11/30/2000 | SEVEN Q SEVEN LTD<br>9023 WETMORE RD<br>SAN ANTONIO, TX  78216-4230 |
| 2.1578 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CHANGE ORDER 1 TO PO NRD-11-SQS-01 EFFECTIVE DATE: 10/18/2011 | SEVEN Q SEVEN LTD<br>9023 WETMORE RD<br>SAN ANTONIO, TX  78216-4230 |
| 2.1579 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CHANGE ORDER TO PO EFFECTIVE DATE: 8/27/2010 | SEVEN Q SEVEN LTD<br>9023 WETMORE RD<br>SAN ANTONIO, TX  78216-4230 |
| 2.1580 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CHANGE ORDER TO PO EFFECTIVE DATE: 11/12/2010 | SEVEN Q SEVEN LTD<br>9023 WETMORE RD<br>SAN ANTONIO, TX  78216-4230 |
| 2.1581 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CHANGE ORDER TO PO EFFECTIVE DATE: 3/11/2011 | SEVEN Q SEVEN LTD<br>9023 WETMORE RD<br>SAN ANTONIO, TX  78216-4230 |
| 2.1582 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CHANGE ORDER TO PO EFFECTIVE DATE: 9/26/2011 | SEVEN Q SEVEN LTD<br>9023 WETMORE RD<br>SAN ANTONIO, TX  78216-4230 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1583 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGINEERING SERVICES AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 9/1/2007 | SEVEN Q SEVEN LTD<br>9023 WETMORE RD<br>SAN ANTONIO, TX 78216-4230 |
| 2.1584 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGINEERING SERVICES AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 1/26/2010 | SEVEN Q SEVEN LTD<br>9023 WETMORE RD<br>SAN ANTONIO, TX 78216-4230 |
| 2.1585 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGINEERING SERVICES AND OPTION AGREEMENT<br>EFFECTIVE DATE: 2/1/2005 | SEVEN Q SEVEN LTD<br>9023 WETMORE RD<br>SAN ANTONIO, TX 78216-4230 |
| 2.1586 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERIM AGREEMENT ADDENDUM<br>EFFECTIVE DATE: 8/7/2009 | SEVEN Q SEVEN LTD<br>9023 WETMORE RD<br>SAN ANTONIO, TX 78216-4230 |
| 2.1587 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERIM AGREEMENT ADDENDUM<br>EFFECTIVE DATE: 9/9/2009 | SEVEN Q SEVEN LTD<br>9023 WETMORE RD<br>SAN ANTONIO, TX 78216-4230 |
| 2.1588 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOU<br>EFFECTIVE DATE: 1/18/2004 | SEVEN Q SEVEN LTD<br>9023 WETMORE RD<br>SAN ANTONIO, TX 78216-4230 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1589 **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER AND SOW EFFECTIVE DATE: 1/26/2010 | SEVEN Q SEVEN LTD 9023 WETMORE RD SAN ANTONIO, TX 78216-4230 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.1590 **State what the contract or lease is for and the nature of the debtor's interest** | SOW EFFECTIVE DATE: 6/16/2010 | SEVEN Q SEVEN LTD 9023 WETMORE RD SAN ANTONIO, TX 78216-4230 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.1591 **State what the contract or lease is for and the nature of the debtor's interest** | SOW EFFECTIVE DATE: 3/11/2011 | SEVEN Q SEVEN LTD 9023 WETMORE RD SAN ANTONIO, TX 78216-4230 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.1592 **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION AGREEMENT & MUTUAL RELEASE EFFECTIVE DATE: 1/18/2005 | SEVEN Q SEVEN LTD 9023 WETMORE RD SAN ANTONIO, TX 78216-4230 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.1593 **State what the contract or lease is for and the nature of the debtor's interest** | FIXED PRICING AGREEMENT EFFECTIVE DATE: 1/5/2018 | SEYER INDUSTRIES INC P.O. BOX 100 ST PETERS, MO 63376 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.1594 **State what the contract or lease is for and the nature of the debtor's interest** | LONG TERM AGREEMENT EFFECTIVE DATE: 10/7/2015 | SEYER INDUSTRIES INC P.O. BOX 100 ST PETERS, MO 63376 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1595 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICES AGREEMENT EFFECTIVE DATE - 6/14/2016 | SHIELD SCREENING 6810 EAST 121ST ST BIXBY, OK  74008 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1596 | **State what the contract or lease is for and the nature of the debtor's interest** | ACOMP EFFECTIVE DATE - 2/26/2018 | SHORT BROS PLC AIRPORT RD BELFAST  BT3 9DZ UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1597 | **State what the contract or lease is for and the nature of the debtor's interest** | ACOMP EFFECTIVE DATE - 4/19/2018 | SHORT BROS PLC AIRPORT RD BELFAST  BT3 9DZ UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1598 | **State what the contract or lease is for and the nature of the debtor's interest** | ACOMP EFFECTIVE DATE - 4/24/2018 | SHORT BROS PLC AIRPORT RD BELFAST  BT3 9DZ UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1599 | **State what the contract or lease is for and the nature of the debtor's interest** | ACOMP EFFECTIVE DATE - 5/15/2018 | SHORT BROS PLC AIRPORT RD BELFAST  BT3 9DZ UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1600 | **State what the contract or lease is for and the nature of the debtor's interest** | ACOMP EFFECTIVE DATE - 5/30/2018 | SHORT BROS PLC AIRPORT RD BELFAST  BT3 9DZ UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1601 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACOMP<br>EFFECTIVE DATE - 6/27/2018 | SHORT BROS PLC<br>AIRPORT RD<br>BELFAST  BT3 9DZ<br>UNITED KINGDOM |
| 2.1602 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACOMP<br>EFFECTIVE DATE - 6/27/2018 | SHORT BROS PLC<br>AIRPORT RD<br>BELFAST  BT3 9DZ<br>UNITED KINGDOM |
| 2.1603 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACOMP<br>EFFECTIVE DATE - 6/27/2018 | SHORT BROS PLC<br>AIRPORT RD<br>BELFAST  BT3 9DZ<br>UNITED KINGDOM |
| 2.1604 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST ADDENDUM TO LONG-TERM AGREEMENT<br>EFFECTIVE DATE: 11/22/2005 | SICAMB SPA<br>VIA ESCHIDO 1<br>LATINA  04100<br>ITALY |
| 2.1605 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG-TERM AGREEMENT<br>EFFECTIVE DATE: 4/27/2004 | SICAMB SPA<br>VIA ESCHIDO 1<br>LATINA  04100<br>ITALY |
| 2.1606 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG-TERM AGREEMENT<br>EFFECTIVE DATE: 5/1/2005 | SICAMB SPA<br>VIA ESCHIDO 1<br>LATINA  04100<br>ITALY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1607 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LTA AMENDMENT<br>EFFECTIVE DATE: 11/22/2005 | SICAMB SPA<br>VIA ESCHIDO 1<br>LATINA  04100<br>ITALY |
| 2.1608 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LTA AMENDMENT<br>EFFECTIVE DATE: 1/7/2008 | SICAMB SPA<br>VIA ESCHIDO 1<br>LATINA  04100<br>ITALY |
| 2.1609 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LTA AMENDMENT<br>EFFECTIVE DATE: 4/1/2008 | SICAMB SPA<br>VIA ESCHIDO 1<br>LATINA  04100<br>ITALY |
| 2.1610 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK<br>EFFECTIVE DATE: 3/16/2006 | SICAMB SPA<br>VIA ESCHIDO 1<br>LATINA  04100<br>ITALY |
| 2.1611 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WATER PURIFICATION SYSTEM PROPOSAL<br>EFFECTIVE DATE: 2/24/2014 | SIEMENS WATER TECHNOLOGIES<br>P.O. BOX 2168<br>CAROL STREAM, IL  60132-2168 |
| 2.1612 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE LICENSE AGREEMENT<br>EFFECTIVE DATE: 1/1/2017 | SIEMENS<br>P.O. BOX 2168<br>CAROL STREAM, IL  60132-2168 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1613 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MUTUAL GENERAL RELEASE & SETTLEMENT AGRE EFFECTIVE DATE: 10/20/2000 | SIERRACIN CORPORATION<br>P.O. BOX 51125<br>LOS ANGELES, CA 90051-5425 |
| 2.1614 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK EFFECTIVE DATE: 7/19/2016 | SIGMA SOLUTIONS<br>P.O. BOX 733113<br>DALLAS, TX 75373-3113 |
| 2.1615 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACCESS REQUEST FORM EFFECTIVE DATE: 5/3/2016 | SIKORSKY AIRCRAFT CORPORATION<br>116 QUARRY RD<br>TRUMBULL, CT 06611-0867 |
| 2.1616 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CERTIFICATIONS EFFECTIVE DATE: 7/7/2010 | SIKORSKY AIRCRAFT CORPORATION<br>116 QUARRY RD<br>TRUMBULL, CT 06611-0867 |
| 2.1617 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DATA ACCESS OVERRIDE AGREEMENT EFFECTIVE DATE: | SIKORSKY AIRCRAFT CORPORATION<br>116 QUARRY RD<br>TRUMBULL, CT 06611-0867 |
| 2.1618 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LTA AMENDMENT EFFECTIVE DATE: 9/22/2016 | SIKORSKY AIRCRAFT CORPORATION<br>116 QUARRY RD<br>TRUMBULL, CT 06611-0867 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1619 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT AMENDMENT EFFECTIVE DATE: 5/15/2016 | SIMMS METAL MANAGEMENT LIMITED 2300 N LEWIS AVE TULSA, OK  74110-2120 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1620 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT AMENDMENT EFFECTIVE DATE: 2/16/2016 | SITA SC 3100 CUMBERLAND BLVD ATLANTA, GA  30339 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1621 | **State what the contract or lease is for and the nature of the debtor's interest** | TELECOM SERVICES AGREEMENT EFFECTIVE DATE: | SITA 3100 CUMBERLAND BLVD ATLANTA, GA  30339 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1622 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT 120820-01 EFFECTIVE DATE: 8/20/2012 | SJT AEROSPACE CORPORATION |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1623 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENT TO AGREEMENT EFFECTIVE DATE: 8/20/2012 | SJT AEROSPACE CORPORATION |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1624 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT EFFECTIVE DATE - 5/21/2018 | SKEYOS GMBH WEG BEIM JAGER 193 HAMBURG  22335 GERMANY |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1625** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MONTH-TO-MONTH OFFICE COMMUNICATIONS | SLACK TECHNOLOGIES, INC. 500 HOWARD STREET SAN FRANCISCO, CA 94105 |
| **2.1626** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ENGAGEMENT AGREEMENT WITH ERIC MURAVEZ EFFECTIVE DATE - 10/26/2015 | SMART SAFETY RESOURCES P.O. BOX 4441 LANCASTER, CA 93539 |
| **2.1627** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TECHNICAL MANUALS/DATA AGREEMENT EFFECTIVE DATE: 10/26/2017 | SMBC AVIATION CAPITAL DUBLIN IFSC HOUSE DUBLIN 1 IRELAND |
| **2.1628** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PO TERMS & CONDITIONS EFFECTIVE DATE: | SOLAR TURBINES INC 4217 W SEATTLE ST BROKEN ARROW, OK 74012 |
| **2.1629** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MEMBERSHIP AGREEMENT EFFECTIVE DATE: 10/24/2013 | SORCITY STRATEGIC SOURCING |
| **2.1630** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | APRES EFFECTIVE DATE - 7/30/2018 | SOUTH FLORIDA JET CENTER 5545 NW 15TH AVE, HANGAR 67 FORT LAUDERDALE, FL 33309 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1631 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASSIGNMENT AND BILL OF SALE EFFECTIVE DATE: 11/6/2008 | SOUTHERN AERO PARTNERS INC P.O. BOX 951319 DALLAS, TX 75395-1319 |
| 2.1632 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG-TERM AGREEMENT EFFECTIVE DATE: 5/23/2014 | SOUTHERN AERO PARTNERS INC P.O. BOX 951319 DALLAS, TX 75395-1319 |
| 2.1633 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LTA ADDENDUM EFFECTIVE DATE: 5/23/2014 | SOUTHERN AERO PARTNERS INC P.O. BOX 951319 DALLAS, TX 75395-1319 |
| 2.1634 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LTA ADDENDUM EFFECTIVE DATE: 5/23/2014 | SOUTHERN AERO PARTNERS INC P.O. BOX 951319 DALLAS, TX 75395-1319 |
| 2.1635 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LTA ADDENDUM EFFECTIVE DATE: 5/23/2014 | SOUTHERN AERO PARTNERS INC P.O. BOX 951319 DALLAS, TX 75395-1319 |
| 2.1636 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROMISSORY NOTE EFFECTIVE DATE: 11/6/2008 | SOUTHERN AERO PARTNERS INC P.O. BOX 951319 DALLAS, TX 75395-1319 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1637 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT EFFECTIVE DATE: 11/6/2008 | SOUTHERN AERO PARTNERS INC P.O. BOX 951319 DALLAS, TX  75395-1319 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1638 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITY AGREEMENT EFFECTIVE DATE: 11/6/2008 | SOUTHERN AERO PARTNERS INC P.O. BOX 951319 DALLAS, TX  75395-1319 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1639 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICING EFFECTIVE DATE: 1/31/2013 | SOUTHERN AEROPARTS INC P.O. BOX 951319 DALLAS, TX  75395-1319 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1640 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT AND RELEASE EFFECTIVE DATE: 3/5/2015 | SOUTHERN AIR HOLDINGS INC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1641 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT EFFECTIVE DATE: 11/3/2010 | SOUTHERN MATERIAL HANDLING P.O. BOX 470890 TULSA, OK  74147-0890 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1642 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES REPRESENTATION AGREEMENT EFFECTIVE DATE: 1/17/2002 | SOUTHERN MATERIAL HANDLING P.O. BOX 470890 TULSA, OK  74147-0890 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1643  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>EFFECTIVE DATE: 12/5/2007 | SOUTHERN MOTOR CARRIERS<br>P.O. BOX 2040<br>PEACHTREE CITY, GA  30269 |
| 2.1644  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPONENT SERVICES AGREEMENT<br>EFFECTIVE DATE: 3/1/2013 | SOUTHWEST AIRLINES<br>2702 LOVEFIELD DR<br>DALLAS, TX  75235 |
| 2.1645  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MATERIAL PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/1/2017 | SOUTHWEST AIRLINES<br>2702 LOVEFIELD DR<br>DALLAS, TX  75235 |
| 2.1646  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>EFFECTIVE DATE: 6/1/2001 | SOUTHWEST AIRLINES<br>2702 LOVEFIELD DR<br>DALLAS, TX  75235 |
| 2.1647  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TECHNICAL MANUALS/DATA AGREEMENT<br>EFFECTIVE DATE: 6/15/2017 | SOUTHWEST AIRLINES<br>2702 LOVEFIELD DR<br>DALLAS, TX  75235 |
| 2.1648  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL TERMS AGREEMENT<br>EFFECTIVE DATE: 8/25/2015 | SOUTHWEST RESEARCH INSTITUTE<br>P.O. BOX 28510<br>SAN ANTONIO, TX  78228-0510 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1649 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL TERMS AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 9/14/2015 | SOUTHWEST RESEARCH INSTITUTE<br>P.O. BOX 28510<br>SAN ANTONIO, TX  78228-0510 |
| 2.1650 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOURCING SUPPLY FRAMEWORK AGREEMENT<br>EFFECTIVE DATE: 9/22/2010 | SPIRIT AEROSYSTEMS EUROPE LIMITED<br>PRESTWICK INTERNATIONAL AIRPORT<br>AYRSHIRE  KA9 2RW<br>UNITED KINGDOM |
| 2.1651 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGM ATTACHMENT<br>EFFECTIVE DATE: 4/27/2011 | SPIRIT AEROSYSTEMS INC<br>2810 ROUSE ROAD EXT<br>KINSTON, NC  28504 |
| 2.1652 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIXED PRICE CONTRACT<br>EFFECTIVE DATE: 9/30/2008 | SPIRIT AEROSYSTEMS INC<br>2810 ROUSE ROAD EXT<br>KINSTON, NC  28504 |
| 2.1653 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 10/1/2014 | SPIRIT AEROSYSTEMS INC<br>2810 ROUSE ROAD EXT<br>KINSTON, NC  28504 |
| 2.1654 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTS CATALOG<br>EFFECTIVE DATE: 4/27/2011 | SPIRIT AEROSYSTEMS INC<br>2810 ROUSE ROAD EXT<br>KINSTON, NC  28504 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1655 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/11/2011 | SPIRIT AEROSYSTEMS INC<br>2810 ROUSE ROAD EXT<br>KINSTON, NC  28504 |
| 2.1656 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENTAL NOTES<br>EFFECTIVE DATE: 11/22/2010 | SPIRIT AEROSYSTEMS INC<br>2810 ROUSE ROAD EXT<br>KINSTON, NC  28504 |
| 2.1657 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENTAL PROCUREMENT NOTES<br>EFFECTIVE DATE: 12/12/2011 | SPIRIT AEROSYSTEMS INC<br>2810 ROUSE ROAD EXT<br>KINSTON, NC  28504 |
| 2.1658 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TEAMING AGREEMENT<br>EFFECTIVE DATE: 5/16/2007 | SPIRIT AEROSYSTEMS INC<br>2810 ROUSE ROAD EXT<br>KINSTON, NC  28504 |
| 2.1659 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES<br>EFFECTIVE DATE - 5/29/2018 | SPIRIT AEROSYSTEMS, INC.<br>P.O. BOX 780008<br>WICHITA, KS  67278-0008 |
| 2.1660 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES<br>EFFECTIVE DATE - 12/13/2017 | SPIRIT AEROSYSTEMS, INC.<br>P.O. BOX 780008<br>WICHITA, KS  67278-0008 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1661 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES<br>EFFECTIVE DATE - 6/21/2018 | SPIRIT AEROSYSTEMS, INC.<br>P.O. BOX 780008<br>WICHITA, KS  67278-0008 |
| 2.1662 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES<br>EFFECTIVE DATE - 1/18/2018 | SPIRIT AEROSYSTEMS, INC.<br>P.O. BOX 780008<br>WICHITA, KS  67278-0008 |
| 2.1663 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES<br>EFFECTIVE DATE - 12/13/2017 | SPIRIT AEROSYSTEMS, INC.<br>P.O. BOX 780008<br>WICHITA, KS  67278-0008 |
| 2.1664 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES<br>EFFECTIVE DATE - 12/13/2017 | SPIRIT AEROSYSTEMS, INC.<br>P.O. BOX 780008<br>WICHITA, KS  67278-0008 |
| 2.1665 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 787 WINDOW FRAMES<br>EFFECTIVE DATE - 1/18/2018 | SPIRIT AEROSYSTEMS, INC.<br>P.O. BOX 780008<br>WICHITA, KS  67278-0008 |
| 2.1666 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION AGREEMENT<br>EFFECTIVE DATE: 1/25/2016 | SPIRIT ELECTRIC INC<br>831 W ELGIN ST<br>BROKEN ARROW, OK  74012 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1667 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT MODIFICATION EFFECTIVE DATE: 8/16/2004 | SPIRIT WING AVIATION LTD 510 AIRPORT RD GUTHRIE, OK 73044 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1668 | **State what the contract or lease is for and the nature of the debtor's interest** | ARBITRATION ORDER EFFECTIVE DATE: 2/21/2006 | SPIRIT WING AVIATION LTD 510 AIRPORT RD GUTHRIE, OK 73044 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1669 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTOR AGREEMENT EFFECTIVE DATE: 12/11/2014 | SPRAY EQUIPMENT & SERVICE CEN P.O. BOX 3580 WICHITA, KS 67201-3580 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1670 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT EFFECTIVE DATE: 12/16/2010 | SPRINTER SERVICES INC 528 N WILLOW PL JENKS, OK 74037 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1671 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSPORTATION SERVICES AGREEMENT EFFECTIVE DATE: 11/20/2009 | SPRINTER SERVICES INC 528 N WILLOW PL JENKS, OK 74037 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1672 | **State what the contract or lease is for and the nature of the debtor's interest** | REP/OH AGREEMENT EFFECTIVE DATE: 1/1/2004 | SR TECHNICS SWITZERLAND ZURICH AIRPORT ZURICH 8058 SWITZERLAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1673 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT AGREEMENT WITH STACY DAVIS (BOONE) | STACY DAVIS (BOONE) 5555 S 97TH W AVE SAND SPRINGS, OK 74063 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1674 | **State what the contract or lease is for and the nature of the debtor's interest** | APRES EFFECTIVE DATE - 7/30/2018 | STANDARDAERO BUSINESS AVIATION SERVICE LLC 1200  N AIRPORT DRIVE SPRINGFIELD, IL  62707 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1675 | **State what the contract or lease is for and the nature of the debtor's interest** | AVIATION GENERAL LIABILITY INSURANCE AGREEMENT EFFECTIVE DATE - 8/1/2017 | STARR INDEMNITY & LIABILTY COMPANY 399 PARK AVE, 8TH FLOOR NEW YORK, NY  10022 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1676 | **State what the contract or lease is for and the nature of the debtor's interest** | AVIATION GENERAL LIABILITY INSURANCE AGREEMENT EFFECTIVE DATE - 8/1/2018 | STARR INDEMNITY & LIABILTY COMPANY 399 PARK AVE, 8TH FLOOR NEW YORK, NY  10022 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1677 | **State what the contract or lease is for and the nature of the debtor's interest** | APRES EFFECTIVE DATE - 11/13/2017 | STEECON INC 5362 INDUSTRIAL DR HUNTINGTON BEACH, CA  92649 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1678 | **State what the contract or lease is for and the nature of the debtor's interest** | APRES EFFECTIVE DATE - 8/1/2018 | STEECON INC 5362 INDUSTRIAL DR HUNTINGTON BEACH, CA  92649 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1679 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 9/16/2009 | STINNETT & ASSOCIATES<br>8801 S YALE<br>TULSA, OK  74137 |
| 2.1680 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 11/30/2015 | STINNETT & ASSOCIATES<br>8801 S YALE<br>TULSA, OK  74137 |
| 2.1681 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NVD FACILITY | STIRLING CAPITAL INVESTMENTS LLC<br>27422 PORTOLA PKWY<br>FOOTHILL RANCH, CA  92610 |
| 2.1682 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>EFFECTIVE DATE: 7/13/2011 | STROM AVIATION INC<br>109 S ELM ST<br>WACONIA, MN  55387 |
| 2.1683 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG-TERM AGREEMENT<br>EFFECTIVE DATE: 7/27/2015 | STS COMPONENT SOLUTIONS LLC<br>P.O. BOX 890927<br>CHARLOTTE, NC  28289-0927 |
| 2.1684 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TECHNICAL MANUALS/DATA AGREEMENT<br>EFFECTIVE DATE: 12/13/2017 | SUNEXPRESS<br>MEHMETCIK MAH ASPENDOS BULVARI<br>ANTALYA, 06  07300<br>TURKEY |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1685 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM 2 TO INTERIM AGREEMENT EFFECTIVE DATE: 7/13/2012 | SUNGARD AVANTGARD 14044 COLLECTIONS CENTER DRIVE CHICAGO, IL  60693 |
| 2.1686 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GETPAID SOFTWARE AGREEMENT EFFECTIVE DATE: 12/30/2005 | SUNGARD AVANTGARD 14044 COLLECTIONS CENTER DRIVE CHICAGO, IL  60693 |
| 2.1687 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG-TERM AGREEMENT EFFECTIVE DATE: 4/8/2016 | SUPERFORM USA 6825 JURUPA AVE RIVERSIDE, CA  92504 |
| 2.1688 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER CONTRACT EFFECTIVE DATE: 5/9/2012 | SUPPLYON AG |
| 2.1689 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT EFFECTIVE DATE: 12/1/2009 | TACTAIR FLUID CONTROLS INC 4806 W TAFT RD LIVERPOOL, NY  13088 |
| 2.1690 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | END USER LICENSE AGREEMENT EFFECTIVE DATE: 6/30/2009 | TAGETIK NORTH AMERICA LLC 1055 SUMMER ST STAMFORD, CT  06905 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1691 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT EFFECTIVE DATE: 6/30/2009 | TAGETIK NORTH AMERICA LLC 1055 SUMMER ST STAMFORD, CT 06905 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1692 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK EFFECTIVE DATE: 7/28/2009 | TAGETIK NORTH AMERICA LLC 1055 SUMMER ST STAMFORD, CT 06905 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1693 | **State what the contract or lease is for and the nature of the debtor's interest** | PARENT GUARANTY EFFECTIVE DATE: 9/14/2009 | TAGETIK SOFTWARE S R L 1055 SUMMER ST STAMFORD, CT 06905 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1694 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT EFFECTIVE DATE: 4/4/2016 | TALMADGE POWELL CREATIVE LLC 211 W 11 ST TULSA, OK 74119 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1695 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT EFFECTIVE DATE: 7/12/2011 | TAM LINHAS AEREAS SA RUA GAL PANTALEAO TELLES 210 SAO PAULO, SP 04355-040 BRAZIL |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1696 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE AGREEMENT EFFECTIVE DATE: 1/21/2018 | TAM LINHAS AEREAS SA RUA GAL PANTALEAO TELLES 210 SAO PAULO, SP 04355-040 BRAZIL |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1697 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTPILOT COMMISSION AGREEMENT EFFECTIVE DATE - 6/29/2018 | TARMAC AEROSAVE<br>L'AERODROME TARBES-LOURDES<br>PYRENEES, AZEREIX  65380<br>FRANCE |
| 2.1698 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | END USER FORM<br>EFFECTIVE DATE: 2/21/2018 | TECHNIA TRANSCAT<br>55 SHUMAN BLVD<br>NAPERVILLE, IL  60563 |
| 2.1699 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | END USER LICENSE AGREEMENT<br>EFFECTIVE DATE: | TECHNIA TRANSCAT<br>55 SHUMAN BLVD<br>NAPERVILLE, IL  60563 |
| 2.1700 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 6/30/2007 | TENCATE ADVANCED COMPOSITES<br>2450 CORDELIA RD<br>FAIRFIELD, CA  94534 |
| 2.1701 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER PURCHASE & SUPPORT AGREEMENT AMENDMENT EFFECTIVE DATE: 3/1/2018 | TEXTRON AVAITION INC<br>2 CESSNA BLVD DOCK 2<br>WICHITA, KS  67215 |
| 2.1702 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSITION AGREEMENT<br>EFFECTIVE DATE: 2/28/2018 | TEXTRON AVAITION INC<br>2 CESSNA BLVD DOCK 2<br>WICHITA, KS  67215 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1703 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSENT LETTER AGREEMENT/BEECHCRAFT & CESSNA EFFECTIVE DATE: 6/5/2014 | TEXTRON AVIATION INC<br>2 CESSNA BLVD DOCK 2<br>WICHITA, KS 67215 |
| 2.1704 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES EFFECTIVE DATE - 5/21/2018 | TEXTRON AVIATION INC. (BEECHCRAFT)<br>2 CESSNA BLVD. DOCK 2<br>WICHITA, KS 67215 |
| 2.1705 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES EFFECTIVE DATE - 5/21/2018 | TEXTRON AVIATION INC. (BEECHCRAFT)<br>2 CESSNA BLVD. DOCK 2<br>WICHITA, KS 67215 |
| 2.1706 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES EFFECTIVE DATE - 5/21/2018 | TEXTRON AVIATION INC. (BEECHCRAFT)<br>2 CESSNA BLVD. DOCK 2<br>WICHITA, KS 67215 |
| 2.1707 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES EFFECTIVE DATE - 6/11/2018 | TEXTRON AVIATION INC. (BEECHCRAFT)<br>2 CESSNA BLVD. DOCK 2<br>WICHITA, KS 67215 |
| 2.1708 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARES EFFECTIVE DATE - 7/13/2018 | TEXTRON AVIATION INC. (BEECHCRAFT)<br>2 CESSNA BLVD. DOCK 2<br>WICHITA, KS 67215 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1709 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SPARES <br> EFFECTIVE DATE - 7/19/2018 | TEXTRON AVIATION INC. (BEECHCRAFT) <br> 2 CESSNA BLVD.  DOCK 2 <br> WICHITA, KS  67215 |
| 2.1710 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SPARES <br> EFFECTIVE DATE - 6/26/2018 | TEXTRON AVIATION INC. (BEECHCRAFT) <br> 2 CESSNA BLVD.  DOCK 2 <br> WICHITA, KS  67215 |
| 2.1711 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SPARES <br> EFFECTIVE DATE - 5/17/2018 | TEXTRON AVIATION INC. (BEECHCRAFT) <br> 2 CESSNA BLVD.  DOCK 2 <br> WICHITA, KS  67215 |
| 2.1712 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SPARES <br> EFFECTIVE DATE - 7/20/2018 | TEXTRON AVIATION INC. (BEECHCRAFT) <br> 2 CESSNA BLVD.  DOCK 2 <br> WICHITA, KS  67215 |
| 2.1713 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SPARES <br> EFFECTIVE DATE - 7/13/2018 | TEXTRON AVIATION INC. (BEECHCRAFT) <br> 285 S GREENWICH <br> WICHITA, KS  67207 |
| 2.1714 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SPARES <br> EFFECTIVE DATE - 2/23/2018 | TEXTRON AVIATION INC. (BEECHCRAFT) <br> P43 7121 SW BOULEVARD <br> WICHITA, KS  67215 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1715 | **State what the contract or lease is for and the nature of the debtor's interest** | SPARES<br>EFFECTIVE DATE - 5/7/2018 | TEXTRON AVIATION INC. (BEECHCRAFT)<br>P43 7121 SW BOULEVARD<br>WICHITA, KS 67215 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1716 | **State what the contract or lease is for and the nature of the debtor's interest** | SPARES<br>EFFECTIVE DATE - 4/2/2018 | TEXTRON AVIATION INC. (BEECHCRAFT)<br>P43 7121 SW BOULEVARD<br>WICHITA, KS 67215 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1717 | **State what the contract or lease is for and the nature of the debtor's interest** | SPARES<br>EFFECTIVE DATE - 7/26/2018 | TEXTRON AVIATION INC. (BEECHCRAFT)<br>P43 7121 SW BOULEVARD<br>WICHITA, KS 67215 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1718 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT BETWEEN THE CESSNA AIRCRAFT COMPANY AND THE NORDAM GROUP, INC.<br>EFFECTIVE DATE - 5/23/2001 | TEXTRON AVIATION INC. (CESSNA)<br>5800 E PAWNEE<br>WICHITA, KS 67218 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1719 | **State what the contract or lease is for and the nature of the debtor's interest** | F/A-18 SUPER HORNET TEF AND H-STAB REPAIRS<br>EFFECTIVE DATE - 11/16/2017 | THE BOEING COMPANY<br>5000 E. MCDOWELL RD<br>BUILDING 510<br>MESA, AZ 63166 |
| | **State the term remaining** | 5 YEARS | |
| | **List the contract number of any government contract** | | |
| 2.1720 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENTAL LICENSE AGREEMENT NO. 04-143 DATED OCTOBER 13, 2004 | THE BOEING COMPANY<br>P.O. BOX 3707<br>SEATTLE, WA 98124 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1721 **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENTAL LICENSE AGREEMENT NO. 04-143 TO HARDWARE, MATERIAL, SERVICES GENERAL TERMS AGREEMENT NO. NOP EFFECTIVE DATE - 10/13/2004 | THE BOEING COMPANY P.O. BOX 3707 SEATTLE, WA  98124 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.1722 **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENTAL LICENSE AGREEMENT NO. 09-100 DATED NOVEMBER 5, 2010 | THE BOEING COMPANY P.O. BOX 3707 SEATTLE, WA  98124 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.1723 **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENTAL LICENSE AGREEMENT NO. 09-100 TO HARDWARE MATERIAL SERVICES GENERAL TERMS AGREEMENT NO. NEL EFFECTIVE DATE - 11/5/2010 | THE BOEING COMPANY P.O. BOX 3707 SEATTLE, WA  98124 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.1724 **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENTAL LICENSE AGREEMENT NO. 35Y38Y | THE BOEING COMPANY P.O. BOX 3707 SEATTLE, WA  98124 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.1725 **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENTAL LICENSE AGREEMENT NO. 35Y38Y  -- THIS AGREEMENT IS NOT SIGNED | THE BOEING COMPANY P.O. BOX 3707 SEATTLE, WA  98124 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.1726 **State what the contract or lease is for and the nature of the debtor's interest** | B-52 TIP GEAR DOOR NEW MANUFACTURING EFFECTIVE DATE - 2/14/2011 | THE BOEING COMPANY P.O. BOX 516 ST LOUIS, MO  63166 |
| **State the term remaining** | N/A | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1727** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | F/A-18 GUN BAY DOOR NEW MANUFACTURING EFFECTIVE DATE - 3/19/2018<br><br>3.5 YEARS | THE BOEING COMPANY P.O. BOX 516 ST LOUIS, MO 63166 |
| **2.1728** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FOREIGN COMMERCIAL PACKAGE POLICY EFFECTIVE DATE - 8/1/2017 | THE INSURANCE CO OF THE STATE OF PA 175 WATER STREET, 18TH FLOOR NEW YORK, NY 10038 |
| **2.1729** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FOR 4 HAWKER 800A FAN DUCTS EFFECTIVE DATE - 7/10/2018 | THE LUBRICATION GROUP, LLC 3351 W 71ST AVENUE WESTMINISTER, CO 80030 |
| **2.1730** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LUBRICATION GROUP POS EFFECTIVE DATE - 7/10/2018 | THE LUBRICATION GROUP, LLC 3351 W 71ST AVENUE WESTMINISTER, CO 80030 |
| **2.1731** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TOGETHER TOTALING $805,495 EFFECTIVE DATE - 7/10/2018 | THE LUBRICATION GROUP, LLC 3351 W 71ST AVENUE WESTMINISTER, CO 80030 |
| **2.1732** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDED RESTATED LTR AGMT & SOW #2 EFFECTIVE DATE: 9/15/2015 | THOUGHTWORKS INC 200 E RANDOLPH ST CHICAGO, IL 60601 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1733 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FRAMEWORK LETTER AGREEMENT EFFECTIVE DATE: 11/20/2015 | THOUGHTWORKS INC 200 E RANDOLPH ST CHICAGO, IL 60601 |
| 2.1734 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT & SOW #1 EFFECTIVE DATE: 9/15/2015 | THOUGHTWORKS INC 200 E RANDOLPH ST CHICAGO, IL 60601 |
| 2.1735 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLIENT AGREEMENT EFFECTIVE DATE: 6/3/2005 | TITAN CONSULTING LLP 3411 PRESTON RD FRISCO, TX 75034 |
| 2.1736 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TECHNICAL MANUALS/DATA AGREEMENT EFFECTIVE DATE: 10/26/2017 | TRANSAVIA SCHIPHOL AIRPORT SCHIPHOL 1118 ZM THE NETHERLANDS |
| 2.1737 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF INTENT EFFECTIVE DATE: 3/4/2010 | TRANSIT SERVICES INC 4014 S MAYBELLE AVE TULSA, OK 74107 |
| 2.1738 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCESS D&O POLICY EFFECTIVE DATE - 8/1/2018 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA 1 TOWER SQ #2MS HARTFORD, CT 06183 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1739 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXCESS D&O POLICY EFFECTIVE DATE - 8/1/2019 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA 1 TOWER SQ #2MS HARTFORD, CT  06183 |
| 2.1740 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXCESS D&O POLICY EFFECTIVE DATE - 8/1/2019 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA 1 TOWER SQ #2MS HARTFORD, CT  06183 |
| 2.1741 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT EFFECTIVE DATE: 6/26/2001 | TRITON AVIATION FINANCE STE 500 55 GREEN ST SAN FRANCISCO, CA  94111 |
| 2.1742 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPORT PROPOSAL EFFECTIVE DATE: 9/19/2001 | TRITON AVIATION SERVICES LTD STE 500 55 GREEN ST SAN FRANCISCO, CA  94111 |
| 2.1743 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE ORDER 117-828812AZ EFFECTIVE DATE: 3/16/2010 | TRIUMPH AEROSTRUCTURES LLC 1401 NOLAN RYAN EXPRESSWAY ARLINGTON, TX  76011 |
| 2.1744 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE ORDER AMENDMENT EFFECTIVE DATE: 8/31/2012 | TRIUMPH AEROSTRUCTURES LLC 1401 NOLAN RYAN EXPRESSWAY ARLINGTON, TX  76011 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1745 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTPILOT COMMISSION AGREEMENT EFFECTIVE DATE - 6/25/2018 | TRIUMPH AIRBORNE STRUCTURES 115 CENTENNIAL DR. HOT SPRINGS, AR  71913 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1746 | **State what the contract or lease is for and the nature of the debtor's interest** | G650 - CONDOR EFFECTIVE DATE - 4/9/2018 | TRIUMPH COMPOSITE SYSTEMS, INC. 1514 S FLINT ROAD SPOKANE, WA  99224 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1747 | **State what the contract or lease is for and the nature of the debtor's interest** | G650 - CONDOR EFFECTIVE DATE - 5/1/2018 | TRIUMPH COMPOSITE SYSTEMS, INC. 1514 S FLINT ROAD SPOKANE, WA  99224 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1748 | **State what the contract or lease is for and the nature of the debtor's interest** | G650 - CONDOR EFFECTIVE DATE - 5/23/2018 | TRIUMPH COMPOSITE SYSTEMS, INC. 1514 S FLINT ROAD SPOKANE, WA  99224 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1749 | **State what the contract or lease is for and the nature of the debtor's interest** | G650 - CONDOR EFFECTIVE DATE - 2/7/2018 | TRIUMPH COMPOSITE SYSTEMS, INC. 1514 S FLINT ROAD SPOKANE, WA  99224 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1750 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT EFFECTIVE DATE: 2/21/2006 | TRIUMPH COMPOSITES SYSTEMS 1401 NOLAN RYAN EXPRESSWAY ARLINGTON, TX  76011 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    The NORDAM Group, Inc.        Case number (if known) 18-11699
_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1751 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERM SHEET<br>EFFECTIVE DATE: 8/3/2017 | TRIUMPH GROUP, INC<br>DBA TRIUMPH FABRICATIONS<br>1923 CENTRAL AVE<br>HOT SPRINGS, AK  71901 |
| 2.1752 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UPDATED PRICING<br>EFFECTIVE DATE: 6/15/2017 | TRIUMPH GROUP, INC<br>DBA TRIUMPH FABRICATIONS<br>1923 CENTRAL AVE<br>HOT SPRINGS, AK  71901 |
| 2.1753 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT BETWEEN NORDAM AND TRUE OFFICE LEARNING<br>EFFECTIVE DATE - 6/23/2017 | TRUE OFFICE LEARNING, INC.<br>1 GLENLAKE PKWY NE<br>SUITE 700<br>ATLANTA, GA  30328 |
| 2.1754 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | USE AGREEMENT ADDENDUM<br>EFFECTIVE DATE: 3/25/2014 | TULSA BASEBALL INC<br>4802 E 15TH ST<br>TULSA, OK  74112 |
| 2.1755 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIXED PRICING AGREEMENT<br>EFFECTIVE DATE: 3/24/2016 | TULSA PLASTICS<br>6112 E 32ND PL<br>TULSA, OK  74135 |
| 2.1756 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATING AGREEMENT<br>EFFECTIVE DATE: 9/20/2007 | TULSAIR BEECHCRAFT INC<br>P.O. BOX 582470<br>TULSA, OK  74158-2470 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1757 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES & SUBLEASE AGREEMENT EFFECTIVE DATE: 11/14/2016 | TULSAIR BEECHCRAFT INC P.O. BOX 582470 TULSA, OK  74158-2470 |
| 2.1758 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT EFFECTIVE DATE - 10/28/2016 | TURBO RESOURCES 5780 WEST OAKLAND STREET CHANDLER, AZ  85226 |
| 2.1759 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT EFFECTIVE DATE: 7/1/2013 | TURKISH AIRLINES TECHNIC ATATURK AIRPORT B GATE ISTANBUL, 34  34830 TURKEY |
| 2.1760 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT AMENDMENT EFFECTIVE DATE: 7/2/2018 | TURKISH AIRLINES TECHNIC ATATURK AIRPORT B GATE ISTANBUL, 34  34830 TURKEY |
| 2.1761 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TECHNICAL MANUALS/DATA AGREEMENT EFFECTIVE DATE: 8/14/2017 | TWAY AIR CO LTD 153 ACHASAN-RO(SEONGSUDONG2-GA) SEOUL KOREAN |
| 2.1762 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT EFFECTIVE DATE: 12/3/2004 | UNITED AIRLINES INC P.O. BOX 4607 HOUSTON, TX  77210-4607 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1763 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2018 MEDICAL/RX AND FLEXIBLE SPENDING ACCOUNTS | UNITED HEALTH CARE<br>1311 W PRESIDENT GEORGE BUSH HIGHWAY<br>RICHARDSON, TX 75080 |
| 2.1764 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2018 MEDICAL/RX AND FLEXIBLE SPENDING ACCOUNTS | UNITED HEALTH CARE<br>1311 W PRESIDENT GEORGE BUSH HIGHWAY<br>RICHARDSON, TX 75080 |
| 2.1765 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2018 MEDICAL/RX AND FLEXIBLE SPENDING ACCOUNTS | UNITED HEALTH CARE<br>1311 W PRESIDENT GEORGE BUSH HIGHWAY<br>RICHARDSON, TX 75080 |
| 2.1766 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CARRIER AGREEMENT<br>EFFECTIVE DATE: 12/11/2006 | UNITED PARCEL SERVICE<br>8135 ASHBOTTOM RD<br>LOUISVILLE, KY 40213 |
| 2.1767 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INCENTIVE PROGRAM AGREEMENT<br>EFFECTIVE DATE: 6/2/2009 | UNITED PARCEL SERVICE<br>8135 ASHBOTTOM RD<br>LOUISVILLE, KY 40213 |
| 2.1768 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INCENTIVE PROGRAM AGREEMENT<br>EFFECTIVE DATE: 8/28/2015 | UNITED PARCEL SERVICE<br>8135 ASHBOTTOM RD<br>LOUISVILLE, KY 40213 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1769** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RATES <br> EFFECTIVE DATE: 3/20/2014 | UNITED PARCEL SERVICE <br> 8135 ASHBOTTOM RD <br> LOUISVILLE, KY  40213 |
| **2.1770** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TRANSPORTATION SERVICE AGREEMENT <br> EFFECTIVE DATE: 7/7/2017 | UNITED PARCEL SERVICE <br> 8135 ASHBOTTOM RD <br> LOUISVILLE, KY  40213 |
| **2.1771** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TRANSPORTATION SERVICE AGREEMENT APPENDIX <br> EFFECTIVE DATE: 7/14/2017 | UNITED PARCEL SERVICE <br> 8135 ASHBOTTOM RD <br> LOUISVILLE, KY  40213 |
| **2.1772** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TRANSPORTATION SERVICE AGREEMENT APPENDIX <br> EFFECTIVE DATE: 7/14/2017 | UNITED PARCEL SERVICE <br> 8135 ASHBOTTOM RD <br> LOUISVILLE, KY  40213 |
| **2.1773** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | GENERAL TERMS AGREEMENT <br> EFFECTIVE DATE: 2/23/2011 | UNITED TECHNOLOGIES CORP <br> MAILSTOP 5 200 SIGNATURE WAY <br> EAST GRANBY, CT  06026 |
| **2.1774** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | GENERAL TERMS AGREEMENT <br> EFFECTIVE DATE: 5/31/2017 | UNITED TECHNOLOGIES CORP <br> MAILSTOP 5 200 SIGNATURE WAY <br> EAST GRANBY, CT  06026 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1775 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LONG-TERM AGREEMENT EFFECTIVE DATE: 7/7/2016 | UNIVERSAL MACHINING INDUSTRIES 810 E DIVISION MUENSTER, TX 76252 |
| 2.1776 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LONG-TERM AGREEMENT AMENDMENT EFFECTIVE DATE: 11/7/2017 | UNIVERSAL MACHINING INDUSTRIES 810 E DIVISION MUENSTER, TX 76252 |
| 2.1777 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**  2 YEARS <br><br> **List the contract number of any government contract** | F/A-18 LEGACY EBD REPAIRS EFFECTIVE DATE - 1/12/2017 | US NAVY (NAVSUP) NAVSUP WEAPON SYSTEMS SUPPORT 700 ROBBINS AVE PHILADELPHIA, PA 19111 |
| 2.1778 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**  5 YEARS, WITH EXTENSION <br><br> **List the contract number of any government contract** | F/A-18 LEGACY FCS REPAIRS EFFECTIVE DATE - 10/24/2009 | US NAVY (NAVSUP) NAVSUP WEAPON SYSTEMS SUPPORT 700 ROBBINS AVE PHILADELPHIA, PA 19111 |
| 2.1779 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**  5 YEARS <br><br> **List the contract number of any government contract** | F/A-18 LEGACY FCS REPAIRS EFFECTIVE DATE - 8/19/2016 | US NAVY (NAVSUP) NAVSUP WEAPON SYSTEMS SUPPORT 700 ROBBINS AVE PHILADELPHIA, PA 19111 |
| 2.1780 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**  5 YEARS <br><br> **List the contract number of any government contract** | F/A-18 LEGACY H-STABS REPAIRS EFFECTIVE DATE - 2/5/2016 | US NAVY (NAVSUP) NAVSUP WEAPON SYSTEMS SUPPORT 700 ROBBINS AVE PHILADELPHIA, PA 19111 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1781 | **State what the contract or lease is for and the nature of the debtor's interest** | F/A-18 LEGACY IWP REPAIRS EFFECTIVE DATE - 9/20/2016 | US NAVY (NAVSUP) NAVSUP WEAPON SYSTEMS SUPPORT 700 ROBBINS AVE PHILADELPHIA, PA  19111 |
| | **State the term remaining** | 5 YEARS | |
| | **List the contract number of any government contract** | | |
| 2.1782 | **State what the contract or lease is for and the nature of the debtor's interest** | F/A-18 LEGACY IWP REPAIRS EFFECTIVE DATE - 8/2/2016 | US NAVY (NAVSUP) NAVSUP WEAPON SYSTEMS SUPPORT 700 ROBBINS AVE PHILADELPHIA, PA  19111 |
| | **State the term remaining** | 5 YEARS | |
| | **List the contract number of any government contract** | | |
| 2.1783 | **State what the contract or lease is for and the nature of the debtor's interest** | F/A-18 LEGACY IWP REPAIRS EFFECTIVE DATE - 1/19/2018 | US NAVY (NAVSUP) NAVSUP WEAPON SYSTEMS SUPPORT 700 ROBBINS AVE PHILADELPHIA, PA  19111 |
| | **State the term remaining** | 5 YEARS | |
| | **List the contract number of any government contract** | | |
| 2.1784 | **State what the contract or lease is for and the nature of the debtor's interest** | F/A-18 LEGACY OWP REPAIRS EFFECTIVE DATE - 10/29/2015 | US NAVY (NAVSUP) NAVSUP WEAPON SYSTEMS SUPPORT 700 ROBBINS AVE PHILADELPHIA, PA  19111 |
| | **State the term remaining** | 5 YEARS | |
| | **List the contract number of any government contract** | | |
| 2.1785 | **State what the contract or lease is for and the nature of the debtor's interest** | F/A-18 LEGACY OWP REPAIRS EFFECTIVE DATE - 12/21/2017 | US NAVY (NAVSUP) NAVSUP WEAPON SYSTEMS SUPPORT 700 ROBBINS AVE PHILADELPHIA, PA  19111 |
| | **State the term remaining** | 5 YEARS | |
| | **List the contract number of any government contract** | | |
| 2.1786 | **State what the contract or lease is for and the nature of the debtor's interest** | F/A-18 LEGACY OWP REPAIRS EFFECTIVE DATE - 12/21/2017 | US NAVY (NAVSUP) NAVSUP WEAPON SYSTEMS SUPPORT 700 ROBBINS AVE PHILADELPHIA, PA  19111 |
| | **State the term remaining** | 5 YEARS | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1787** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | ENGAGEMENT AGREEMENT WITH S JEFF HESLOP EFFECTIVE DATE - 1/1/2018 | VALUE CREATION INSTITUTE 5111 FIELDHURST CT MASON, OH 45040 |
| **2.1788** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | PARTPILOT COMMISSION AGREEMENT EFFECTIVE DATE - 7/3/2018 | VANTAGE AIR SUPPORT 160-700 WILBUR PLACE BOHEMIA, NY 11716 |
| **2.1789** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | LONG-TERM AGREEMENT AMENDMENT EFFECTIVE DATE: 5/16/2017 | VERIFY INC P.O. BOX 19797 IRVINE, CA 92623-9797 |
| **2.1790** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | VENDOR SOW EFFECTIVE DATE - 5/16/2014 | VERIFY, INC P.O. BOX 19797 IRVINE, CA 92623-9797 |
| **2.1791** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | ARCHER LEASE | VIRGINIA L. DILBERT LIVING TRUST P.O. BOX 3627 TULSA, OK 74101-3627 |
| **2.1792** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | VSP VISION POLICY RENEWAL EFFECTIVE DATE - 1/1/2016 | VISION SERVICE PLAN, INC. OKLAHOMA 5700 GRANITE PARKWAY SUITE 455 PLANO, TX 75024 |

Debtor    The NORDAM Group, Inc. _____    Case number (if known) _____
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1793 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT<br>EFFECTIVE DATE: 7/3/2002 | VOLVO AERO LEASING LLC<br>7025 ALBERT PICK RD<br>GREENSBORO, NC  27409 |
| 2.1794 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSIGNMENT AGREEMENT AMENDMENT<br>EFFECTIVE DATE: 11/13/2007 | VOLVO AERO SERVICES LP<br>VOLVO AERO CORP<br>TROLLHAETTAN  461 81<br>SWEDEN |
| 2.1795 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROCUREMENT AUTHORIZATION<br>EFFECTIVE DATE: 11/1/2004 | VOUGHT AIRCRAFT INDUSTRIES INC<br>P.O. BOX 644695<br>PITTSBURGH, PA  15264-4695 |
| 2.1796 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BAILMENT AGREEMENT<br>EFFECTIVE DATE: 1/21/2003 | WARNER ROBINS AIR LOGISTICS CMPLX<br>216 OCMULGEE CT<br>ROBINS AFB, GA  31098-1646 |
| 2.1797 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IMPLEMENTATION AGREEMENT<br>EFFECTIVE DATE: 12/26/2014 | WARNER ROBINS AIR LOGISTICS CMPLX<br>216 OCMULGEE CT<br>ROBINS AFB, GA  31098-1646 |
| 2.1798 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLICITATION/CONTRACT - C-5 SPOILER<br>EFFECTIVE DATE: 9/25/2002 | WARNER ROBINS AIR LOGISTICS CMPLX<br>216 OCMULGEE CT<br>ROBINS AFB, GA  31098-1646 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1799 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 5/8/2018 | WB INDUSTRIES<br>1270 W TERRA LN<br>O'FALLON, MO 63366 |
| 2.1800 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE PROPOSAL AMENDMENT<br>EFFECTIVE DATE: 2/15/2002 | WELLS FARGO EQUIPMENT FINANCE<br>P.O. BOX 856937<br>MINNEAPOLIS, MN 55485-6937 |
| 2.1801 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER LEASE<br>EFFECTIVE DATE: 3/21/2002 | WELLS FARGO EQUIPMENT FINANCE<br>P.O. BOX 856937<br>MINNEAPOLIS, MN 55485-6937 |
| 2.1802 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER LEASE SUPPLEMENT<br>EFFECTIVE DATE: 3/31/2002 | WELLS FARGO EQUIPMENT FINANCE<br>P.O. BOX 856937<br>MINNEAPOLIS, MN 55485-6937 |
| 2.1803 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER LEASE SUPPLEMENT<br>EFFECTIVE DATE: 12/17/2002 | WELLS FARGO EQUIPMENT FINANCE<br>P.O. BOX 856937<br>MINNEAPOLIS, MN 55485-6937 |
| 2.1804 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTPILOT COMMISSION AGREEMENT<br>EFFECTIVE DATE - 5/17/2018 | WENCOR GROUP<br>416 DIVIDEND DRIVE<br>PEACHTREE CITY, GA 30269 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1805 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 7/28/2016 | WENCOR LLC<br>416 DIVIDEND DRIVE<br>PEACHTREE CITY, GA 30269 |
| 2.1806 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APRES<br>EFFECTIVE DATE - 8/3/2018 | WEST STAR AVIATION<br>#2 AIRLINE CT<br>EAST ALTON, IL 62024 |
| 2.1807 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONG-TERM AGREEMENT<br>EFFECTIVE DATE: 6/5/2008 | WHITTAKER CONTROLS INC<br>12838 SATICOY ST<br>NORTH HOLLYWOOD, CA 91605 |
| 2.1808 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORXTIME REPORTING AGREEMENT<br>EFFECTIVE DATE - 10/6/2017 | WORXTIME, LLC<br>360B QUALITY CIRCLE, SUITE 220<br>HUNTSVILLE, AL 35806 |
| 2.1809 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REDEMPTION & ASSIGNMENT OF LLC INTEREST<br>EFFECTIVE DATE: 4/1/2015 | WRIGHT CHAMBLISS |
| 2.1810 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/1/2018 | ZODIAC SEATS<br>KESTREL HOUSE LAKESIDE<br>CWMBRAN NP44 3HQ<br>UNITED KINGDOM |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | The NORDAM Group, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 18-11699 |

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1.    Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._ Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.1   NACELLE MANUFACTURING 1 LLC | 6910 NORTH WHIRLPOOL DRIVE TULSA, OK  74117 | JPMORGAN CHASE BANK | ☑ D ☐ E/F ☐ G |
| 2.2   NACELLE MANUFACTURING 23 LLC | 6910 NORTH WHIRLPOOL DRIVE TULSA, OK  74117 | JPMORGAN CHASE BANK | ☑ D ☐ E/F ☐ G |
| 2.3   PARTPILOT LLC | 6910 NORTH WHIRLPOOL DRIVE TULSA, OK  74117 | JPMORGAN CHASE BANK | ☑ D ☐ E/F ☐ G |
| 2.4   TNG DISC, INC. | 6910 NORTH WHIRLPOOL DRIVE TULSA, OK  74117 | JPMORGAN CHASE BANK | ☑ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor    The NORDAM Group, Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number   18-11699
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9/21/2018
    MM / DD / YYYY

✘ /s/ MATTHEW FISHER
Signature of individual signing on behalf of debtor

MATTHEW FISHER
Printed name

DEPUTY CHIEF RESTRUCTURING OFFICER
Position or relationship to debtor

**The NORDAM Group, Inc.**                    **Case Number: 18-11699**
## Schedule A/B Question #60
### Patents, Copyrights, Trademarks, and Trade Secrets

### PATENTS

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| | *FIXED GEOMETRY MIXER/EJECTOR SUPPRESSION SYSTEM FOR TURBOFAN AIRCRAFT ENGINES* | | | | | |
| | 8,082,612 | | US | | | ABANDONED & FILED AS A CONTINUED PATENT |
| | 5,440,875 | | BR | | | Expired 12/20/2014 |
| | 2,126,272 | | CA | | | Expired 06/20/2014 |
| | 3,340,844 | | JP | | | Expires 06/27/2014 |
| | 0,635,632 | | EU | | | Expires 06/16/2014 |
| | *TURBOFAN ENGINE EXHAUST MIXING AREA MODIFICATION FOR IMPROVED NOISE REDUCTION* | | | | | |
| | 5,722,233 | | US | | | Expired 6/23/2013 |
| | 2,126,539 | | CA | | | Expired 5/22/2014 |
| | 3,343,830 | | JP | | | Expired 6/23/2014 |
| | *JET ENGINE NOISE SUPPRESSION SYSTEM* | | | | | |
| | 4,909,346 | | US | | | EXPIRED 6/27/2009 (20 yr . from date of filing - 6/27/1989) |
| | 1,309,872 | | CA | | | Expired 11/09/2009 |
| | 3,136,152 | | JP | | | Expired 5/17/2010 |
| | 0,405,796 | | EU | | | Expired 6/14/2010 |
| | *MULTI-LAYERED UNBALANCED SANDWICH PANEL* | | | | | |
| | 5,667,866 | | | | | Expired 5/2/2015 |
| | 2,175,523 | | | | | Expired 5/1/2016 |
| | | 96/111,525 | | | | Per 11/17/2005 email, NORDAM does not want to pursue filing the Office Action Response. |
| | 2,300,380 | | | | | Expired 4/29/2016 |
| | *MECHANICAL REPAIR FOR A HONEYCOMB PANEL* | | | | | |
| | 5,682,678 | | US | | | Expired 11/13/2015 |
| | 5,980,174 | | US | | | Expires 10/29/2017 |
| | 2,236,042 | | CA | | | Expires 9/23/2016 |
| | 3,847,344 | | JP | | | Expires 9/23/2016 |
| | 0,861 ,378 | | EU | | | Expires 9/23/2016 |

**The NORDAM Group, Inc.**                    **Case Number: 18-11699**

## Schedule A/B Question #60
## Patents, Copyrights, Trademarks, and Trade Secrets

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| | **DGS** | | | | | |
| Owner | *Swing Pivot Thrust Reverser (20FLC63)* | | | | | |
| | | | | | | |
| | 6,260,801 | | US | 7/17/2001 | Peters, Jannetta | |
| | 2,384,651 | 2,384,651 | CA | 8/14/2005 | | |
| | 1,222,380 | 00 97 4104.2 | EU | 1/25/2015 | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| Owner | *Pivot Fairing Thrust Reverser (21Nordam4)* | | | | | |
| | 6,487,845 | | US | 12/3/2002 | Modglin, Peters | |
| | PI 0210206-4 | | BR | 9/6/2011 | | |
| | 2,448,767 | | CA | 8/16/2005 | | |
| | 1399661 | | EU | 11/6/2013 | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| Owner | *Converging Nozzle Thrust Reverser (21Nordam21)* | | | | | |
| | 6,568,172 | 09/965,194 | US | 5/27/2003 | Jannetta, Peters | |
| | PI0212845-4 | | BR | 12/19/2011 | | |
| | 2,460,854 | | CA | 8/28/2005 | | |
| | 1430212 | | EU | 9/19/2013 | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| (See Note 1) | *Confluent Variable Exhaust Nozzle (21NORDAM27)* | | | | | |
| | 6,751,944 | | US | 6/22/2004 | Lair | |
| | PI0213262-1 | | BR | 5/31/2011 | | |
| | 2,460,598 | | CA | 12/18/2012 | | |
| | 02 79 5534.3 | | EU | 1/4/2017 | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| (See Note 1) | *Duplex Mixer Exhaust Nozzle (22NORDAM3)* | | | | | |
| | 6,786,038 | | US | 9/7/2004 | Lair | |
| | P10307845-0 | | BR | 9/18/2012 | | |
| | 2,476,503 | | CA | 9/24/2005 | | |
| | 1,485,600 | | EU | 11/5/2009 | | |

**The NORDAM Group, Inc.**                              **Case Number: 18-11699**

**Schedule A/B Question #60**
**Patents, Copyrights, Trademarks, and Trade Secrets**

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| (See Note 1) | *Turbofan Variable Fan Nozzle (22NORDAM25)* | | | | | |
| | 6,983,588 | | US | 1/10/2006 | Lair | |
| | PI0306781-5 | | BR | 1/22/2013 | | |
| | 2,472,605 | | CA | 9/9/2005 | | |
| | 1,470,328 | | EU | 3/28/2007 | | |

| Owner | *Variable Area Thrust Reverser Nozzle (22NORDAM27)* | | | | | |
|---|---|---|---|---|---|---|
| | 6,688,099 | | US | 2/10/2004 | Lair | |
| | PU 0311163-6 | | BR | 6/12/2012 | | |
| | 2,486,172 | | CA | 10/3/2005 | | |
| | 1,470,328 | | EU | 8/1/2012 | | |

| Owner | *Ventilated Confluent Exhaust Nozzle (24NORDAM1)* | | | | | |
|---|---|---|---|---|---|---|
| | 7,010,905 | | US | 3/15/2006 | Lair | |
| | PI 04076044 | | BR | 2/21/2006 | | |
| | 2,515,852 | | CA | 11/11/2005 | | |
| | 1,595,068 | | EU | 12/12/2007 | | |

| (See Note 1) | *Recessed Engine Nacelle (24NORDAM3)* | | | | | |
|---|---|---|---|---|---|---|
| | 6,945,031 | | US | 9/20/2005 | Lair | |
| | PI 04075994 | | BR | 10/13/2015 | | |
| | 2,514,385 | | CA | 10/20/2005 | | |
| | 1,595,067 | 04 80 9287.8 | EU | 9/28/2016 | | |

| (See Note 1) | *Confluent Exhaust Nozzle (24NORDAM4)* | | | | | |
|---|---|---|---|---|---|---|
| | 6,971,229 | | US | 12/6/2005 | Lair | |
| | PI0407675-3 | | BR | 3/1/2006 | | |
| | 2,515,849 | | CA | 11/3/2005 | | |
| | 1,597,472 | 04 78 5726.3 | EU | 6/20/2018 | | |

| (See Note 1) | *Rotary Adjustable Exhaust Nozzle (24NORDAM5)* | | | | | |
|---|---|---|---|---|---|---|
| | 6,966,175 | | US | 11/25/2005 | Lair | |
| | PI04092023 | | BR | 3/28/2006 | | |
| | 2,517,563 | | CA | 2/21/2012 | | |
| | 1629188 | | EU | 7/31/2013 | | |

**The NORDAM Group, Inc.**                    **Case Number: 18-11699**

## Schedule A/B Question #60
## Patents, Copyrights, Trademarks, and Trade Secrets

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| Owner | *Induction Coupled Variable Nozzle (24NORDAM6P)* | | | | | |
| | 7,127,880 | | US | 10/31/2006 | Lair, Wolters | |
| | PI04139879 | | BR | 5/10/2016 | | |
| | 2,536,759 | | CA | 12/11/2005 | | |
| | 1676024 | | EU | 10/17/2012 | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| Owner | *Variable Cam Exhaust Nozzle (24NORDAM7)* | | | | | |
| | 7,093,793 | | US | 8/22/2006 | Lair | |
| | PI04139330 | | BR | 3/13/2018 | | |
| | 2,536,802 | | CA | 2/26/2013 | | |
| | 1676024 | | EU | 9/25/2013 | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| Owner | *Nested Latch Thrust Reverser (24NORDAM8)* | | | | | |
| | 7,146,796 | | US | 12/12/2006 | Lair | |
| | | PI0414047-8 | BR | not issued yet | | |
| | 2,536,693 | | CA | 3/22/2013 | | |
| | 1676025 | | EU | 11/14/2012 | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| (See Note 3) | *Aircraft Window Erosion Shield (27NORDAM1)* | | | | | |
| | 7,988,094 | | US | 8/2/2011 | Ostrem, Jackson, Wallace, Ainsworth, Brigman | |
| | | PI0806561-6 | BR | not issued yet | | |
| | 2,675,274 | | CA | 10/27/2015 | | |
| | 2,117,925 | 8779543.1 | EU | 7/19/2017 | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| (See Note 4) | *Composite Aircraft Window Frame(27NORDAM13)* | | | | | |
| | | 12/008,142 | US | | Jackson, Wallace, Ostrem | ABANDONED |
| | | PI0806560-8 | BR | | | ABANDONED |
| | | 2,675,206 | CA | | | ABANDONED |
| | | 08 724 462.0 | EU | | | ABANDONED |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| Owner | *Dual Panel Fabrication (27NORDAM14)* | | | | | |
| | 8,057,624 | | US | 11/17/2011 | Martin | |
| | | PI0820472-1 | BR | | | ABANDONED |
| | | 2,704,004 | CA | 7/21/2015 | | ABANDONED |
| | | 8849237.6 | EU | 7/27/2016 | | ABANDONED |

**The NORDAM Group, Inc.**                    **Case Number: 18-11699**
## Schedule A/B Question #60
## Patents, Copyrights, Trademarks, and Trade Secrets

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| Owner | *Hybrid Frame Co-Mold Manufacture (31NORDAM2)* | | | | | |
| | 8,714,486 | | US | 5/6/2014 | Ainsworth | |
| | | 2,817,200 | CA | Not issued yet | | |
| | | 11847471.7 | EU | Not issued yet | | |
| | 6125427 | 2013-539812 | JP | 4/14/2017 | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| Owner | *Flash Control Metal Bonding (33NORDAM2)* | | | | | |
| | 9,403,350 | 14/106,941 | US | 8/2/2016 | Reese, Butler | |
| | | BR 11 2016 013895 3 | BR | Not issued yet | | |
| | | 2,933,835 | CA | Not issued yet | | |
| | | | EU | Not issued yet | | |
| | | | JP | Not issued yet | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| Owner | *Self Recognition CNC Machining (37NORDAM1)* | | | | | |
| | | 15/631,412 | US | | | Filed 4/12/2018 |
| | | PCT/US2018/027220 | PCT | | | Filed 4/12/2018 |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| Owner | *Radome Hinged Mounting Assembly (37NORDAM2)* | | | | | |
| | | 15/996578 | US | | | Filed 7/30/2018 |
| | | PCT/US18/35780 | PCT | | | Filed 7/30/2018 |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| Owner | *Acoustic Abatement Panel (37NORDAM3)* | | | | | |
| | | 62/555320 | US - Prov | | | Utl & PCT to be filed 9/7/2018 |
| | | | PCT | | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| (See Note 2) | *Thrust Reverser Nozzle for a Turbofan Gas Turbine Engine (29NORDAM2961)* | | | | | |
| | 8,015,797 | | US | 9/11/2013 | Lair | |
| | 2,660,001 | | CA | 6/12/2012 | | |
| | 1903205 | | EU | 1014/2015 | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| (See Note 2) | *Thrust Reverser Door (29NORDAM5380)* | | | | | |
| | 8,091,827 | | US | 1/10/2012 | Lair | |
| | 2,638,720 | 2,638,720 | CA | 8/4/2015 | | |
| | 2,060,770 | 8252940.5 | EU | 6/27/2018 | | |

**The NORDAM Group, Inc.** **Case Number: 18-11699**
### Schedule A/B Question #60
### Patents, Copyrights, Trademarks, and Trade Secrets

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| (See Note 2 | *Thrust Reverser Door (29NORDAM5381)* | | | | | |
| | 8,052,086 | | US | 11/8/2011 | Lair | |
| | 2,638,860 | 2,638,860 | CA | 8/4/2015 | | |
| | | 8252853.0 | EU | Not issued yet | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| (See Note 2) | *Thrust Reverser for a Turbofan Gas Turbine engine (29NORDAM5382)* | | | | | |
| | 8,052,085 | | US | 11/8/2011 | Lair | |
| | 2,638,840 | 2,638,840 | CA | 8/11/2015 | | |
| | 2,060,768 | 8252933.0 | EU | 1/11/2017 | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| (See Note 2) | *Thrust Reverser for a Turbofan Gas Turbine engine (29NORDAM5399)* | | | | | |
| | 8,172,175 | | US | 5/8/2012 | Lair | |
| | 2,638,842 | 2,638,842 | CA | 8/4/2015 | | |
| | | 82522854.8 | EU | Not issued yet | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| (See Note 2) | *Thrust Reverser  (29NORDAM7315)* | | | | | |
| | 8,051,639 | | US | 11/8/2011 | Lair | |
| | 2,639,079 | | CA | 2/16/2016 | | |
| | 2,060,769 | | EU | 5/4/2016 | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| (See Note 2) | *Thrust Reverser  (29NORDAM7360)* | | | | | |
| | 7,735,778 | | US | 6/15/2010 | Lair | |
| | 2,639,078 | | CA | 11/3/2015 | | |
| | | 8252923.1 | EU | Not issued yet | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| (See Note 2) | *Thrust Reverser  (29NORDAM7977)* | | | | | |
| | 8,127,530 | | US | 3/6/2012 | Lair | |
| | 2,649,523 | | CA | 3/20/2012 | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| (See Note 2) | *Thrust Reverser  (29NORDAM10119)* | | | | | |
| | 8,434,715 | | US | 5/11/2013 | Lair | |
| | 112012002054.4 | | BR | Not issued yet | | |
| | 2,769,589 | | CA | 6/7/2016 | | |
| | | 10804822.4 | EU | Not issued yet | | |

**The NORDAM Group, Inc.**                                **Case Number: 18-11699**
## Schedule A/B Question #60
## Patents, Copyrights, Trademarks, and Trade Secrets

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| Owner | *Moteur A Reaction Equipe D'un Inverseur* | | | | | |
| | 2728306 | | France | | | |
| | DE 695 12 616.4 | | Germany | | | |
| | 2728306 | | Great Britain | | | |
| | 2728306 | | Italy | | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| Owner | *Inverseur de Pousee a Portes Elastique* | | | | | |
| | 2,737,753 | | France | | | |
| | | | | | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| Owner | *Inverseur de Pousee a Portes Pivotante* | | | | | |
| | 2,738,290 | | France | | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| Owner | *Couplage Souris-Portes* | | | | | |
| | 2755729 | | France | | | |

| Nature of Interest | Patent # | Patent Application # | Country | Date of Patent Issuance | Inventor(s) | Notes |
|---|---|---|---|---|---|---|
| Owner | *Couplage Souris-Portes* | | | | | |
| | 2755729 | | France | | | |

Note 1: NORDAM has ownership but has granted a license to a third party.

Note 2: NORDAM has a co-ownership interest with a third party; NORDAM also holds an exclusive license as licensee from such third party, but such license may be terminable.

Note 3: NORDAM has a co-ownership interest with a third party.

Note 4: NORDAM has a co-ownership interest with a third party, but this patent or patent application has been abandoned completely.

**The NORDAM Group, Inc.**                        **Case Number: 18-11699**
## Schedule A/B Question #60
## Patents, Copyrights, Trademarks, and Trade Secrets

### PATENT APPLICATIONS

| Nature of Interest (e.g. owner, licensee) | Serial No./Pub.No. Issue | Filing Date | Country |
|---|---|---|---|
| (See Note 2) | 112012002054 4 | 2/28/2012 | Brazil |
| Owner | BR 11 2016 013895 3 | 12/16/2014 | Brazil |
| Owner | PI04140478 | 10/6/2003 | Brazil |
| Owner | PI04149149 | 2/19/2004 | Brazil |
| (See Note 3) | PI0806561-6 | 1/9/2008 | Brazil |
| Owner | 2,126,274 | 6/20/1994 | Canada |
| Owner | 2,933,835 | 12/11/2014 | Canada |
| Owner | 2933835 | 12/16/2014 | Canada |
| (See Note 2) | 8252923.1 | 9/3/2008 | Europe |
| (See Note 2) | 8252940.5 | 9/4/2008 | Europe |
| (See Note 2) | 10804822.4 | 2/27/2012 | Europe |
| Owner | 11847471.7 | 5/7/2013 | Europe |
| (See Note 1) | 04 78 5726.3 | 2/19/2004 | Europe |
| (See Note 2) | 82522854.8 | 9/24/2008 | Europe |
| (See Note 2) | 8252853.0 | 8/28/2008 | Europe |
| Owner | 15/631,412 | 6/23/2017 | US |
| Owner | PCT/US2018/027220 | 6/24/2017 | PCT |
| Owner | 62/515007 - Prov – *US UTL application & PCT application were filed on the date this Schedule was prepared.  Application numbers not yet available* | 6/5/2017 | US |
| Owner | 62/555320 - Prov | 9/7/2017 | US |
| Owner | 14/748,070 | 2/10/2015 | US |
| Owner | BR112017017119-8 | 2/4/2016 | Brazil |
| Owner | 2,976,194 | 2/4/2016 | Canada |
| Owner | 16749619.9 | 2/4/2016 | Europe |

Note 1: NORDAM has ownership but has granted a license to a third party.

Note 2: NORDAM has a co-ownership interest with a third party; NORDAM also holds an exclusive license as licensee from such third party, but such license may be terminable.

Note 3: NORDAM has a co-ownership interest with a third party.

Note 4: NORDAM has a co-ownership interest with a third party, but this patent or patent application has been abandoned completely.

**The NORDAM Group, Inc.**                    **Case Number: 18-11699**
## Schedule A/B Question #60
## Patents, Copyrights, Trademarks, and Trade Secrets

### TRADEMARKS

| Mark | Trademark Reg/ # | Registration Date | Trademark S/N | Goods / Services Covered | Country |
|------|------------------|-------------------|---------------|--------------------------|---------|
| NORCLEAR | 5,177,518 | 4/4/2017 | 86860244 | 012 019, 021, 023, 031, 035, 044 | US |
| ULTRA IMAGE | 3,086,564 | 4/25/2006 | 78481525 | 009 021, 023, 026, 036, 038 | US |
| NORTECH | 2,705,484 | 4/8/2003 | 78087170 | 035 100, 101, 102 | US |
| INTEGRATED INTERIOR SOLUTIONS | 2,356,978 | 6/13/2000 | 75606960 | 040 100, 103, 106 | US |
| A TRADITION OF EXCELLENCE | 1,219,412 | 12/7/1982 | 75606960 | 040 100, 103, 106 | US |
| NORCOAT | 1,985,457 | 7/9/1996 | 74688519 | 012 019, 021, 023, 031, 035, 044 | US |
| NORSTAR | 1,834,544 | 5/3/1994 | 74278800 | 011 019, 034 | US |
| WEATHERMASTER | 1,815,804 | 1/11/1994 | 74327353 | 012 019 | US |
| PRISM | 1,698,042 | 6/30/1992 | 74169182 | 037 103 | US |
| NORDAM | 1,255,546 | 10/25/1983 | 73357439 | 037 103 | US |
| NORDAM & DESIGN | 0,981,531 | 4/2/1974 | 72396743 | 012 019 | US |
| NORDEX | 1,652,424 | 7/30/1991 | 74096351 | 019 012 | US |
| DIAMOND BRITE ACRYLIC | 382,586 abandoned | | | | |
| DIAMOND BRITE ACRYLIC | 75,756 abandoned | | | | |
| A TRADITION OF PERFORMANCE | 1,576,830 abandoned | | | | |
| DIAMOND BRITE ACRYLIC & DESIGN | 1,609,010 abandoned | | | | |
| NORTRAK | 2,442,329 abandoned | | | | |

**The NORDAM Group, Inc.**                    **Case Number: 18-11699**
**Schedule A/B Question #60**
**Patents, Copyrights, Trademarks, and Trade Secrets**

| Mark | Trademark Reg/ # | Registration Date | Trademark S/N | Goods / Services Covered | Country |
|------|------------------|-------------------|---------------|--------------------------|---------|
| NORTECH | 002635217 EU | | | | |
| RADOME TO TAILCONE SOLUTIONS | 2,711,376 abandoned | | | | |
| NORDAM A TRADITION OF EXCELLENCE & DESIGN | 1255993 abandoned | | | | |
| DURALAM | 1183676 abandoned | | | | |

**The NORDAM Group, Inc.**                    **Case Number: 18-11699**
### Schedule A/B Question #60
### Patents, Copyrights, Trademarks, and Trade Secrets

### <u>COPYRIGHTS</u>

**NONE**