# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re : Chapter 11
:
**THE NORDAM GROUP, INC.,** *et al.*, : Case No. 18-11699 (MFW)
:
Debtors.[1] : (Jointly Administered)
:
------------------------------------------------------------ x

## NOTICE OF RESCHEDULED OMNIBUS HEARING

PLEASE TAKE NOTICE that the hearing previously scheduled in the above-captioned chapter 11 cases for Thursday, December 27, 2018 at 11:30 a.m. (ET) before The Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 (the "**Bankruptcy Court**") has been rescheduled by the Bankruptcy Court, and will now commence at **2:00 p.m. (ET) on Thursday, January 3, 2019**. All matters previously scheduled to be heard on December 27, 2018 at 11:30 a.m. (ET) will now be heard on **January 3, 2019 at 2:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are The NORDAM Group, Inc. (7803); Nacelle Manufacturing 1 LLC (3107); Nacelle Manufacturing 23 LLC (5528); PartPilot LLC (5261); and TNG DISC, Inc. (9726). The Debtors' corporate headquarters and service address is 6910 North Whirlpool Drive, Tulsa Oklahoma 74117.

RLF1 20404997v.1

Case 18-11699-MFW    Doc 752    Filed 12/07/18    Page 2 of 2

Dated: December 7, 2018
      Wilmington, Delaware

/s/ *Megan E. Kenney*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: DeFranceschi@rlf.com
Heath@rlf.com
Haywood@rlf.com
Kenney@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Jill Frizzley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: Ray.Schrock@weil.com
 Ryan.Dahl@weil.com
 Jill.Frizzley@weil.com

*Attorneys for Debtors and Debtors in Possession*

RLF1 20404997v.1