**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------- x
                                                              :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| THE NORDAM GROUP, INC., *et al.*, | : | Case No. 18-11699 (MFW) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 3, 2019 AT 2:00 P.M. (EST)[2]**

**I.**     **CONTINUED / RESOLVED MATTERS:**

1. Debtors' Motion for Entry of an Order Authorizing Debtors to File Portions of Statements of Financial Affairs Under Seal [Docket No. 321 - filed September 21, 2018]

   Objection/Response Deadline:     October 19, 2018 at 4:00 p.m. (EDT); extended to November 2, 2018 at 4:00 p.m. (EDT) for the Office of the United States Trustee (the "U.S. Trustee")

   Reply Deadline:     Extended by agreement of the U.S. Trustee to November 8, 2018 at 4:00 p.m. (EST)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are The NORDAM Group, Inc. (7803); Nacelle Manufacturing 1 LLC (3107); Nacelle Manufacturing 23 LLC (5528); PartPilot LLC (5261); and TNG DISC, Inc. (9726). The Debtors' corporate headquarters and service address is 6910 North Whirlpool Drive, Tulsa Oklahoma 74117.

[2] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the January 3, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

Objection / Responses Received:

A.  Objection of the United States Trustee to Debtors' Motion for Entry of an Order Authorizing Debtors to file Portions of Statement of Financial Affairs Under Seal [Docket No. 608 - filed November 2, 2018]

Related Documents:

i.  Declaration of John C. DiDonato in Support of Debtors' Motion for Entry of an Order Authorizing Debtors to File Portions of Statements of Financial Affairs Under Seal [Docket No. 322 - filed September 21, 2018]

ii.  REDACTED Statement of Financial Affairs of The NORDAM Group, Inc., 18-11699 (MFW) [Docket No. 324 - filed September 21, 2018]

iii.  SEALED Statement of Financial Affairs of The NORDAM Group, Inc., 18-11699 (MFW) [Docket No. 325 - filed September 21, 2018]

iv.  REDACTED Statement of Financial Affairs of PartPilot LLC, 18-11702 (MFW) [Docket No. 331 - filed September 21, 2018]

v.  SEALED Statement of Financial Affairs of PartPilot LLC, 18-11702 (MFW) [Docket No. 332 - filed September 21, 2018]

vi.  Debtors' Reply to Objection of United States Trustee to Debtors' Motion for Entry of an Order Authorizing Debtors to File Portions of Statements of Financial Affairs Under Seal [Docket No. 640 - filed November 8, 2018]

vii.  Supplemental Declaration of John C. DiDonato in Support of Debtors' Motion for Entry of an Order Authorizing Debtors to File Portions of Statements of Financial Affairs Under Seal [Docket No. 641 - filed November 8, 2018]

viii.  Statement of the Official Committee of Unsecured Creditors in Support of Debtors' Motion for Entry of an Order Authorizing Debtors to File Portions of Statements of Financial Affairs Under Seal [Docket No. 644 - filed November 9, 2018]

ix.  Equity Holders' Response to Objection of the U.S. Trustee to, and in Support of, the Debtors' Motion to File Certain Portions of Their Statements of Financial Affairs Under Seal [Docket No. 649 - filed November 9, 2018]

x.  Notice of Filing Amendments to Statement of Financial Affairs of Debtor The NORDAM Group, Inc. (Case No. 18-11699) [Docket No. 756 - filed December 10, 2018]

      xi. Notice of Filing Amendments to Statement of Financial Affairs of Debtor PartPilot LLC (Case No. 18-11702) [Docket No. 760 - filed December 10, 2018]

      Status: The hearing on this matter has been continued to the omnibus hearing scheduled for January 30, 2019 at 11:30 a.m. (ET).

2. Motion of Debtors for Entry of Order (I) Extending Debtors' Exclusive Periods to Propose and Solicit Plan and (II) Granting Related Relief [Docket No. 673 - filed November 16, 2018]

    Objection/Response Deadline:    December 20, 2018 at 4:00 p.m. (EST)

    Objection / Responses Received:    None.

    Related Documents:

      i. Certificate of No Objection Regarding Motion of Debtors for Entry of Order (I) Extending Debtors' Exclusive Periods to Propose and Solicit Plan and (II) Granting Related Relief [Docket No. 807 - filed December 21, 2018]

      ii. Order (I) Extending Debtors' Exclusive Periods to Propose and Solicit Plan and (II) Granting Related Relief [Docket No. 811 - entered December 27, 2018]

    Status: On December 27, 2018, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

**II.**    **DISCLOSURE STATEMENT:**

3. Motion of Debtors for Entry of Order (I) Conditionally Approving Disclosure Statement, (II) Scheduling Combined Hearing to Approve Disclosure Statement and Confirm PostPackaged Chapter 11 Plan; (III) Approving Solicitation Procedures; and (IV) Granting Related Relief [Docket No. 784 - filed December 17, 2018]

    Objection/Response Deadline:    December 31, 2018 at 4:00 p.m. (EST)

    Objection / Responses Received:    None.

    Related Documents:

      i. Joint PostPackaged Chapter 11 Plan of Reorganization of The NORDAM Group, Inc. and Its Debtor Affiliates [Docket No. 657 - filed November 12, 2018]

ii. Disclosure Statement for Joint PostPackaged Chapter 11 Plan of Reorganization of The NORDAM Group, Inc. and Its Debtor Affiliates [Docket No. 658 - filed November 12, 2018]

iii. First Amended Joint PostPackaged Chapter 11 Plan of Reorganization of The NORDAM Group, Inc. and Its Debtor Affiliates [Docket No. 780 - filed December 17, 2018]

iv. Disclosure Statement for First Amended Joint PostPackaged Chapter 11 Plan of Reorganization of The NORDAM Group, Inc. and Its Debtor Affiliates [Docket No. 781 - filed December 17, 2018]

v. Motion of Debtors for Entry of Order (I) Shortening Notice of Hearing on Motion Seeking, *Inter Alia,* Conditional Approval of Disclosure Statement and (II) Granting Related Relief [Docket No. 785 - filed December 17, 2018]

vi. Notice of Filing of Blacklines of Revised Disclosure Statement and Amended Plan [Docket No. 786 - filed December 17, 2018]

vii. Order Shortening Notice of Hearing on Motion Seeking, *Inter Alia*, Conditional Approval of Disclosure Statement and (II) Granting Related Relief [Docket No. 790 - filed December 18, 2018]

Status: The hearing on this matter is going forward.

RLF1 20303948v.1

Dated: December 28, 2018
      Wilmington, Delaware

*/s/ Megan E. Kenney*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: DeFranceschi@rlf.com
        Heath@rlf.com
        Haywood@rlf.com
        Kenney@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Jill Frizzley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
E-mail: Ray.Schrock@weil.com
        Ryan.Dahl@weil.com
        Jill.Frizzley@weil.com

*Attorneys for Debtors and Debtors in Possession*

5

RLF1 20303948v.1