UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                             :
In re                                                        :    Chapter 11
                                                             :
THE NORDAM GROUP, INC., *et al.*,                            :    Case No. 18–11699 (MFW)
                                                             :
                            Debtors.¹                        :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x    Re: Docket No. 784

### ORDER (I) CONDITIONALLY APPROVING DISCLOSURE STATEMENT; (II) SCHEDULING COMBINED HEARING TO APPROVE DISCLOSURE STATEMENT AND CONFIRM POSTPACKAGED CHAPTER 11 PLAN; (III) APPROVING SOLICITATION PROCEDURES; AND (IV) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")² of The NORDAM Group, Inc. ("**NORDAM**") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to 105(a), 365, 1125, 1126, 1128, and 1129 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2002, 3016, 3017, 3018, 3020, and 9006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 2002-1, 3017-1, and 9006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), for entry of an order (a) conditionally approving the *Disclosure Statement for First Amended Joint Postpackaged Chapter 11 Plan of Reorganization of The NORDAM Group, Inc. and Its Debtor Affiliates*, dated December 17, 2018 (as may be amended, modified, or supplemented from time to time, the "**Disclosure Statement**"); (b) approving the Confirmation Schedule related to final

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are The NORDAM Group, Inc. (7803); Nacelle Manufacturing 1 LLC (3107); Nacelle Manufacturing 23 LLC (5528); PartPilot LLC (5261); and TNG DISC, Inc. (9726). The Debtors' corporate headquarters and service address is 6910 North Whirlpool Drive, Tulsa, Oklahoma 74117.

² Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

approval of the adequacy of the Disclosure Statement and confirmation of the *First Amended Joint Postpackaged Chapter 11 Plan of Reorganization of The NORDAM Group, Inc. and Its Debtor Affiliates*, dated December 17, 2018 (as may be amended, modified, or supplemented from time to time, the "**Plan**"); (c) approving the form and manner of notice of the Combined Hearing and the Objection Deadline (the "**Combined Notice**"); (d) approving the adequacy of the proposed solicitation procedures to be utilized in connection with the solicitation of votes to accept or reject the Plan (collectively, the "**Solicitation Procedures**"); (e) approving the form and manner of notice of the assumption or assumption and assignment of executory contracts and unexpired leases pursuant to the Plan (the "**Contract Notices**"); and (f) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing, if necessary, to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing and all the proceedings had before this Court; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. The Disclosure Statement is conditionally approved as having adequate information as required by section 1125 of the Bankruptcy Code, without prejudice to any party in interest to object to approval of the Disclosure Statement on a final basis at the Combined Hearing in accordance with paragraph 5 of this Order.

3. Notwithstanding any requirements in the Bankruptcy Code, Bankruptcy Rules, and Local Rules, the following timetable of dates and deadlines in connection with solicitation of the Plan and related to the Combined Hearing is hereby approved:

| Event | Date |
| --- | --- |
| Voting Record Date | January 7, 2019 |
| Distribution of Solicitation Packages | No later than January 7, 2019 |
| Distribution of Notice of Combined Hearing | No later than January 7, 2019 |
| Distribution of Contract Notices | No later than January 7, 2019 |
| Plan Supplement Filing Date | January 21, 2019 |
| Deadline to Object to Final Approval of Disclosure Statement, Confirmation of Plan, and to Assumption or Assignment of Executory Contracts and Unexpired Leases | January 25, 2019, at 4:00 p.m. (ET) |
| Deadline to File Proposed Confirmation Order | January 28, 2019, at 12:00 p.m. (ET) |
| Voting Deadline | January 28, 2019, at 4:00 p.m. (ET) |
| Reply Deadline | January 28, 2019 |
| Confirmation Brief Deadline | January 28, 2019 |
| Voting Certification Deadline | January 28, 2019 |
| Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation of Plan | January 30, 2019, at 11:30 a.m. (ET) |

4. The Combined Hearing (at which time this Court will consider, among other things, final approval of the Disclosure Statement and confirmation of the Plan) will be held before the Honorable Judge Mary F. Walrath, United States Bankruptcy Judge, in

3

Courtroom 4 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware.  The Combined Hearing may be adjourned from time to time pursuant to a notice filed on the docket in these chapter 11 cases.

5. Any objections to final approval of the Disclosure Statement or confirmation of the Plan must:  (a) be in writing; (b) state the name and address of the objecting party and the amount and nature of the claim or interest of such party; (c) state the legal and factual basis for and nature of any objection; (d) conform to the Bankruptcy Rules and the Local Rules; and (e) be filed with this Court so as to be received by the Objection Deadline, with proof of service as required under the Local Rules.  In addition to being filed with this Court, any such responses or objections must be served on the following parties, which service may be by e-mail:

**Debtors:** The NORDAM Group, Inc.
6910 North Whirlpool Drive
Tulsa, Oklahoma 74117
Attn.: Meredith Siegfried Madden and John C. DiDonato
E-mail: Meredith@nordam.com
         JDiDonato@huronconsultinggroup.com

<u>with copies to</u>:

| | |
|---|---|
| Weil, Gotshal & Manges LLP | Richards, Layton & Finger, PA |
| 767 Fifth Avenue | 920 North King Street |
| New York, New York 10153 | Wilmington, Delaware 19801 |
| Attn.: Ray C. Schrock, P.C.; Ryan Preston Dahl; Jill Frizzley; and Daniel Gwen | Attn: Daniel J. DeFranceschi; Paul Heath; Brett M. Haywood; and Megan E. Kenney |
| E-mail: Ray.Schrock@weil.com | E-mail: DeFranceschi@rlf.com |
|         Ryan.Dahl@weil.com |         Heath@rlf.com |
|         Jill.Frizzley@weil.com |         Haywood@rlf.com |
|         Daniel.Gwen@weil.com |         Kenney@rlf.com |

Al Givray, General Counsel
c/o The NORDAM Group, Inc.
6910 North Whirlpool Drive
Tulsa, Oklahoma 74117
E-mail: agivray@nordam.com

| | | | |
|---|---|---|---|
| **Counsel to the DIP Agent:** | Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Attn: Elisha Graff; Nicholas Baker; and David Baruch<br>E-mail: egraff@stblaw.com<br>         nbaker@stblaw.com<br>         david.baruch@stblaw.com | | Duane Morris LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801<br>Attn: Michael Lastowski and Jarret Hitchings<br>E-mail: mlastowski@duanemorris.com<br>         jphitchings@duanemorris.com |
| **Counsel to the Committee:** | Morrison & Foerster LLP<br>250 W. 55th St<br>New York, New York 10019<br>Attn: Lorenzo Marinuzzi; Jonathan I. Levine; and Todd Goren<br>E-mail: lmarinuzzi@mofo.com<br>         jonlevine@mofo.com<br>         tgoren@mofo.com | | Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Attn: Norman L. Pernick and J. Kate Stickles<br>E-mail: npernick@coleschotz.com<br>         kstickles@coleschotz.com |

6. Objections, if any, not timely filed and served in the manner set forth above may, in this Court's discretion, not be considered and may be overruled.

7. The Debtors shall commence solicitation on or before January 7, 2019, by distributing, or causing to be distributed, paper copies by first-class mail of: (a) the Solicitation Packages to parties entitled to receive such materials and (b) the Plan, the Disclosure Statement, this Order (including all exhibits), and the Combined Notice to the "master service list" maintained in these chapter 11 cases, which includes the U.S. Trustee, the Committee, all parties filing a notice of appearance and request for service pursuant to Bankruptcy Rule 2002 in the chapter 11 cases, the Federal Aviation Administration, the Internal Revenue Service, the Environmental Protection Agency, the Securities and Exchange Commission, the United States Attorney for the District of Delaware, and other parties therein. The Debtors are authorized, but not directed, to distribute the Solicitation Packages, the Plan, and the Disclosure Statement to parties entitled to receive such materials, as applicable, in electronic format, including by CD-Rom or flash drive, if requested by such parties.

8. In addition, substantially contemporaneously with the commencement of solicitation, the Debtors shall serve the Combined Notice on (a) state and local taxing authorities for all jurisdictions in which the Debtors do or did business; (b) all known holders of claims or equity interests; (c) all persons or entities listed on the Debtors' creditor mailing matrix as of the date of this Order; and (d) all counterparties to executory contracts and unexpired leases with the Debtors.  The requirement that the Debtors serve the Combined Notice on holders of claims or interests in Class 5 (Intercompany Claims) or Class 6 (Intercompany Interests) is waived.

9. Notice of the Combined Hearing as set forth in this Order and the form of Combined Notice, substantially in the form attached hereto as **Exhibit 1**, shall be deemed good and sufficient notice of the Combined Hearing and no further notice need be given; *provided that* any provision of Bankruptcy Rule 3017(d) requiring the Debtors to distribute the Disclosure Statement and the Plan to parties not entitled to vote because they are unimpaired, or any parties in interest other than as prescribed in this Order, shall be waived.

10. Substantially contemporaneously with the service of the Combined Notice, the Debtors shall cause to be posted to the website for these cases at https://dm.epiq11.com/NRD, maintained by Epiq Corporate Restructuring, LLC ("**Epiq**"), on a separate page or tab marked "Plan Documents," various plan-related documents, including: (a) the Plan and Plan Supplement; (b) the Disclosure Statement; (c) the Motion and this Order; and (d) the Combined Notice.

11. The Debtors are authorized, but not directed, pursuant to Bankruptcy Rule 2002(*l*), to give supplemental publication notice of the Combined Hearing, if the Debtors determine in their discretion that such notice is necessary, by publishing a notice of the Combined Hearing after entry of this Order.

12. The notice procedures set forth in the Motion and herein constitute good and sufficient notice of the Combined Hearing, the deadlines and procedures for objecting to approval of the Disclosure Statement and confirmation of the Plan, and the assumption or assignment of executory contracts and unexpired leases, and no other or further notice shall be necessary.

13. The Ballot, substantially in the form attached hereto as **Exhibit 4**, is approved.

14. The Solicitation Packages shall contain copies of:

(a) The Disclosure Statement, and the exhibits attached thereto;

(b) the Plan;

(c) this Order, excluding the exhibits annexed hereto;

(d) the Combined Notice;

(e) the Ballot containing instructions on how to vote on the Plan;

(f) such other materials as this Court may direct or approve, including any supplemental solicitation materials the Debtors may file with this Court; and

(g) a pre-addressed return envelope.

15. The procedures proposed for tabulation of votes to accept or reject the Plan as set forth in the Motion and as provided by the Ballot are approved.

16. The Debtors may, in their sole discretion, contact entities entitled to vote to cure any defects in a Ballot and are authorized, but not required, to waive any defects or irregularity, or permit the defect or irregularity to be corrected within such time as they may determine in good faith to be appropriate.

17. The Assumption Notice substantially in the form attached hereto as **Exhibit 2** is approved. The Debtors shall transmit the Assumption Notice to all applicable counterparties to executory contracts and unexpired leases by January 7, 2019.

18. The Assignment Notice substantially in the form attached hereto as **Exhibit 3** is approved. The Debtors shall transmit the Assignment Notice to all applicable counterparties to executory contracts by January 7, 2019.

19. Any objections to the assumption or assumption and assignment of executory contracts and unexpired leases must: (a) be in writing; (b) conform to the applicable Bankruptcy Rules and Local Rules; (c) set forth the name of the objecting party, the basis for the objection, and the specific grounds thereof; and (d) be filed with this Court, together with proof of service, so as to be received by **no later than the Objection Deadline of January 25, 2019 at 4:00 p.m.** (**Eastern Time**).

20. The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

21. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: January 3rd, 2019**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 20539507V.1