**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

----------------------------------------------------------- x
                               :
In re                            :         **Chapter 11**
                               :
**THE NORDAM GROUP, INC.**, *et al.*,   :         **Case No. 18-11699 (MFW)**
                               :
                **Debtors.**[1]    :         **(Jointly Administered)**
                               :
----------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 30, 2019 AT 11:30 A.M. (EST)**

> **AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS**
> **BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

## I.    CONTINUED MATTERS:

1.    Debtors' Motion for Entry of an Order Authorizing Debtors to File Portions of Statements of Financial Affairs Under Seal [Docket No. 321 - filed September 21, 2018]

|  |  |
|---|---|
| Objection/Response Deadline: | October 19, 2018 at 4:00 p.m. (EDT); extended to November 2, 2018 at 4:00 p.m. (EDT) for the Office of the United States Trustee (the "U.S. Trustee") |
| Reply Deadline: | Extended by agreement of the U.S. Trustee to November 8, 2018 at 4:00 p.m. (EST) |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are The NORDAM Group, Inc. (7803); Nacelle Manufacturing 1 LLC (3107); Nacelle Manufacturing 23 LLC (5528); PartPilot LLC (5261); and TNG DISC, Inc. (9726). The Debtors' corporate headquarters and service address is 6910 North Whirlpool Drive, Tulsa Oklahoma 74117.

<u>Objection / Responses Received</u>:

A.    Objection of the United States Trustee to Debtors' Motion for Entry of an Order Authorizing Debtors to file Portions of Statement of Financial Affairs Under Seal [Docket No. 608 - filed November 2, 2018]

<u>Related Documents</u>:

i.    Declaration of John C. DiDonato in Support of Debtors' Motion for Entry of an Order Authorizing Debtors to File Portions of Statements of Financial Affairs Under Seal [Docket No. 322 - filed September 21, 2018]

ii.    REDACTED Statement of Financial Affairs of The NORDAM Group, Inc., 18-11699 (MFW) [Docket No. 324 - filed September 21, 2018]

iii.    SEALED Statement of Financial Affairs of The NORDAM Group, Inc., 18-11699 (MFW) [Docket No. 325 - filed September 21, 2018]

iv.    REDACTED Statement of Financial Affairs of PartPilot LLC, 16-11702 (MFW) [Docket No. 331 - filed September 21, 2018]

v.    SEALED Statement of Financial Affairs of PartPilot LLC, 16-11702 (MFW) [Docket No. 332 - filed September 21, 2018]

vi.    Debtors' Reply to Objection of United States Trustee to Debtors' Motion for Entry of an Order Authorizing Debtors to File Portions of Statements of Financial Affairs Under Seal [Docket No. 640 - filed November 8, 2018]

vii.    Supplemental Declaration of John C. DiDonato in Support of Debtors' Motion for Entry of an Order Authorizing Debtors to File Portions of Statements of Financial Affairs Under Seal [Docket No. 641 - filed November 8, 2018]

viii.    Statement of the Official Committee of Unsecured Creditors in Support of Debtors' Motion for Entry of an Order Authorizing Debtors to File Portions of Statements of Financial Affairs Under Seal [Docket No. 644 - filed November 9, 2018]

ix.    Equity Holders' Response to Objection of the U.S. Trustee to, and in Support of, the Debtors' Motion to File Certain Portions of Their Statements of Financial Affairs Under Seal [Docket No. 649 - filed November 9, 2018]

x.    Notice of Filing Amendments to Statement of Financial Affairs of Debtor The NORDAM Group, Inc. (Case No. 18-11699) [Docket No. 756 - filed December 10, 2018]

2

xi.   Notice of Filing Amendments to Statement of Financial Affairs of Debtor The NORDAM Group, Inc. (Case No. 18-11699) [Docket No. 759 - filed December 10, 2018]

Status:  The hearing on this matter has been continued to the omnibus hearing scheduled for February 25, 2019 at 11:30 a.m. (EST).

2.   Motion of Debtors for Entry of Order (I) Approving Assumption and Assignment of Sargent Executory Contract and (II) Granting Related Relief [Docket No. 651 - filed November 9, 2018]

Objection/Response Deadline:    January 25, 2019 at 4:00 p.m. (EST), extended to February 8, 2019 at 4:00 p.m. (EST)

Objection / Responses Received:

A.   Informal response from counsel to Sargent Aerospace and Defense

Related Documents:

i.   Certificate of No Objection Regarding Motion of Debtors for Entry of Order (I) Approving Assumption and Assignment of Sargent Executory Contract and (II) Granting Related Relief [Docket No. 706 - filed November 26, 2018]

ii.   Notice of Withdrawal [Docket No. 709 - filed November 27, 2018]

iii.   Re-Notice of Motion and Hearing [Docket No. 836 - filed January 7, 2019]

iv.   Notice of Adjourned (I) combined Hearing and Related Dates and (II) hearing on Sargent Executory Contract Assumption and Assignment Motion and Related Dates [Docket No. 901 – filed January 18, 2019]

Status:  The hearing on this matter has been continued to February 19, 2019 at 3:00 p.m. (EST).

3.   First Amended Joint Postpackaged Chapter 11 Plan of Reorganization of The NORDAM Group, Inc. and Its Debtor Affiliates [Docket No. 848 - filed January 3, 2019]

Objection/Response Deadline:    January 25, 2019 at 4:00 p.m. (EST), extended to February 8, 2019 at 4:00 p.m. (EST)

3

Objection / Responses Received:

A.      Informal comments from the U.S. Trustee

Related Documents:

i.      Order (I) Conditionally Approving Disclosure Statement; (II) Scheduling Combined Hearing to Approve Disclosure Statement and Confirm Postpackaged Chapter 11 Plan; (III) Approving Solicitation Procedures; and (IV) Granting Related Relief [Docket No. 838 - entered January 3, 2019]

ii.     Disclosure Statement for First Amended Joint Postpackaged Chapter 11 Plan of Reorganization of The NORDAM Group, Inc. and Its Debtor Affiliates [Docket No. 849 - filed January 3, 2019]

iii.    Notice of (I) Conditional Approval of Disclosure Statement; (II) Hearing to Consider Final Approval of Disclosure Statement and confirmation of Plan; (III) Deadline for filing Objections to Final Approval of Disclosure Statement and confirmation of Plan; and (IV) Other Relevant Information [Docket No. 850 - filed January 4, 2019]

iv.     Notice of Filing of Blacklines of Solicitation Plan and Related Disclosure Statement [Docket No. 851 - filed January 4, 2019]

v.      Notice of Adjourned (I) combined Hearing and Related Dates and (II) hearing on Sargent Executory Contract Assumption and Assignment Motion and Related Dates [Docket No. 901 – filed January 18, 2019]

Status:  The hearing on this matter has been continued to February 19, 2019 at 3:00 p.m. (EST).

## II.      INTERIM FEE APPLICATIONS – CONTINUED:

4.      Interim Fee Applications

Objection / Responses Received:      (See Exhibit A)

Related Documents:      (See Exhibit A)

Status:  The hearing on this matter has been continued to the omnibus hearing scheduled for February 25, 2019 at 11:30 a.m. (EST).

Dated: January 28, 2019
      Wilmington, Delaware

/s/ Brett M. Haywood
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: DeFranceschi@rlf.com
       Heath@rlf.com
       Haywood@rlf.com
       Kenney@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Jill Frizzley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: Ray.Schrock@weil.com
       Ryan.Dahl@weil.com
       Jill.Frizzley@weil.com

*Attorneys for Debtors and Debtors in Possession*

RLF1 20475623v.1