**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
:
In re                                         :    Chapter 11
:
THE NORDAM GROUP, INC., *et al.*,             :    Case No. 18-11699 (MFW)
:
Debtors.[1]                     :    (Jointly Administered)
:
---------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 19, 2019 AT 3:00 P.M. (EST)[2]**

**I.    CONTINUED / RESOLVED MATTERS:**

1.  Motion of Debtors for Entry of Order (I) Approving Assumption and Assignment of Sargent Executory Contract and (II) Granting Related Relief [Docket No. 651 - filed November 9, 2018]

    Objection/Response Deadline:    January 25, 2019 at 4:00 p.m. (EST), extended to February 8, 2019 at 4:00 p.m. (EST)

    Objection / Responses Received:

    A.    Informal response from counsel to Sargent Aerospace and Defense

    Related Documents:

    i.    Certificate of No Objection Regarding Motion of Debtors for Entry of Order (I) Approving Assumption and Assignment of Sargent Executory Contract and (II) Granting Related Relief [Docket No. 706 - filed November 26, 2018]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are The NORDAM Group, Inc. (7803); Nacelle Manufacturing 1 LLC (3107); Nacelle Manufacturing 23 LLC (5528); PartPilot LLC (5261); and TNG DISC, Inc. (9726).  The Debtors' corporate headquarters and service address is 6910 North Whirlpool Drive, Tulsa Oklahoma 74117.

[2]    The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the February 19, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

    ii.    Notice of Withdrawal [Docket No. 709 - filed November 27, 2018]

    iii.    Re-Notice of Motion and Hearing [Docket No. 836 - filed January 7, 2019]

    iv.    Notice of Adjourned (I) Combined Hearing and Related Dates and (II) Hearing on Sargent Executory Contract Assumption and Assignment Motion and Related Dates [Docket No. 901 – filed January 18, 2019]

Status: The parties have reached a resolution in principle regarding this matter and are in the process of documenting such resolution. The Debtors intend to submit an order under certification regarding this matter at a later date.

2. First Omnibus Motion of Debtors for Entry of Order (I) Approving Assumption of Certain Unexpired Nonresidential Real Property Leases and (II) Granting Related Relief [Docket No. 937 – filed February 5, 2019]

Objection/Response Deadline:    February 12, 2019 at 4:00 p.m. (EST)

Objection / Responses Received:    None.

Related Documents:    None.

Status: The hearing on this matter has been adjourned to a date to be determined.

## II. CONFIRMATION:

3. First Amended Joint Postpackaged Chapter 11 Plan of Reorganization of The NORDAM Group, Inc. and Its Debtor Affiliates [Docket No. 848 - filed January 3, 2019]

Objection/Response Deadline:    January 25, 2019 at 4:00 p.m. (EST); extended to February 8, 2019 at 4:00 p.m. (EST); extended to February 16, 2019 for the Office of the United States Trustee (the "U.S. Trustee")

Objection / Responses Received:

    A.    Limited Objection to Plan Confirmation and Assumption of Executory Contract [Docket No. 941 – filed February 8, 2019]

    B.    Informal comments from the U.S. Trustee

Related Documents:

i. Order (I) Conditionally Approving Disclosure Statement; (II) Scheduling Combined Hearing to Approve Disclosure Statement and Confirm Postpackaged Chapter 11 Plan; (III) Approving Solicitation Procedures; and (IV) Granting Related Relief [Docket No. 838 - entered January 3, 2019]

ii. Disclosure Statement for First Amended Joint Postpackaged Chapter 11 Plan of Reorganization of The NORDAM Group, Inc. and Its Debtor Affiliates [Docket No. 849 - filed January 3, 2019]

iii. Notice of (I) Conditional Approval of Disclosure Statement; (II) Hearing to Consider Final Approval of Disclosure Statement and Confirmation of Plan; (III) Deadline for Filing Objections to Final Approval of Disclosure Statement and Confirmation of Plan; and (IV) Other Relevant Information [Docket No. 850 - filed January 4, 2019]

iv. Notice of Filing of Blacklines of Solicitation Plan and Related Disclosure Statement [Docket No. 851 - filed January 4, 2019]

v. Notice of Adjourned (I) Combined Hearing and Related Dates and (II) Hearing on Sargent Executory Contract Assumption and Assignment Motion and Related Dates [Docket No. 901 – filed January 18, 2019]

Status: The Debtors anticipate they may seek an adjournment of the hearing on this matter. In the event of such an adjournment, notice of the rescheduled hearing, as well as certain dates and deadlines in connection therewith, will be provided at a later time to parties-in-interest.

Dated: February 14, 2019
      Wilmington, Delaware

*/s/ Brett M. Haywood*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: DeFranceschi@rlf.com
       Heath@rlf.com
       Haywood@rlf.com
       Kenney@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Jill Frizzley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
E-mail: Ray.Schrock@weil.com
       Ryan.Dahl@weil.com
       Jill.Frizzley@weil.com

*Attorneys for Debtors and Debtors in Possession*