**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

--------------------------------------------------------------- x
In re                                                           :   **Chapter 11**
                                                                :
**THE NORDAM GROUP, INC.,** *et al.,*                           :   **Case No. 18-11699 (MFW)**
                                                                :
                                       Debtors.[1]              :   **(Jointly Administered)**
                                                                :
                                                                :   **Ref. Docket Nos. 994-996, 1009**
--------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 28, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 28, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are The NORDAM Group, Inc. (7803); Nacelle Manufacturing 1 LLC (3107); Nacelle Manufacturing 23 LLC (5528); PartPilot LLC (5261); and TNG DISC, Inc. (9726). The Debtors' corporate headquarters and service address is 6910 North Whirlpool Drive, Tulsa, Oklahoma 74117.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                         */s/ Forrest Kuffer*  
                                                                                         Forrest Kuffer

Sworn to before me this  
1st day of March, 2019  
*/s/ John Chau*  
Notary Public, State of New York  
No. 01CH6353383  
Qualified in Queens County  
Commission Expires January 23, 2021

**EXHIBIT A**

In re:

THE NORDAM GROUP, INC., et al.,

Debtors.

Chapter 11

Case No. 18-11699 (MFW)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000133813872 ***     NRD TRFNTC (MERGE2, TXNUM2) 4000002039



ADVANCED MACHINE & FABRICATING, INC.
11212 E 112 ST N
OWASSO, OK 74055-4216

Please note that your schedule in the above referenced case and in the amount of $888,713.77 has been transferred (unless previously expunged by court order)

TRC MASTER FUND LLC
TRANSFEROR: ADVANCED MACHINE & FABRICATI
ATTN: TERREL ROSS
100 MERRICK ROAD
ROCKVILLE CENTRE, NY 11570

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    994    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/28/2019                David D. Bird, Clerk of Court

/s/ Joseph Saraceni
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 28, 2019.

**EXHIBIT B**

**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| ADVANCED MACHINE & FABRICATING, INC. | 11212 E 112 ST N, OWASSO, OK 74055-4216 |
| ADVANCED PLASTICS CMG INC | COMPOSITES MARKETING GROUP, 11212 E 112TH ST N, OWASSO, OK 74055-4227 |
| ADVANCED PLASTICS CMG INC | COMPOSITES MARKETING GROUP, 11212 E 112TH ST N, OWASSO, OK 74055-4227 |
| AEROPARTS MFG AND REPAIR INC | 431 RIO RANCHO BLVD NE, RIO RANCHO, NM 87124 |
| TRC MASTER FUND LLC | TRANSFEROR: ADVANCED MACHINE & FABRICATI, ATTN: TERREL ROSS, 100 MERRICK ROAD, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: ADVANCED PLASTICS CMG INC, ATTN: TERREL ROSS, 100 MERRICK ROAD, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: ADVANCED PLASTICS CMG INC, ATTN: TERREL ROSS, 100 MERRICK ROAD, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: AEROPARTS MFG AND REPAIR INC, ATTN: TERREL ROSS, 100 MERRICK ROAD, ROCKVILLE CENTRE, NY 11570 |

**Total Creditor Count 8**

WEIL, GOTSHAL & MANGES LLP
RAY SCHROCK, P.C.
767 FIFTH AVENUE
NEW YORK, NY 10153