UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re                                                   :    Chapter 11
:
THE NORDAM GROUP, INC., *et al.*,       :    Case No. 18–11699 (MFW)
:
Debtors.[1]                                        :    (Jointly Administered)
:
:    Re: Docket Nos. 838, 850, 901, 965
:
------------------------------------------------------------ x

## SECOND NOTICE OF FURTHER
## ADJOURNED COMBINED HEARING AND RELATED DATES

**PLEASE TAKE NOTICE THAT:**

1. On January 3, 2019, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered the *Order (I) Conditionally Approving Disclosure Statement; (II) Scheduling Combined Hearing to Approve Disclosure Statement and Confirm Postpackaged Chapter 11 Plan; (III) Approving Solicitation Procedures; and (IV) Granting Related Relief* (ECF No. 838) (the "**Conditional Approval Order**").[2]

2. As set forth in the *Notice of Further Adjourned Combined Hearing and Related Dates* (ECF No. 965), the Combined Hearing was adjourned from February 19, 2019 to March 7, 2019 at 10:30 a.m. (ET).

3. The Combined Hearing is hereby further adjourned and will now be held on **March 18, 2019 at 11:30 a.m. (ET)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are The NORDAM Group, Inc. (7803); Nacelle Manufacturing 1 LLC (3107); Nacelle Manufacturing 23 LLC (5528); PartPilot LLC (5261); and TNG DISC, Inc. (9726). The Debtors' corporate headquarters and service address is 6910 North Whirlpool Drive, Tulsa, Oklahoma 74117.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Conditional Approval Order.

4. In connection with such adjournment, certain related dates and deadlines have similarly been extended as set forth below:

| EVENT | CONTINUED DATE |
|---|---|
| Plan Supplement Filing Date | March 4, 2019 |
| Deadline to Object to Final Approval of Disclosure Statement, Confirmation of Plan, and to Assumption or Assignment of Executory Contracts and Unexpired Leases | March 11, 2019 at 4:00 p.m. (ET) |
| Voting Deadline | March 11, 2019 at 4:00 p.m. (ET) |
| Deadline to File Proposed Confirmation Order | March 14, 2019 at 12:00 p.m. (ET) |
| Voting Certification Deadline | March 14, 2019 at 12:00 p.m. (ET) |
| Confirmation Brief Deadline | March 14, 2019 at 12:00 p.m. (ET) |
| Reply Deadline | March 14, 2019 at 12:00 p.m. (ET) |
| Combined Hearing | March 18, 2019 at 11:30 a.m. (ET) |

5. The Debtors reserve their rights to adjourn further the Combined Hearing and any and all related dates and deadlines set forth herein and otherwise.

6. The Plan, Disclosure Statement, Conditional Approval Order, and other documents filed in these chapter 11 cases are available free of charge on the Debtors' restructuring website at https://dm.epiq11.com/NRD.

Dated: March 3, 2019
      Wilmington, Delaware

        */s/  Brett M. Haywood*
        RICHARDS, LAYTON & FINGER, P.A.
        Daniel J. DeFranceschi (No. 2732)
        Paul Heath (No. 3704)
        Brett M. Haywood (No. 6166)
        Megan E. Kenney (No. 6426)
        One Rodney Square
        920 North King Street
        Wilmington, Delaware 19801
        Telephone:   (302) 651-7700
        E-mail:   DeFranceschi@rlf.com
                    Heath@rlf.com
                    Haywood@rlf.com
                    Kenney@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Jill Frizzley (admitted *pro hac vice*)
Daniel Gwen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
E-mail:   Ray.Schrock@weil.com
          Ryan.Dahl@weil.com
          Jill.Frizzley@weil.com
          Daniel.Gwen@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*