**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                                :

In re                                             :          Chapter 11
                                                :

THE NORDAM GROUP, INC., *et al.*,   :          Case No. 18–11699 (MFW)
                                                :

                      Debtors.[1]        :          (Jointly Administered)
                                                :
------------------------------------------------------------ x

**DECLARATION OF JOSEPH ARENA ON BEHALF OF**
**EPIQ CORPORATE RESTRUCTURING, LLC REGARDING VOTING**
**AND TABULATION OF BALLOTS SUBMITTED FOR THE FIRST AMENDED**
**JOINT POSTPACKAGED CHAPTER 11 PLAN OF REORGANIZATION**
**OF THE NORDAM GROUP, INC. AND ITS DEBTOR AFFILIATES**

I, Joseph Arena, declare, under penalty of perjury:

1. I am a Senior Consultant of Solicitation Services at Epiq Corporate Restructuring, LLC ("**Epiq**"), located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am over the age of 18 years. I do not have a direct interest in these chapter 11 cases and should be considered an impartial party.

2. I submit this declaration (the "**Declaration**") with respect to the solicitation and tabulation of votes submitted for the *First Amended Joint Postpackaged Chapter 11 Plan of Reorganization of The NORDAM Group, Inc. and Its Debtor Affiliates*, dated January 3, 2019 (ECF No. 848) (as amended, supplemented, or modified from time to time, the "**Plan**").[2] Except as indicated herein, all facts set forth herein are based upon my personal knowledge or my review

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are The NORDAM Group, Inc. (7803); Nacelle Manufacturing 1 LLC (3107); Nacelle Manufacturing 23 LLC (5528); PartPilot LLC (5261); and TNG DISC, Inc. (9726). The Debtors' corporate headquarters and service address is 6910 North Whirlpool Drive, Tulsa, Oklahoma 74117.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Solicitation Order (as defined herein).

of relevant documents. I am authorized to submit this Declaration on behalf of Epiq. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3. In accordance with the (a) *Order Authorizing Debtors to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of Petition Date*, dated August 23, 2018 (ECF No. 197) and (b) *Order (I) Conditionally Approving Disclosure Statement; (II) Scheduling Combined Hearing to Approve Disclosure Statement and Confirm Postpackaged Chapter 11 Plan; (III) Approving Solicitation Procedures; and (IV) Granting Related Relief*, dated January 3, 2019 (ECF No. 838) (the "**Solicitation Order**"), Epiq was appointed and authorized to assist the Debtors with, among other things, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots submitted in connection with the Plan. Pursuant to the Plan, only the holders of Existing NORDAM Parent Interests were entitled to vote to accept or reject the Plan.

4. The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Solicitation Order. Epiq was instructed by the Debtors to solicit, review, determine the validity of, and tabulate Ballots in accordance with the Solicitation Order. The Solicitation Order established January 7, 2019 as the record date for determining the holders of Existing NORDAM Parent Interests who would be entitled to vote on the Plan (the "**Voting Record Date**"). In accordance with the Solicitation Order, Epiq solicited the holders of Existing NORDAM Parent Interests as of the Voting Record Date. Epiq's *Affidavit of Service* of solicitation materials was filed on January 14, 2019 (ECF No. 885).

5. Ballots returned by email were received and processed by personnel of Epiq at its office in New York, New York, and Ballots returned by mail, hand delivery, or overnight courier were received by personnel of Epiq at its office in Beaverton, Oregon, and all such Ballots

2

WEIL:\96880420\5\64643.0004

were date-stamped upon receipt. All Ballots received by Epiq were processed in accordance with the Solicitation Order.

6. For a Ballot to be counted as valid, the Ballot must have been properly completed in accordance with the procedures set forth in the Solicitation Order and executed by the relevant holder, or such holder's authorized representative, and must have been received by Epiq no later than 4:00 p.m. (Eastern Time) on March 11, 2019, as reflected in the most recent notice of adjournment (ECF No. 1024).

7. I declare that the voting results by the holders of Existing NORDAM Parent Interests are as set forth in **Exhibit A** hereto, which is a true and correct copy of the final tabulation of votes cast by Ballots properly completed and received by Epiq.

8. A report of all Ballots not included in the tabulation prepared by Epiq and the reasons for exclusion of such Ballots is attached as **Exhibit B** hereto.[3]

---

[3] I understand that the Ballots indicated on **Exhibit B** are the subject of a pending application to the Court for withdrawal by the holders of such Ballots. *See* ECF No. 1044. In accordance with the request of such holders, Epiq has not included their Ballots in the tabulation set forth in **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 14, 2019
       New York, New York

                                               */s/ Joseph Arena*
                                               Joseph Arena
                                               Senior Consultant, Solicitation Services
                                               Epiq Corporate Restructuring, LLC

# EXHIBIT A

# THE NORDAM GROUP, INC., *et al.*

## Tabulation Summary

| VOTING CLASS | VOTES COUNTED | | Class Voting Result |
|---|---|---|---|
| | **ACCEPT** | **REJECT** | |
| | **AMOUNT** | **AMOUNT** | |
| **Class 7** Existing NORDAM Parent Interests | 35,968.343 **100.00%** | 0 **0.00%** | Accepts |

## **EXHIBIT B**

## **THE NORDAM GROUP, INC.,** *et al.*

### **Report of Excluded Ballots**

| Plan Class | Plan Class Description | Name | Voting Amount | Vote Accept / Reject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|
| 7 | Existing NORDAM Parent Interests | RAY H. SIEGFRIED III REVOCABLE TRUST | 2349.559 | Reject | 23 | Vote was withdrawn by Holder |
| 7 | Existing NORDAM Parent Interests | RAYMOND HENRY SIEGFRIED III EXEMPT CHILD'S TRUST | 402.500 | Reject | 24 | Vote was withdrawn by Holder |
| 7 | Existing NORDAM Parent Interests | RAYMOND HENRY SIEGFRIED III NON-EXEMPT CHILD'S TRUST | 134.167 | Reject | 25 | Vote was withdrawn by Holder |