UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                             :

In re                                            :          Chapter 11

THE NORDAM GROUP, INC., *et al.*,       :          Case No. 18-11699 (MFW)

                      Debtors.[1]           :          (Jointly Administered)

---------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 18, 2019 AT 11:30 A.M. (EDT)[2]**

**I.**     **CONFIRMATION:**

1. First Amended Joint Postpackaged Chapter 11 Plan of Reorganization of The NORDAM Group, Inc. and Its Debtor Affiliates (with Technical Modifications) [Docket No. 1063 - filed March 14, 2019]

   Objection/Response Deadline:     January 25, 2019 at 4:00 p.m. (EST); extended to March 11, 2019 at 4:00 p.m. (EDT)

   Objection / Responses Received:

   A. Limited Objection to Plan Confirmation and Assumption of Executory Contract [Docket No. 941 – filed February 8, 2019]

   B. Raymond H. Siegfried III's Objection to the Disclosure Statement and Plan Submitted by the Debtors [Docket No. 1008 – filed February 28, 2019]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are The NORDAM Group, Inc. (7803); Nacelle Manufacturing 1 LLC (3107); Nacelle Manufacturing 23 LLC (5528); PartPilot LLC (5261); and TNG DISC, Inc. (9726). The Debtors' corporate headquarters and service address is 6910 North Whirlpool Drive, Tulsa Oklahoma 74117.

[2] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the March 18, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

RLF1 20896296v.4

C.  Raymond H. Siegfried III's Amended Objection to the Disclosure Statement and Plan Submitted by the Debtors [Docket No. 1013 – filed February 28, 2019]

D.  U.S. Trustee's Objection to First Amended Joint Postpackaged Chapter 11 Plan of Reorganization of The NORDAM Group, Inc. and Its Debtor Affiliates [Docket No. 1023 – filed March 3, 2019]

Related Documents:

i.  Order (I) Conditionally Approving Disclosure Statement; (II) Scheduling Combined Hearing to Approve Disclosure Statement and Confirm Postpackaged Chapter 11 Plan; (III) Approving Solicitation Procedures; and (IV) Granting Related Relief [Docket No. 838 - entered January 3, 2019]

ii. First Amended Joint Postpackaged Chapter 11 Plan of Reorganization of The NORDAM Group, Inc. and Its Debtor Affiliates [Docket No. 848 - filed January 3, 2019]

iii. Disclosure Statement for First Amended Joint Postpackaged Chapter 11 Plan of Reorganization of The NORDAM Group, Inc. and Its Debtor Affiliates [Docket No. 849 - filed January 3, 2019]

iv. Notice of (I) Conditional Approval of Disclosure Statement; (II) Hearing to Consider Final Approval of Disclosure Statement and Confirmation of Plan; (III) Deadline for Filing Objections to Final Approval of Disclosure Statement and Confirmation of Plan; and (IV) Other Relevant Information [Docket No. 850 - filed January 4, 2019]

v. Notice of Filing of Blacklines of Solicitation Plan and Related Disclosure Statement [Docket No. 851 - filed January 4, 2019]

vi. Notice of Adjourned (I) Combined Hearing and Related Dates and (II) Hearing on Sargent Executory Contract Assumption and Assignment Motion and Related Dates [Docket No. 901 – filed January 18, 2019]

vii. Notice of Further Adjourned Combined Hearing and Related Dates [Docket No. 965 – filed February 18, 2019]

viii. Second Notice of Further Adjourned Combined Hearing and Related Dates [Docket No. 1024 – filed March 3, 2019]

ix. Notice of Filing of Plan Supplement to the First Amended Joint Postpackaged Chapter 11 Plan of Reorganization of the NORDAM Group, Inc. and Its Debtor Affiliates [Docket No. 1029 – filed March 4, 2019]

x. Application to Withdraw Raymond H. Siegfried III's Amended Objection to the Disclosure Statement and Plan Submitted by the Debtors [Docket No. 1044 – filed March 7, 2019]

xi. Notice of Filing of Blackline of First Amended Joint Postpackaged Chapter 11 Plan of Reorganization of The NORDAM Group, Inc. and Its Debtor Affiliates (with Technical Modifications) [Docket No. 1064 - filed March 14, 2019]

xii. Statement of the Official Committee of Unsecured Creditors in Support of Final Approval of the Disclosure Statement and Confirmation of the Debtors' First Amended [Docket No. 1065 – filed March 14, 2019]

xiii. Declaration of Joseph Arena on Behalf of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Submitted for the First Amended Joint Postpackaged Chapter 11 Plan of Reorganization of The NORDAM Group, Inc. and Its Debtor Affiliates [Docket No. 1066 - filed March 14, 2019]

xiv. Declaration of John C. DiDonato in Support of Confirmation of Debtors' First Amended Joint Chapter 11 Postpackaged Plan [Docket No. 1067 - filed March 14, 2019]

xv. Declaration of Peter Schwaikert in Support of Confirmation of Debtors' First Amended Joint Chapter 11 Postpackaged Plan [Docket No. 1068 - filed March 14, 2019]

xvi. Notice of Withdrawal [Docket No. 1069 – filed March 14, 2019]

xvii. Debtors' Memorandum of Law in Support of (I) Final Approval of Disclosure Statement for First Amended Joint Postpackaged Chapter 11 Plan and (II) Confirmation of First Amended Joint Postpackaged Chapter 11 Plan [Docket No. 1070 - filed March 14, 2019]

xviii. Notice of Filing of Proposed Order (I) Approving Disclosure Statement on Final Basis and (II) Confirming Joint Postpackaged Chapter 11 Plan [Docket No. 1071 - filed March 14, 2019]

xix. Certification of Counsel Regarding Stipulation Between LMI Aerospace, Inc. and the Debtors Regarding Limited Objection to Plan Confirmation and Assumption of Executory Contract [Docket No. 1072 – filed March 14, 2019]

xx. Equity Holders' Statement in Support of (I) Final Approval of Disclosure Statement for First Amended Joint Postpackaged Chapter 11 Plan, and (II) Confirmation of First Amended Joint Postpackaged Chapter 11 Plan [Docket No. 1073 - filed March 14, 2019]

<u>Status</u>:   The U.S. Trustee's objection has been resolved, and an application to withdraw the objection of Raymond H. Siegfried III has been filed.  The objection of LMI Aerospace, Inc. has been resolved by a stipulation that has been filed under certification of counsel with the Court.  The hearing on this matter will go forward on an uncontested basis.

Dated: March 14, 2019
      Wilmington, Delaware

*/s/ Brett M. Haywood*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: DeFranceschi@rlf.com
       Heath@rlf.com
       Haywood@rlf.com
       Kenney@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Jill Frizzley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
E-mail: Ray.Schrock@weil.com
       Ryan.Dahl@weil.com
       Jill.Frizzley@weil.com

*Attorneys for Debtors and Debtors in Possession*