**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------- x
                                                              :
In re                                                         :          **Chapter 11**
                                                              :
**THE NORDAM GROUP, INC.,** *et al.*,                         :          **Case No. 18-11699 (MFW)**
                                                              :
                                            **Debtors.**[1]   :          **(Jointly Administered)**
                                                              :
------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 27, 2019 AT 11:30 A.M. (EDT)**[2]

I.      **RESOLVED MATTERS:**

   1.      Debtors' Motion for Entry of an Order Authorizing Debtors to File Portions of
           Statements of Financial Affairs Under Seal [Docket No. 321 - filed September 21,
           2018]

           Objection/Response Deadline:          October 19, 2018 at 4:00 p.m. (EDT);
                                                  extended to November 2, 2018 at 4:00 p.m.
                                                  (EDT) for the Office of the United States
                                                  Trustee (the "U.S. Trustee")

           Reply Deadline:                        Extended by agreement of the U.S. Trustee
                                                  to November 8, 2018 at 4:00 p.m. (EST)

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
      number, are The NORDAM Group, Inc. (7803); Nacelle Manufacturing 1 LLC (3107); Nacelle Manufacturing
      23 LLC (5528); PartPilot LLC (5261); and TNG DISC, Inc. (9726).  The Debtors' corporate headquarters and
      service address is 6910 North Whirlpool Drive, Tulsa Oklahoma 74117.

[2]   The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the
      District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.  Any
      person who wishes to appear telephonically at the March 27, 2019 hearing must contact COURTCALL, LLC at
      866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the *Instructions
      for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

Objection / Responses Received:

A.      Objection of the United States Trustee to Debtors' Motion for Entry of an Order Authorizing Debtors to file Portions of Statement of Financial Affairs Under Seal [Docket No. 608 - filed November 2, 2018]

Related Documents:

i.      Declaration of John C. DiDonato in Support of Debtors' Motion for Entry of an Order Authorizing Debtors to File Portions of Statements of Financial Affairs Under Seal [Docket No. 322 - filed September 21, 2018]

ii.     REDACTED Statement of Financial Affairs of The NORDAM Group, Inc., 18-11699 (MFW) [Docket No. 324 - filed September 21, 2018]

iii.    SEALED Statement of Financial Affairs of The NORDAM Group, Inc., 18-11699 (MFW) [Docket No. 325 - filed September 21, 2018]

iv.     REDACTED Statement of Financial Affairs of PartPilot LLC, 16-11702 (MFW) [Docket No. 331 - filed September 21, 2018]

v.      SEALED Statement of Financial Affairs of PartPilot LLC, 16-11702 (MFW) [Docket No. 332 - filed September 21, 2018]

vi.     Debtors' Reply to Objection of United States Trustee to Debtors' Motion for Entry of an Order Authorizing Debtors to File Portions of Statements of Financial Affairs Under Seal [Docket No. 640 - filed November 8, 2018]

vii.    Supplemental Declaration of John C. DiDonato in Support of Debtors' Motion for Entry of an Order Authorizing Debtors to File Portions of Statements of Financial Affairs Under Seal [Docket No. 641 - filed November 8, 2018]

viii.   Statement of the Official Committee of Unsecured Creditors in Support of Debtors' Motion for Entry of an Order Authorizing Debtors to File Portions of Statements of Financial Affairs Under Seal [Docket No. 644 - filed November 9, 2018]

ix.     Equity Holders' Response to Objection of the U.S. Trustee to, and in Support of, the Debtors' Motion to File Certain Portions of Their Statements of Financial Affairs Under Seal [Docket No. 649 - filed November 9, 2018]

x.      Notice of Filing Amendments to Statement of Financial Affairs of Debtor The NORDAM Group, Inc. (Case No. 18-11699) [Docket No. 756 - filed December 10, 2018]

2

xi.    Notice of Filing Amendments to Statement of Financial Affairs of Debtor The NORDAM Group, Inc. (Case No. 18-11699) [Docket No. 759 - filed December 10, 2018]

Status:  This matter has been mooted by the Court's entry of the confirmation order.  Accordingly, a further hearing on this matter is not necessary.

2.    Motion of Debtors for Entry of Order (I) Extending Deadline by Which Debtors May Remove Civil Actions and (II) Granting Related Relief [Docket No. 963 - filed February 17, 2019]

Objection/Response Deadline:        March 5, 2019 at 4:00 p.m. (EST)

Objection / Responses Received:      None.

Related Documents:

i.    Certificate of No Objection Regarding Motion of Debtors for Entry of Order (I) Extending Deadline by Which Debtors May Remove Civil Actions and (II) Granting Related Relief [Docket No. 1040 – filed March 6, 2019]

ii.    Order (I) Extending Deadline by Which Debtors May Remove Civil Actions and (II) Granting Related Relief [Docket No. 1042 – entered March 7, 2019]

Status:  On March 7, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3.    Motion of Debtors for Entry of Order (I) Extending Debtors' Exclusive Periods to Propose and Solicit Plan and (II) Granting Related Relief [Docket No. 964 - filed February 17, 2019]

Objection/Response Deadline:        March 5, 2019 at 4:00 p.m. (EST)

Objection / Responses Received:      None.

Related Documents:

i.    Certificate of No Objection Regarding Motion of Debtors for Entry of Order (I) Extending Debtors' Exclusive Periods to Propose and Solicit Plan and (II) Granting Related Relief [Docket No. 1041 – filed March 6, 2019]

ii.    Order (I) Extending Debtors' Exclusive Periods to Propose and Solicit Plan and (II) Granting Related Relief [Docket No. 1043 – entered March 7, 2019]

<u>Status</u>:  On March 7, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

**II.    <u>INTERIM FEE APPLICATION</u>:**

    4.    Interim Fee Applications

        <u>Objection / Responses Received</u>:    (See <u>Exhibit A</u>)

        <u>Related Documents</u>:    (See <u>Exhibit A</u>**)**

        <u>Status</u>:  The Debtors anticipate submitting a proposed form of order with respect to this matter under certification of counsel prior to the hearing.

4

Dated: March 25, 2019
        Wilmington, Delaware

/s/ Brett M. Haywood
_____
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: DeFranceschi@rlf.com
        Heath@rlf.com
        Haywood@rlf.com
        Kenney@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Jill Frizzley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
E-mail: Ray.Schrock@weil.com
        Ryan.Dahl@weil.com
        Jill.Frizzley@weil.com

*Attorneys for Debtors and Debtors in Possession*

RLF1 20830299v.1